SEYFARTH SHAW LLP
M. Ryan Pinkston (SBN 310971)
rpinkston@seyfarth.com
Brandon K. Franklin (SBN 303373)
bfranklin@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:     (415) 397-2823
Facsimile:     (415) 397-8549

Attorneys for Plaintiffs
THE PRUDENTIAL INSURANCE COMPANY OF
AMERICA; and PGIM REAL ESTATE FINANCE,
LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; and PGIM REAL ESTATE FINANCE, LLC<br><br>Plaintiffs,<br><br>v.<br><br>ACDF, LLC; ASSEMI AND SONS, INC.; AVILA RANCH EA, LLC; BEAR FLAG FARMS, LLC; C & A FARMS, LLC; CANTUA ORCHARDS, LLC; DA REAL ESTATE HOLDINGS, LLC; FAVIER RANCH, LLC; FG2 HOLDINGS LLC; GRADON FARMS, LLC; GRANVILLE FARMS, LLC; GRANTLAND HOLDINGS NO. 1, LLC; GRANTLAND HOLDINGS NO. 2, LLC; GRANTOR REAL ESTATE INVESTMENTS, LLC; GVM INVESTMENTS, LLC; GV AG, LLC; LINCOLN GRANTOR FARMS, LLC; MARICOPA ORCHARDS, LLC; PANOCHE PISTACHIOS, LLC; SAGEBERRY FARMS, LLC; DEREK BELL; and RACHEL MARIE WHITE.<br><br>Defendants. | Case No.<br><br>**THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and PGIM REAL ESTATE FINANCE, LLC'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, counsel of record for Plaintiffs THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey corporation ("**Prudential**") and PGIM REAL ESTATE FINANCE, LLC, a Delaware limited liability company ("**PGIM REF**" and together with Prudential, "**Plaintiff**"), state that: (i) Prudential is wholly owned by Prudential Financial, Inc., a publicly-traded company ("**Financial**"); and (ii) PGIM REF is wholly owned by PGIM Real Estate Finance Holding Company, which in turn is wholly owned by PGIM Holding Company LLC, which in turn is wholly owned by Financial. No parent corporation or publicly traded company owns ten percent or more of Financial's stock.

DATED: September 16, 2024

Respectfully submitted,

SEYFARTH SHAW LLP

By: /s/ M. Ryan Pinkston
M. Ryan Pinkston

Attorneys for Plaintiffs
THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; and PGIM REAL ESTATE FINANCE, LLC