# EXHIBIT A

| MOC Weekly Cash Flows | Forecast | Forecast | Forecast | Forecast | Forecast | Petition Date Forecast |
|---|---|---|---|---|---|---|
| $ thousands | 9/13/24 | 9/20/24 | 9/27/24 | 10/4/24 | 10/11/24 | 10/18/24 |
| **Receipts** | | | | | | |
| Pistachios - TPC (Subordinated) ① | $ - | $ - | $ - | $ - | $ - | $ - |
| Pistachios - TPC (Non-Subordinated) ① | - | - | - | - | - | - |
| Pistachios - All Other | - | - | - | - | - | - |
| Almonds | 1,238 | - | 587 | - | 2,002 | - |
| Row Crops | 521 | - | - | - | - | - |
| Other Crops | 371 | 150 | - | - | - | - |
| Rental Income | 93 | - | - | 75 | - | - |
| Total Receipts | $ 2,223 | $ 150 | $ 587 | $ 75 | $ 2,002 | $ - |
| **Operating Related Disbursements** | | | | | | |
| Labor | $ - | $ (255) | $ - | $ - | $ (255) | $ - |
| Lease Payments | - | - | - | - | - | - |
| CapEx | - | - | - | - | - | - |
| Property Tax & Land Base Charges | (12) | - | (1,600) | - | - | - |
| Cultural | (548) | (1,223) | (1,223) | (442) | (1,050) | (1,000) |
| Water & Irrigation | (383) | (854) | (854) | (330) | (755) | - |
| Harvest | (528) | (1,179) | (1,179) | (1,078) | (1,664) | - |
| Overhead | (155) | (345) | (2,775) | (311) | (482) | - |
| Critical Vendors | - | - | - | (4,680) | (428) | (374) |
| Past Due A/P | - | - | (3,178) | - | - | - |
| Op. Related Disbursements | $ (1,626) | $ (3,856) | $ (10,809) | $ (6,840) | $ (4,635) | $ (1,374) |
| **Restructuring Costs** | | | | | | |
| Debtor Professional Fees | $ - | $ - | $ (1,800) | $ (920) | $ (920) | $ (1,040) |
| Lender Professional Fees | - | - | - | - | - | (2,750) |
| UCC Professional Fees | - | - | - | - | - | - |
| U.S. Trustee | - | - | - | - | - | - |
| KEIP/KERP | - | - | - | - | - | (1,500) |
| Utilities/Other Deposits | - | - | - | - | - | (2,400) |
| Restructuring Costs | $ - | $ - | $ (1,800) | $ (920) | $ (920) | $ (7,690) |
| **Debt Related Activity** | | | | | | |
| Interest | $ - | $ - | $ - | $ - | $ - | $ - |
| DIP Interest | - | - | - | - | - | - |
| Crop Line Activity | (5) | - | - | - | - | - |
| DIP Draw/(Repayment) | - | - | - | - | - | 29,499 |
| Principal | - | - | - | - | - | - |
| Other ① | - | - | - | - | - | - |
| Debt Related Activity | $ (5) | $ - | $ - | $ - | $ - | $ 29,499 |
| **Financing Activity** | | | | | | |
| AB Repayment ①② | 250 | - | - | - | - | - |
| MOC Asset Sales | - | - | - | - | - | - |
| Total Financing Activity | $ 250 | $ - | $ - | $ - | $ - | $ - |
| **Net Cash Flow** | $ 842 | $ (3,706) | $ (12,022) | $ (7,685) | $ (3,554) | $ 20,435 |
| US Bank Escrow Receipts | - | - | - | - | - | - |
| **Beginning Cash** | 7,689 | 8,531 | 4,825 | (7,197) | (14,882) | (18,435) |
| **Ending Cash** | $ 8,531 | $ 4,825 | $ (7,197) | $ (14,882) | $ (18,435) | $ 2,000 |
| Less: Payroll Reserve | (2,147) | (2,147) | (2,147) | (2,147) | (2,147) | - |
| **Ending Cash Excluding Payroll Reserve** | $ 6,384 | $ 2,678 | $ (9,344) | $ (17,029) | $ (20,582) | - |

*1.* These line items represent intercompany cashflows.
*2.* Net proceeds of outside asset sales to be contributed through Assemi Brothers entities.

