MCDERMOTT WILL & EMERY LLP
ROBERT BARTON (SBN 269455)
rbarton@mwe.com
2049 Century Park East, Suite 3200
Los Angeles, California 90067-3206
(310) 277-4110

MICHAEL S. NADEL (*pro hac vice* forthcoming)
mnadel@mwe.com
500 North Capitol Street, N.W.
Washington, D.C. 20001
(202) 756-8000

Attorneys for Defendants ACDF, LLC, Assemi and
Sons, Inc., Bear Flag Farms, LLC, C & A Farms,
LLC, Cantua Orchards, LLC, Favier Ranch, LLC,
Grandon Farms, LLC, Lincoln Grantor Farms, LLC,
Maricopa Orchards, LLC, Panoche Pistachios, LLC,
and Sageberry Farms, LLC

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
LOS ANGELES

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al., <br><br> Plaintiff, <br><br> v. <br><br> ACDF, LLC, et al., <br><br> Defendants. | No. 1:24-cv-01102 <br><br> **NOTICE OF APPEARANCE OF MICHAEL S. NADEL** |

PLEASE TAKE NOTICE that Michael S. Nadel of McDermott Will & Emery LLP,

who has been admitted *pro hac vice* in this case, files this Notice of Appearance for

purposes of receiving notices on behalf of Defendants ACDF, LLC, Assemi and Sons, Inc.,

Bear Flag Farms, LLC, C & A Farms, LLC, Cantua Orchards, LLC, Favier Ranch, LLC,

Gradon Farms, LLC, Lincoln Grantor Fams, LLC, Maricopa Orchards, LLC, Panoche

Pistachios, LLC, and Sageberry Farms, LLC.

Respectfully submitted,

MCDERMOTT WILL & EMERY LLP

By: /s/ *Michael S. Nadel*
Michael S. Nadel
Attorneys for Above-Listed Defendants

NOTICE OF APPEARANCE

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
LOS ANGELES

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Notice of Electronic Filing, including the following counsel for Plaintiff The Prudential Insurance Company of America and PGIM Real Estate Finance, LLC :

M. Ryan Pinkerton, Esq.
Brandon J. Franklin, Esq.
Seyfarth Shaw LLP
560 Mission Street, 31st Floor
San Francisco, California 90017

By:  /s/ *Michael S. Nadel*
     Michael S. Nadel