SEYFARTH SHAW LLP
M. Ryan Pinkston (SBN 310971)
rpinkston@seyfarth.com
Brandon K. Franklin (SBN 303373)
bfranklin@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Plaintiffs
The Prudential Insurance Company
Of America and PGIM
Real Estate Finance, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and PGIM REAL ESTATE FINANCE, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ACDF, LLC; ASSEMI AND SONS, INC.; AVILA RANCH EA, LLC; BEAR FLAG FARMS, LLC; C & A FARMS, LLC; CANTUA ORCHARDS, LLC; DA REAL ESTATE HOLDINGS, LLC; FAVIER RANCH, LLC; FG2 HOLDINGS LLC; GRADON FARMS, LLC; GRANVILLE FARMS, LLC; GRANTLAND HOLDINGS NO. 1, LLC; GRANTLAND HOLDINGS NO. 2, LLC; GRANTOR REAL ESTATE INVESTMENTS, LLC; GVM INVESTMENTS, LLC; GV AG, LLC; LINCOLN GRANTOR FARMS, LLC; MARICOPA ORCHARDS, LLC; PANOCHE PISTACHIOS, LLC; SAGEBERRY FARMS, LLC; DEREK BELL; and RACHEL MARIE WHITE,<br><br>Defendants. | Case No .1:24-cv-01102-KES-SAB<br><br><br><br>**CERTIFICATE OF SERVICE** |

CERTIFICATE OF SERVICE

313761517v.1

I am over the age of eighteen years, and not a party to the within action. My business address is 560 Mission Street, Suite 3100, San Francisco, California. On September 19, 2024, I caused to be served the within document(s):

**MINUTE ORDER REGARDING HEARING ON MOTION TO APPOINT RECEIVER**

☒ by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

| | |
|---|---|
| Michael S. Nadel<br>MCDERMOTT WILL & EMERY LLP<br>500 North Capitol Street, N.W.<br>Washington, DC 20001<br>Telephone: (202) 756-8000<br>mnadel@mwe.com<br><br>Robert Barton<br>MCDERMOTT WILL & EMERY LLP<br>2049 Century Park East, Suite 3200<br>Los Angeles, CA 90067<br>Telephone: (310) 277-4110<br>rbarton@mwe.com<br><br>David R. Hurst<br>MCDERMOTT WILL & EMERY LLP<br>1000 N West Street, Suite 1400<br>Wilmington, DE 19801<br>Telephone: (302) 485-3930<br>dhurst@mwe.com | **Attorneys for Defendants**<br>ACDF, LLC; Assemi and Sons, Inc.; Bear Flag Farms, LLC; C & A Farms, LLC; Cantua Orchards, LLC; Favier Ranch, LLC; Gradon Farms, LLC; Lincoln Grantor Farms, LLC; Maricopa Orchards, LLC; Panoche Pistachios, LLC; Sageberry Farms, LLC |

☒ by placing the document(s) listed above in a sealed envelope or package provided by an overnight delivery carrier with postage paid on account and deposited for collection with the overnight carrier at San Francisco, California, addressed as set forth below.

| | |
|---|---|
| Derek Bell<br>8072 N. Millbrook Ave., Bldg 27, Unit 244<br>Fresno, California 93720 | **Defendant** |
| Rachel Marie White<br>2938 N. Sophie Drive<br>Fresno, California 93727 | **Defendant** |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on September 19, 2024, at San Francisco, California.

*[signature]*

Janine McDermott

3

CERTIFICATE OF SERVICE

313761517v.1