MCDERMOTT WILL & EMERY LLP
ROBERT BARTON (SBN 269455)
rbarton@mwe.com
2049 Century Park East, Suite 3200
Los Angeles, California 90067
(310) 277-4110

MICHAEL S. NADEL (admitted *pro hac vice*)
mnadel@mwe.com
500 North Capitol Street, N.W.
Washington, D.C. 20001
(202) 756-8000

Attorneys for Defendants ACDF, LLC, Assemi and Sons, Inc., Bear Flag Farms, LLC, C & A Farms, LLC, Cantua Orchards, LLC, Favier Ranch, LLC, Gradon Farms, LLC, Lincoln Grantor Farms, LLC, Maricopa Orchards, LLC, Panoche Pistachios, LLC, and Sageberry Farms, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al.,<br><br>Plaintiff,<br><br>v.<br><br>ACDF, LLC, et al.,<br><br>Defendants. | No. 1:24-cv-01102-KES-SAB<br><br>**NOTICE OF RELATED CASES** |

Consistent with counsel's duties under Local Rule 123(b), we notify the Court of the possibly related action *U.S. Bank National Association v. Touchstone Pistachio Company, LLC*, No. 1:24-cv-1105, which has been assigned to Magistrate Judge Sheila K. Oberto.

Both actions involve common defendants, including at least: ACDF, LLC; Assemi and Sons, Inc., Bear Flag Farms, LLC; C & A Farms, LLC; Cantua Orchards, LLC; Favier Ranch, LLC, Gradon Farms, LLC; Lincoln Grantor Farms, LLC; Maricopa Orchards, LLC;

Sageberry Farms, LLC. The actions appear to involve similar claims and similar questions of facts and law. Both are actions by creditors of an integrated farming business. In both actions, plaintiffs seek appointments of receivers.

The "Maricopa Defendants"—Defendants ACDF, LLC, Assemi and Sons, Inc., Bear Flag Farms, LLC, C & A Farms, LLC, Cantua Orchards, LLC, Favier Ranch, LLC, Grandon Farms, LLC, Lincoln Grantor Farms, LLC, Maricopa Orchards, LLC, Panoche Pistachios, LLC, and Sageberry Farms, LLC—are not prepared to take a position at this time regarding whether the cases should be assigned to a single judge or magistrate judge, as they have only recently received the complaints in the two actions. In the *U.S. Bank* action, no counsel has appeared for any defendant.

Respectfully submitted,

MCDERMOTT WILL & EMERY LLP

By: /s/ *Michael S. Nadel*
Michael S. Nadel
Attorneys for the Maricopa Defendants

CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Notice of Electronic Filing, including the following counsel for Plaintiff The Prudential Insurance Company of America and PGIM Real Estate Finance, LLC :

M. Ryan Pinkerton, Esq.
Brandon J. Franklin, Esq.
Seyfarth Shaw LLP
560 Mission Street, 31st Floor
San Francisco, California 90017

By:   /s/ *Michael S. Nadel*
       Michael S. Nadel