# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ACDF, LLC, et al.,<br><br>Defendants. | Case No. 1:24-cv-01102-KES-SAB<br><br>ORDER GRANTING JOSEPH M. VANLEUVEN'S *PRO HAC VICE* APPLICATION<br><br>(ECF No. 23) |

The court has read and considered the application of Joseph M. VanLeuven, attorney for Intervenor U.S. National Bank Association, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District. Having reviewed the application, Joseph M. VanLeuven's application for admission to practice *pro hac vice* is HEREBY GRANTED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated: **September 23, 2024**

UNITED STATES MAGISTRATE JUDGE

1