# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ACDF, LLC, et al.,<br><br>Defendants. | Case No.  1:24-cv-01102-KES-SAB<br><br>ORDER GRANTING NICHOLAS MARCUS' *PRO HAC VICE* APPLICATION<br><br>(ECF No. 35) |

The court has read and considered the application of Nicholas Marcus, attorney for Plaintiffs the Prudential Insurance Company of America and PGIM Real Estate Finance, LLC, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District.  Having reviewed the application, Nicholas Marcus' application for admission to practice *pro hac vice* is HEREBY GRANTED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:   **September 24, 2024**

UNITED STATES MAGISTRATE JUDGE

1