THOMAS A. WOODS, Bar No. 210050
thomas.woods@stoel.com
MICHELLE J. ROSALES, Bar No. 343519
michelle.rosales@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: 916.447.0700
Facsimile: 916.447.4781

Attorneys for Interested Third Parties and Potential Intervenors METROPOLITAN LIFE INSURANCE COMPANY, BRIGHTHOUSE LIFE INSURANCE COMPANY, and METLIFE REAL ESTATE LENDING LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; and PGIM REAL ESTATE FINANCE, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ACDF, LLC; ASSEMI AND SONS, INC.; AVILA RANCH EA, LLC; BEAR FLAG FARMS, LLC; C & A FARMS, LLC; CANTUA ORCHARDS, LLC; DA REAL ESTATE HOLDINGS, LLC; FAVIER RANCH, LLC; FG2 HOLDINGS LLC; GRADON FARMS, LLC; GRANVILLE FARMS, LLC; GRANTLAND HOLDINGS NO. 1, LLC; GRANTLAND HOLDINGS NO. 2, LLC; GRANTOR REAL ESTATE INVESTMENTS, LLC; GVM INVESTMENTS, LLC; GV AG, LLC; LINCOLN GRANTOR FARMS, LLC; MARICOPA ORCHARDS, LLC; PANOCHE PISTACHIOS, LLC; SAGEBERRY FARMS, LLC; DEREK BELL; and RACHEL MARIE WHITE,<br><br>Defendants. | Case No. 1:24-cv-01102-KES-SAB<br><br>**ORDER GRANTING INTERESTED PARTIES AND PROPOSED INTERVENORS METROPOLITAN LIFE INSURANCE COMPANY, BRIGHTHOUSE LIFE INSURANCE COMPANY'S, AND METLIFE REAL ESTATE LENDING LLC'S *EX PARTE* APPLICATION FOR LEAVE TO INTERVENE PURSUANT TO FRCP 24 FOR THE LIMITED PURPOSE OF OBJECTING TO AGREED ORDER APPOINTING RECEIVER WITH LIMITED AUTHORITY**<br><br>**(DKT. 33)**<br><br><br>Date Action Filed:   September 16, 2024 |

ORDER GRANTING METLIFE ENTITIES' EX PARTE APPLICATION FOR LEAVE TO INTERVENE FOR THE LIMITED PURPOSE OF OBJECTING

-1-

125501354.2 0053564-00646

The Court, having considered the papers submitted by the parties, and argument of counsel, HEREBY ORDERS as follows:

MetLife Entities *Ex Parte* Application for Leave to Intervene for the Limited Purpose of Objecting to the Agreed [Proposed] Order Appointing Receiver With Limited Authority (Dkt. 33) pursuant to the Court's September 23, 2024, Minute Order is granted, and MetLife Entities' Objection shall be heard on Wednesday September 25, 2024 at 9:30 am PDT.

IT IS SO ORDERED.

Dated:   September 24, 2024

_____
UNITED STATES DISTRICT JUDGE

ORDER GRANTING METLIFE ENTITIES'
EX PARTE APPLICATION FOR LEAVE TO
INTERVENE FOR THE LIMITED PURPOSE
OF OBJECTING

-2-

125501354.2 0053564-00646 Include Draft