1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al., | Case No.  1:24-cv-01102-KES-SAB |
| Plaintiffs, | ORDER GRANTING JOHN E. MITCHELL AND MICHAELA C. CROCKER'S *PRO HAC VICE* APPLICATIONS |
| v. | (ECF Nos. 54, 55) |
| ACDF, LLC, et al., | |
| Defendants. | |

The court has read and considered the applications of John E. Mitchell and Michaela C. Crocker, attorneys for Lance Miller, solely in his capacity as Receiver, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District.  Having reviewed the applications, John E. Mitchell and Michaela C. Crocker's applications for admission to practice *pro hac vice* are HEREBY GRANTED.  The Pro Hac Vice Attorneys are DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:   **September 30, 2024**

_____
UNITED STATES MAGISTRATE JUDGE

1