SEYFARTH SHAW LLP
M. Ryan Pinkston (SBN 310971)
rpinkston@seyfarth.com
Brandon K. Franklin (SBN 303373)
bfranklin@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:     (415) 397-2823
Facsimile:     (415) 397-8549

Attorneys for Plaintiffs
THE PRUDENTIAL INSURANCE COMPANY OF
AMERICA; and PGIM REAL ESTATE FINANCE,
LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; and PGIM REAL ESTATE FINANCE, LLC<br><br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>ACDF, LLC; ASSEMI AND SONS, INC.; AVILA RANCH EA, LLC; BEAR FLAG FARMS, LLC; C & A FARMS, LLC; CANTUA ORCHARDS, LLC; DA REAL ESTATE HOLDINGS, LLC; FAVIER RANCH, LLC; FG2 HOLDINGS LLC; GRADON FARMS, LLC; GRANVILLE FARMS, LLC; GRANTLAND HOLDINGS NO. 1, LLC; GRANTLAND HOLDINGS NO. 2, LLC; GRANTOR REAL ESTATE INVESTMENTS, LLC; GVM INVESTMENTS, LLC; GV AG, LLC; LINCOLN GRANTOR FARMS, LLC; MARICOPA ORCHARDS, LLC; PANOCHE PISTACHIOS, LLC; SAGEBERRY FARMS, LLC; DEREK BELL; and RACHEL MARIE WHITE.<br><br>　　　　　　Defendants. | Case No.  1:24-cv-01102-KES-SAB<br><br>**AGREED JOINT ADMINISTRATIVE MOTION TO CONTINUE RECEIVERSHIP HEARING AND ASSOCIATED BRIEFING SCHEDULE** |

AGREED JOINT ADMINISTRATIVE MOTION TO CONTINUE RECEIVERSHIP HEARING

Pursuant to L.R. 233 and Fed. R. Civ. P. 6(c), Plaintiffs THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and PGIM REAL ESTATE FINANCE, LLC, ("**Plaintiff**"), Defendants ACDF, LLC, Assemi and Sons, Inc., Bear Flag Farms, LLC, C & A Farms, LLC, Cantua Orchards, LLC, Favier Ranch, LLC, Gradon Farms, LLC, Granville Farms, LLC, Lincoln Grantor Farms, LLC, Maricopa Orchards, LLC, Panoche Pistachios, LLC and Sageberry Farms, LLC (collectively, "**Farming Defendants**"), and Intervenors U.S. Bank National Association, Brighthouse Life Insurance Company, Metropolitan Life Insurance Company, and MetLife Real Estate Lending LLC ("**Intervenors**" and together with Plaintiff and Farming Defendants, the "**Parties**"), by and through their counsel, hereby jointly bring this Motion for Administrative Relief for a continuation of certain dates currently set in that certain Agreed Order Appointing Receiver with Limited Authority dated September 25, 2024 and state as follows:

## STATEMENT OF THE PARTIES

On September 16, 2024, Plaintiff filed a Complaint for Breach of Contract, Appointment of Receiver, Accounting and Specific Performance of Rents and Profits Clause; and Injunctive Relief [Dkt. No. 1].

On September 25, 2024, the Court entered the Agreed Order Appointing Receiver with Limited Authority [Dkt. No. 51] (the "**Receiver Order**"), thereby appointing a receiver (the "**Receiver**") with certain limited powers. The Receiver Order also set a hearing as to whether the receivership should continue for October 22, 2024 at 1:30 p.m. (PT) (the "**Receivership Hearing**"), ordered the Parties to file pleadings as to whether the receivership should be continued by October 11, 2024 with opposition pleadings due by October 18, 2024 (the "**Opposition Deadline**"), and ordered the Receiver to file a report summarizing the receivership on October 18, 2024 (the "**Receiver Report Deadline**").

On October 11, 2024, Plaintiff filed its Motion for Continuation of the Receivership [Dkt. No. 59], seeking to maintain the receivership and expand the powers of the Receiver.

The Parties have met and conferred in good faith, and have agreed to jointly request that: (i) the Opposition Deadline be continued by seven days, from October 18, 2024 to October 25, 2024; (ii) the Receiver Report Deadline be continued by seven days, from October 18, 2024 to October 25, 2024; and (iii) the Receivership Hearing be continued by seven days from October 22, 2024 at 1:30 p.m. (PT) to

October 29, 2024 at 1:30 p.m. (PT), or to such other day and time reasonably thereafter as this Court determines.

The reason for the requested continuances is to provide time for the parties to negotiate over the scope of the receivership and collect additional information regarding the 2024 harvest and the financial condition of the Farming Defendants.

### REQUESTED ADMINISTRATIVE RELIEF

For the foregoing reasons, the parties, through their counsel, hereby jointly move this Court and request that:

(1) The deadline to file any pleadings opposing the continuation of the receivership be continued by seven days, from October 18, 2024 to October 25, 2024;

(2) The deadline for the Receiver to file a report summarizing the receivership be continued by seven days, from October 18, 2024 to October 25, 2024; and

(3) The Receivership Hearing be continued by seven days, from October 22, 2024 at 1:30 p.m. (PT) to October 29, 2024 at 1:30 p.m. (PT), or to such other day and time reasonably thereafter as this Court determines.

DATED: October 16, 2024                SEYFARTH SHAW LLP


By: */s/ M. Ryan Pinkston*
    M. Ryan Pinkston

Attorneys for Plaintiffs
THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; and PGIM REAL ESTATE FINANCE, LLC

| | | |
|---|---|---|
| 1 | DATED: October 16, 2024 | MCDERMOTT WILL & EMERY LLP |
| 2 | | |
| 3 | | By: */s/ Michael S. Nade (as authorized on 10/16/2024)* |
| 4 | | Michael S. Nadel<br>Robert Cullen Barton |
| 5 | | Attorneys for Defendants<br>ACDF, LLC, ASSEMI AND SONS, INC., BEAR FLAG FARMS, LLC, C & A FARMS, LLC, CANTUA ORCHARDS, LLC, FAVIER RANCH, LLC, GRADON FARMS, LLC, GRANVILLE FARMS, LLC, LINCOLN GRANTOR FARMS, LLC, MARICOPA ORCHARDS, LLC, PANOCHE PISTACHIOS, LLC AND SAGEBERRY FARMS, LLC |
| 10 | DATED: October 16, 2024 | DAVIS WRIGHT TREMAINE LLP |
| 12 | | |
| 13 | | By: */s/ Joseph M. VanLeuven (as authorized on 10/16/2024)* |
| 14 | | John D. Freed<br>Joseph M. VanLeuven<br>Mary H. Haas<br>Matthew Ladew |
| 16 | | Attorneys for Intervenor<br>U.S. BANK NATIONAL ASSOCIATION |
| 17 | DATED: October 16, 2024 | STOEL RIVES LLP |
| 19 | | |
| 20 | | By: */s/ Thomas Andrew Woods (as authorized on 10/16/2024)* |
| 21 | | Thomas Andrew Woods |
| 22 | | Attorneys for Intervenors<br>BRIGHTHOUSE LIFE INSURANCE COMPANY, METROPOLITAN LIFE INSURANCE COMPANY, AND METLIFE REAL ESTATE LENDING LLC |