1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **EASTERN DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; and PGIM REAL ESTATE FINANCE, LLC<br><br>Plaintiffs,<br><br>v.<br><br>ACDF, LLC; ASSEMI AND SONS, INC.; AVILA RANCH EA, LLC; BEAR FLAG FARMS, LLC; C & A FARMS, LLC; CANTUA ORCHARDS, LLC; DA REAL ESTATE HOLDINGS, LLC; FAVIER RANCH, LLC; FG2 HOLDINGS LLC; GRADON FARMS, LLC; GRANVILLE FARMS, LLC; GRANTLAND HOLDINGS NO. 1, LLC; GRANTLAND HOLDINGS NO. 2, LLC; GRANTOR REAL ESTATE INVESTMENTS, LLC; GVM INVESTMENTS, LLC; GV AG, LLC; LINCOLN GRANTOR FARMS, LLC; MARICOPA ORCHARDS, LLC; PANOCHE PISTACHIOS, LLC; SAGEBERRY FARMS, LLC; DEREK BELL; and RACHEL MARIE WHITE.<br><br>Defendants. | Case No. 1:24-cv-01102-KES-SAB<br><br>**ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO CONTINUE RECEIVERSHIP HEARING AND ASSOCIATED BRIEFING SCHEDULE** |

The Court, having considered the Parties' Agreed Joint Administrative Motion to Continue Receivership Hearing and Associated Briefing Schedule, and finding good cause therefore, hereby GRANTS the Motion and ORDERS as follows:

1. The deadline to file any pleadings opposing the continuation of the receivership be continued by seven days, from October 18, 2024 to October 25, 2024;

2. The deadline for the Receiver to file a report summarizing the receivership be continued by seven days, from October 18, 2024 to October 25, 2024; and

3. The Receivership Hearing be continued by seven days, from October 22, 2024 at 1:30 p.m. (PT) to October 29, 2024 at 1:30 p.m. (PT).

IT IS SO ORDERED.

Dated: October 16, 2024

_____
UNITED STATES DISTRICT JUDGE