Terence G. Banich (SBN 212173)[1]
terence.banich@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe St.
Chicago, IL 60661-3693
Telephone:  (312) 902-5200
Facsimile:  (312) 902-1061

John E. Mitchell (*pro hac vice*)
Michaela C. Crocker (*pro hac vice*)
**KATTEN MUCHIN ROSENMAN LLP**
2121 North Pearl St., Ste. 1100
Dallas, TX 75201-2591
Telephone:  (214) 765-3600
Facsimile:  (214) 765-3602

*Attorneys for the Receiver*,
Lance Miller

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ACDF, LLC, et al., <br><br> Defendants. | No. 1:24-cv-01102-KES-SAB <br><br> **RECEIVER'S FIRST PERIODIC STATEMENT OF FEES AND EXPENSES** |

Lance Miller, solely in his capacity as the duly appointed receiver (the "**Receiver**") over the Receivership Property, as defined in the *Agreed Order Appointing Receiver with Limited Authority* [Dkt. No. 51] (the "**Receivership Order**"),[2] hereby submits this *First Periodic Statement of Fees and Expenses* (the "**Fee Statement**").

---

[1] Designated as counsel for service pursuant to L.R. 182(c)(1).

[2] All capitalized terms used but not defined in this Report shall have the meanings ascribed in the Receivership Order.

## I. INTRODUCTION

On September 25, 2024, there was a hearing on the *Plaintiffs' Ex Parte Application Regarding Motion for Order Appointing Receiver and for Preliminary Injunction* [Dkt. No. 12]. That same day, the Court entered the Receivership Order appointing Receiver.

The Receivership Order authorizes Receiver to employ various professionals[3] to assist him in his duties and establishes the procedure for compensating Receiver and his professionals:

> The Receiver shall prepare periodic interim statements reflecting the fees and expenses of the Receiver, his financial advisors, and retained counsel incurred for said period in the observation of the Defendants and the Receivership Property (each, an "Interim Statement"). Upon completion of an Interim Statement, and the mailing of said statement to the parties' respective attorneys of record or any other designated personal agent, the Borrowers shall pay the amount set forth in such Interim Statement.

Receivership Order ¶ 18.

## II. RECEIVER'S INVOICES

Receiver and his professionals have incurred the following fees and expenses through October 13, 2024 (the "**Fee Period**"):

- Lance Miller, Receiver: $10,000 fees and $0 expenses, *see* **Exhibit A**;[4]
- Pivot Management Group, LLC, Receiver's financial advisor: $289,273.75 fees and $7,823.69 expenses, *see* **Exhibits B1** through **B2**; and
- Katten Muchin Rosenman, LLP, Receiver's counsel: $110,521.50 fees and $692 expenses, *see* **Exhibits C-1** through **C-3.**

Although every effort has been made to include in this Fee Statement all fees and expenses incurred in the Fee Period, some fees and expenses might not be included herein due to delays

---

[3] Receivership Order ¶¶ 35 (authorizing the employment and compensation of Receiver's Counsel), 36 (authorizing the employment and compensation of Pivot Group).

[4] Receiver's fees are solely for the month of September 2024.

caused by accounting and processing during the Fee Period. Receiver reserves the right to make further application to this Court for allowance of such fees and expenses not included herein.

Notice of this Fee Statement will be provided as required by the Receivership Order.

### III. CONCLUSION

WHEREFORE, Receiver respectfully submits this Fee Statement as of the date written below.

Dated: October 22, 2024

Respectfully submitted,
**KATTEN MUCHIN ROSENMAN LLP**

By: */s/Terence G. Banich*
     Terence G. Banich
*Attorneys for the Receiver*
Lance Miller

PROOF OF SERVICE

**STATE OF ILLINOIS, COUNTY OF COOK**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Cook, State of Illinois. My business address is 525 W. Monroe St., Chicago, Illinois 60661. On October 22, 2024, I served the following document(s) described as:

**RECEIVER'S FIRST PERIODIC STATEMENT OF FEES AND EXPENSES**

as follows:

**[ ]     BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Katten Muchin Rosenman LLP practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**[ ]     BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the document(s) to be sent from e-mail address terence.banich@katten.com to the persons at the e-mail address(es) listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**[ ]     BY OVERNIGHT MAIL (FedEx):** I enclosed said document(s) in an envelope or package provided by FEDEX and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FEDEX or delivered such document(s) to a courier or driver authorized by FEDEX to receive documents.

**[ ]     BY PERSONAL SERVICE:** I caused said document to be personally delivered the document(s) to the person at the addresses listed above by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office.

**[X]     E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct.

Executed on October 22, 2024, at Chicago, Illinois.

*/s/Terence G. Banich*
Terence G. Banich