# EXHIBIT A



September 30, 2024　　　　　　　　　　　　　　　　　　　　　　　Invoice No: 1080-5
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Tax ID: ███9697
Lance Miller
Receiver, Maricopa Orchards
c/o Pivot Management Group, LLC

Re: Engagement of Maricopa Orchards - Receiver

**Professional Fees:**

|  |  |
|---|---|
| For the period September 1st, 2024- September 30th, 2024 | $ 10,000.00 |
| Transportation expenses | $ 0.00 |
| Administrative fee | $ 0.00 |
| **Total fees and expenses** | **$ 10,000.00** |
| Apply retainer: | ($ 0.00) |
| **Balance Due:** | **$ 10,000.00** |

Pivot Management Group's preferred payment method is ACH
Bank of America Routing Number: ████████
Account Number: ████████████
Please send electronic payment remittance advice and questions to ████████████████

1230 Rosecrans Ave, Suite 530, Manhattan Beach, CA 90266| **Pivotgrp.com**



| | | From | **Pivot Management Group, LLC** |
| --- | --- | --- | --- |
| | | | 1230 Rosecrans Ave, Suite 530 |
| | | | Manhattan Beach, CA 90266 |

| | | | |
| --- | --- | --- | --- |
| Invoice ID | **1080-5** | Invoice For | **Maricopa Orchards** |
| Issue Date | 09/30/2024 | | Lance Miller |
| | | | Receiver, Maricopa Orchards |
| Due Date | 09/30/2024 (upon receipt) | | c/o Pivot Management Group, LLC |

| Description | Unit Price | Amount |
| --- | ---: | ---: |
| Maricopa Orchards: Lance Miller (09/01/2024 - 09/30/2024) | $975.00 | **$37,927.50** |
| Maricopa Orchards: Under 60 Hrs | $975.00 | **-$37,927.50** |
| 50k Prorated Retainer:<br>$50,000/30 days = 1,666.66<br>$1,666.66*6 days = $10,000 | $10,000.00 | **$10,000.00** |

**Amount Due**  **$10,000.00**

**Notes**

Pivot Management Group's preferred payment method is ACH.

For Retainer Payments send to:
Bank of America Routing Number: ███████
Account Number: ██████████

Please send electronic payment remittance advice and questions to ████████████████

# Detailed time report

# Pivot Management Group, LLC

| | | | | | |
|---|---|---|---|---|---|
| Timeframe | **09/01/2024 – 09/30/2024** | | 1 Client | **Maricopa Orchards** | |
| Total | **38.90 Hours** | | Projects | **All projects** | |
| | **0.00 Uninvoiced billable hours** | | Tasks | **All tasks** | |
| | | | 1 Team | **Lance Miller** | |

| Client | Project | Task | Roles | Person | Hours |
|---|---|---|---|---|---|
| **09/15/2024** | | | | | **1.50** |
| Maricopa Orchards | Maricopa Orchards | Advisory | Managing Partner | Lance Miller | 0.50 |
| | Call regarding Maricopa status | | | | |
| Maricopa Orchards | Maricopa Orchards | Advisory | Managing Partner | Lance Miller | 1.00 |
| | Continued work regarding pro fee budget for Maricopa | | | | |
| **09/16/2024** | | | | | **0.70** |
| Maricopa Orchards | Maricopa Orchards | Advisory | Managing Partner | Lance Miller | 0.20 |
| | Arrange for invoice | | | | |
| Maricopa Orchards | Maricopa Orchards | Advisory | Managing Partner | Lance Miller | 0.50 |
| | Call with Alix team regarding case status | | | | |
| **09/17/2024** | | | | | **4.20** |
| Maricopa Orchards | Maricopa Orchards | Advisory | Managing Partner | Lance Miller | 0.20 |
| | Call with P. Richter regarding receivership appointment | | | | |
| Maricopa Orchards | Maricopa Orchards | Advisory | Managing Partner | Lance Miller | 0.20 |
| | Call with J. Mitchell regarding case status | | | | |
| Maricopa Orchards | Maricopa Orchards | Advisory | Managing Partner | Lance Miller | 2.50 |
| | Prepare for and attend conference with borrowers counsel | | | | |

