# EXHIBIT B1



September 30, 2024

Invoice No: 1091
Tax ID: ████9697

Lance Miller
Receiver, Maricopa Orchards
c/o Pivot Management Group, LLC

Re: Engagement of Maricopa Orchards - Consulting Services

---

**Professional Fees:**

| | |
|---|---|
| For the period September 25, 2024 through September 30, 2024 | $ 74,229.45 |
| Transportation expenses | $ 0.00 |
| Administrative fee | $ 0.00 |
| **Total fees and expenses** | **$ 74,229.45** |
| Apply retainer: | ( 0.00) |
| **Balance Due:** | $ 74,229.45 |

---

Maricopa Retainer Balance: $258,728

Pivot Management Group's preferred payment method is ACH
Bank of America Routing Number: ████████
Account Number: ████████
Please send electronic payment remittance advice and questions to ████████



From **Pivot Management Group, LLC**
1230 Rosecrans Ave, Suite 530
Manhattan Beach, CA 90266

| | | |
|---|---|---|
| Invoice ID | **1091** | |
| Issue Date | 09/30/2024 | |
| Due Date | 09/30/2024 (upon receipt) | |
| Subject | Period from September 25th, 2024 through September 24th, 2024 | |

Invoice For **Maricopa Orchards**
Lance Miller
Receiver, Maricopa Orchards
c/o Pivot Management Group, LLC

| Description | Unit Price | Amount |
|---|---|---|
| Maricopa Orchards: Kyle Liebentritt (09/25/2024 - 09/30/2024) | $800.00 | **$3,840.00** |
| Maricopa Orchards: Matt Covington (09/25/2024 - 09/30/2024) | $975.00 | **$21,645.00** |
| Maricopa Orchards: Peter Elkin (09/25/2024 - 09/30/2024) | $975.00 | **$8,287.50** |
| Maricopa Orchards: Sarah Rohr (09/25/2024 - 09/30/2024) | $525.00 | **$2,362.50** |
| Maricopa Orchards: Steve Borse (09/25/2024 - 09/30/2024) | $800.00 | **$24,480.00** |
| Maricopa Orchards: Expenses for Kyle Liebentritt (09/25/2024 - 09/30/2024) | $540.06 | **$540.06** |
| Maricopa Orchards: Expenses for Steve Borse (09/25/2024 - 09/30/2024) | $909.89 | **$909.89** |
| Maricopa Orchards - Travel: Kyle Liebentritt (09/25/2024 - 09/30/2024) | $400.00 | **$3,600.00** |
| Maricopa Orchards - Travel: Matt Covington (09/25/2024 - 09/30/2024) | $487.50 | **$4,972.50** |
| Maricopa Orchards - Travel: Steve Borse (09/25/2024 - 09/30/2024) | $400.00 | **$3,592.00** |

**Amount Due**   **$74,229.45**

**Notes**

Pivot Management Group's preferred payment method is ACH.

For Retainer Payments send to:
Bank of America Routing Number: ███████
Account Number: ███████

Please send electronic payment remittance advice and questions to ███████████

# Detailed time report

# Pivot Management Group, LLC

| | | | | | |
|---|---|---|---|---|---|
| Timeframe | **09/25/2024 – 09/30/2024** | | 1 Client | **Maricopa Orchards** | |
| Total | **98.78 Hours** | | Projects | **All projects** | |
| | **0.00 Uninvoiced billable hours** | | Tasks | **All tasks** | |
| | | | 24 Team | **Andrew Sokoloff, Austin Singer, Chelsea Grayson, Franklin Kha, George Demos, Jair Clarke, Karl Pearson, Kim Welsh, Kyle Liebentritt, Laura Berg, Liz Gonzalez, Matt Covington, Michael Forde, Mike Lang, Mike Schlesinger, Peter Elkin, Robyn Vescovi, Sam Lester, Sarah Abu Shanab, Sarah Rohr, Scott Ginsburg, Seth Wellisch, Stanley Ho, Steve Borse** | |

