# EXHIBIT C1



| | |
|---|---|
| Direct Billing Inquiries to:<br>**Deanna Alvarez**<br>deanna.alvarez@katten.com | **2121 N. Pearl Street, Suite 1100**<br>**Dallas, TX 75201** |

September 26, 2024

| | |
|---|---|
| Lance Miller<br>Attn: Lance Miller<br>Managing Partner<br>Pivot Group<br>1230 Rosecrans Avenue<br>Suite 530<br>Manhatten Beach, CA 90266 | Invoice No. 40228255<br>Client No. 401778<br>Matter No. 00001 |

FEIN: 36-2796532

**Re: Receivership** (401778.00001)

For legal services rendered through September 19, 2024........................................................  $49,617.00

**CURRENT INVOICE TOTAL:**     **$49,617.00**

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

Client: 401778 – Lance Miller  
Invoice No. 40228255  
Invoice Date: September 26, 2024

## PROFESSIONAL SERVICES
Matter 00001: Receivership

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 31 Jul 24 | Crocker, Michaela C. | Research regarding federal receiverships and comments to proposed form of order. | 2.50 |
| 31 Jul 24 | Crocker, Michaela C. | Review term sheet and take notes for morning call with client. | 0.50 |
| 01 Aug 24 | Crocker, Michaela C. | Review and revise receivership order, including brief research regarding same (4.1); call with counsel for Prudential and proposed receiver (.5); follow up call with J. Mitchell (.3). | 4.90 |
| 28 Aug 24 | Crocker, Michaela C. | All hands call with lender and receiver teams to discuss case timing and strategy (1.0); review example declaration for use in complaint (.3); status call with J. Mitchell (.2); review and note additional revisions needed to appointment (.3); status call with L. Miller. P. Richter and J. Mitchell (.4). | 2.20 |
| 29 Aug 24 | Mitchell, John E. | Call with Prudential counsel regarding status of complaint and negotiations, follow up calls with internal team regarding same (1.5); call with Pivot Group regarding same and follow up emails (1.0). | 2.50 |
| 30 Aug 24 | Crocker, Michaela C. | Review and revise Miller declaration and call with PGIM's counsel regarding receivership. | 1.00 |
| 31 Aug 24 | Crocker, Michaela C. | Revise Miller declaration based on comments received (.2); review and provide comments on draft complaint and motion to appoint receiver (1.5). | 1.70 |
| 01 Sep 24 | Mitchell, John E. | Review receivership complaint and motion to appoint receiver; review Miller Declaration; provide input and comments on all. | 1.20 |
| 02 Sep 24 | Mitchell, John E. | Review draft order (.5). | 0.50 |
| 02 Sep 24 | Crocker, Michaela C. | Additional revisions to proposed order based on conversation with trustee and email to PGIM's counsel with additional questions. | 1.80 |
| 03 Sep 24 | Mitchell, John E. | Review further changes to Complaint, Order and Dec, emails regarding same (.2). | 0.20 |
| 03 Sep 24 | Crocker, Michaela C. | Status call with J. Mitchell (.2); emails with PGIM's counsel regarding form of order and conference call (.2); review and revise receivership order (1.0); call with Seyfarth team regarding receivership (.5) and follow-up call with Pivot team regarding same (.5); email to J. Mitchell regarding call with Seyfarth and case status (.2). | 2.60 |
| 04 Sep 24 | Crocker, Michaela C. | Emails with PGIM's counsel to inquire as to status and suggest revisions to receivership documents. | 0.10 |
| 06 Sep 24 | Crocker, Michaela C. | Call with Seyfarth attorneys and L. Miller to discuss terms of receivership order (.5); review and revise further amended order prepared by Seyfarth (1.8). | 1.80 |
| 09 Sep 24 | Mitchell, John E. | Review current version of complaint, receivership order and declaration (.5). | 0.50 |
| 09 Sep 24 | Crocker, Michaela C. | Review revised Miller declaration and provide comments (.4); review revised order appointing receiver and provide comments (.5); initial review of | 2.20 |

## PROFESSIONAL SERVICES

Matter 00001: Receivership

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| | | partial March operating report and email to A. Board with questions (.5); respond to creditor calls throughout day (.8). | |
| 12 Sep 24 | Mitchell, John E. | Status call with L. Miller regarding PGIM (.3). | 0.30 |
| 12 Sep 24 | Crocker, Michaela C. | Review final documents forwarded by Seyfarth and email to L. Miller requesting final approval. | 1.20 |
| 13 Sep 24 | Mitchell, John E. | Multiple calls and attend to prep for receivership. | 2.50 |
| 13 Sep 24 | Crocker, Michaela C. | Status call with J. Mitchell (.1); locate and forward example pleadings and docket requested by J. Mitchell (.5). | 0.60 |
| 14 Sep 24 | Mitchell, John E. | Calls related to receivership. | 0.50 |
| 15 Sep 24 | Crocker, Michaela C. | Budget call with J. Mitchell and L. Miller (.3); call with PGIM's counsel (.5); follow up call with J. Mitchell (.1). | 0.90 |
| 17 Sep 24 | Mitchell, John E. | PGIM Receivership prep call (1.0). | 1.00 |
| 17 Sep 24 | Crocker, Michaela C. | Status call with Pivot, Katten and Seyfarth teams (.5); follow up call with J. Mitchell and L. Miller (.3). | 0.80 |
| 18 Sep 24 | Mitchell, John E. | Review email summary of call, prep for follow up call; multiple calls regarding receivership (2.0). | 2.00 |
| 18 Sep 24 | Crocker, Michaela C. | Status calls with J. Mitchell, L. Miller and other members of Pivot team. | 1.60 |
| 19 Sep 24 | Mitchell, John E. | Attend to Receivership status, order and similar matters (.7); review Receivership Motion, Motion to Expedite, form of order and call with L. Miller (1.4); review and edit, make further changes to receivership order, call with J. Dejonker, call with L. Miller (2.0). | 4.10 |
| | | **TOTALS:** | **41.70** |

## SUMMARY OF PROFESSIONAL SERVICES

Matter 00001: Receivership

| | Attorney or Assistant | Hours | Rate | Amount |
|---|---|---|---|---|
| 45747 | Crocker, Michaela C. | 26.40 | 1,155.00 | $30,492.00 |
| 45743 | Mitchell, John E. | 15.30 | 1,250.00 | $19,125.00 |
| | **TOTAL:** | **41.70** | | **$49,617.00** |