# EXHIBIT C2



|  |  |
|---|---|
| Direct Billing Inquiries to:<br>**Deanna Alvarez**<br>deanna.alvarez@katten.com | **2121 N. Pearl Street, Suite 1100**<br>**Dallas, TX 75201** |

October 14, 2024

| | |
|---|---|
| Lance Miller<br>Attn: Lance Miller<br>Managing Partner<br>Pivot Group<br>1230 Rosecrans Avenue<br>Suite 530<br>Manhatten Beach, CA 90266 | Invoice No. 40231286<br>Client No. 401778<br>Matter No. 00001 |

FEIN: 36-2796532

**Re: Receivership** (401778.00001)

For legal services rendered through September 30, 2024....................................................... $44,263.50

**CURRENT INVOICE TOTAL:** $44,263.50

**TOTAL BALANCE DUE:** $44,263.50

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
Matter 00001: Receivership

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 21 Sep 24 | Mitchell, John E. | Turn comments to Receivership Order, multiple calls and emails regarding same. | 2.00 |
| 21 Sep 24 | Crocker, Michaela C. | Calls with J. Mitchell, L. Miller and J. DeJonker regarding receivership matters (.6); revise order (1.7). | 2.30 |
| 22 Sep 24 | Mitchell, John E. | Turn comments to Receivership Order, multiple emails and calls regarding same. | 2.00 |
| 22 Sep 24 | Crocker, Michaela C. | Review and revise receivership order (1.5); review additional revisions throughout day and emails with counsel regarding same (.4). | 1.90 |
| 23 Sep 24 | Mitchell, John E. | Call with M. Crocker regarding receivership hearing, status and objections (.1); call with L. Miller regarding receivership accounts (.2); emails regarding form of order, PGIM response and multiple emails regarding upcoming hearing (.7); follow up call with L. Miller (.4). | 1.40 |
| 23 Sep 24 | Crocker, Michaela C. | Review and respond to email correspondence received prior evening, including proposed revisions to receivership order (.3); emails with chambers to coordinate remote appearances and calendar revised hearing date (.1); review and provide comments on additional revisions to receivership order (.3); receive and respond to emails regarding receivership throughout day (.3); status call with J. Mitchell (.1). | 1.10 |
| 23 Sep 24 | Archiyan, Yelena E. | Review plaintiff's ex parte motion to appoint receiver and for preliminary injunction. | 0.80 |
| 23 Sep 24 | Brooks-Patton, Janice E. | Respond to email from M. Crocker regarding hearing on motion to appoint receiver (.10); review Court docket and recently filed pleadings, calendar hearing on motion to appoint receiver and circulate deadlines to attorneys (.30). | 0.40 |
| 24 Sep 24 | Mitchell, John E. | Review US Bank objection. | 1.00 |
| 24 Sep 24 | Crocker, Michaela C. | Review and analyze objections to form of receivership orders (.5); emails regarding revisions to order to address lien priority objections (.2); call with L. Miller and J. Mitchell regarding same (.3). | 1.00 |
| 25 Sep 24 | Mitchell, John E. | Prepare for and attend receivership hearing, follow up calls regarding same, turn drafts of order, review same. | 6.50 |
| 25 Sep 24 | Crocker, Michaela C. | Prepare for receivership hearing (.5); emails with L. Miller regarding scope of order (.2); attend receivership hearing and follow-up call with J. Mitchell and L. Miller regarding same (2.5); work with counsel to finalize receivership order (1.3). | 4.50 |
| 26 Sep 24 | Banich, Terence G. | Reviewed and exchanged correspondence with J. Mitchell regarding background and tasks (0.20); reviewed receiver order (0.60); reviewed docket (0.20); reviewed E.D. California local rules regarding admission of attorneys and receiver provisions (0.50); consider form and content of receiver undertaking/bond requirement (0.30); drafted | 2.90 |

## PROFESSIONAL SERVICES
Matter 00001: Receivership

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| | | correspondence to J. Mitchell regarding same (0.70); worked on admission to E.D. California for representation of receiver (0.40). | |
| 26 Sep 24 | Mitchell, John E. | Follow up emails regarding entry of order, beginning of receivership, admission to court, bond, and oath (.5); emails regarding same (.5); email to client regarding requirements of receivership and other requirements (.8). | 1.80 |
| 26 Sep 24 | Brooks-Patton, Janice E. | Call with J. Mitchell regarding oath of receiver. | 0.10 |
| 27 Sep 24 | Banich, Terence G. | Reviewed local rules in connection with various issues (0.70); drafted, edited and filed notice of appearance and proof of service (0.50); reviewed and exchanged correspondence with J. Mitchell regarding documents needed for pro hac vice applications (0.10); drafted and edited pro hac vice applications (0.20); exchanged correspondence with J. Mitchell and M. Crocker regarding same (0.10); finalized and filed same (0.20); reviewed and edited receiver's oath and bond (0.70); exchanged correspondence with J. Mitchell regarding same (0.10). | 2.60 |
| 27 Sep 24 | Mitchell, John E. | Emails regarding insurance for receiver (.5); follow up emails regarding misc matters for receivership (.1); review draft of bond, and oath (1.1). | 1.60 |
| 27 Sep 24 | Brooks-Patton, Janice E. | Draft Oath of Receiver, Bond of Receiver and certificate of service regarding same (1.4); prepare and email J. Mitchell regarding same, forwarding copies of same (.10); attention to email exchange between J. Mitchell and T. Banich regarding the oath of the receiver (.10). | 1.60 |
| 30 Sep 24 | Banich, Terence G. | Reviewed, finalized and filed oath of receiver (0.40); drafted and exchanged correspondence with J. Mitchell and M. Crocker regarding same (0.10); reviewed order granting pro hac vice admission motions for J. Mitchell and M. Crocker (0.10); drafted correspondence to J. Mitchell and M. Crocker regarding same (0.10); reviewed local rules regarding pro hac counsel (0.20). | 0.90 |
| 30 Sep 24 | Mitchell, John E. | Review initial report, attend to oath and bond requirements. | 1.20 |
| 30 Sep 24 | Brooks-Patton, Janice E. | Respond to email from M. Crocker regarding new/additional Maricopa documents (.10); work with and download additional /new Maricopa documents and update client matter files (.40); prepare and email M. Crocker and J. Mitchell regarding same (.10). | 0.60 |
| | | **TOTALS:** | **38.20** |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00001: Receivership

3

Client: 401778 – Lance Miller                                                                 Invoice No. 40231286
                                                                                              Invoice Date: October 14, 2024

| | **Attorney or Assistant** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|
| 45750 | Archiyan, Yelena E. | 0.80 | 1,030.00 | $824.00 |
| 45727 | Banich, Terence G. | 6.40 | 1,220.00 | $7,808.00 |
| 45770 | Brooks-Patton, Janice E. | 2.70 | 475.00 | $1,282.50 |
| 45747 | Crocker, Michaela C. | 10.80 | 1,155.00 | $12,474.00 |
| 45743 | Mitchell, John E. | 17.50 | 1,250.00 | $21,875.00 |
| | **TOTAL:** | **38.20** | | **$44,263.50** |