# EXHIBIT C3



Direct Billing Inquiries to:
**Deanna Alvarez**
deanna.alvarez@katten.com

**2121 N. Pearl Street, Suite 1100**
**Dallas, TX 75201**

October 15, 2024

Lance Miller
Pivot Group
1230 Rosecrans Avenue
Suite 530
Manhatten Beach, CA 90266

Invoice No. 40231735
Client No. 401778
Matter No. 00001

FEIN: 36-2796532

**Re: Receivership** (401778.00001)

For legal services rendered through October 11, 2024............................................................. $16,641.00

Disbursements and other charges........................................................................... $692.00

**CURRENT INVOICE TOTAL:** **$17,333.00**

**TOTAL BALANCE DUE:** **$17,333.00**

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

Invoice No. 40231735
Invoice Date: October 15, 2024

## PROFESSIONAL SERVICES

Matter 00001: Receivership

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 01 Oct 24 | Banich, Terence G. | Reviewed court's local rules and judge's procedures (1.20); drafted and edited correspondence to J. Mitchell and M. Crocker summarizing notable provisions in local rules and judge's procedures (0.80). | 2.00 |
| 01 Oct 24 | Brooks-Patton, Janice E. | Respond to email from M Crocker regarding new Maricopa documents (.10); review and download new Maricopa documents and update client matter files (.30); respond to email from J Mitchell regarding appearances in Maricopa Farms case (.10); review case docket, recently filed appearances, pro hac vices and compile list of attorney and party information (1.0); prepare and email J Mitchell regarding list, forwarding information (.10). | 1.60 |
| 02 Oct 24 | Mitchell, John E. | Update call with J. Dejonker (.3); status update call with L. Miller (.3). | 0.60 |
| 03 Oct 24 | Brooks-Patton, Janice E. | Respond to email from M. Crocker regarding new documents in Maricopa data room (.10); download and work with new Maricopa documents and update case matter files (.40); prepare and email J. Mitchell and M. Crocker regarding same (.10). | 0.60 |
| 04 Oct 24 | Banich, Terence G. | Exchanged correspondence with J. Mitchell regarding bond of receiver. | 0.10 |
| 04 Oct 24 | Brooks-Patton, Janice E. | Call with J. Mitchell regarding farm county mapping and county district jurisdiction. | 0.10 |
| 07 Oct 24 | Mitchell, John E. | Emails regarding receivership status and related (.5). | 0.50 |
| 07 Oct 24 | Brooks-Patton, Janice E. | Review case docket, download new pleadings update case matter files (.20); review farm county mapping spreadsheet and research and compare California jurisdictions with county mapping to locate and confirm ranch court jurisdictions prepare spreadsheet with ranch, county and court jurisdiction information (2.8); prepare and email J. Mitchell regarding Ranch court jurisdictions forwarding copy of spreadsheet (.10); work with and upload additional Maricopa related files to client matter files (.20); prepare and email J. Mitchell and M. Crocker regarding same. (.10). | 3.40 |
| 08 Oct 24 | Banich, Terence G. | Exchanged correspondence with J. Mitchell regarding receiver's bond (0.10); reviewed correspondence with L. Miller and J. Mitchell regarding farm jurisdiction issues (0.20). | 0.30 |
| 08 Oct 24 | Mitchell, John E. | Finalize Bond filing and attend to status emails (.3). | 0.30 |
| 08 Oct 24 | Crocker, Michaela C. | Review emails from Prudential regarding terms of receivership (.1); status call with J. Mitchell (.2). | 0.30 |
| 08 Oct 24 | Brooks-Patton, Janice E. | Attention to email from M. Crocker regarding new files uploaded to Maricopa data room (.10); download new files from Maricopa data room and update case matter files (.30); email J. Mitchell and M. Crocker regarding same (.10). | 0.50 |

