MICHAEL B. BROWN, Bar No. 179222
michael.brown@stoel.com
THOMAS A. WOODS, Bar No. 210050
thomas.woods@stoel.com
BENJAMIN J. CODOG, Bar No. 307034
ben.codog@stoel.com
MICHELLE J. ROSALES, Bar No. 343519
michelle.rosales@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA  95814
Telephone:  916.447.0700
Facsimile:  916.447.4781

Attorneys for Interested Third Parties and Intervenors
METROPOLITAN LIFE INSURANCE COMPANY,
BRIGHTHOUSE LIFE INSURANCE COMPANY,
and METLIFE REAL ESTATE LENDING LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; and PGIM REAL ESTATE FINANCE, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ACDF, LLC; ASSEMI AND SONS, INC.; AVILA RANCH EA, LLC; BEAR FLAG FARMS, LLC; C & A FARMS, LLC; CANTUA ORCHARDS, LLC; DA REAL ESTATE HOLDINGS, LLC; FAVIER RANCH, LLC; FG2 HOLDINGS LLC; GRADON FARMS, LLC; GRANVILLE FARMS, LLC; GRANTLAND HOLDINGS NO. 1, LLC; GRANTLAND HOLDINGS NO. 2, LLC; GRANTOR REAL ESTATE INVESTMENTS, LLC; GVM INVESTMENTS, LLC; GV AG, LLC; LINCOLN GRANTOR FARMS, LLC; MARICOPA ORCHARDS, LLC; PANOCHE PISTACHIOS, LLC; SAGEBERRY FARMS, LLC; DEREK BELL; and RACHEL MARIE WHITE,<br><br>Defendants. | Case No. 1:24-cv-01102-KES-SAB<br><br>**NOTICE OF SERVICE OF MINUTE ORDER IN RELATED CASE [CASE NO. 1:24-CV-01261-KES-SAB]**<br><br>Action Filed:  September 16, 2024<br>Trial Date:  Not set |

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

NOTICE OF SERVICE OF MINUTE ORDER IN RELATED CASE
126538338.1 0053564-00653

-1-

CASE NO. 1:24-CV-01102-KES-SAB

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      Interested Third Parties and Intervenors METROPOLITAN LIFE INSURANCE COMPANY ("MetLife"), provides notice that the Court in a related case entitled *Metropolitan Life Insurance Company v. ACDF, LLC, et al.*, Case No. 1:24-cv-01261-KES-SAB issued a Minute Order on October 23, 2024 (Dkt. 14) regarding MetLife's Ex Parte Motion to Appoint a Receiver and for Preliminary Injunction. A true and correct copy of the October 23, 2024 Minute Order is attached hereto as **Exhibit 1**.

DATED: October 24, 2024                    STOEL RIVES LLP

                                                            /s/ Thomas A. Woods
MICHAEL B. BROWN, Bar No. 179222
michael.brown@stoel.com
THOMAS A. WOODS, Bar No. 210050
thomas.woods@stoel.com
BENJAMIN J. CODOG, Bar No. 307034
ben.codog@stoel.com
MICHELLE J. ROSALES, Bar No. 343519
michelle.rosales@stoel.com

*Attorneys for Interested Parties and Intervenors*
METROPOLITAN LIFE INSURANCE COMPANY; BRIGHTHOUSE LIFE INSURANCE COMPANY; AND METLIFE REAL ESTATE LENDING LLC

# EXHIBIT 1

| | |
|---|---|
| **From:** | caed_cmecf_helpdesk@caed.uscourts.gov |
| **To:** | CourtMail@caed.uscourts.dcn |
| **Subject:** | Activity in Case 1:24-cv-01261-KES-SAB Metropolitan Life Insurance Company v. ACDF, LLC, et al Minute Order. |
| **Date:** | Wednesday, October 23, 2024 5:03:58 PM |



**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Eastern District of California - Live System

## Notice of Electronic Filing

The following transaction was entered on 10/23/2024 at 5:02 PM PDT and filed on 10/23/2024
**Case Name:**         Metropolitan Life Insurance Company v. ACDF, LLC, et al
**Case Number:**       1:24-cv-01261-KES-SAB
**Filer:**
**Document Number:** 14(No document attached)

**Docket Text:**
**MINUTE ORDER (Text Only Entry) signed by District Judge Kirk E. Sherriff on 10/23/2024: On October 22, 2024, plaintiff filed an [11], [12] ex parte motion to appoint receiver and for preliminary injunction. The hearing on the [11], [12] motion is set for October 30, 2024, at 1:30 pm PDT in Courtroom 6 before District Judge Kirk E. Sherriff. If counsel or the parties wish to appear by videoconference, they shall contact courtroom deputy Victoria Gonzales at vgonzales@caed.uscourts.gov. Any opposition must be filed by 10:00 am PDT on October 28, 2024. Plaintiff's reply, if any, shall be filed no later than 10:00 am PDT on October 29, 2024. Plaintiff's counsel is directed to promptly serve a copy of this minute order on all defendants in this case and on counsel for the parties in both *Prudential Insurance Company of America v. ACDF, LLC, et al.*, 1:24-cv-01102-KES-SAB, and *U.S. Bank National Association v. Touchstone Pistachio Company, LLC,* 1:24-cv-01105-KES-SAB, and to file a proof of service on the docket detailing the manner of service. (Gonzales, V)**


**1:24-cv-01261-KES-SAB Notice has been electronically mailed to:**

Robert Cullen Barton     rbarton@mwe.com, mnadel@mwe.com

Thomas Andrew Woods    thomas.woods@stoel.com, 9705230420@filings.docketbird.com, dalila.tobin@stoel.com, docketclerk@stoel.com, lynn.stevens@stoel.com, rebecca.lerma@stoel.com

**1:24-cv-01261-KES-SAB Electronically filed documents must be served conventionally by the filer to:**