Terence G. Banich (SBN 212173)[1]
terence.banich@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe St.
Chicago, IL 60661-3693
Telephone:   (312) 902-5200
Facsimile:    (312) 902-1061

John E. Mitchell (*pro hac vice*)
Michaela C. Crocker (*pro hac vice*)
**KATTEN MUCHIN ROSENMAN LLP**
2121 North Pearl St., Ste. 1100
Dallas, TX 75201-2591
Telephone:   (214) 765-3600
Facsimile:    (214) 765-3602

*Attorneys for the Receiver*,
Lance Miller

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ACDF, LLC, et al.,<br><br>　　　　　Defendants. | No. 1:24-cv-01102-KES-SAB<br><br>**RECEIVER'S INITIAL REPORT AND SUMMARY** |

Lance Miller, solely in his capacity as the duly appointed receiver (the "**Receiver**") over the Receivership Property, as defined in the *Agreed Order Appointing Receiver with Limited Authority* [Dkt. No. 51] (the "**Receivership Order**"),[2] hereby submits this *Initial Receiver's Report and Summary* (the "**Report**").

---

[1] Designated as counsel for service pursuant to L.R. 182(c)(1).

[2] All capitalized terms used but not defined in this Report shall have the meanings ascribed in the Receivership Order.

## I. INTRODUCTION

The Plaintiffs filed their Ex Parte *Application Regarding Motion for Order Appointing a Receiver and for Preliminary Injunction* [Dkt. No. 12] (the "**Receivership Motion**") on September 18, 2024. The Court held a hearing to consider the Receivership Motion on September 25, 2024, and the same day entered the Receivership Order appointing the Receiver and directing him to:

> From the date of entry of this Order until November 1, 2024, or such other date as agreed to in writing among the Plaintiffs and Defendants and filed with the Court, the Receiver shall monitor the harvest and business operations of the Farming Defendants and make Crop Financing advances as determined by the Receiver in his reasonable discretion, and as provided for herein.

Order ¶ 5. The November 1 deadline was extended by an order entered October 16, 2024 [Dkt. No. 61], and a hearing to consider expansion of the Receiver's role is scheduled to commence on October 22, 2024 at 1:30 p.m. PT.

## II. RECEIVER ACTIVITIES

Since his appointment, Receiver, with Pivot's assistance, has established an on-site presence at the Farming Defendant's headquarters and has undertaken the following tasks, among others:

- Filing the Oath of Receiver [Dkt. No. 57] and Notice of Filing of Receiver's Bond [Dkt. No. 58] attached hereto as **Exhibits A** and **B**, respectively;
- Establishing a stream-lined procedure for review and approval of expenses and cash disbursements;
- Establishing requisition and cash management systems to track receipts and disbursements by field and collateral classification, including a proposed procedure for allocation of receipts and disbursements among the various lenders and collateral designations;
- Establishing a procedure to track disbursements to non-Receivership entities and allocate such disbursements among the various lenders and collateral designations;
- Conducting a physical inspection of a subset of the Farming Defendants' properties;

- Working with the Farming Defendants and their advisors to provide short-term and longer-term forecasts of cash flows for the benefit of the Plaintiffs;
- Assessing and providing input on the Farming Defendants' water forecasting model;
- Working with the Farming Defendants to improve the forecasting of near-term disbursements for water;
- Creating a catalogue of deferred maintenance associated with Receivership Property;
- Assisting the Farming Defendants in discussions with key vendors regarding providing ongoing services and plans for addressing past-due accounts;
- Tracking the status of harvest operations;
- Investigating the status of other entities in which the Farming Defendants have an ownership interest as well as other relationships with landowners for whom the Farming Defendants perform custom farming;
- Meeting with various lenders and their counsel to discuss the status of the receivership and provide requested information and reporting; and
- Providing regular reporting to Plaintiffs and Intervenors, as provided in the Receivership Order.

### III.  ACCOUNTING AND ADMINISTRATION

The Receiver, with Pivot's assistance, has established a funding process as follows:

- Funds necessary for the 2024 Harvest are funded into the Receiver's account by the Plaintiffs, pursuant to the Approved Budget attached as Exhibit A to the Receivership Order.
- Each week, the Company submits a requisition request to the Receiver for funds required in a given week.  The Receiver reviews that request and approves requests that are consistent with the Approved Budget and the Receiver's mandate.
- Amounts are then drawn from the Receiver's account and deposited into the MOC Operating Account as necessary to maintain a minimum cash balance that covers the payroll reserve and working capital requirements.

- The Receiver, with Pivot's assistance, reviews all checks issued before signature to ensure consistency with approved requisition.

A summary of the receipts and disbursements in the MOC Operating Account, including transfers from the Receiver account, as well as funding into the Receiver Account by the Plaintiffs and transfers to MOC, is reflected below.

**Cash Flow Summary - Receivership**
Updated: 10/24/24
Cash Basis
*($000s)*

| LIQUIDITY | Thru 10/24 Actuals |
|---|---|
| *Cash Balance MOC Operating Accounts:* | |
| **Beginning Balance** | $ 7,437 |
| Add: Receipts | 2,355 |
| Less: Operating Disbursements | (20,638) |
| Less: Pro Fees | (500) |
| Total Disbursements | (21,138) |
| Add: Transfers from Receiver | 14,134 |
| **Ending MOC Operating Balance** | $ 2,787 |
| | |
| *Cash Balance Receiver Account:* | |
| **Beginning Balance** | $0 |
| Add: Funding | 30,000 |
| Less: Transfers to MOC | (14,134) |
| **Ending Receiver Balance** | $15,866 |

IV.  **CONCLUSION**

WHEREFORE, Receiver respectfully submits this Initial Receiver's Report as of the date written below.

Dated:  October 25, 2024

/s/ Lance Miller
Court Appointed Receiver

**PROOF OF SERVICE**

**STATE OF ILLINOIS, COUNTY OF COOK**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Cook, State of Illinois. My business address is 525 W. Monroe St., Chicago, Illinois 60661. On October 25, 2024, I served the following document(s) described as:

**RECEIVER'S INITIAL REPORT AND SUMMARY**

as follows:

**[ ]   BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Katten Muchin Rosenman LLP practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**[ ]   BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the document(s) to be sent from e-mail address terence.banich@katten.com to the persons at the e-mail address(es) listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**[ ]   BY OVERNIGHT MAIL (FedEx):** I enclosed said document(s) in an envelope or package provided by FEDEX and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FEDEX or delivered such document(s) to a courier or driver authorized by FEDEX to receive documents.

**[ ]   BY PERSONAL SERVICE:** I caused said document to be personally delivered the document(s) to the person at the addresses listed above by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office.

**[X]   E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct.

Executed on October 25, 2024, at Winnetka, Illinois.

/s/Terence G. Banich
Terence G. Banich