# Exhibit B

Terence G. Banich (SBN 212173)[1]
terence.banich@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe St.
Chicago, IL 60661-3693
Telephone:  (312) 902-5200
Facsimile:   (312) 902-1061

John E. Mitchell (*pro hac vice*)
Michaela C. Crocker (*pro hac vice*)
**KATTEN MUCHIN ROSENMAN LLP**
2121 North Pearl St., Ste. 1100
Dallas, TX 75201-2591
Telephone:  (214) 765-3600
Facsimile:   (214) 765-3602

*Attorneys for the Receiver*
Lance Miller

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ACDF, LLC, et al.,<br><br>　　　　Defendants. | No. 1:24-cv-01102-KES-SAB<br><br>**NOTICE OF FILING OF RECEIVER'S BOND** |

---

[1] Designated as counsel for service pursuant to L.R. 182(c)(1).

TO THE HONORABLE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Lance Miller, not individually, but solely in his capacity as the Receiver appointed pursuant to the *Agreed Order Appointing Receiver With Limited Authority*, dated September 25, 2024 [ECF #51], hereby files a true and correct copy of his bond, which is attached hereto as **Exhibit 1**.

Dated: October 9, 2024

Respectfully submitted,

**KATTEN MUCHIN ROSENMAN LLP**

By: /s/*Terence G. Banich*
Terence G. Banich

*Attorneys for the Receiver*
Lance Miller

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

No. 1:24-cv-01102-KES-SAB
NOTICE OF FILING OF RECEIVER'S BOND

# PROOF OF SERVICE

**STATE OF ILLINOIS, COUNTY OF COOK**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Cook, State of Illinois. My business address is 525 W. Monroe St., Chicago, Illinois 60661. On October 9, 2024, I served the following document(s) described as:

**NOTICE OF FILING OF RECEIVER'S BOND**

as follows:

**[ ]  BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Katten Muchin Rosenman LLP practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**[ ]  BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the document(s) to be sent from e-mail address terence.banich@katten.com to the persons at the e-mail address(es) listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**[ ]  BY OVERNIGHT MAIL (FedEx):** I enclosed said document(s) in an envelope or package provided by FEDEX and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FEDEX or delivered such document(s) to a courier or driver authorized by FEDEX to receive documents.

**[ ]  BY PERSONAL SERVICE:** I caused said document to be personally delivered the document(s) to the person at the addresses listed above by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office.

**[X]  E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct.

Executed on October 9, 2024, at Chicago, Illinois.

*/s/Terence G. Banich*
Terence G. Banich

No. 1:24-cv-01102-KES-SAB
NOTICE OF FILING OF RECEIVER'S BOND

2

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

---

**THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and PGIM REAL ESTATE FINANCE, LLC,**

                    **Plaintiffs,**

v.

**ACDF, LLC, et al,**

                    **Defendants.**

---

**OATH OF RECEIVER WITH LIMITED AUTHORITY**

Case No. 1:24-cv-01102-KES-SAB

**STATE OF** _____

**COUNTY OF** _____

**I, Lance Miller with a business address c/o of Pivot Management Group, LLC, 1230 Rosecrans Avenue, Suite 530, Manhattan Beach, CA 90266,** the Court-appointed **Receiver With Limited Authority** in the above-entitled action by Order filed on September 25, 2024, do solemnly swear that I will faithfully perform the duties of **Receiver With Limited Authority** and observe all instructions and Orders of the above-entitled Court in accordance with the laws of the State of California and to the best of my ability.

_____
**Lance Miller, Receiver With Limited Authority**

*SWORN TO BEFORE ME*

*This* \_\_\_\_\_ *day of* _____ , 2024.

_See Attached_____
                    **Notary Public**

**CALIFORNIA JURAT**  **GOVERNMENT CODE § 8202**

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _Los Angeles_

Subscribed and sworn to (or affirmed) before me on this __7th__ day of __October__, 20__24__, by
*Date*   *Month*   *Year*

(1) _Lance Miller_

(and (2) _N/A_ ),
*Name(s) of Signer(s)*

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
*Signature of Notary Public*

[Notary Seal: GILBERTO CHAD COVARRUBIAS, COMM. #2405104, NOTARY PUBLIC - CALIFORNIA, LOS ANGELES COUNTY, My Comm. Expires May 21, 2026]

*Place Notary Seal and/or Stamp Above*

─── **OPTIONAL** ───

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: _Oath of Receiver w/ Limited Authority_
Document Date: _____ Number of Pages: _17 Notary_
Signer(s) Other Than Named Above: _____

©2019 National Notary Association

**FIDELITY AND DEPOSIT COMPANY OF MARYLAND**
Home Office: 600 Red Brook Blvd Ste 350 Owings Mills, MD, 21117-5193

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

---

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA
and PGIM REAL ESTATE FINANCE, LLC,

Plaintiffs,

v.

