FEAR WADDELL, P.C.
Peter L. Fear, No. 207238
pfear@fearlaw.com
Gabriel J. Waddell, No. 256289
gwaddell@fearlaw.com
Peter A. Sauer, No. 255957
psauer@fearlaw.com
7650 North Palm Avenue, Suite 101
Fresno, California 93711
(559) 436-6575
(559) 436-6580 (fax)

Attorney for Interested Third Party
And Prospective Intervenor Kevin Assemi

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; AND PGIM REAL ESTATE FINANCE, LLC<br><br>                    Plaintiff(s).<br>v.<br><br>ACDF, LLC; ASSEMI AND SONS, INC.; AVILA RANCH EA, LLC; BEAR FLAG FARMS, LLC; C & a FARMS, LLC; CANTUA ORCHARDS, LLC; DA REAL ESTATE HOLDINGS, LLC; FAVIER RANCH, LLC; FG2 HOLDINGS, LLC; GRADON FARMS, LLC; GRANVILLE FARMS, LLC; GRANTLAND HOLDINGS NO. 1, LLC; GRANTLAND HOLDINGS NO. 2, LLC; GRANTOR REAL ESTATE INVESTMENTS, LLC; GVM INVESTMENTS, LLC; GV AG, LLC; LINCOLN GRANTOR FARMS, LLC; MARICOPA ORCHARDS, LLC; PANOCHE PISTACHIOS, LLC; SAGEBERY FARMS, LLC; DEREB BELL; AND RACHEL MARIE WHITE,<br><br>                    Defendants. | Case No. 1:24-cv-01102-KES-SAB<br><br>***EX PARTE*** **APPLICATION FOR LEAVE TO INTERVENE PURSUANT TO FED. R. CIV. PROC. 24 FOR THE LIMITED PURPOSE OF OBJECTION TO THE PROPOSED ORDER APPOINTING RECEIVER WITH LIMITED AUTHORITY BY INTERESTED THIRD PARTY AND POTENTIAL INTERVENOR KEVIN ASSEMI**<br><br>[DKT NO. 33]<br><br>Action filed: September 16, 2024 |

Ex Parte Application to Intervene - 1

## *EX PARTE* APPLICATION TO INTERVENE AND FILE LIMITED OBJECTION

COMES NOW KEVIN ASSEMI, interested party and proposed intervenor, by and through his counsel undersigned, who, pursuant to Fed. R. Civ. Proc. 24, respectfully moves this Honorable Court for leave to intervene in this matter for the limited purpose of filing a limited objection to the Agreed [Proposed] Order Appointing Receiver with Limited Authority (Dkt. No. 33) pursuant to the Court's Minute Order (Dkt. No. 36) dated September 23, 2024, and presents this application as a matter of right pursuant to Fed. R. Civ. Proc. 24(a).

Kevin Assemi and Maricopa Orchards, LLC together own a substantial percentage of the membership interests of Elevated Ag, LLC ("Elevated Ag"). Elevated Ag, LLC, is the owner of approximately 400 acres of real property located in Kern County, California ("the EA Property"), planted with valuable citrus trees which produce citrus crop. Defendant Maricopa Orchards, LLC, is responsible for the management and farming of the EA Property.

On or about March 11, 2022, Elevated Ag, LLC pledged the EA property as a "non-debtor Trustor" for loans issued by Plaintiff to benefit Maricopa Orchards, LLC. The intention of the parties was—at that time—that In return for the pledge of the EA Property, Plaintiff would directly later provide funds directly to Elevated Ag to support the farming of the EA Property. Plaintiff further filed a UCC-1 financing statement which included hundreds of parcels of real property, including the EA Property. This financing statement still encumbers the EA Property and prevents Kevin Assemi from securing crop loans or other necessary funding on behalf of Elevated Ag to properly fund farming operations on the EA Property.

In the interim, Defendant Maricopa Orchards, LLC, has failed to manage or farm the EA Property, which has caused severe sunburning of the citrus trees and citrus crop and resulted in loss of approximately 50% of the crop. Because the Plaintiffs maintain their security interest via the UCC-1 financing statement, and because they seek to assume the management of Defendant

Maricopa Orchard, LLC's agricultural operations, and further because that defendant is supposed to be managing the EA Property, Kevin Assemi

Furthermore, Defendant Maricopa Orchards, LLC, has failed to comply with laws and statutes governing information which must be reported to interested parties, including Kevin Assemi, which reports information is necessary to for those persons to comply with, among other things, tax and election laws, and also includes their right to access information regarding operations and assets

Plaintiffs suit, and specifically the scope of the work for which it seeks appointment of a receiver, now involve the entanglement of interested non-parties like Kevin Assemi, who, as a substantial owner of Elevated Ag, LLC (whose EA Property is encumbered by Plaintiff's UCC-1 lien) has an interest in the protection of the EA Property.

Proposed Intervenor Kevin Assemi hereby requests the Court permit him to intervene in this matter for the limited purpose of filing a limited objection clarifying that any receiver appointed include in their administration the farming, management, and protection of the EA Property, subject of Plaintiff's UCC-1 financing statement, and further that any receiver's duties include provisions of mandatory accounting and other reports required by non-defendant parties to comply with all applicable laws, including tax and election laws.

Dated:   October 25, 2024

                                    /s/ Peter A. Sauer
                            PeterA. Sauer, attorney or Kevin Assemi,
                            Interested Party and Proposed Intervenor