FEAR WADDELL, P.C.
Peter L. Fear, No. 207238
pfear@fearlaw.com
Gabriel J. Waddell, No. 256289
gwaddell@fearlaw.com
Peter A. Sauer, No. 255957
psauer@fearlaw.com
7650 North Palm Avenue, Suite 101
Fresno, California 93711
(559) 436-6575
(559) 436-6580 (fax)

Attorney for Interested Third Party
And Prospective Intervenor Kevin Assemi

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; AND PGIM REAL ESTATE FINANCE, LLC<br><br>Plaintiff(s).<br>v.<br><br>ACDF, LLC; ASSEMI AND SONS, INC.; AVILA RANCH EA, LLC; BEAR FLAG FARMS, LLC; C & a FARMS, LLC; CANTUA ORCHARDS, LLC; DA REAL ESTATE HOLDINGS, LLC; FAVIER RANCH, LLC; FG2 HOLDINGS, LLC; GRADON FARMS, LLC; GRANVILLE FARMS, LLC; GRANTLAND HOLDINGS NO. 1, LLC; GRANTLAND HOLDINGS NO. 2, LLC; GRANTOR REAL ESTATE INVESTMENTS, LLC; GVM INVESTMENTS, LLC; GV AG, LLC; LINCOLN GRANTOR FARMS, LLC; MARICOPA ORCHARDS, LLC; PANOCHE PISTACHIOS, LLC; SAGEBERY FARMS, LLC; DEREB BELL; AND RACHEL MARIE WHITE,<br><br>Defendants. | Case No. 1:24-cv-01102-KES-SAB<br><br>**DECLARATION OF PETER SAUER IN SUPPORT OF THE *EX PARTE* APPLICATION FOR LEAVE TO INTERVENE PURSUANT TO FED. R. CIV. PROC. 24 FOR THE LIMITED OBJECTION TO THE PROPOSED ORDER APPOINTING RECEIVER WITH LIMITED AUTHORITY BY INTERESTED THIRD PARTY AND POTENTIAL INTERVENOR KEVIN ASSEMI**<br><br>[DKT NO. 33]<br><br>Action filed: September 16, 2024 |

Declaration re: Limited Objection to Appointment of Receiver - 1

COMES NOW PETER SAUER WHO, pursuant to 28 U.S.C. § 1746, attests as follows:

1. I make this declaration pursuant to this Honorable Court's Standing Order in Civil Case, Sec. III Ex Parte Applications.

2. Regarding the need for the issuance of such an order, the basis and need are explained in the Declaration of Kevin Assemi also filed herewith.

3. Regarding the inability of the filer to obtain a stipulation for the issuance of such an order from other counsel or parties in the action, my office was retained yesterday and I am still familiarizing myself with the parties and facts to this case. As to those parties I know to be represented, I received auto responses to emails I sent to counsel for the Plaintiff, and the co-defendants have previously indicated a refusal to cooperate with my client. As for the Plaintiffs and other intervening parties, I have receive out of office responses to those emails.

4. Regarding why such request cannot be noticed on the Court's civil law and motion calendar as provided by Local Rule 230, the hearing on this matter is set for early next week, which will fall before the next available hearing calendar.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Dated this 25th day of October, 2024, at Fresno, California.

          /s/ Peter A. Sauer
Peter A. Sauer, attorney for Kevin Assemi,
Interested Party and Proposed Intervenor

Declaration re: Limited Objection to Appointment of Receiver - 2