# Exhibit B

Action by Written Consent
of the Members of
Elevated Ag, LLC, a California limited liability company

In accordance with Section 17704.07 of the California Revised Uniform Limited Liability Company Act and Section 2.8 of the Operating Agreement (the "Operating Agreement") of Elevated Ag, LLC, a California limited liability company (the "Company") dated effective as of September 16, 2020, the undersigned constituting Members holding a majority of the outstanding Percentage Interests of the Company take the following actions without a meeting:

REMOVAL OF MANAGER

1. Kevin Assemi is removed as a Manager of the Company as of the Effective Date of this Action.

APPOINTMENT OF ADDITIONAL MANAGERS

1. Nader Malakan and Farshid Assemi are hereby appointed to be Managers of the Company as of the Effective Date of this Action.

AMENDMENT OF OPERATING AGREEMENT

1. The Amendment to the Operating Agreement in the form attached hereto as <u>Exhibit A</u> is adopted.

2. In accordance with Section 17704.07(n)(2) of the California Corporations Code, the consent of all Members of the Company are being sought in connection with this Action. Therefore, the Amendment to the Operating Agreement shall be effective upon this Action being approved by no less than a majority of the outstanding interests of the Company.

This Action by Written Consent of the Members of Elevated Ag, LLC, a California limited liability company is hereby taken by the undersigned constituting a majority of the Percentage Interest of the Members of the Company this 28th day of December, 2022.


Maricopa Orchards, LLC, a California limited liability company
as to a 40% Membership Interest

By: _____
    *Farshid Assemi*
    Farshid Assemi, Manager


*Signatures continue on next page.*

DocuSign Envelope ID: F1EC3A54-A35A-4EA8-A221-C1806399B582

The Jeremy J. Yurosek Trust, dated December 26, 2008
as to a 5% Membership Interest

By: _____
      Jeremy A. Yurosek, Trustee


The Devon J. Yurosek Trust dated December 26, 2008
as to a 5% Membership Interest

By: _____*Devon Yurosek*_____
      Devon Yurosek, Trustee

By: _____*Jeffrey Yurosek*_____
      Jeffrey Yurosek, Trustee


Malakan Investments, LLC, a California limited liability company
as to a 5% Membership Interest

By: _____*NADER MALAKAN*_____
      Nader Malakan, Member/Manager


_____
Kevin Assemi, as to a 45% Membership Interest