UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; and PGIM REAL ESTATE FINANCE, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ACDF, LLC; ASSEMI AND SONS, INC.; AVILA RANCH EA, LLC; BEAR FLAG FARMS, LLC; C & A FARMS, LLC; CANTUA ORCHARDS, LLC; DA REAL ESTATE HOLDINGS, LLC; FAVIER RANCH, LLC; FG2 HOLDINGS LLC; GRADON FARMS, LLC; GRANVILLE FARMS, LLC; GRANTLAND HOLDINGS NO. 1, LLC; GRANTLAND HOLDINGS NO. 2, LLC; GRANTOR REAL ESTATE INVESTMENTS, LLC; GVM INVESTMENTS, LLC; GV AG, LLC; LINCOLN GRANTOR FARMS, LLC; MARICOPA ORCHARDS, LLC; PANOCHE PISTACHIOS, LLC; SAGEBERRY FARMS, LLC; DEREK BELL; and RACHEL MARIE WHITE,<br><br>Defendants. | Case No. 1:24-cv-01102-KES-SAB<br><br>**ORDER GRANTING JOINT *EX PARTE* APPLICATION FOR LEAVE TO INTERVENE PURSUANT TO FRCP 24 -- FOR THE LIMITED PURPOSE OF OBJECTING TO PLAINTIFF'S [AGREED] [PROPOSED] ORDER EXPANDING RECEIVERSHIP AND FOR PRELIMINARY INJUNCTION – BY INTERESTED THIRD PARTIES AND POTENTIAL INTERVENORS METROPOLITAN LIFE INSURANCE COMPANY, BRIGHTHOUSE LIFE INSURANCE COMPANY, AND METLIFE REAL ESTATE LENDING LLC**<br><br>**[DKT. 59-1]**<br><br>Action Filed:   September 16, 2024 |

The Court, having considered the papers submitted by the parties, and argument of counsel, HEREBY ORDERS as follows:

Interested parties and proposed potential intervenors Metropolitan Life Insurance Company ("MetLife"), Brighthouse Life Insurance Company ("Brighthouse") and MetLife Real Estate Lending LLC ("MREL") (collectively "Joint Intervenors") joint *Ex Parte* Application for Leave to Intervene for the Limited Purpose of Objecting to the [Agreed] [Proposed] Order Expanding Receivership and For Preliminary Injunction (Dkt. 59-1), pursuant to the Court's October 16, 2024 Minute Order (Dkt. 61), is granted and Joint Intervenors' Objection shall be considered or otherwise heard on Tuesday, October 29th, 2024, at 1:30 p.m.

IT IS SO ORDERED.

Dated:   October 28, 2024

UNITED STATES DISTRICT JUDGE