THOMAS A. WOODS, Bar No. 210050
thomas.woods@stoel.com
MICHELLE J. ROSALES, Bar No. 343519
michelle.rosales@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: 916.447.0700
Facsimile: 916.447.4781

Attorneys for Interested Third Parties and Potential Intervenors METROPOLITAN LIFE INSURANCE COMPANY, BRIGHTHOUSE LIFE INSURANCE COMPANY, and METLIFE REAL ESTATE LENDING LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; and PGIM REAL ESTATE FINANCE, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ACDF, LLC; ASSEMI AND SONS, INC.; AVILA RANCH EA, LLC; BEAR FLAG FARMS, LLC; C & A FARMS, LLC; CANTUA ORCHARDS, LLC; DA REAL ESTATE HOLDINGS, LLC; FAVIER RANCH, LLC; FG2 HOLDINGS LLC; GRADON FARMS, LLC; GRANVILLE FARMS, LLC; GRANTLAND HOLDINGS NO. 1, LLC; GRANTLAND HOLDINGS NO. 2, LLC; GRANTOR REAL ESTATE INVESTMENTS, LLC; GVM INVESTMENTS, LLC; GV AG, LLC; LINCOLN GRANTOR FARMS, LLC; MARICOPA ORCHARDS, LLC; PANOCHE PISTACHIOS, LLC; SAGEBERRY FARMS, LLC; DEREK BELL; and RACHEL MARIE WHITE,<br><br>Defendants. | Case No. 1:24-cv-01102-KES-SAB<br><br>**SUPPLEMENTAL JOINT OBJECTION BY INTERESTED THIRD PARTIES AND POTENTIAL INTERVENORS METROPOLITAN LIFE INSURANCE COMPANY, BRIGHTHOUSE LIFE INSURANCE COMPANY, AND METLIFE REAL ESTATE LENDING LLC RE PLAINTIFF'S [AGREED] [PROPOSED] ORDER EXPANDING RECEIVERSHIP AND FOR PRELIMINARY INJUNCTION**<br><br>[DKT. 59-1]<br><br>Date Action Filed: September 16, 2024 |

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

SUPPLEMENTAL OBJECTION TO [PROPOSED] ORDER APPOINTING RECEIVER

-1-   CASE NO. 1:24-CV-01102-KES-SAB

126658923.1 0053564-00653

# SUPPLEMENTAL OBJECTION BY JOINT INTERVENROS-INTERESTED THIRD PARTIES OF RECORD

Yesterday, Counsel for Joint Intervenors METROPOLITAN LIFE INSURANCE COMPANY ("MLIC"), BRIGHTHOUSE LIFE INSURANCE COMPANY ("Brighthouse"), AND METLIFE REAL ESTATE LENDING LLC ("MREL"), collectively "Joint Intervenors" received Plaintiff PRUDENTIAL INSURANCE COMPANY OF AMERICA's revised draft Order Expanding Receivership and for Preliminary Injunction ("Draft Proposed Order").

Counsel for Joint Intervenors has commenced meet and confer with Counsel for Plaintiff over Joint Intervenors' objections to the revised Draft Proposed Order. For the Court's benefit, Joint Intervenors' objections being expressed and addressed in meet and confer are primarily as follows:

- Omitting from the Receiver's proposed control the 78 acres of Defendant ACDF, LLC Property on which MLIC holds priority lien and security interests does not solve the Joint Intervenors' objections or concerns.

- Problems with the Draft Proposed Order remain as follows:

  - **Joint Intervenor Acreage Protection**: Plaintiff's proposal (giving the Receiver, for example: broad control, termination rights, lockout ability) accounts for little to no protection from indirect (if not direct) interference with what is clearly Joint Intervenor-acreage adjacent to or near Plaintiff-interested property. (See also, below).

  - **Water Rights**: The Receiver cannot be authorized to interfere with, terminate or refuse to honor the existing well, water supply, access, and other agreements relating to water that benefit the Joint Intervenors' collateral. Plaintiff's proposal continues to afford the Receiver broad power to control and terminate Joint Intervenor water rights and access. (See Draft Proposed Order, paragraphs 5 c. and 5 y; Preliminary Injunction, p. 20 para 3).

  - **Crops and Proceeds**: The Receiver must be restrained from collecting (and should be instructed to promptly tender over to a Joint Intervenor Receiver when appointed) those "crop proceeds" that are customarily and in fact segregable and readily identifiable to Joint Intervenor-related harvests.

  - **Other Proceeds**: There is no statement in the Draft Proposed Order ensuring that the Receiver will not collect (and will tender over should he inadvertently collect) rents that belong to Joint Intervenors.

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

SUPPLEMENTAL OBJECTION TO [PROPOSED] ORDER APPOINTING RECEIVER
126658923.1 0053564-00653
-2-
CASE NO. 1:24-CV-01102-KES-SAB

- o **General overbreadth**: Plaintiff proposes an internally inconsistent and overly broad restraining order. Among others terms, non-party "creditors" (such as Joint Interventors with admitted first lien interests in non-Plaintiff priority collateral) should not be "restrained" from taking steps to preserve their priority interests of record. Elsewhere, Joint Interventors should not be restrained from taking action to preserve their interests that the Draft Proposed Order otherwise gives the Receiver the right to terminate.

- Present proposed solution:

  At a minimum, an Order, if entered, should:

  - o delete non-party Joint Interventors from the portion requesting injunctive relief;

  - o not authorize the Receiver to interfere with, terminate or refuse to honor the existing well, water supply, access, and other agreements relating to water that benefit the Joint Interventors' collateral;

  - o not permit the Receiver to interfere with any other of Joint Interventors' preservation and management of Joint Intervenor-interested property and collateral; and,

  - o expressly restrain the Receiver from collecting (and require the Receiver to tender over) proceeds from crops or rental payments that he receives and that are capable of ready identification and are able to be segregated as Joint Intervenor interested-collateral.

Respectfully submitted:

Dated: October 29, 2024        STOEL RIVES LLP


/s/ *Thomas A. Woods*
THOMAS A. WOODS
MICHELLE J. ROSALES
*Attorneys for Interested Third Parties and Potential Intervenors* METROPOLITAN LIFE INSURANCE COMPANY, BRIGHTHOUSE LIFE INSURANCE COMPANY, and METLIFE REAL ESTATE LENDING LLC

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

SUPPLEMENTAL OBJECTION TO [PROPOSED] ORDER APPOINTING RECEIVER          -3-          CASE NO. 1:24-CV-01102-KES-SAB
126658923.1 0053564-00653