SEYFARTH SHAW LLP
M. Ryan Pinkston (SBN 310971)
rpinkston@seyfarth.com
Brandon K. Franklin (SBN 303373)
bfranklin@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Jason J. DeJonker (*admitted pro hac vice*)
JDeJonker@seyfarth.com
Nicholas R. Marcus (*admitted pro hac vice*)
nmarcus@seyfarth.com
233 S Wacker Dr # 8000
Chicago, IL 60606

Attorneys for Plaintiff
The Prudential Insurance Company
Of America; and PGIM
Real Estate Finance, LLC

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; and PGIM REAL ESTATE FINANCE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ACDF, LLC; ASSEMI AND SONS, INC.; AVILA RANCH EA, LLC; BEAR FLAG FARMS, LLC; C & A FARMS, LLC; CANTUA ORCHARDS, LLC; DA REAL ESTATE HOLDINGS, LLC; FAVIER RANCH, LLC; FG2 HOLDINGS LLC; GRADON FARMS, LLC; GRANVILLE FARMS, LLC; GRANTLAND HOLDINGS NO. 1, LLC; GRANTLAND HOLDINGS NO. 2, LLC; GRANTOR REAL ESTATE INVESTMENTS, LLC; GVM INVESTMENTS, LLC; GV AG, LLC; LINCOLN GRANTOR FARMS, LLC; MARICOPA ORCHARDS, LLC; PANOCHE PISTACHIOS, LLC; SAGEBERRY FARMS, LLC; DEREK BELL; and RACHEL MARIE WHITE,<br><br>Defendant. | Case No. 1:24-cv-01102-KES-SAB<br><br>**PLAINTIFF'S SUR- REPLY IN SUPPORT OF MOTION IN SUPPORT OF CONTINUATION OF RECEIVERSHIP**<br><br>Date:   October 29, 2024<br>Time:   1:30 p.m. PT<br>Place:  Courtroom 6, 7th floor<br><br>Complaint Filed: September 16, 2024 |

## SUR-REPLY IN SUPPORT OF MOTION IN SUPPORT OF CONTINUATION OF RECEIVERSHIP

Plaintiff The Prudential Insurance Company Of America ("**Prudential**") and PGIM Real Estate Finance, LLC ("**PGIM REF**" and together with Prudential, collectively, "**Plaintiff**"), each in its own capacity as a lender and PGIM REF also in its capacity as special servicer for and on behalf of Par U Hartford Life & Annuity Comfort Trust (together with Plaintiff, "**Lender**"), by and through their counsel, hereby files this *Sur-Reply* (the "**Sur-Reply**") *in Support of Motion in Support of Continuation and Expansion of Receivership* [Dkt. No. 59] (the "**Continuance Motion**")[1] and states as follows:

## INTRODUCTION

Plaintiff has received various formal and informal comments from Farming Defendants[2] and various lenders to Farming Defendants to the revised proposed receiver order which it filed with this Court on October 28, 2024. As such, Plaintiff files this Sur-Reply to attach and bring to this Court's attention a further revised proposed receiver order, intended to address certain of such comments ahead of today's hearing.

## ADDITIONAL FACTS

On October 28, 2024, Plaintiff filed its *Reply in Support of the Continuance Motion* [Dkt. No. 88] (the "**Reply**"). Attached to the Reply was a revised form of proposed receiver order (the "**Revised Proposed Receiver Order**"), on which Plaintiff and U.S. Bank had agreed. Prior to filing the Reply, Plaintiff circulated the proposed form of order to Farming Defendants and MetLife.

Earlier today, Farming Defendants filed their *Supplemental Brief Opposing the Continuance Motion* [Dkt. No. 89], pursuant to which they raised various objections to the Revised Proposed Receiver Order. Today, Plaintiff also received informal objections to the form

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Continuance Motion or the Reply (as defined below).

[2] ACDF, LLC, Assemi and Sons, Inc., Bear Flag Farms, LLC, C & A Farms, LLC, Cantua Orchards, LLC, Favier Ranch, LLC, Gradon Farms, LLC, Granville Farms, LLC, Lincoln Grantor Farms, LLC, Maricopa Orchards, LLC, Panoche Pistachios, LLC and Sageberry Farms, LLC (collectively "**Farming Defendants**").

of Revised Proposed Receiver Order from certain of Farming Defendants' other real property lenders.

Plaintiff and U.S. Bank have worked to revise the Revised Proposed Receiver Order in order to address various of the objections raised thereto. Minutes ago, Plaintiff and U.S. Bank reached agreement on a revised form of order (the "**Further Revised Proposed Receiver Order**"). A true and correct copy of the Further Revised Proposed Receiver Order, and a comparison against the Revised Proposed Receiver Order, is attached hereto as Exhibit A.

Plaintiff will be sharing the Further Revised Proposed Receiver Order substantially contemporaneously with the filing of this Sur-Reply.

While short notice, Plaintiff is filing this Sur-Reply to ensure that this Court has a copy of the Further Revised Proposed Receiver Order prior to today's hearing.

## **CONCLUSION**

WHEREFORE, Plaintiff respectfully requests that the Court grant the relief sought in the Continuance Motion and grant any other relief the Court deems just and proper.

DATED: October 29, 2024          SEYFARTH SHAW LLP


By     /s/ Nicholas R. Marcus
          Nicholas R. Marcus
          Attorneys for Plaintiff

---

3

PLAINTIFF'S SUR-REPLY IN MOTION IN SUPPORT OF CONTINUATION OF RECEIVERSHIP