SEYFARTH SHAW LLP
M. Ryan Pinkston (SBN 310971)
rpinkston@seyfarth.com
Brandon K. Franklin (SBN 303373)
bfranklin@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Jason J. DeJonker (*admitted pro hac vice*)
JDeJonker@seyfarth.com
Nicholas R. Marcus (*admitted pro hac vice*)
nmarcus@seyfarth.com
233 S Wacker Dr # 8000
Chicago, IL 60606

Attorneys for Plaintiff
The Prudential Insurance Company
Of America; and PGIM
Real Estate Finance, LLC

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; and PGIM REAL ESTATE FINANCE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ACDF, LLC; ASSEMI AND SONS, INC.; AVILA RANCH EA, LLC; BEAR FLAG FARMS, LLC; C & A FARMS, LLC; CANTUA ORCHARDS, LLC; DA REAL ESTATE HOLDINGS, LLC; FAVIER RANCH, LLC; FG2 HOLDINGS LLC; GRADON FARMS, LLC; GRANVILLE FARMS, LLC; GRANTLAND HOLDINGS NO. 1, LLC; GRANTLAND HOLDINGS NO. 2, LLC; GRANTOR REAL ESTATE INVESTMENTS, LLC; GVM INVESTMENTS, LLC; GV AG, LLC; LINCOLN GRANTOR FARMS, LLC; MARICOPA ORCHARDS, LLC; PANOCHE PISTACHIOS, LLC; SAGEBERRY FARMS, LLC; DEREK BELL; and RACHEL MARIE WHITE,<br><br>Defendant. | Case No. 1:24-cv-01102-KES-SAB<br><br>**PLAINTIFF'S COVER SHEET REGARDING DESCRIPTION OF REAL PROPERTY**<br><br>Complaint Filed: September 16, 2024 |

PLAINTIFF'S COVER SHEET REGARDING SCHEDULE OF REAL PROPERTY

**COVER SHEET AND REGARDING
SCHEDULE OF PRUDENTIAL REAL PROPERTY**

Plaintiff The Prudential Insurance Company of America ("**Prudential**") and PGIM Real Estate Finance, LLC ("**PGIM REF**" and together with Prudential, collectively, "**Plaintiff**"), each in its own capacity as a lender and PGIM REF also in its capacity as special servicer for and on behalf of Par U Hartford Life & Annuity Comfort Trust, by and through their counsel, hereby states as follows:

During the hearing on November 5, 2024 (the "**Hearing**"), this Court directed Plaintiff to submit a "Schedule of Prudential Real Property", which sets forth the legal descriptions of real property subject to this receivership, and which schedule will be referenced in any final order appointing receiver in connection with the definition of "Property" therein.

As such, attached hereto as Exhibit A is Plaintiff's "Schedule of Prudential Real Property", which sets forth the legal descriptions of real property subject to this receivership. For the avoidance of doubt, the legal descriptions for real property that has been released/reconveyed have been omitted via redaction (to indicate such release/reconveyance) but the parcel name and APN have remained for reference purposes, where applicable.

Plaintiff will be submitting a proposed final receiver order prior to 10:00 A.M. (PT) today, which references this Schedule of Prudential Real Property.

DATED: November 7, 2024          SEYFARTH SHAW LLP


                                 By     /s/ Nicholas R. Marcus
                                        Nicholas R. Marcus
                                        Attorneys for Plaintiff