# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | |
|---|---|
| The Prudential Insurance Company of America, et al ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:24-cv-01102-KES-SAB |
| ACDF, LLC, et al ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Premier Valley Bank, a Division of HTLF Bank                                                                        .

Date:   11/22/2024                                                         /s/D. Stuart Bartow
                                                                                          *Attorney's signature*

                                                                           D. Stuart Bartow (SBN 233107)
                                                                              *Printed name and bar number*
                                                                                     Duane Morris, LLP
                                                                                260 Homer Ave., Ste. 202
                                                                                   Palo Alto, CA 94301

                                                                                           *Address*

                                                                              DSBartow@duanemorris.com
                                                                                       *E-mail address*

                                                                                      (650) 847-4150
                                                                                    *Telephone number*

                                                                                      (650) 847-4151
                                                                                       *FAX number*