# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ACDF, LLC, et al.,<br><br>Defendants. | Case No. 1:24-cv-01102-KES-SAB<br><br>ORDER RE STIPULATION TO EXTEND TIME FOR CERTAIN DEFENDANTS TO FILE RESPONSIVE PLEADINGS<br><br>ORDER CONTINUING SCHEDULING CONFERENCE TO JUNE 3, 2025<br><br>(ECF No. 128) |

On December 16, 2024, a stipulation was filed requesting a 120 day extension of time for Defendants ACDF, LLC, Assemi and Sons, Inc., Bear Flag Farms, LLC, C & A Farms, LLC, Cantua Orchards, LLC, Favier Ranch, LLC, Granville Farms, LLC, Gradon Farms, LLC, Lincoln Grantor Farms, LLC, Maricopa Orchards, LLC, Panoche Pistachios, LLC, and Sageberry Farms, LLC (collectively the "Farming Defendants") to respond to the complaint. (ECF No. 128.)  The Court finds good cause to approve the stipulation.  The Court shall also continue the scheduling conference.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

1. The Farming Defendants shall file their responsive pleadings on or before **April 16, 2025**;

2. The scheduling conference set for February 6, 2025, is CONTINUED to **June 3, 2025, at 9:30 a.m.** in Courtroom 9; and

1

3.  The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated:  **December 17, 2024**

STANLEY A. BOONE
United States Magistrate Judge

2