# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al., | ) No. 1:24-cv-01102-KES-SAB<br>)<br>) **ORDER AUTHORIZING**<br>) **EMPLOYMENT OF CUTTS LAW,**<br>) **PC AS SPECIAL COUNSEL**<br>) **EFFECTIVE AS OF OCTOBER 29,**<br>) **2024** |
| Plaintiffs, | |
| v. | |
| ACDF, LLC, et al. | )<br>) (Doc. 123) |
| Defendants. | )<br>) |

On November 22, 2024, Receiver Lance Miller filed a Motion for Order Authorizing Employment of Cutts Law, PC as Special Counsel Effective as of October 29, 2024, Doc. 123 ("Motion"), and calendared the Motion for hearing on January 6, 2025. The Motion is unopposed and all interested parties have had sufficient notice of the Motion. Accordingly, the Motion is SUBMITTED without oral argument pursuant to Local Rule 230(g), and the hearing currently set for January 6, 2025, is VACATED. The Court issues the following written order.

Based upon the Motion, related declarations, and the record before the Court, it appears that the attorneys are eligible to be employed effective as of October 29, 2024.

///

///

1       Accordingly,

2       **IT IS ORDERED** that the Motion is granted and Lance Miller, the Receiver in the above-

3 referenced case, is authorized to retain Cutts Law, PC as his special counsel *nunc pro tunc* to

4 October 29, 2024.

5

6 IT IS SO ORDERED.

7      Dated:   December 18, 2024

8                        UNITED STATES DISTRICT JUDGE