**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ACDF, LLC, et al. <br><br> Defendants. | No. 1:24-cv-01102-KES-SAB <br><br> **ORDER AUTHORIZING EMPLOYMENT OF KATTEN MUCHIN ROSENMAN, LLP AS COUNSEL** *NUNC PRO TUNC* <br><br> (Doc. 122) |

On November 22, 2024, Receiver Lance Miller filed a Motion for Order Authorizing Employment of Katten Muchin Rosenman LLP as Counsel Nunc Pro Tunc, Doc. 122 ("Motion"), and calendared the Motion for hearing on January 6, 2025. The Motion is unopposed and all interested parties have had sufficient notice of the Motion. Accordingly, the Motion is SUBMITTED without oral argument pursuant to Local Rule 230(g), and the hearing currently set for January 6, 2025, is VACATED. The Court issues the following written order.

Based upon the Motion, related declarations, and the record before the Court, it appears that the attorneys are eligible to be employed effective as of September 25, 2024. Accordingly,

**IT IS ORDERED** that the Motion is granted and Lance Miller, the Receiver in the above-referenced case, is authorized to retain Katten Muchin Rosenman LLP as his attorneys, *nunc pro tunc* to September 25, 2024; and

**IT IS FURTHER ORDERED** that nothing contained herein shall prevent Katten from seeking approval for the payment of fees and expenses incurred prior to September 25, 2024.

IT IS SO ORDERED.

Dated:   December 18, 2024

_____
UNITED STATES DISTRICT JUDGE