UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ACDF, LLC, et al.,<br><br>Defendants. | No. 1:24-cv-01102-KES-SAB<br><br>ORDER GRANTING UNOPPOSED MOTION OF RECEIVER LANCE MILLER FOR ORDER ESTABLISHING PROCEDURES FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES<br><br>(Doc. 124) |

On November 22, 2024, Receiver Lance Miller filed a Motion for Order Establishing Procedures for Allowance of Compensation and Reimbursement of Expenses, Doc. 124 ("Motion"),[1] and calendared the Motion for hearing on January 6, 2024. The Motion is unopposed and all interested parties have had sufficient notice of the Motion. Accordingly, the Motion is SUBMITTED without oral argument pursuant to Local Rule 230(g), and the hearing currently set for January 6, 2024, is VACATED. The Court issues the following written order.

///

///

///

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

1

The Court, having jurisdiction to hear and determine the Motion, has reviewed the Motion and accompanying memorandum of points and authorities in support thereof. After due deliberation and consideration of the Motion, and there being good cause to grant the relief requested herein, it is, pursuant to the Court's authority to supervise equity receiverships and all powers in that behalf so enabling, hereby ORDERED:

1. The Motion is GRANTED.

2. The Court APPROVES the Compensation Procedures as provided herein.

3. The Receiver, his attorneys, and other professionals he retains in this case (the "**Professionals**") may seek interim compensation of fees and reimbursement of expenses in accordance with the procedures in paragraph 3 of this Order:

    a. **Monthly Statements**. On or before the 20th day of each month following the month for which compensation is sought, the Receiver and the Professionals shall file and serve on the Plaintiffs, the Farming Defendants, and all parties receiving ECF notice (collectively, the "**Notice Parties**") a Fee Motion detailing the fees and expenses incurred for the prior month (each, a "**Monthly Statement**"); *provided*, *however*, the parties may redact any privileged material or attorney work product from any invoices or time records submitted with the Monthly Statements.

    b. **Interim Payment**. Within three (3) business days of the filing of the Monthly Statement, the Receiver shall pay, without further order of the Court, one hundred percent (100%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Statement (each, an "**Interim Payment**"). An Interim Payment shall be deemed conditionally allowed by the Court until the Court reviews and allows such fees and expenses on a final basis pursuant to the Quarterly Fee Motion procedures described below. If the Court issues a final order disallowing any of the fees or expenses paid as an Interim Payment, the relevant professional shall refund such disallowed fees or expenses within five (5) business days of entry of such final order.

    c. **Timing**. The Receiver and the Professionals shall file their first Monthly Statements on or before December 27, 2024, for the services rendered and expenses incurred for the month of November 2024.

///

    d. **Application of LR 232(g)**. The interim compensation procedures described in paragraph 3(a)-(c) of this Order are not subject to the notice and hearing procedures of Local Rule 232(g).

    e. **Quarterly Fee Motions**.  Approximately every three (3) months, the Receiver and the Professionals shall file a Fee Motion that requests final allowance and approval of the fees and expenses requested in the Monthly Statements for the prior three-month period,[2] including all Interim Payments ("**Quarterly Fee Motions**") and set such Quarterly Fee Motion for hearing before the Court pursuant to Local Rule 230(g) and the Court's Standing Order in Civil Cases.  The Quarterly Fee Motion shall be filed and served in the same manner as the Monthly Statements.  The Court may vacate any hearing and take any Quarterly Fee Motion under submission at its discretion.

    f. **Objection Period**. The Notice Parties shall have 14 days following the filing of a Quarterly Fee Motion (the "**Objection Period**") to review the Quarterly Fee Motion.

    g. **Notice of Objection**. If any Notice Party wishes to object to the fees or expenses in a Quarterly Fee Motion, the objecting Notice Party must—within the Objection Period—serve (but not file with the Court) a "Notice of Objection" on the Receiver and the applicable Professional to which the Quarterly Fee Motion relates.  A Notice of Objection must state the nature of the objection with reasonable specificity and identify the amount of the fees or costs to which the objection is made.

    h. **Resolution of Notices of Objection**. The parties shall attempt to resolve any such Notice of Objection consensually.  If the parties are unable to reach a resolution within five (5) days after service of the Notice of Objection, unless otherwise extended by agreement, the objecting party may file a written objection with the Court.  The Court will consider and dispose of any filed objections on a final basis at the hearing on the applicable Quarterly Fee Motion or after taking the matter under submission, and authorize the Receiver to pay the full, approved amount of the fees and/or expenses that remain unpaid. If the objection relates to whether a redacted time

---

[2] With the exception of the First Quarterly Fee Motion, which will cover all prior periods and stub periods.

entry is privileged or attorney work product, the Court may review the unredacted time entries *in camera* to resolve the objection.

      i. The Receiver and the Professionals shall file their first Quarterly Fee Motion on or before January 20, 2024, for the services performed and expenses incurred through and including December 31, 2024.

4. The Court retains exclusive jurisdiction to hear and determine any disputes arising out of or relating to this Order.

IT IS SO ORDERED.

Dated:   December 18, 2024

                      UNITED STATES DISTRICT JUDGE