1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11 THE PRUDENTIAL INSURANCE        ) No. 1:24-cv-01102-KES-SAB
   COMPANY OF AMERICA, *et al.*,   )
12                                 ) **ORDER GRANTING MOTION OF**
          Plaintiffs,             ) **KATTEN MUCHIN ROSENMAN LLP FOR**
13                                 ) **FINAL APPROVAL AND PAYMENT OF**
          v.                       ) **FEES AND EXPENSES (JULY 31, 2024 –**
14                                 ) **DECEMBER 30, 2024)**
   ACDF, LLC, *et al.*,            )
15                                 ) (Doc. 142)
          Defendants.             )
16                                 )
                                   )
17                                 )
                                   )
18                                 )
                                   )
19 _____)

20

21       On January 21, 2025, Katten Muchin Rosenman LLP, as counsel for Lance Miller in his

22 capacity as the Court-appointed receiver (the "**Receiver**") in the above-captioned case (the "**Case**"),

23 filed a Motion for Final Approval and Payment of Fees and Expenses (July 31, 2024 – December

24 30, 2024), Doc. 142 (the "**Motion**"),[1] and calendared the Motion for hearing on March 3, 2025. The

25 Motion is unopposed and all interested parties have had sufficient notice of the Motion.

26 Accordingly, the Motion is SUBMITTED without oral argument pursuant to Local Rule 230(g),

27 and the hearing currently set for March 3, 2025 is VACATED. The Court issues the following

28 written order.

_____

[1]  Capitalized terms used but not defined herein shall have the meanings ascribed in the Motion.

Upon due consideration of the Motion, the Court finds that the Motion satisfies the requirements of Local Rule 232 and the Compensation Procedures Order, that notice of the Motion is sufficient under the circumstances and that there is good cause to grant the relief provided herein. Having found the foregoing,

**IT IS ORDERED:**

1.     The Motion is GRANTED.

2.     Katten Muchin Rosenman LLP is ALLOWED $944,277.00 in compensation for services rendered and $1,712.73 in expenses incurred during the Fee Period on a final basis.

3.     The Interim Payments of fees and expenses identified in Section D of the Motion are APPROVED.

4.     The Receiver is AUTHORIZED to pay Katten Muchin Rosenman LLP $945,989.73.

5.     Notice of the hearing on the Motion is limited to that given, and Katten Muchin Rosenman LLP is EXCUSED from complying with any additional notice requirements under Local Rule 230.

IT IS SO ORDERED.

Dated:   February 12, 2025

_____
UNITED STATES DISTRICT JUDGE

No. 1:24-cv-01102-KES-SAB
ORDER GRANTING MOTION OF KATTEN MUCHIN ROSENMAN LLP FOR FINAL APPROVAL AND PAYMENT OF FEES AND EXPENSES (JULY 31, 2024 – DECEMBER 30, 2024)

302318743