**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ACDF, LLC, et al. <br><br> Defendants. | No. 1:24-cv-01102-KES-SAB <br><br> **ORDER GRANTING MOTION OF RECEIVER LANCE MILLER FOR FINAL APPROVAL AND PAYMENT OF FEES AND EXPENSES (SEPTEMBER 15, 2024 – DECEMBER 30, 2024)** <br><br> (Doc. 141) |

On January 21, 2025, Receiver Lance Miller ("Receiver") filed a Motion for Final Approval and Payment of Fees and Expenses (September 15, 2024 – December 30, 2024), Doc. 141 (the "**Motion**"),[1] and calendared the Motion for hearing on March 3, 2025. The Motion is unopposed and all interested parties have had sufficient notice of the Motion. Accordingly, the Motion is SUBMITTED without oral argument pursuant to Local Rule 230(g), and the hearing currently set for March 3, 2025, is VACATED. The Court issues the following written order.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed in the Motion.

Upon due consideration of the Motion, the Court finds that the Motion satisfies the requirements of Local Rule 232 and the Compensation Procedures Order, Doc. 135, that notice of the Motion is sufficient under the circumstances and that there is good cause to grant the relief provided herein. Having found the foregoing,

**IT IS ORDERED:**

1. The Motion is GRANTED.

2. Receiver is ALLOWED $210,041.24 in compensation for services rendered and $1,001.32 in expenses incurred during the Fee Period on a final basis.

3. The Interim Payments of fees and expenses identified in Section I.D. of the Motion are APPROVED.

4. The Receiver is AUTHORIZED to pay the Receiver $211,042.56.

5. Notice of the hearing on the Motion is limited to that given, and Receiver is EXCUSED from complying with any additional notice requirements under Local Rule 230.

IT IS SO ORDERED.

Dated:   February 12, 2025

_____
UNITED STATES DISTRICT JUDGE