# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ACDF, LLC, et al., <br><br> Defendants. | Case No.  1:24-cv-01102-KES-SAB <br><br> ORDER GRANTING YELENA E. ARCHIYAN'S *PRO HAC VICE* APPLICATION <br><br> (ECF No. 155) |

The Court has read and considered the application of Yelena E. Archiyan, attorney for Lance Miller, not individually, but solely in his capacity as Receiver, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District.  Having reviewed the application, Yelena E. Archiyan's application for admission to practice *pro hac vice* is HEREBY GRANTED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:  **February 20, 2025**

STANLEY A. BOONE
United States Magistrate Judge

1