**KELLER BENVENUTTI KIM LLP**
JANE KIM (Cal. Bar No. 298192)
(jkim@kbkllp.com)
JEREMY V. RICHARDS (Cal. Bar No. 102300)
(jrichards@kbkllp.com)
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:     (415) 496-6723

Attorneys for Defendants Touchstone Pistachio Company, LLC, ACAP Farms, LLC, ACDF, LLC, Adams Grantor Land, LLC, Assemi and Sons, Inc., Bear Flag Farms, LLC, C&A Farms, LLC, Cantua Orchards, LLC, Cooper Avenue Investments, LLC, Favier Ranch, LLC, FFGT Farms, LLC, Gradon Farms, LLC, Grantland Farms, LLC, Granville Farms, LLC, Lincoln Grantor Farms, LLC, Manning Avenue Pistachios, LLC, Maricopa Orchards, LLC, Panoche Pistachios, LLC, Sageberry Farms, LLC, Whitesbridge Farms, LLC, Willow Avenue Investments, LLC, and Winston Farms, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al.,<br><br>Plaintiff,<br><br>v.<br><br>ACDF, LLC, et al.,<br><br>Defendants.<br><br>Affects All Cases. | Lead Case No. 1:24-cv-01102-KES-SAB<br><br>**NOTICE OF APPEARANCE OF KELLER BENVENUTTI KIM LLP** |

**TO THE HONORABLE KIRK E. SHERRIFF AND ALL INTERESTED PARTIES:**

PLEASE TAKE NOTICE that Keller Benvenutti Kim LLP hereby appears in the above entitled action as counsel for Defendants Touchstone Pistachio Company, LLC, ACAP Farms, LLC, ACDF, LLC, Adams Grantor Land, LLC, Assemi and Sons, Inc., Bear Flag Farms, LLC, C&A Farms, LLC, Cantua Orchards, LLC, Cooper Avenue Investments, LLC, Favier Ranch, LLC, FFGT Farms, LLC, Gradon Farms, LLC, Grantland Farms, LLC, Granville Farms, LLC, Lincoln Grantor Farms, LLC, Manning Avenue Pistachios, LLC, Maricopa Orchards, LLC, Panoche Pistachios, LLC, Sageberry Farms, LLC, Whitesbridge Farms, LLC, Willow Avenue Investments, LLC, and Winston Farms, LLC (the "Maricopa Defendants"), and requests that all further papers, pleadings, filings, and electronic filings, except original process, be served upon this attorney at the address and email address stated above.

Respectfully submitted,

KELLER BENVENUTTI KIM LLP

By: /s/ *Jane Kim*_____
Jane Kim
Attorneys for the Maricopa Defendants

CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Notice of Electronic Filing, including the following:

- **Mark Anishchenko**
  markanishchenko@dwt.com, rosalindcook@dwt.com;
- **Robert Cullen Barton**
  rbarton@mwe.com, acorona@mwe.com, mnadel@mwe.com;
- **Michael Barrett Brown**
  michael.brown@stoel.com, docketclerk@stoel.com, rebecca.lerma@stoel.com, jill.keehnen@stoel.com, ha.nguyen@stoel.com;
- **Dumar LLC**
  reisslaw@reisslaw.net;
- **John D. Freed**
  jakefreed@dwt.com, kimberlysimmonsgreene@dwt.com;
- **Michael S. Nadel , PHV**
  mnadel@mwe.com;
- **Saul Reiss**
  reisslaw@reisslaw.net, fay.pugh@outlook.com;
- **Zev M. Shechtman**
  Zev.Shechtman@saul.com, Zev.Shechtman@ecf.courtdrive.com, Shelly.Guise@saul.com, hannah.richmond@saul.com, LitigationDocketing@saul.com;
- **Brodie Austin Surfus**
  bsurfus@wtjlaw.com, borozco@wtjlaw.com;
- **Marshall Craig Whitney**
  mwhitney@wtjlaw.com, sgomez@wtjlaw.com, abroome@wtjlaw.com;
- **Thomas Andrew Woods**
  thomas.woods@stoel.com, docketclerk@stoel.com, dalila.tobin@stoel.com, 1261239420@filings.docketbird.com, rebecca.lerma@stoel.com;
- **Daryl Stuart Bartow**
  DSBartow@duanemorris.com, CMWinter@duanemorris.com, SLei@duanemorris.com, Ajhanna@duanemorris.com, PARyan@duanemorris.com;
- **Mark R. Bateman**
  mbateman@youngwooldridge.com;
- **Joseph R. Dunn**
  jdunn@cov.com, docketing@cov.com;
- **Garrett Eggen, PHV**
  geggen@sussmanshank.com;
- **Mary H. Haas**
  maryhaas@dwt.com, Lit-Docket@dwt.com;
- **Theodore W. Hoppe**
  tad@hoppe-law.com, barbara@hoppe-law.com, lisa@hoppe-law.com, alexa@hoppe-law.com, rachel@hoppe-law.com, service@hoppe-law.com, stacey@hoppe-law.com, robyn@hoppe-law.com;
- **Monique Debrikka Jewett-Brewster**
  mjb@lathropgpm.com, crystal.knode@lathropgpm.com, natalie.gonzalez@lathropgpm.com;

