| | |
|---|---|
| **From:** | caed_cmecf_helpdesk@caed.uscourts.gov |
| **Sent:** | Wednesday, February 26, 2025 5:38 PM |
| **To:** | CourtMail@caed.uscourts.dcn |
| **Subject:** | Activity in Case 1:24-cv-01102-KES-SAB The Prudential Insurance Company of America et al v. ACDF, LLC et al Minute Order. |

*EXTERNAL EMAIL – EXERCISE CAUTION*

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

**Eastern District of California - Live System**

## Notice of Electronic Filing

The following transaction was entered on 2/26/2025 at 3:37 PM PST and filed on 2/26/2025
**Case Name:** The Prudential Insurance Company of America et al v. ACDF, LLC et al
**Case Number:** [1:24-cv-01102-KES-SAB](#)
**Filer:**
**Document Number:** 161(No document attached)

**Docket Text:**
**MINUTE ORDER signed by District Judge Kirk E. Sherriff on 2/26/2025: (Text Only Entry), On February 25, 2025, Receiver filed an [158] ex parte application to shorten time on the [157] motion for entry of order authorizing engagement and compensation of Capstone Capital Markets LLC. The hearing on the [157] motion is set for March 10, 2025, at 1:30 pm PDT in Courtroom 6 before District Judge Kirk E. Sherriff. If counsel or the parties wish to appear by videoconference, they shall contact courtroom deputy Victoria Gonzales at vgonzales@caed.uscourts.gov. Any opposition must be filed by March 3, 2025. Any reply shall be filed no later than March 6, 2025. Receiver's counsel is directed to promptly serve a copy of this minute order on all parties in this case; provided, however, that any such parties that have appeared in this case and are receiving notices via the Court's CM/ECF system shall be deemed to have been served a copy of this Order upon its entry by the Court. (Deputy Clerk VMG)**


**1:24-cv-01102-KES-SAB Notice has been electronically mailed to:**

Aaron E. De Leest    adeleest@marshackhays.com, adeleest@ecf.courtdrive.com, alinares@ecf.courtdrive.com

Brandon K. Franklin    brandon.franklin@clydeco.us, 6663841420@filings.docketbird.com, krodrigues@seyfarth.com

Brodie Austin Surfus    bsurfus@wtjlaw.com, borozco@wtjlaw.com

Daryl Stuart Bartow    DSBartow@duanemorris.com, Ajhanna@duanemorris.com, CMWinter@duanemorris.com, PARyan@duanemorris.com, SLei@duanemorris.com

Gabriel P. Herrera    gherrera@kmtg.com, bxiong@kmtg.com, tcorbett@kmtg.com

Jason J DeJonker , PHV    jdejonker@seyfarth.com, 6505178420@filings.docketbird.com, CHIDocketMail@seyfarth.com, lcreasap@seyfarth.com

John D. Freed    jakefreed@dwt.com, kimberlysimmonsgreene@dwt.com

John E. Mitchell , PHV    john.mitchell@katten.com

Joseph M. VanLeuven , PHV    joevanleuven@dwt.com

Mark Anishchenko    markanishchenko@dwt.com, rosalindcook@dwt.com

Marshall Craig Whitney    mwhitney@wtjlaw.com, abroome@wtjlaw.com, sgomez@wtjlaw.com

Mary H. Haas    maryhaas@dwt.com, Lit-Docket@dwt.com

Matthew Ladew    mattladew@dwt.com, mercedesmendoza@dwt.com

Michael Barrett Brown    michael.brown@stoel.com, docketclerk@stoel.com, ha.nguyen@stoel.com, jill.keehnen@stoel.com, rebecca.lerma@stoel.com

Michael Robert Johnson , PHV    mjohnson@rqn.com, asanchez@rqn.com, docket@rqn.com

Michael Ryan Pinkston    rpinkston@seyfarth.com, 5314522420@filings.docketbird.com, jmcdermott@seyfarth.com, sfocalendar@seyfarth.com

Michael S. Nadel , PHV    mnadel@mwe.com

Michaela C. Crocker , PHV    michaela.crocker@katten.com

Michelle Rosales    michelle.rosales@stoel.com

Nicholas R. Marcus , PHV    nmarcus@seyfarth.com, ChiDocketMail@seyfarth.com, lcreasap@seyfarth.com

Robert Cullen Barton    rbarton@mwe.com, acorona@mwe.com

Terence G. Banich    terence.banich@katten.com, courtalertlax@katten.com

Thomas Andrew Woods    thomas.woods@stoel.com, 1261239420@filings.docketbird.com, dalila.tobin@stoel.com, docketclerk@stoel.com, rebecca.lerma@stoel.com

Yelena E. Archiyan , PHV    yelena.archiyan@katten.com

**1:24-cv-01102-KES-SAB Electronically filed documents must be served conventionally by the filer to:**