Terrence G. Banich (SBN 212173)[1]
terence.banich@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe St.
Chicago, IL 60661-3693
Telephone:   (312) 902-5200
Facsimile:   (312) 902-1061

John E. Mitchell (*pro hac vice*)
Michaela C. Crocker (*pro hac vice*)
**KATTEN MUCHIN ROSENMAN LLP**
2121 North Pearl St., Ste. 1100
Dallas, TX 75201-2591
Telephone:   (214) 765-3600
Facsimile:   (214) 765-3602

*Attorneys for the Receiver*
Lance Miller

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ACDF, LLC, et al. <br><br> Defendants. | No. 1:24-cv-01102-KES-SAB <br><br> **DECLARATION REGARDING STATUS OF SERVICE PURSUANT TO MARCH 6 MINUTE ORDER** <br><br> **PROOF OF SERVICE** <br><br> **Dkt. No. 157, 168** <br><br> Action Filed:   September 16, 2024 <br><br> **HONORABLE KIRK E. SHERRIFF** |

---

[1] Designated as counsel for service pursuant to L.R. 182(c)(1).

302846416

I, Michaela Crocker, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury as follows:

I am over the age of eighteen years, am under no disability, and am competent to testify to the matters set forth herein. Except as otherwise stated, all facts set forth in this declaration are based upon my personal knowledge and/or my review of documents. If called as a witness in this matter, I could and would testify competently to the facts set forth in this Declaration.

I submit this declaration in response to the Court's Minute Order [Dkt. 168] dated March 6, 2025 (the "**Minute Order**").

## INITIAL SERVICE OF THE MOTIONS

On February 25, 2025, the following motion was filed in this case (the "**Motion**"):

• *Notice of Motion and Unopposed Motion for Receiver Lance Miller for Order Authorizing Engagement and Compensation of Capstone Capital Markets LLC as Investment Banker; Memorandum of Points and Authorities in Support Thereof* [Dkt. No. 157].

The Motion does not request authority to sell any assets free and clear or otherwise affect lien or ownership status. The motion is the first step in the sale process – employing Capstone as investment banker to market various properties for sale. Under these circumstances, the Receiver's counsel determined that a pre-filing conference with the first lien holders and the owners of the subject properties, with notice to all parties appearing in the case, was appropriate. It is intended that notice to all parties holding an interest in the subject properties would occur once a potential buyer(s) is located and the separate motion or notice to sell such property free and clear is filed. Accordingly, the Proof of Service attached to the Motion reflected that service was only provided to parties receiving ECF notice in the case.

## SUPPLEMENTAL SERVICE OF THE MOTION

On March 6, 2025, the Court entered a Minute Order directing that: "Receiver shall file, by no later than March 10, 2025, a declaration confirming whether all entities with known liens, claims, encumbrances, or other interests on the Farm Properties, as that term is defined in the 157 motion for entry of order authorizing engagement and compensation of Capstone Capital Markets LLC, have been served with the 157 motion."

Upon entry of the Minute Order, undersigned counsel contacted counsel for plaintiffs The Prudential Insurance Company of America and PGIM Real Estate Finance, LLC (the "**Prudential Lenders**") and requested title information in order to create a service list that would include "all entities with known liens, claims, encumbrances, and other interests." The Receiver had yet to order such title work because he had only begun the marketing process and no buyers had been identified.

Counsel for the Prudential Lenders provided a service list generated by the title company it utilized in connection this case that lists parties entitled to notice of the recording of a Notice of Default based on title searches performed in August, September, and November 2024.  Counsel for the Prudential Lenders have requested updated title work that they expect to receive within the following week, and supplemental proofs of service will be filed as additional service is completed.

The first Proof of Service related to the supplement service made in response to the Minute Order is attached hereto as **Exhibit A.**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed March 10, 2025
In Rockwall, Texas

*/s/ Michaela Crocker*
Michaela Crocker

# EXHIBIT A

# PROOF OF SERVICE

**STATE OF ILLINOIS, COUNTY OF COOK**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Cook, State of Illinois. My business address is 525 W. Monroe St., Chicago, Illinois 60661. On March 10, 2025, I served the following document(s) described as:

- **Notice of Motion and Unopposed Motion of Receiver Lance Miller for Order Authorizing Engagement and Compensation of Pearson Realty as Real Estate Broker; Memorandum of Points and Authorities in Support Thereof [Dkt. No. 157]**

- **Minute Order [Dkt. 168]**

as follows:

**[X]   BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed on **Exhibit 1** hereto and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Katten Muchin Rosenman LLP practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**[ ]   BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the document(s) to be sent from e-mail address terence.banich@katten.com to the persons at the e-mail address(es) listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**[ ]   BY OVERNIGHT MAIL (FedEx):** I enclosed said document(s) in an envelope or package provided by FEDEX and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FEDEX or delivered such document(s) to a courier or driver authorized by FEDEX to receive documents.

