DAVID A. WOOD, #272406
dwood@marshackhays.com
MATTHEW W. GRIMSHAW, #210424
grimshaw@marshackhays.com
AARON E. DE LEEST, #216832
adeleest@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

RICHARD M. PACHULSKI (BAR NO. 90073)
IRA D. KHARASCH (BAR NO. 109084)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, California 90067-4003
Phone: (310) 277-6910 Fax: (310) 201-0760
E-Mail: rpachulski@pszjlaw.com
        ikharasch@pszjlaw.com

Attorneys for Interested Party
AMERICAN EQUITY INVESTMENT LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (FRESNO)

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and PGIM REAL ESTATE FINANCE, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ACDF, LLC; ASSEMI AND SONS, INC.; AVILA RANCH EA, LLC; BEAR FLAG FARMS, LLC; C & A FARMS, LLC; CANTUA ORCHARDS, LLC; DA REAL ESTATE HOLDINGS, LLC; FAVIER RANCH, LLC; FG2 HOLDINGS LLC; GRADON FARMS, LLC; GRANVILLE FARMS, LLC; GRANTLAND HOLDINGS NO. 1, LLC; GRANTLAND HOLDINGS NO. 2, LLC; GRANTOR REAL ESTATE INVESTMENTS, LLC; GVM INVESTMENTS, LLC; GV AG, LLC; LINCOLN GRANTOR FARMS, LLC; MARICOPA ORCHARDS, LLC; PANOCHE PISTACHIOS, LLC; SAGEBERRY FARMS, LLC; DEREK BELL; and RACHEL MARIE WHITE,<br><br>Defendants. | USDC Case No. 1:24-cv-01102-KES-SAB<br><br>**RESPONSE TO DEFENDANTS' MOTION TO IMPLEMENT PROCEDURES COORDINATING RECEIVERSHIP SALE PROCESS**<br><br>Hearing<br>Date:  March 31, 2025<br>Time:  1:30 p.m.<br>Ctrm:  6<br>Place: 2500 Tulare Street<br>            Fresno, CA  93721 |

1

RESPONSE TO DEFENDANTS' MOTION TO IMPLEMENT PROCEDURES COORDINATING
RECEIVERSHIP SALE PROCESS

1  American Equity Investment Life Insurance Company ("AEIL") files this response in connection with the Motion to Implement Procedures Coordinating Receivership Sale Process [DK. No. 173] ("Motion"), filed by Touchstone Pistachio Company, LLC and Maricopa Defendants (collectively, "Movants').[1]

AEIL holds recorded interests on title that include liens on property owned and/or operated by defendants C & A Farms, LLC, Cantua Orchards, LLC, Gradon Farms, LLC, Grantor Real Estate Investments, LLC, Lincoln Grantor Farms, LLC, and Maricopa Orchards, LLC (the "AEIL Defendant Borrowers").  The AEIL Defendant Borrowers are included within the Maricopa Defendants.

AEIL opposes the relief requested in the Motion to the extent that it seeks to affect any of AEIL's collateral or any sale process related thereto. AEIL's collateral is not part of the Prudential Case and is only at issue in the case entitled *Farmers Agricultural Mortgage Corporation v. Assemi Brothers, LLC, et al.*, Case No. 1:24-cv-01455-KES-SAB (the "FAMC Case").  Here, however, Movants failed to file the Motion in the FAMC Case or give proper notice thereof to AEIL in the FAMC Case (AEIL has separate counsel in the FAMC Case).  Accordingly, to the extent the proposed relief in the Motion is intended to affect any of AEIL's collateral, which is only at issue in the FAMC Case, the Motion must be filed and heard in the FAMC Case.

AEIL reserves the right to oppose the Motion on any and all grounds if and/or when it is properly filed and served in the FAMC Case.

---

[1] Capitalized terms not defined herein shall have the same meaning as set forth in the Motion.

For these reasons, the Court should deny the Motion to the extent it seeks to affect any of AEIL's collateral at issue in the FAMC Case.

