Terence G. Banich (SBN 212173)[1]
terence.banich@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe St.
Chicago, IL 60661-3693
Telephone:    (312) 902-5200
Facsimile:    (312) 902-1061

John E. Mitchell (*pro hac vice*)
Michaela C. Crocker (*pro hac vice*)
**KATTEN MUCHIN ROSENMAN LLP**
2121 North Pearl St., Ste. 1100
Dallas, TX 75201-2591
Telephone:    (214) 765-3600
Facsimile:    (214) 765-3602

*Attorneys for the Receiver*
Lance Miller

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al., | No. 1:24-cv-01102-KES-SAB |
| Plaintiffs, | **RECEIVER'S NOTICE OF NO OBJECTION/RESOLVED OBJECTION TO MOTION TO EMPLOY CAPSTONE** |
| v. | [Dkt. Nos. 157, 167] |
| ACDF, LLC, et al. | |
| Defendants. | Hearing: |
| | Hearing Date:  March 31, 2025 |
| | Hearing Time:  1:30 P.M. PT |
| | Location: Robert E. Coyle U.S. Courthouse |
| | 2500 Tulare Street |
| | Courtroom 6, 7th floor |
| | Fresno, CA 93721 |
| | Judge:          Hon. Kirk E. Sherriff |
| | Action Filed:     September 16, 2024 |

---

[1]    Designated as counsel for service pursuant to L.R. 182(c)(1).

1    Lance Miller, solely in his capacity as Court-appointed receiver (the "**Receiver**") in the

2    above-captioned case, hereby files this notice (the "**Notice**") to inform the Court that it has resolved

3    the sole objection to the *Motion of Receiver Lance Miller for Order Authorizing Engagement and*

4    *Compensation of Capstone Capital Markets LLC as Investment Banker; Memorandum of Points*

5    *and Authorities in Support Thereof* [Dkt. No. 157] (the "**Motion to Employ Capstone**") that is set

6    for hearing on March 31, 2025 at 1:30 p.m. PT.

7    The respective counsel for (i) the Receiver, (ii) intervenors Metropolitan Life Insurance

8    Company, Brighthouse Life Insurance Company, and MetLife Real Estate Lending LLC

9    ("**MetLife/Brighthouse**"), and (iii) the MetLife/Brighthouse Receiver conferred regarding the

10   objection filed by MetLife/Brighthouse [Dkt. No. 167] and a substantively similar concern raised

11   by the MetLife/Brighthouse Receiver. As a result, the parties have reached agreement as to the terms

12   of a revised proposed order (the "**Revised Order**") granting the Motion to Employ Capstone, as

13   reflected on **Exhibit A** (with a redline attached as **Exhibit B**), which fully resolves both the

14   MetLife/Brighthouse Objection and the concern raised by the MetLife/Brighthouse Receiver.  The

15   Receiver is not aware of any other formal or informal objections to the Motion to Employ Capstone.

16   **WHEREFORE**, based on the foregoing, the Receiver requests that this Court enter the

17   Revised Order authorizing his employment of Capstone pursuant to the terms of the Engagement

18   Letter, as modified by the Revised Order, and granting such other and further relief the Court may

19   deem proper in the circumstances.

20   Dated: March 26, 2025

21                                         Respectfully submitted by:

22                                         **KATTEN MUCHIN ROSENMAN LLP**

23                                         By: */s/ Terence G. Banich*
                                              Terence G. Banich
24                                            *Attorneys for the Receiver*
                                              Lance Miller
25

26

27

1

## PROOF OF SERVICE

2

**STATE OF ILLINOIS, COUNTY OF COOK**

3

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Cook, State of Illinois. My business address is 525 W. Monroe St., Chicago, Illinois 60661. On March 26, 2025, I served the following document(s) described as:

4

5

**RECEIVER'S NOTICE OF NO OBJECTION/RESOLVED OBJECTION TO MOTION TO EMPLOY CAPSTONE**

6

7

as follows:

8

**[ ]    BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Katten Muchin Rosenman LLP practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

9

10

11

**[ ]    BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the document(s) to be sent from e-mail address terence.banich@katten.com to the persons at the e-mail address(es) listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

12

13

14

**[ ]    BY OVERNIGHT MAIL (FedEx):** I enclosed said document(s) in an envelope or package provided by FEDEX and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FEDEX or delivered such document(s) to a courier or driver authorized by FEDEX to receive documents.

15

16

17

**[ ]    BY PERSONAL SERVICE:** I caused said document to be personally delivered the document(s) to the person at the addresses listed above by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office.

18

19

**[X]    E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

20

21

I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct.

22

Executed on March 26, 2025, at Aspen, Colorado.

23

*/s/Terence G. Banich*
Terence G. Banich

24

25

26

27

28

**No. 1:24-cv-01102-KES-SAB**
**RECEIVER'S REPLY IN SUPPORT OF MOTION OF RECEIVER LANCE MILLER FOR ORDER AUTHORIZING ENGAGEMENT AND COMPENSATION OF CAPSTONE CAPITAL MARKETS LLC AS INVESTMENT BANKER; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

302932655