Terence G. Banich (SBN 212173)[1]
terence.banich@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe St.
Chicago, IL 60661-3693
Telephone: (312) 902-5200
Facsimile: (312) 902-1061

John E. Mitchell (*pro hac vice*)
Michaela C. Crocker (*pro hac vice*)
**KATTEN MUCHIN ROSENMAN LLP**
2121 North Pearl St., Ste. 1100
Dallas, TX 75201-2591
Telephone: (214) 765-3600
Facsimile: (214) 765-3602

*Attorneys for the Receiver*
Lance Miller

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ACDF, LLC, et al.<br><br>Defendants. | No. 1:24-cv-01102-KES-SAB<br><br>**CORRECTED PROOF OF SERVICE**<br><br>[Dkt. No. 190]<br><br>Judge: Hon. Kirk E. Sherriff<br><br>Action Filed: September 16, 2024 |

[1] Designated as counsel for service pursuant to L.R. 182(c)(1).

# PROOF OF SERVICE

**STATE OF ILLINOIS, COUNTY OF COOK**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Cook, State of Illinois. My business address is 525 W. Monroe St., Chicago, Illinois 60661. On March 31, 2025, I served the following document(s) described as:

- **NOTICE OF MOTION AND MOTION OF RECEIVER LANCE MILLER FOR AN ORDER ESTABLISHING MARKETING, BID, AND AUCTION PROCEDURES FOR RECEIVERSHIP PROPERTIES; MEMORANDUM OF POINTS AND AUTHORITIES [Dkt. No. 190]**

as follows:

**[X] BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed on **Exhibit 1** and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Katten Muchin Rosenman LLP practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**[X ] BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the document(s) to be sent from e-mail address terence.banich@katten.com to the persons at the e-mail address(es) listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Ali Mojdehi
ali.mojdehi@mgr-legal.com

**[ ] BY OVERNIGHT MAIL (FedEx):** I enclosed said document(s) in an envelope or package provided by FEDEX and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FEDEX or delivered such document(s) to a courier or driver authorized by FEDEX to receive documents.

**[ ] BY PERSONAL SERVICE:** I caused said document to be personally delivered the document(s) to the person at the addresses listed above by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office.

**[ ] E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct.

Executed on March 31, 2025, at Chicago, Illinois.

*/s/Terence G. Banich*
Terence G. Banich

# EXHIBIT 1

**1:24-cv-01102-KES-SAB**
**The Prudential Insurance Company of America et al v. ACDF, LLC et al**
**Service List**

104 Investments, LLC, a California limited liability company
Attn: Eric Thor
5260 N. Palm Ave., Suite 421
Fresno, CA 93704

104 INVESTMENTS, LLC, a California
limited liability company
1306 W. Herndon Ave, Suite 101
Fresno, CA 93711

104 PARTNERS, LLC
1306 W. Herndon Ave, Suite 101
Fresno, CA 93711

104 Pistachios, LLC
1396 West Herndon, Suite 106
Fresno, CA 93711

ACDF, LLC, a California limited liability company
Cantua Orchards, LLC, a California limited liability company
Attn: Eric Thor
5260 N. Palm Ave., Suite 421
Fresno, CA 93704

ACAP HOLDINGS, LLC, a California
limited liability company
1306 W. Herndon Ave, Suite 101
Fresno, CA 93711

Allen Matkins
Attn: Barry H. Epstein, Esq.
3 Embarcadero Center, 12th Floor
San Francisco, CA 94111-4074

Amanveer S. Brah, Esq.
Fennemore Dowling Aaron LLP
8080 N. Palm Avenue
Third Floor
Fresno, CA 93711

ASHLAN & HAYES INVESTMENTS, LLC, a California
limited liability company
1306 W. Herndon Ave, Suite 101
Fresno, CA 93711

Avila Ranch EA, LLC
Attn.: Jennifer Lake
5260 North Palm Mail Stop M, Suite 421
Fresno, CA 93704

Avila Ranch EA, LLC
c/o Maricopa Orchards, LLC Attn.: Elizabeth Steinhauer-Clark
5260 North Palm Mail Stop M, Suite 421
Fresno, CA 93704

Avila Ranch EA, LLC
c/o Maricopa Orchards, LLC Attn: Jennifer Lake
1306 W. HERNDON AVE., SUITE 101
Fresno, CA 93711

Avila Ranch EA, LLC
c/o McDermott Will & Emery Attention: David Hurst
The Brandywine Building
1000 N. West Street, Suite 1400
Wilmington, DE 19801

Beacon Default Management, Inc.
30101 Agoura Court, Suite 203
Agoura Hills, CA 91301

Bear Flag Farms, LLC
Attn: Legal Department
5260 N. Palm Ave., Suite 421, Mail Stop M
Fresno, CA 93704

Betsy E. Garcia
1306 W. Herndon Ave, Suite 101
Fresno, CA 93711

Beth Ann R. Young, Esq.
Levene, Neale, Bender, Yoo & Golubchik L.L.P.
2818 La Cienega Avenue
Los Angeles, CA 90034

