UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ACDF, LLC, et al., <br><br> Defendants. | No. 1:24-cv-01102-KES-SAB <br><br> **ORDER AUTHORIZING ENGAGEMENT AND COMPENSATION OF CA AG PROPERTIES AS REAL ESTATE BROKER** <br><br> (Doc. 189) |

On March 31, 2025, Receiver Lance Miller filed a Motion for Order Authorizing Engagement and Compensation of Ca Ag Properties as Real Estate Broker, Doc. 189 (the "**Motion**"),[1] and calendared the Motion for hearing on May 5, 2025. On April 15, 2025, Receiver filed a Notice of Non-Opposition and Non-Objection to the Motion, noting that no oppositions or objections had been filed by the fourteen-day deadline imposed by Local Rule 230(c). Doc. 199. Parties in interest have had sufficient notice of the Motion. Doc. 189, Ex. 1, Doc. 202-2 (proofs of service). Accordingly, the Motion is SUBMITTED without oral argument pursuant to Local Rule 230(g), and the hearing currently set for May 5, 2025, is VACATED. The Court issues the following written order.

Based upon the Motion and related declarations, and the record before the Court, it appears

---

[1] Capitalized terms used herein shall have the meanings ascribed in the Motion.

that Ca Ag Properties is qualified and eligible to be employed as the Receiver's real estate broker.

Accordingly, **IT IS ORDERED** that the Motion is granted and Lance Miller, the Receiver in the above-referenced case, is authorized to retain Ca Ag Properties as his real estate broker pursuant to the terms of the Engagement Letter.

IT IS SO ORDERED.

Dated:   May 1, 2025

UNITED STATES DISTRICT JUDGE