**KELLER BENVENUTTI KIM LLP**
JANE KIM (Cal. Bar No. 298192)
(jkim@kbkllp.com)
JEREMY V. RICHARDS (Cal. Bar No. 102300)
(jrichards@kbkllp.com)
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 496-6723

Attorneys for Defendants ACDF, LLC, Assemi and Sons, Inc., Bear Flag Farms, LLC, C & A Farms, LLC, Cantua Orchards, LLC, Favier Ranch, LLC, Gradon Farms, LLC, Granville Farms, LLC, Lincoln Grantor Farms, LLC, Maricopa Orchards, LLC, Panoche Pistachios, LLC, and Sageberry Farms, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ACDF, LLC, et al., <br><br> Defendants. | Case No. 1:24-cv-01102-KES-SAB <br><br> **STIPULATION EXTENDING TIME FOR CERTAIN DEFENDANTS TO FILE RESPONSIVE PLEADINGS** |

Plaintiffs The Prudential Company of America and PGIM Real Estate Finance, LLC, and Defendants ACDF, LLC, Assemi and Sons, Inc., Bear Flag Farms, LLC, C & A Farms, LLC, Cantua Orchards, LLC, Favier Ranch, LLC, Gradon Farms, LLC, Granville Farms, LLC, Lincoln Grantor Farms, LLC, Maricopa Orchards, LLC, Panoche Pistachios, LLC, and Sageberry Farms, LLC (collectively, the "Farming Defendants") respectfully stipulate as follows:

1. On December 17, 2024, the Court entered the *Order Re Stipulation to Extend Time for Certain Defendants to File Responsive Pleadings* and *Order Continuing Scheduling Conference*

*to June 3, 2025* [Dkt. No. 130], pursuant to the stipulation of Plaintiffs and the Farming Defendants [Dkt. No. 128], extending the deadline for the Farming Defendants to file their responsive pleadings to April 16, 2025, and continuing the scheduling conference set for February 6, 2025, to June 3, 2025.

2. On April 8, 2025, the Court entered the *Order Further Expanding Scope of Receivership* [Dkt. No. 197], which order remains in effect.

3. On May 8, 2025, the Court entered a Minute Order, continuing the Scheduling Conference scheduled for June 3, 2025, to October 28, 2025.

4. Plaintiffs, the Farming Defendants, and the Court-appointed Receiver have been and continue to be engaged in efforts to resolve the issues raised by Plaintiffs' complaint.

5. Plaintiffs and the Farming Defendants have agreed to extend further the deadline for the Farming Defendants to file their responsive pleadings to August 18, 2025. This extension would further their efforts to resolve the case and conserve the resources of the Farming Defendants.

NOW, THEREFORE, Plaintiffs and Farming Defendants stipulate that the deadline for the Farming Defendants to file responses to Plaintiffs' complaint shall be extended to August 18, 2025.

Respectfully submitted,

KELLER BENVENUTTI KIM LLP

By: /s/ *Jane Kim*
    Jane Kim
Attorneys for the Maricopa Defendants


SEYFARTH SHAW LLP
Jason J. DeJonker (admitted pro hac vice)
jdejonker@seyfarth.com
Nicholas R. Marcus (admitted pro hac vice)
nmarcus@seyfarth.com
233 S Wacker Dr # 8000
Chicago, IL 60606

By: /s/ *Nicholas R. Marcus* (as authorized 5/13/2025)
    Nicholas R. Marcus
Attorneys for Plaintiffs
The Prudential Insurance Company
Of America and PGIM
Real Estate Finance, LLC

CERTIFICATE OF SERVICE

    I hereby certify that on May 13, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Notice of Electronic Filing, including the following:

