UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ACDF, LLC, et al.,<br><br>Defendants. | Case No. 1:24-cv-01102-KES-SAB<br><br>**ORDER RE STIPULATION TO EXTEND TIME FOR CERTAIN DEFENDANTS TO FILE RESPONSIVE PLEADINGS**<br><br>(ECF No. 207) |

On May 13, 2025, a stipulation was filed requesting an extension of time for Defendants ACDF, LLC, Assemi and Sons, Inc., Bear Flag Farms, LLC, C & A Farms, LLC, Cantua Orchards, LLC, Favier Ranch, LLC, Gradon Farms, LLC, Granville Farms, LLC, Lincoln Grantor Farms, LLC, Maricopa Orchards, LLC, Panoche Pistachios, LLC, and Sageberry Farms, LLC (collectively the "Farming Defendants") to respond to the complaint (the "Stipulation") (ECF No. 207). The Court finds good cause to approve the stipulation.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

1. The Stipulation (ECF No. 207) is APPROVED; and

- 1 -

2. The Farming Defendants shall file their responsive pleadings on or before **August 18, 2025**.

IT IS SO ORDERED.

Dated:   **May 14, 2025**

STANLEY A. BOONE
United States Magistrate Judge