Terence G. Banich (SBN 212173)[1]
terence.banich@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe St.
Chicago, IL 60661-3693
Telephone:   (312) 902-5200
Facsimile:   (312) 902-1061

John E. Mitchell (*pro hac vice*)
Michaela C. Crocker (*pro hac vice*)
**KATTEN MUCHIN ROSENMAN LLP**
2121 North Pearl St., Ste. 1100
Dallas, TX 75201-2591
Telephone:   (214) 765-3600
Facsimile:   (214) 765-3602

*Attorneys for the Receiver*
Lance Miller

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ACDF, LLC, et al.<br><br>　　　　　Defendants. | No. 1:24-cv-01102-KES-SAB<br><br>**NOTICE OF PROPOSED AUCTION AND SALE OF REAL PROPERTY (AVENUE 6)**<br><br>Auction Date:[2]  Friday, September 5, 2025<br>Auction Time: 10:00 a.m. PT<br>Location:　　Ca Ag Properties<br>　　　　　　740 W. Alluvial, Suite 102<br>　　　　　　Fresno, CA 93711<br><br>Objections Due: Monday, September 15, 2025<br><br>Hearing Date:　September 22, 2025<br>Hearing Time:　1:30 p.m. PT<br>Location:　　Courtroom 6, 7th Floor<br>　　　　　　2500 Tulare Street<br>　　　　　　Fresno, CA 93721<br><br>Judge:　　　Hon. Kirk E. Sherriff<br><br>Action Filed:　September 16, 2024 |

---

[1] Designated as counsel for service pursuant to L.R. 182(c)(1).

[2] If only one bidder timely submits a Qualified Bid, then the Receiver will file a Notice with the Court informing parties that the Auction has been cancelled and request entry of a Sale Order at the Sale Hearing without holding an Auction. Only those bidders the Receiver identifies as Qualified Bidders may attend and bid at the Auction.

On May 5, 2025, the U.S. District Court for the Eastern District of California (the "**Court**") entered an Order approving the marketing and bidding procedures for the sale of certain real property in the above-captioned case [Dkt. No. 204] (the "**Bidding Procedures Order**").[3]

The Receiver, in consultation with his professionals and Plaintiffs, has selected the following potential purchaser as Stalking Horse Bidder with respect to the following real estate (the "**Property**"). A copy of the Stalking Horse Purchase and Sale Agreement is attached here to as Exhibit A and additional information regarding the proposed Auction and the Sale Hearing is below.

| **Property Description:** | The Land consisting of approximately 318.96 assessed acres of land and associated interests, as more particularly described in the Purchase and Sale Agreement attached as **Exhibit A,** including Madera County Parcel 040-046-001 |
|---|---|
| **Stalking Horse Bidder:** | Jagat Badhesha |
| **Stalking Horse Bid:** | $2,400,000.00 |
| **Stalking Horse Protections:** | $48,000.00 (2% of Stalking Horse Bid) |
| **Deadline to Submit Qualified Bids (the "Bid Deadline")** | Friday, August 29, 2025, at 5:00 p.m. PT |
| **Deadline for Receiver to Notify Bidders of Qualified Bid Status:** | Tuesday, September 2, 2025 |
| **Auction Date/Time:** | Friday, September 5, 2025, at 10:00 a.m. PT |
| **Minimum Initial Overbid at Auction:** | $2,498,000.00[4] |

---

[3] All capitalized terms used but not defined herein shall have the meanings ascribed in the Bidding Procedures Order.

[4] Calculated as follows: $2,400,000.00 + $48,000.00 + $50,000.00 = $2,498,000.00.

| | |
|---|---|
| **Minimum Bid Increments at Auction (After Initial Overbid)** | $50,000.00 |
| **Deadline to File Notice of Successful Bidder with the Court:[5]** | Monday, September 8, 2025 |
| **Deadline to Object to Proposed Sale:** | Monday, September 15, 2025 |
| **Sale Hearing:** | Monday, September 22, 2025 at 1:30 p.m. PT |

The Stalking Horse Bidder will be entitled to a breakup fee of 2% of the Purchase Price (the "**Break-up Fee**") set forth in the attached Purchase and Sale Agreement that will be paid if, and only if, an overbidder other than the Stalking Horse Bidder is the successful purchaser of the Property after Auction, Court approval, and closing of such sale. Each bid submitted by the Stalking Horse Bidder at the Auction will include a credit equal to the Breakup Fee.

Parties wishing to submit a competing bid for the Property must submit a Qualified Bid pursuant to the Bidding Procedures Order so as to be received by Cameron Kay, Ca Ag Properties, 740 W. Alluvial, Suite 104, Frenso, CA 93711 (ckay@caagproperties.com) on or before the Bid Deadline set forth above. Bids will not be accepted after the Bid Deadline and there will be no bidding at the Sale Hearing. Parties requesting additional information regarding the Property or the Bidding Procedures Order should contact Cameron Kay as set forth above or at (559) 577-2062. If more than one bidder becomes qualified to bid for the purchase of the Property, an Auction will be held by the Receiver or his designee on the date and at the time set forth above.

At the Sale Hearing, the Receiver may seek confirmation of the sale and entry of an order authorizing the Receiver to sell the Property on an "as is" basis free and clear of liens, claims, and encumbrances, other than easements, rights of way, and other encumbrances running with the land, to the fullest extent permitted by law (collectively, the "**Interests**") with such Interests, if any, attaching to the proceeds of the sale ("**Sale Proceeds**") with the same force and in the same priority as currently exists. A draft of the Sale Order will be filed with the Court prior to the Sale Hearing.

---

[5] The Notice of Successful Bidder will be filed on the Court's docket and served via ECF only.

The Receiver may schedule, reschedule, continue, adjourn, extend, or modify any dates and deadlines or other terms relating to any provisions of the Sale Procedures in the Receiver's discretion, in consultation with Plaintiffs, including the Auction date or Sale Hearing.

