($000s)

| | Prudential | Met Life[3] | AEL | Farmer Mac | Bank OZK[2] | BMO | Rabo Bank | Conterra | Tri Counties Bank | US Bank[1] | Unallocated | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **SUBJECT PROCEEDS CATEGORIZED BY REAL ESTATE LENDER TO THE UNDERLYING REAL ESTATE AND IDENTIFYING OTHER SECURED LENDERS SUMMARY - 5/3/24 - 7/31/25** ||||||||||||
| 2024 - Almonds | 4,387 | 653 | 212 | 318 | 388 | 77 | 255 | 588 | 92 | 1,104 | - | 8,075 |
| 2024 - Pistachios | 7,478 | 323 | 1,562 | 24 | - | - | - | 172 | - | 242 | - | 9,800 |
| 2024 - Pistachios Crop Ins. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2024 - Table Grapes | - | - | - | - | - | - | - | - | - | - | - | - |
| 2024 - Garlic | - | - | - | - | - | - | - | - | - | - | - | - |
| 2024 - Onions | - | - | - | - | - | - | - | - | - | - | - | - |
| 2024 - Mandarins | - | - | - | - | - | - | - | - | - | - | - | - |
| 2025 - Cherries | 1,989 | - | - | - | - | - | - | - | - | - | - | 1,989 |
| 2023 - DOV | - | - | - | - | - | - | - | - | - | 45 | - | 45 |
| 2024 - DOV | 762 | - | - | - | - | - | - | - | - | - | - | 762 |
| 2023 - Cotton | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total** | **14,616** | **976** | **1,774** | **343** | **388** | **77** | **255** | **760** | **92** | **1,392** | **-** | **20,672** |

*Notes*

[1] U.S. Bank is not a real estate lender but was the Defendants' pre-receivership crop lender asserting a personal property lien on the Defendants' crops,

[2] Approximately $388k of funds allegedly subject to a Bank OZK lien have been held back pending resolution of discussions among Bank OZK and U.S. Bank.

[3] Proceeds disbursed directly to to Met pursuant to terms of Receivership Order.

| | First Distribution | Second Distribution | Third Distribution | Fourth Distribution | Total |
|---|---|---|---|---|---|
| Distribution to Prudential Pursuant to Paragraph 18(a) of the Receivership Order: | 13,652 | 14,272 | 13,875 | 9,470 | 51,269 |
| 2025 Cherry Crop Proceeds | - | - | - | 1,989 | 1,989 |
| Distribution to U.S. Bank Pursuant to Paragraph 18(a) of the Receivership Order: | - | 2,567 | 4,625 | 3,051 | 10,243 |
| Distribution to U.S. Bank Pursuant to Paragraph 18(b) of the Receivership Order: | 9 | 435 | 44 | 45 | 534 |
| Distribution to U.S. Bank Pursuant to Paragraph 18(c) of the Receivership Order: | 246 | 1,981 | 2,287 | 1,346 | 5,860 |
| Distribution to U.S. Bank Pursuant to Paragraph 18(e) of the Receivership Order: | 3,160 | 3,808 | 3,167 | 3,300 | 13,435 |
| Distribution to Met Life Pursuant to Paragraph 18(d) of the Receivership Order: | 351 | 766 | 1,005 | 976 | 3,099 |
| **Totals:** [4] | **17,419** | **23,829** | **25,003** | **20,178** | **86,428** |

[4] The Fourth Distribution Total excludes (a) the holdback related to Bank OZK and (b) amounts paid to Met and U.S. Bank outside the Fourth Distribution Notice

| Payment Summary | USB | Prudential | Total |
|---|---|---|---|
| Sub-total calculated distribution pursuant to Paragraph 18 of the Receivership Order | 7,742,613 | 11,458,935 | 19,201,548 |
| Deduction of Receivership Costs pursuant to Paragraph 19 of the Receivership Order | (30,647) | (54,484) | (85,132) |
| **Total Distribution:** | **7,711,966** | **11,404,450** | **19,116,416** |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **RECEIVERSHIP CROP RECEIPTS BY LENDER** <br> **DETAIL** | | | | | | | | | |
| Date | Processor | Crop | Field # | Planted Acres | Owner | Entity Farming Field | Real Estate Lender to Field | Account Receivable Classification | Amount of Proposed Distribution |
| 5/5/2025 | Meridian | 2024 - Pistachios | 25102 | 375.62 | FFGT Farms, LLC | FFGT Farms, LLC | Conterra-AEL | AEL | 410,600.37 |
| 5/5/2025 | Meridian | 2024 - Pistachios | 36102 | 234.97 | FFGT Farms, LLC | FFGT Farms, LLC | Conterra-AEL | AEL | 233,032.38 |
| 5/5/2025 | Meridian | 2024 - Pistachios | 14102 | 156.16 | Sageberry Farms, LLC | Sageberry Farms, LLC | Prudential | Prudential | 47,980.87 |
| 5/5/2025 | Meridian | 2024 - Pistachios | 14402 | 154.00 | Sageberry Farms, LLC | Sageberry Farms, LLC | Prudential | Prudential | 49,978.38 |
| 5/5/2025 | Meridian | 2024 - Pistachios | 20103 | 154.07 | Sageberry Farms, LLC | Sageberry Farms, LLC | Prudential | Prudential | 24,518.00 |
| 5/5/2025 | Meridian | 2024 - Pistachios | 23202 | 91.30 | Sageberry Farms, LLC | Sageberry Farms, LLC | Prudential | Prudential | 5,527.25 |
| 5/5/2025 | Meridian | 2024 - Pistachios | 23402 | 133.14 | Sageberry Farms, LLC | Sageberry Farms, LLC | Prudential | Prudential | 58,952.25 |
