1  Terence G. Banich (SBN 212173)[1]
   terence.banich@katten.com
2  **KATTEN MUCHIN ROSENMAN LLP**
   525 W. Monroe St.
3  Chicago, IL 60661-3693
   Telephone:   (312) 902-5200
4  Facsimile:   (312) 902-1061

5  John E. Mitchell (*pro hac vice*)
   Michaela C. Crocker (*pro hac vice*)
6  **KATTEN MUCHIN ROSENMAN LLP**
   2121 North Pearl St., Ste. 1100
7  Dallas, TX 75201-2591
   Telephone:   (214) 765-3600
8  Facsimile:   (214) 765-3602

9  *Attorneys for the Receiver*
   Lance Miller

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ACDF, LLC, et al.<br><br>Defendants. | No. 1:24-cv-01102-KES-SAB<br><br>**DECLARATION OF CAMERON KAY IN SUPPORT OF NOTICE OF PROPOSED AUCTION AND SALE OF REAL PROPERTY (FELGER)**<br><br>Related To Dkt. No. 221<br><br>Judge:   Hon. Kirk E. Sherriff<br><br>Action Filed: September 16, 2024 |

---

[1]   Designated as counsel for service pursuant to L.R. 182(c)(1).

I, Cameron Kay, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury as follows:

1. I am over the age of eighteen years, am under no disability, and am competent to testify to the matters set forth herein. Except as otherwise stated, all facts set forth in this declaration are based upon my personal knowledge and/or my review of documents. If called as a witness in this case, I could and would testify competently to the facts set forth in this declaration.

2. I submit this declaration in support of the *Notice of Proposed Auction and Sale of Real Property (Felger)* (the "**Notice**") filed concurrently herewith.

3. I am a Broker Associate of Ca Ag Properties ("**Ca Ag**") and, as such, am authorized to submit this declaration on behalf of Ca Ag and in support of the Notice. Except as otherwise indicated, all facts set forth in this Declaration are based upon (a) my personal knowledge of the Property and the marketing and sale efforts related thereto; (b) information learned from my review of relevant documents; and (c) information provided to me by other representatives of Ca Ag. If I were called as a witness, I would testify consistently with the facts set forth in this Declaration.

4. I am a California licensed real estate broker, license number DRE #01932246. I work primarily out of the Fresno, California office, but have brokered sales throughout California, ranging from Yolo County, near Sacramento, to Ventura County, near Los Angeles. Throughout my career, I have specialized in agricultural transaction advisory services and sales in the state of California. I personally have brokered agricultural transactions in the state of California totaling over 28,000 acres with a value of over $740,000,000 since 2019.

5. On May 1, 2025, the Court entered an Order [Dkt. No. 205] authorizing me to serve as exclusive listing agent for the Receiver with respect to, among other properties, approximately 317.31 assessed acres of land located in Madera County, California, along with associated interests, as more particularly described in the Purchase and Sale Agreement attached to the Sale Notice (the "**Property**"). Upon engagement and direction to market, I or other representatives of Ca Ag initiated

or had initiated a marketing effort that included but was not limited to: (a) publishing notice of the auction and proposed sale in the following publications: The Business Journal, Bakersfield Californian, Madera Tribune, Merced Sun-Star, and the Visalia Times Delta, at least once weekly from approximately June 4, 2025, through June 25, 2025; (b) publishing of Property on www.caagproperties.com; (c) sending a printed mailer blast to over 3,500 growers and prospective buyers within the region of the Property; (d) sending a digital mailer blast to over 1,500 growers and prospective buyers within the region of the Property; and (v) sending a digital mailer blast to over 100 Brokers who work within the region of the Property.

6. The deadline to submit Qualified Bids for the Property passed on August 15, 2025. No such bids were received.

7. Considering (a) the length of the marketing process and (b) that the other potential bids and indications of interest the Receiver and Ca Ag received in connection with marketing of the Property have not exhibited value or interest comparable to the proposed sale, I believe it is unlikely that a continued marketing process or an auction would result in a higher or better offer.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 19, 2025
In Fresno, California

By: */s/ Cameron Kay*
Cameron Kay

3
No. 1:24-cv-01102-KES-SAB
DECLARATION OF CAMERON KAY

# PROOF OF SERVICE

**STATE OF ILLINOIS, COUNTY OF COOK**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Cook, State of Illinois. My business address is 525 W. Monroe St., Chicago, Illinois 60661. On August 19, 2025, I served the following document(s) described as:

**DECLARATION OF CAMERON KAY IN SUPPORT OF NOTICE OF PROPOSED AUCTION AND SALE OF REAL PROPERTY (FELGER)**

as follows:

**[ ]  BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed on **Exhibit 1** and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Katten Muchin Rosenman LLP practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**[X]  BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the document(s) to be sent from e-mail address janice.brooks-patton@katten.com to the persons at the e-mail address(es) listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

ali.mojdehi@mgr-legal.com
Jsmcnutt@kerncounty.com
jon@cavalrei.com
degan@wilkefleury.com
storigiani@youngwooldridge.com

**[ ]  BY OVERNIGHT MAIL (FedEx):** I enclosed said document(s) in an envelope or package provided by FEDEX and addressed to the persons at the addresses listed on **Exhibit 1**. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FEDEX or delivered such document(s) to a courier or driver authorized by FEDEX to receive documents.

**[ ]  BY PERSONAL SERVICE:** I caused said document to be personally delivered the document(s) to the person at the addresses listed above by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office.

**[X]  E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct.

Executed on August 19, 2025, at Winnetka, Illinois.

*/s/Terence G. Banich*
Terence G. Banich