1  **KELLER BENVENUTTI KIM LLP**
   JANE KIM (Cal. Bar No. 298192)
2  (jkim@kbkllp.com)
   JEREMY V. RICHARDS (Cal. Bar No. 102300)
3  (jrichards@kbkllp.com)
   101 Montgomery Street, Suite 1950
4  San Francisco, California 94104
   Telephone:     (415) 496-6723

5  *Attorneys for Defendants ACDF, LLC, Assemi
   and Sons, Inc., Bear Flag Farms, LLC, C&A*
6  *Farms, LLC, Cantua Orchards, LLC, Favier
   Ranch, LLC, Gradon Farms, LLC, Granville*
7  *Farms, LLC, Lincoln Grantor Farms, LLC,
   Maricopa Orchards, LLC, Panoche Pistachios,*
8  *LLC, and Sageberry Farms, LLC*

9                     UNITED STATES DISTRICT COURT

10                    EASTERN DISTRICT OF CALIFORNIA

11 | The Prudential Insurance Company of America, et al., | Case No. 1:24-cv-01102-KES-SAB |
12 |  | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** |
13 | Plaintiff, |  |
14 | v. |  |
15 | ACDF, LLC, et al., |  |
16 | Defendants. |  |

17         **PLEASE TAKE NOTICE** that, subject to approval by the Court, Defendants ACDF, LLC,

18 Assemi and Sons, Inc., Bear Flag Farms, LLC, C&A Farms, LLC, Cantua Orchards, LLC, Favier

19 Ranch, LLC, Gradon Farms, LLC, Granville Farms, LLC, Lincoln Grantor Farms, LLC, Maricopa

20 Orchards, LLC, Panoche Pistachios, LLC, and Sageberry Farms, LLC (collectively, the

21 "Defendants"), hereby substitute Riley C. Walter of Wanger Jones Helsey PC ("Wanger Jones") as

22 their counsel of record in place and stead of Keller Benvenutti Kim LLP (the "Substitution"). Each

23 of the undersigned hereby consents to the Substitution effective as of the date first set forth below.

24 All further pleadings, orders, and notices shall be served upon Wanger Jones at the address and email

25 address stated below:

26

Riley C. Walter
CA Bar No.: 91839
Wanger Jones Helsey PC
265 E. River Park Circle, Suite 310
Fresno, CA 93720
Email: rwalter@wjhattorneys.com
Phone: (559) 233-4800

Dated: August 21, 2025

KELLER BENVENUTTI KIM LLP

By:  */s/ Jane Kim*
   Jane Kim
Withdrawing Counsel

WANGER JONES HELSEY PC

By:  */s/ Riley C. Walter* (as authorized on August 21, 2025)
   Riley C. Walter
New Counsel

ACDF, LLC, C&A FARMS, LLC, CANTUA ORCHARDS, LLC, GRANVILLE FARMS, LLC, AND MARICOPA ORCHARDS, LLC

By:  */s/ Farshid Assemi* (original signature retained by attorney Jane Kim)
   Farshid Assemi
Manager

ASSEMI AND SONS, INC.

By:  */s/ Farshid Assemi* (original signature retained by attorney Jane Kim)
   Farshid Assemi
Senior Vice President

BEAR FLAG FARMS, LLC, FAVIER RANCH, LLC, GRADON FARMS, LLC, PANOCHE PISTACHIOS, LLC, AND SAGEBERRY FARMS, LLC

By:  */s/ Darius Assemi* (original signature retained by attorney Jane Kim)
   Darius Assemi
Manager

LINCOLN GRANTOR FARMS, LLC

By:  */s/ Neema Assemi* (original signature retained by attorney Jane Kim)
   Neema Assemi
Manager

SUBSTITUTION OF COUNSEL

**IT IS SO ORDERED.**

_____          _____
DATE                                                    DISTRICT JUDGE