# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ACDF, LLC, et al., <br><br> Defendants. | Case No. 1:24-cv-01102-KES-SAB <br><br> ORDER GRANTING CERTAIN DEFENDANTS' SUBSTITUTION OF ATTORNEY <br><br> (ECF No. 239) |

Defendants ACDF, LLC, Assemi and Sons, Inc., Bear Flag Farms, LLC, C&A Farms, LLC, Cantua Orchards, LLC, Favier Ranch, LLC, Gradon Farms, LLC, Granville Farms, LLC, Lincoln Grantor Farms, LLC, Maricopa Orchards, LLC, Panoche Pistachios, LLC, and Sageberry Farms, LLC (collectively, the "Defendants") filed a substitution of attorney form substituting attorney Riley C. Walter of Wanger Jones Helsey PC in place of attorney Jane Kim of Keller Benvenutti Kim LLP. (ECF No. 239.) Accordingly, Riley C. Walter is substituted as attorney of record for the Defendants named herein. The Clerk of the Court is directed to terminate attorney Jane Kim as counsel of record.

IT IS SO ORDERED.

Dated: **August 22, 2025**

STANLEY A. BOONE
United States Magistrate Judge