Terence G. Banich (SBN 212173)[1]
terence.banich@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe St.
Chicago, IL 60661-3693
Telephone:     (312) 902-5200
Facsimile:     (312) 902-1061

John E. Mitchell (*pro hac vice*)
Michaela C. Crocker (*pro hac vice*)
**KATTEN MUCHIN ROSENMAN LLP**
2121 North Pearl St., Ste. 1100
Dallas, TX 75201-2591
Telephone:     (214) 765-3600
Facsimile:     (214) 765-3602

*Attorneys for the Receiver*
Lance Miller

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al., | ) No. 1:24-cv-01102-KES-SAB |
| Plaintiffs, | ) **REPORT OF SALE** |
| v. | ) |
| ACDF, LLC, et al. | ) Judge:        Hon. Kirk E. Sherriff |
| Defendants. | ) Action Filed:    September 16, 2024 |

---

[1] Designated as counsel for service pursuant to L.R. 182(c)(1).

Now comes Lance Miller, (the "**Receiver**"), solely in his capacity as Court-appointed receiver in the above-captioned case, and provides the following report of sale of certain personal property in accordance with the *Order Further Expanding Scope of Receivership* [Dkt. No. 197]:

Auction Location: Various Locations in Fresno, Kings, and Kern County, California
Auction Date: July 16, 2025

| | |
|---|---|
| Gross Sale Proceeds | $1,581,870.00 |
| TOTAL RECEIPTS | |
| | |
| Auctioneer's Comm'n | ($126,549.60) |
| Auctioneer's Expense – Prep & Marketing | ($  23,54500) |
| Auctioneer's Expense – Marshaling, Repairs & Fees | ($  37,008.35) |
| | |
| Balance Due Receiver:[2] | $1,394,767.05 |

Dated: September 3, 2025

Respectfully submitted,

**KATTEN MUCHIN ROSENMAN LLP**

By:    /s/ *Terence G. Banich*
          Terence G. Banich

*Attorneys for the Receiver*
Lance Miller

---

[2] Pursuant to paragraph 5 of the *Order Further Expanding Scope of Receivership*, net proceeds shall be paid to U.S. Bank after offset of applicable receivership expenses.  Please see **Exhibit A** for a detailed breakdown of proceeds and expenses.

1

## PROOF OF SERVICE

2

**STATE OF ILLINOIS, COUNTY OF COOK**

3

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Cook, State of Illinois. My business address is 525 W. Monroe St., Chicago, Illinois 60661. On September 3, 2025, I served the following document(s) described as:

4

5

**REPORT OF SALE**

6

as follows:

7

**[ ]    BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses below and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Katten Muchin Rosenman LLP practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

8

9

10

11

**[X]    BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the document(s) to be sent from e-mail address terence.banich@katten.com to the persons at the e-mail address(es) listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

12

13

14

ali.mojdehi@mgr-legal.com
Jsmcnutt@kerncounty.com
jon@cavalrei.com
degan@wilkefleury.com

15

16

**[ ]    BY OVERNIGHT MAIL (FedEx):** I enclosed said document(s) in an envelope or package provided by FEDEX and addressed to the persons at the addresses listed on **Exhibit 1**. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FEDEX or delivered such document(s) to a courier or driver authorized by FEDEX to receive documents.

17

18

19

**[ ]    BY PERSONAL SERVICE:** I caused said document to be personally delivered the document(s) to the person at the addresses listed above by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office.

20

21

**[X]    E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

22

23

I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct.

24

Executed on September 3, 2025, at Winnetka, Illinois.

