**WANGER JONES HELSLEY**
Riley C. Walter #91839
Ian J. Quinn #342754
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 490-0949
E-Mail: rwalter@wjhattorneys.com
iquinn@wjhattorneys.com

Attorneys for Defendants ACDF, LLC; Assemi and Sons, Inc., Bear Flag Farms, LLC; C & A Farms, LLC; Cantua Orchards, LLC; Favier Ranch, LLC, Gradon Farms, LLC; Granville Farms, LLC; Lincoln Grantor Farms, LLC; Maricopa Orchards, LLC; Panoche Pistachios, LLC; and Sageberry Farms, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ACDF, LLC; ASSEMI AND SONS, INC.; AVILA RANCH EA, LLC; BEAR FLAG FARMS, LLC; C & A FARMS, LLC; CANTUA ORCHARDS, LLC; DA REAL ESTATE HOLDINGS, LLC; FAVIER RANCH, LLC; FG2 HOLDINGS LLC; GRADON FARMS, LLC; GRANVILLE FARMS, LLC; GRANTLAND HOLDINGS NO. 1, LLC; GRANTLAND HOLDINGS NO. 2, LLC; GRANTOR REAL ESTATE INVESTMENTS, LLC; GVM INVESTMENTS, LLC; GV AG, LLC; LINCOLN GRANTOR FARMS, LLC; MARICOPA ORCHARDS, LLC; PANOCHE PISTACHIOS, LLC; SAGEBURY FARMS, LLC; DEREK BELL; RACHEL MARIE WHITE,<br><br>Defendants. | Case No. 1:24-cv-01102-KES-SAB<br><br>**REPLY TO OPPOSITION OF JONATHAN REITER TO PROPOSED AUCTION AND SALE OF REAL PROPERTY (FELGER)**<br><br>Date: September 8, 2025<br>Time: 1:30 p.m.<br>Place: 2500 Tulare Street, Fresno, CA<br>        Courtroom 6, 7th Floor<br>Judge: Honorable Kirk Sherriff |

TO THE HONORABLE KIRK SHERRIFF, UNITED STATES DISTRICT JUDGE:

Defendants, ACDF, LLC; Assemi and Sons, Inc., Bear Flag Farms, LLC; C & A Farms, LLC; Cantua Orchards, LLC; Favier Ranch, LLC, Gradon Farms, LLC; Granville Farms, LLC; Lincoln Grantor Farms, LLC; Maricopa Orchards, LLC; Panoche Pistachios, LLC; and Sageberry Farms, LLC, hereby appear in response to the Opposition of Jonathan Reiter to the proposed sale of receivership assets as follows:

1. Defendants are the owners of the subject real property sought to be sold by the appointed Receiver, Lance Miller.

2. Defendants support the Motion and request the Opposition be overruled.

3. Defendants dispute that Jonathan Reiter has earned a commission on the subject sale and assert numerous defenses and offsets to his claims.

4. As an attorney, Jonathan Reiter knew or should know that he has, at best, a general unsecured claim in an amount to be determined and is not entitled to the preferred over other general unsecured creditors.

WHEREFORE, Defendants pray the opposition be overruled and that the subject sale be approved and they seek such other relief as is just and proper in the premises.

Dated: September 4, 2025                          WANGER JONES HELSLEY

By: *Riley C. Walter*
Riley C. Walter
Ian J. Quinn
Attorneys for ACDF, LLC; Assemi and Sons, Inc., Bear Flag Farms, LLC; C & A Farms, LLC; Cantua Orchards, LLC; Favier Ranch, LLC, Gradon Farms, LLC; Granville Farms, LLC; Lincoln Grantor Farms, LLC; Maricopa Orchards, LLC; Panoche Pistachios, LLC; and Sageberry Farms, LLC

## PROOF OF SERVICE

**Prudential Insurance Company of America v. ACDF, LLC, et al**
**Case No. 1:24-cv-01102-KES-SAB**

STATE OF CALIFORNIA, COUNTY OF FRESNO

My business address is 265 East River Park Circle, Suite 310, Post Office Box 28340, Fresno, California 93729. I am employed in Fresno County, California. I am over the age of 18 years and am not a party to this case.

On the date indicated below, I served the foregoing document(s) described as on all interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

1. **REPLY TO OPPOSITION OF JONATHAN REITER TO PROPOSED AUCTION AND SALE OF REAL PROPERTY (FELGER)**

_____  **(BY MAIL)** I am readily familiar with the business' practice for collection and processing of correspondence for mailing, and that correspondence, with postage thereon fully prepaid, will be deposited with the United States Postal Service on the date noted below in the ordinary course of business, at Fresno, California.

XXX  **(BY CM/ECF NOTICE OF ELECTRONIC FILING)** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

EXECUTED ON September 4, 2025, at Fresno, California.

XXX  **(FEDERAL)** I declare that I am employed in this office of a member of the bar of this court at whose direction this service was made.

_____
Dani Durham