# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ACDF, LLC, et al.,<br><br>Defendants. | Case No. 1:24-cv-01102-KES-SAB<br><br>ORDER GRANTING ETHAN D. TROTZ'S *PRO HAC VICE* APPLICATION<br><br>(ECF No. 274) |

Before the Court is the application of Ethan D. Trotz, attorney for Receiver Lance Miller, for admission to practice *pro hac vice*. L.R. 180(b)(2). Following review, the application for admission to practice *pro hac vice* is HEREBY GRANTED. The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated: **September 10, 2025**

STANLEY A. BOONE
United States Magistrate Judge

1