Terence G. Banich (SBN 212173)[1]
terence.banich@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe St.
Chicago, IL 60661-3693
Telephone:    (312) 902-5200
Facsimile:    (312) 902-1061

John E. Mitchell (*pro hac vice*)
Michaela C. Crocker (*pro hac vice*)
**KATTEN MUCHIN ROSENMAN LLP**
2121 North Pearl St., Ste. 1100
Dallas, TX 75201-2591
Telephone:    (214) 765-3600
Facsimile:    (214) 765-3602

*Attorneys for the Receiver*
Lance Miller

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al., | No. 1:24-cv-01102-KES-SAB |
| Plaintiffs, | **RECEIVER'S NOTICE OF NON-OPPOSITION AND NON-OBJECTION TO NOTICE OF PROPOSED AUCTION AND SALE OF REAL PROPERTY (AVEUNUE 6)** |
| v. | |
| ACDF, LLC, et al. | [Dkt. No. 226] |
| Defendants. | Hearing: |
| | Hearing Date:   September 22, 2025 |
| | Hearing Time:   1:30 P.M. PT |
| | Location: Robert E. Coyle U.S. Courthouse |
| |                2500 Tulare Street |
| |                Courtroom 6, 7th floor |
| |                Fresno, CA 93721 |
| | Judge:          Hon. Kirk E. Sherriff |
| | Action Filed:   September 16, 2024 |

304024716

1  On August 5, 2025, Lance Miller, solely in his capacity as Court-appointed receiver (the
2  "**Receiver**") in the above-captioned case, filed the *Notice of Proposed Auction and Sale of Real*
3  *Property (Avenue 6)* [Dkt. No. 226] (the "**Notice**").
4  Pursuant to Rule 230(c) of the Local Rules of Practice for the United States District Court
5  for the Eastern District of California (the "**Local Rules**"), any party wishing to object to the Notice
6  was required to file an objection (an "**Objection**") with the Court on or before September 15, 2025.
7  No oppositions or objections were filed or received by such date.
8  Accordingly, the Receiver hereby respectfully requests that the Court enter the *Order  (I)*
9  *Authorizing Sale of Real Estate Free and Clear of Interest; (II) Authorizing the Payment of Sale*
10  *Related Costs; and (III) Granting Related Relief* attached hereto as **Exhibit A**.[2]

12  Dated: September 17, 2025

Respectfully submitted by:

**KATTEN MUCHIN ROSENMAN LLP**

By: */s/ Terence G. Banich*
Terence G. Banich
*Attorneys for the Receiver*
Lance Miller

---

[1] Designated as counsel for service pursuant to L.R. 182(c)(1).

[2] A redline of the proposed order compared against that previously filed with the Court is attached hereto as **Exhibit B**.

## PROOF OF SERVICE

**STATE OF ILLINOIS, COUNTY OF COOK**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Cook, State of Illinois. My business address is 525 W. Monroe St., Chicago, Illinois 60661. On September 17, 2025, I served the following document(s) described as:

**RECEIVER'S NOTICE OF NON-OPPOSITION AND NON-OBJECTION TO NOTICE OF PROPOSED AUCTION AND SALE OF REAL PROPERTY (AVEUNUE 6)**

as follows:

**[ ]   BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Katten Muchin Rosenman LLP practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**[X]   BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the document(s) to be sent from e-mail address terence.banich@katten.com to the persons at the e-mail address(es) listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

> ali.mojdehi@mgr-legal.com
> Jsmcnutt@kerncounty.com
> jon@cavalrei.com
> degan@wilkefleury.com
> storigiani@youngwooldridge.com
> HGrossman@cozen.com
> pswain@cozen.com
> RStewart@pearsonrealty.com
> kstewart@pearsonrealty.com
> aferdinandi@pearsonrealty.com
> DKevorkian@pearsonrealty.com
> sgrosz@pearsonrealty.com
> jreisz@kleinlaw.com
> ckay@caagproperties.com

**[ ]   BY OVERNIGHT MAIL (FedEx):** I enclosed said document(s) in an envelope or package provided by FEDEX and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FEDEX or delivered such document(s) to a courier or driver authorized by FEDEX to receive documents.

**[ ]   BY PERSONAL SERVICE:** I caused said document to be personally delivered the document(s) to the person at the addresses listed above by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office.

**[X]   E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct.

Executed on September 17, 2025, at Aspen, Colorado.

*/s/Terence G. Banich*
Terence G. Banich