Terence G. Banich (SBN 212173)[1]
terence.banich@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe St.
Chicago, IL 60661-3693
Telephone:    (312) 902-5200
Facsimile:    (312) 902-1061

John E. Mitchell (*pro hac vice*)
Michaela C. Crocker (*pro hac vice*)
**KATTEN MUCHIN ROSENMAN LLP**
2121 North Pearl St., Ste. 1100
Dallas, TX 75201-2591
Telephone:    (214) 765-3600
Facsimile:    (214) 765-3602

*Attorneys for the Receiver*
Lance Miller

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ACDF, LLC; ASSEMI AND SONS, INC.; AVILA RANCH EA, LLC; BEAR FLAG FARMS, LLC; C & A FARMS, LLC; CANTUA ORCHARDS, LLC; DA REAL ESTATE HOLDINGS, LLC; FAVIER RANCH, LLC; FG2 HOLDINGS LLC; GRADON FARMS, LLC; GRANVILLE FARMS, LLC; GRANTLAND HOLDINGS NO. 1, LLC; GRANTLAND HOLDINGS NO. 2, LLC; GRANTOR REAL ESTATE INVESTMENTS, LLC; GVM INVESTMENTS, LLC; GV AG, LLC; LINCOLN GRANTOR FARMS, LLC; MARICOPA ORCHARDS, LLC; PANOCHE PISTACHIOS, LLC; SAGEBERRY FARMS, LLC; DEREK BELL; and RACHEL MARIE WHITE,<br><br>Defendants. | No. 1:24-cv-01455-KES-SAB<br><br>**STIPULATED EX PARTE APPLICATION TO SHORTEN TIME ON RECEIVER'S AGREED MOTION FOR (I) AN ORDER (A) APPROVING BID PROCEDURES FOR THE SALE OF REAL PROPERTY; (B) APPROVING BID PROTECTIONS FOR STALKING HORSE BIDDER; AND (C) SCHEDULING THE AUCTION AND SALE HEARING; AND**<br><br>**AFTER FURTHER NOTICE, AN (II) ORDER APPROVING SALE OF REAL PROPERTY FREE AND CLEAR OF ALL CLAIMS, LIENS, AND ENCUMBRANCES; AND**<br><br>**(III) GRANTING RELATED RELIEF**<br><br>Proposed Hearing:<br>Judge:      Hon. Kirk Sherriff<br>Date:       October 6, 2025<br>Time:       1:30 p.m.<br>Location:   Robert E. Coyle U.S. Courthouse<br>            2500 Tulare Street<br>            Courtroom 6m 7th Floor<br>            Fresno, CA 93721<br><br>Action Filed:    September 16, 2024 |

---

[1] Designated as counsel for service pursuant to L.R. 182(c)(1).

Lance Miller (the "**Receiver**"), solely in his capacity as Court-appointed Receiver in the above-captioned case, hereby files this *Stipulated Ex Parte Application to Shorten Time* (the "**Application**") on the *Agreed Motion of Receiver Lance Miller for (I) an Order (A) Approving Bid Procedures for the Sale of Real Property; (B) Approving Bid Protections for Stalking Horse Bidder; and (C) Scheduling the Auction and Sale Hearing; and After Further Notice, an (II) Order Approving Sale of Real Property Free and Clear of All Claims, Liens, and Encumbrances; and (III) Granting Related Relief* (the "**Bidding Procedures Motion**"). The Receiver expects to file the Bidding Procedures Motion with the Court no later than September 22, 2025.

This Application is filed pursuant to Local Rule 144 and the Standing Order of this Court, and is supported by the Declaration of Michaela Crocker, as counsel for Receiver (the "**Crocker Declaration**"), attached hereto, and the following facts:

The Receiver, with the assistance of Capstone Capital Markets LLC ("**Capstone**"), began marketing certain real property (the "**Property**") in April 2025, immediately following Capstone's formal engagement on April 1, 2025. Working with the Receiver, Capstone reached out to its extensive network of potential acquirors of the Property, including brokers, landowners, operators, and potential investors throughout the United States and internationally. In this process, the Receiver through Capstone has now contacted over 115 potential buyers and executed 31 non-disclosure agreements (each, an "**NDA**") with interested parties.

Following execution of an NDA, each interested party was provided a voluminous Confidential Information Memorandum and access to a comprehensive virtual data room (the "**VDR**"). The VDR contains, among other things, detailed ranch-by-ranch and parcel-by-parcel descriptions of the Property, key agreements related to the Property, a financial model, and ranch and soil maps. In addition, interested parties were hosted for guided or self-guided tours of the Property.

Each interested party also received a copy of Capstone's process letter, which provided guidance for two rounds of submissions of non-binding Letters of Intent (each, an "**LOI**"). Following receipt of the first round LOIs, Capstone and the Receiver selected the most likely parties to move forward to the second round. In the second round, the parties were directed to submit their

highest and best offers to become the "Stalking Horse Bidder" for the Property. At the conclusion of the second round, the Receiver chose a party to serve as the Stalking Horse Bidder for the Property and is in the process of finalizing a purchase and sale agreement with the Stalking Horse Bidder.

The Receiver is now nearing the conclusion of sale process with respect to the Property and is seeking authority to designate the Stalking Horse Bidder and award the Stalking Horse Bidder certain bid protections, as well as establish dates for the submission Qualified Bids, the Auction, the Sale Hearing, and all intervening dates and deadlines.

Throughout this process, the Receiver has been in contact with, and provided weekly updates to, among others, the Plaintiffs and the Farming Defendants (as defined in the Receivership Order). As reflected in the Crocker Declaration attached hereto, both Plaintiffs and Farming Defendants support shortened notice of the Bidding Procedures Motion so that the Receiver may conclude the marketing process and proceed to Auction, ultimately selling the Property to a Court-approved Successful Bidder.

