# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al., | No. 1:24-cv-01102-KES-SAB |
| Plaintiff, | **ORDER GRANTING EX PARTE APPLICATION TO SHORTEN TIME** |
| v. | **RELATED TO DKT. NO. 284** |
| ACDF, LLC; ASSEMI AND SONS, INC.; AVILA RANCH EA, LLC; BEAR FLAG FARMS, LLC; C & A FARMS, LLC; CANTUA ORCHARDS, LLC; DA REAL ESTATE HOLDINGS, LLC; FAVIER RANCH, LLC; FG2 HOLDINGS LLC; GRADON FARMS, LLC; GRANVILLE FARMS, LLC; GRANTLAND HOLDINGS NO. 1, LLC; GRANTLAND HOLDINGS NO. 2, LLC; GRANTOR REAL ESTATE INVESTMENTS, LLC; GVM INVESTMENTS, LLC; GV AG, LLC; LINCOLN GRANTOR FARMS, LLC; MARICOPA ORCHARDS, LLC; PANOCHE PISTACHIOS, LLC; SAGEBERRY FARMS, LLC; DEREK BELL; and RACHEL MARIE WHITE, | Judge: Hon. Kirk Sherriff |
| | Action Filed: September 16, 2024 |
| Defendants | |

Upon due consideration of the Receiver's *Stipulated Ex Parte Application to Shorten Time* (the "**Application**") and the *Declaration of Michaela Crocker* filed therewith, the Court finds that notice of the Application was proper and that good cause exists to enter an order setting a shortened notice, briefing, and hearing schedule for the *Agreed Motion of Receiver Lance Miller for (I) an Order (A) Approving Bid Procedures for the Sale of Real Property; (B) Approving Bid Protections for Stalking Horse Bidder; and (C) Scheduling the Auction and Sale Hearing; and After Further Notice, an (II) Order Approving Sale of Real Property Free and Clear of All Claims, Liens, and Encumbrances; and (III) Granting Related Relief* (the "**Bidding Procedures Motion**").[1] Having found the foregoing,

**IT IS HEREBY ORDERED:**

1. The Application is **GRANTED**.

2. Any opposition to the Bidding Procedures Motion shall be filed and served no later than **September 29, 2025, at 5:00 p.m. prevailing Pacific Time**.

3. Any Replies in support of the Bidding Procedures Motion shall be filed and served to any party filing an opposition no later than **October 2, 2025, at 5:00 p.m. prevailing Pacific Time**.

4. The hearing to consider the Bidding Procedures Motion will occur on **October 6, 2025, at 3:00 p.m. prevailing Pacific Time** in Courtroom 6, 7th Floor.

5. Within one (1) business day of the entry of this Order, the Receiver shall serve a copy of this Order and the Bidding Procedures Motion to potential holders of Interests via expedited delivery (where a street address is available) and via first class mail to all other parties on the service list established in this case.

IT IS SO ORDERED.

Dated: September 22, 2025

_____
UNITED STATES DISTRICT JUDGE

---

[1] All capitalized terms used but not defined shall have the meanings ascribed in the Application.

3
No. 1:24-cv-01102-KES-SAB
**ORDER SCHEDULING HEARING ON SHORTENED NOTICE**