# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ACDF LLC, et al.,<br><br>Defendants. | Case No. 1:24-cv-01102-KES-SAB<br><br>ORDER REQUIRING PLAINTIFFS TO FILE STATUS REPORT REGARDING READINESS FOR SCHEDULING CONFERENCE<br><br>**DEADLINE: OCTOBER 10, 2025** |

On September 16, 2024, Plaintiffs commenced this action, which has been related to several cases. (ECF No. 1.) An initial scheduling conference is set for October 28, 2025. (ECF No. 206.) As relevant here, there is at least one pending motion on the docket relating to approval of bid procedures and approving sale of real property. (ECF No. 295.) The Court also observers that multiple defendants on the docket have not yet appeared (*i.e.*, Avila Ranch EA, LLC; DA Real Estate Holdings, LLC; FG2 Holdings LLC; Grantland Holdings No. 1, LLC; Grantland Holdings No. 2, LLC; Grantor Real Estate Investments, LLC; GVM Investments, LLC; GV AG, LLC; Derek Bell; and Rachel Marie White). In general, the Court will conduct an initial scheduling conference only when all parties have appeared (or where appropriate entered into default). Moreover, given the complex nature of this lawsuit, the Court will direct Plaintiffs to explain whether an initial scheduling conference would be appropriate at this time.

///

1

Accordingly, IT IS HEREBY ORDERED that **on or before October 10, 2025**, Plaintiffs shall file a status report indicating the status of service upon the outstanding defendants; whether Plaintiffs are prepared to hold the scheduling conference; and/or whether the scheduling conference should be continued to allow for the remaining defendants to appear in this action or for other good cause.  Concurrently, Plaintiffs should move for an extension to complete service, if necessary.  Fed. R. Civ. P. 4(m).

IT IS SO ORDERED.

Dated: **October 6, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2