Terrence G. Banich (SBN 212173)[1]
terence.banich@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe St.
Chicago, IL 60661-3693
Telephone: (312) 902-5200
Facsimile: (312) 902-1061

John E. Mitchell (*pro hac vice*)
Michaela C. Crocker (*pro hac vice*)
**KATTEN MUCHIN ROSENMAN LLP**
2121 North Pearl St., Ste. 1100
Dallas, TX 75201-2591
Telephone: (214) 765-3600
Facsimile: (214) 765-3602

*Attorneys for the Receiver*
Lance Miller

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ACDF, LLC, et al.<br><br>Defendants. | No. 1:24-cv-01102-KES-SAB<br><br>**NOTICE OF HEARING ON NOTICE OF PROPOSED AUCTION AND SALE OF REAL PROPERTY (HMA)**<br>**[Dkt. No. 264]**<br><br>Hearing:<br>Date: October 20, 2025<br>Hearing Time: 1:30 p.m. PT<br>Location: Courtroom 6, 7th Floor<br>2500 Tulare Street<br>Fresno, CA 93721<br><br>Judge: Hon. Kirk E. Sherriff<br><br>Action Filed: September 16, 2024<br><br>**HONORABLE KIRK E. SHERRIFF** |

---

[1] Designated as counsel for service pursuant to L.R. 182(c)(1).

304191960

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on September 5, 2025, Receiver Lance Miller (the "**Receiver**") filed the *Notice of Proposed Auction and Sale of Real Property (HMA)* [Dkt. No. 264] (the "**Sale Notice**").

**PLEASE TAKE FURTHER NOTICE** that the Sale Notice shall be heard by the Court on **October 20, 2025, at 1:30 p.m. PT**, in Courtroom 6, located at the Robert E. Coyle United States Courtroom, 2500 Tulare Street, Fresno, California 93721.

**PLEASE TAKE FURTHER NOTICE** that the deadline for filing and serving any opposition to the Motion and reply thereto is as set forth in the Sale Notice.

Dated: October 7, 2025

Respectfully submitted,

**KATTEN MUCHIN ROSENMAN LLP**

By: /s/ *Terence G. Banich*
    Terence G. Banich
    Attorneys for Lance Miller, as Receiver

# PROOF OF SERVICE

**STATE OF ILLINOIS, COUNTY OF COOK**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Cook, State of Illinois. My business address is 525 W. Monroe St., Chicago, Illinois 60661. On October 7, 2025, I served the following document(s) described as:

- **NOTICE OF HEARING ON NOTICE OF PROPOSED AUCTION AND SALE OF REAL PROPERTY (HMA) [Dkt. No. 264]**

as follows:

**[ ]  BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Katten Muchin Rosenman LLP practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**[X]  BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the document(s) to be sent from e-mail address terence.banich@katten.com to the persons at the e-mail address(es) listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

> ali.mojdehi@mgr-legal.com
> Jsmcnutt@kerncounty.com
> jon@cavalrei.com
> degan@wilkefleury.com
> storigiani@youngwooldridge.com
> HGrossman@cozen.com
> pswain@cozen.com
> RStewart@pearsonrealty.com
> kstewart@pearsonrealty.com
> aferdinandi@pearsonrealty.com
> DKevorkian@pearsonrealty.com
> sgrosz@pearsonrealty.com
> jreisz@kleinlaw.com
> ckay@caagproperties.com
> mindynili@gmail.com

**[ ]  BY OVERNIGHT MAIL (FedEx):** I enclosed said document(s) in an envelope or package provided by FEDEX and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FEDEX or delivered such document(s) to a courier or driver authorized by FEDEX to receive documents.

**[ ]  BY PERSONAL SERVICE:** I caused said document to be personally delivered the document(s) to the person at the addresses listed above by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office.

304191960

**[X]   E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct.

Executed on October 7, 2025, at Winnetka, Illinois.

                                      */s/Terence G. Banich*
                                      Terence G. Banich