SEYFARTH SHAW LLP
M. Ryan Pinkston (SBN 310971)
rpinkston@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Jason J. DeJonker (*admitted pro hac vice*)
jdejonker@seyfarth.com
Nicholas R. Marcus (*admitted pro hac vice*)
nmarcus@seyfarth.com
233 S Wacker Dr # 8000
Chicago, IL 60606

Attorneys for Plaintiff
The Prudential Insurance Company
Of America; and PGIM
Real Estate Finance, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; and PGIM REAL ESTATE FINANCE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ACDF, LLC; et al.,<br><br>Defendant. | Case No. 1:24-cv-01102-KES-SAB<br><br>**PLAINTIFF'S STATUS REPORT**<br><br>Related to Dkt. No. 307<br><br>Judge:          Hon. Kirk E. Sherriff<br><br>Action Filed:    September 16, 2024 |

**PLAINTIFF'S STATUS REPORT**

Pursuant to this Court's October 6, 2025 *Order Requiring Plaintiffs to File Status Report Regarding Readiness for Scheduling Conference* (the "**Status Report Order**"), plaintiffs The Prudential Insurance Company Of America ("**Prudential**") and PGIM Real Estate Finance, LLC ("**PGIM REF**" and together with Prudential, collectively, "**Plaintiff**"), each in its own capacity as a lender and PGIM REF also in its capacity as special servicer for and on behalf of Par U Hartford Life & Annuity Comfort Trust, by and through their counsel, hereby file this *Status Report* and state as follows:

In the Status Report Order, this Court noted that an initial scheduling conference is currently set for October 28, 2025 (the "**Scheduling Conference**") and requested that Plaintiff file a status report indicating:

- The status of service on all defendants;
- Whether Plaintiff is prepared to hold the Scheduling Conference on October 28, 2025; and
- Whether the Scheduling Conference should be continued, whether to allow for the remaining defendants to appear or for other good cause shown.

A. Status of Service

Plaintiff has served each of the defendants in this matter: ACDF, LLC, Assemi and Sons, Inc., Bear Flag Farms, LLC, C & A Farms, LLC, Cantua Orchards, LLC, Favier Ranch, LLC, Gradon Farms, LLC, Granville Farms, LLC, Lincoln Grantor Farms, LLC, Maricopa Orchards, LLC, Panoche Pistachios, LLC, and Sageberry Farms, LLC (collectively, "**Farming Defendants**"), Avila Ranch EA, LLC, DA Real Estate Holdings, LLC, FG2 Holdings LLC, Grantland Holdings No. 1, LLC, Grantland Holdings No. 2, LLC, Grantor Real Estate Investments, LLC, GVM Investments, LLC, GV Ag, LLC, Derek Bell, and Rachel Marie White (collectively, "**Other Defendants**" and together with Farming Defendants, "**Defendants**").

On September 19, 2024, initial counsel for Farming Defendants filed a Notice of Appearance (Dkt. No. 16). Each of the Farming Defendants also agreed to a Waiver of the Service of Summons, filed with this Court on October 29, 2024 (Dkt Nos. 90-101).

Thereafter, Plaintiff and Farming Defendants have filed multiple stipulations to extend the deadline for Farming Defendants to file responsive pleadings (Dkt. Nos. 128, 207, and 263).

On October 21 and 22, 2024, Plaintiff filed executed Proofs of Service of Summons and Complaint with respect to each of the Other Defendants, evidencing that each of the Other Defendants had been served (Dkt. Nos. 62-70, 73). The deadlines for the Other Defendants to

file responsive pleadings ranged from November 6, 2024 to November 12, 2024. However, as of the date hereof the Other Defendants have not appeared in this case and have not filed any responsive pleadings.

B. Request for Continuance of Schedule Conference

Plaintiff requests that this Court continue the Scheduling Conference for 90 days, from October 28, 2025 to January 26, 2026. As of the date hereof, this Court has approved multiple sales of real property (Dkt. Nos. 271, 272, 280, 288, 289, and 310) and the bidding procedures in connection with another sale of real property (Dkt. No. 308). One additional sale of real property is pending before this Court (Dkt. No. 264) and other sales of real property may be forthcoming.

Plaintiff expects that these sales will significantly narrow the scope of the discovery plan and issues to be addressed at the Scheduling Conference. As such, and given the complexity of this multi-party proceeding (and the related proceedings), Plaintiff requests that this Court grant additional time to meet and confer on a discovery plan, case schedule, and the matters at issue in this case.

The receiver appointed in this case has indicated that he does not oppose this requested continuance and Farming Defendants have indicated their consent to the proposed continuance as evidenced by their counsel's signature below. In addition, upon information and belief, the plaintiffs in related cases have sought or intend to seek a similar continuance of their respective initial scheduling conferences.

3

PLAINTIFF'S STATUS REPORT

320812206v.1

1 | DATED: October 10, 2025          SEYFARTH SHAW LLP

2

3                                    By  /s/ Nicholas R. Marcus
                                           Nicholas R. Marcus

4                                            Attorneys for Plaintiff

5

6 Solely with respect to Section B above:    WANGER JONES HELSEY PC

7 DATED:  October 10, 2025

8

9                                            By  /s/ Ian J. Quinn (with permission)

10                                            IAN J. QUINN, Bar No. 342754
                                           iquinn@wjhattorneys.com

11                                            *Attorneys for Farming Defendants*

12                                            ACDF, LLC, ASSEMI AND SONS, INC., BEAR FLAG FARMS, LLC, C & A FARMS, LLC, CANTUA ORCHARDS, LLC, FAVIER RANCH, LLC, GRADON FARMS, LLC, GRANVILLE FARMS, LLC, LINCOLN GRANTOR FARMS, LLC, MARICOPA ORCHARDS, LLC, PANOCHE PISTACHIOS, LLC, AND SAGEBERRY FARMS, LLC

28

4

PLAINTIFF'S STATUS REPORT

320812206v.1

**ATTESTATION UNDER L.R. 131(c)**

Pursuant to Civil Local Rule 131(c), I attest under the penalty of perjury that the above signatories authorized the use of an electronic signature and concurred in the filing of this document.

DATED: October 10, 2025

By   /s/ Nicholas R. Marcus