Terence G. Banich (SBN 212173)[1]
terence.banich@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe St.
Chicago, IL 60661-3693
Telephone:   (312) 902-5200
Facsimile:   (312) 902-1061

John E. Mitchell (*pro hac vice*)
Michaela C. Crocker (*pro hac vice*)
**KATTEN MUCHIN ROSENMAN LLP**
2121 North Pearl St., Ste. 1100
Dallas, TX 75201-2591
Telephone:   (214) 765-3600
Facsimile:   (214) 765-3602

*Attorneys for the Receiver*
Lance Miller

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ACDF, LLC; ASSEMI AND SONS, INC.; AVILA RANCH EA, LLC; BEAR FLAG FARMS, LLC; C & A FARMS, LLC; CANTUA ORCHARDS, LLC; DA REAL ESTATE HOLDINGS, LLC; FAVIER RANCH, LLC; FG2 HOLDINGS LLC; GRADON FARMS, LLC; GRANVILLE FARMS, LLC; GRANTLAND HOLDINGS NO. 1, LLC; GRANTLAND HOLDINGS NO. 2, LLC; GRANTOR REAL ESTATE INVESTMENTS, LLC; GVM INVESTMENTS, LLC; GV AG, LLC; LINCOLN GRANTOR FARMS, LLC; MARICOPA ORCHARDS, LLC; PANOCHE PISTACHIOS, LLC; SAGEBERRY FARMS, LLC; DEREK BELL; and RACHEL MARIE WHITE,<br><br>Defendants. | No. 1:24-cv-01102-KES-SAB<br><br>**NOTICE OF SUCCESSFUL BIDDER (SEMITROPIC)**<br><br>Related to Dkt. Nos. 295, 308<br><br>Hearing Date:   December 2, 2025<br>Hearing Time:   1:30 p.m. PT<br>Location:   Courtroom 6, 7th Floor<br>   2500 Tulare Street<br>   Fresno, CA 93721<br><br>Objections Due: November 12, 2025<br><br>Judge:   Hon. Kirk E. Sherriff<br><br>Action Filed:   September 16, 2024 |

---

[1] Designated as counsel for service pursuant to L.R. 182(c)(1).

304326587

On October 6, 2025, the U.S. District Court for the Eastern District of California (the "**Court**") entered an Order approving the marketing and bidding procedures for the sale of certain real property in the above-captioned case [Dkt. No. 308] (the "**Bidding Procedures Order**" approving the "**Bidding Procedures**").[2]

In accordance with the Bidding Procedures, on November 3, 2025, the Receiver commenced and concluded the Auction for the Property.

After multiple rounds of bidding and at the conclusion of the Auction, the Receiver deemed WONDERFUL ORCHARDS LLC, a Delaware limited liability company ("**Land Buyer**")[3] and WP PISTACHIOS LLC, a Delaware limited liability company ("**Crop Buyer**" and, together with Land Buyer, the "**Buyer**") as the Successful Bidder for the Property, submitting a bid of pursuant to the terms of the Purchase and Sale Agreement attached hereto as **Exhibit A**, and CORE FARMLAND FUND LLC, a Delaware limited liability company, as the Backup Bidder, pursuant to the terms of the Purchase and Sale Agreement attached hereto as **Exhibit B**.

The Receiver will proceed with the sale hearing on December 2, 2025, at 1:30 p.m. PT, where he will present the Successful Bidder's Purchase and Sale Agreement for approval by the Court and request the Court enter the proposed sale order in the form attached hereto as **Exhibit C**.[4]

Dated: November 5, 2025

Respectfully submitted,

**KATTEN MUCHIN ROSENMAN LLP**

By:  /s/ *Terence G. Banich*
Terence G. Banich

*Attorneys for the Receiver*
Lance Miller

---

[2] All capitalized terms used but not defined herein shall have the meanings ascribed in the Bidding Procedures.

[3] The original Land Buyer under the Stalking Horse Bidder PSA was Wonderful Nut Orchards LLC, a Delaware limited liability company ("**Original Land Buyer**"). Original Land Buyer has assigned all of its right, title and interest under the Stalking Horse PSA to Land Buyer, who is now one of the two entities comprising Buyer under the Successful Bidder PSA. Original Land Buyer shall be jointly and severally liable with Land Buyer for the performance of Land Buyer under the PSA.

[4] A redline order, compared against the form order attached to the Bidding Procedures Order, is attached hereto as **Exhibit D**.

# PROOF OF SERVICE

**STATE OF ILLINOIS, COUNTY OF COOK**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Cook, State of Illinois. My business address is 525 W. Monroe St., Chicago, Illinois 60661. On November 5, 2025, I served the following document(s) described as:

**NOTICE OF SUCCESSFUL BIDDER (SEMITROPIC)**

as follows:

**[ ]  BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed on **Exhibit 1** and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Katten Muchin Rosenman LLP practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**[X]  BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the document(s) to be sent from e-mail address michaela.crocker@katten.com to the persons at the e-mail address(es) listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

ali.mojdehi@mgr-legal.com
Jsmcnutt@kerncounty.com
jon@cavalrei.com
degan@wilkefleury.com
storigiani@youngwooldridge.com
HGrossman@cozen.com
pswain@cozen.com
RStewart@pearsonrealty.com
kstewart@pearsonrealty.com
aferdinandi@pearsonrealty.com
DKevorkian@pearsonrealty.com
sgrosz@pearsonrealty.com
jreisz@kleinlaw.com
ckay@caagproperties.com
mindynili@gmail.com
OKatz@sheppardmullin.com
RSahyan@sheppardmullin.com

**[ ]  BY OVERNIGHT MAIL (FedEx):** I enclosed said document(s) in an envelope or package provided by FEDEX and addressed to the persons at the addresses listed on **Exhibit 1**. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FEDEX or delivered such document(s) to a courier or driver authorized by FEDEX to receive documents.

**[ ]  BY PERSONAL SERVICE:** I caused said document to be personally delivered the document(s) to the person at the addresses listed above by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office.

**[X]   E-FILING:** By causing the document to be electronically filed on August 15, 2025, via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

   I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct.

   Executed on November 5, 2025, at Winnetka, Illinois.

*/s/Terence G. Banich*
Terence G. Banich
