1

2

**UNITED STATES DISTRICT COURT**

3

**EASTERN DISTRICT OF CALIFORNIA**

4

5

6

7

8

9

10

11

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA, et al.,

   Plaintiffs,

  v.

ACDF, LLC, et al.

   Defendants.

) No. 1:24-cv-01102-KES-SAB
)
) **ORDER GRANTING MOTION OF PIVOT**
) **MANAGEMENT GROUP, LLC FOR FINAL**
) **APPROVAL AND PAYMENT OF FEES**
) **AND EXPENSES (APRIL 1, 2025 - JUNE 30,**
) **2025)**
)
) Related to Dkt. No. 321
)
) Judge:  Hon. Kirk Sherriff
)
) Action Filed:  September 16, 2024

12

13

14

15

16

17

18

19

   Upon due consideration of the *Motion of Pivot Management Group, LLC for Final Approval and Payment of Fees and Expenses (April 1, 2025 - June 30, 2025)*, dated October 9, 2025 (the "**Motion**"),[1] filed by Pivot Management Group, LLC, as financial advisor to Lance Miller in his capacity as the Court-appointed receiver (the "**Receiver**") in the above-captioned case (the "**Case**"); the Court, having reviewed the Motion and being fully advised in the premises, finds that the Motion satisfies the requirements of Local Rule 232 and the Compensation Procedures Order, that notice of the Motion is sufficient under the circumstances and that there is good cause to grant the relief provided herein. Having found the foregoing,

20

   **IT IS ORDERED:**

21

22

   1.  The Motion is GRANTED and the hearing scheduled for November 17, 2025 is VACATED.

23

24

   2.  Pivot Management Group, LLC is ALLOWED $939,868.25 in compensation for services rendered and $1,140.15 in expense incurred during the Fee Period on a final basis.

25

26

   3.  The Interim Payments of fees and expenses identified in Section II of the Motion are APPROVED.

27

28

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed in the Motion.

304350005

1    4.    The Receiver is AUTHORIZED to pay Pivot Management Group, LLC any

2    outstanding amounts allowed by this Order.

3    5.    Notice of the hearing on the Motion is limited to that given, and Pivot Management

4    Group, LLC is EXCUSED from complying with any additional notice requirements under Local

5    Rule 230.

6

7

8    IT IS SO ORDERED.

9    Dated:    November 13, 2025

UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

No. 1:24-cv-01102-KES-SAB
ORDER GRANTING MOTION OF PIVOT MANAGEMENT GROUP, LLC FOR FINAL APPROVAL AND PAYMENT OF FEES AND
EXPENSES (APRIL 1, 2025 – JUNE 30, 2025)

304350005