**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al., <br><br>　　　　Plaintiffs, <br><br>　v. <br><br>ACDF, LLC, et al. <br><br>　　　　Defendants. | No. 1:24-cv-01102-KES-SAB <br><br>**ORDER GRANTING MOTION OF CUTTS LAW, PC FOR FINAL APPROVAL AND PAYMENT OF FEES AND EXPENSES (DECEMBER 31, 2024 – MARCH 31, 2025)** <br><br>Related to Dkt. No. 322 <br><br>Judge:　　Hon. Kirk Sherriff <br><br>Action Filed: September 16, 2024 |

Upon due consideration of the *Motion of Cutts Law, PC for Final Approval and Payment of Fees and Expenses (December 31, 2024 – March 31, 2025)*, dated October 9, 2025 (the "**Motion**"),[1] filed by Cutts Law, PC, as special counsel for Lance Miller in his capacity as the Court-appointed receiver (the "**Receiver**") in the above-captioned case (the "**Case**"); the Court, having reviewed the Motion and being fully advised in the premises, finds that the Motion satisfies the requirements of Local Rule 232 and the Compensation Procedures Order, that notice of the Motion is sufficient under the circumstances and that there is good cause to grant the relief provided herein. Having found the foregoing,

**IT IS ORDERED:**

1. The Motion is GRANTED and the hearing set for November 17, 2025 is hereby VACATED.

2. Cutts Law PC is ALLOWED $39,862.00 in compensation for services rendered and $4,013.89 in expenses incurred during the Fee Period on a final basis.

3. The Interim Payments of fees and expenses identified in Section I.D of the Motion are APPROVED.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed in the Motion.

304350208

4. The Receiver is AUTHORIZED to pay Cutts Law PC any outstanding amounts allowed pursuant to this Order.

5. Notice of the hearing on the Motion is limited to that given, and Cutts Law, PC is EXCUSED from complying with any additional notice requirements under Local Rule 230.

IT IS SO ORDERED.

Dated:  November 13, 2025

UNITED STATES DISTRICT JUDGE