# EXHIBIT A

($000s)

### SUBJECT PROCEEDS CATEGORIZED BY REAL ESTATE LENDER TO THE UNDERLYING REAL ESTATE AND IDENTIFYING OTHER SECURED LENDERS
### SUMMARY - 8/16/25 - 10/31/25

| | Prudential | Met Life[1] | AEL | Farmer Mac | Bank OZK | BMO | Rabo Bank | Conterra | Tri Counties Bank | US Bank[2] | Unallocated | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 - Almonds | 2,624 | 457 | 214 | 134 | 326 | 61 | 105 | 583 | 96 | 818 | - | 5,416 |
| 2025 - Almonds | 1,226 | - | - | - | - | - | - | - | - | - | - | 1,226 |
| 2024 - Pistachios | 718 | - | - | - | - | - | - | - | - | - | - | 718 |
| 2025 - Pistachios | 4,109 | - | - | - | - | - | - | - | - | - | - | 4,109 |
| 2024 - Pistachios Crop Ins. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2024 - Table Grapes | - | - | - | - | - | - | - | - | - | - | - | - |
| 2024 - Garlic | - | - | - | - | - | - | - | - | - | - | - | - |
| 2024 - Onions | - | - | - | - | - | - | - | - | - | - | - | - |
| 2024 - Mandarins | - | - | - | - | - | - | - | - | - | - | - | - |
| 2025 - Cherries | 37 | - | - | - | - | - | - | - | - | - | - | 37 |
| 2023 - DOV | - | - | - | - | - | - | - | - | - | - | - | - |
| 2024 - DOV | 44 | - | - | - | - | - | - | - | - | - | - | 44 |
| 2023 - Cotton | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total** | **8,757** | **457** | **214** | **134** | **326** | **61** | **105** | **583** | **96** | **818** | **-** | **11,549** |

*Notes*

[1] Proceeds disbursed directly to MetLife pursuant to terms of Receivership Order.
[2] U.S. Bank is not a real estate lender but was the Defendants' pre-receivership crop lender asserting a personal property lien on the Defendants' crops.

($000s)

| Distribution #: | First Distribution | Second Distribution | Third Distribution | Fourth Distribution | Fifth Distribution | Sixth Distribution | Total |
|---|---|---|---|---|---|---|---|
| Distribution to Prudential Pursuant to Paragraph 18(a) of the Receivership Order (2024 Crop): | 13,652 | 14,984 | 13,163 | 9,504 | 2,346 | 2,539 | 56,188 |
| Distribution to Prudential Pursuant to Paragraph 18(a) of the Receivership Order (2025 Crop): | - | - | - | - | - | 5,335 | 5,335 |
| Distribution to Prudential Pursuant to Paragraph 18(a) of the Receivership Order (Crop Insurance) | - | - | - | 1,989 | 5,158 | 37 | 7,184 |
| Distribution to U.S. Bank Pursuant to Paragraph 18(a) of the Receivership Order: | - | 2,804 | 4,388 | 3,062 | 782 | 846 | 11,883 |
| Distribution to U.S. Bank Pursuant to Paragraph 18(b) of the Receivership Order: | 9 | 435 | 44 | - | - | - | 488 |
| Distribution to U.S. Bank Pursuant to Paragraph 18(c) of the Receivership Order: | 246 | 1,981 | 2,287 | 1,346 | - | 818 | 6,678 |
| Distribution to U.S. Bank Pursuant to Paragraph 18(e) of the Receivership Order: | 3,160 | 3,808 | 2,715 | 3,300 | 827 | 1,517 | 15,328 |
| Distribution to Met Life Pursuant to Paragraph 18(d) of the Receivership Order: | 351 | 820 | 951 | 976 | 47 | 457 | 3,603 |
| **Total:** | **17,419** | **24,833** | **23,547** | **20,178** | **9,161** | **11,549** | **106,686** |

[3] Detail for the Sixth Distribution excludes amounts paid to MetLife and U.S. Bank outside the Sixth Distribution Notice in accordance with the Receivership Order.

| **Payment Summary** | USB | Prudential | Met Life | Total |
|---|---|---|---|---|
| Sub-total calculated distribution pursuant to Paragraph 18 of the Receivership Order | 3,181,544 | 7,910,485 | 457,400 | 11,549,430 |
| Deduction of Receivership Costs pursuant to Paragraph 19 of the Receivership Order | (11,697) | (20,795) | | (32,492) |
| **Total Distribution** | **3,169,847** | **7,889,690** | **457,400** | **11,516,938** |

