# EXHIBIT C

| SERVICE VIA OVERNIGHT DELIVERY |
|---|
| 104 INVESTMENTS, LLC<br>1306 W. HERNDON AVE., SUITE 101<br>FRESNO CA 93711 |
| ASSEMI SONIA ROSEMARY<br>2505 LAKE VAN NESS<br>FRESNO CA 93711 |
| ASSURITY LIFE INSURANCE COMPANY<br>C/O CAPITALIZE, 1398 W. HERNDON AVE., SUITE 101<br>FRESNO CA 93711 |
| AVILA RANCH EA, LLC<br>1306 W. HERNDON AVE., SUITE 101<br>FRESNO CA 93711 |
| BANK OZK<br>325 W. CAPITOL<br>LITTLE ROCK AR 72201 |
| BANK OZK<br>8300 DOUGLAS AVENUE,<br>DALLAS TX 75225 |
| BELL DEREK S<br>9394 FOREST VISTA WAY<br>ELK GROVE CA 95758 |
| BMO BANK NA<br>320 S. CANAL STREET<br>CHICAGO IL 60606 |
| CALIFORNIA BANK & TRUST<br>7060 NORTH FRESNO STREET<br>FRESNO CA 93720 |
| CONTERRA AGRICULTURAL CAPITAL, LLC<br>5465 MILLS CIVIC PARKWAY<br>WEST DES MOINES IA 50266 |
| CONTERRA AGRICULTURAL CAPITAL, LLC<br>7755 OFFICE PLAZA DRIVE NORTH, SUITE 195<br>WEST DES MOINES IA 50266 |
| CORPORATE AMERICA LENDING, INC<br>5610 N PALM<br>FRESNO CA 93704 |
| CRESTMARK VENDOR FINANCE, A DIVISION OF METABANK, NATIONAL ASSOCIATION<br>5480 CORPORATE DRIVE, SUITE 350<br>TROY MI 48098 |
| DA REAL ESTATE HOLDINGS, LLC<br>1306 W. HERNDON AVENUE SUITE 101<br>FRESNO CA 93711 |
| FARM CREDIT LEASING SERVICES CORPORATION<br>1665 UTICA AVE S, SUITE 400<br>MINNEAPOLIS MN 55416 |
| FARM CREDIT LEASING SERVICES CORPORATION<br>600 HWY 169 S, SUITE #300<br>MINNEAPOLIS MN 55426 |
| FARM CREDIT WEST, FLCA<br>200 E. CARTMILL AVE.<br>TULARE CA 93274 |
| FG2 HOLDINGS LLC<br>1306 W. HERNDON AVE., SUITE 101<br>FRESNO CA 93711 |

| SERVICE VIA OVERNIGHT DELIVERY |
|---|
| GRANTLAND HOLDINGS NO. 1, LLC<br>1396 W. HERNDON AVENUE, SUITE 110<br>FRESNO CA 93711 |
| GRANTLAND HOLDINGS NO. 2, LLC<br>1396 W. HERNDON AVENUE, SUITE 110<br>FRESNO CA 93711 |
| GRANTOR REAL ESTATE INVESTMENTS, LLC<br>1306 W. HERNDON AVE., SUITE 101<br>FRESNO CA 93711 |
| GVM INVESTMENTS, LLC<br>1306 W. HERNDON AVE., SUITE 101<br>FRESNO CA 93711 |
| LOCANS INVESTMENTS, LLC<br>1306 W HERNDON AVE #101<br>FRESNO CA 93711 |
| MARICOPA ORCHARDS LLC AND AFFILIATED ENTITIES<br>ATTN: ELIZABETH STEINHAUER-CLARK<br>5260 NORTH PALM MAIL STOP M, SUITE 421<br>FRESNO, CA 93704 |
| MODERN WOODMEN OF AMERICA<br>1701 1ST AVENUE<br>ROCK ISLAND IL 61201 |
| OXBO INTERNATIONAL CORPORATION<br>7275 BATAVIA BYRON ROAD<br>BYRON NY 14422 |
| PACT CAPITAL, INC.<br>8050 N. PALM AVENUE<br>FRESNO CA 93711 |
| PRIMEX FARMS, LLC<br>16070 WILDWOOD RD.<br>WASCO, CA 93280 |
| RABOBANK N.A.<br>45 E. RIVER PARK PLACE WEST SUITE 507<br>FRESNO CA 93704 |
| SAIR PARTNERSHIP 7 LLC<br>C/O STOEL RIVES LLP<br>ATTN: JOHN S. KAPLAN<br>600 UNIVERSITY STREET, SUITE 3600<br>SEATTLE, WA 98101 |
| THE BANK OF NEW YORK MELLON, A NEW YORK BANKING CORPORATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE UNDER THE RESERVE TRUST AGREEMENT FOR THE PAR U HARTFORD LIFE & ANNUITY COMFORT TRUST<br>2100 ROSS AVE., SUITE 115<br>DALLAS TX 75201 |
| U.S. BANK<br>U.S. BANCORP CENTER<br>800 NICOLLET MALL<br>BC-MN-H22A<br>MINNEAPOLIS, MN  55402-7020 |
| U.S. BANK, AS AGENT<br>1095 AVENUE OF THE AMERICAS, 15TH FLOOR<br>NEW YORK, NY  10036<br>EX-NY-BP15<br>ATTN:  JOE GUDORF<br>LOAN OFFICER |

