# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ACDF, LLC, et al.,<br><br>Defendants. | Case No. 1:24-cv-01102-KES-SAB<br><br>ORDER REGARDING STIPULATION FOR EXTENDING TIME FOR CERTAIN DEFENDANTS TO FILE RESPONSIVE PLEADINGS<br><br>(ECF No. 386) |
|---|---|

On January 6, 2025, a stipulation was filed requesting an extension of time for Defendants ACDF, LLC, Assemi and Sons, Inc., Bear Flag Farms, LLC, C & A Farms, LLC, Cantua Orchards, LLC, Favier Ranch, LLC, Gradon Farms, LLC, Granville Farms, LLC, Lincoln Grantor Farms, LLC, Maricopa Orchards, LLC, Panoche Pistachios, LLC, and Sageberry Farms, LLC (collectively the "Farming Defendants") to respond to the complaint (the "Stipulation"). The Court finds good cause and approves the Stipulation.

Accordingly, IT IS HEREBY ORDERED that:

1. The Stipulation (ECF No. 386) is APPROVED; and

///

///

///

2. The Farming Defendants shall file their responsive pleadings on or before February 5, 2026.

IT IS SO ORDERED.

Dated: **January 7, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2