Terence G. Banich (SBN 212173)[1]
terence.banich@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe St.
Chicago, IL 60661-3693
Telephone:     (312) 902-5200
Facsimile:      (312) 902-1061

John E. Mitchell (*pro hac vice*)
Michaela C. Crocker (*pro hac vice*)
**KATTEN MUCHIN ROSENMAN LLP**
2121 North Pearl St., Ste. 1100
Dallas, TX 75201-2591
Telephone:     (214) 765-3600
Facsimile:      (214) 765-3602

Arlen P. Moradi (SBN 353956)
**KATTEN MUCHIN ROSENMAN LLP**
2121 Avenue of the Stars, Ste. 1100
Los Angeles, CA 90067-5010
Telephone: (310) 778-4449

*Attorneys for the Receiver*
Lance Miller

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al., | No. 1:24-cv-01102-KES-SAB |
| Plaintiffs, | **STIPULATED EX PARTE APPLICATION TO SHORTEN TIME ON MOTION OF RECEIVER LANCE MILLER FOR AN ORDER AMENDING THE DATES AND DEADLINES SET FORTH IN THE ORDER (I) APPROVING BID PROCEDURES FOR THE SALE OF REAL PROPERTY; (II) APPROVING BID PROTECTIONS FOR STALKING HORSE BIDDER; AND (III) SCHEDULING THE AUCTION AND SALE HEARING (WESTLANDS)** |
| v. | |
| ACDF, LLC; ASSEMI AND SONS, INC.; AVILA RANCH EA, LLC; BEAR FLAG FARMS, LLC; C & A FARMS, LLC; CANTUA ORCHARDS, LLC; DA REAL ESTATE HOLDINGS, LLC; FAVIER RANCH, LLC; FG2 HOLDINGS LLC; GRADON FARMS, LLC; GRANVILLE FARMS, LLC; GRANTLAND HOLDINGS NO. 1, LLC; GRANTLAND HOLDINGS NO. 2, LLC; GRANTOR REAL ESTATE INVESTMENTS, LLC; GVM INVESTMENTS, LLC; GV AG, LLC; LINCOLN GRANTOR FARMS, LLC; MARICOPA ORCHARDS, LLC; PANOCHE PISTACHIOS, LLC; SAGEBERRY FARMS, LLC; DEREK BELL; and RACHEL MARIE WHITE, | Judge:         Hon. Kirk Sherriff |
| | Action Filed:   September 16, 2024 |
| Defendants. | |

---

[1] Designated as counsel for service pursuant to L.R. 182(c)(1).

1    Lance Miller (the "**Receiver**"), solely in his capacity as Court-appointed Receiver in the
2    above-captioned case, hereby files this *Stipulated Ex Parte Application to Shorten Time* (the
3    "**Application**") on the *Motion of Receiver Lance Miller for an Order Amending the Dates and
4    Deadlines Set forth in the Order (I) Approving Bid Procedures for the Sale of Real Property; (II)
5    Approving Bid Protections for Stalking Horse Bidder; and (III) Scheduling the Auction and Sale
6    Hearing (Westlands)* (the "**Motion to Amend**") filed concurrently herewith.

7    This Application is filed pursuant to Local Rule 144 and the Standing Order of this Court,
8    and is supported by the Declaration of Michaela Crocker, as counsel for Receiver (the "**Crocker
9    Declaration**"), attached hereto, and the following facts:

10    On September 16, 2024, The Prudential Insurance Company of America and PGIM Real
11    Estate Finance, LLC filed a *Complaint for Breach of Contract, Appointment of Receiver, Accounting
12    and Specific Performance of Rents and Profits Clause; and Injunctive Relief* [Dkt. No. 1] initiating
13    the above-captioned case, and on September 18, 2024, an *Ex Parte Application Regarding Motion
14    for Order Appointing Receiver and for Preliminary Injunction* [Dkt. No. 12].

15    On September 25, 2024, after notice and hearing, the Court entered the *Agreed Order
16    Appointing Receiver with Limited Authority* [Dkt. No. 51, as amended by Dkt. No. 107] and on
17    November 7, 2024, entered the *Order Expanding Receivership and for Preliminary Injunction* [Dkt.
18    No. 120, as further amended] (the "**Receivership Order**") appointing the Receiver as receiver over
19    the Receivership Property (as defined in the Receivership Order). The scope of the Receiver's duties
20    includes "to assess whether a sale of the Receivership Property would maximize value, and,
21    following that assessment and if appropriate in the Receiver's reasonable judgment, implement an
22    organized sale process of the Receivership Property, whether in whole or part, with any sale of
23    Receivership Property outside of the ordinary course of business subject to the Court's approval."
24    Receivership Order ¶ 23.

25    As reflected in the motion to approve bidding procedures filed with the Court on October
26    27, 2025 [Dkt. No. 338] (the "**Bidding Procedures Motion**"), which was granted by the Court on
27    December 1, 2025 [Dkt. No. 370], the Receiver has undertaken a fulsome marketing process for the
28

1  real property and associated rights more fully set forth in the form Purchase and Sale Agreement
2  attached to the Bidding Procedures Motion as Exhibit 2 (the "**Property**").

3  At the conclusion of the initial marketing process for the Property, the Receiver identified
4  Bravante Farm Capital, LLC or its assignee or affiliate ("**Bravante**") as the likely "Stalking Horse
5  Bidder" for the Property. Miller Decl. [Dkt. No. 338-3] at 3:20-4:4. The Receiver anticipated that
6  Bravante would be in a position to execute a purchase and sale agreement (the "**Stalking Horse**
7  **PSA**") before December 29, 2025.  Bravante, however, has requested additional time to complete
8  its diligence.  The Receiver, in consultation with Plaintiffs and the Defendant-record owners of the
9  Property, does not oppose Bravante's request and has proposed the extended dates and deadlines set
10 forth in the Motion to Amend.

