Terence G. Banich (SBN 212173)[1]
terence.banich@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe St.
Chicago, IL 60661-3693
Telephone:    (312) 902-5200
Facsimile:    (312) 902-1061

John E. Mitchell (*pro hac vice*)
Michaela C. Crocker (*pro hac vice*)
**KATTEN MUCHIN ROSENMAN LLP**
2121 North Pearl St., Ste. 1100
Dallas, TX 75201-2591
Telephone:    (214) 765-3600
Facsimile:    (214) 765-3602

*Attorneys for the Receiver*
Lance Miller

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ACDF, LLC; ASSEMI AND SONS, INC.; AVILA RANCH EA, LLC; BEAR FLAG FARMS, LLC; C & A FARMS, LLC; CANTUA ORCHARDS, LLC; DA REAL ESTATE HOLDINGS, LLC; FAVIER RANCH, LLC; FG2 HOLDINGS LLC; GRADON FARMS, LLC; GRANVILLE FARMS, LLC; GRANTLAND HOLDINGS NO. 1, LLC; GRANTLAND HOLDINGS NO. 2, LLC; GRANTOR REAL ESTATE INVESTMENTS, LLC; GVM INVESTMENTS, LLC; GV AG, LLC; LINCOLN GRANTOR FARMS, LLC; MARICOPA ORCHARDS, LLC; PANOCHE PISTACHIOS, LLC; SAGEBERRY FARMS, LLC; DEREK BELL; and RACHEL MARIE WHITE, <br><br> Defendants. | No. 1:24-cv-01102-KES-SAB <br><br> **DECLARATION OF CAMERON KAY IN SUPPORT OF NOTICE OF PROPOSED AUCTION AND SALE OF REAL PROPERTY (SEBASTIAN)** <br><br> Related to Dkt. No. 371 <br><br> Judge:    Hon. Kirk E. Sherriff <br><br> Action Filed: September 16, 2024 |

---

[1] Designated as counsel for service pursuant to L.R. 182(c)(1).

I, Cameron Kay, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury as follows:

1. I am over the age of eighteen years, am under no disability, and am competent to testify to the matters set forth herein. Except as otherwise stated, all facts set forth in this declaration are based upon my personal knowledge and/or my review of documents. If called as a witness in this case, I could and would testify competently to the facts set forth in this declaration.

2. I submit this declaration in support of the *Notice of Proposed Auction and Sale of Real Property (Sebastian)* [Dkt. No. 371] (the "**Notice**").

3. I am a Broker Associate of Ca Ag Properties ("**Ca Ag**") and, as such, am authorized to submit this declaration on behalf of Ca Ag and in support of the Notice. Except as otherwise indicated, all facts set forth in this Declaration are based upon (a) my personal knowledge of the Property and the marketing and sale efforts related thereto; (b) information learned from my review of relevant documents; and (c) information provided to me by other representatives of Ca Ag. If I were called as a witness, I would testify consistently with the facts set forth in this Declaration.

4. I am a California licensed real estate broker, license number DRE #01932246. I work primarily out of the Fresno, California office, but have brokered sales throughout California, ranging from Yolo County, near Sacramento, to Ventura County, near Los Angeles. Throughout my career, I have specialized in agricultural transaction advisory services and sales in the state of California. I personally have brokered agricultural transactions in the state of California totaling over 28,000 acres with a value of over $740,000,000 since 2019.

5. On May 1, 2025, the Court entered an Order [Dkt. No. 205] authorizing me to serve as exclusive listing agent for the Receiver with respect to, among other properties, approximately 159.02 assessed acres of land located in Kern County, California, along with associated interests, as more particularly described in the Purchase and Sale Agreement attached to the Sale Notice (the "**Property**"). Upon engagement and direction to market, I or other representatives of Ca Ag initiated

or had initiated a marketing effort that included but was not limited to: (a) publishing notice of the auction and proposed sale in the following publications: The Business Journal, Bakersfield Californian, Madera Tribune, Merced Sun-Star, and the Visalia Times Delta, at least once weekly from approximately June 4, 2025, through June 25, 2025; (b) publishing of Property on www.caagproperties.com; (c) sending a printed mailer blast to over 3,500 growers and prospective buyers within the region of the Property; (d) sending a digital mailer blast to over 1,500 growers and prospective buyers within the region of the Property; and (v) sending a digital mailer blast to over 100 Brokers who work within the region of the Property.

6. The deadline to submit Qualified Bids for the Property passed on January 26, 2026. No other Qualified Bids were received.

7. Considering (a) the length of the marketing process and (b) the other bid and indications of interest the Receiver and Ca Ag received in connection with marketing of the Property, I believe it is unlikely that a continued marketing process or an auction would result in a higher or better offer.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 27, 2026
In Fresno, California

By: */s/ Cameron Kay*
Cameron Kay

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 2121 Avenue of the Stars, Ste. 1100, Los Angeles, CA 90067-5010. On January 27, 2026, I served the following document(s) described as:

**DECLARATION OF CAMERON KAY IN SUPPORT OF NOTICE OF PROPOSED AUCTION AND SALE OF REAL PROPERTY (SEBASTIAN)**

as follows:

**[ ]   BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed on **Exhibit 1** and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Katten Muchin Rosenman LLP practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**[X]   BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the document(s) to be sent from e-mail address janice.brooks-patton@katten.com to the persons at the e-mail address(es) listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

ali.mojdehi@mgr-legal.com
Jsmcnutt@kerncounty.com
jon@cavalrei.com
degan@wilkefleury.com
storigiani@youngwooldridge.com
HGrossman@cozen.com
pswain@cozen.com
RStewart@pearsonrealty.com
kstewart@pearsonrealty.com
aferdinandi@pearsonrealty.com
DKevorkian@pearsonrealty.com
sgrosz@pearsonrealty.com
jreisz@kleinlaw.com
ckay@caagproperties.com
mindynili@gmail.com
OKatz@sheppardmullin.com
RSahyan@sheppardmullin.com
Robert.D.Lewis@t-mobile.com
kvote@wjhattorneys.com
kdodd@wjhattorneys.com
Bernard.gudorf@usbank.com
legal@goldenstatecleanenergy.com

**[ ]   BY OVERNIGHT MAIL (FedEx):** I enclosed said document(s) in an envelope or package provided by FEDEX and addressed to the persons at the addresses listed on **Exhibit 1**. I placed the

envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FEDEX or delivered such document(s) to a courier or driver authorized by FEDEX to receive documents.

**[ ]   BY PERSONAL SERVICE:** I caused said document to be personally delivered the document(s) to the person at the addresses listed above by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office.

**[X]   E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 27, 2026, at Los Angeles, California

*/s/Arlen P. Moradi*
Arlen P. Moradi