# EXHIBIT A

ACDF, LLC, et al.
1306 W. Herndon Ave., Suite 101
Fresno, CA 93711

Chicago Title Company
5170 Golden Foothill Parkway, Suite 130
El Dorado Hills, CA 95762

Kern County
Kern County Clerk
1115 Truxtun Ave # 5th
Bakersfield, CA 93301

Metropolitan Life Insurance Company
10801 Mastin Street, Ste 930
Overland Park, KS 66210
Attn: SSU Director

Metropolitan Life Insurance Company
Agricultural Investments
205 E. River Park Circle, Ste 330
Fresno, CA 93720
Attn: Director, WRO

MUFG Union Bank, N.A.
7108 N Fresno Street, Suite 200
Fresno, CA 93720
Attention: Scott Lisle

The Prudential Insurance Company of America
c/o Prudential Asset Resources
2100 Ross Avenue, Suite 2500
Dallas, TX 75201
Attention: Agricultural Loan Servicing

The Prudential Insurance Company of America
c/o Prudential Asset Resources
2100 Ross Avenue, Suite 2500
Dallas, TX 75201
Attention: Legal Department

The Prudential Insurance Company of America
2100 Ross Avenue, Suite 2500
Dallas, TX 75201

The Prudential Insurance Company of America
c/o Loan Services
2100 Ross Avenue, Suite 2500
Dallas, TX 75201

Wheeler Ridge-Maricopa Water Storage District
12109 CA-166
Bakersfield, CA 93313
Attn: Sheridan Nicholas

Young Wooldridge LLP
10800 Stockdale Hwy, Suite 202
Bakersfield, CA 93311
Attn: Steven M. Torigiani