**WANGER JONES HELSLEY**
Riley C. Walter #91839
Ian J. Quinn #342754
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 490-0949
E-Mail: rwalter@wjhattorneys.com
iquinn@wjhattorneys.com

Attorneys for Defendants ACAP Farms, LLC,
Assemi Brothers, LLC, C & A Farms, LLC,
Cantua Orchards, LLC, Copper Avenue Investments, LLC,
Gradon Farms, LLC, Lincoln Grantor Farms, LLC,
Maricopa Orchards, LLC, Whitesbridge Farms, LLC,
Willow Avenue Investments, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>FEDERAL AGRICULTURAL<br>MORTGAGE CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>ASSEMI BROTHERS, et al,<br><br>Defendants. | Case No. 1:24-cv-01455-KES-SAB<br><br>**STIPULATION EXTENDING TIME FOR CERTAIN DEFENDANTS TO FILE RESPONSIVE PLEADINGS** |

Plaintiff Federal Agricultural Mortgage Corporation ("Plaintiff") and Defendants ACAP Farms, LLC, Assemi Brothers, LLC, C & A Farms, LLC, Cantua Orchards, LLC, Copper Avenue Investments, LLC, Gradon Farms, LLC, Lincoln Grantor Farms, LLC, Maricopa Orchards, LLC, Whitesbridge Farms, LLC, Willow Avenue Investments, LLC (collectively, the "Farming Defendants") respectfully stipulate as follows:

1. This action was commenced on November 27, 2024.

Stipulation Extending Time for Certain
Defendants to File Responsive Pleadings

1

R:\Client\12442-002\PLEADINGS\FEDERAL AG
MORTGAGE V. ASSEMI BROS\Stipulation Extend
time to Answer\Stipulation.021726.gaa.docx

2. Summons Returned Executed were filed with the Court on December 19, 2024. ECF Nos. 16-25.

3. On January 3, 2025, the Court entered the Order Appointing Receiver and for Preliminary Injunction [ECF No. 29], which order remains in effect.

4. Plaintiff and Farming Defendants filed a Stipulation and Proposed Order [ECF No. 90] extending the time for Farming Defendants to file a responsive pleading in this case, through August 18, 2025. The Court approved the Stipulation and Proposed Order on May 14, 2025 [ECF No. 92].

5. Plaintiff and Farming Defendants filed a Stipulation and Proposed Order [ECF No. 116] extending the time for Farming Defendants to file a responsive pleading in this case, through September 19, 2025. The Court approved the Stipulation and Proposed Order on September 8, 2025 [ECF No. 119].

6. Plaintiff and Farming Defendants filed a Stipulation and Proposed Order [ECF No. 130] extending the time for Farming Defendants to file a responsive pleading in this case, through October 20, 2025. The Court approved the Stipulation and Proposed Order on September 24, 2025 [ECF No. 131].

7. Plaintiff and Farming Defendants filed a Stipulation and Proposed Order [ECF No. 174] extending the time for Farming Defendants to file a responsive pleading in this case, through January 8, 2026. The Court approved the Stipulation and Proposed Order on December 11, 2025 [ECF No. 178].

8. Plaintiff and Farming Defendants filed a Stipulation and Proposed Order [ECF No. 186] extending the time for Farming Defendants to file a responsive pleading in this case, through February 13, 2026. The Court approved the Stipulation and Proposed Order on January 13, 2026 [ECF No. 188].

9. Plaintiff, the Farming Defendants, and the Court-appointed Receiver have been and continue to be engaged in efforts to resolve the issues raised by Plaintiff's complaint. Plaintiff and the Farming Defendants have agreed to extend further the deadline for the Farming Defendants to file their responsive pleadings to March 13, 2026. This extension would further

their efforts to resolve the case and conserve the resources of the Farming Defendants.

NOW, THEREFORE, Plaintiff and Farming Defendants stipulate that the deadline for the Farming Defendants to file responses to Plaintiff's complaint shall be extended to March 13, 2026.

Dated: February 17, 2026　　　　　WANGER JONES HELSLEY

By: _____
Riley C. Walter
Ian J. Quinn
Attorneys for Maricopa Defendants

Dated: February 17, 2026　　　　　WHITNEY, THOMPSON & JEFFCOACH LLP

And

MOORE & VAN ALLEN, PLLC

　　　　　/s/ Zachary H. Smith
By: _____
Zachary H. Smith
Ben E. Shook
Attorneys for Federal Agricultural Mortgage Corporation

# PROOF OF SERVICE

**Federal Agricultural Mortgage Company v. Assemi Brothers, et al**
Case No. 1:24-cv-01455-KES-SAB

STATE OF CALIFORNIA, COUNTY OF FRESNO

My business address is 265 East River Park Circle, Suite 310, Post Office Box 28340, Fresno, California 93729. I am employed in Fresno County, California. I am over the age of 18 years and am not a party to this case.

On the date indicated below, I served the foregoing document(s) described as on all interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

1. **STIPULATION EXTENDING TIME FOR CERTAIN DEFENDANTS TO FILE RESPONSIVE PLEADINGS**

_____ **(BY MAIL)** I am readily familiar with the business' practice for collection and processing of correspondence for mailing, and that correspondence, with postage thereon fully prepaid, will be deposited with the United States Postal Service on the date noted below in the ordinary course of business, at Fresno, California.

XXX **(BY CM/ECF NOTICE OF ELECTRONIC FILING)** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

EXECUTED ON **February 17, 2026**, at Fresno, California.

XXX **(FEDERAL)** I declare that I am employed in this office of a member of the bar of this court at whose direction this service was made.

_____
Danielle Durham