**WANGER JONES HELSLEY**
Riley C. Walter #91839
Ian J. Quinn #342754
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 490-0949
E-Mail: rwalter@wjhattorneys.com
        iquinn@wjhattorneys.com

Attorneys for Defendants ACDF, LLC,
Assemi and Sons, Inc., Bear Flag Farms, LLC,
C & A Farms, LLC, Cantua Orchards, LLC,
Favier Ranch, LLC, Gradon Farms, LLC,
Granville Farms, LLC, Lincoln Grantor Farms, LLC,
Maricopa Orchards, LLC, Panoche Pistachios, LLC,
and Sageberry Farms, LLC

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 1:24-cv-01102-KES-SAB |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al., | **[PROPOSED] ORDER RE STIPULATION EXTENDING TIME FOR CERTAIN DEFENDANTS TO FILE RESPONSIVE PLEADINGS** |
| Plaintiffs, | |
| v. | |
| ACDF, LLC, et al, | |
| Defendants. | |

On February 17, 2026, a Stipulation was filed requesting an extension of time for Defendants ACDF, LLC, Assemi and Sons, Inc., Bear Flag Farms, LLC, C & A Farms, LLC, Cantua Orchards, LLC, Favier Ranch, LLC, Gradon Farms, LLC, Granville Farms, LLC, Lincoln Grantor Farms, LLC, Maricopa Orchards, LLC, Panoche Pistachios, LLC, and Sageberry Farms, LLC (collectively the "Farming Defendants") to respond to the complaint (the "Stipulation") [Dkt. No. ____] filed in the above-captioned case by Plaintiffs The Prudential Company of

America and PGIM Real Estate Finance, LLC, ("Plaintiffs").  The Court finds good cause to approve the Stipulation.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

1. The Stipulation is APPROVED.

2. The Farming Defendants shall file their responsive pleadings on or before **March 13, 2026.**

IT IS SO ORDERED.


Dated: _____

STANLEY A. BOONE
United States Magistrate Judge

[Proposed] Order re Stipulation Extending Time
for Certain Defendants to File Responsive
Pleadings

2

R:\Client\12442-002\PLEADINGS\PRUDENTIAL
V. ACDF\Stipulation Extend Time to
Answer\Proposed Order re
Stipulation.021726.gaa.docx