# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ACDF, LLC, et al.,<br><br>Defendants. | Case No. 1:24-cv-01102-KES-SAB<br><br>ORDER REGARDING STIPULATION FOR EXTENSION OF TIME FOR CERTAIN DEFENDANTS TO FILE REPSONSIVE PLEADINGS<br><br>(ECF No. 412) |

On February 17, 2026, a stipulation was filed requesting an extension of time for Defendants ACDF, LLC, Assemi and Sons, Inc., Bear Flag Farms, LLC, C&A Farms, LLC, Cantua Orchards, LLC, Favier Ranch, LLC, Gradon Farms, LLC, Granville Farms, LLC, Lincoln Grantor Farms, LLC, Maricopa Orchards, LLC, Panoche Pistachios, LLC, and Sageberr Farms, LLC (collectively the "Farming Defendants") to respond to the complaint (the "Stipulation"). The Court finds good cause and approves the Stipulation.

Accordingly, IT IS HEREBY ORDERED that:

1. The Stipulation (ECF No. 412) is APPROVED; and

/ / /

/ / /

/ / /

/ / /

/ / /

2. The Farming Defendants shall file their responsive pleadings on or before **March 13, 2026.**

IT IS SO ORDERED.

Dated: **February 19, 2026**

STANLEY A. BOONE
United States Magistrate Judge