Case 1:24-cv-01102-KES-SAB   Document 11-1   Filed 09/18/24   Page 3 of 7

| Forecast 10/25/24 | Forecast 11/1/24 | Forecast 11/8/24 | Forecast 11/15/24 | Forecast 11/22/24 | Forecast 11/29/24 | Forecast 12/6/24 | Forecast 12/13/24 | Forecast 12/20/24 | Forecast 12/27/24 |
|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| $ - | $ 12,988 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| - | - | - | - | - | - | - | - | - | - |
| - | 516 | - | - | - | - | - | - | - | - |
| 1,541 | - | - | - | - | 945 | - | - | - | 4,695 |
| - | - | - | - | - | - | - | - | 3,624 | - |
| - | - | - | - | - | 507 | - | - | - | 247 |
| - | 212 | - | - | - | 2,312 | 70 | - | - | - |
| $ 1,541 | $ 13,716 | $ - | $ - | $ - | $ 3,764 | $ 70 | $ - | $ 3,624 | $ 4,942 |
| | | | | | | | | | |
| $ (255) | $ - | $ (255) | $ - | $ (255) | $ - | $ (255) | $ - | $ (255) | $ - |
| - | - | - | - | - | - | - | - | - | - |
| (151) | - | - | (151) | - | (151) | - | (112) | - | (112) |
| - | - | - | - | (2,077) | - | - | (4,822) | - | - |
| (442) | (345) | (834) | (834) | (834) | (834) | (418) | (418) | (418) | (418) |
| (330) | (258) | (169) | (169) | (169) | (169) | (99) | (99) | (99) | (99) |
| (1,078) | (842) | (337) | (337) | (337) | (337) | - | - | - | - |
| (311) | (243) | (347) | (347) | (347) | (347) | (212) | (212) | (212) | (212) |
| (5) | - | - | - | - | - | (2,337) | (12) | - | - |
| - | - | - | - | - | - | - | - | - | - |
| $ (2,571) | $ (1,688) | $ (1,943) | $ (1,838) | $ (4,020) | $ (1,838) | $ (3,322) | $ (5,675) | $ (984) | $ (841) |
| | | | | | | | | | |
| $ (925) | $ (925) | $ (925) | $ (1,180) | $ (760) | $ (735) | $ (735) | $ (910) | $ (735) | $ (735) |
| - | - | (4,135) | - | - | - | - | (2,709) | - | - |
| - | - | (475) | - | - | - | - | (432) | - | - |
| - | - | - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - | - |
| $ (925) | $ (925) | $ (5,535) | $ (1,180) | $ (760) | $ (735) | $ (735) | $ (4,051) | $ (735) | $ (735) |
| | | | | | | | | | |
| $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| - | (95) | - | - | - | - | (258) | - | - | - |
| - | - | - | - | - | - | - | - | - | - |
| 1,955 | - | - | - | 4,267 | - | 3,054 | 9,726 | - | - |
| - | - | - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - | - |
| $ 1,955 | $ (95) | $ - | $ - | $ 4,267 | $ - | $ 2,796 | $ 9,726 | $ - | $ - |
| | | | | | | | | | |
| - | - | - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - | - |
| $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | | | | | | | | | |
| $ - | $ 11,008 | $ (7,478) | $ (3,018) | $ (512) | $ 1,190 | $ (1,190) | $ - | $ 1,905 | $ 3,366 |
| - | - | - | - | - | - | - | - | - | - |
| 2,000 | 2,000 | 13,008 | 5,531 | 2,512 | 2,000 | 3,190 | 2,000 | 2,000 | 3,905 |
| $ 2,000 | $ 13,008 | $ 5,531 | $ 2,512 | $ 2,000 | $ 3,190 | $ 2,000 | $ 2,000 | $ 3,905 | $ 7,271 |

| *Forecast* 1/3/25 | *Forecast* 1/10/25 | *Forecast* 1/17/25 | *Forecast* 1/24/25 | *Forecast* 1/31/25 | *Forecast* 2/7/25 | *Forecast* 2/14/25 | *Forecast* 2/21/25 | *Forecast* 2/28/25 | *Forecast* 3/7/25 |
|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| $ - | $ - | $ 21,234 | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| - | - | - | - | - | - | - | - | - | - |