| | |
|---|---|
| **Total** | **38.90** |

| Client | Project | Task | Roles | Person | Hours |
|---|---|---|---|---|---|
| Maricopa Orchards | Maricopa Orchards | Advisory | Managing Partner | Lance Miller | 0.50 |
| Work regarding receivership budget review | | | | | |
| Maricopa Orchards | Maricopa Orchards | Advisory | Managing Partner | Lance Miller | 0.80 |
| Call with P. Richter regarding receivership planning | | | | | |
| 09/18/2024 | | | | | 5.00 |
| Maricopa Orchards | Maricopa Orchards | Advisory | Managing Partner | Lance Miller | 4.00 |
| Multiple calls and emails regarding receivership launch | | | | | |
| Maricopa Orchards | Maricopa Orchards | Advisory | Managing Partner | Lance Miller | 1.00 |
| Call with P. Richter regarding receivership appointment | | | | | |
| 09/19/2024 | | | | | 2.50 |
| Maricopa Orchards | Maricopa Orchards | Advisory | Managing Partner | Lance Miller | 0.40 |
| Review receivership paperwork | | | | | |
| Maricopa Orchards | Maricopa Orchards | Advisory | Managing Partner | Lance Miller | 0.40 |
| Call with J. LaBella and J. Mitchell regarding case status | | | | | |
| Maricopa Orchards | Maricopa Orchards | Advisory | Managing Partner | Lance Miller | 0.80 |
| Call with Pivot team regarding receivership planning | | | | | |
| Maricopa Orchards | Maricopa Orchards | Advisory | Managing Partner | Lance Miller | 0.40 |
| Call with M. Covington regarding case status | | | | | |
| Maricopa Orchards | Maricopa Orchards | Advisory | Managing Partner | Lance Miller | 0.50 |
| Call with P. Richter regarding receivership status | | | | | |
| 09/20/2024 | | | | | 4.80 |
| Maricopa Orchards | Maricopa Orchards | Advisory | Managing Partner | Lance Miller | 0.50 |
| | | | | Total | 38.90 |

| Client | Project | Task | Roles | Person | Hours |
|---|---|---|---|---|---|
|  | Review and respond to email regarding CFO cooperation |  |  |  |  |
| Maricopa Orchards | Maricopa Orchards | Advisory | Managing Partner | Lance Miller | 0.60 |
|  | Call with P. Richter regarding receivership status |  |  |  |  |
| Maricopa Orchards | Maricopa Orchards | Advisory | Managing Partner | Lance Miller | 0.20 |
|  | Review day one plan from M. Covington |  |  |  |  |
| Maricopa Orchards | Maricopa Orchards | Advisory | Managing Partner | Lance Miller | 0.20 |
|  | Coordinate regarding Maricopa account opening |  |  |  |  |
| Maricopa Orchards | Maricopa Orchards | Advisory | Managing Partner | Lance Miller | 0.10 |
|  | Call with J. Mitchell regarding case status |  |  |  |  |
| Maricopa Orchards | Maricopa Orchards | Advisory | Managing Partner | Lance Miller | 0.20 |
|  | Call with Pivot team regarding receivership planning |  |  |  |  |
| Maricopa Orchards | Maricopa Orchards | Advisory | Managing Partner | Lance Miller | 3.00 |
|  | Continued coordination regarding Maricopa launch |  |  |  |  |
| 09/21/2024 |  |  |  |  | 4.40 |
| Maricopa Orchards | Maricopa Orchards | Advisory | Managing Partner | Lance Miller | 3.00 |
|  | Multiple calls regarding Maricopa settlement |  |  |  |  |
| Maricopa Orchards | Maricopa Orchards | Advisory | Managing Partner | Lance Miller | 1.00 |
|  | Review AP file from RPA |  |  |  |  |
| Maricopa Orchards | Maricopa Orchards | Advisory | Managing Partner | Lance Miller | 0.40 |
|  | Review revised receivership order |  |  |  |  |
| 09/22/2024 |  |  |  |  | 2.50 |
| Maricopa Orchards | Maricopa Orchards | Advisory | Managing Partner | Lance Miller | 0.90 |
|  |  |  |  | Total | 38.90 |