| Client | Project | Task | Roles | Person | Hours |
|---|---|---|---|---|---|
| 09/25/2024 | | | | | 20.70 |
| Maricopa Orchards | Maricopa Orchards | Project Management | N/A | Sarah Rohr | 1.50 |
| Maricopa Orchards | Maricopa Orchards | Project Management | N/A | Steve Borse | 0.60 |
| | Call with Matt C and Kyle on SOPs | | | | |
| Maricopa Orchards | Maricopa Orchards | Project Management | N/A | Steve Borse | 1.00 |
| | Adjust Requisition plan | | | | |
| Maricopa Orchards | Maricopa Orchards | Project Management | N/A | Steve Borse | 0.90 |
| | Team Call with Lance | | | | |
| Maricopa Orchards | Maricopa Orchards | Project Management | N/A | Steve Borse | 1.00 |
| | Multiple Correspondence with RPA, Peter R, and Team | | | | |
| Maricopa Orchards | Maricopa Orchards | Advisory | Partner | Peter Elkin | 2.00 |

**Total**   **98.78**

| Client | Project | Task | Roles | Person | Hours |
|--------|---------|------|-------|--------|-------|
| | | Hearing call | | | |
| Maricopa Orchards | Maricopa Orchards | Advisory | Partner | Peter Elkin | 1.00 |
| | Team call on starting receivership | | | | |
| Maricopa Orchards | Maricopa Orchards | Advisory | Partner | Peter Elkin | 0.50 |
| | Call with Steve | | | | |
| Maricopa Orchards | Maricopa Orchards | Court Appearances/Preparation | N/A | Steve Borse | 1.80 |
| | Receivership Hearing | | | | |
| Maricopa Orchards | Maricopa Orchards | Court Appearances/Preparation | Managing Director | Matt Covington | 1.80 |
| | Attend receivership hearing | | | | |
| Maricopa Orchards | Maricopa Orchards | Cash Management | Managing Director | Matt Covington | 0.60 |
| | Call with Steve B. and Kyle to discuss SOP for requisition and payment post-Receiver motion. | | | | |
| Maricopa Orchards | Maricopa Orchards | Advisory | Managing Director | Matt Covington | 1.50 |
| | Prepare for on-site meetings with Company; plan agendas and coordinate with RPA | | | | |
| Maricopa Orchards | Maricopa Orchards | Advisory | Managing Director | Matt Covington | 0.40 |
| | Review Maricopa Org chart and positions and responsibilities | | | | |
| Maricopa Orchards | Maricopa Orchards | Advisory | Managing Director | Matt Covington | 0.90 |
| | Internal call assessing information requirements and information received regarding MOC visit | | | | |
| Maricopa Orchards | Maricopa Orchards | Business Analysis | Managing Director | Matt Covington | 1.20 |
| | Review and analyze diligence information received in advance of visit to Fresno | | | | |
| Maricopa Orchards | Maricopa Orchards | Business Analysis | Managing Director | Matt Covington | 0.70 |