## PROFESSIONAL SERVICES

Matter 00001: Receivership

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 09 Oct 24 | Banich, Terence G. | Reviewed, edited and filed notice of filing of receiver's bond. | 0.50 |
| 09 Oct 24 | Mitchell, John E. | Status call with Prudential counsel (.7). | 0.70 |
| 09 Oct 24 | Crocker, Michaela C. | Status call with Seyfarth and Pivot teams to discuss receivership and possible amendments to order to grant receiver additional powers. | 0.60 |
| 09 Oct 24 | Brooks-Patton, Janice E. | Respond to email from M. Crocker regarding receiver's bond (.10); review Prudential Insurance Company of America et al, case docket and recently filed pleadings, download and update case matter files (.20); prepare email to J. Mitchell and M. Crocker, circulating copy of Notice of Filing of Receiver's Bond (.10) | 0.40 |
| 10 Oct 24 | Mitchell, John E. | Emails regarding bank status reports (.5). | 0.50 |
| 10 Oct 24 | Brooks-Patton, Janice E. | Call with J. Mitchell regarding Maricopa data room and Weekly Update Memorandum. | 0.10 |
| 11 Oct 24 | Banich, Terence G. | Reviewed motion to continue receivership and proposed order granting same. | 0.80 |
| 11 Oct 24 | Mitchell, John E. | Review proposed Maricopa order and conference with M. Crocker (.8); further work on same (.5); call with L. Miller (.2); call with M. Crocker (.5). | 1.80 |
| 11 Oct 24 | Crocker, Michaela C. | Review and revise amended receivership order with focus on disbursement procedures (1.3); status call with J. Mitchell (.2); amend revisions to receivership order and forward comments to Seyfarth (.3); review prior receivership order and email to receiver with relevant dates (.2). | 2.00 |
| 11 Oct 24 | Brooks-Patton, Janice E. | Prepare and export index of Maricopa data room(.10); prepare and email J. Mitchell regarding Maricopa data room index and Weekly Update Memorandum, forwarding copies of same (.10). | 0.20 |
| | | **TOTALS:** | **17.90** |

## SUMMARY OF PROFESSIONAL SERVICES

Matter 00001: Receivership

| | Attorney or Assistant | Hours | Rate | Amount |
|---|---|---|---|---|
| 45727 | Banich, Terence G. | 3.70 | 1,220.00 | $4,514.00 |
| 45770 | Brooks-Patton, Janice E. | 6.90 | 475.00 | $3,277.50 |
| 45747 | Crocker, Michaela C. | 2.90 | 1,155.00 | $3,349.50 |
| 45743 | Mitchell, John E. | 4.40 | 1,250.00 | $5,500.00 |
| | **TOTAL:** | **17.90** | | **$16,641.00** |

## DISBURSEMENTS

Matter 00001: Receivership

| Date | Description | Amount |
|------|-------------|--------|
| 27 Sep 24 | Vendor: Mitchell, John Invoice#: 6950918602161343 Date: 10/2/2024 - Certificate of Good Standing (2) - Texas Certificates of Good Standing - John E. Mitchell and Michaela Crocker  Date Incurred: 09/27/24 010069509186 | 42.00 |
| 27 Sep 24 | Vendor: Mitchell, John Invoice#: 6950918602161343 Date: 10/2/2024 - Certificate of Good Standing (2) - Supreme Court Certificates of Good Standing - John E. Mitchell and Michaela Crocker  Date Incurred: 09/27/24 010069509186 | 50.00 |
| 27 Sep 24 | Vendor: JP Morgan Commercial Card; Invoice#: JPMCC_SEPT24_5; Date: 10/8/2024 - PNCC Sept 2024 - PNCC9-Fee for PHV Motion in EDCA fed. ct. for J. Mitchell | 300.00 |
| 27 Sep 24 | Vendor: JP Morgan Commercial Card; Invoice#: JPMCC_SEPT24_5; Date: 10/8/2024 - PNCC Sept 2024 - PNCC9-Fee for PHV Motion in EDCA federal court for M. Crocker | 300.00 |
| | **TOTAL:** | **$692.00** |

## SUMMARY OF DISBURSEMENTS

Matter 00001: Receivership

| | |
|---|---|
| Court Costs | $600.00 |
| Mitchell, John | $92.00 |
| **TOTAL:** | **$692.00** |

**MATTER TOTAL:**    **$17,333.00**