ACDF, LLC, et al,

Defendants.

---

Bond Number CFB 9444714

**BOND OF RECEIVER WITH LIMITED AUTHORITY**

Case No. 1:24-cv-01102-KES-SAB

**KNOW ALL BY THESE PRESENTS,** That we, **Lance Miller with a business address c/o Pivot Management Group, LLC, 1230 Rosecrans Avenue, Suite 530, Manhattan Beach, CA 90266,** and the **Fidelity and Deposit Company of Maryland,** as Surety, are held and firmly bound unto **THE STATE OF CALIFORNIA,** in the sum of **FIVE THOUSAND AND 00/100THS----($5,000.00)DOLLARS,** to be paid to the said Obligee, for which payment well and truly to be made, we bind ourselves, our heirs, legal representatives, successors and assigns, jointly and severally, firmly by these presents.

**THE CONDITION OF THE ABOVE OBLIGATION IS SUCH THAT,**

**WHEREAS,** by an Order of the above-entitled Court filed on September 25, 2024, the Principal has been appointed Receiver With Limited Authority therein and directed to file a bond according to law in the sum above named.

**NOW, THEREFORE,** if the said Principal shall faithfully execute the duties of the trust according to law, then this obligation shall be void; otherwise to remain in full force and effect.

Signed, sealed and dated this 30th day of September, 2024.

_____
Lance Miller, Principal

**FIDELITY AND DEPOSIT COMPANY OF MARYLAND**

By: _____
Maria Sponza, Attorney-in-Fact

**The premium charged for this bond is $100.00 Dollars per annum.**

The undersigned declares under penalty of perjury under the Laws of the State of California that he/she is an attorney in fact for said surety and that unrevoked power of attorney is on file in the Office of the Clerk of the above Court or attached hereto.

_____
Maria Sponza

State of _____
County of _____    ss. **Individual Acknowledgment**

On this _____ day of _____, in the year 2024 before me, the undersigned, a notary public in and for said state, personally appeared **LANCE MILLER,** personally known to me or proved tome on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument.

*See Attached*
**Notary Public**

# Acknowledgment

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of Los Angeles

On _October 7, 2024_ before me, _____Gilberto Chad Covarrubias_____, Notary Public

personally appeared _Lance Miller_

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the forgoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

Place Notary Seal Above                                Signature of Notary Public

[Notary seal: GILBERTO CHAD COVARRUBIAS, COMM. #2405104, NOTARY PUBLIC - CALIFORNIA, LOS ANGELES COUNTY, My Comm. Expires May 21, 2026]

---

**Description of Attached Document**

Title or Type of Document: _Bond of Receiver w/Limited Authority_

Document Date: _____ Number of Pages: _1 + Notary_

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _Lance Miller_              Signer's Name: _____

**STATE OF      NEW YORK**
**COUNTY OF   NEW YORK**

I, **Maria Sponza,** Attorney-in-Fact of the **Fidelity and Deposit Company of Maryland,** have compared the foregoing Resolution with the original thereof as recorded in the Minute Book of said Company, and do hereby certify that the same is a true and correct transcript therefrom and of the whole of said original Resolution, and that the said Resolution is still in full force and effect.

Given under my hand and the seal of the Company, at the City of New York, this 30th day of September, 2024.

_____
**Maria Sponza,        Attorney-in-Fact**

### SURETY ACKNOWLEDGMENT

**STATE OF      NEW YORK**
**COUNTY OF   NEW YORK**

On the 30th day of September, 2024, before me personally came **Maria Sponza,** resides at 370 Lexington Avenue, Suite 1208, New York, NY  10017, that she is Attorney-In-Fact of **Fidelity and Deposit Company of Maryland,** the corporation described in and which executed the within instrument; that she knows the corporate seal of said corporation; that the seal affixed to said instrument is such corporate seal; that is was so affixed by the Board of Directors of said corporation, and that she signed her name thereto by like order; and that the **Fidelity and Deposit Company of Maryland** is duly authorized to transact business in the State of New York in pursuance of the statues in such case made and provided; that the Superintendent of Insurance of the State of New York, has, pursuant to Chapter 28 of the Consolidated Laws of the State of New York, known as the Insurance Law, issued to the **Fidelity and Deposit Company of Maryland** a Certificate of Solvency and of Qualification to become surety or guarantor on all bonds, undertakings, recognizances, guaranties and other obligations required or permitted by law; and that such certificate has not been revoked.