- **Jan Leslie Kahn**
  jkahn@kschanford.com, mmoran@kschanford.com;
- **Matthew Ladew**
  mattladew@dwt.com, mercedesmendoza@dwt.com;
- **Jeffrey C. Misley**
  jmisley@sussmanshank.com, jhume@sussmanshank.com;
- **Julia Philips Roth**
  jphilipsroth@cov.com;
- **David P. Stapleton**
  david@stapletoninc.com;
- **Richard P. Steelman , Jr**
  RPS@LNBYG.COM, damon@lnbyg.com;
- **Joseph M. VanLeuven , PHV**
  joevanleuven@dwt.com;
- **Marshall Craig Whitney**
  mwhitney@wtjlaw.com, sgomez@wtjlaw.com, abroome@wtjlaw.com;
- **Thomas Andrew Woods**
  thomas.woods@stoel.com, docketclerk@stoel.com, dalila.tobin@stoel.com, 1261239420@filings.docketbird.com, rebecca.lerma@stoel.com;
- **Yellow Hotel II LLC**
  mjb@lathropgpm.com;
- **Beth Ann R. Young**
  bry@lnbyg.com;
- **American Equity Investment Life Insurance Company**
  adeleest@marshackhays.com;
- **Yelena E. Archiyan , PHV**
  yelena.archiyan@katten.com;
- **Terence G. Banich**
  terence.banich@katten.com, courtalertlax@katten.com;
- **Michaela C. Crocker , PHV**
  michaela.crocker@katten.com;
- **Aaron E. De Leest**
  adeleest@marshackhays.com, alinares@ecf.courtdrive.com, adeleest@ecf.courtdrive.com;
- **Jason J DeJonker , PHV**
  jdejonker@seyfarth.com, lcreasap@seyfarth.com, CHIDocketMail@seyfarth.com, 6505178420@filings.docketbird.com;
- **Brandon K. Franklin**
  brandon.franklin@clydeco.us, 6663841420@filings.docketbird.com, krodrigues@seyfarth.com;
- **Gabriel P. Herrera**
  gherrera@kmtg.com, tcorbett@kmtg.com, bxiong@kmtg.com;
- **Michael Robert Johnson, PHV**
  mjohnson@rqn.com, asanchez@rqn.com, docket@rqn.com;
- **Matthew Ladew**
  mattladew@dwt.com, mercedesmendoza@dwt.com;
- **Nicholas R. Marcus, PHV**
  nmarcus@seyfarth.com, lcreasap@seyfarth.com, ChiDocketMail@seyfarth.com;
- **John E. Mitchell , PHV**
  john.mitchell@katten.com;

- **Michael Ryan Pinkston**
  rpinkston@seyfarth.com, jmcdermott@seyfarth.com, 5314522420@filings.docketbird.com, sfocalendar@seyfarth.com;
- **Michelle Rosales**
  michelle.rosales@stoel.com

By:   /s/ *Jane Kim*_____
      Jane Kim