**[ ]   BY PERSONAL SERVICE:** I caused said document to be personally delivered the document(s) to the person at the addresses listed above by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office.

**[X]   E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct.

Executed on March 10, 2025, at Winnetka, Illinois.

*/s/Terence G. Banich*
Terence G. Banich

# **EXHIBIT 1**

Sageberry Farms, LLC, a California Limited Liability Company
Attn: Legal Department
1306 W. Herndon Ave., Ste. 101
Fresno, CA 93711

Sageberry Farms, LLC, a California Limited Liability Company
5260 N. Palm #421 Stop M
Fresno, CA 93704

C & A Farms LLC, a California Limited Liability Company and
Maricopa Orchards, a California Limited Liability Company
1306 W, Herndon Ave.
Fresno, CA 93711

C & A Farms, LLC, a California Limited Liability Company and
Maricopa Orchards, a California Limited Liability Company
5260 N. Palm #421 Stop M
Fresno, CA 93704

Favier Ranch LLC
5260 N Palm Ave Ste 421 Mail Stop M
Fresno CA 93704

ACDF, LLC, a California Limited Liability Company and
Assemi and Sons, Inc., a California Corporation
5260 N Palm Ave Suite 421
Mail Stop M
Fresno, Ca 93704

ACDF, LLC
Attn: Legal Department
Maricopa Orchards, LLC
5260 N. Palm Ave., Suite 421, Mail Stop M,
Fresno, CA 93704

Maricopa Orchards, LLC
Cantua Orchards, LLC
Water Manager
Attn: General Counsel
1306 West Herndon Avenue, Suite 101
Fresno, CA 93711

Thomas L. Palotas
Pepple Cantu Schmidt PLLC
1000 Second Avenue Suite 2950
Seattle, WA 98104

Callan Cobb Kanev
Jameson Pepple Cantu PLLC
801 Second Avenue, Suite 700
Seattle, Washington 98104

The Prudential Insurance Company of America,
a New Jersey Corporation
PGIM Real Estate Finance
C/O Prudential Asset Resources
Attn: Agricultural Loan Servicing
2100 Ross Avenue, Suite 2500
Dallas, Texas 75201

The Prudential Insurance Company of America,
a New Jersey corporation
PGIM Real Estate Finance, LLC
C/O Prudential Asset Resources
Attn: Legal Department
2100 Ross Avenue, Suite 2500
Dallas, Texas 75201

MUFG Union Bank, N.A.
Attn: Scott Lisle
7108 N. Fresno Street, Suite 200
Fresno, California 93720

MUFG Union Bank, N.A.
C/O Jameson Pepple Cantu PLLC
801 Second Avenue, Suite 700
Seattle, Washington 98104

Wells Fargo Bank, N.A.
Attention: Vahagn Bznouni, Senior Vice President
8405 N Fresno St., Suite 200
Fresno, California 93720

Collecto, Inc. DBA EOS-CCA
C/O Michael K. Sipes
Law Offices of Michael K. Sipes
P.O. Box 1700
Folsom, CA 95763

Fresno County Department of Child Support Services
PO Box 12946
Fresno, CA 93779-2946

1  Fresno County Auditor-Controller/Treasurer-Tax Collector
   Tax Collection Division
2  PO Box 1192
3  Fresno, Ca 93715-1192

4  Federal Agricultural Mortgage Corporation
   C/O Lisa A. Cutts
5  Cutts Law, PC
   5088 N. Fruit Avenue, Suite 101
6  Fresno, CA 93711

7  The Prudential Insurance Company of America and
   PGIM Real Estate
8  C/O Lisa A. Cutts
9  Cutts Law, PC
   5088 N. Fruit Avenue, Suite 101
10 Fresno, CA 93711

11 Lisa A. Cutts
12 Cutts Law, PC
   5088 N. Fruit Avenue, Suite 101
13 Fresno, CA 93711

14 Lance Miller, Receiver
   C/O Terence G. Banich
15 Katten Muchin Rosenman LLP
16 525 W. Monroe St.
   Chicago, IL 60661-3963
17
   Lance Miller, Receiver
18 C/O John E. Mitchell, Michaela C. Crocker
   Katten Muchin Rosenman LLP
19 2121 North Pearl St, Ste. 1100
20 Dallas, TX 75201-2591

21 IP Land Holdings, LLC, a Delaware limited liability company
   9450 SW Gemini Drive PMB 68743
22 Beaverton, OR 97008-7105

23 IP Land Holdings, LLC
   C/O Intersect Power, LLC
24 9450 SW Gemini Drive PMB #68743
25 Beaverton, OR 97008-7105

26

27

28

108LT 8ME LLC
C/O Avantus Clean Energy LLC
Attn: Transactions
4370 Town Center Blvd., Suite 110
El Dorado Hills, CA 95762

Ballard Spahr LLP
Attn: Bruce F. Johnson, Esq.
1980 Festival Plaza Drive, Suite 900
Las Vegas, NV 89135