Dated: March 24, 2025                    MARSHACK HAYS WOOD LLP

                                         By: */s/ Aaron E. De Leest*
                                         MATTHEW W. GRIMSHAW
                                         DAVID A. WOOD
                                         AARON E. DE LEEST
                                         Attorneys for AMERICAN EQUITY
                                         INVESTMENT LIFE INSURANCE
                                         COMPANY

RESPONSE TO DEFENDANTS' MOTION TO IMPLEMENT PROCEDURES COORDINATING RECEIVERSHIP SALE PROCESS

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this District Court proceeding. My business address is: 870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **RESPONSE TO DEFENDANTS' MOTION TO IMPLEMENT PROCEDURES COORDINATING RECEIVERSHIP SALE PROCESS** will be served or was served **(a)** on the judge in chambers in the form and manner required by L.R 133(f); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and L.R 135, the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 24, 2025**, I checked the CM/ECF docket for this case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On _____, I served the following persons and/or entities at the last known addresses in this case by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 (d)(3) and/or controlling L.R. 133, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**MANDATORY CHAMBERS COPY – NOT REQUIRED IF 25 PAGES OR UNDER.**

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 24, 2025 | Cynthia Bastida | /s/ Cynthia Bastida |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

146786v1/9999-403

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
   CONTINUED:

   - **American Equity Investment Life Insurance Company**
     adeleest@marshackhays.com
   - **Mark Anishchenko**
     markanishchenko@dwt.com,rosalindcook@dwt.com
   - **Yelena E. Archiyan , PHV**
     yelena.archiyan@katten.com
   - **Terence G. Banich**
     terence.banich@katten.com,courtalertlax@katten.com
   - **Robert Cullen Barton**
     rbarton@mwe.com,acorona@mwe.com
   - **Daryl Stuart Bartow**
     DSBartow@duanemorris.com,CMWinter@duanemorris.com,SLei@duanemorris.com,Ajhanna@duanemorris.com,PARyan@duanemorris.com
   - **Michael Barrett Brown**
     michael.brown@stoel.com,docketclerk@stoel.com,rebecca.lerma@stoel.com,jill.keehnen@stoel.com,ha.nguyen@stoel.com
   - **Michaela C. Crocker , PHV**
     michaela.crocker@katten.com
   - **Aaron E. De Leest**
     adeleest@marshackhays.com,alinares@ecf.courtdrive.com,adeleest@ecf.courtdrive.com
   - **Jason J DeJonker , PHV**
     jdejonker@seyfarth.com,lcreasap@seyfarth.com,CHIDocketMail@seyfarth.com,6505178420@filings.docketbird.com
   - **Brandon K. Franklin**
     brandon.franklin@clydeco.us,6663841420@filings.docketbird.com,krodrigues@seyfarth.com
   - **John D. Freed**
     jakefreed@dwt.com,kimberlysimmonsgreene@dwt.com
   - **Mary H. Haas**
     maryhaas@dwt.com,Lit-Docket@dwt.com
   - **Gabriel P. Herrera**
     gherrera@kmtg.com,tcorbett@kmtg.com,bxiong@kmtg.com
   - **Michael Robert Johnson , PHV**
     mjohnson@rqn.com,asanchez@rqn.com,docket@rqn.com
   - **Jane Kim**
     jkim@kbkllp.com
   - **Matthew Ladew**
     mattladew@dwt.com,mercedesmendoza@dwt.com
   - **Nicholas R. Marcus , PHV**
     nmarcus@seyfarth.com,lcreasap@seyfarth.com,ChiDocketMail@seyfarth.com

- **John E. Mitchell , PHV**
  john.mitchell@katten.com
- **Michael S. Nadel , PHV**
  mnadel@mwe.com
- **Michael Ryan Pinkston**
  rpinkston@seyfarth.com,jmcdermott@seyfarth.com,5314522420@filings.docketbird.com,sfocalendar@seyfarth.com
- **Michelle Rosales**
  michelle.rosales@stoel.com
- **Brodie Austin Surfus**
  bsurfus@wtjlaw.com,borozco@wtjlaw.com
- **Joseph M. VanLeuven , PHV**
  joevanleuven@dwt.com
- **Marshall Craig Whitney**
  mwhitney@wtjlaw.com,sgomez@wtjlaw.com,abroome@wtjlaw.com
- **Thomas Andrew Woods**
  thomas.woods@stoel.com,docketclerk@stoel.com,dalila.tobin@stoel.com,1261239420@filings.docketbird.com,rebecca.lerma@stoel.com