BISHOP FARMS 15, LLC, a California
limited liability company
1306 W. Herndon Ave., Suite 101
Fresno, CA 93711

BISHOP FARMS 15, LLC, a California
limited liability company
Attn.: Jennifer Lake
1306 W. Herndon Ave., Suite 101
Fresno, CA 93711

Bishop Farms 15, LLC
Attn: Eric Thor
5260 N. Palm Ave., Suite 421
Fresno, CA 93704

BISHOP FARMS 22, LLC
1306 W. HERNDON AVE., SUITE 101
Fresno, CA 93711

Buttonwillow Improvement District
Attn: Jason Gianquinto
1101 Central Ave.
Wasco, CA 93280

C&A Farms, LLC
Maricopa Orchards, LLC
Attn: Jon Reiter, CEO and Jennifer Reisz, General Counsel
1306 West Herndon Ave., Suite 101
Fresno, CA 93711

California Resources Production Corporation
Attention: Minerals Management/Land Dept.
9600 Ming Avenue
Bakersfield, CA 93311

Cantua Orchards, LLC
Lincoln Grantor Farms, LLC
5260 N. Palm Ave., Suite 421, Mail Stop M
Fresno, CA 93704
Attn: Legal Department

Conterra Agricultural Capital, LLC
Attn: Taylor Petersen
5465 Milles Civic Parkway, Suite 201
West Des Moines, IA 50266

Coronado Dairy Farms, LLC
Attn: Ted DeGroot
2370 Grand Avenue
Long Beach, CA 90815

DA Real Estate Holdings, LLC
Attn.: Jennifer Lake
5260 North Palm Mail Stop M, Suite 421
Fresno, CA 93704

DA Real Estate Holdings, LLC
c/o Maricopa Orchards, LLC Attn.: Elizabeth Steinhauer-Clark
5260 North Palm Mail Stop M, Suite 421
Fresno, CA 93704

DA REAL ESTATE HOLDINGS, LLC
c/o Maricopa Orchards, LLC Attn: Jennifer Lake
1306 W. HERNDON AVE., SUITE 101
Fresno, CA 93711

DARIUS ASSEMI
1306 W Herndon Avenue, Suite 101
Fresno, CA 93711

DARIUS ASSEMI
Attention: Elizabeth A. Steinhauer-Clark
5260 N. Palm Ave., Suite 421
Fresno, CA 93704

Darius Assemi 2012 Grantor Trust KA&A dated December 31, 2012
1306 W Herndon Avenue, Suite 101
Fresno, CA 93711

DARIUS ASSEMI 2012 GRANTOR TRUST KA&A
DATED DECEMBER 31, 2012, by NEEMA ASSEMI as Trustee
Attention: Elizabeth A. Steinhauer-Clark
5260 N. Palm Ave., Suite 421
Fresno, CA 93704

Darius Assemi 2012 Grantor Trust N&N dated December 31, 2012
1306 W Herndon Avenue, Suite 101
Fresno, CA 93711

DARIUS ASSEMI 2012 GRANTOR TRUST N&N
DATED DECEMBER 31, 2012, by MELISSA LAYNE as Trustee
Attention: Elizabeth A. Steinhauer-Clark
5260 N. Palm Ave., Suite 421
Fresno, CA 93704

Darius Assemi Revocable Trust dated January 30, 2007,
now known as the Amended and Restated Darius Assemi
Revocable Trust dated March 2, 2010, as amended
1306 W Herndon Avenue, Suite 101
Fresno, CA 93711

DARIUS ASSEMI REVOCABLE TRUST DATED
JANUARY 30, 2007, now known as the AMENDED
AND RESTATED DARIUS ASSEMI REVOCABLE
TRUST DATED MARCH 2, 2010, AS AMENDED,
by DARIUS ASSEMI as Trustee
Attention: Elizabeth A. Steinhauer-Clark
5260 N. Palm Ave., Suite 421
Fresno, CA 93704

DEREK BELL
1306 W. Herndon Ave, Suite 101
Fresno, CA 93711

Derek Bell
8072 N. Millbrook Ave., Bldg. 27, Unit 244
Fresno, CA 93720

Donna Brown
Old Republic Title Company
7451 N. Remington Ave., Suite 102
Fresno, CA 93711

Elevated AG LLC
1903 Mineral Ct
Bakersfield, CA 93308

**1:24-cv-01102-KES-SAB**
**The Prudential Insurance Company of America et al v. ACDF, LLC et al**
**Service List**

ELEVATED AG, LLC, a California
limited liability company
1306 W. Herndon Ave., Suite 101
Fresno, CA 93711

Elizabeth Garcia
3132 W HOLLAND AVE
Fresno, CA 93722-4212

Elizabeth Garcia
4580 E. HUNTINGTON AVE.
Fresno, CA 93702

FARID ASSEMI
1306 W Herndon Avenue, Suite 101
Fresno, CA 93711

FARID ASSEMI
Attention: Elizabeth A. Steinhauer-Clark
5260 N. Palm Ave., Suite 421
Fresno, CA 93704