- **American Equity Investment Life Insurance Company**
  adeleest@marshackhays.com;
- **Mark Anishchenko**
  markanishchenko@dwt.com, rosalindcook@dwt.com;
- **Yelena E. Archiyan, PHV**
  Yelena.archiyan@katten.com;
- **Terrence G. Banich**
  Terence.banich@katten.com, courtalertlax@katten.com;
- **Robert Cullen Barton**
  rbarton@mwe.com, acorona@mwe.com, mnadel@mwe.com;
- **Daryl Stuart Bartow**
  DSBartow@duanemorris.com, CMWinter@duanemorris.com, SLei@duanemorris.com, Ajhanna@duanemorris.com, PARyan@duanemorris.com;
- **Michael Barrett Brown**
  michael.brown@stoel.com, docketclerk@stoel.com, rebecca.lerma@stoel.com, jill.keehnen@stoel.com, ha.nguyen@stoel.com;
- **Michaela C. Crocker, PHV**
  Michaela.crocker@katten.com;
- **Aaron E. De Leest**
  adeleest@marshackhays.com, alinares@ecf.courtdrive.com, adeleest@ecf.courtdrive.com;
- **Jason J DeJonker, PHV**
  jdejonker@seyfarth.com, lcreasap@seyfarth.com, CHIDocketMail@seyfarth.com, 6505178420@filings.docketbird.com;
- **Brandon K. Franklin**
  Brandon.franklin@clydeco.us, 6663841420@filings.docketbird.com, krodrigues@seyfarth.com;
- **John D. Freed**
  jakefreed@dwt.com, kimberlysimmonsgreene@dwt.com;
- **Mary H. Haas**
  maryhaas@dwt.com, Lit-Docket@dwt.com;
- **Gabriel P. Herrera**
  gherrera@kmtg.com, tcorbett@kmtg.com, bxiong@kmtg.com;
- **Michael Robert Johnson, PHV**
  mjohnson@rqn.com, asanchez@rqn.com, docket@rqn.com;
- **Jane Kim**
  jkim@kbkllp.com;
- **Matthew Ladew**
  mattladew@dwt.com, mercedesmendoza@dwt.com;
- **Nicholas R. Marcus, PHV**
  nmarcus@seyfarth.com, lcreasap@seyfarth.com, ChiDocketMail@seyfarth.com;
- **John E. Mitchell, PHV**
  John.mitchell@katten.com;
- **Michael S. Nadel, PHV**
  mnadel@mwe.com;

- **Michael Ryan Pinkston**
  rpinkston@seyfarth.com, shobrien@seyfarth.com, jmcdermott@seyfarth.com, 5314522420@filings.docketbird.com, sfocalendar@seyfarth.com;
- **Michelle Rosales**
  Michelle.rosales@stoel.com
- **Brodie Austin Surfus**
  bsurfus@wtjlaw.com, borozco@wtjlaw.com;
- **Joseph M. VanLeuven, PHV**
  joevanleuven@dwt.com;
- **Marshall Craig Whitney**
  mwhitney@wtjlaw.com, sgomez@wtjlaw.com, abroome@wtjlaw.com;
- **Thomas Andrew Woods**
  thomas.woods@stoel.com, docketclerk@stoel.com, dalila.tobin@stoel.com, 1261239420@filings.docketbird.com, rebecca.lerma@stoel.com;

By:    /s/ *Jane Kim*
        Jane Kim

**KELLER BENVENUTTI KIM LLP**
JANE KIM (Cal. Bar No. 298192)
(jkim@kbkllp.com)
JEREMY V. RICHARDS (Cal. Bar No. 102300)
(jrichards@kbkllp.com)
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:     (415) 496-6723

Attorneys for Defendants ACDF, LLC, Assemi and Sons, Inc., Bear Flag Farms, LLC, C & A Farms, LLC, Cantua Orchards, LLC, Favier Ranch, LLC, Gradon Farms, LLC, Granville Farms, LLC, Lincoln Grantor Farms, LLC, Maricopa Orchards, LLC, Panoche Pistachios, LLC, and Sageberry Farms, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>ACDF, LLC, et al.,<br><br>　　　　　Defendants. | Case No. 1:24-cv-01102-KES-SAB<br><br>**[PROPOSED] ORDER RE STIPULATION TO EXTEND TIME FOR CERTAIN DEFENDANTS TO FILE RESPONSIVE PLEADINGS** |

On May 13, 2025, a stipulation was filed requesting an extension of time for Defendants ACDF, LLC, Assemi and Sons, Inc., Bear Flag Farms, LLC, C & A Farms, LLC, Cantua Orchards, LLC, Favier Ranch, LLC, Gradon Farms, LLC, Granville Farms, LLC, Lincoln Grantor Farms, LLC, Maricopa Orchards, LLC, Panoche Pistachios, LLC, and Sageberry Farms, LLC (collectively the "Farming Defendants") to respond to the complaint (the "Stipulation") [Dkt. No. 207]. The Court finds good cause to approve the stipulation.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

1. The Stipulation is APPROVED.
2. The Farming Defendants shall file their responsive pleadings on or before **August 18, 2025**.

IT IS SO ORDERED.

Dated: _____

                            KIRK E. SHERRIFF
                            United States District Judge