Dated: August 5, 2025

          Respectfully submitted,

          **KATTEN MUCHIN ROSENMAN LLP**

          By:    /s/ *Terence G. Banich*
                     Terence G. Banich

          *Attorneys for the Receiver*
          Lance Miller

# PROOF OF SERVICE

**STATE OF TEXAS, COUNTY OF DALLAS**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Dallas, State of Texas. My business address is 2121 North Pearl Street, Dallas, Texas 75201. On August 6, 2025, I served the following document(s) described as:

**NOTICE OF PROPOSED AUCTION AND SALE OF REAL PROPERTY**

as follows:

**[X]    BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed on **Exhibit 1** and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Katten Muchin Rosenman LLP practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**[X]    BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the document(s) to be sent from e-mail address janice.brooks-patton@katten.com to the persons at the e-mail address(es) listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

    ali.mojdehi@mgr-legal.com
    Jsmcnutt@kerncounty.com
    jon@cavalrei.com
    degan@wilkefleury.com
    storigiani@youngwooldridge.com

**[ ]    BY OVERNIGHT MAIL (FedEx):** I enclosed said document(s) in an envelope or package provided by FEDEX and addressed to the persons at the addresses listed on **Exhibit 1**. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FEDEX or delivered such document(s) to a courier or driver authorized by FEDEX to receive documents.

**[ ]    BY PERSONAL SERVICE:** I caused said document to be personally delivered the document(s) to the person at the addresses listed above by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office.

**[X]    E-FILING:** By causing the document to be electronically filed on August 5, 2025, via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct.

Executed on August 5, 2025, at Dallas, Texas.

                              */s/Michaela C. Crocker*
                              Michaela C. Crocker

# EXHIBIT 1

FAVIER Property Specific Service List

**ADDRESS**

Merced County
Merced County Clerk
2222 M St.
Merced, CA 95430

Lacey Kiriakou, Water Resources Coordinator
Merced Subbasin GSA
2222 M Street
Merced, CA 95340

McSwain Elementary School District
Community Facilities District No. 2004
655 University Avenue Suite 200
Sacramento, CA 95825
Attn: Diego Alatorre

3 Machados Dairy, Inc.
3412 W. Sandy Mush Road
Merced, CA 95341
Attn: Jose G Machado

Merced Irrigation District
744 W 20th St
Merced, CA 95340
Attn: Jerrid Fletcher

Gilberto Vasquez, Heriberto Marquez and Maria Marquez
6049 Lone Tree Rd.
Merced, CA 95341

PGIM Real Estate Finance, LLC
The Prudential Insurance Company of America
c/o PGIM Real Estate Loan Services, Inc.
2100 Ross Avenue, Suite 2500
Dallas, Texas 75201
Attention:  Agricultural Loan Servicing

The Prudential Insurance Company of America
c/o PGIM Real Estate Loan Services, Inc.
2100 Ross Avenue, Suite 2500
Dallas, Texas 75201
Attention:  Legal Department

FAVIER Property Specific Service List

**ADDRESS**

Favier Ranch, LLC
c/o Maricopa Orchards, LLC
Attention: Elizabeth A. Steinhauer-Clark
5260 N. Palm Ave., Suite 421
Fresno, CA 93704

Chicago Title Company
5170 Golden Foothill Parkway, Suite 130
El Dorado Hills, CA 95762

MUFG Union Bank, N.A. (Now US Bank)
7108 N. Fresno Street, Suite 200
Fresno, California 93720
Attn: Scott Lisle

PGIM REAL ESTATE FINANCE, LLC
2100 Ross Avenue, Ste 2500
Dallas, TX 75201

U.S. Bank National Association, as
Administrative Agent
400 City Center
Oshkosh, WI 54901

U.S. Bank National Association, Successor to
MUFG Union Bank, N.A.
400 City Center
Oshkosh, WI 54901

Mike Vander Dussen
729 East Jefferson Road
El Nido, CA 95317

| | | |
|---|---|---|
| 104 Investments, LLC, a California limited liability company<br>5260 N. Palm Ave., Suite 421<br>Fresno, CA 93704 | 104 Investments, LLC, a California limited liability company<br>1306 W. Herndon Ave, Suite 101<br>Fresno, CA 93711 | 104 Partners, LLC<br>1306 W. Herndon Ave, Suite 101<br>Fresno, CA 93711 |
| 104 Pistachios, LLC<br>1396 West Herndon, Suite 106<br>Fresno, CA 93711 | ACDF, LLC, a California limited liability company<br>Cantua Orchards, LLC, a California limited liability company<br>5260 N. Palm Ave., Suite 421<br>Fresno, CA 93704 | ACAP Holdings, LLC, a California limited liability company<br>1306 W. Herndon Ave, Suite 101<br>Fresno, CA 93711 |
| Allen Matkins<br>Attn: Barry H. Epstein, Esq.<br>3 Embarcadero Center, 12th Floor<br>San Francisco, CA 94111-4074 | Amanveer S. Brah, Esq.<br>Fennemore Dowling Aaron LLP<br>8080 N. Palm Avenue<br>Third Floor<br>Fresno, CA 93711 | Ashlan & Hayes Investments, LLC, a California limited liability company<br>1306 W. Herndon Ave, Suite 101<br>Fresno, CA 93711 |
| Avila Ranch EA, LLC<br>Attn.: Jennifer Lake<br>5260 North Palm Mail Stop M, Suite 421<br>Fresno, CA 93704 | Avila Ranch EA, LLC<br>c/o Maricopa Orchards, LLC<br>Attn: Elizabeth Steinhauer-Clark<br>5260 North Palm Mail Stop M, Suite 421<br>Fresno, CA 93704 | Avila Ranch EA, LLC<br>c/o Maricopa Orchards, LLC<br>Attn: Jennifer Lake<br>1306 W. Herndon Ave., Suite 101<br>Fresno, CA 93711 |
| Avila Ranch EA, LLC<br>c/o McDermott Will & Emery<br>Attn: David Hurst<br>The Brandywine Building<br>1000 N. West Street, Suite 1400<br>Wilmington, DE 19801 | Beacon Default Management, Inc.<br>30101 Agoura Court, Suite 203<br>Agoura Hills, CA 91301 | Bear Flag Farms, LLC<br>Attn: Legal Department<br>5260 N. Palm Ave., Suite 421, Mail Stop M<br>Fresno, CA 93704 |
| Betsy E. Garcia<br>1306 W. Herndon Ave, Suite 101<br>Fresno, CA 93711 | Beth Ann R. Young, Esq.<br>Levene, Neale, Bender, Yoo & Golubchik L.L.P.<br>2818 La Cienega Avenue<br>Los Angeles, CA 90034 | Bishop Farms 15, LLC, a California limited liability company<br>1306 W. Herndon Ave, Suite 101<br>Fresno, CA 93711 |
| Bishop Farms 15, LLC, a California limited liability company<br>Attn.: Jennifer Lake<br>1306 W. Herndon Ave., Suite 101<br>Fresno, CA 93711 | Bishop Farms 15, LLC<br>5260 N. Palm Ave., Suite 421<br>Fresno, CA 93704 | Bishop Farms 22, LLC<br>1306 W. Herndon Ave., Suite 101<br>Fresno, CA 93711 |
| Buttonwillow Improvement District<br>Attn: Jason Gianquinto<br>1101 Central Ave.<br>Wasco, CA 93280 | C&A Farms, LLC<br>Maricopa Orchards, LLC<br>Attn: Jennifer Reisz, General Counsel<br>1306 West Herndon Ave., Suite 101<br>Fresno, CA 93711 | California Resources Production Corporation<br>Attn: Minerals Management/Land Dept.<br>9600 Ming Avenue<br>Bakersfield, CA 93311 |
| Cantua Orchards, LLC<br>Lincoln Grantor Farms, LLC<br>5260 N. Palm Ave., Suite 421, Mail Stop M<br>Fresno, CA 93704<br>Attn: Legal Department | Conterra Agricultural Capital, LLC<br>Attn: Taylor Petersen<br>5465 Milles Civic Parkway, Suite 201<br>West Des Moines, IA 50266 | Coronado Dairy Farms, LLC<br>Attn: Ted DeGroot<br>2370 Grand Avenue<br>Long Beach, CA 90815 |
| DA Real Estate Holdings, LLC<br>Attn.: Jennifer Lake<br>5260 North Palm Mail Stop M, Suite 421<br>Fresno, CA 93704 | DA Real Estate Holdings, LLC<br>c/o Maricopa Orchards, LLC<br>Attn.: Elizabeth Steinhauer-Clark<br>5260 North Palm Mail Stop M, Suite 421<br>Fresno, CA 93704 | DA Real Estate Holdings, LLC<br>c/o Maricopa Orchards, LLC<br>Attn: Jennifer Lake<br>1306 W. Herndon Ave., Suite 101<br>Fresno, CA 93711 |