| 5/5/2025 | Meridian | 2024 - Pistachios | 29103 | 154.62 | Sageberry Farms, LLC | Sageberry Farms, LLC | Prudential | Prudential | 20,946.25 |
| 5/5/2025 | Meridian | 2024 - Pistachios | 29403 | 148.80 | Sageberry Farms, LLC | Sageberry Farms, LLC | Prudential | Prudential | 30,585.88 |
| 5/12/2025 | Holland | 2024 - Almonds | 28301 | 163.00 | FNF Farms, LLC | FNF Farms, LLC | Met Life | Met Life | 47,226.90 |
| 5/13/2025 | Blue Diamond | 2024 - Almonds | | | | Gradon Farms, LLC | Prudential | Prudential | 9,043.22 |
| 5/13/2025 | Blue Diamond | 2024 - Almonds | | | | Maricopa Orchards, LLC | Prudential | Prudential | 8,176.45 |
| 5/13/2025 | Blue Diamond | 2024 - Almonds | | | | Maricopa Orchards, LLC | Unencumbered | US Bank | 789.11 |
| 5/13/2025 | Blue Diamond | 2024 - Almonds | | | | Granville Farms, LLC | Prudential | Prudential | 1,972.28 |
| 5/13/2025 | Blue Diamond | 2024 - Almonds | | | | Bear Flag Farms, LLC | Unencumbered | US Bank | 1,923.41 |
| 5/13/2025 | Blue Diamond | 2024 - Almonds | | | | Grantland Farms, LLC | Bank OZK | Bank OZK | 1,908.86 |
| 5/13/2025 | Blue Diamond | 2024 - Almonds | | | | FFGT Farms, LLC | Met Life | Met Life | 1,727.78 |
| 5/13/2025 | Blue Diamond | 2024 - Almonds | | | | Willow Avenue Investments, LLC | Met Life | Met Life | 1,600.96 |
| 5/15/2025 | Harris Woolf | 2024 - Almonds | 15201 | 156.60 | Granville Farms, LLC | Granville Farms, LLC | Prudential | Prudential | 152,134.88 |
| 5/15/2025 | Harris Woolf | 2024 - Almonds | 15301 | 157.10 | Granville Farms, LLC | Granville Farms, LLC | Prudential | Prudential | 166,856.77 |
| 5/15/2025 | Harris Woolf | 2024 - Almonds | 83013 | 131.00 | C&A Farms, LLC | C&A Farms, LLC | Conterra-FAMC | Farmer Mac | 125,707.22 |
| 5/15/2025 | Harris Woolf | 2024 - Almonds | 83113 | 15.84 | C&A Farms, LLC | C&A Farms, LLC | Conterra-MWA | Conterra | 16,267.77 |
| 5/15/2025 | Harris Woolf | 2024 - Almonds | 83113 | - | C&A Farms, LLC | C&A Farms, LLC | Farmer Mac | Farmer Mac | 68,121.30 |
| 5/15/2025 | Harris Woolf | 2024 - Almonds | 83213 | 79.50 | C&A Farms, LLC | C&A Farms, LLC | Conterra-FAMC | Farmer Mac | 77,016.05 |
| 5/15/2025 | Harris Woolf | 2024 - Almonds | 83313 | 31.00 | C&A Farms, LLC | C&A Farms, LLC | Conterra-FAMC | Farmer Mac | 19,297.59 |
| 5/15/2025 | Harris Woolf | 2024 - Almonds | 89525 | 119.67 | Winston Farms, LLC | Winston Farms, LLC | Rabo Bank | Rabo Bank | 92,306.38 |
| 5/15/2025 | Harris Woolf | 2024 - Almonds | 89625 | 148.22 | Winston Farms, LLC | Winston Farms, LLC | Rabo Bank | Rabo Bank | 76,575.74 |
| 5/15/2025 | Harris Woolf | 2024 - Almonds | 89725 | 129.09 | Winston Farms, LLC | Winston Farms, LLC | Rabo Bank | Rabo Bank | 44,029.49 |
| 5/15/2025 | Harris Woolf | 2024 - Almonds | 89925 | 49.00 | Winston Farms, LLC | Winston Farms, LLC | Rabo Bank | Rabo Bank | 42,035.53 |
| 5/15/2025 | Harris Woolf | 2024 - Almonds | 24307 | 155.00 | C&A Farms, LLC | Gradon Farms, LLC | Prudential | Prudential | 156,536.06 |
| 5/15/2025 | Harris Woolf | 2024 - Almonds | 09201 | 156.90 | ACDF, LLC | ACDF, LLC | Prudential | Prudential | 154,767.41 |
| 5/15/2025 | Harris Woolf | 2024 - Almonds | 80214 | 15.60 | Panoche Pistachios, LLC | Panoche Pistachios, LLC | BMO | BMO | 2,136.29 |
| 5/15/2025 | Harris Woolf | 2024 - Almonds | 80314 | 30.90 | Panoche Pistachios, LLC | Panoche Pistachios, LLC | BMO | BMO | 27,267.24 |
| 5/15/2025 | Harris Woolf | 2024 - Almonds | 88316 | 70.00 | Copper Avenue Investments, LLC | ACAP Farms, LLC | Conterra-FAMC | Farmer Mac | 28,347.21 |
| 5/27/2025 | JSS Almond | 2024 - Almonds | 26518 | 154.03 | Maricopa Orchards, LLC | Maricopa Orchards, LLC | Prudential | Prudential | 54,344.08 |
| 5/27/2025 | JSS Almond | 2024 - Almonds | 26618 | 151.61 | Maricopa Orchards, LLC | Maricopa Orchards, LLC | Prudential | Prudential | 45,038.33 |
| 5/27/2025 | JSS Almond | 2024 - Almonds | 26718 | 124.69 | Maricopa Orchards, LLC | Maricopa Orchards, LLC | Unencumbered | US Bank | 39,629.79 |
| 5/27/2025 | JSS Almond | 2024 - Almonds | 26818 | 143.96 | Maricopa Orchards, LLC | Maricopa Orchards, LLC | Prudential | Prudential | 37,886.40 |
| 5/27/2025 | JSS Almond | 2024 - Almonds | 26918 | 120.04 | Maricopa Orchards, LLC | Maricopa Orchards, LLC | Prudential | Prudential | 35,534.58 |
| 6/4/2025 | Boghosian Raisin | 2024 - DOV | 91017 | 265.00 | Assemi and Sons, Inc. | Assemi and Sons, Inc. | Prudential | Prudential | 762,104.34 |
| 6/12/2025 | Blue Diamond | 2024 - Almonds | 72021 | 42.20 | Willow Avenue Investments, LLC | Willow Avenue Investments, LLC | Met Life | Met Life | 39,302.15 |