25

26

*/s/Terence G. Banich*
Terence G. Banich

27

28

303668951

# Exhibit A



**Maricopa Orchards Settlement Statement**
Settlement Summary as of August 8, 2025

**Proceeds**

| | |
|---|---|
| Auction Proceeds | $1,581,870.00 |
| **Total Gross Sale Proceeds:** | **$1,581,870.00** |

**LESS:**

| | |
|---|---|
| Commission - 8% | $126,549.60 |
| Expenses - Auction Prep & Marketing (per Agreement Section 2.1 ) | $23,545.00 |
| Expenses - Marshaling, Repairs & Fees (per Agreement Sections  2.2 & 2.3) | $37,008.35 |
| **Total Commission & Expenses:** | **$187,102.95** |
| **Net Sale Proceeds:** | **$1,394,767.05** |

For questions regarding this statement, please contact:
Tyler Craig, Director, Onyx Asset Advisors at tcraig@thinkonyx.com



**Maricopa Orchards Expenses**

**Expenses 2.1**

| | | |
|---|---|---:|
| Advertising | $ | 3,880.00 |
| Services - Inventory & Staging | $ | 16,690.00 |
| Title Work | $ | 2,975.00 |
| **Total - Expenses 2.1** | **$** | **23,545.00** |

**Expenses 2.2**

| | | |
|---|---|---:|
| Batteries | $ | 275.00 |
| Detailing | $ | 3,000.00 |
| Forklift | $ | 1,700.00 |
| Hauling | $ | 18,751.93 |
| Mechanic | $ | 9,864.66 |
| Registration | $ | 406.61 |
| Services - Repairs | $ | 890.00 |
| Signage | $ | 640.15 |
| Smog | $ | 1,480.00 |
| **Total - Expenses 2.2** | **$** | **37,008.35** |

| | |
|---|---:|
| **Total Expenses - ALL** | **60,553.35** |

*Invoices available upon request*



**Maricopa Auction Sales**

| Lot # | Description | Sale Price |
|---|---|---|
| 32 | Kilby Mfg DOV1024 Vine Harvester | $163,000.00 |
| 30 | Kilby Mfg DOV1024 Vine Harvester | $152,000.00 |
| 31 | Kilby DOV1024 Vine Harvester | $152,000.00 |
| 33 | Kilby Mfg BC1326 Bin Carrier | $70,000.00 |
| 35 | 2018 COE S7R Shaker | $50,000.00 |
| 36 | 2015 Orchard-Rite Bullet-II Shaker | $44,000.00 |
| 37 | 2015 Orchard-Rite Bullet-II Shaker | $44,000.00 |
| 34 | Orchard Carriers Ind Bin BC 1091 Carrier | $27,000.00 |
| 10 | 2012 Caterpillar 420F 4x4 Loader Backhoe | $26,000.00 |
| 63 | 2019 Chevrolet 4x4 Tahoe | $25,000.00 |
| 60 | 2020 Chevrolet 2500 Z71 4x4 Crew Cab Pickup | $22,000.00 |
| 59 | 2022 Ford F250 XLT 4x4 (DOES NOT PASS SMOG) | $21,000.00 |
| 40 | 2016 Weiss McNair 2830 Sweeper | $20,500.00 |
| 25 | 2016 New Holland T4.100F Wheel Tractor | $18,500.00 |
| 45 | 2021 Chevrolet Silverado 4x4 RST Z71 | $18,500.00 |
| 24 | 2015 New Holland T4.100F Wheel Tractor | $18,000.00 |
| 70A | Jack Rabbit 20/20 Nut Elevator | $17,000.00 |
| 11 | 1997 Case 580L Loader Backhoe | $16,000.00 |
| 55 | 2019 FORD F150 XLT 4x4 Pickup | $16,000.00 |
| 17 | 2014 John Deere 6125M Wheel Tractor | $15,000.00 |
| 49 | 2020 Chevrolet Silverado LT 4X4 Crew Cab Pickup | $15,000.00 |
| 56 | 2016 Dodge Ram 1500 Crew Cab Pickup | $15,000.00 |
| 13 | 1999 John Deere 450G Series IV Dozer | $14,500.00 |
| 61 | 2014 Ford F350 Flatbed | $14,500.00 |
| 48 | 2020 Chevrolet 1500 Silverado LT 4x4 (DOES NOT PASS SMOG) | $13,500.00 |
| 27 | 2013 Kubota M108S Wheel Tractor | $13,000.00 |
| 47 | 2020 Chevrolet 1500 Silverado LT Crew Cab 4x4 Pickup | $13,000.00 |
| 53 | 2018 Chevrolet Silverado LT 4x4 | $13,000.00 |
| 12 | John Deere 3420 Telehandler | $12,500.00 |
| 38 | 2014 Orchard-Rite Bullet II Shaker (Parts) | $12,000.00 |
| 57 | 2020 Ram 1500 Bighorn 4x4 Pickup (DOES NOT PASS SMOG) | $12,000.00 |
| 16 | 2014 John Deere 6125M Wheel Tractor | $11,500.00 |
| 54 | 2018 Chevrolet Silverado 4x4 | $11,500.00 |
| 39 | 2014 Orchard-Rite Bullet-II (Parts) Shaker | $11,000.00 |
| 46 | 2020 Chevrolet Silverado 1500 4x4 ( PARTS ONLY NO SMOG) | $11,000.00 |
| 50 | 2020 Chevrolet 1500 Silverado 4x4 Crew Cab Pckup (DOES NOT PASS SMOG) | $11,000.00 |
| 51 | 2020 Chevrolet 1500 Z71 4x4 (DOES NOT PASS SMOG) | $11,000.00 |
| 58 | 2018 Ram 1500 4x4 Crew Cab Pickup (NO SMOG PARTS ONLY) | $11,000.00 |
| 22 | 2018 John Deere 5075GL Wheel Tractor | $10,500.00 |
| 43 | 2018 Weiss McNair 2930 (Parts) Sweeper | $10,500.00 |