Preliminary title work indicates that there are no lienholders on the Property junior to Plaintiffs and that the net sale proceeds should be sufficient to pay all closing costs and senior interests in full (except for Plaintiffs, who consent to the sale).[2]

Accordingly, the Receiver requests that the Court enter a scheduling order in relation to the Bidding Procedures Motion that (1) schedules the hearing for the Bidding Procedures Motion on October 6, 2025, and sets associated response and reply dates, and (2) authorizes service of the Bidding Procedures Motion to the potential holders of Interests via expedited delivery and service to all others via first class mail.

**As set forth in the Crocker Declaration, counsel for the Receiver met and conferred with the respective attorneys for Plaintiffs and the Farming Defendant, including the**

---

[2] Rabo Agrifinance ("**Rabo**") appears to hold a first position UCC financing statement (fixture filing) lien (the "**Rabo Lien**") on certain solar power generation equipment (the "**Solar Equipment**") located on the Property. Prior to Plaintiffs' liens being recorded against the Property, Rabo recorded a severance and consent agreement (Kern County Document 0216033979) that severed the Solar Equipment from the Property such that it appears to be deemed trade fixtures. As such, the Solar Equipment does not appear to be Receivership Property and has been excluded from the sale. Because of this, the Rabo Lien will not be paid at the closing of the proposed sale.

**defendant-record owners of the Property, each of whom consent to the request to shorten time as set forth in this Application**.

Based on the foregoing, the Receiver respectfully requests that the Court grant this Application and enter an order substantially in the form submitted herewith.

Dated: September 18, 2025

                                        Respectfully submitted,

                                        **KATTEN MUCHIN ROSENMAN LLP**

                                        By:    */s/ Terence G. Banich*
                                                    Terence G. Banich

                                        Attorneys for the Receiver,
                                        Lance Miller

**DECLARATION OF MICHAELA CROCKER**

I, Michaela Crocker, declare as follows:

1. I am an attorney who is duly licensed to practice before all courts in the State of Texas and admitted to practice before this Court on a *pro hac vice* basis. I am a partner with Katten Muchin Rosenman LLP, counsel of record for Lance Miller, as the Court-appointed receiver (the "**Receiver**") in this case. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to such facts under oath.

2. I make this Declaration in support of the *Stipulated Ex Parte Application to Shorten Time* (the "**Application**") on the *Agreed Motion of Receiver Lance Miller for (I) an Order (A) Approving Bid Procedures for the Sale of Real Property; (B) Approving Bid Protections for Stalking Horse Bidder; and (C) Scheduling the Auction and Sale Hearing; and After Further Notice, an (II) Order Approving Sale of Real Property Free and Clear of All Claims, Liens, and Encumbrances; and (III) Granting Related Relief* (the "**Bidding Procedures Motion**") filed herewith.

3. The facts stated in the Application are true and correct to the best of my knowledge, information, and belief.

4. I have met and conferred with the attorneys for the Plaintiffs and the Farming Defendants, including the record owners of the Property, as follows, and each such attorney has stated to me that their respective clients consent to the relief sought in the Application:

- Jason DeJonker and Nicholas Marcus of Seyfarth Shaw LLP on behalf of Plaintiffs; and
- Riley Walter and Ian Quinn of Wagner Jones Helsey PC on behalf of the Farming Defendants.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed: September 18, 2025; Dallas, Texas

/s/ *Michaela Crocker*
Michaela Crocker

**PROOF OF SERVICE**

**STATE OF ILLINOIS, COUNTY OF COOK**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Cook, State of Illinois. My business address is 525 W. Monroe St., Chicago, Illinois 60661. On September 18, 2025, I served the following document(s) described as:

**STIPULATED EX PARTE APPLICATION TO SHORTEN TIME ON RECEIVER'S AGREED MOTION FOR (I) AN ORDER (A) APPROVING BID PROCEDURES FOR THE SALE OF REAL PROPERTY; (B) APPROVING BID PROTECTIONS FOR STALKING HORSE BIDDER; AND (C) SCHEDULING THE AUCTION AND SALE HEARING; AND AFTER FURTHER NOTICE, AN (II) ORDER APPROVING SALE OF REAL PROPERTY FREE AND CLEAR OF ALL CLAIMS, LIENS, AND ENCUMBRANCES; AND (III) GRANTING RELATED RELIEF**

as follows:

**[ ]   BY MAIL:**  I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed on **Exhibit 1** and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Katten Muchin Rosenman LLP practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**[ X ]   BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused the document(s) to be sent from e-mail address terence.banich@katten.com to the persons at the e-mail address(es) listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

> ali.mojdehi@mgr-legal.com
> Jsmcnutt@kerncounty.com
> jon@cavalrei.com
> degan@wilkefleury.com
> storigiani@youngwooldridge.com
> HGrossman@cozen.com
> pswain@cozen.com
> RStewart@pearsonrealty.com
> kstewart@pearsonrealty.com
> aferdinandi@pearsonrealty.com
> DKevorkian@pearsonrealty.com
> sgrosz@pearsonrealty.com
> jreisz@kleinlaw.com
> ckay@caagproperties.com

**[ ]   BY OVERNIGHT MAIL (FedEx):**  I enclosed said document(s) in an envelope or package provided by FEDEX and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FEDEX or delivered such document(s) to a courier or driver authorized by FEDEX to receive documents.

**[ ]   BY PERSONAL SERVICE:**  I caused said document to be personally delivered the document(s) to the person at the addresses listed above by leaving the documents in an envelope or

package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office.

**[X]   E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct.

Executed on September 18, 2025, at Chicago, Illinois.

/s/Terence G. Banich
Terence G. Banich