## RECEIVERSHIP CROP RECEIPTS BY LENDER
### DETAIL

| Date | Processor | Crop | Field # | Planted Acres | Owner | Entity Farming Field | Real Estate Lender to Field | Account Receivable Classification | Amount of Proposed Distribution |
|---|---|---|---|---|---|---|---|---|---|
| 9/16/2025 | Global Ag | 2024 - Almonds | 83511 | 348.63 | Favier Ranch, LLC | Favier Ranch, LLC | Prudential | Prudential | 191,583.14 |
| 9/16/2025 | Global Ag | 2024 - Almonds | 83611 | 240.64 | Favier Ranch, LLC | Favier Ranch, LLC | Prudential | Prudential | 132,239.24 |
| 9/16/2025 | Global Ag | 2024 - Almonds | 83711 | 61.65 | Favier Ranch, LLC | Favier Ranch, LLC | Prudential | Prudential | 33,878.61 |
| 9/18/2025 | Campos | 2024 - Almonds | 80414 | 32.50 | ACDF, LLC | ACDF, LLC | Tri Counties Bank | Tri Counties Bank | 43,073.11 |
| 9/18/2025 | Campos | 2024 - Almonds | 80714 | 42.00 | ACDF, LLC | ACDF, LLC | Tri Counties Bank | Tri Counties Bank | 50,931.47 |
| 9/18/2025 | Campos | 2024 - Almonds | 81114 | 2.00 | ACDF, LLC | ACDF, LLC | Tri Counties Bank | Tri Counties Bank | 1,929.66 |
| 9/18/2025 | Campos | 2024 - Almonds | 81514 | 13.61 | ACDF, LLC | ACDF, LLC | BMO | BMO | 17,767.57 |
| 9/18/2025 | Campos | 2024 - Almonds | 81614 | 26.69 | ACDF, LLC | ACDF, LLC | BMO | BMO | 32,341.30 |
| 9/18/2025 | Campos | 2024 - Almonds | 85612 | 57.00 | FNF Investments, LLC | ACDF, LLC | Bank OZK | Bank OZK | 51,444.88 |
| 9/18/2025 | Campos | 2024 - Almonds | 86714 | 74.30 | C&A Farms, LLC | C&A Farms, LLC | Prudential | Prudential | 60,087.27 |
| 9/18/2025 | Campos | 2024 - Almonds | 86814 | 76.30 | C&A Farms, LLC | C&A Farms, LLC | Prudential | Prudential | 70,312.73 |
| 9/18/2025 | Campos | 2024 - Almonds | 28201 | 161.40 | FNF Farms, LLC | FNF Farms, LLC | Met Life | Met Life | 201,662.76 |
| 9/18/2025 | Campos | 2024 - Almonds | 28401 | 162.00 | FNF Farms, LLC | FNF Farms, LLC | Met Life | Met Life | 184,897.24 |
| 9/18/2025 | Campos | 2024 - Almonds | 85112 | 33.54 | FNF Investments, LLC | Grantland Farms, LLC | Bank OZK | Bank OZK | 80,322.65 |
| 9/18/2025 | Campos | 2024 - Almonds | 85212 | 4.19 | Grantland Holdings No. 1 | Grantland Farms, LLC | Bank OZK | Bank OZK | 35,165.48 |
| 9/18/2025 | Campos | 2024 - Almonds | 85412 | 28.00 | ACAP Holdings, LLC | Grantland Farms, LLC | Bank OZK | Bank OZK | 82,145.27 |
| 9/18/2025 | Campos | 2024 - Almonds | 85512 | 36.00 | FNF Investments, LLC | Grantland Farms, LLC | Bank OZK | Bank OZK | 76,812.59 |
| 9/18/2025 | Campos | 2024 - Almonds | 15401 | 156.70 | Granville Farms, LLC | Granville Farms, LLC | Prudential | Prudential | 205,463.00 |
| 9/18/2025 | Campos | 2024 - Almonds | 24104 | 158.00 | Locans Investments, LLC | Gradon Farms, LLC | Conterra-MWA | Conterra | 207,850.50 |
| 9/18/2025 | Campos | 2024 - Almonds | 24204 | 155.00 | 104 Investments, LLC | Gradon Farms, LLC | Conterra-MWA | Conterra | 158,652.23 |
| 9/18/2025 | Campos | 2024 - Almonds | 24404 | 156.00 | Locans Investments, LLC | Gradon Farms, LLC | Conterra-MWA | Conterra | 209,544.03 |
| 9/18/2025 | Campos | 2024 - Almonds | 28105 | 100.00 | Jack & Olivia Chaney | Gradon Farms, LLC | Unencumbered | US Bank | 67,325.99 |
| 9/18/2025 | Campos | 2024 - Almonds | 28205 | 100.00 | SAIR Partnership 7, LLC | Gradon Farms, LLC | Unencumbered | US Bank | 99,132.69 |