| **SERVICE VIA OVERNIGHT DELIVERY** |
|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION<br>8405 N. FRESNO STREET SUITE 200<br>FRESNO CA 93720 |
| WHITE RACHEL MARIE<br>C/O 1306 W. HERNDON, SUITE 101<br>FRESNO CA 93711 |
| ZINC FINANCIAL INC., A CALIFORNIA CORPORATION<br>1525  EAST SHAW AVENUE<br>FRESNO CA 93710 |
| ZIONS BANCORPORATION, N.A. DBA CALIFORNIA BANK & TRUST<br>11375 EL CAMINO REAL<br>SAN DIEGO CA 92130 |
| ZIONS BANCORPORATION, N.A. DBA CALIFORNIA BANK & TRUST<br>9775 CLAIREMONT MESA BLVD.<br>SAN DIEGO CA 92124 |
| SAIR PARTNERSHIP 7 LLC<br>2504 GALEN DRIVE, SUITE 103<br>CHAMPAIGN IL 61821 |

**SERVICE VIA FIRST CLASS MAIL**

| |
|---|
| BOGHOSIAN RAISIN PACKING CO., INC.<br>P.O. BOX 338<br>FOWLER CA 93625 |
| CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION<br>PO BOX 942879<br>SACRAMENTO CA 94279 |
| FRESNO-MADERA PRODUCTION CREDIT ASSOCIATION<br>P.O. BOX 13069<br>FRESNO CA 93794-3069 |
| PRIMEX FARMS, LLC<br>16070 WILDWOOD RD.<br>WASCO, CA 93280 |

**SERVICE VIA EMAIL**

| | |
|---|---|
| MARICOPA ORCHARDS LLC AND AFFILIATED ENTITIES<br>ATTN: ELIZABETH STEINHAUER-CLARK<br>5260 NORTH PALM MAIL STOP M, SUITE 421<br>FRESNO, CA 93704 | jbezmalinovic@assemigroup.com1 |
| ACAP FARMS, LLC<br>1306 W. HERNDON AVE. SUITE 101<br>FRESNO CA 93711 | rbarton@mwe.com |
| ACDF, LLC<br>1306 W. HERNDON AVE., SUITE 101<br>FRESNO CA 93711 | rbarton@mwe.com<br>Dhurst@mwe.com<br>jhammond@mwe.com<br>mnadel@mwe.com |
| ADAMS GRANTOR LAND, LLC<br>1306 W. HERNDON AVE., SUITE 101<br>FRESNO CA 93711 | rbarton@mwe.com |
| ADAMS GRANTOR LAND, LLC<br>1395 WEST HERNDON AVE<br>FRESNO CA 93711 | RPS@LNBYG.COM |
| AMERICAN EQUITY INVESTMENT LIFE INSURANCE COMPANY<br>6000 WESTOWN PARKWAY<br>WEST DES MOINES IA 50266 | adeleest@marshackhays.com<br>mpham@allenmatkins.com<br>mfarrell@allenmatkins.com |
| ASHLAN & HAYES INVESTMENTS, LLC<br>1306 W. HERNDON AVE., SUITE 101<br>FRESNO CA 93711 | RPS@LNBYG.COM |
| ASSEMI AND SONS, INC.<br>1306 W. HERNDON AVE., SUITE 101<br>FRESNO CA 93711 | rbarton@mwe.com<br>Dhurst@mwe.com<br>jhammond@mwe.com<br>mnadel@mwe.com |
| ASSEMI BROTHERS, LLC<br>1306 W. HERNDON, SUITE 101<br>FRESNO CA 93711 | RPS@LNBYG.COM<br>bry@lnbyg.com |
| ASSEMI FARID<br>1396 W HERNDON AVENUE #101<br>FRESNO CA 93711 | RPS@LNBYG.COM<br>bry@lnbyg.com |
| BEAR FLAG FARMS, LLC<br>1306 W. HERNDON AVE., SUITE 101<br>FRESNO CA 93711 | rbarton@mwe.com<br>Dhurst@mwe.com<br>jhammond@mwe.com<br>mnadel@mwe.com |
| BMO BANK NA<br>320 S. CANAL STREET<br>CHICAGO IL 60606 | justin.emmi@bmo.com<br>allan.cellini@bmo.com |
| BRIGHTHOUSE LIFE INSURANCE COMPANY<br>10801 MASTIN BLVD<br>OVERLAND PARK KS 66210 | michelle.rosales@stoel.com<br>thomas.woods@stoel.com |
| C & A FARMS, LLC<br>1306 W. HERNDON AVE., SUITE 101<br>FRESNO CA 93711 | rbarton@mwe.com<br>Dhurst@mwe.com<br>jhammond@mwe.com<br>mnadel@mwe.com |
| CANTUA ORCHARDS, LLC<br>1306 W. HERNDON AVE., SUITE 101<br>FRESNO CA 93711 | rbarton@mwe.com<br>Dhurst@mwe.com<br>jhammond@mwe.com<br>mnadel@mwe.com |