11 Under the timeline agreed to among the Receiver, Plaintiffs, and the Defendant-record
12 owners of the Property, the amended deadline for the Receiver to file a Notice of Stalking Horse
13 Bidder and award bid protections is March 11, 2026, and Bravante has indicated that it is unwilling
14 to serve as stalking horse without the agreed-upon bid protections in place.  Accordingly, the
15 Receiver requests that the Court set a hearing to consider the Motion to Amend on February 17,
16 2026, with responses to the motion due on or before fourteen (14) days of the filing of the Motion
17 to Amend.  Although this hearing date is sooner than the standard 35-day period under the local
18 rules, it is sufficient to provide parties with a full notice/response period pursuant to the local rules
19 of this Court.

20 **Moreover, as set forth in the Crocker Declaration, counsel for the Receiver met and**
21 **conferred with the respective attorneys for Plaintiffs and Defendant-record owners of the**
22 **Property, each of whom consent to the request to shorten time as set forth in this Application**
23 **and do not oppose the Motion to Amend.**

24 Based on the foregoing, the Receiver respectfully requests that the Court grant this
25 Application and enter an order substantially in the form submitted herewith, establishing the
26 response deadline and scheduling the hearing to consider the Motion to Amend for February 17,
27 2026.
28

Dated: January 26, 2026

Respectfully submitted,

**KATTEN MUCHIN ROSENMAN LLP**

By:   */s/ Arlen P. Moradi*
       Arlen P. Moradi

Attorneys for the Receiver,
Lance Miller

## DECLARATION OF MICHAELA CROCKER

I, Michaela Crocker, declare as follows:

1. I am an attorney who is duly licensed to practice before all courts in the State of Texas and admitted to practice before this Court on a *pro hac vice* basis. I am a partner with Katten Muchin Rosenman LLP, counsel of record for Lance Miller, as the Court-appointed receiver (the "**Receiver**") in this case. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to such facts under oath.

2. I make this Declaration in support of the *Stipulated Ex Parte Application to Shorten Time* (the "**Application**") on the *Motion of Receiver Lance Miller for an Order Amending the Dates and Deadlines Set forth in the Order (I) Approving Bid Procedures for the Sale of Real Property; (II) Approving Bid Protections for Stalking Horse Bidder; and (III) Scheduling the Auction and Sale Hearing (Westlands)*. The facts stated in the Application are true and correct to the best of my knowledge, information, and belief.

3. I have met and conferred with the respective attorneys for the Plaintiff, the second and third lienholders on the Property, and the Defendant-record owners of the Property, as follows, and each such attorney has stated to me that their respective clients consent to the relief sought in the Application and do not oppose the Motion to Amend:

- Jason DeJonker and Nicholas Marcus of Seyfarth Shaw LLP on behalf of Plaintiffs

- Riley Walter and Ian Quinn of Wagner Jones Helsey PC on behalf of the Defendant-record owners of the Property.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed: January 26, 2026
Dallas, Texas

/s/ *Michaela Crocker*
Michaela Crocker

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 2121 Avenue of the Stars, Ste. 1100, Los Angeles, CA 90067-5010. On January 26, 2026, I served the following document(s) described as:

**STIPULATED EX PARTE APPLICATION TO SHORTEN TIME ON MOTION OF RECEIVER LANCE MILLER FOR AN ORDER AMENDING THE DATES AND DEADLINES SET FORTH IN THE ORDER (I) APPROVING BID PROCEDURES FOR THE SALE OF REAL PROPERTY; (II) APPROVING BID PROTECTIONS FOR STALKING HORSE BIDDER; AND (III) SCHEDULING THE AUCTION AND SALE HEARING (WESTLANDS)**

as follows:

[ ]  **BY MAIL:**  I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed on **Exhibit 1** and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Katten Muchin Rosenman LLP practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

[ X ]  **BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused the document(s) to be sent from e-mail address janice.brooks-patton@katten.com to the persons at the e-mail address(es) listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

ali.mojdehi@mgr-legal.com
Jsmcnutt@kerncounty.com
jon@cavalrei.com
degan@wilkefleury.com
storigiani@youngwooldridge.com
HGrossman@cozen.com
pswain@cozen.com
RStewart@pearsonrealty.com
kstewart@pearsonrealty.com
aferdinandi@pearsonrealty.com
DKevorkian@pearsonrealty.com
sgrosz@pearsonrealty.com
jreisz@kleinlaw.com
ckay@caagproperties.com
mindynili@gmail.com
OKatz@sheppardmullin.com
RSahyan@sheppardmullin.com
Robert.D.Lewis@t-mobile.com
kvote@wjhattorneys.com
kdodd@wjhattorneys.com
Bernard.gudorf@usbank.com
legal@goldenstatecleanenergy.com

**[ ]    BY OVERNIGHT MAIL (FedEx):** I enclosed said document(s) in an envelope or package provided by FEDEX and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FEDEX or delivered such document(s) to a courier or driver authorized by FEDEX to receive documents.

**[ ]    BY PERSONAL SERVICE:** I caused said document to be personally delivered the document(s) to the person at the addresses listed above by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office.

**[X]    E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 26, 2026, at Los Angeles, California

                                      */s/Arlen P. Moradi*
                                      Arlen P. Moradi