| - | - | 845 | - | - | - | - | - | - | - |
| - | - | - | - | 3,062 | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - | - |
| - | - | - | - | 48 | - | - | - | - | - |
| 70 | - | - | 291 | - | - | - | - | 69 | - |
| $ 70 | $ - | $ 22,079 | $ 291 | $ 3,110 | $ - | $ - | $ - | $ 69 | $ - |
| | | | | | | | | | |
| $ - | $ (255) | $ - | $ (255) | $ - | $ (255) | $ - | $ (255) | $ - | $ (255) |
| - | - | - | - | - | - | - | - | - | - |
| - | (242) | (242) | (242) | - | (242) | - | (242) | - | (242) |
| - | - | - | - | - | - | - | - | - | - |
| (418) | (278) | (278) | (278) | (278) | (1,961) | (1,961) | (1,961) | (1,961) | (1,733) |
| (99) | (306) | (306) | (306) | (306) | (425) | (425) | (425) | (425) | (243) |
| - | (1) | (1) | (1) | (1) | (0) | (0) | (0) | (0) | (0) |
| (212) | (316) | (316) | (316) | (316) | (169) | (169) | (169) | (169) | (301) |
| - | - | - | - | - | (683) | (163) | - | - | - |
| - | - | - | - | - | - | - | - | - | - |
| $ (729) | $ (1,397) | $ (1,142) | $ (1,397) | $ (900) | $ (3,735) | $ (2,719) | $ (3,052) | $ (2,556) | $ (2,774) |
| | | | | | | | | | |
| $ (735) | $ (835) | $ (860) | $ (248) | $ (282) | $ (294) | $ (294) | $ (294) | $ (294) | $ (265) |
| - | (1,744) | - | - | - | - | (1,383) | - | - | - |
| - | (339) | - | - | - | - | (442) | - | - | - |
| (250) | - | - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - | - |
| $ (985) | $ (2,917) | $ (860) | $ (248) | $ (282) | $ (294) | $ (2,119) | $ (294) | $ (294) | $ (265) |
| | | | | | | | | | |
| $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| (287) | - | - | - | - | (383) | - | - | - | (308) |
| - | - | - | - | - | - | - | - | - | - |
| - | 974 | - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - | - |
| $ (287) | $ 974 | $ - | $ - | $ - | $ (383) | $ - | $ - | $ - | $ (308) |
| | | | | | | | | | |
| - | - | - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - | - |
| $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | | | | | | | | | |
| $ (1,931) | $ (3,340) | $ 20,077 | $ (1,354) | $ 1,928 | $ (4,412) | $ (4,838) | $ (3,346) | $ (2,781) | $ (3,347) |
| - | - | - | - | - | - | - | - | - | - |
| 7,271 | 5,340 | 2,000 | 22,077 | 20,724 | 22,652 | 18,239 | 13,402 | 10,055 | 7,275 |
| $ 5,340 | $ 2,000 | $ 22,077 | $ 20,724 | $ 22,652 | $ 18,239 | $ 13,402 | $ 10,055 | $ 7,275 | $ 3,927 |

| *Forecast* 3/14/25 | *Forecast* 3/21/25 | *Forecast* 3/28/25 | *Forecast* 4/4/25 | *Forecast* 4/11/25 | *Forecast* 4/18/25 | *Forecast* 4/25/25 | *Forecast* 5/2/25 | *Forecast* 5/9/25 | *Forecast* 5/16/25 |
|---|---|---|---|---|---|---|---|---|---|
| $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 12,971 | $ - | $ - |
| - | - | - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | 540 | - | - |
| - | - | 373 | - | - | 5,745 | - | - | - | 1,318 |
| - | - | - | - | - | - | - | - | - | - |
| - | - | 493 | - | - | - | 484 | - | - | - |
| - | 76 | - | - | - | 118 | - | - | - | - |
| $ - | $ 76 | $ 866 | $ - | $ - | $ 5,863 | $ 484 | $ 13,511 | $ - | $ 1,318 |
| | | | | | | | | | |
| $ - | $ (255) | $ - | $ - | $ (255) | $ - | $ (255) | $ - | $ (255) | $ - |
| - | - | - | - | - | - | - | - | - | - |
| - | - | - | - | - | (25) | - | - | - | - |