| Client | Project | Task | Roles | Person | Hours |
|---|---|---|---|---|---|
| | | Calls with P. Richter regarding case status | | | |
| Maricopa Orchards | Maricopa Orchards | Advisory | Managing Partner | Lance Miller | 1.00 |
| | | Call with Pivot team regarding AP register | | | |
| Maricopa Orchards | Maricopa Orchards | Advisory | Managing Partner | Lance Miller | 0.60 |
| | | Draft email to P. Richter regarding requisition planning for Maricopa | | | |
| 09/23/2024 | | | | | 1.20 |
| Maricopa Orchards | Maricopa Orchards | Advisory | Managing Partner | Lance Miller | 0.40 |
| | | Call with P. Richter regarding case status | | | |
| Maricopa Orchards | Maricopa Orchards | Advisory | Managing Partner | Lance Miller | 0.30 |
| | | Continued coordination regarding Maricopa launch | | | |
| Maricopa Orchards | Maricopa Orchards | Advisory | Managing Partner | Lance Miller | 0.50 |
| | | Call with P. Richter regarding case status | | | |
| 09/24/2024 | | | | | 1.90 |
| Maricopa Orchards | Maricopa Orchards | Advisory | Managing Partner | Lance Miller | 0.50 |
| | | Call with Pivot team regarding outstanding items | | | |
| Maricopa Orchards | Maricopa Orchards | Advisory | Managing Partner | Lance Miller | 0.10 |
| | | Coordination regarding account opening | | | |
| Maricopa Orchards | Maricopa Orchards | Advisory | Managing Partner | Lance Miller | 1.30 |
| | | Calls with counsel and P. Richter regarding case status | | | |
| 09/25/2024 | | | | | 4.30 |
| Maricopa Orchards | Maricopa Orchards | Advisory | Managing Partner | Lance Miller | 2.50 |
| | | Prepare for and attend receivership hearing | | | |
| | | | | Total | 38.90 |

| Client | Project | Task | Roles | Person | Hours |
|---|---|---|---|---|---|
| Maricopa Orchards | Maricopa Orchards | Advisory | Managing Partner | Lance Miller | 0.40 |
| | Call with M. Covington regarding case status | | | | |
| Maricopa Orchards | Maricopa Orchards | Advisory | Managing Partner | Lance Miller | 1.40 |
| | Coordination regarding receivership startup | | | | |
| 09/26/2024 | | | | | 0.50 |
| Maricopa Orchards | Maricopa Orchards | Advisory | Managing Partner | Lance Miller | 0.50 |
| | Review proposed funding | | | | |
| 09/27/2024 | | | | | 4.40 |
| Maricopa Orchards | Maricopa Orchards | Advisory | Managing Partner | Lance Miller | 1.00 |
| | Call with pivot team regarding case status | | | | |
| Maricopa Orchards | Maricopa Orchards | Advisory | Managing Partner | Lance Miller | 0.40 |
| | Work regarding receivership startup matters | | | | |
| Maricopa Orchards | Maricopa Orchards | Advisory | Managing Partner | Lance Miller | 0.50 |
| | Call with P. Richter regarding case status | | | | |
| Maricopa Orchards | Maricopa Orchards | Advisory | Managing Partner | Lance Miller | 2.50 |
| | Draft receivership report | | | | |
| 09/29/2024 | | | | | 1.00 |
| Maricopa Orchards | Maricopa Orchards | Advisory | Managing Partner | Lance Miller | 1.00 |
| | Review changes to receivership report | | | | |
| | | | | Total | 38.90 |