| | | | | **Total** | **98.78** |

| Client | Project | Task | Roles | Person | Hours |
|---|---|---|---|---|---|
| | Review receiver order | | | | |
| Maricopa Orchards | Maricopa Orchards | Advisory | N/A | Kyle Liebentritt | 1.80 |
| | Maricopa Receivership Order Hearing | | | | |
| Maricopa Orchards | Maricopa Orchards | Advisory | N/A | Kyle Liebentritt | 0.60 |
| | Call regarding Maricopa Standard Operating Procedures review for requisitions | | | | |
| Maricopa Orchards | Maricopa Orchards | Advisory | N/A | Kyle Liebentritt | 0.50 |
| | Prepared receivership weekly reporting procedures | | | | |
| Maricopa Orchards | Maricopa Orchards | Advisory | N/A | Kyle Liebentritt | 0.40 |
| | Receivership planning call | | | | |
| 09/26/2024 | | | | | 27.97 |
| Maricopa Orchards | Maricopa Orchards | Project Management | N/A | Sarah Rohr | 0.17 |
| Maricopa Orchards | Maricopa Orchards - Travel | Travel | N/A | Steve Borse | 4.13 |
| Maricopa Orchards | Maricopa Orchards | Project Management | N/A | Steve Borse | 3.20 |
| | Meetings with RPA and maricopa team | | | | |
| Maricopa Orchards | Maricopa Orchards | Cash Management | N/A | Steve Borse | 1.50 |
| | Confirmation bank account and invoice review | | | | |
| Maricopa Orchards | Maricopa Orchards | Cash Management | N/A | Steve Borse | 0.17 |
| | Send wire release request to bank | | | | |
| Maricopa Orchards | Maricopa Orchards | Project Management | Partner | Peter Elkin | 2.00 |
| | Setting up Onehub, case admin | | | | |
| | | | | **Total** | **98.78** |

| Client | Project | Task | Roles | Person | Hours |
|---|---|---|---|---|---|
| Maricopa Orchards | Maricopa Orchards | Project Management | N/A | Steve Borse | 2.20 |
| | Detailed AP discussion and Q&A | | | | |
| Maricopa Orchards | Maricopa Orchards | Project Management | N/A | Steve Borse | 0.70 |
| | Discussion on Key Suppliers | | | | |
| Maricopa Orchards | Maricopa Orchards | Project Management | N/A | Steve Borse | 1.10 |
| | Call with Joey and Team discussing cost fields | | | | |
| Maricopa Orchards | Maricopa Orchards - Travel | Travel | Managing Director | Matt Covington | 4.80 |
| | Travel from home in OC to Fresno | | | | |
| Maricopa Orchards | Maricopa Orchards | Advisory | Managing Director | Matt Covington | 3.20 |
| | Meet with key team members in Fresno (COO, Accg/Controller, Ops) as well as RPA including detailed review of diligence items | | | | |
| Maricopa Orchards | Maricopa Orchards | Advisory | Managing Director | Matt Covington | 2.20 |
| | Detailed discussion of AP run and requisition process and address process questions and adjustments | | | | |
| Maricopa Orchards | Maricopa Orchards | Advisory | Managing Director | Matt Covington | 0.70 |
| | Discussion regarding key supplier status and plan going forward. | | | | |
| Maricopa Orchards | Maricopa Orchards | Business Analysis | Managing Director | Matt Covington | 1.10 |
| | Call with analytics professional to get introduction to data analysis for allocation of costs to fields and lender and follow up on same. | | | | |
| Maricopa Orchards | Maricopa Orchards | Business Analysis | Managing Director | Matt Covington | 0.80 |
| | Review diligence items received from RPA and email exchanges | | | | |
| 09/27/2024 | | | | | 24.38 |
| Maricopa Orchards | Maricopa Orchards | Project Management | Partner | Peter Elkin | 0.50 |

**Total    98.78**

| Client | Project | Task | Roles | Person | Hours |
|---|---|---|---|---|---|
| | Team update call | | | | |
| Maricopa Orchards | Maricopa Orchards | Project Management | Partner | Peter Elkin | 1.50 |
| | Harvest set up, team updates | | | | |
| Maricopa Orchards | Maricopa Orchards | Project Management | N/A | Sarah Rohr | 1.33 |
| Maricopa Orchards | Maricopa Orchards - Travel | Travel | N/A | Steve Borse | 4.85 |
| Maricopa Orchards | Maricopa Orchards | Project Management | N/A | Steve Borse | 0.50 |
| | Team call | | | | |
| Maricopa Orchards | Maricopa Orchards | Project Management | N/A | Steve Borse | 4.00 |
| | Onsite meetings | | | | |
| Maricopa Orchards | Maricopa Orchards | Cash Management | N/A | Steve Borse | 1.00 |
| | Review check run | | | | |
| Maricopa Orchards | Maricopa Orchards | Business Analysis | Managing Director | Matt Covington | 0.50 |
| | Review of recent diligence files received in advance of day's meetings | | | | |
| Maricopa Orchards | Maricopa Orchards | Business Analysis | Managing Director | Matt Covington | 0.90 |
| | Internal meeting to provide update on status and diligence observations and preparations for same | | | | |
| Maricopa Orchards | Maricopa Orchards | Business Analysis | Managing Director | Matt Covington | 1.90 |
| | Meeting with Clay Beck to discuss in detail harvest status, operations process and vendor discussions. | | | | |
| Maricopa Orchards | Maricopa Orchards | Advisory | Managing Director | Matt Covington | 1.00 |
| | Draft written summary of operational update for weekly Receiver report | | | | |
| Maricopa Orchards | Maricopa Orchards | Advisory | Managing Director | Matt Covington | 0.60 |