_____
**Notary Public**

COLLEEN MOHEN
Notary Public, State of New York
Registration No. 01MO6400954
Qualified in New York County
Commission Expires November 25, 2027

ZURICH AMERICAN INSURANCE COMPANY
COLONIAL AMERICAN CASUALTY AND SURETY COMPANY
FIDELITY AND DEPOSIT COMPANY OF MARYLAND
POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS: That the ZURICH AMERICAN INSURANCE COMPANY, a corporation of the State of New York, the COLONIAL AMERICAN CASUALTY AND SURETY COMPANY, a corporation of the State of Illinois, and the FIDELITY AND DEPOSIT COMPANY OF MARYLAND a corporation of the State of Illinois (herein collectively called the "Companies"), by Robert

D. Murray, Vice President, in pursuance of authority granted by Article V, Section 8, of the By-Laws of said Companies, which are set forth on the reverse side hereof and are hereby certified to be in full force and effect on the date hereof, do hereby nominate, constitute, and appoint **Carol Levine, Maria Sponza, Sybil Levine, Colleen Mohen, Anita Hunter and Margaret McLaughlin, New York, New York** its true and lawful agent and Attorney-in-Fact, to make, execute, seal and deliver, for, and on its behalf as surety, and as its act and deed: **any and all bonds and undertakings,** and the execution of such bonds or undertakings in pursuance of these presents, shall be as binding

upon said Companies, as fully and amply, to all intents and purposes, as if they had been duly executed and acknowledged by the regularly elected officers of the ZURICH AMERICAN INSURANCE COMPANY at its office in New York, New York., the regularly elected officers of the COLONIAL AMERICAN CASUALTY AND SURETY COMPANY at its office in Owings Mills, Maryland., and the regularly elected officers of the FIDELITY AND DEPOSIT COMPANY OF MARYLAND
at its office in Owings Mills, Maryland., in their own proper persons.

The said Vice President does hereby certify that the extract set forth on the reverse side hereof is a true copy of Article V, Section 8, of the By-Laws of said Companies, and is now in force.

IN WITNESS WHEREOF, the said Vice-President has hereunto subscribed his/her names and affixed the Corporate Seals of the said **ZURICH AMERICAN INSURANCE COMPANY, COLONIAL AMERICAN CASUALTY AND SURETY COMPANY, and FIDELITY AND DEPOSIT COMPANY OF MARYLAND,** this 19th day of December, A.D. 2023.

ATTEST:
ZURICH AMERICAN INSURANCE COMPANY
COLONIAL AMERICAN CASUALTY AND SURETY COMPANY
FIDELITY AND DEPOSIT COMPANY OF MARYLAND

*By: Robert D. Murray*
*Vice President*

*By: Dawn E. Brown*
*Secretary*

**State of Maryland**
**County of Baltimore**

On this 19th day of December A.D. 2023, before the subscriber, a Notary Public of the State of Maryland, duly commissioned and qualified, **Robert D. Murray, Vice President and Dawn E. Brown, Secretary** of the Companies, to me personally known to be the individuals and officers described in and who executed the preceding instrument, and acknowledged the execution of same, and being by me duly sworn, deposeth and saith, that he/she is the said officer of the Company aforesaid, and that the seals affixed to the preceding instrument are the Corporate Seals of said Companies, and that the said Corporate Seals and the signature as such officer were duly affixed and subscribed to the said instrument by the authority and direction of the said Corporations.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my Official Seal the day and year first above written.

*Genevieve M. Maison*



GENEVIEVE M. MAISON
NOTARY PUBLIC
BALTIMORE COUNTY, MD
My Commission Expires JANUARY 27, 2025

**Authenticity of this bond can be confirmed at bondvalidator.zurichna.com or 410-559-8790**

**EXTRACT FROM BY-LAWS OF THE COMPANIES**

"Article V, Section 8. Attorneys-in-Fact. The Chief Executive Officer, the President, or any Executive Vice President or Vice President may, by written instrument under the attested corporate seal, appoint attorneys-in-fact with authority to execute bonds, policies, recognizances, stipulations, undertakings, or other like instruments on behalf of the Company, and may authorize any officer or any such attorney-in-fact to affix the corporate seal thereto; and may with or without cause modify of revoke any such appointment or authority at any time."