Virginia M. Pedreira
Stoel Rives, LLP
600 University Street, Suite 3600
Seattle, Washington 98101

Metropolitan Life Insurance Company
10801 Mastin Street, Suite 930
Overland Park, KS 66210

Metropolitan Life Insurance Company
Agricultural Investments
Attn: Director, WRO
205 E. River Park Circle, Suite 330
Fresno, CA 93720

SAN LUIS WEST SOLAR, LLC
800 Brickell Avenue, Suite 1100
Miami, Florida 33131
Attention: Samir Verstyn

WESTLANDS SOLAR PARK PHASE II HOLDINGS, LLC
4700 Wilshire Boulevard
Los Angeles, California 90010

Westlands Cherry, LLC
c/o 4700 Wilshire Boulevard
Los Angeles, California 90010
Attn: Jennifer Gandin

Westlands Cherry, LLC
c/o 4700 Wilshire Boulevard
Los Angeles, California 90010
Attn: General Counsel

1  Westlands Cherry, LLC
   c/o Fragner Seifert Pace & Mintz
2  800 S. Figueroa Ave., Suite 680
3  Los Angeles, California 90017
   Attn: Matthew C. Fragner
4
   Boulevard Associates, LLC
5  700 Universe Blvd.
   June Beach, FL 33408
6  Attn: Land Services Administration

7
   Northern Orchard Solar PV, LLC
8  c/o E.ON Climate & Renewables North America
   Attn: Ed Shelton and Szewan Lam
9  20 California Street, Suite 500
   San Francisco, CA 94111
10

11 Northern Orchard Solar PV, LLC
   c/o E.ON Climate & Renewables North America
12 Attn: Legal Dept.
   807 Brazos, Suite 1400
13 Austin, Texas 78701

14
   Northern Orchard Solar PV 2, LLC
15 c/o E.ON Climate & Renewables North America
   Attn: Ed Shelton and Szewan Lam
16 20 California Street, Suite 500
   San Francisco, CA 94111
17
   Northern Orchard Solar PV 2, LLC
18 c/o E.ON Climate & Renewables North America
19 Attn: Legal Dept.
   807 Brazos, Suite 1400
20 Austin, Texas 78701

21
   Northern Orchard Solar PV 3, LLC
22 c/o E.ON Climate & Renewables North America
   Attn: Ed Shelton and Szewan Lam
23 20 California Street, Suite 500
   San Francisco, CA 94111
24
   Northern Orchard Solar PV 3, LLC
25 c/o E.ON Climate & Renewables North America
   Attn: Legal Dept.
26 807 Brazos, Suite 1400
27 Austin, Texas 78701

28

9
No. 1:24-cv-01102-KES-SAB
DECLARATION REGARDING SERVICE

302846416

SW Transmission LandCo, LLC
Attn: Legal Department
3857 Birch Street, Suite 441
Newport Beach, CA 92660

Klein DeNatale Goldner, LLP
Attn: Jennifer Reisz
10000 Stockdale Highway, Suite 200
Bakersfield, CA 93311

Fresno County
Fresno County Clerk
2220 Tulare St
Fresno, CA 93721

Kern County
Kern County Clerk
1115 Truxtun Ave # 5th
Bakersfield, CA  93301

Tulare County
Tulare County Clerk
221 S. Mooney Blvd.
Visalia, CA  93291

Madera County
Madera County Clerk
200 W. 4th Street
Madera, CA  93637

Kings County
Kings County Clerk
1400 W. Lacey Blvd.
Hanford, CA  93230

Merced County
Merced County Clerk
2222 M St.
Merced, CA  95430

Westlands Water District
Attn: Russ Freeman
286 W. Cromwell Ave
Fresno, CA 93711

| | |
|---|---|
| 1 | Semitropic Water Storage District |
| 2 | Attn: Jason Gianquinto |
|   | 1101 Central Ave. |
| 3 | Wasco, CA 93280 |
| 4 | Fresno Irrigation District |
|   | Attn: Jeffrey Boswell |
| 5 | 2907 S Maple Ave. |
| 6 | Fresno, CA  93725 |
| 7 | Wheeler Ridge |
|   | Attn: Sheridan Nicholas |
| 8 | 12109 CA-166 |
|   | Bakersfield, CA  93313 |
| 9 | |
| 10 | Wheeler Ridge |
|    | c/o Young Wooldridge LLP |
| 11 | Attn:  Steven M. Torigiani, General Counsel |
|    | 10800 Stockdale Hwy, Suite 202 |
| 12 | Bakersfield, CA  93311 |
| 13 | Lower Tule River Irrigation District |
| 14 | Attn: Eric Limas |
|    | 357 E. Olive Ave. |
| 15 | Tipton, CA  93272 |
| 16 | Southern San Joaquin Municipal Utility District |
|    | Attn: Connie Andrade |
| 17 | P.O. Box 279 |
| 18 | Delano, CA  93216 |

11

No. 1:24-cv-01102-KES-SAB
DECLARATION REGARDING SERVICE

302846416