Farid Assemi 1997 Ranch Trust dated June 30, 1997
1306 W Herndon Avenue, Suite 101
Fresno, CA 93711

FARID ASSEMI 1997 RANCH TRUST DATED
JUNE 30, 1997, by FARSHID ASSEMI, as Trustee
Attention: Elizabeth A. Steinhauer-Clark
5260 N. Palm Ave., Suite 421
Fresno, CA 93704

FARID ASSEMI 1997 RANCH TRUST DATED
JUNE 30, 1997, by NEEMA ELIOT ASSEMI, as Trustee
Attention: Elizabeth A. Steinhauer-Clark
5260 N. Palm Ave., Suite 421
Fresno, CA 93704

Farid Assemi 2010 Grantor Trust dated December 30, 2010
1306 W Herndon Avenue, Suite 101
Fresno, CA 93711

**1:24-cv-01102-KES-SAB**
**The Prudential Insurance Company of America et al v. ACDF, LLC et al**
**Service List**

FARID ASSEMI 2010 GRANTOR TRUST
DATED DECEMBER 30, 2010, by NEEMA ASSEMI as Trustee
Attention: Elizabeth A. Steinhauer-Clark
5260 N. Palm Ave., Suite 421
Fresno, CA 93704

FARID ASSEMI REVOCABLE TRUST
DATED JANUARY 24, 2007, now known as the
FIFTH AMENDED AND RESTATED FARID ASSEMI
REVOCABLE TRUST DATED APRIL 28, 2021,
by FARID ASSEMI as Trustee
Attention: Elizabeth A. Steinhauer-Clark
5260 N. Palm Ave., Suite 421
Fresno, CA 93704

Farid Assemi Revocable Trust dated January 24, 2007,
now known as the Third Amended and Restated Farid
Assemi Revocable Trust dated April 28, 2021
1306 W Herndon Avenue, Suite 101
Fresno, CA 93711

Farshid and Sonia Assemi 2010
Grantor Trust dated December 30, 2010
1306 W Herndon Avenue, Suite 101
Fresno, CA 93711

FARSHID AND SONIA ASSEMI 2010 GRANTOR
TRUST DATED DECEMBER 30, 2010,
by MELISSA LAYNE as Trustee
Attention: Elizabeth A. Steinhauer-Clark
5260 N. Palm Ave., Suite 421
Fresno, CA 93704

FARSHID ASSEMI
1306 W Herndon Avenue, Suite 101
Fresno, CA 93711

FARSHID ASSEMI
Attention: Elizabeth A. Steinhauer-Clark
5260 N. Palm Ave., Suite 421
Fresno, CA 93704

Farshid Assemi 1997 Ranch Trust dated June 30, 1997
1306 W Herndon Avenue, Suite 101
Fresno, CA 93711

**1:24-cv-01102-KES-SAB**
**The Prudential Insurance Company of America et al v. ACDF, LLC et al**
**Service List**

FARSHID ASSEMI 1997 RANCH TRUST
DATED JUNE 30, 1997, by FARID ASSEMI as Trustee
Attention: Elizabeth A. Steinhauer-Clark
5260 N. Palm Ave., Suite 421
Fresno, CA 93704

Farshid Assemi and Sonia Rosemary Assemi Revocable Trust
dated January 31, 2007, now known as the Amended
and Restated Farshid Assemi and Sonia Rosemary
Assemi Revocable Trust dated March 2, 2010, as amended
1306 W Herndon Avenue, Suite 101
Fresno, CA 93711

FARSHID ASSEMI AND SONIA ROSEMARY ASSEMI
REVOCABLE TRUST DATED JANUARY 31, 2007,
now known as the AMENDED AND RESTATED
FARSHID ASSEMI AND SONIA ROSEMARY ASSEMI
REVOCABLE TRUST DATED MARCH 2, 2010, AS AMENDED,
by FARSHID ASSEMI as Co-Trustee
Attention: Elizabeth A. Steinhauer-Clark
5260 N. Palm Ave., Suite 421
Fresno, CA 93704

FARSHID ASSEMI AND SONIA ROSEMARY ASSEMI
REVOCABLE TRUST DATED JANUARY 31, 2007,
now known as the AMENDED AND RESTATED
FARSHID ASSEMI AND SONIA ROSEMARY ASSEMI
REVOCABLE TRUST DATED MARCH 2, 2010, AS AMENDED,
by SONIA ROSEMARY ASSEMI, Co-Trustee
Attention: Elizabeth A. Steinhauer-Clark
5260 N. Palm Ave., Suite 421
Fresno, CA 93704

FG2 Holdings LLC
Attn.: Jennifer Lake
5260 North Palm Mail Stop M, Suite 421
Fresno, CA 93704

FG2 Holdings LLC
c/o Maricopa Orchards, LLC
Attn.: Elizabeth Steinhauer-Clark
5260 North Palm Mail Stop M, Suite 421
Fresno, CA 93704