| | | |
|---|---|---|
| Darius Assemi<br>1306 W Herndon Avenue, Suite 101<br>Fresno, CA 93711 | Darius Assemi<br>Attn: Elizabeth A. Steinhauer-Clark<br>5260 N. Palm Ave., Suite 421<br>Fresno, CA 93704 | Darius Assemi 2012 Grantor Trust KA&A dated<br>December 31, 2012<br>1306 W Herndon Avenue, Suite 101<br>Fresno, CA 93711 |
| Darius Assemi 2012 Grantor Trust KA&A<br>Dated December 31, 2012, by Neema Assemi as<br>Trustee<br>Attn: Elizabeth A. Steinhauer-Clark<br>5260 N. Palm Ave., Suite 421<br>Fresno, CA 93704 | Darius Assemi 2012 Grantor Trust N&N dated<br>December 31, 2012<br>1306 W Herndon Avenue, Suite 101<br>Fresno, CA 93711 | Darius Assemi 2012 Grantor Trust N&N<br>Dated December 31, 2012, by Melissa Layne as Trustee<br>Attn: Elizabeth A. Steinhauer-Clark<br>5260 N. Palm Ave., Suite 421<br>Fresno, CA 93704 |
| Darius Assemi Revocable Trust dated January 30, 2007,<br>n/k/a the Amended and Restated Darius Assemi<br>Revocable Trust dated March 2, 2010,<br>as amended<br>1306 W Herndon Ave., Suite 101<br>Fresno, CA 93711 | Darius Assemi Revocable Trust Dated<br>January 30, 2007, n/k/a the Amended and<br>Restated Darius Assemi Revocable Trust<br>dated March 2, 2010, as Amended,<br>by Darius Assemi as Trustee<br>Attn: Elizabeth A. Steinhauer-Clark<br>5260 N. Palm Ave., Suite 421<br>Fresno, CA 93704 | Derek Bell<br>1306 W. Herndon Ave, Suite 101<br>Fresno, CA 93711 |
| Derek Bell<br>8072 N. Millbrook Ave., Bldg. 27, Unit 244<br>Fresno, CA 93720 | Donna Brown<br>Old Republic Title Company<br>7451 N. Remington Ave., Suite 102<br>Fresno, CA  93711 | Elevated AG LLC<br>1903 Mineral Ct<br>Bakersfield, CA 93308 |
| Elevated AG, LLC, a California<br>limited liability company<br>1306 W. Herndon Ave., Suite 101<br>Fresno, CA 93711 | Farid Assemi<br>Attn: Elizabeth A. Steinhauer-Clark<br>5260 N. Palm Ave., Suite 421<br>Fresno, CA 93704 | Farid Assemi 1997 Ranch Trust dated June 30, 1997<br>1306 W. Herndon Avenue, Suite 101<br>Fresno, CA 93711 |
| Farid Assemi<br>1306 W Herndon Avenue, Suite 101<br>Fresno, CA 93711 | Farid Assemi 1997 Ranch Trust dated<br>June 30, 1997, by Neema Eliot Assemi, as Trustee<br>Attn: Elizabeth A. Steinhauer-Clark<br>5260 N. Palm Ave., Suite 421<br>Fresno, CA 93704 | Farid Assemi 2010 Grantor Trust<br>dated December 30, 2010<br>1306 W Herndon Avenue, Suite 101<br>Fresno, CA 93711 |
| Farid Assemi 1997 Ranch Trust dated<br>June 30, 1997, by Farshid Assemi, as Trustee<br>Attn: Elizabeth A. Steinhauer-Clark<br>5260 N. Palm Ave., Suite 421<br>Fresno, CA 93704 | Farid Assemi Revocable Trust<br>dated January 24, 2007, n/k/a the<br>Fifth Amended and Restated Farid Assemi<br>Revocable Trust dated April 28, 2021,<br>by Farid Assemi as Trustee<br>Attn: Elizabeth A. Steinhauer-Clark<br>5260 N. Palm Ave., Suite 421<br>Fresno, CA 93704 | Farid Assemi Revocable Trust dated January 24, 2007,<br>n/k/a the Third Amended and Restated Farid<br>Assemi Revocable Trust dated April 28, 2021<br>1306 W Herndon Avenue, Suite 101<br>Fresno, CA 93711 |
| Farid Assemi 2010 Grantor Trust<br>dated December 30, 2010, by<br>Neema Assemi as Trustee<br>Attn: Elizabeth A. Steinhauer-Clark<br>5260 N. Palm Ave., Suite 421<br>Fresno, CA 93704 | Farshid and Sonia Assemi 2010 Grantor Trust<br>dated December 30, 2010, by Melissa<br>Layne as Trustee<br>Attn: Elizabeth A. Steinhauer-Clark<br>5260 N. Palm Ave., Suite 421<br>Fresno, CA 93704 | Farshid Assemi<br>1306 W Herndon Avenue, Suite 101<br>Fresno, CA 93711 |
| Farshid and Sonia Assemi 2010 Grantor<br>Trust dated December 30, 2010<br>1306 W Herndon Avenue, Suite 101<br>Fresno, CA 93711 | Farshid Assemi 1997 Ranch Trust dated June 30, 1997<br>1306 W Herndon Avenue, Suite 101<br>Fresno, CA 93711 | Farshid Assemi 1997 Ranch Trust<br>dated June 30, 1997, by Farid Assemi as Trustee<br>Attn: Elizabeth A. Steinhauer-Clark<br>5260 N. Palm Ave., Suite 421<br>Fresno, CA 93704 |
| Farshid Assemi<br>Attn: Elizabeth A. Steinhauer-Clark<br>5260 N. Palm Ave., Suite 421<br>Fresno, CA 93704 | Farshid Assemi and Sonia Rosemary Assemi Revocable Trust<br>dated January 31, 2007, n/k/a the Amended and Restated<br>Farshid Assemi and Sonia Rosemary Assemi Revocable Trust<br>dated March 2, 2010, as Amended, by Farshid Assemi as Co-<br>Trustee<br>Attn: Elizabeth A. Steinhauer-Clark<br>5260 N. Palm Ave., Suite 421<br>Fresno, CA 93704 | FG2 Holdings LLC<br>Attn: Jennifer Lake<br>5260 North Palm Mail Stop M, Suite 421<br>Fresno, CA 93704 |