| 6/12/2025 | Blue Diamond | 2024 - Almonds | 72321 | 36.00 | Willow Avenue Investments, LLC | Willow Avenue Investments, LLC | Met Life | Met Life | 31,080.40 |
| 6/12/2025 | Blue Diamond | 2024 - Almonds | 10405 | - | Jessie Sagardia | Bear Flag Farms, LLC | Unencumbered | US Bank | 100,135.70 |
| 6/12/2025 | Blue Diamond | 2024 - Almonds | 34101 | 148.60 | Granville Farms, LLC | Granville Farms, LLC | Prudential | Prudential | 103,724.50 |
| 6/12/2025 | Blue Diamond | 2024 - Almonds | 11407 | 47.00 | FG2 Holdings, LLC | Gradon Farms, LLC | Prudential | Prudential | 64,825.65 |
| 6/12/2025 | Blue Diamond | 2024 - Almonds | 12407 | 156.00 | Maricopa Orchards, LLC | Gradon Farms, LLC | Prudential | Prudential | 165,164.80 |
| 6/12/2025 | Blue Diamond | 2024 - Almonds | 12107 | 149.00 | Ferroni Steven P (Trustee) | Gradon Farms, LLC | Unencumbered | US Bank | 146,817.20 |
| 6/12/2025 | Blue Diamond | 2024 - Almonds | 12307 | 154.70 | C&A Farms, LLC | Gradon Farms, LLC | Prudential | Prudential | 190,198.60 |

| | RECEIVERSHIP CROP RECEIPTS BY LENDER DETAIL | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date | Processor | Crop | Field # | Planted Acres | Owner | Entity Farming Field | Real Estate Lender to Field | Account Receivable Classification | Amount of Proposed Distribution |
| 6/12/2025 | Blue Diamond | 2024 - Almonds | 20408 | 156.00 | C&A Farms, LLC | Gradon Farms, LLC | Prudential | Prudential | 112,022.40 |
| 6/12/2025 | Blue Diamond | 2024 - Almonds | 82612 | 19.56 | GVM Investments, LLC | Grantland Farms, LLC | Bank OZK | Bank OZK | 13,568.00 |
| 6/12/2025 | Blue Diamond | 2024 - Almonds | 82712 | 8.71 | Ranch West Investments, LLC | Grantland Farms, LLC | Bank OZK | Bank OZK | 5,070.40 |
| 6/12/2025 | Blue Diamond | 2024 - Almonds | 85812 | 28.02 | Grantor West Holdings | Grantland Farms, LLC | Bank OZK | Bank OZK | 31,202.80 |
| 6/12/2025 | Blue Diamond | 2024 - Almonds | 85912 | 35.87 | Grantor West Holdings | Grantland Farms, LLC | Bank OZK | Bank OZK | 42,867.60 |
| 6/12/2025 | Blue Diamond | 2024 - Almonds | 04501 | 88.72 | TS88 | FFGT Farms, LLC | Met Life | Met Life | 81,016.35 |
| 6/12/2025 | Blue Diamond | 2024 - Almonds | 74221 | 147.20 | Maricopa Orchards, LLC | Maricopa Orchards, LLC | Prudential | Prudential | 110,694.35 |
| 6/12/2025 | Blue Diamond | 2024 - Almonds | 78420 | 37.00 | Maricopa Orchards, LLC | Maricopa Orchards, LLC | Prudential | Prudential | 47,981.95 |
| 6/12/2025 | Blue Diamond | 2024 - Almonds | 74321 | 145.40 | Maricopa Orchards, LLC | Maricopa Orchards, LLC | Prudential | Prudential | 106,988.00 |
| 6/12/2025 | Blue Diamond | 2024 - Almonds | 74421 | 145.76 | Maricopa Orchards, LLC | Maricopa Orchards, LLC | Prudential | Prudential | 104,229.50 |
| 6/12/2025 | Blue Diamond | 2024 - Almonds | 74521 | 152.40 | Maricopa Orchards, LLC | Maricopa Orchards, LLC | Prudential | Prudential | 120,458.15 |
| 6/12/2025 | Blue Diamond | 2024 - Almonds | 74621 | 37.50 | Maricopa Orchards, LLC | Maricopa Orchards, LLC | Prudential | Prudential | 34,651.45 |
| 6/12/2025 | Blue Diamond | 2024 - Almonds | 74821 | 73.00 | Maricopa Orchards, LLC | Maricopa Orchards, LLC | Prudential | Prudential | 70,183.20 |
| 6/12/2025 | Blue Diamond | 2024 - Almonds | 76121 | 12.00 | Maricopa Orchards, LLC | Maricopa Orchards, LLC | Prudential | Prudential | 9,922.80 |
| 6/12/2025 | Blue Diamond | 2024 - Almonds | 76821 | 31.10 | Maricopa Orchards, LLC | Maricopa Orchards, LLC | Prudential | Prudential | 11,411.20 |
| 6/12/2025 | Blue Diamond | 2024 - Almonds | 76321 | 76.00 | Maricopa Orchards, LLC | Maricopa Orchards, LLC | Unencumbered | US Bank | 70,411.90 |
| 6/13/2025 | Sun Maid | 2023 - DOV | 11207 | 89.10 | FG2 Holdings, LLC | Gradon Farms, LLC | Prudential | US Bank | 39,451.15 |
| 6/13/2025 | Sun Maid | 2023 - DOV | 11207 | 89.10 | FG2 Holdings, LLC | Gradon Farms, LLC | Prudential | US Bank | 5,876.44 |
| 6/16/2025 | Holland | 2024 - Almonds | 28301 | 163.00 | FNF Farms, LLC | FNF Farms, LLC | Met Life | Met Life | 62,969.20 |
| 6/16/2025 | Holland | 2024 - Almonds | 83511 | 348.63 | Favier Ranch, LLC | Favier Ranch, LLC | Prudential | Prudential | 61,370.40 |
| 6/16/2025 | Holland | 2024 - Almonds | 83611 | 240.64 | Favier Ranch, LLC | Favier Ranch, LLC | Prudential | Prudential | 31,937.60 |
| 6/16/2025 | Holland | 2024 - Almonds | 83711 | 61.65 | Favier Ranch, LLC | Favier Ranch, LLC | Prudential | Prudential | 5,915.20 |
| 6/16/2025 | Holland | 2024 - Almonds | 83511 | 348.63 | Favier Ranch, LLC | Favier Ranch, LLC | Prudential | Prudential | 52,061.20 |