| Lot # | Description | Sale Price |
|---|---|---|
| 44 | 2018 Weiss McNair 2930 (Parts) Sweeper | $10,500.00 |
| 66A | 2020 Chevrolet 2500  4x4 (Parts-Only) | $10,500.00 |
| 15 | 2014 John Deere 6125M Wheel Tractor | $10,000.00 |
| 29 | 2013 Kubota M108S Wheel Tractor | $10,000.00 |
| 52 | 2018 Chevrolet Silverado 1500 4x4 | $10,000.00 |
| 64 | 2016 Honda CRV Crossover SUV | $10,000.00 |
| 20 | 2011 John Deere 5105ML Wheel Tractor | $9,500.00 |
| 28 | 2013 Kubota M108S Wheel Tractor | $8,500.00 |
| 67 | Jackrabbit PJ110 Prepperjack | $8,500.00 |
| 68 | Jack Rabbit PJ110 Prepperjack | $8,500.00 |
| 21 | 2011 John Deere 5105ML Wheel Tractor | $8,000.00 |
| 18 | 2016 John Deere 6115M (Parts) Wheel Tractor | $7,500.00 |
| 19 | 2013 John Deere 6125M Wheel Tractor | $7,500.00 |
| 97A | Air-O-Fan G3-636 600 Gallon PTO Sprayer (Parts) | $7,500.00 |
| 41 | 2016 Weiss McNair 2930 (Parts) Sweeper | $7,000.00 |
| 66 | 2018 Chevrolet 2500 4x4 (NO SMOG PARTS ONLY) | $7,000.00 |
| 537 | Rears KMA12G920LP 12 Ft Flail Mower | $6,675.00 |
| 26 | 2013 New Holland T5070 (Parts) Wheel Tractor | $6,000.00 |
| 42 | 2016 Weiss McNair 2830 (Parts) Sweeper | $6,000.00 |
| 69 | Jackrabbit 335 Dump Cart | $5,500.00 |
| 106 | 2003 Becchio & Mandrile TML80 16ft Folding Flail Chopper | $5,100.00 |
| 88 | Tri Axle Gooseneck Trailer | $4,750.00 |
| 1 | 2019 John Deere TX 4x2 Gator | $4,500.00 |
| 14 | New Holland LX565 (Parts) Skidsteer | $4,500.00 |
| 575 | Custombuilt 3pt Border Shaper | $4,375.00 |
| 583 | Bezzeridies 3pt Weeder | $4,175.00 |
| 65 | 2012 Chevrolet 3500HD (Parts Only) | $4,000.00 |
| 86 | 1979 Clough 5400 Gallon Alum Tanker | $3,500.00 |
| 70 | Jack Rabbit 335 Dump Cart | $3,250.00 |
| 85 | 1974 Clough 5400 Gallon Alum Tanker | $3,150.00 |
| 538 | Rears KM14G920LP 14 Ft flail Mower | $3,075.00 |
| 103 | D&M 3pt pto Leaf Hog | $2,900.00 |
| 104 | 2010 D&M 3pt pto Leaf Hog | $2,900.00 |
| 2 | 2018 John Deere TX 4x2 Gator | $2,800.00 |
| 3 | 2019 John Deere TX 4x2 Gator | $2,800.00 |
| 81 | Ag S/S Water Trailer | $2,800.00 |
| 4 | 2018 John Deere TX 4x2 Gator | $2,600.00 |
| 5 | 2019 John Deere TE 4x2 Gator | $2,600.00 |
| 62 | 2006 Ford F350 Flatbed Truck (NO SMOG PARTS ONLY) | $2,500.00 |
| 598 | 2001 Forest River F27 5th Wheel Travel Trailer | $2,475.00 |
| 584 | Custombuilt 3pt Drip Line/Tape Roller | $2,275.00 |
| 599 | Donahue 521S Implement Trailer | $2,275.00 |
| 77 | 2020 1000 Gallon Dual Burner Trailer | $2,000.00 |
| 78 | 2015 1000 Gallon Dual Burner Trailer | $2,000.00 |
| 554 | Custombuilt 525 Gallon Poly Herbicide Sprayer | $1,975.00 |
| 586 | 2006 VOLVO PENTA DIESEL ENGINE | $1,975.00 |
| 596 | Custombuilt Field Dolly | $1,975.00 |