| 9/18/2025 | Campos | 2024 - Almonds | 28305 | 107.00 | SAIR Partnership 7, LLC | Gradon Farms, LLC | Unencumbered | US Bank | 160,001.67 |
| 9/18/2025 | Campos | 2024 - Almonds | 28405 | 97.00 | SAIR Partnership 7, LLC | Gradon Farms, LLC | Unencumbered | US Bank | 154,725.63 |
| 9/18/2025 | Campos | 2024 - Almonds | 28505 | 100.00 | SAIR Partnership 7, LLC | Gradon Farms, LLC | Unencumbered | US Bank | 111,897.46 |
| 9/18/2025 | Campos | 2024 - Almonds | 28605 | 100.00 | Jack & Olivia Chaney | Gradon Farms, LLC | Unencumbered | US Bank | 157,457.47 |
| 9/18/2025 | Campos | 2024 - Almonds | 29405 | 85.78 | Willow Avenue Investments, LLC | Gradon Farms, LLC | Conterra-AEL | AEL | 52,934.83 |
| 9/18/2025 | Campos | 2024 - Almonds | 30305 | 151.19 | Willow Avenue Investments, LLC | Gradon Farms, LLC | Conterra-AEL | AEL | 160,886.50 |
| 9/19/2025 | Harris Woolf | 2024 - Almonds | | | Panoche Pistachios, LLC | Panoche Pistachios, LLC | BMO | BMO | 10,419.70 |
| 9/19/2025 | Harris Woolf | 2024 - Almonds | 88316 | 70.00 | Copper Avenue Investments, LLC | ACAP Farms, LLC | Conterra-FAMC | Farmer Mac | 16,092.14 |
| 9/19/2025 | Harris Woolf | 2024 - Almonds | 09201 | 156.90 | ACDF, LLC | ACDF, LLC | Prudential | Prudential | 41,083.91 |
| 9/19/2025 | Harris Woolf | 2024 - Almonds | 24307 | 155.00 | C&A Farms, LLC | Gradon Farms, LLC | Prudential | Prudential | 48,326.06 |
| 9/19/2025 | Harris Woolf | 2024 - Almonds | | | Granville Farms, LLC | Granville Farms, LLC | Prudential | Prudential | 90,872.30 |
| 9/19/2025 | Harris Woolf | 2024 - Almonds | | | Winston Farms, LLC | Winston Farms, LLC | Rabo Bank | Rabo Bank | 104,644.22 |
| 9/19/2025 | Harris Woolf | 2024 - Almonds | 83013 | 131.00 | C&A Farms, LLC | C&A Farms, LLC | Conterra-FAMC | Farmer Mac | 51,523.10 |
| 9/19/2025 | Harris Woolf | 2024 - Almonds | 83113 | 15.84 | C&A Farms, LLC | C&A Farms, LLC | Conterra-MWA | Conterra | 6,608.00 |
| 9/19/2025 | Harris Woolf | 2024 - Almonds | 83113 | - | C&A Farms, LLC | C&A Farms, LLC | Farmer Mac | Farmer Mac | 27,671.00 |
| 9/19/2025 | Harris Woolf | 2024 - Almonds | 83213 | 79.50 | C&A Farms, LLC | C&A Farms, LLC | Conterra-FAMC | Farmer Mac | 33,300.96 |
| 9/19/2025 | Harris Woolf | 2024 - Almonds | 83313 | 31.00 | C&A Farms, LLC | C&A Farms, LLC | Conterra-FAMC | Farmer Mac | 5,413.12 |
| 9/26/2025 | Holland | 2024 - Almonds | 28301 | 163.00 | FNF Farms, LLC | FNF Farms, LLC | Met Life | Met Life | 70,840.35 |
| 9/29/2025 | Supreme | 2024 - Almonds | | | | | Prudential | Prudential | 605,613.99 |
| 10/2/2025 | Blue Diamond | 2025 - Almonds | 83511 | 348.63 | Favier Ranch, LLC | Favier Ranch, LLC | Prudential | Prudential | 22,036.43 |
| 10/2/2025 | Supreme | 2024 - Almonds | | | | | Prudential | Prudential | 72,204.79 |
| 10/2/2025 | Global Ag | 2025 - Cherries | 54923 | | | | Prudential | Prudential | 36,697.00 |
| 10/6/2025 | JSS Almond | 2024 - Almonds | 26518 | 154.03 | Maricopa Orchards, LLC | Maricopa Orchards, LLC | Prudential | Prudential | 95,137.58 |
| 10/6/2025 | JSS Almond | 2024 - Almonds | 26618 | 151.61 | Maricopa Orchards, LLC | Maricopa Orchards, LLC | Prudential | Prudential | 82,770.97 |
| 10/6/2025 | JSS Almond | 2024 - Almonds | 26718 | 124.69 | Maricopa Orchards, LLC | Maricopa Orchards, LLC | Unencumbered | US Bank | 67,223.52 |