**SERVICE VIA EMAIL**

| | |
|---|---|
| CONTERRA AGRICULTURAL CAPITAL, LLC<br>5465 MILLS CIVIC PARKWAY<br>WEST DES MOINES IA 50266 | sturner@bairdholm.com |
| CONTERRA AGRICULTURAL CAPITAL, LLC<br>7755 OFFICE PLAZA DRIVE NORTH, SUITE 195<br>WEST DES MOINES IA 50266 | sturner@bairdholm.com |
| COPPER AVENUE INVESTMENTS, LLC | rbarton@mwe.com |
| DONALD E. SCHRAMM AND NADA L. SCHRAMM REVOCABLE TRUST DATED DECEMBER 2, 2010<br>4721 WEST JENNIFER, SUITE 5<br>FRESNO CA 93722 | dpaloutzian@bakermanock.com |
| DUMAR, LLC<br>36254 HIGHWAY 33<br>COALINGA CA 93210 | reisslaw@reisslaw.net |
| FARID ASSEMI, AS TRUSTEE OF THE AMENDED AND RESTATED FARID ASSEMI REVOCABLE TRUST<br>1396 W. HERNDON AVE., SUITE 101<br>FRESNO CA 93711 | RPS@LNBYG.COM |
| FAVIER RANCH, LLC<br>1306 HERNDON AVENUE, SUITE 101<br>FRESNO CA 93711 | rbarton@mwe.com<br>Dhurst@mwe.com<br>jhammond@mwe.com<br>mnadel@mwe.com |
| FEDERAL AGRICULTURAL MORTGAGE CORPORATION | bsurfus@wtjlaw.com<br>williamcurtis@mvalaw.com<br>mwhitney@wtjlaw.com<br>stevegruendel@mvalaw.com[1] |
| FFGT FARMS, LLC<br>1306 W HERNDON AVE STE 101<br>FRESNO CA 93711 | rbarton@mwe.com |
| FNF FARMS, LLC<br>1306 WEST HERNDON, SUITE 101<br>FRESNO CA 93711 | rbarton@mwe.com |
| GRADON FARMS, LLC<br>1306 W. HERNDON AVE., SUITE 101<br>FRESNO CA 93711 | rbarton@mwe.com<br>Dhurst@mwe.com<br>jhammond@mwe.com<br>mnadel@mwe.com |
| GRANTLAND FARMS, LLC<br>1306 HERNDON AVENUE, SUITE 101<br>FRESNO CA 93711 | rbarton@mwe.com |
| GRANVILLE FARMS, LLC<br>1306 W. HERNDON AVE., SUITE 101<br>FRESNO CA 93711 | rbarton@mwe.com<br>Dhurst@mwe.com<br>jhammond@mwe.com<br>mnadel@mwe.com |
| KAMM SOUTH, LLC<br>1306 W. HERNDON AVE, SUITE 101<br>FRESNO CA 93711 | rbarton@mwe.com |
| LINCOLN GRANTOR FARMS, LLC<br>1306 HERNDON AVENUE, SUITE 101<br>FRESNO CA 93711 | rbarton@mwe.com<br>Dhurst@mwe.com<br>jhammond@mwe.com<br>mnadel@mwe.com |
| MANNING AVENUE PISTACHIOS<br>1396 W. HERNDON AVE., SUITE 101<br>FRESNO CA 93711 | rbarton@mwe.com |