| (193) | - | - | - | - | (4,268) | - | - | - | - |
| (1,733) | (1,733) | (1,733) | (847) | (847) | (847) | (847) | (847) | (1,157) | (1,157) |
| (243) | (243) | (243) | (486) | (486) | (486) | (486) | (486) | (766) | (766) |
| (0) | (0) | (0) | - | - | - | - | - | (467) | (467) |
| (301) | (301) | (301) | (189) | (189) | (189) | (189) | (189) | (217) | (217) |
| - | - | - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - | - |
| $ (2,471) | $ (2,533) | $ (2,278) | $ (1,522) | $ (1,777) | $ (5,815) | $ (1,777) | $ (1,522) | $ (2,862) | $ (2,607) |
| | | | | | | | | | |
| $ (265) | $ (265) | $ (265) | $ (270) | $ (274) | $ (274) | $ (274) | $ (760) | $ (760) | $ (760) |
| (1,118) | - | - | - | (1,075) | - | - | - | (1,351) | - |
| (357) | - | - | - | (343) | - | - | - | (346) | - |
| - | - | - | (250) | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - | - |
| $ (1,740) | $ (265) | $ (265) | $ (520) | $ (1,693) | $ (274) | $ (274) | $ (760) | $ (2,457) | $ (760) |
| | | | | | | | | | |
| $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| - | - | - | (330) | - | - | - | (384) | - | - |
| - | - | - | - | - | - | - | - | - | - |
| 2,284 | 2,722 | 1,677 | 2,372 | 3,470 | 226 | 1,568 | - | - | - |
| - | - | - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - | - |
| $ 2,284 | $ 2,722 | $ 1,677 | $ 2,043 | $ 3,470 | $ 226 | $ 1,568 | $ (384) | $ - | $ - |
| | | | | | | | | | |
| - | - | - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - | - |
| $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | | | | | | | | | |
| $ (1,927) | $ - | $ (0) | $ - | $ - | $ - | $ - | $ 10,845 | $ (5,319) | $ (2,049) |
| - | - | - | - | - | - | - | - | - | - |
| 3,927 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 12,845 | 7,526 |
| $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 12,845 | $ 7,526 | $ 5,477 |

| Forecast 5/23/25 | Forecast 5/30/25 | Total | Actual Aug-24 | Fcst./Act. Sep-24 | Forecast Oct-24 | Forecast Nov-24 | Forecast Dec-24 | Forecast Jan-25 |
|---|---|---|---|---|---|---|---|---|
| $ - | $ - | $ 47,193 | $ - | $ - | $ 12,988 | $ - | $ - | $ 21,234 |
| - | - | - | - | - | - | - | - | - |
| - | - | 1,901 | 1,238 | 603 | 516 | - | - | 845 |
| - | - | 21,506 | 1,043 | 1,825 | 3,543 | 945 | 4,695 | 3,062 |
| - | - | 4,145 | 977 | 521 | - | - | 3,624 | - |
| 1,592 | - | 3,892 | 5,864 | 2,293 | - | 507 | 247 | 48 |
| 85 | - | 3,470 | 1,490 | 180 | 287 | 2,312 | 140 | 291 |
| $ 1,677 | $ - | $ 82,107 | $ 10,612 | $ 5,422 | $ 17,333 | $ 3,764 | $ 8,706 | $ 25,480 |
| $ (255) | $ - | $ (4,335) | $ (491) | $ (499) | $ (510) | $ (510) | $ (510) | $ (510) |
| - | - | - | (19) | - | - | - | - | - |
| - | - | (2,151) | (398) | - | (151) | (301) | (224) | (725) |
| - | - | (12,972) | (17) | (1,612) | - | (2,077) | (4,822) | - |
| (1,157) | (1,157) | (36,452) | (6,092) | (3,610) | (3,279) | (3,338) | (2,091) | (1,110) |
| (766) | (766) | (14,329) | (3,649) | (2,521) | (1,673) | (678) | (493) | (1,223) |
| (467) | (467) | (10,768) | (330) | (3,478) | (4,661) | (1,347) | - | (4) |
| (217) | (217) | (12,026) | (1,772) | (3,447) | (1,346) | (1,388) | (1,061) | (1,262) |
| - | - | (8,683) | - | - | (5,487) | - | (2,349) | - |
| - | - | (3,178) | - | (3,178) | - | - | - | - |