**Total** **98.78**

| Client | Project | Task | Roles | Person | Hours |
|---|---|---|---|---|---|
| | | Meet with RPA team to set schedule for following week and discuss diligence items | | | |
| Maricopa Orchards | Maricopa Orchards - Travel | Travel | Managing Director | Matt Covington | 5.40 |
| | Travel from Fresno back to OC | | | | |
| Maricopa Orchards | Maricopa Orchards | Advisory | N/A | Kyle Liebentritt | 0.40 |
| | Maricopa check in call | | | | |
| **09/28/2024** | | | | | **1.60** |
| Maricopa Orchards | Maricopa Orchards | Case Administration | N/A | Steve Borse | 1.00 |
| | Review and Edit Draft of Pru Report | | | | |
| Maricopa Orchards | Maricopa Orchards | Advisory | Managing Director | Matt Covington | 0.60 |
| | Review and provide comments on weekly update memo. | | | | |
| **09/29/2024** | | | | | **3.67** |
| Maricopa Orchards | Maricopa Orchards | Project Management | N/A | Sarah Rohr | 0.67 |
| Maricopa Orchards | Maricopa Orchards | Project Management | Partner | Peter Elkin | 0.50 |
| | Review of weekly report | | | | |
| Maricopa Orchards | Maricopa Orchards | Project Management | Partner | Peter Elkin | 0.50 |
| | Coordination of tour and correspondence | | | | |
| Maricopa Orchards | Maricopa Orchards | Advisory | Managing Director | Matt Covington | 0.50 |
| | Review cost-sharing agreement between PGIM and PICA | | | | |
| Maricopa Orchards | Maricopa Orchards | Advisory | Managing Director | Matt Covington | 0.60 |
| | Review revised Receiver responsibilities and terms of advances and provide comments | | | | |
| | | | | **Total** | **98.78** |

| Client | Project | Task | Roles | Person | Hours |
|---|---|---|---|---|---|
| Maricopa Orchards | Maricopa Orchards | Advisory | Managing Director | Matt Covington | 0.50 |
| | Follow up on outstanding diligence requests from Friday meetings | | | | |
| Maricopa Orchards | Maricopa Orchards | Advisory | N/A | Kyle Liebentritt | 0.40 |
| | Reviewed Week 1 receivership report | | | | |
| **09/30/2024** | | | | | **20.46** |
| Maricopa Orchards | Maricopa Orchards | Advisory | N/A | Steve Borse | 4.53 |
| | Travel to MOC HQ | | | | |
| Maricopa Orchards | Maricopa Orchards | Advisory | N/A | Steve Borse | 0.50 |
| | Online Bank Set up, Peter and Kyle, and myself | | | | |
| Maricopa Orchards | Maricopa Orchards | Advisory | N/A | Steve Borse | 0.31 |
| | Call with Clay, Phil, Matt | | | | |
| Maricopa Orchards | Maricopa Orchards | Cash Flow Projections | N/A | Steve Borse | 2.09 |
| | Set up Cash Reporting | | | | |
| Maricopa Orchards | Maricopa Orchards | Case Administration | N/A | Steve Borse | 0.13 |
| | Call with Lance | | | | |
| Maricopa Orchards | Maricopa Orchards | Case Administration | N/A | Steve Borse | 0.62 |
| | Team Call Regarding Action List | | | | |
| Maricopa Orchards | Maricopa Orchards | Case Administration | N/A | Steve Borse | 0.25 |
| | Discussion with Kyle | | | | |
| Maricopa Orchards | Maricopa Orchards | Project Management | N/A | Sarah Rohr | 0.83 |