**CERTIFICATE**

I, the undersigned, Vice President of the ZURICH AMERICAN INSURANCE COMPANY, the COLONIAL AMERICAN CASUALTY AND SURETY COMPANY, and the FIDELITY AND DEPOSIT COMPANY OF MARYLAND, do hereby certify that the foregoing Power of Attorney is still in full force and effect on the date of this certificate; and I do further certify that Article V, Section 8, of the By-Laws of the Companies is still in force.

This Power of Attorney and Certificate may be signed by facsimile under and by authority of the following resolution of the Board of Directors of the ZURICH AMERICAN INSURANCE COMPANY at a meeting duly called and held on the 15th day of December 1998.

RESOLVED: "That the signature of the President or a Vice President and the attesting signature of a Secretary or an Assistant Secretary and the Seal of the Company may be affixed by facsimile on any Power of Attorney...Any such Power or any certificate thereof bearing such facsimile signature and seal shall be valid and binding on the Company."

This Power of Attorney and Certificate may be signed by facsimile under and by authority of the following resolution of the Board of Directors of the COLONIAL AMERICAN CASUALTY AND SURETY COMPANY at a meeting duly called and held on the 5th day of May, 1994, and the following resolution of the Board of Directors of the FIDELITY AND DEPOSIT COMPANY OF MARYLAND at a meeting duly called and held on the 10th day of May, 1990.

RESOLVED: "That the facsimile or mechanically reproduced seal of the company and facsimile or mechanically reproduced signature of any Vice-President, Secretary, or Assistant Secretary of the Company, whether made heretofore or hereafter, wherever appearing upon a certified copy of any power of attorney issued by the Company, shall be valid and binding upon the Company with the same force and effect as though manually affixed.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the corporate seals of the said Companies, this ____30th____ day of __SEPTEMBERT__, 202_4_.

Mary Jean Pethick
Vice President


**TO REPORT A CLAIM WITH REGARD TO A SURETY BOND, PLEASE SUBMIT A COMPLETE DESCRIPTION OF THE CLAIM INCLUDING THE PRINCIPAL ON THE BOND, THE BOND NUMBER, AND YOUR CONTACT INFORMATION TO:**

Zurich Surety Claims
1299 Zurich Way
Schaumburg, IL 60196-1056
reportsfclaims@zurichna.com
800-626-4577


**Authenticity of this bond can be confirmed at bondvalidator.zurichna.com or 410-559-8790**

# THE FIDELITY AND DEPOSIT COMPANY
OF MARYLAND
1299 Zurich Way Schaumburg, IL 60196

### Statement of Financial Condition
As Of December 31, 2023

#### ASSETS

| | |
|---|---:|
| Bonds | $ 185,599,944 |
| Stocks | 17,844,130 |
| Cash and Short-Term Investments | 16,050,471 |
| Reinsurance Recoverable | 77,886,252 |
| Federal Income Tax Recoverable | 0 |
| Other Accounts Receivable | 3,369,205 |
| TOTAL ADMITTED ASSETS | $ 300,750,002 |

#### LIABILITIES, SURPLUS AND OTHER FUNDS

| | | |
|---|---:|---:|
| Reserve for Taxes and Expenses | | $ 480,301 |
| Ceded Reinsurance Premiums Payable | | 43,278,637 |
| Remittances and Items Unallocated | | 868 |
| Payable to parents, subs and affiliates | | 36,355,555 |
| Securities Lending Collateral Liability | | 0 |
| TOTAL LIABILITIES | | $ 80,115,362 |
| Capital Stock, Paid Up | $ 5,000,000 | |
| Surplus | 220,634,640 | |
| Surplus as regards Policyholders | | 220,634,640 |
| TOTAL | | $ 300,750,002 |

Securities carried at $78,634,211 in the above statement are deposited with various states as required by law.

Securities carried on the basis prescribed by the National Association of Insurance Commissioners. On the basis of market quotations for all bonds and stocks owned, the Company's total admitted assets at December 31, 2023 would be $289,024,276 and surplus as regards policyholders $208,908,914.

I, LAURA J. LAZARCZYK, Corporate Secretary of the FIDELITY AND DEPOSIT COMPANY OF MARYLAND, do hereby certify that the foregoing statement is a correct exhibit of the assets and liabilities of the said Company on the 31st day of December, 2023.

*Laura J. Lazarczyk*

*Corporate Secretary*

State of Illinois  } SS:
City of Schaumburg

Subscribed and sworn to, before me, a Notary Public of the State of Illinois, in the City of Schaumburg, this 15th day of March, 2024.

*Notary Public*

RYAN HORGAN
Official Seal
Notary Public - State of Illinois
My Commission Expires Dec 10, 2024