FG2 Holdings LLC
c/o Maricopa Orchards, LLC Attn: Jennifer Lake
1306 W. HERNDON AVE., SUITE 101
Fresno, CA 93711

FNF Farms, LLC
Attn: Mr. Farid Assemi, Ms. Jennifer Reisz, and Mr. Jon Reiter
1306 West Herndon Avenue, Suite 101
Fresno, CA 93711

Fragner Seifert Pace & Mintz, LLP
Attn: Pamela K. Prickett, Esq.
800 S. Figueroa Avenue, Suite 680
Los Angeles, CA 90017

Fresno, CA 93725
Lien Solutions
PO BOX 29071
Glendale, CA 91209-9071

Fresno Metropolitan Flood Control District
Attn: Peter Sanchez
5469 E. Olive Ave.
Fresno, CA 93727

Grandon Farms, LLC, a California limited liability company
ACDF, LLC, a California limited liability company
Attn: Eric Thor
5260 N. Palm Ave., Suite 421
Fresno, CA 93704

Grantland Holdings No. 1, LLC
Attn.: Jennifer Lake
5260 North Palm Mail Stop M, Suite 421
Fresno, CA 93704

Grantland Holdings No. 1, LLC
c/o Maricopa Orchards, LLC
Attn.: Elizabeth Steinhauer-Clark
5260 North Palm Mail Stop M, Suite 421
Fresno, CA 93704

**1:24-cv-01102-KES-SAB**
**The Prudential Insurance Company of America et al v. ACDF, LLC et al**
**Service List**

GRANTLAND HOLDINGS NO. 1, LLC
c/o Maricopa Orchards, LLC
Attn: Jennifer Lake
1306 W. HERNDON AVE., SUITE 101
Fresno, CA 93711

Grantland Holdings No. 2, LLC
Attn.: Jennifer Lake
5260 North Palm Mail Stop M, Suite 421
Fresno, CA 93704

Grantland Holdings No. 2, LLC
c/o Maricopa Orchards, LLC
Attn.: Elizabeth Steinhauer-Clark
5260 North Palm Mail Stop M, Suite 421
Fresno, CA 93704

GRANTLAND HOLDINGS NO. 2, LLC
c/o Maricopa Orchards, LLC
Attn: Jennifer Lake
1306 W. HERNDON AVE., SUITE 101
Fresno, CA 93711

Grantor Real Estate Investments, LLC
Attn.: Jennifer Lake
5260 North Palm Mail Stop M, Suite 421
Fresno, CA 93704

Grantor Real Estate Investments, LLC
c/o Maricopa Orchards, LLC
Attn.: Elizabeth Steinhauer-Clark
5260 North Palm Mail Stop M, Suite 421
Fresno, CA 93704

Grantor Real Estate Investments, LLC
c/o Maricopa Orchards, LLC
Attn: Jennifer Lake
1306 W. HERNDON AVE., SUITE 101
Fresno, CA 93711

Granville Farms, LLC, a California limited liability
5260 N. Palm Ave., Suite 421, Mail Stop M
Fresno, CA 93704

**1:24-cv-01102-KES-SAB**
**The Prudential Insurance Company of America et al v. ACDF, LLC et al**
**Service List**

GSCE Valley Solar Development, LLC, a Delaware limited liability company
Attn: Legal Department
3857 Birch Street, Suite 441
Newport Beach, CA 92660

GV AG, LLC
c/o Maricopa Orchards, LLC
Attn. Jennifer Lake
5260 North Palm Mail Stop M, Suite 421
Fresno, CA 93704

GVM Investments, LLC
Attn.: Jennifer Lake
5260 North Palm Mail Stop M, Suite 421
Fresno, CA 93704

GVM Investments, LLC
Grandon Farms, LLC
Attn: Legal
1306 W. Herndon Ave., Suite 101
Fresno, CA 93711

GVM Investments, LLC
c/o Maricopa Orchards, LLC
Attn.: Elizabeth Steinhauer-Clark
5260 North Palm Mail Stop M, Suite 421
Fresno, CA 93704

GVM Investments, LLC
c/o Maricopa Orchards, LLC
Attn: Jennifer Lake
1306 W. HERNDON AVE., SUITE 101
Fresno, CA 93711

Harris Farms, Inc., a California corporation
Vicki Miguel
23300 W. Oakland Ave.
Coalinga, CA 93210

Hunton Andrews Kurth LLP
Attention: Peter J. Mignone, Esq.
200 Park Avenue
New York, NY 10166

JEANETTE CARDENAS-BONILLA, as Trustee
of Live Oak Irrevocable Trust dated April 29, 2019
1306 W. Herndon Ave., Suite 101
Fresno, CA 93711

JEANETTE CARDENAS-BONILLA, as Trustee of
Live Oak Irrevocable Trust dated April 29, 2019
Attn. Jennifer Lake
1306 W. Herndon Ave., Suite 101
Fresno, CA 93711