| | | |
|---|---|---|
| Farshid Assemi and Sonia Rosemary Assemi Revocable Trust dated January 31, 2007, n/k/a the Amended and Restated Farshid Assemi and Sonia Rosemary Assemi Revocable Trust dated March 2, 2010, as amended<br>1306 W Herndon Avenue, Suite 101<br>Fresno, CA 93711 | FG2 Holdings LLC<br>c/o Maricopa Orchards, LLC<br>Attn: Elizabeth Steinhauer-Clark<br>5260 North Palm Mail Stop M, Suite 421<br>Fresno, CA 93704 | FG2 Holdings LLC<br>c/o Maricopa Orchards, LLC<br>Attn: Jennifer Lake<br>1306 W. Herndon Ave., Suite 101<br>Fresno, CA 93711 |
| Farshid Assemi and Sonia Rosemary Assemi Revocable Trust dated January 31, 2007, n/k/a the Amended and Restated Farshid Assemi and Sonia Rosemary Assemi Revocable Trust dated March 2, 2010, as Amended, by Sonia Rosemary Assemi, Co-Trustee<br>Attn: Elizabeth A. Steinhauer-Clark<br>5260 N. Palm Ave., Suite 421<br>Fresno, CA 93704 | Fragner Seifert Pace & Mintz, LLP<br>Attn: Pamela K. Prickett, Esq.<br>800 S. Figueroa Avenue, Suite 680<br>Los Angeles, CA 90017 | Lien Solutions<br>PO BOX 29071<br>Glendale, CA 91209-9071 |
| FNF Farms, LLC<br>Attn: Mr. Farid Assemi, Ms. Jennifer Reisz,<br>1306 West Herndon Avenue, Suite 101<br>Fresno, CA 93711 | Grandon Farms, LLC, a California limited liability company<br>ACDF, LLC, a California limited liability company<br>5260 N. Palm Ave., Suite 421<br>Fresno, CA  93704 | Grantland Holdings No. 1, LLC<br>Attn.: Jennifer Lake<br>5260 North Palm Mail Stop M, Suite 421<br>Fresno, CA 93704 |
| Fresno Metropolitan Flood Control District<br>Attn: Peter Sanchez<br>5469 E. Olive Ave.<br>Fresno, CA  93727 | Grantland Holdings No. 1, LLC<br>c/o Maricopa Orchards, LLC<br>Attn: Jennifer Lake<br>1306 W. Herndon Ave., Suite 101<br>Fresno, CA 93711 | Grantland Holdings No. 2, LLC<br>Attn.: Jennifer Lake<br>5260 North Palm Mail Stop M, Suite 421<br>Fresno, CA 93704 |
| Grantland Holdings No. 1, LLC<br>c/o Maricopa Orchards, LLC<br>Attn.: Elizabeth Steinhauer-Clark<br>5260 North Palm Mail Stop M, Suite 421<br>Fresno, CA 93704 | Grantland Holdings No. 2, LLC<br>c/o Maricopa Orchards, LLC<br>Attn: Jennifer Lake<br>1306 W. Herndon Ave., Suite 101<br>Fresno, CA 93711 | Grantor Real Estate Investments, LLC<br>Attn: Jennifer Lake<br>5260 North Palm Mail Stop M, Suite 421<br>Fresno, CA 93704 |
| Grantland Holdings No. 2, LLC<br>c/o Maricopa Orchards, LLC<br>Attn.: Elizabeth Steinhauer-Clark<br>5260 North Palm Mail Stop M, Suite 421<br>Fresno, CA 93704 | Grantor Real Estate Investments, LLC<br>c/o Maricopa Orchards, LLC<br>Attn: Jennifer Lake<br>1306 W. Herndon Ave., Suite 101<br>Fresno, CA 93711 | Granville Farms, LLC, a California limited liability<br>5260 N. Palm Ave., Suite 421, Mail Stop M<br>Fresno, CA  93704 |
| Grantor Real Estate Investments, LLC<br>c/o Maricopa Orchards, LLC<br>Attn: Elizabeth Steinhauer-Clark<br>5260 North Palm Mail Stop M, Suite 421<br>Fresno, CA 93704 | GV AG, LLC<br>c/o Maricopa Orchards, LLC<br>Attn: Jennifer Lake<br>5260 North Palm Mail Stop M, Suite 421<br>Fresno, CA 93704 | GVM Investments, LLC<br>Attn: Jennifer Lake<br>5260 North Palm Mail Stop M, Suite 421<br>Fresno, CA 93704 |
| GSCE Valley Solar Development, LLC, a Delaware limited liability company<br>Attn: Legal Department<br>3857 Birch Street, Suite 441<br>Newport Beach, CA  92660 | GVM Investments, LLC<br>c/o Maricopa Orchards, LLC<br>Attn: Elizabeth Steinhauer-Clark<br>5260 North Palm Mail Stop M, Suite 421<br>Fresno, CA 93704 | GVM Investments, LLC<br>c/o Maricopa Orchards, LLC<br>Attn: Jennifer Lake<br>1306 W. Herndon Ave., Suite 101<br>Fresno, CA 93711 |
| GVM Investments, LLC<br>Grandon Farms, LLC<br>Attn: Legal<br>1306 W. Herndon Ave., Suite 101<br>Fresno, CA  93711 | Hunton Andrews Kurth LLP<br>Attn: Peter J. Mignone, Esq.<br>200 Park Avenue<br>New York, NY 10166 | Jeanette Cardenas-Bonilla, as Trustee of Live Oak Irrevocable Trust dated April 29, 2019<br>1306 W. Herndon Ave., Suite 101<br>Fresno, CA 93711 |
| Harris Farms, Inc., a California corporation<br>Vicki Miguel<br>23300 W. Oakland Ave.<br>Coalinga, CA 93210 | Jo Ann Salinas, as Trustee of<br>Blue Oak Irrevocable Trust dated April 29, 2019<br>1306 W. Herndon Ave., Suite 101<br>Fresno, CA 93711 | Jo Ann Salinas, as Trustee of<br>Blue Oak Irrevocable Trust dated April 29, 2019<br>Attn: Jennifer Lake<br>1306 W. Herndon Ave., Suite 101<br>Fresno, CA 93711 |