| 6/16/2025 | Holland | 2024 - Almonds | 83611 | 240.64 | Favier Ranch, LLC | Favier Ranch, LLC | Prudential | Prudential | 35,673.20 |
| 6/16/2025 | Holland | 2024 - Almonds | 83711 | 61.65 | Favier Ranch, LLC | Favier Ranch, LLC | Prudential | Prudential | 10,300.40 |
| 6/16/2025 | Holland | 2024 - Almonds | 35203 | 148.45 | Sageberry Farms, LLC | Sageberry Farms, LLC | Prudential | Prudential | 21,735.20 |
| 6/16/2025 | Holland | 2024 - Almonds | 35303 | 153.42 | Sageberry Farms, LLC | Sageberry Farms, LLC | Prudential | Prudential | 25,294.40 |
| 6/16/2025 | Holland | 2024 - Almonds | 36103 | 143.59 | Sageberry Farms, LLC | Sageberry Farms, LLC | Prudential | Prudential | 7,625.20 |
| 6/16/2025 | Holland | 2024 - Almonds | 36203 | 151.30 | Sageberry Farms, LLC | Sageberry Farms, LLC | Prudential | Prudential | 47,395.20 |
| 6/16/2025 | Holland | 2024 - Almonds | 36303 | 159.52 | Sageberry Farms, LLC | Sageberry Farms, LLC | Prudential | Prudential | 65,678.40 |
| 6/16/2025 | Holland | 2024 - Almonds | 36403 | 155.22 | Sageberry Farms, LLC | Sageberry Farms, LLC | Prudential | Prudential | 26,879.20 |
| 6/16/2025 | Holland | 2024 - Almonds | 36103 | 143.59 | Sageberry Farms, LLC | Sageberry Farms, LLC | Prudential | Prudential | 16,122.40 |
| 6/16/2025 | Holland | 2024 - Almonds | 35203 | 148.45 | Sageberry Farms, LLC | Sageberry Farms, LLC | Prudential | Prudential | 19,837.60 |
| 6/16/2025 | Holland | 2024 - Almonds | 35303 | 153.42 | Sageberry Farms, LLC | Sageberry Farms, LLC | Prudential | Prudential | 17,144.00 |
| 6/16/2025 | Holland | 2024 - Almonds | 36103 | 143.59 | Sageberry Farms, LLC | Sageberry Farms, LLC | Prudential | Prudential | 23,011.60 |
| 6/16/2025 | Holland | 2024 - Almonds | 36203 | 151.30 | Sageberry Farms, LLC | Sageberry Farms, LLC | Prudential | Prudential | 14,746.80 |
| 6/16/2025 | Holland | 2024 - Almonds | 36303 | 159.52 | Sageberry Farms, LLC | Sageberry Farms, LLC | Prudential | Prudential | 17,079.20 |
| 6/16/2025 | Holland | 2024 - Almonds | 36403 | 155.22 | Sageberry Farms, LLC | Sageberry Farms, LLC | Prudential | Prudential | 12,777.60 |
| 6/16/2025 | Holland | 2024 - Almonds | 35203 | 148.45 | Sageberry Farms, LLC | Sageberry Farms, LLC | Prudential | Prudential | 26,976.80 |
| 6/16/2025 | Holland | 2024 - Almonds | 35303 | 153.42 | Sageberry Farms, LLC | Sageberry Farms, LLC | Prudential | Prudential | 44,506.40 |
| 6/16/2025 | Holland | 2024 - Almonds | 36103 | 143.59 | Sageberry Farms, LLC | Sageberry Farms, LLC | Prudential | Prudential | 15,232.40 |
| 6/16/2025 | Holland | 2024 - Almonds | 36203 | 151.30 | Sageberry Farms, LLC | Sageberry Farms, LLC | Prudential | Prudential | 29,630.40 |
| 6/16/2025 | Holland | 2024 - Almonds | 36303 | 159.52 | Sageberry Farms, LLC | Sageberry Farms, LLC | Prudential | Prudential | 45,000.00 |
| 6/16/2025 | Holland | 2024 - Almonds | 36403 | 155.22 | Sageberry Farms, LLC | Sageberry Farms, LLC | Prudential | Prudential | 38,642.00 |
| 6/16/2025 | Holland | 2024 - Almonds | 35203 | 148.45 | Sageberry Farms, LLC | Sageberry Farms, LLC | Prudential | Prudential | 21,763.20 |
| 6/16/2025 | Holland | 2024 - Almonds | 35303 | 153.42 | Sageberry Farms, LLC | Sageberry Farms, LLC | Prudential | Prudential | 27,778.40 |
| 6/16/2025 | Holland | 2024 - Almonds | 36103 | 143.59 | Sageberry Farms, LLC | Sageberry Farms, LLC | Prudential | Prudential | 18,997.60 |
| 6/16/2025 | Holland | 2024 - Almonds | 36403 | 155.22 | Sageberry Farms, LLC | Sageberry Farms, LLC | Prudential | Prudential | 26,294.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **RECEIVERSHIP CROP RECEIPTS BY LENDER DETAIL** | | | | | | | | | |
| Date | Processor | Crop | Field # | Planted Acres | Owner | Entity Farming Field | Real Estate Lender to Field | Account Receivable Classification | Amount of Proposed Distribution |
| 6/23/2025 | Stemilt | 2025 - Cherries | | | | | Prudential | Prudential | 1,451,578.09 |
| 6/30/2025 | Warmerdam Packing | 2025 - Cherries | | | | | Prudential | Prudential | 280,635.71 |
| 7/7/2025 | Warmerdam Packing | 2025 - Cherries | | | | | Prudential | Prudential | 1,125.14 |
| 7/8/2025 | Campos | 2024 - Almonds | 86714 | 74.30 | C&A Farms, LLC | C&A Farms, LLC | Prudential | Prudential | 83,842.02 |
| 7/8/2025 | Campos | 2024 - Almonds | 86814 | 76.30 | C&A Farms, LLC | C&A Farms, LLC | Prudential | Prudential | 98,109.98 |
| 7/8/2025 | Campos | 2024 - Almonds | 80414 | 32.50 | ACDF, LLC | ACDF, LLC | Tri Counties Bank | Tri Counties Bank | 41,109.95 |