| Lot # | Description | Sale Price |
|---|---|---|
| 608 | Custombuilt S/A Shade Trailer | $1,975.00 |
| 636 | Golden Valley S/A Portable Restroom | $1,975.00 |
| 637 | Golden Valley S/A Portable Restroom | $1,975.00 |
| 75 | 2020 1000 Gallon Propane Dual Buner | $1,850.00 |
| 76 | 2020 1000 Gallon Dual Burner Trailer | $1,850.00 |
| 587 | 2006 VOLVO PENTA DIESEL ENGINE | $1,775.00 |
| 589 | Trailer Mtd Fuel Tank | $1,775.00 |
| 101 | Russel Bee Netting Machine | $1,700.00 |
| 591 | Custombuilt 2500 Gallon Poly Nurse Tank Trailer | $1,675.00 |
| 72 | T/A 6ftx10ft Hyd Dump Trailer | $1,600.00 |
| 73 | 8x10 T/A Hydraulic Dump Trailer | $1,600.00 |
| 544 | Rhino ORC 12 12 Ft Flail Mower | $1,575.00 |
| 577 | Custombuilt 3pt 6ft Root Knife | $1,575.00 |
| 520A | 2014 Honda Recon 250 ATV | $1,575.00 |
| 71 | 7.6x10 S/A Side Dump Trailer | $1,500.00 |
| 80 | 2015 1000 Gallon Propane Burner Trailer | $1,500.00 |
| 93 | SDI Skid Mtd Pherigater SB600E/3PH | $1,500.00 |
| 102 | Russel Bee Netting Machine | $1,500.00 |
| 105 | Tye 114-6330 20ft Grain Drill | $1,500.00 |
| 541 | Rears 3pt 12 ft Flail Mower | $1,475.00 |
| 504 | 2017 Honda TRX250 ATV | $1,375.00 |
| 543 | Vrisimo 15 Ft Flail Mower | $1,375.00 |
| 585 | Custombuilt 3pt Dripline Roller | $1,375.00 |
| 625 | Golden Valley 12ft S/A Shade Trailer | $1,375.00 |
| 6 | EZ-GO Express 4x4 72V Cart | $1,300.00 |
| 607 | Custombuilt S/A Shade Trailer | $1,275.00 |
| 626 | Golden Valley 12ft S/A Shade Trailer | $1,275.00 |
| 627 | Golden Valley 12ft S/A Shade Trailer | $1,275.00 |
| 628 | Golden Valley 12ft S/A Shade Trailer | $1,275.00 |
| 630 | Golden Valley 12ft S/A Shade Trailer | $1,275.00 |
| 632 | Golden Valley 12ft S/A Shade Trailer | $1,275.00 |
| 82 | Custom Built 2600 Gallon Water Trailer | $1,250.00 |
| 83 | Ag Steel Water Trailer | $1,250.00 |
| 89 | Custombuilt S/A Gondola Tipster Trailer | $1,250.00 |
| 90 | Custombuilt S/A Tipster Gondola Trailer | $1,250.00 |
| 8 | Ingersoll Rand Carry All 500 Electric Cart | $1,200.00 |
| 79 | 2017 500 Gallon Dual Burner Trailer | $1,200.00 |
| 98 | Victair 600 Gallon S/S Air Blast Sprayer | $1,200.00 |
| 99 | Victair 600 Gallon S/S Air Blast Sprayer | $1,200.00 |
| 100 | Victair 400 Gallon S/S Air Blast Sprayer | $1,200.00 |
| 520B | 2014 Honda Recon 250 ATV | $1,200.00 |
| 507 | 2016 Honda TRX250 ATV | $1,175.00 |
| 517 | 2014 Honda TRX250 ATV | $1,175.00 |
| 542 | Vrisimo 15 Ft Flail Mower | $1,175.00 |
| 548 | Rhino RHD74 In Flail Mower | $1,175.00 |
| 549 | Rhino RHD62 In Flail Mower | $1,175.00 |