| | | | | | | | | Account | Amount of |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Real Estate Lender to | Receivable | Proposed |
| Date | Processor | Crop | Field # | Planted Acres | Owner | Entity Farming Field | Field | Classification | Distribution |

<table>
<tr><th colspan="10">RECEIVERSHIP CROP RECEIPTS BY LENDER<br>DETAIL</th></tr>
<tr><th>Date</th><th>Processor</th><th>Crop</th><th>Field #</th><th>Planted Acres</th><th>Owner</th><th>Entity Farming Field</th><th>Real Estate Lender to Field</th><th>Account Receivable Classification</th><th>Amount of Proposed Distribution</th></tr>
<tr><td>10/6/2025</td><td>JSS Almond</td><td>2024 - Almonds</td><td>26818</td><td>143.96</td><td>Maricopa Orchards, LLC</td><td>Maricopa Orchards, LLC</td><td>Prudential</td><td>Prudential</td><td>62,183.52</td></tr>
<tr><td>10/6/2025</td><td>JSS Almond</td><td>2024 - Almonds</td><td>26918</td><td>120.04</td><td>Maricopa Orchards, LLC</td><td>Maricopa Orchards, LLC</td><td>Prudential</td><td>Prudential</td><td>56,944.08</td></tr>
<tr><td>10/7/2025</td><td>Holland</td><td>2024 - Almonds</td><td></td><td></td><td>Favier Ranch, LLC</td><td>Favier Ranch, LLC</td><td>Prudential</td><td>Prudential</td><td>194,896.26</td></tr>
<tr><td>10/7/2025</td><td>Holland</td><td>2024 - Almonds</td><td>35203</td><td>148.45</td><td>Sageberry Farms, LLC</td><td>Sageberry Farms, LLC</td><td>Prudential</td><td>Prudential</td><td>85,066.66</td></tr>
<tr><td>10/7/2025</td><td>Holland</td><td>2024 - Almonds</td><td>35303</td><td>153.42</td><td>Sageberry Farms, LLC</td><td>Sageberry Farms, LLC</td><td>Prudential</td><td>Prudential</td><td>109,028.34</td></tr>
<tr><td>10/7/2025</td><td>Holland</td><td>2024 - Almonds</td><td>36103</td><td>143.59</td><td>Sageberry Farms, LLC</td><td>Sageberry Farms, LLC</td><td>Prudential</td><td>Prudential</td><td>78,706.63</td></tr>
<tr><td>10/7/2025</td><td>Holland</td><td>2024 - Almonds</td><td>36203</td><td>151.30</td><td>Sageberry Farms, LLC</td><td>Sageberry Farms, LLC</td><td>Prudential</td><td>Prudential</td><td>86,743.08</td></tr>
<tr><td>10/7/2025</td><td>Holland</td><td>2024 - Almonds</td><td>36303</td><td>159.52</td><td>Sageberry Farms, LLC</td><td>Sageberry Farms, LLC</td><td>Prudential</td><td>Prudential</td><td>121,123.80</td></tr>
<tr><td>10/7/2025</td><td>Holland</td><td>2024 - Almonds</td><td>36403</td><td>155.22</td><td>Sageberry Farms, LLC</td><td>Sageberry Farms, LLC</td><td>Prudential</td><td>Prudential</td><td>99,327.05</td></tr>
<tr><td>10/9/2025</td><td>Blue Diamond</td><td>2025 - Almonds</td><td>74321</td><td>145.40</td><td>Maricopa Orchards, LLC</td><td>Maricopa Orchards, LLC</td><td>Prudential</td><td>Prudential</td><td>3,993.14</td></tr>