**SERVICE VIA EMAIL**

| | |
|---|---|
| MARICOPA ORCHARDS LLC<br>1306 W HERNDON AVE STE 101<br>FRESNO CA 93711 | rbarton@mwe.com<br>Dhurst@mwe.com<br>jhammond@mwe.com<br>mnadel@mwe.com |
| METLIFE REAL ESTATE LENDING LLC<br>10801 MASTIN BLVD., SUITE 700<br>OVERLAND PARK KS 66210 | michelle.rosales@stoel.com<br>thomas.woods@stoel.com |
| METROPOLITAN LIFE INSURANCE COMPANY<br>10801 MASTIN BLVD., SUITE 930<br>OVERLAND PARK KS 66210 | thomas.woods@stoel.com<br>michael.brown@stoel.com<br>michelle.rosales@stoel.com<br>ben.codog@stoel.com |
| MODERN WOODMEN OF AMERICA<br>1701 1ST AVENUE<br>ROCK ISLAND IL 61201 | sturner@bairdholm.com<br>dstiles@bairdholm.com[1]<br>sthayer@bairdholm.com<br>btomjack@bairdholm.com |
| PANOCHE PISTACHIOS, LLC<br>1306 W. HERNDON AVE., SUITE 101<br>FRESNO CA 93711 | rbarton@mwe.com<br>Dhurst@mwe.com<br>jhammond@mwe.com<br>mnadel@mwe.com |
| PGIM REAL ESTATE FINANCE, LLC<br>2100 ROSS AVENUE, SUITE 2500<br>DALLAS TX 75201 | jdejonker@seyfarth.com<br>nmarcus@seyfarth.com<br>rpinkston@seyfarth.com |
| PRUDENTIAL MORTGAGE CAPITAL COMPANY, LLC<br>C/O PRUDENTIAL ASSET RESOURCES, 2100 ROSS AVENUE, SUITE 2500<br>DALLAS TX 75201 | jdejonker@seyfarth.com<br>nmarcus@seyfarth.com<br>rpinkston@seyfarth.com |
| RABO AGRIFINANCE LLC<br>P O BOX 411995<br>ST. LOUIS MO 63141 | gherrera@kmtg.com<br>mjohnson@rqn.com |
| SAGEBERRY FARMS, LLC<br>1306 W. HERNDON AVE., SUITE 101<br>FRESNO CA 93711 | rbarton@mwe.com<br>Dhurst@mwe.com<br>jhammond@mwe.com<br>mnadel@mwe.com |
| SCHRAMM DONALD E. TRUSTEE<br>1396 WEST HERNDON AVE<br>FRESNO CA 93711 | dpaloutzian@bakermanock.com |
| SCHRAMM DONALD E.<br>4721 W. JENNIFER<br>FRESNO CA 93722 | dpaloutzian@bakermanock.com |
| SCHRAMM NADA L. TRUSTEE<br>1396 WEST HERNDON AVE<br>FRESNO CA 93711 | dpaloutzian@bakermanock.com |
| SCHRAMM NADA L.<br>4721 WEST JENNIFER, SUITE 5<br>FRESNO CA 93722 | dpaloutzian@bakermanock.com |
| SWEET CAROLE A.<br>4721 WEST JENNIFER, SUITE 5<br>FRESNO CA 93722 | dpaloutzian@bakermanock.com |
| SWEET DANIEL L.<br>4721 WEST JENNIFER, SUITE 5<br>FRESNO CA 93722 | dpaloutzian@bakermanock.com |