| $ (2,862) | $ (2,607) | $ (104,894) | $ (12,768) | $ (18,344) | $ (17,107) | $ (9,639) | $ (11,551) | $ (4,834) |
| $ (760) | $ (860) | (23,435) | - | (1,800) | (4,730) | (3,600) | (3,850) | (2,226) |
| - | - | (16,265) | - | - | (2,750) | (4,135) | (2,709) | (1,744) |
| - | - | (2,734) | - | - | - | (475) | (432) | (339) |
| - | - | (500) | - | - | - | - | (250) | - |
| - | - | (1,500) | - | - | (1,500) | - | - | - |
| - | - | (2,400) | - | - | (2,400) | - | - | - |
| $ (760) | $ (860) | $ (46,833) | $ - | $ (1,800) | $ (11,380) | $ (8,210) | $ (7,241) | $ (4,308) |
| $ - | $ - | $ - | $ (523) | $ - | $ - | $ - | $ - | $ - |
| - | - | (2,044) | - | - | (95) | - | (545) | - |
| - | - | (5) | (1,988) | (608) | - | - | - | - |
| - | 1,935 | 65,729 | - | - | 31,454 | 4,267 | 12,781 | 974 |
| - | - | - | (331) | - | - | - | - | - |
| - | - | - | (172) | - | - | - | - | - |
| $ - | $ 1,935 | $ 63,681 | $ (3,014) | $ (608) | $ 31,359 | $ 4,267 | $ 12,236 | $ 974 |
| - | - | 250 | 2,000 | 1,269 | - | - | - | - |
| - | - | - | 3,059 | - | - | - | - | - |
| $ - | $ - | $ 250 | $ 5,059 | $ 1,269 | $ - | $ - | $ - | $ - |
| $ (1,945) | $ (1,532) | $ (5,689) | $ (111) | $ (14,061) | $ 20,206 | $ (9,818) | $ 2,150 | $ 17,312 |
| - | - | - | - | - | - | - | - | - |
| 5,477 | 3,532 | 7,689 | 6,975 | 6,864 | (7,197) | 13,008 | 3,190 | 5,340 |
| $ 3,532 | $ 2,000 | $ 2,000 | $ 6,864 | $ (7,197) | $ 13,008 | $ 3,190 | $ 5,340 | $ 22,652 |

| *Forecast* Feb-25 | *Forecast* Mar-25 | *Forecast* Apr-25 | *Forecast* May-25 | Total |
|---|---|---|---|---|
| $ - | $ - | $ 12,971 | $ - | $ 59,094 |
| - | - | - | - | 1,515 |
| - | - | 540 | - | 17,014 |
| - | 373 | 5,745 | 1,318 | 49,162 |
| - | - | - | - | 13,332 |
| - | 493 | 484 | 1,592 | 27,885 |
| 69 | 76 | 118 | 85 | 26,657 |
| $ 69 | $ 942 | $ 19,858 | $ 2,995 | $ 194,659 |
| | | | | |
| $ (510) | $ (510) | $ (510) | $ (510) | $ (11,987) |
| - | - | - | - | (1,755) |
| (483) | (242) | (25) | - | (3,940) |
| - | (193) | (4,268) | - | (25,187) |
| (7,844) | (6,932) | (4,234) | (4,629) | (102,944) |
| (1,701) | (973) | (2,432) | (3,064) | (39,070) |
| (0) | (1) | - | (1,869) | (27,767) |
| (677) | (1,205) | (945) | (866) | (35,834) |
| (846) | - | - | - | (8,683) |
| - | - | - | - | (3,178) |
| $ (12,062) | $ (10,056) | $ (12,415) | $ (10,938) | $ (260,345) |
| | | | | |
| (1,175) | (1,061) | (1,853) | (3,140) | (23,435) |
| (1,383) | (1,118) | (1,075) | (1,351) | (16,265) |
| (442) | (357) | (343) | (346) | (2,734) |
| - | - | (250) | - | (500) |
| - | - | - | - | (1,500) |
| - | - | - | - | (2,400) |
| $ (3,000) | $ (2,536) | $ (3,521) | $ (4,837) | $ (46,833) |
| | | | | |
| $ - | $ - | $ - | $ - | $ (49,258) |
| (383) | (308) | (713) | - | (2,044) |
| - | - | - | - | (3,596) |
| - | 6,683 | 7,636 | 1,935 | 65,729 |
| - | - | - | - | (7,587) |
| - | - | - | - | 5,871 |
| $ (383) | $ 6,375 | $ 6,923 | $ 1,935 | $ 2,758 |
| | | | | |
| - | - | - | - | 43,324 |
| - | - | - | - | 8,822 |
| $ - | $ - | $ - | $ - | $ 86,183 |
| | | | | |
| $ (15,377) | $ (5,275) | $ 10,845 | $ (10,845) | $ (23,578) |
| - | - | - | - | - |
| 22,652 | 7,275 | 2,000 | 12,845 | 25,578 |
| $ 7,275 | $ 2,000 | $ 12,845 | $ 2,000 | $ 2,000 |