|  |  | **Total** | **98.78** |
|---|---|---|---|

| Client | Project | Task | Roles | Person | Hours |
|---|---|---|---|---|---|
| Maricopa Orchards | Maricopa Orchards - Travel<br><br>Home to Client | Travel | N/A | Kyle Liebentritt | 9.00 |
| Maricopa Orchards | Maricopa Orchards<br><br>Action list updated and review call | Advisory | N/A | Kyle Liebentritt | 0.70 |
| Maricopa Orchards | Maricopa Orchards<br><br>Meeting with RPA on budget variance | Cash Management | N/A | Steve Borse | 0.50 |
| Maricopa Orchards | Maricopa Orchards<br><br>Review cash variance from RPA | Cash Management | N/A | Steve Borse | 0.50 |
| Maricopa Orchards | Maricopa Orchards<br><br>Upload documents to onehub | Case Administration | N/A | Steve Borse | 0.50 |

**Total** **98.78**

# Expense report

Pivot Management Group, LLC

| | | | |
|---|---|---|---|
| Timeframe | **09/25/2024 – 09/30/2024** | 1 Client | **Maricopa Orchards** |
| Total | **$1,449.95** | Projects | **All projects** |
| | | Categories | **All categories** |
| | | 24 Team | **Karl Pearson, Peter Elkin, Liz Gonzalez, Mike Lang, Stanley Ho, George Demos, Seth Wellisch, Mike Schlesinger, Steve Borse, Sam Lester, Austin Singer, Laura Berg, Robyn Vescovi, Sarah Abu Shanab, Chelsea Grayson, Kim Welsh, Sarah Rohr, Franklin Kha, Michael Forde, Scott Ginsburg, Jair Clarke, Matt Covington, Kyle Liebentritt, Andrew Sokoloff** |

| Date | Project | Category | Roles | Person | Amount |
|---|---|---|---|---|---|
| Maricopa Orchards | | | | | $1,449.95 |
| 09/26/2024 | Maricopa Orchards | Meals | N/A | Steve Borse | $31.71 |
| | Lunch with Matt | | | | |
| 09/26/2024 | Maricopa Orchards | Meals | N/A | Steve Borse | $46.58 |
| | Dinner | | | | |
| 09/26/2024 | Maricopa Orchards | Mileage | N/A | Steve Borse | $158.79 |
| | From Home to Maricopa HQ [237.0 miles] | | | | |
| 09/26/2024 | Maricopa Orchards | Mileage | N/A | Steve Borse | $2.41 |
| | From HQ to Hotel [3.6 miles] | | | | |
| 09/27/2024 | Maricopa Orchards | Mileage | N/A | Steve Borse | $2.41 |
| | From Hotel to HQ [3.6 miles] | | | | |
| 09/27/2024 | Maricopa Orchards | Mileage | N/A | Steve Borse | $158.79 |