JO ANN SALINAS, as Trustee of
Blue Oak Irrevocable Trust dated April 29, 2019
1306 W. Herndon Ave., Suite 101
Fresno, CA 93711

JO ANN SALINAS, as Trustee of
Blue Oak Irrevocable Trust dated April 29, 2019
Attn. Jennifer Lake
1306 W. Herndon Ave., Suite 101
Fresno, CA 93711

Kahn, Soares & Conway, LLP
Attn: Ronald P. Jones
219 N. Douty Street
Hanford, CA 93230

Kern Community College District
Attn: Tracy Blakemore
2100 Chester Ave.
Bakersfield, CA 93301

KEVIN REZA ASSEMI
1306 W. Herndon Ave, Suite 101
Fresno, CA 93711

Kings River Resource Conservation District
Attn: David Merritt
4886 E. Jensen Ave.
Fresno, CA 93725

Madera Irrigation District
Attn: Thomas Greci
12152 Rd 28 1/4
Madera, CA 93637

**1:24-cv-01102-KES-SAB**
**The Prudential Insurance Company of America et al v. ACDF, LLC et al**
**Service List**

Lincoln Grantor Farms, LLC, a California limited liability company
Grandon Farms, LLC, a California limited liability company
5260 N. Palm Ave., Suite 421
Fresno, CA 93704

Locans Investments, LLC, a California limited liability company
Attn: Eric Thor
5260 N. Palm Ave., Suite 421
Fresno, CA 93704

Madera Irrigation District
Attn: John Kinsey
12152 Rd 28 1/4
Madera, CA 93637

Matthew E. Diener
P. O. Box 247
Five Points, CA 93624

Maricopa Orchards, LLC
Attn: Legal Department
1306 West Herndon Ave., Suite 101
Fresno, CA 93711

Maricopa Orchards, LLC,
a California limited liability company
Attn: Eric Thor
5260 N. Palm Ave., Suite 421
Fresno, CA 93704

MILLERTON INVESTMENTS, LLC, a California limited liability company
Attn.: Jennifer Lake
1306 W. Herndon Ave., Suite 101
Fresno, CA 93711

North Kern South Tulare Hospital District
Attn: Kathy Gutierrez
1509 Tokay Ave.
Delano, CA 93215

Northern Orchard Solar PV, LLC
Attention: Legal Dept
701 Brazos St., Suite 1400
Austin, TX 78701

Origis Holdings USA Subco, LLC
800 Brickell Ave., Suite 1000
Miami, FL 33131
Attn: Samir Verstyn

Origis Holdings USA Subco, LLC
c/o Allen Matkins
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111
Attn: Barry Epstein, Esq.

Pacific Gas and Electric Company
245 Market Street, N10A, Room 1015
San Francisco, CA 94177

Pacific Gas and Electric Company
P.O. Box 770000
San Francisco, CA 94177

Pelusa Ranch, LLC, a Delaware limited liability company
11701 Highway 166
Bakersfield, CA 93313

Phillip Christensen of Agriglobe LLC
c/o Saul Ewing LLP
Attn Zev Shechtman
1888 Century Park East, Suite 1500
Los Angeles, CA 90067

Pepple Cantu Schmidt PLLC
Justin Burns
801 Second Avenue, Suite 700
Seattle, WA 98104

Pond Poso Improvement District
Attn: Jason Gianquinto
1101 Central Ave.
Wasco, CA 93280

Rachel Marie White
104 Partners, LLC, a California Limited Liability Company
1306 West Herndon, Suite 101
Fresno, CA 93711

RACHEL MARIE WHITE
1306 W. Herndon Ave., Suite 101
Fresno, CA 93711

Rachel Marie White
2938 N. Sophie Drive
Fresno, CA 93727

Ranch West Investments, LLC, a California limited liability company
Attention: John A. Bezmalinovic, Esq.
1396 W. Herndon Avenue, Suite 110
Fresno, CA 93711

RAYMOND GARCIA JR.
4580 E. HUNTINGTON AVE.
FRESNO, CA 93702

REEDLEY INVESTMENTS I, LLC
1306 W. HERNDON AVE, SUITE 101
FRESNO, CA 93711

Rabo Agrifinance
14767 N Outer 40 Road, Suite 400
Chesterfield, MO 63017

RWE Renewables Americas, LLC
Attn: Legal Department/Northern Orchard
701 Brazos Street, Suite 1400
Austin, TX 78701

SAGEBERRY 29, LLC, a California limited liability company
Attn.: Jennifer Lake
1306 W. Herndon Ave., Suite 101
Fresno, CA 93711

SAGEBERRY 3233, LLC, a California limited liability company
Attn. Jennifer Lake
1306 W. Herndon Ave., Suite 101
Fresno, CA 93711

Sageberry I, LLC
1396 W. Herndon Ave. Suite 106
Fresno, CA 93711

SAGEBERRY I, LLC, a California limited liability company
Attn.: Jennifer Lake
1306 W. Herndon Ave., Suite 101
Fresno, CA 93711