| | | |
|---|---|---|
| Jeanette Cardenas-Bonilla, as Trustee of<br>Live Oak Irrevocable Trust dated April 29, 2019<br>Attn: Jennifer Lake<br>1306 W. Herndon Ave., Suite 101<br>Fresno, CA 93711 | Kern Community College District<br>Attn: Tracy Blakemore<br>2100 Chester Ave.<br>Bakersfield, CA 93301 | Kevin Reza Assemi<br>1306 W. Herndon Ave, Suite 101<br>Fresno, CA 93711 |
| Kahn, Soares & Conway, LLP<br>Attn: Ronald P. Jones<br>219 N. Douty Street<br>Hanford, CA 93230 | Madera Irrigation District<br>Attn: Thomas Greci<br>12152 Rd 28 1/4<br>Madera, CA 93637 | Lincoln Grantor Farms, LLC, a California limited liability company<br>Grandon Farms, LLC, a California limited liability company<br>5260 N. Palm Ave., Suite 421<br>Fresno, CA 93704 |
| Kings River Resource Conservation District<br>Attn: David Merritt<br>4886 E. Jensen Ave.<br>Fresno, CA 93725 | Madera Irrigation District<br>Attn: John Kinsey<br>12152 Rd 28 1/4<br>Madera, CA 93637 | Matthew E. Diener<br>P. O. Box 247<br>Five Points, CA 93624 |
| Locans Investments, LLC, a California limited liability company<br>5260 N. Palm Ave., Suite 421<br>Fresno, CA 93704 | Maricopa Orchards, LLC,<br>a California limited liability company<br>5260 N. Palm Ave., Suite 421<br>Fresno, CA 93704 | Millerton Investments, LLC, a California limited liability company<br>Attn: Jennifer Lake<br>1306 W. Herndon Ave., Suite 101<br>Fresno, CA 93711 |
| Maricopa Orchards, LLC<br>Attn: Legal Department<br>1306 West Herndon Ave., Suite 101<br>Fresno, CA 93711 | Northern Orchard Solar PV, LLC<br>Attn: Legal Dept<br>701 Brazos St., Suite 1400<br>Austin, TX 78701 | Origis Holdings USA Subco, LLC<br>800 Brickell Ave., Suite 1000<br>Miami, FL 33131<br>Attn: Samir Verstyn |
| North Kern South Tulare Hospital District<br>Attn: Kathy Gutierrez<br>1509 Tokay Ave.<br>Delano, CA 93215 | Pacific Gas and Electric Company<br>245 Market Street, N10A, Room 1015<br>San Francisco, CA 94177 | Pacific Gas and Electric Company<br>P.O. Box 770000<br>San Francisco, CA 94177 |
| Origis Holdings USA Subco, LLC<br>c/o Allen Matkins<br>Three Embarcadero Center, 12th Floor<br>San Francisco, CA 94111<br>Attn: Barry Epstein, Esq. | Phillip Christensen of Agriglobe LLC<br>c/o Saul Ewing LLP<br>Attn: Zev Shechtman<br>1888 Century Park East, Suite 1500<br>Los Angeles, CA 90067 | Pepple Cantu Schmidt PLLC<br>Justin Burns<br>801 Second Avenue, Suite 700<br>Seattle, WA 98104 |
| Pelusa Ranch, LLC, a Delaware limited liability company<br>11701 Highway 166<br>Bakersfield, CA 93313 | Rachel Marie White<br>104 Partners, LLC, a California Limited Liability Company<br>1306 West Herndon, Suite 101<br>Fresno, CA 93711 | Rachel Marie White<br>1306 W. Herndon Ave., Suite 101<br>Fresno, CA 93711 |
| Pond Poso Improvement District<br>Attn: Jason Gianquinto<br>1101 Central Ave.<br>Wasco, CA 93280 | Ranch West Investments, LLC, a California limited liability company<br>Attn: John A. Bezmalinovic, Esq.<br>1396 W. Herndon Avenue, Suite 110<br>Fresno, CA 93711 | RWE Renewables Americas, LLC<br>Attn: Legal Department/Northern Orchard<br>701 Brazos Street, Suite 1400<br>Austin, TX 78701 |
| Rachel Marie White<br>2938 N. Sophie Drive<br>Fresno, CA 93727 | Rabo Agrifinance<br>14767 N Outer 40 Road, Suite 400<br>Chesterfield, MO 63017 | Sageberry I, LLC<br>1396 W. Herndon Ave. Suite 106<br>Fresno, CA 93711 |