| 7/8/2025 | Campos | 2024 - Almonds | 80714 | 42.00 | ACDF, LLC | ACDF, LLC | Tri Counties Bank | Tri Counties Bank | 48,610.14 |
| 7/8/2025 | Campos | 2024 - Almonds | 81114 | 2.00 | ACDF, LLC | ACDF, LLC | Tri Counties Bank | Tri Counties Bank | 1,841.71 |
| 7/8/2025 | Campos | 2024 - Almonds | 81514 | 13.61 | ACDF, LLC | ACDF, LLC | BMO | BMO | 16,957.77 |
| 7/8/2025 | Campos | 2024 - Almonds | 81614 | 26.69 | ACDF, LLC | ACDF, LLC | BMO | BMO | 30,867.27 |
| 7/8/2025 | Campos | 2024 - Almonds | 85612 | 57.00 | FNF Investments, LLC | ACDF, LLC | Bank OZK | Bank OZK | 49,100.16 |
| 7/8/2025 | Campos | 2024 - Almonds | 15401 | 156.70 | Granville Farms, LLC | Granville Farms, LLC | Prudential | Prudential | 206,800.00 |
| 7/8/2025 | Campos | 2024 - Almonds | 85112 | 33.54 | FNF Investments, LLC | Grantland Farms, LLC | Bank OZK | Bank OZK | 71,568.24 |
| 7/8/2025 | Campos | 2024 - Almonds | 85212 | 4.19 | Grantland Holdings No. 1 | Grantland Farms, LLC | Bank OZK | Bank OZK | 31,332.78 |
| 7/8/2025 | Campos | 2024 - Almonds | 85412 | 28.00 | ACAP Holdings, LLC | Grantland Farms, LLC | Bank OZK | Bank OZK | 73,192.22 |
| 7/8/2025 | Campos | 2024 - Almonds | 85512 | 36.00 | FNF Investments, LLC | Grantland Farms, LLC | Bank OZK | Bank OZK | 68,440.75 |
| 7/8/2025 | Campos | 2024 - Almonds | 28201 | 161.40 | FNF Farms, LLC | FNF Farms, LLC | Met Life | Met Life | 202,534.50 |
| 7/8/2025 | Campos | 2024 - Almonds | 28401 | 162.00 | FNF Farms, LLC | FNF Farms, LLC | Met Life | Met Life | 185,696.50 |
| 7/8/2025 | Campos | 2024 - Almonds | 24104 | 158.00 | Locans Investments, LLC | Gradon Farms, LLC | Conterra-MWA | Conterra | 206,250.20 |
| 7/8/2025 | Campos | 2024 - Almonds | 24204 | 155.00 | 104 Investments, LLC | Gradon Farms, LLC | Conterra-MWA | Conterra | 157,430.73 |
| 7/8/2025 | Campos | 2024 - Almonds | 24404 | 156.00 | Locans Investments, LLC | Gradon Farms, LLC | Conterra-MWA | Conterra | 207,930.70 |
| 7/8/2025 | Campos | 2024 - Almonds | 28105 | 100.00 | Jack & Olivia Chaney | Gradon Farms, LLC | Unencumbered | US Bank | 66,807.63 |
| 7/8/2025 | Campos | 2024 - Almonds | 28205 | 100.00 | SAIR Partnership 7, LLC | Gradon Farms, LLC | Unencumbered | US Bank | 98,369.44 |
| 7/8/2025 | Campos | 2024 - Almonds | 28305 | 107.00 | SAIR Partnership 7, LLC | Gradon Farms, LLC | Unencumbered | US Bank | 158,769.77 |
| 7/8/2025 | Campos | 2024 - Almonds | 28405 | 97.00 | SAIR Partnership 7, LLC | Gradon Farms, LLC | Unencumbered | US Bank | 153,534.36 |
| 7/8/2025 | Campos | 2024 - Almonds | 28505 | 100.00 | SAIR Partnership 7, LLC | Gradon Farms, LLC | Unencumbered | US Bank | 111,035.93 |
| 7/8/2025 | Campos | 2024 - Almonds | 28605 | 100.00 | Jack & Olivia Chaney | Gradon Farms, LLC | Unencumbered | US Bank | 156,245.16 |
| 7/8/2025 | Campos | 2024 - Almonds | 29405 | 85.78 | Willow Avenue Investments, LLC | Gradon Farms, LLC | Conterra-AEL | AEL | 52,527.28 |
| 7/8/2025 | Campos | 2024 - Almonds | 30305 | 151.19 | Willow Avenue Investments, LLC | Gradon Farms, LLC | Conterra-AEL | AEL | 159,647.80 |
| 7/8/2025 | Warmerdam Packing | 2025 - Cherries | | | | | Prudential | Prudential | 255,651.12 |
| 7/14/2025 | Golden Valley | 2024 - Pistachios | 88216 | 42.40 | ACAP Farms, LLC | ACAP Farms, LLC | Conterra-FAMC | Farmer Mac | 4,118.95 |
| 7/14/2025 | Golden Valley | 2024 - Pistachios | 88416 | 17.76 | ACAP Farms, LLC | ACAP Farms, LLC | Conterra-FAMC | Farmer Mac | 3,667.49 |
| 7/14/2025 | Golden Valley | 2024 - Pistachios | 88516 | 129.08 | Copper Avenue Investments, LLC | ACAP Farms, LLC | Conterra-FAMC | Farmer Mac | 6,459.99 |
| 7/14/2025 | Golden Valley | 2024 - Pistachios | 88616 | 54.99 | Copper Avenue Investments, LLC | ACAP Farms, LLC | Conterra-FAMC | Farmer Mac | 6,539.50 |
| 7/14/2025 | Golden Valley | 2024 - Pistachios | 88716 | 115.79 | Lincoln Grantor Farms, LLC | ACAP Farms, LLC | Conterra-FAMC | Farmer Mac | 3,659.33 |
| 7/16/2025 | Supreme | 2024 - Almonds | 74021 | 72.00 | Maricopa Orchards, LLC | Maricopa Orchards, LLC | Prudential | Prudential | 1,115,774.00 |
| 7/16/2025 | Supreme | 2024 - Almonds | 74721 | 77.00 | Maricopa Orchards, LLC | Maricopa Orchards, LLC | Prudential | Prudential | |
| 7/16/2025 | Supreme | 2024 - Almonds | 75021 | 116.00 | Maricopa Orchards, LLC | Maricopa Orchards, LLC | Prudential | Prudential | |
| 7/16/2025 | Supreme | 2024 - Almonds | 75121 | 72.30 | Maricopa Orchards, LLC | Maricopa Orchards, LLC | Prudential | Prudential | |
| 7/16/2025 | Supreme | 2024 - Almonds | 75621 | 147.20 | Maricopa Orchards, LLC | Maricopa Orchards, LLC | Prudential | Prudential | |