| Lot # | Description | Sale Price |
|---|---|---|
| 550 | Custombuilt Reservoir T/A Nut Cart | $1,175.00 |
| 566 | SR Specialty Eq 425 Gallon S/S Herbicide Sprayer | $1,175.00 |
| 619 | Custombuilt 8ft X 5ft S/A Cage Trailer | $1,175.00 |
| 620 | Custombuilt 8ft X 5ft S/A Cage Trailer | $1,175.00 |
| 622 | Custombuilt 8ft X 5ft S/A Cage Trailer | $1,175.00 |
| 623 | Custombuilt 8ft X 5ft S/A Cage Trailer | $1,175.00 |
| 629 | Golden Valley 12ft S/A Shade Trailer | $1,175.00 |
| 631 | Golden Valley 12ft S/A Shade Trailer | $1,175.00 |
| 633 | Golden Valley 12ft S/A Shade Trailer | $1,175.00 |
| 634 | Golden Valley 12ft S/A Shade Trailer | $1,175.00 |
| 635 | Golden Valley 12ft S/A Shade Trailer | $1,175.00 |
| 500 | 2014 Honda TRX420 ATV | $1,075.00 |
| 501 | 2019 Honda TRX250 ATV | $1,075.00 |
| 502 | 2018 Honda TRX250 ATV | $1,075.00 |
| 503 | 2017 Honda TRX250 ATV | $1,075.00 |
| 505 | 2017 Honda TRX250 ATV | $1,075.00 |
| 512 | 2016 Honda TRX250 ATV | $1,075.00 |
| 519 | 2014 Honda TRX250 ATV | $1,075.00 |
| 520 | 2014 Honda TRX250 ATV | $1,075.00 |
| 615 | Custombuilt 8ft X 5ft S/A Cage Trailer | $1,075.00 |
| 621 | Custombuilt 8ft X 5ft S/A Cage Trailer | $1,075.00 |
| 624 | Golden Valley 12ft S/A Shade Trailer | $1,075.00 |
| 516A | 2016 Honda 250 Recon ATV | $1,075.00 |
| 9 | 2014 Kawasaki Mule 4000 | $1,000.00 |
| 92 | SDI Skid Mtd Pherigator SB600E/3H | $1,000.00 |
| 94 | (2) Flow Guard Skid Mtd S/S Filtration Units | $1,000.00 |
| 518 | 2014 Honda TRX250 ATV | $990.00 |
| 576 | 2019 Custombuilt 6ft 3pt Vblade Leveler | $990.00 |
| 592 | 1972 Globe 3500 Gal S/S Milk Tank | $990.00 |
| 508 | 2016 Honda TRX250 ATV | $965.00 |
| 618 | Custombuilt 8ft X 5ft S/A Cage Trailer | $965.00 |
| 511 | 2016 Honda TRX250 ATV | $940.00 |
| 523 | 2013 Honda TRX250 ATV | $940.00 |
| 521 | 2013 Honda TRX250 ATV | $915.00 |
| 522 | 2013 Honda TRX250 ATV | $915.00 |
| 525 | 2012 Honda TRX250 ATV | $915.00 |
| 532 | 2007 Honda TRX250 ATV | $915.00 |
| 609 | 4ftx16ft S/A  Bin Trailer | $915.00 |
| 610 | 4ftx16ft S/A  Bin Trailer | $915.00 |
| 611 | 4ftx16ft S/A  Bin Trailer | *$915.00* |
| 612 | 4ftx16ft S/A  Bin Trailer | $915.00 |
| 614 | 4ftx16ft S/A  Bin Trailer | $915.00 |
| 616 | Custombuilt 8ft X 5ft S/A Cage Trailer | $915.00 |
| 617 | Custombuilt 8ft X 5ft S/A Cage Trailer | *$915.00* |
| 7 | Cushman Hauler Pro Electric Cart | $900.00 |
| 95 | Bubco Enviromist Herbicide Sprayer | $900.00 |