<tr><td>10/9/2025</td><td>Blue Diamond</td><td>2025 - Almonds</td><td>76121</td><td>12.00</td><td>Maricopa Orchards, LLC</td><td>Maricopa Orchards, LLC</td><td>Prudential</td><td>Prudential</td><td>6,293.45</td></tr>
<tr><td>10/16/2025</td><td>Blue Diamond</td><td>2025 - Almonds</td><td>83711</td><td>61.65</td><td>Favier Ranch, LLC</td><td>Favier Ranch, LLC</td><td>Prudential</td><td>Prudential</td><td>38,859.37</td></tr>
<tr><td>10/17/2025</td><td>Sun Maid</td><td>2024 - DOV</td><td>11207</td><td>89.10</td><td>FG2 Holdings, LLC</td><td>Gradon Farms, LLC</td><td>Prudential</td><td>Prudential</td><td>38,204.01</td></tr>
<tr><td>10/17/2025</td><td>Sun Maid</td><td>2024 - DOV</td><td>11207</td><td>89.10</td><td>FG2 Holdings, LLC</td><td>Gradon Farms, LLC</td><td>Prudential</td><td>Prudential</td><td>5,660.75</td></tr>
<tr><td>10/28/2025</td><td>Wonderful Pistachios</td><td>2025 - Pistachios</td><td></td><td></td><td></td><td></td><td>Prudential</td><td>Prudential</td><td>4,109,235.80</td></tr>
<tr><td>10/30/2025</td><td>Blue Diamond</td><td>2025 - Almonds</td><td>83611</td><td>240.64</td><td>Favier Ranch, LLC</td><td>Favier Ranch, LLC</td><td>Prudential</td><td>Prudential</td><td>31,608.19</td></tr>
<tr><td>10/30/2025</td><td>Blue Diamond</td><td>2025 - Almonds</td><td>83511</td><td>348.63</td><td>Favier Ranch, LLC</td><td>Favier Ranch, LLC</td><td>Prudential</td><td>Prudential</td><td>379,648.94</td></tr>
<tr><td>10/31/2025</td><td>Harris Woolf</td><td>2025 - Almonds</td><td>24307</td><td>155.00</td><td>C&A Farms, LLC</td><td>Gradon Farms, LLC</td><td>Prudential</td><td>Prudential</td><td>259,957.48</td></tr>
<tr><td>10/31/2025</td><td>Harris Woolf</td><td>2025 - Almonds</td><td>09201</td><td>156.90</td><td>ACDF, LLC</td><td>ACDF, LLC</td><td>Prudential</td><td>Prudential</td><td>128,751.98</td></tr>
<tr><td>10/31/2025</td><td>Harris Woolf</td><td>2025 - Almonds</td><td>15201</td><td>156.60</td><td>Granville Farms, LLC</td><td>Granville Farms, LLC</td><td>Prudential</td><td>Prudential</td><td>177,982.76</td></tr>
<tr><td>10/31/2025</td><td>Harris Woolf</td><td>2025 - Almonds</td><td>15301</td><td>157.10</td><td>Granville Farms, LLC</td><td>Granville Farms, LLC</td><td>Prudential</td><td>Prudential</td><td>176,503.35</td></tr>
<tr><td>10/31/2025</td><td>Nichol's Pistachio</td><td>2024 - Pistachios</td><td></td><td></td><td></td><td></td><td>Prudential</td><td>Prudential</td><td>717,764.97</td></tr>
<tr><td><b>Total</b></td><td></td><td></td><td></td><td></td><td></td><td></td><td></td><td></td><td><b>11,549,429.75</b></td></tr>
</table>