**SERVICE VIA EMAIL**

| | |
|---|---|
| PRUDENTIAL INSURANCE COMPANY OF AMERICA<br>2100 ROSS AVENUE<br>DALLAS TX 75201 | jdejonker@seyfarth.com<br>nmarcus@seyfarth.com<br>rpinkston@seyfarth.com |
| THE THOMSEN FAMILY TRUST<br>4721 WEST JENNIFER, SUITE 5<br>FRESNO CA 93722 | dpaloutzian@bakermanock.com |
| THOMSEN KEITH A<br>4721 W. JENNIFER SUITE #5 N<br>FRESNO CA 93722 | dpaloutzian@bakermanock.com |
| TOUCHSTONE PISTACHIO COMPANY, LLC<br>1306 W HERNDON AVE STE 108<br>FRESNO CA 93711-7183 | rbarton@mwe.com |
| U.S. Bank<br>U.S.BANCORP CENTER<br>800 NICOLLET MALL<br>BC-MN-H22A<br>MINNEAPOLIS, MN 55402-7020 | markanishchenko@dwt.com<br>mlauter@sheppardmullin.com<br>jakefreed@dwt.com[1]<br>hughmccullough@dwt.com[1]<br>maryhaas@dwt.com<br>mattladew@dwt.com<br>tcohen@sheppardmullin.com<br>vidhyaprabhakaran@dwt.com<br>MarkAnishchenko@dwt.com; |
| WHITESBRIDGE FARMS, LLC<br>1306 W HERNDON AVE STE. 101<br>FRESNO CA 93711 | rbarton@mwe.com |
| WILLOW AVENUE INVESTMENTS, LLC<br>1306 W, HERNDON AVE SUITE 101<br>FRESNO CA 93711 | rbarton@mwe.com |
| WINSTON FARMS, LLC<br>1396 WEST HERNDON AVE SUITE 101<br>FRESNO CA 93711 | rbarton@mwe.com |
| David Stapleton, Receiver | jphilipsroth@cov.com |
| Darius Assemi, as Trustee of the Amended and Restated Darius Assemi Revocable Trust | RPS@LNBYG.COM<br>bry@lnbyg.com |
| Farid Assemi, as Trustee of the Farshid Assemi 1997 Ranch Trust dated June 30, 1997 | RPS@LNBYG.COM<br>bry@lnbyg.com |
| Farid Assemi, as Trustee of the Amended and Restated Farid Assemi Revocable Trust, dated January 24, 2007 | RPS@LNBYG.COM<br>bry@lnbyg.com |
| Farid Assemi, as Trustee of the Amended and Restated Farid Assemi Revocable Trust, dated January 24, 2007 | RPS@LNBYG.COM<br>bry@lnbyg.com |
| Melissa Layne, as Trustee of the Farshid and Sonia Assemi 2010 Grantor Trust, dated December 30, 2010 | RPS@LNBYG.COM<br>bry@lnbyg.com |
| Neema Assemi, as Trustee of the Farid Assemi 2010 Grantor Trust, dated December 30, 2010 | RPS@LNBYG.COM<br>bry@lnbyg.com |
| Neema Assemi, Co-trustee of the Farid Assemi 1997 Ranch Trust dated June 30, 1997 | RPS@LNBYG.COM<br>bry@lnbyg.com |
| Sonia Assemi, Co-trustee of the Amended and Restated Farshid Assemi and Sonia Rosemary Assemi Revocable Trust dated January 31, 2007 | RPS@LNBYG.COM<br>bry@lnbyg.com |

**SERVICE VIA EMAIL**

| | |
|---|---|
| Darius Assemis | RPS@LNBYG.COM<br>bry@lnbyg.com |
| Farshid Assemi | RPS@LNBYG.COM<br>bry@lnbyg.com |
| Farshid Assemi, Co-trustee of the Amended and Restated Farshid Assemi and Sonia Rosemary Assemi Revocable Trust dated January 31, 2007 | RPS@LNBYG.COM<br>bry@lnbyg.com |
| Farshid Assemi, Co-trustee of the Farid Assemi 1997 Ranch Trust dated June 30, 1997 | RPS@LNBYG.COM<br>bry@lnbyg.com |
| Phillip Christensen | Zev.Shechtman@saul.com<br>carol.chow@saul.com |
| Catherine S. Thomsen | dpaloutzian@bakermanock.com |
| SAIR PARTNERSHIP 7 LLC<br>C/O STOEL RIVES LLP<br>ATTN: JOHN S. KAPLAN<br>600 UNIVERSITY STREET, SUITE 3600<br>SEATTLE, WA 98101 | john.kaplan@stoel.com |
| TRI COUNTIES BANK | danduarte@tcbk.com<br>stevemacrae@tcbk.com |
| Ali Mojdehi | ali.mojdehi@mgr-legal.com |
| Office of County Counsel<br>Jeremy S. McNutt<br>Deputy County Counsel | Jsmcnutt@kerncounty.com |
| Phil Lamberson | plamberson@winstead.com |