| | | |
|---|---|---|
| | **Total** | **$1,449.95** |

| Date | Project | Category | Roles | Person | Amount |
|------|---------|----------|-------|--------|--------|
| | From HQ to Home [237.0 miles] | | | | |
| 09/27/2024 | Maricopa Orchards<br><br>Hotel | Lodging | N/A | Steve Borse | $228.39 |
| 09/27/2024 | Maricopa Orchards<br><br>Surety Bond Payment | Other | N/A | Steve Borse | $103.50 |
| 09/30/2024 | Maricopa Orchards<br><br>Taxi (Home to ORD) | Transportation | N/A | Kyle Liebentritt | $125.56 |
| 09/30/2024 | Maricopa Orchards<br><br>Breakfast | Meals | N/A | Kyle Liebentritt | $16.81 |
| 09/30/2024 | Maricopa Orchards<br><br>In-flight WiFi | Other | N/A | Kyle Liebentritt | $15.00 |
| 09/30/2024 | Maricopa Orchards<br><br>In-flight WiFi | Other | N/A | Kyle Liebentritt | $14.00 |
| 09/30/2024 | Maricopa Orchards<br><br>From Home to MOC HQ [237.0 miles] | Mileage | N/A | Steve Borse | $158.79 |
| 09/30/2024 | Maricopa Orchards<br><br>Lunch | Meals | N/A | Steve Borse | $18.52 |
| 09/30/2024 | Maricopa Orchards<br><br>Lunch | Meals | N/A | Kyle Liebentritt | $49.71 |
| 09/30/2024 | Maricopa Orchards<br><br>Airfare one-way (ORD to FAT) | Airfare | N/A | Kyle Liebentritt | $318.98 |
| | | | | **Total** | **$1,449.95** |

**$31.71**

| | |
|---|---|
| Client | **Maricopa Orchards** |
| Project | **Maricopa Orchards** |
| Category | **Meals** |
| Person | **Steve Borse** |

Lunch with Matt



| Client | **Maricopa Orchards** |
| Project | **Maricopa Orchards** |
| Category | **Meals** |
| Person | **Steve Borse** |

Dinner



12:26

Receipt

Postmates

Total **$46.58**
September 26, 2024

# Thanks for ordering, Steven

Here's your receipt for The Old Spaghetti Factory (Fresno).

## Total                     $46.58

| 1 | Spinach Tortellini with Alfredo Sauce | $24.00 |

(Choose 1) Soup or Salad
No Soup or Side Salad $0.00

(Choose 1) Bread
No Bread $0.00

(Choose 1) Ice Cream
Vanilla $0.00

Plasticware
To Go Fork $0.00
To Go Spoon $0.00



Home   Browse   Carts   Orders   Account

| | |
|---|---|
| Client | **Maricopa Orchards** |
| Project | **Maricopa Orchards** |
| Category | **Mileage** |
| Person | **Steve Borse** |

From Home to Maricopa HQ [237.0 miles]

**09/26/2024**                                    **$2.41**

| | |
|---|---|
| Client | **Maricopa Orchards** |
| Project | **Maricopa Orchards** |
| Category | **Mileage** |
| Person | **Steve Borse** |

From HQ to Hotel [3.6 miles]

**09/27/2024**                                    **$2.41**

| | |
|---|---|
| Client | **Maricopa Orchards** |
| Project | **Maricopa Orchards** |
| Category | **Mileage** |
| Person | **Steve Borse** |

From Hotel to HQ [3.6 miles]

**09/27/2024**                                    **$158.79**

| | |
|---|---|
| Client | **Maricopa Orchards** |
| Project | **Maricopa Orchards** |
| Category | **Mileage** |
| Person | **Steve Borse** |

From HQ to Home [237.0 miles]

**09/27/2024**                                    **$228.39**

| | |
|---|---|
| Client | **Maricopa Orchards** |
| Project | **Maricopa Orchards** |
| Category | **Lodging** |
| Person | **Steve Borse** |

Hotel



**Fairfield by Marriott® Fresno Riverpark**
330 East Fir Avenue, Fresno, CA 93720 P 559.449.0928
**Fairfield.Marriott.com**

| | |
|---|---|
| Steven Borse | Room: 406 |
| 528 1 2 N Lucia Ave | Room Type: EKKS |
| Redondo Beach CA 90277 | Number of Guests: 1 |
| Business | Rate: $200.00      Clerk: IMR |
| Arrive: 26Sep24      Time: 05:43PM      Depart: 27Sep24 | Time: 07:42AM      Folio Number: 60235 |

| DATE | DESCRIPTION | CHARGES | CREDITS |
|------|-------------|---------|---------|
| 26Sep24 | Room Charge | 200.00 | |
| 26Sep24 | Occupancy Sales Tax | 24.00 | |
| 26Sep24 | Fresno Tourism Tax | 4.00 | |
| 26Sep24 | CA Tourism Tax | 0.39 | |
| 27Sep24 | American Express | | 228.39 |