SAGEBERRY II, LLC, a California limited liability company
Attn: Jennifer Lake
1306 W. Herndon Ave., Suite 101
Fresno, CA 93711

SAGEBERRY III, LLC, a California limited liability company
Attn.: Jennifer Lake
1306 W. Herndon Ave., Suite 101
Fresno, CA 93711

SAGEBERRY IV, LLC, a California limited liability company
Attn.: Jennifer Lake
1306 W. Herndon Ave., Suite 101
Fresno, CA 93711

SAGEBERRY V, LLC, a California limited liability company
Attn.: Jennifer Lake
1306 W. Herndon Ave., Suite 101
Fresno, CA 93711

SAGEBERRY VI, LLC, a California limited liability company
Attn.: Jennifer Lake
1306 W. Herndon Ave., Suite 101
Fresno, CA 93711

Sageberry III, LLC
Sageberry IV, LLC
Attn: Legal
1306 W. Herndon Ave., Suite 101
Fresno, CA 93711

San Luis West Solar, LLC, a California Limited Liability Company
C/O Allen Matkins Leck Gamble Mallory & Natsis LLP
Attention: Barry H. Epstein, Esq.
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111-4074

San Luis West Solar, LLC
c/o Dos Puntos, LLC
Attn: General Counsel
10 Ivy Drive
Orinda, CA 94563

Semitropic Improvement District
of Semitropic Water Storage District
Post Office Box 8043
Wasco, CA 93280

SJV Transmission LandCo, LLC, a Delaware limited liability company
c/o Golden State Clean Energy, LLC
Attn: Legal Department
3857 Birch Street, Suite 441
Newport Beach, CA 92660

SJV Transmission LandCo, LLC
Attn: Legal Department
3857 Birch Street, Suite 441
Newport Beach, CA 92660

Sommerville Farms, LLC
Attn: Legal Department
1306 West Herndon, Suite 101
Fresno, CA 93711

SONIA ROSEMARY ASSEMI
1306 W Herndon Avenue, Suite 101
Fresno, CA 93711

SONIA ROSEMARY ASSEMI
Attention: Elizabeth A. Steinhauer-Clark
5260 N. Palm Ave., Suite 421
FRESNO, CA 93704

Southern California Edison Company
2 Innovation Way, 2nd Floor
Pomona, CA 91768

Sun World International, LLC
Attention: Petri van der Merwe
5701 Truxtun Avenue, Suite 200
Bakersfield, CA 93309

T-Mobile USA, Inc.
Attn: Lease Compliance
Site Number: SC60303A
12920 SE 38th Street
Bellevue, WA 98006

Three Rocks Pistachios
1326 West Herndon Avenue, Suite 101
Fresno, CA 93711

Three Rocks Pistachios, LLC
c/o 1396 W. Herndon Ave. #106
Fresno, CA 93711

Three Rocks Pistachios, LLC
c/o Law Office of Melanie J. Aldridge
440 West Fallbrook, Suite 106
Fresno, CA 93711

Three Rocks Pistachios, LLC
c/o Law Office of Melanie J. Aldridge
440 West Fallbrook, Suite 106
Fresno, CA 93711

Three Rocks Pistchios, LLC
5883 East Park Circle Drive
Fresno, CA 93727

TUSCAN FARMS, LLC, a California limited liability company
Attn.: Jennifer Lake
1306 W. Herndon Ave., Suite 101
Fresno, CA 93711

U.S Bank National Association
c/o McDermott Will & Emery LLP Attn.: John Hammond
444 W. Lake Street, Suite 4000
Chicago, IL 60606

Valley Orchard Management, LLC
1396 W. Herndon Ave. Suite 106
Fresno, CA 93711

Ventana Central, LLC
c/o Valley Orchard Management, LLC
1396 W. Herndon Ave. Suite 106
Fresno, CA 93711

VENTANA CENTRAL, LLC, a California limited liability company
Attn.: Jennifer Lake
1306 W. Herndon Ave., Suite 101
Fresno, CA 93711

Ventana North, LLC
c/o Valley Orchard Management, LLC
1396 W. Herndon Ave. Suite 106
Fresno, CA 93711

VENTANA NORTH, LLC, a California limited liability company
Attn.: Jennifer Lake
1306 W. Herndon Ave., Suite 101
Fresno, CA 93711

Ventana South, LLC
c/o Valley Orchard Management, LLC
1396 W. Herndon Ave. Suite 106
Fresno, CA 93711

VENTANA SOUTH, LLC, a California limited liability company
Attn.: Jennifer Lake
1306 W. Herndon Ave., Suite 101
Fresno, CA 93711

WATERFORD FARMS, LLC, a California limited liability company
Attn.: Jennifer Lake
1306 W. Herndon Ave., Suite 101
Fresno, CA 93711

Whitney, Thompson, & Jeffcoach, LLP
Brodie Surfus
970 W. Alluvial Avenue
Fresno, CA 93711