| | | |
|---|---|---|
| Reedley Investments I, LLC<br>1306 W. Herndon Ave, Suite 101<br>Fresno, CA 93711 | Sageberry 3233, LLC, a California limited liability company<br>Attn. Jennifer Lake<br>1306 W. Herndon Ave., Suite 101<br>Fresno, CA 93711 | Sageberry III, LLC, a California limited liability company<br>Attn: Jennifer Lake<br>1306 W. Herndon Ave., Suite 101<br>Fresno, CA 93711 |
| Sageberry 29, LLC, a California limited liability company<br>Attn.: Jennifer Lake<br>1306 W. Herndon Ave., Suite 101<br>Fresno, CA 93711 | Sageberry II, LLC, a California limited liability company<br>Attn: Jennifer Lake<br>1306 W. Herndon Ave., Suite 101<br>Fresno, CA 93711 | Sageberry VI, LLC, a California limited liability company<br>Attn: Jennifer Lake<br>1306 W. Herndon Ave., Suite 101<br>Fresno, CA 93711 |
| Sageberry I, LLC, a California limited liability company<br>Attn: Jennifer Lake<br>1306 W. Herndon Ave., Suite 101<br>Fresno, CA 93711 | Sageberry V, LLC, a California limited liability company<br>Attn: Jennifer Lake<br>1306 W. Herndon Ave., Suite 101<br>Fresno, CA 93711 | San Luis West Solar, LLC<br>c/o Dos Puntos, LLC<br>Attn: General Counsel<br>10 Ivy Drive<br>Orinda, CA 94563 |
| Sageberry IV, LLC, a California limited liability company<br>Attn: Jennifer Lake<br>1306 W. Herndon Ave., Suite 101<br>Fresno, CA 93711 | San Luis West Solar, LLC, a California Limited Liability Company<br>c/o Allen Matkins Leck Gamble Mallory & Natsis LLP<br>Attn: Barry H. Epstein, Esq.<br>Three Embarcadero Center, 12th Floor<br>San Francisco, CA 94111-4074 | SJV Transmission LandCo, LLC<br>Attn: Legal Department<br>3857 Birch Street, Suite 441<br>Newport Beach, CA 92660 |
| Sageberry III, LLC<br>Sageberry IV, LLC<br>Attn: Legal<br>1306 W. Herndon Ave., Suite 101<br>Fresno, CA 93711 | SJV Transmission LandCo, LLC, a Delaware limited liability company<br>c/o Golden State Clean Energy, LLC<br>Attn: Legal Department<br>3857 Birch Street, Suite 441<br>Newport Beach, CA 92660 | Sonia Rosemary Assemi<br>Attn: Elizabeth A. Steinhauer-Clark<br>5260 N. Palm Ave., Suite 421<br>Fresno, CA 93704 |
| Semitropic Improvement District of Semitropic Water Storage District<br>Post Office Box 8043<br>Wasco, CA 93280 | Sonia Rosemary Assemi<br>1306 W Herndon Avenue, Suite 101<br>Fresno, CA 93711 | T-Mobile USA, Inc.<br>Attn: Lease Compliance<br>Site Number: SC60303A<br>12920 SE 38th Street<br>Bellevue, WA 98006 |
| Sommerville Farms, LLC<br>Attn: Legal Department<br>1306 West Herndon, Suite 101<br>Fresno, CA 93711 | Sun World International, LLC<br>Attn: Petri van der Merwe<br>5701 Truxtun Avenue, Suite 200<br>Bakersfield, CA 93309 | Three Rocks Pistachios, LLC<br>c/o Law Office of Melanie J. Aldridge<br>440 West Fallbrook, Suite 106<br>Fresno, CA 93711 |
| Southern California Edison Company<br>2 Innovation Way, 2nd Floor<br>Pomona, CA 91768 | Three Rocks Pistachios, LLC<br>c/o 1396 W. Herndon Ave. #106<br>Fresno, CA 93711 | Tuscan Farms, LLC, a California limited liability company<br>Attn: Jennifer Lake<br>1306 W. Herndon Ave., Suite 101<br>Fresno, CA 93711 |
| Three Rocks Pistachios<br>1326 West Herndon Avenue, Suite 101<br>Fresno, CA 93711 | Three Rocks Pistchios, LLC<br>5883 East Park Circle Drive<br>Fresno, CA 93727 | Ventana Central, LLC<br>c/o Valley Orchard Management, LLC<br>1396 W. Herndon Ave. Suite 106<br>Fresno, CA 93711 |
| Three Rocks Pistachios, LLC<br>c/o Law Office of Melanie J. Aldridge<br>440 West Fallbrook, Suite 106<br>Fresno, CA 93711 | Valley Orchard Management, LLC<br>1396 W. Herndon Ave. Suite 106<br>Fresno, CA 93711 | Ventana North, LLC, a California limited liability company<br>Attn: Jennifer Lake<br>1306 W. Herndon Ave., Suite 101<br>Fresno, CA 93711 |