| 7/16/2025 | Supreme | 2024 - Almonds | 75721 | 47.60 | Maricopa Orchards, LLC | Maricopa Orchards, LLC | Prudential | Prudential | |
| 7/16/2025 | Supreme | 2024 - Almonds | 75821 | 48.30 | Maricopa Orchards, LLC | Maricopa Orchards, LLC | Prudential | Prudential | |
| 7/16/2025 | Supreme | 2024 - Almonds | 75921 | 91.30 | Maricopa Orchards, LLC | Maricopa Orchards, LLC | Prudential | Prudential | |
| 7/16/2025 | Supreme | 2024 - Almonds | 76021 | 123.50 | Maricopa Orchards, LLC | Maricopa Orchards, LLC | Prudential | Prudential | |
| 7/16/2025 | Supreme | 2024 - Almonds | 76521 | 36.50 | Maricopa Orchards, LLC | Maricopa Orchards, LLC | Prudential | Prudential | |
| 7/31/2025 | Setton | 2024 - Pistachios | 66122 | 264.50 | ACDF, LLC | ACDF, LLC | Prudential | Prudential | 216,443.25 |
| 7/31/2025 | Setton | 2024 - Pistachios | 66722 | 137.60 | ACDF, LLC | ACDF, LLC | Prudential | Prudential | 185,766.25 |
| 7/31/2025 | Setton | 2024 - Pistachios | 66422 | 126.40 | ACDF, LLC | ACDF, LLC | Prudential | Prudential | 180,653.42 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| RECEIVERSHIP CROP RECEIPTS BY LENDER DETAIL | | | | | | | | |
| Date | Processor | Crop | Field # | Planted Acres | Owner | Entity Farming Field | Real Estate Lender to Field | Account Receivable Classification | Amount of Proposed Distribution |
| 7/31/2025 | Setton | 2024 - Pistachios | 66322 | 127.00 | ACDF, LLC | ACDF, LLC | Prudential | Prudential | 175,540.59 |
| 7/31/2025 | Setton | 2024 - Pistachios | 66222 | 98.00 | ACDF, LLC | ACDF, LLC | Prudential | Prudential | 134,637.93 |
| 7/31/2025 | Setton | 2024 - Pistachios | 34405 | 154.30 | ACDF, LLC | ACDF, LLC | Prudential | Prudential | 129,525.09 |
| 7/31/2025 | Setton | 2024 - Pistachios | 15101 | 78.60 | ACDF, LLC | ACDF, LLC | Met Life | Met Life | 66,083.36 |
| 7/31/2025 | Setton | 2024 - Pistachios | 15101 | 73.40 | ACDF, LLC | ACDF, LLC | Prudential | Prudential | 61,737.45 |
| 7/31/2025 | Setton | 2024 - Pistachios | 65622 | 146.20 | ACDF, LLC | ACDF, LLC | Prudential | Prudential | 117,595.15 |
| 7/31/2025 | Setton | 2024 - Pistachios | 27105 | 275.39 | ACDF, LLC | ACDF, LLC | Prudential | Prudential | 112,482.32 |
| 7/31/2025 | Setton | 2024 - Pistachios | 65522 | 164.00 | ACDF, LLC | ACDF, LLC | Prudential | Prudential | 110,778.04 |
| 7/31/2025 | Setton | 2024 - Pistachios | 65822 | 78.50 | ACDF, LLC | ACDF, LLC | Prudential | Prudential | 78,396.77 |
| 7/31/2025 | Setton | 2024 - Pistachios | 65122 | 146.70 | ACDF, LLC | ACDF, LLC | Prudential | Prudential | 68,171.10 |
| 7/31/2025 | Setton | 2024 - Pistachios | 65422 | 147.80 | ACDF, LLC | ACDF, LLC | Prudential | Prudential | 66,466.82 |
| 7/31/2025 | Setton | 2024 - Pistachios | 73820 | 78.30 | Bear Flag Farms, LLC | Bear Flag Farms, LLC | Prudential | Prudential | 82,074.32 |
| 7/31/2025 | Setton | 2024 - Pistachios | 73720 | 78.31 | Bear Flag Farms, LLC | Bear Flag Farms, LLC | Prudential | Prudential | 71,368.97 |
| 7/31/2025 | Setton | 2024 - Pistachios | 73920 | 78.14 | Bear Flag Farms, LLC | Bear Flag Farms, LLC | Prudential | Prudential | 69,941.59 |
| 7/31/2025 | Setton | 2024 - Pistachios | 73620 | 77.08 | Bear Flag Farms, LLC | Bear Flag Farms, LLC | Prudential | Prudential | 68,514.22 |
| 7/31/2025 | Setton | 2024 - Pistachios | 73420 | 75.05 | Bear Flag Farms, LLC | Bear Flag Farms, LLC | Prudential | Prudential | 59,949.94 |
| 7/31/2025 | Setton | 2024 - Pistachios | 73320 | 70.00 | Bear Flag Farms, LLC | Bear Flag Farms, LLC | Prudential | Prudential | 56,381.49 |
| 7/31/2025 | Setton | 2024 - Pistachios | 72920 | 38.35 | Bear Flag Farms, LLC | Bear Flag Farms, LLC | Prudential | Prudential | 49,958.28 |
| 7/31/2025 | Setton | 2024 - Pistachios | 72720 | 82.09 | Bear Flag Farms, LLC | Bear Flag Farms, LLC | Prudential | Prudential | 47,103.52 |
| 7/31/2025 | Setton | 2024 - Pistachios | 72820 | 107.04 | Bear Flag Farms, LLC | Bear Flag Farms, LLC | Prudential | Prudential | 42,821.38 |
| 7/31/2025 | Setton | 2024 - Pistachios | 73520 | 60.14 | Bear Flag Farms, LLC | Bear Flag Farms, LLC | Prudential | Prudential | 39,252.94 |
| 7/31/2025 | Setton | 2024 - Pistachios | 73020 | 39.66 | Bear Flag Farms, LLC | Bear Flag Farms, LLC | Prudential | Prudential | 37,111.87 |
| 7/31/2025 | Setton | 2024 - Pistachios | 72620 | 78.95 | Bear Flag Farms, LLC | Bear Flag Farms, LLC | Prudential | Prudential | 35,684.49 |
| 7/31/2025 | Setton | 2024 - Pistachios | 73120 | 19.10 | Bear Flag Farms, LLC | Bear Flag Farms, LLC | Prudential | Prudential | 23,551.76 |