| Lot # | Description | Sale Price |
|---|---|---|
| 513 | 2016 Honda TRX250 ATV | $890.00 |
| 524 | 2013 Honda TRX250 ATV | $890.00 |
| 527 | 2012 Honda TRX250 ATV | *$890.00* |
| 528 | 2012 Honda TRX250 ATV | $890.00 |
| 539 | Rears 3pt 12 ft Flail Mower | $890.00 |
| 581 | Rhino 1900 9 Ft Angle Blade | $890.00 |
| 613 | 4ftx16ft S/A  Bin Trailer | $890.00 |
| 531 | 2011 Honda TRX250 ATV | $865.00 |
| 604 | Custombuilt Sickle/Saw Prototype Pruner | $865.00 |
| 510 | 2016 Honda TRX250 ATV | $840.00 |
| 588 | Caterpillar 3304 S/A Booster Pump | $840.00 |
| 540 | Rears KML12G920LP 12 ft Flail Mower | $815.00 |
| 595 | Dean Fuel & Lube Truck Body | $815.00 |
| 91 | Crisafulli Portable Ditch Pump | $800.00 |
| 96 | Bubco Enviromist Herbicide Sprayer | $800.00 |
| 514 | 2016 Honda TRX250 ATV | $790.00 |
| 515 | 2016 Honda TRX250 ATV | $790.00 |
| 530 | 2011 Honda TRX250 ATV | *$790.00* |
| 582 | Porters Welding LDD6 6ft Drag Scraper | $790.00 |
| 584A | Custombuilt S/A Drip Line Roller Trailer | $790.00 |
| 526 | 2012 Honda TRX250 ATV | $765.00 |
| 509 | 2016 Honda TRX250 ATV | $740.00 |
| 516 | 2016 Honda TRX250 ATV | $740.00 |
| 568 | SR Specialty Eq 400 Gallon S/S Herbicide Sprayer | $740.00 |
| 529 | 2012 Honda TRX250 ATV | *$690.00* |
| 552 | Custombuilt 525 Gallon Poly Herbicide Sprayer | $690.00 |
| 555 | Custombuilt 525 Gallon Poly Herbicide Sprayer | $690.00 |
| 574 | International 12 Ft Offset Disc | $690.00 |
| 551 | Custombuilt 525 Gallon Poly Herbicide Sprayer | $640.00 |
| 553 | Custombuilt 525 Gallon Poly Herbicide Sprayer | $640.00 |
| 573 | Big Ed 8 Ft Tandem Wheel Disc | $640.00 |
| 601 | Custombuilt Portable BBQ Trailer | $640.00 |
| 84 | Ag Water Trailer | $600.00 |
| 506 | 2017 Honda TRX250 ATV | $590.00 |
| 571 | Ag Spray Eq 525 Gallon Herbicide Sprayer | $565.00 |
| 593 | 1000 Gallon Portable Fuel Tank | $565.00 |
| 554A | Custombuilt 400 Gallon Poly Herbicide Sprayer | $540.00 |
| 558 | Custombuilt 525 Gallon Poly Herbicide Sprayer | $515.00 |
| 570 | Windmill 400 Gallon S/S Herbicide Sprayer | $515.00 |
| 572 | Strathmore 14 Ft Tandem Wheel Disc | $515.00 |
| 560 | Custombuilt 525 Gallon Poly Herbicide Sprayer | $490.00 |
| 562 | Custombuilt 525 Gallon Poly Herbicide Sprayer | $490.00 |
| 600 | Portable Handicap Restroom | $490.00 |
| 602 | 1977 Freightliner Cab Over (Parts Only) Truck | $490.00 |
| 603 | Freuhauf (Parts Only) T/A Steel End Dump | $490.00 |
| 545 | Flory 3012 12 Ft Flail Mower | $440.00 |
| 579 | Custom Built 5 Tine Brush Rake | $390.00 |