Card #: ████████████1008/XXXX
Card Type: AMEX Card Entry: CHIP Approval Code: ███App
Label: AMERICAN EXPRESS AID: ████████0801

| | | |
|---|---|---|
| | **BALANCE:** | **0.00** |

**Marriott Bonvoy Account #**████████   Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy account statement or your online statement for updated activity.

See our "Privacy & Cookie Statement" on Marriott.com.

Operated under license from Marriott International, Inc. or one of its affiliates.

Take the comfort of the Fairfield sleep experience home. Visit the Fairfield official retail store at FairfieldStore.com.

**$103.50**

| | |
|---|---|
| Client | **Maricopa Orchards** |
| Project | **Maricopa Orchards** |
| Category | **Other** |
| Person | **Steve Borse** |

Surety Bond Payment

**Lance Miller**                     Receipt #20141926

steve.borse@pivotgrp.com                  Payment on 9/27/2024

| | |
|---|---|
| Subtotal | $100.00 |
| Fee | $3.50 |
| **Total** | **$103.50** |

PAYMENT TYPE      AMERICAN EXPRESS XXXXXXXXXX1008
To reverse this payment, please contact Arthur B. Levine Company
using the information below. Sending an email or leaving a voicemail
does not guarantee reversal of the payment.

NOTES

Surety Bond payment for Lance Miller in the amount of $100.00

---

**09/30/2024**                                        **$125.56**

| | |
|---|---|
| Client | **Maricopa Orchards** |
| Project | **Maricopa Orchards** |
| Category | **Transportation** |
| Person | **Kyle Liebentritt** |

Taxi (Home to ORD)





Tri-State Tollway (I-94/I-294/I-80) 32    $0.75
OHare East

Milwaukee-Chicago Toll 33 N: Irving     $0.75
Park Road (1)

Chicago Toll 35: 22nd Street (1)          $0.75

Tip                                       $20.92

## Payments

Apple Pay                                $125.56

**Apple Pay American Express**
••••2104
9/30/24 6:09 AM

**Switch Payment Method**

**Download PDF**

| Client | **Maricopa Orchards** |
|---|---|
| Project | **Maricopa Orchards** |
| Category | **Meals** |
| Person | **Kyle Liebentritt** |

Breakfast



| | |
|---|---|
| Client | **Maricopa Orchards** |
| Project | **Maricopa Orchards** |
| Category | **Other** |
| Person | **Kyle Liebentritt** |

In-flight WiFi



09/30/2024      $14.00

| | |
|---|---|
| Client | **Maricopa Orchards** |
| Project | **Maricopa Orchards** |
| Category | **Other** |
| Person | **Kyle Liebentritt** |

In-flight WiFi



09/30/2024      $158.79

| | |
|---|---|
| Client | **Maricopa Orchards** |
| Project | **Maricopa Orchards** |
| Category | **Mileage** |
| Person | **Steve Borse** |

From Home to MOC HQ [237.0 miles]

| | |
|---|---|
| Client | **Maricopa Orchards** |
| Project | **Maricopa Orchards** |
| Category | **Meals** |
| Person | **Steve Borse** |

Lunch



$49.71

| Client | **Maricopa Orchards** |
| Project | **Maricopa Orchards** |
| Category | **Meals** |
| Person | **Kyle Liebentritt** |

Lunch



| Client | **Maricopa Orchards** |
| Project | **Maricopa Orchards** |
| Category | **Airfare** |
| Person | **Kyle Liebentritt** |

Airfare one-way (ORD to FAT)