The Wonderful Company LLC
Attn.: General Counsel
11444 West Olympic Blvd., 10th Floor
Los Angeles, CA 90064

Westlands Water District
P.O. Box 6056
Fresno, CA 93703-6056

Mr. Michael C. Young, Representative
Wegis & Young Property Management, LLC
34929 Flyover Ct.
Bakersfield, CA 93308

Wegis Family Farms LLC
Attn: Michael C. Young
34929 Flyover Court
Bakersfield, CA 93308

Willow Avenue Investments, LLC
Attn: Legal Department
1306 West Hendon Ave., Suite 101
Fresno, CA 93711

Sageberry Farms, LLC, a California Limited Liability Company
Attn: Legal Department
1306 W. Herndon Ave., Ste. 101
Fresno, CA 93711

Sageberry Farms, LLC, a California Limited Liability Company
5260 N. Palm #421 Stop M
Fresno, CA 93704

C & A Farms LLC, a California Limited Liability Company and
Maricopa Orchards, a California Limited Liability Company
1306 W, Herndon Ave.
Fresno, CA 93711

C & A Farms, LLC, a California Limited Liability Company and
Maricopa Orchards, a California Limited Liability Company
5260 N. Palm #421 Stop M
Fresno, CA 93704

Favier Ranch LLC
5260 N Palm Ave Ste 421 Mail Stop M
Fresno CA 93704

**1:24-cv-01102-KES-SAB**
**The Prudential Insurance Company of America et al v. ACDF, LLC et al**
**Service List**

ACDF, LLC, a California Limited Liability Company and
Assemi and Sons, Inc., a California Corporation
5260 N Palm Ave Suite 421
Mail Stop M
Fresno, Ca 93704

ACDF, LLC
Attn: Legal Department
Maricopa Orchards, LLC
5260 N. Palm Ave., Suite 421, Mail Stop M,
Fresno, CA 93704

Maricopa Orchards, LLC
Cantua Orchards, LLC
Water Manager
Attn: General Counsel
1306 West Herndon Avenue, Suite 101
Fresno, CA 93711

Thomas L. Palotas
Pepple Cantu Schmidt PLLC
1000 Second Avenue Suite 2950
Seattle, WA 98104

Callan Cobb Kanev
Jameson Pepple Cantu PLLC
801 Second Avenue, Suite 700
Seattle, Washington 98104

The Prudential Insurance Company of America,
a New Jersey Corporation
PGIM Real Estate Finance
C/O Prudential Asset Resources
Attn: Agricultural Loan Servicing
2100 Ross Avenue, Suite 2500
Dallas, Texas 75201

The Prudential Insurance Company of America,
a New Jersey corporation
PGIM Real Estate Finance, LLC
C/O Prudential Asset Resources
Attn: Legal Department
2100 Ross Avenue, Suite 2500
Dallas, Texas 75201

**1:24-cv-01102-KES-SAB**
**The Prudential Insurance Company of America et al v. ACDF, LLC et al**
**Service List**

MUFG Union Bank, N.A.
Attn: Scott Lisle
7108 N. Fresno Street, Suite 200
Fresno, California 93720

MUFG Union Bank, N.A.
C/O Jameson Pepple Cantu PLLC
801 Second Avenue, Suite 700
Seattle, Washington 98104

Wells Fargo Bank, N.A.
Attention: Vahagn Bznouni, Senior Vice President
8405 N Fresno St., Suite 200
Fresno, California 93720

Collecto, Inc. DBA EOS-CCA
C/O Michael K. Sipes
Law Offices of Michael K. Sipes
P.O. Box 1700
Folsom, CA 95763

Fresno County Department of Child Support Services
PO Box 12946
Fresno, CA 93779-2946

Fresno County Auditor-Controller/Treasurer-Tax Collector
Tax Collection Division
PO Box 1192
Fresno, Ca 93715-1192

Federal Agricultural Mortgage Corporation
C/O Lisa A. Cutts
Cutts Law, PC
5088 N. Fruit Avenue, Suite 101
Fresno, CA 93711

The Prudential Insurance Company of America and
PGIM Real Estate
C/O Lisa A. Cutts
Cutts Law, PC
5088 N. Fruit Avenue, Suite 101
Fresno, CA 93711

**1:24-cv-01102-KES-SAB**
**The Prudential Insurance Company of America et al v. ACDF, LLC et al**
**Service List**

Lisa A. Cutts
Cutts Law, PC
5088 N. Fruit Avenue, Suite 101
Fresno, CA 93711

Lance Miller, Receiver
C/O Terence G. Banich
Katten Muchin Rosenman LLP
525 W. Monroe St.
Chicago, IL 60661-3963

Lance Miller, Receiver
C/O John E. Mitchell, Michaela C. Crocker
Katten Muchin Rosenman LLP
2121 North Pearl St, Ste. 1100
Dallas, TX 75201-2591

IP Land Holdings, LLC, a Delaware limited liability company
9450 SW Gemini Drive PMB 68743
Beaverton, OR 97008-7105