| | | |
|---|---|---|
| Office of County Counsel<br>Attn: Jeremy S. McNutt, Deputy County Counsel<br>1115 Truxtun Ave., 4th Floor<br>Bakersfield, CA 93301 | Ventana North, LLC<br>c/o Valley Orchard Management, LLC<br>1396 W. Herndon Ave. Suite 106<br>Fresno, CA 93711 | Waterford Farms, LLC, a California limited liability company<br>Attn: Jennifer Lake<br>1306 W. Herndon Ave., Suite 101<br>Fresno, CA 93711 |
| Ventana Central, LLC, a California limited liability company<br>Attn: Jennifer Lake<br>1306 W. Herndon Ave., Suite 101<br>Fresno, CA 93711 | Ventana South, LLC, a California limited liability company<br>Attn: Jennifer Lake<br>1306 W. Herndon Ave., Suite 101<br>Fresno, CA 93711 | Westlands Water District<br>P.O. Box 5199<br>Fresno, CA 93755-5199 |
| Ventana South, LLC<br>c/o Valley Orchard Management, LLC<br>1396 W. Herndon Ave. Suite 106<br>Fresno, CA 93711 | The Wonderful Company LLC<br>Attn: General Counsel<br>11444 West Olympic Blvd., 10th Floor<br>Los Angeles, CA 90064 | Willow Avenue Investments, LLC<br>Attn: Legal Department<br>1306 West Hendon Ave., Suite 101<br>Fresno, CA 93711 |
| Whitney, Thompson, & Jeffcoach, LLP<br>Brodie Surfus<br>970 W. Alluvial Avenue<br>Fresno, CA 93711 | Wegis Family Farms LLC<br>Attn: Michael C. Young<br>34929 Flyover Court<br>Bakersfield, CA 93308 | C & A Farms LLC, a California Limited Liability Company and<br>Maricopa Orchards, a California Limited Liability Company<br>1306 W, Herndon Ave.<br>Fresno, CA 93711 |
| Mr. Michael C. Young, Representative<br>Wegis & Young Property Management, LLC<br>34929 Flyover Ct.<br>Bakersfield, CA 93308 | Sageberry Farms, LLC, a California Limited Liability Company<br>5260 N. Palm #421 Stop M<br>Fresno, CA 93704 | ACDF, LLC, a California Limited Liability Company and<br>Assemi and Sons, Inc., a California Corporation<br>5260 N Palm Ave Suite 421<br>Mail Stop M<br>Fresno, Ca 93704 |
| Sageberry Farms, LLC, a California Limited Liability Company<br>Attn: Legal Department<br>1306 W. Herndon Ave., Ste. 101<br>Fresno, CA 93711 | Favier Ranch LLC<br>5260 N Palm Ave Ste 421 Mail Stop M<br>Fresno CA 93704 | Thomas L. Palotas<br>Pepple Cantu Schmidt PLLC<br>1000 Second Avenue Suite 2950<br>Seattle, WA 98104 |
| C & A Farms, LLC, a California Limited Liability Company and<br>Maricopa Orchards, a California Limited Liability Company<br>5260 N. Palm #421 Stop M<br>Fresno, CA 93704 | Maricopa Orchards, LLC<br>Cantua Orchards, LLC<br>Water Manager<br>Attn: General Counsel<br>1306 West Herndon Avenue, Suite 101<br>Fresno, CA 93711 | The Prudential Insurance Company of America,<br>a New Jersey corporation<br>PGIM Real Estate Finance, LLC<br>c/o Prudential Asset Resources<br>Attn: Legal Department<br>2100 Ross Avenue, Suite 2500<br>Dallas, TX 75201 |
| ACDF, LLC<br>Attn: Legal Department<br>Maricopa Orchards, LLC<br>5260 N. Palm Ave., Suite 421, Mail Stop M,<br>Fresno, CA 93704 | The Prudential Insurance Company of America,<br>a New Jersey Corporation<br>PGIM Real Estate Finance<br>c/o Prudential Asset Resources<br>Attn: Agricultural Loan Servicing<br>2100 Ross Avenue, Suite 2500<br>Dallas, TX 75201 | Wells Fargo Bank, N.A.<br>Attn: Vahagn Bznouni, Senior Vice President<br>8405 N Fresno St., Suite 200<br>Fresno, CA 93720 |
| Callan Cobb Kanev<br>Jameson Pepple Cantu PLLC<br>801 Second Avenue, Suite 700<br>Seattle, WA 98104 | MUFG Union Bank, N.A.<br>c/o Jameson Pepple Cantu PLLC<br>801 Second Avenue, Suite 700<br>Seattle, WA 98104 | Fresno County Auditor-Controller/Treasurer-Tax Collector<br>Tax Collection Division<br>PO Box 1192<br>Fresno, CA 93715-1192 |
| Wheeler Ridge<br>c/o Young Wooldridge LLP<br>Attn: Steven M. Torigiani, General Counsel<br>10800 Stockdale Hwy, Suite 202<br>Bakersfield, CA 93311 | Fresno County Department of Child Support Services<br>PO Box 12946<br>Fresno, CA 93779-2946 | Lisa A. Cutts<br>Cutts Law, PC<br>5088 N. Fruit Avenue, Suite 101<br>Fresno, CA 93711 |

Collecto, Inc. dba EOS-CCA
c/o Michael K. Sipes
Law Offices of Michael K. Sipes
P.O. Box 1700
Folsom, CA 95763

IP Land Holdings, LLC, a Delaware limited
liability company
9450 SW Gemini Drive PMB 68743
Beaverton, OR 97008-7105

Lance Miller, Receiver
c/o John E. Mitchell, Michaela C. Crocker
Katten Muchin Rosenman LLP
2121 North Pearl St, Ste. 1100
Dallas, TX 75201-2591

Lance Miller, Receiver
c/o Terence G. Banich
Katten Muchin Rosenman LLP
525 W. Monroe St.
Chicago, IL 60661-3963

Ballard Spahr LLP
Attn: Bruce F. Johnson, Esq.
1980 Festival Plaza Drive, Suite 900
Las Vegas, NV 89135

108LT 8ME LLC
c/o Avantus Clean Energy LLC
Attn: Transactions
4370 Town Center Blvd., Suite 110
El Dorado Hills, CA 95762

Lower Tule River Irrigation District
Attn: Eric Limas
357 E. Olive Ave.
Tipton, CA 93272

Semitropic Water Storage District
Attn: Jason Gianquinto
1101 Central Ave.
Wasco, CA 93280

Metropolitan Life Insurance Company
Agricultural Investments
Attn: Director, WRO
205 E. River Park Circle, Suite 330
Fresno, CA 93720

IP Land Holdings, LLC
c/o Intersect Power, LLC
9450 SW Gemini Drive PMB #68743
Beaverton, OR 97008-7105

Metropolitan Life Insurance Company
10801 Mastin Street, Suite 930
Overland Park, KS 66210

Boulevard Associates, LLC
700 Universe Blvd.
June Beach, FL 33408
Attn: Land Services Administration

Virginia M. Pedreira
Stoel Rives, LLP
600 University Street, Suite 3600
Seattle, WA 98101