| 7/31/2025 | Setton | 2024 - Pistachios | 79420 | 53.00 | Bear Flag Farms, LLC | Bear Flag Farms, LLC | Prudential | Prudential | 15,344.33 |
| 7/31/2025 | Setton | 2024 - Pistachios | 73220 | 15.55 | Bear Flag Farms, LLC | Bear Flag Farms, LLC | Prudential | Prudential | 14,630.64 |
| 7/31/2025 | Setton | 2024 - Pistachios | 16201 | 116.00 | ACDF, LLC | ACDF, LLC | Prudential | Prudential | 81,877.95 |
| 7/31/2025 | Setton | 2024 - Pistachios | 34401 | 119.63 | Granville Farms, LLC | Granville Farms, LLC | Prudential | Prudential | 79,969.38 |
| 7/31/2025 | Setton | 2024 - Pistachios | 20301 | 149.70 | Kamm South, LLC | Kamm South, LLC | Met Life | Met Life | 96,834.05 |
| 7/31/2025 | Setton | 2024 - Pistachios | 20201 | 125.50 | Kamm South, LLC | Kamm South, LLC | Met Life | Met Life | 34,686.82 |
| 7/31/2025 | Setton | 2024 - Pistachios | 21401 | 75.20 | Kamm South, LLC | Kamm South, LLC | Met Life | Met Life | 29,066.27 |
| 7/31/2025 | Setton | 2024 - Pistachios | 19103 | 163.00 | Sageberry Farms, LLC | Sageberry Farms, LLC | Prudential | Prudential | 280,525.30 |
| 7/31/2025 | Setton | 2024 - Pistachios | 19403 | 167.00 | Sageberry Farms, LLC | Sageberry Farms, LLC | Prudential | Prudential | 247,242.64 |
| 7/31/2025 | Setton | 2024 - Pistachios | 30403 | 169.90 | Sageberry Farms, LLC | Sageberry Farms, LLC | Prudential | Prudential | 222,280.64 |
| 7/31/2025 | Setton | 2024 - Pistachios | 24203 | 150.30 | Sageberry Farms, LLC | Sageberry Farms, LLC | Prudential | Prudential | 216,337.31 |
| 7/31/2025 | Setton | 2024 - Pistachios | 19303 | 80.00 | Sageberry Farms, LLC | Sageberry Farms, LLC | Prudential | Prudential | 106,979.99 |
| 7/31/2025 | Setton | 2024 - Pistachios | 29303 | 156.10 | Sageberry Farms, LLC | Sageberry Farms, LLC | Prudential | Prudential | 58,244.66 |
| 7/31/2025 | Setton | 2024 - Pistachios | 29203 | 155.20 | Sageberry Farms, LLC | Sageberry Farms, LLC | Prudential | Prudential | 33,282.66 |
| 7/31/2025 | Setton | 2024 - Pistachios | 20403 | 153.40 | Sageberry Farms, LLC | Sageberry Farms, LLC | Prudential | Prudential | 23,773.33 |
| 7/31/2025 | Setton | 2024 - Pistachios | 27201 | 153.40 | Granville Farms, LLC | Granville Farms, LLC | Prudential | Prudential | 239,067.24 |
| 7/31/2025 | Setton | 2024 - Pistachios | 34301 | 159.30 | Granville Farms, LLC | Granville Farms, LLC | Prudential | Prudential | 237,635.70 |
| 7/31/2025 | Setton | 2024 - Pistachios | 22401 | 152.86 | Granville Farms, LLC | Granville Farms, LLC | Prudential | Prudential | 223,320.29 |
| 7/31/2025 | Setton | 2024 - Pistachios | 22201 | 153.60 | Granville Farms, LLC | Granville Farms, LLC | Prudential | Prudential | 201,847.19 |
| 7/31/2025 | Setton | 2024 - Pistachios | 22101 | 154.91 | Granville Farms, LLC | Granville Farms, LLC | Prudential | Prudential | 188,963.33 |
| 7/31/2025 | Setton | 2024 - Pistachios | 10101 | 137.70 | Granville Farms, LLC | Granville Farms, LLC | Prudential | Prudential | 127,407.09 |
| 7/31/2025 | Setton | 2024 - Pistachios | 27101 | 153.50 | Granville Farms, LLC | Granville Farms, LLC | Prudential | Prudential | 80,166.26 |
| 7/31/2025 | Setton | 2024 - Pistachios | 10201 | 75.50 | Granville Farms, LLC | Granville Farms, LLC | Prudential | Prudential | 77,303.18 |
| 7/31/2025 | Setton | 2024 - Pistachios | 27401 | 156.10 | Granville Farms, LLC | Granville Farms, LLC | Prudential | Prudential | 55,830.07 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| RECEIVERSHIP CROP RECEIPTS BY LENDER DETAIL | | | | | | | | |
| Date | Processor | Crop | Field # | Planted Acres | Owner | Entity Farming Field | Real Estate Lender to Field | Account Receivable Classification | Amount of Proposed Distribution |
| 7/31/2025 | Setton | 2024 - Pistachios | 76221 | 118.60 | Maricopa Orchards, LLC | Maricopa Orchards, LLC | Prudential | Prudential | 56,252.36 |
| 7/31/2025 | Setton | 2024 - Pistachios | 78020 | 48.00 | Maricopa Orchards, LLC | Maricopa Orchards, LLC | Prudential | Prudential | 39,665.74 |
| 7/31/2025 | Setton | 2024 - Pistachios | 78220 | 115.50 | Grantor Real Estate Investments, LLC | Maricopa Orchards, LLC | Prudential | Prudential | 30,614.18 |
| 7/31/2025 | Setton | 2024 - Pistachios | 78120 | 34.00 | Maricopa Orchards, LLC | Maricopa Orchards, LLC | Prudential | Prudential | 29,855.93 |
| 7/31/2025 | Setton | 2024 - Pistachios | 75221 | 41.45 | Maricopa Orchards, LLC | Maricopa Orchards, LLC | Prudential | Prudential | 24,642.99 |
| 7/31/2025 | Setton | 2024 - Pistachios | 74921 | 72.00 | Maricopa Orchards, LLC | Maricopa Orchards, LLC | Prudential | Prudential | 22,510.42 |