| Lot # | Description | Sale Price |
|---|---|---|
| 534 | 2017 Honda TRX250 ATV (Parts) | $365.00 |
| 557 | Custombuilt 525 Gallon Poly Herbicide Sprayer | $340.00 |
| 567 | SR Specialty Eq 400 Gallon S/S Herbicide Sprayer | $340.00 |
| 594 | 500 Gallon Fuel Tank | $340.00 |
| 536 | Rears 90 Inch Brush Shredder | $315.00 |
| 97 | Bubco Enviromist Herbicide Sprayer | $300.00 |
| 564 | Custombuilt 525 Gallon Poly Herbicide Sprayer | $290.00 |
| 580 | Woods RB350 8 Ft Angle Blade | $290.00 |
| 590 | Custombuilt Saddle Mtd Fuel Tank | $290.00 |
| 565 | Custombuilt 400 Gallon Poly Herbicide Sprayer | $265.00 |
| 571A | Domries TH1002440 11 Ft Tandem Wheel Disc | $245.00 |
| 569 | Windmill 400 Gallon S/S Herbicide Sprayer | $235.00 |
| 546 | Flory 3012 12 Ft Flail Mower | $225.00 |
| 87 | 4275 Gallon Aluminum Water Trailer | $200.00 |
| 559 | Custombuilt 525 Gallon Poly Herbicide Sprayer | $195.00 |
| 561 | Custombuilt 525 Gallon Poly Herbicide Sprayer | $195.00 |
| 533 | 2014 Honda TRX420 ATV (Parts) | $185.00 |
| 578 | 2017 Custombuilt 3pt 6ft V Blade Leveler | $165.00 |
| 563 | Custombuilt 410 Gallon S/S Herbicide Sprayer | $145.00 |
| 535 | 2014 Honda TRX250 ATV (Parts) | $125.00 |
| 606 | Bucket Fork Attachment | $115.00 |
| 547 | Porters Welding 14 Ft 3pt (Parts) Flail Mower | $40.00 |
| 605 | Custombuilt 3pt 10ft 7x7 Tool Bar | $10.00 |
| 23 | 1982 John Deere 4840 Wheel Tractor | Removed |
| | | |
| | | |
| | | |

**TOTAL  $  1,581,870.00**