IP Land Holdings, LLC
C/O Intersect Power, LLC
9450 SW Gemini Drive PMB #68743
Beaverton, OR 97008-7105

108LT 8ME LLC
C/O Avantus Clean Energy LLC
Attn: Transactions
4370 Town Center Blvd., Suite 110
El Dorado Hills, CA 95762

Ballard Spahr LLP
Attn: Bruce F. Johnson, Esq.
1980 Festival Plaza Drive, Suite 900
Las Vegas, NV 89135

Virginia M. Pedreira
Stoel Rives, LLP
600 University Street, Suite 3600
Seattle, Washington 98101

Metropolitan Life Insurance Company
10801 Mastin Street, Suite 930
Overland Park, KS 66210

Metropolitan Life Insurance Company
Agricultural Investments
Attn: Director, WRO
205 E. River Park Circle, Suite 330
Fresno, CA 93720

SAN LUIS WEST SOLAR, LLC
800 Brickell Avenue, Suite 1100
Miami, Florida 33131
Attention: Samir Verstyn

WESTLANDS SOLAR PARK PHASE II HOLDINGS, LLC
4700 Wilshire Boulevard
Los Angeles, California 90010

Westlands Cherry, LLC
c/o 4700 Wilshire Boulevard
Los Angeles, California 90010
Attn: Jennifer Gandin

Westlands Cherry, LLC
c/o 4700 Wilshire Boulevard
Los Angeles, California 90010
Attn: General Counsel

Westlands Cherry, LLC
c/o Fragner Seifert Pace & Mintz
800 S. Figueroa Ave., Suite 680
Los Angeles, California 90017
Attn: Matthew C. Fragner

Boulevard Associates, LLC
700 Universe Blvd.
June Beach, FL 33408
Attn: Land Services Administration

Northern Orchard Solar PV, LLC
c/o E.ON Climate & Renewables North America
Attn: Ed Shelton and Szewan Lam
20 California Street, Suite 500
San Francisco, CA 94111

Northern Orchard Solar PV, LLC
c/o E.ON Climate & Renewables North America
Attn: Legal Dept.
807 Brazos, Suite 1400
Austin, Texas 78701

Northern Orchard Solar PV 2, LLC
c/o E.ON Climate & Renewables North America
Attn: Ed Shelton and Szewan Lam
20 California Street, Suite 500
San Francisco, CA 94111

Northern Orchard Solar PV 2, LLC
c/o E.ON Climate & Renewables North America
Attn: Legal Dept.
807 Brazos, Suite 1400
Austin, Texas 78701

Northern Orchard Solar PV 3, LLC
c/o E.ON Climate & Renewables North America
Attn: Ed Shelton and Szewan Lam
20 California Street, Suite 500
San Francisco, CA 94111

Northern Orchard Solar PV 3, LLC
c/o E.ON Climate & Renewables North America
Attn: Legal Dept.
807 Brazos, Suite 1400
Austin, Texas 78701

SW Transmission LandCo, LLC
Attn: Legal Department
3857 Birch Street, Suite 441
Newport Beach, CA 92660

Klein DeNatale Goldner, LLP
Attn: Jennifer Reisz
10000 Stockdale Highway, Suite 200
Bakersfield, CA 93311

Fresno County
Fresno County Clerk
2220 Tulare St
Fresno, CA 93721

**1:24-cv-01102-KES-SAB**
**The Prudential Insurance Company of America et al v. ACDF, LLC et al**
**Service List**

Kern County
Kern County Clerk
1115 Truxtun Ave # 5th
Bakersfield, CA 93301

Tulare County
Tulare County Clerk
221 S. Mooney Blvd.
Visalia, CA 93291

Madera County
Madera County Clerk
200 W. 4th Street
Madera, CA 93637

Kings County
Kings County Clerk
1400 W. Lacey Blvd.
Hanford, CA 93230

Merced County
Merced County Clerk
2222 M St.
Merced, CA 95430

Westlands Water District
Attn: Russ Freeman
286 W. Cromwell Ave
Fresno, CA 93711

Semitropic Water Storage District
Attn: Jason Gianquinto
1101 Central Ave.
Wasco, CA 93280

Fresno Irrigation District
Attn: Jeffrey Boswell
2907 S Maple Ave.
Fresno, CA 93725

Wheeler Ridge
Attn: Sheridan Nicholas
12109 CA-166
Bakersfield, CA 93313

**1:24-cv-01102-KES-SAB**
**The Prudential Insurance Company of America et al v. ACDF, LLC et al**
**Service List**

Wheeler Ridge
c/o Young Wooldridge LLP
Attn: Steven M. Torigiani, General Counsel
10800 Stockdale Hwy, Suite 202
Bakersfield, CA 93311

Lower Tule River Irrigation District
Attn: Eric Limas
357 E. Olive Ave.
Tipton, CA 93272

Southern San Joaquin Municipal Utility District
Attn: Connie Andrade
P.O. Box 279
Delano, CA 93216