Westlands Solar Park Phase II Holdings, LLC
4700 Wilshire Boulevard
Los Angeles, CA 90010

Westlands Cherry, LLC
c/o Fragner Seifert Pace & Mintz
800 S. Figueroa Ave., Suite 680
Los Angeles, CA 90017
Attn: Matthew C. Fragner

San Luis West Solar, LLC
800 Brickell Avenue, Suite 1100
Miami, FL 33131
Attn: Samir Verstyn

Westlands Cherry, LLC
c/o 4700 Wilshire Boulevard
Los Angeles, CA 90010
Attn: General Counsel

Northern Orchard Solar PV 2, LLC
c/o E.ON Climate & Renewables North America
Attn: Ed Shelton and Szewan Lam
20 California Street, Suite 500
San Francisco, CA 94111

Westlands Cherry, LLC
c/o 4700 Wilshire Boulevard
Los Angeles, CA 90010
Attn: Jennifer Gandin

Northern Orchard Solar PV, LLC
c/o E.ON Climate & Renewables North America
Attn: Legal Dept.
807 Brazos, Suite 1400
Austin, TX 78701

Northern Orchard Solar PV 3, LLC
c/o E.ON Climate & Renewables North America
Attn: Legal Dept.
807 Brazos, Suite 1400
Austin, TX 78701

Northern Orchard Solar PV, LLC
c/o E.ON Climate & Renewables North America
Attn: Ed Shelton and Szewan Lam
20 California Street, Suite 500
San Francisco, CA 94111

Northern Orchard Solar PV 3, LLC
c/o E.ON Climate & Renewables North America
Attn: Ed Shelton and Szewan Lam
20 California Street, Suite 500
San Francisco, CA 94111

Fresno County
Fresno County Clerk
2220 Tulare St
Fresno, CA 93721

Northern Orchard Solar PV 2, LLC
c/o E.ON Climate & Renewables North America
Attn: Legal Dept.
807 Brazos, Suite 1400
Austin, TX 78701

Klein DeNatale Goldner, LLP
Attn: Jennifer Reisz
10000 Stockdale Highway, Suite 200
Bakersfield, CA 93311

Madera County
Madera County Clerk
200 W. 4th Street
Madera, CA 93637

SW Transmission LandCo, LLC
Attn: Legal Department
3857 Birch Street, Suite 441
Newport Beach, CA 92660

Tulare County
Tulare County Clerk
221 S. Mooney Blvd.
Visalia, CA 93291

Westlands Water District
Attn: Russ Freeman
286 W. Cromwell Ave
Fresno, CA 93711

Kern County
Kern County Clerk
1115 Truxtun Ave # 5th
Bakersfield, CA 93301

Merced County
Merced County Clerk
2222 M St.
Merced, CA 95430

Wheeler Ridge
Attn: Sheridan Nicholas
12109 CA-166
Bakersfield, CA 93313

Kings County
Kings County Clerk
1400 W. Lacey Blvd.
Hanford, CA 93230

Fresno Irrigation District
Attn: Jeffrey Boswell
2907 S Maple Ave.
Fresno, CA 93725

Southern San Joaquin Municipal Utility District
Attn: Connie Andrade
P.O. Box 279
Delano, CA 93216

Daniel L. Egan
Wilke Fleury LLP
621 Capitol Mall, Suite 900
Sacramento, CA 95814

Jonathan Reiter
7058 N. West Avenue
Suite 101
Fresno CA 93711

Michael Barrett Brown
Michelle Rosales, Thomas Andrew Woods,
and Benjamin J. Codog
Stoel Rives LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814

Aaron J Malo
Sheppard, Mullin, Richter & Hampton LLP
650 Town Center Drive
Ste 10th Fl.
Costa Mesa, CA 92626-1993

Michael Lauter
Sheppard Mullin LLP
Four Embarcadero, Ste 1700
San Francisco, CA 94111

David Berger
Sheppard Mullin Richter & Hampton LLP
350 S. Grand Avenue, Fl 40
Los Angeles, CA 90071-3460

Jason J DeJonker
Nicholas R. Marcus
Seyfarth Shaw LLP
233 South Wacker Drive
Suite 8000
Chicago, IL 60606

M. Ryan Pinkston
Seyfarth Shaw LLP
560 Mission Street, 31st Floor
San Francisco, CA 94105

Brandon K. Franklin
Clyde & Co US LLP
150 California Street
Ste 15th Floor
San Francisco, CA 94111

Jane Kim
Keller Benvenutti Kim LLP
101 Montgomery Street
Suite 1950
San Francisco, CA 94104

Zev M. Shechtman,
Carol Chow, and Ryan Coy
Saul Ewing LLP
1888 Century Park East
Suite 1500
Los Angeles, CA 90067

Matthew W. Grimshaw,
David A. Wood, and Aaron E. De Leest
Marshack Hays Wood LLP
870 Roosevelt
Irvine, CA 92620

Ira D. Kharasch
Richard M. Pachulski
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003

Marshall Craig Whitney
Whitney, Thompson & Jeffcoach LLP
970 W. Alluvial Avenue
Fresno, CA 93711

William D. Curtis
Stephen E. Gruendel
Benjamin E. Shook
Moore & VanAllen
100 North Tryon Street, Suite 4700
Charlotte, NC 28202

Gabriel P. Herrera
Kronick Moskovitz Tiedemann & Girard
1331 Garden Hwy
2nd Floor
Sacramento, CA 95833

Michael Robert Johnson
Ray Quinney & Nebeker P.C.
36 South State Street, Suite 1400
Salt Lake City, UT 84111

Daryl Stuart Bartow
Duane Morris LLP
260 Homer Ave.
Suite 202
Palo Alto, CA 94304-1194

Richard P. Steelman, Jr.
Beth Ann R. Young
Ron Bender
Levene, Neale, Bender, Yoo & Golubchik LLP
2818 La Cienega Ave.
Los Angeles, CA 90034

Ali M Mojdehi
Mojdehi Galvin Rego LLP
2550 Fifth Avenue
Suite 910
San Diego, CA 92103

Joseph R. Dunn
Julia Philips Roth
Covington & Burling LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643

Steven M. Torigiani
The Law Offices of Young Wooldridge, LLP
10800 Stockdale Hwy, Suite 202
Bakersfield, CA 93311