| 7/31/2025 | Setton | 2024 - Pistachios | 75321 | 25.08 | Maricopa Orchards, LLC | Maricopa Orchards, LLC | Prudential | Prudential | 18,482.24 |
| 7/31/2025 | Setton | 2024 - Pistachios | 75421 | 19.00 | Maricopa Orchards, LLC | Maricopa Orchards, LLC | Prudential | Prudential | 5,449.89 |
| 7/31/2025 | Setton | 2024 - Pistachios | 76721 | 30.00 | Maricopa Orchards, LLC | Maricopa Orchards, LLC | Prudential | Prudential | 4,502.08 |
| 7/31/2025 | Setton | 2024 - Pistachios | 78320 | 38.50 | Grantor Real Estate Investments, LLC | Maricopa Orchards, LLC | Prudential | Prudential | 4,265.13 |
| 7/31/2025 | Setton | 2024 - Pistachios | 76621 | 17.00 | Maricopa Orchards, LLC | Maricopa Orchards, LLC | Prudential | Prudential | 710.86 |
| 7/31/2025 | Setton | 2024 - Pistachios | 90205 | 151.53 | Manning Avenue Pistachios, LLC | Manning Avenue Pistachios, LLC | Met Life | Met Life | 96,309.11 |
| 7/31/2025 | Setton | 2024 - Pistachios | 25101 | 158.30 | Panoche Pistachios, LLC | Panoche Pistachios, LLC | Prudential | Prudential | 240,111.34 |
| 7/31/2025 | Setton | 2024 - Pistachios | 25301 | 155.80 | Panoche Pistachios, LLC | Panoche Pistachios, LLC | Prudential | Prudential | 157,685.06 |
| 7/31/2025 | Setton | 2024 - Pistachios | 25201 | 127.10 | Panoche Pistachios, LLC | Panoche Pistachios, LLC | Prudential | Prudential | 143,350.05 |
| 7/31/2025 | Setton | 2024 - Pistachios | 36201 | 155.80 | Panoche Pistachios, LLC | Panoche Pistachios, LLC | Prudential | Prudential | 137,974.43 |
| 7/31/2025 | Setton | 2024 - Pistachios | 17401 | 156.50 | Panoche Pistachios, LLC | Panoche Pistachios, LLC | Unencumbered | US Bank | 137,974.43 |
| 7/31/2025 | Setton | 2024 - Pistachios | 36101 | 148.20 | Panoche Pistachios, LLC | Panoche Pistachios, LLC | Prudential | Prudential | 136,182.55 |
| 7/31/2025 | Setton | 2024 - Pistachios | 26301 | 156.50 | Panoche Pistachios, LLC | Panoche Pistachios, LLC | Prudential | Prudential | 96,761.29 |
| 7/31/2025 | Setton | 2024 - Pistachios | 36301 | 106.20 | Panoche Pistachios, LLC | Panoche Pistachios, LLC | Prudential | Prudential | 94,969.41 |
| 7/31/2025 | Setton | 2024 - Pistachios | 18301 | 156.80 | Panoche Pistachios, LLC | Panoche Pistachios, LLC | Prudential | Prudential | 93,177.53 |
| 7/31/2025 | Setton | 2024 - Pistachios | 35201 | 156.10 | Panoche Pistachios, LLC | Panoche Pistachios, LLC | Prudential | Prudential | 91,385.66 |
| 7/31/2025 | Setton | 2024 - Pistachios | 36401 | 158.00 | Panoche Pistachios, LLC | Panoche Pistachios, LLC | Prudential | Prudential | 89,593.78 |
| 7/31/2025 | Setton | 2024 - Pistachios | 26401 | 156.90 | Panoche Pistachios, LLC | Panoche Pistachios, LLC | Prudential | Prudential | 82,426.28 |
| 7/31/2025 | Setton | 2024 - Pistachios | 35301 | 156.10 | Panoche Pistachios, LLC | Panoche Pistachios, LLC | Prudential | Prudential | 78,842.53 |
| 7/31/2025 | Setton | 2024 - Pistachios | 17101 | 154.70 | Panoche Pistachios, LLC | Panoche Pistachios, LLC | Unencumbered | US Bank | 75,258.78 |
| 7/31/2025 | Setton | 2024 - Pistachios | 26201 | 155.00 | Panoche Pistachios, LLC | Panoche Pistachios, LLC | Prudential | Prudential | 62,715.65 |
| 7/31/2025 | Setton | 2024 - Pistachios | 35101 | 128.70 | Panoche Pistachios, LLC | Panoche Pistachios, LLC | Prudential | Prudential | 44,796.89 |
| 7/31/2025 | Setton | 2024 - Pistachios | 20401 | 69.40 | McConnell Farms, LLC | Panoche Pistachios, LLC | Unencumbered | US Bank | 28,670.01 |
| 7/31/2025 | Setton | 2024 - Pistachios | 07409 | 160.00 | FFGT Farms, LLC | FFGT Farms, LLC | Conterra-AEL | AEL | 194,461.20 |
| 7/31/2025 | Setton | 2024 - Pistachios | 07109 | 160.00 | FFGT Farms, LLC | FFGT Farms, LLC | Conterra-AEL | AEL | 79,814.12 |
| 7/31/2025 | Setton | 2024 - Pistachios | 01405 | 117.06 | FFGT Farms, LLC | FFGT Farms, LLC | Conterra-MWA | Conterra | 87,382.54 |
| 7/31/2025 | Setton | 2024 - Pistachios | 35105 | 117.27 | FFGT Farms, LLC | FFGT Farms, LLC | Conterra-MWA | Conterra | 51,159.13 |
| 7/31/2025 | Setton | 2024 - Pistachios | 02405 | 60.39 | FFGT Farms, LLC | FFGT Farms, LLC | Conterra-MWA | Conterra | 33,133.26 |
| 7/31/2025 | Setton | 2024 - Pistachios | 34401 | 19.94 | Panoche Pistachios, LLC | Panoche Pistachios, LLC | Prudential | Prudential | 79,969.38 |
| 7/31/2025 | Meridian | 2024 - Pistachios | | | FFGT Farms, LLC | FFGT Farms, LLC | Conterra-AEL | AEL | 643,632.75 |
| 7/31/2025 | Meridian | 2024 - Pistachios | | | Sageberry Farms, LLC | Sageberry Farms, LLC | Prudential | Prudential | 238,488.87 |
| **Total** | | | | | | | | | **20,671,611.71** |