Terence G. Banich (SBN 212173)[1]
terence.banich@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe St.
Chicago, IL 60661-3693
Telephone:    (312) 902-5200
Facsimile:    (312) 902-1061

John E. Mitchell (*pro hac vice*)
Michaela C. Crocker (*pro hac vice*)
**KATTEN MUCHIN ROSENMAN LLP**
2121 North Pearl St., Ste. 1100
Dallas, TX 75201-2591
Telephone:    (214) 765-3600
Facsimile:    (214) 765-3602

Arlen P. Moradi (SBN 353956)
**KATTEN MUCHIN ROSENMAN LLP**
2121 Avenue of the Stars, Ste. 1100
Los Angeles, CA 90067-5010
Telephone: (310) 778-4449
*Attorneys for the Receiver Lance Miller*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al.,<br><br>Plaintiffs,<br>v.<br><br>ACDF, LLC; ASSEMI AND SONS, INC.; AVILA RANCH EA, LLC; BEAR FLAG FARMS, LLC; C & A FARMS, LLC; CANTUA ORCHARDS, LLC; DA REAL ESTATE HOLDINGS, LLC; FAVIER RANCH, LLC; FG2 HOLDINGS LLC; GRADON FARMS, LLC; GRANVILLE FARMS, LLC; GRANTLAND HOLDINGS NO. 1, LLC; GRANTLAND HOLDINGS NO. 2, LLC; GRANTOR REAL ESTATE INVESTMENTS, LLC; GVM INVESTMENTS, LLC; GV AG, LLC; LINCOLN GRANTOR FARMS, LLC; MARICOPA ORCHARDS, LLC; PANOCHE PISTACHIOS, LLC; SAGEBERRY FARMS, LLC; DEREK BELL; and RACHEL MARIE WHITE,<br><br>Defendants. | No. 1:24-cv-01102-KES-SAB<br><br>**EX PARTE MOTION OF RECEIVER LANCE MILLER TO CONTINUE HEARING ON:**<br><br>**MOTION FOR AN ORDER AMENDING THE DATES AND DEADLINES SET FORTH IN THE ORDER (I) APPROVING BID PROCEDURES FOR THE SALE OF REAL PROPERTY; (II) APPROVING BID PROTECTIONS FOR STALKING HORSE BIDDER; AND (III) SCHEDULING THE AUCTION AND SALE HEARING (WESTLANDS)**<br><br>Related to Dkt. No. 394<br><br>Judge:        Hon. Kirk E. Sherriff<br><br>Action Filed:        September 16, 2024 |

-1-

305012896

**EX PARTE MOTION TO CONTINUE HEARING**

Pursuant to Local Rule 230, Lance Miller (the "**Receiver**"), solely in his capacity as Court-appointed receiver in the above-captioned case, hereby requests that the Court continue the hearing on the *Motion of Receiver Lance Miller for an Order Amending the Dates and Deadlines Set Forth in the Order (I) Approving Bid Procedures for the Sale of Real Property; (II) Approving Bid Protections for Stalking Horse Bidder; and (III) Scheduling the Auction and Sale Hearing (Westlands)* [Dkt. No. 394] (the "**Motion to Amend**") currently set for Monday, March 2, 2026, at 1:30 p.m. PT to a future date to be determined per the procedure proposed below.

This Motion was filed after a conference among counsel that took place February 27, 2026, pursuant to the local rules of this Court with:

- Nicholas Marcus of Seyfarth Shaw LLP on behalf of Plaintiffs; and
- Ian Quinn of Wagner Jones Helsey PC on behalf of the Farming Defendants (as defined in the Receivership Order), including the Defendants that are the record owners of the property that is the subject of the bidding procedures.

Neither Plaintiffs nor Farming Defendants oppose a continuance of the hearing on the Motion to Amend or a resetting of the hearing pursuant to the procedure set forth in this Motion.

I.    **FACTUAL AND PROCEDURAL HISTORY**

A.    **The Prudential Receivership**

On September 16, 2024, The Prudential Insurance Company of America and PGIM Real Estate Finance, LLC (together, the "**Prudential Lenders**") filed a *Complaint for Breach of Contract, Appointment of Receiver, Accounting and Specific Performance of Rents and Profits Clause; and Injunctive Relief* [Dkt. No. 1] initiating the above-captioned case, and on September 18, 2024, an *Ex Parte Application Regarding Motion for Order Appointing Receiver and for Preliminary Injunction* [Dkt. No. 12].

On September 25, 2024, after notice and hearing, the Court entered the *Agreed Order Appointing Receiver with Limited Authority* [Dkt. No. 51, as amended by Dkt. No. 107] and on November 7, 2024, entered the *Order Expanding Receivership and for Preliminary Injunction* [Dkt.

---

[1] Designated as counsel for service pursuant to L.R. 182(c)(1).

No. 120] (as further amended or supplemented, the "**Receivership Order**") appointing the Receiver as receiver over the Receivership Property (as defined in the Receivership Order).

### B.    Entry of the Original Bidding Procedures Order

As reflected in the motion to approve bidding procedures and related declarations filed with the Court on October 27, 2025 [Dkt. No. 338] (the "**Bidding Procedures Motion**"), the Receiver has undertaken a fulsome marketing process for the real property and associated rights more fully set forth in the form Purchase and Sale Agreement attached to the Bidding Procedures Motion as Exhibit 2 (the "**Property**").

At the Receiver's request, the Court entered an order approving the Bidding Procedures Motion on December 1, 2025 [Dkt. No. 370] (the "**Bidding Procedures Order**" establishing the "**Bidding Procedures**"). The Bidding Procedures Order established various dates and deadline with respect to the auction and sale of the Property.

As reflected in the Bidding Procedures Motion, at the conclusion of the initial marketing process, the Receiver identified a potential stalking horse bidder (the "**Potential Stalking Horse**") for the Property. The Receiver anticipated the Potential Stalking Horse would be in a position to execute a purchase and sale agreement by year end.  The potential Stalking Horse, however, has requested additional time to complete its diligence.  The Receiver, in consultation with Plaintiffs, granted the extension and on January 26, 2026 filed the Motion to Amend, which is currently set for hearing on March 2, 2026.  The dates and deadlines set forth in the Motion to Amend, however, need to be further amended and the exact date by which the Receiver will be in a position to designate a stalking horse bidder is not currently known.

### II.    RELIEF REQUESTED

The Receiver requests that the Court continue the hearing on the Motion to Amend that is currently set for hearing on March 2, 2026, to a date to be determined pursuant to the following procedure, which will both give the Receiver flexibility in establishing an updated sale timeline and provide parties in interest with a full objection period to consider the to-be-proposed dates:

- The Receiver will establish new dates/deadlines to be included in the Bidding Procedures in consultation with the Plaintiffs and the Farming Defendants.

-3-

305012896

- After determining the new dates and deadlines for the proposed, revised Bidding Procedures, the Receiver will file a pleading with the Court (the "**Notice**") informing parties of the updates. The Notice will include a redline comparing the Court-approved Bidding Procedures with the proposed revised Bidding Procedures and provide parties with a 14-day objection period.

- The Receiver will serve the Notice to the same parties that were served with a copy of the Bidding Procedures Motion and the Motion to Amend.

- A hearing on the Motion to Amend, as amended by the Notice, will be held at the first regularly scheduled hearing date after expiration of the objection period. Alternatively, if no objections are timely filed, the Receiver will upload a proposed order under a non-opposition.

Accordingly, the Receiver respectfully requests that the Court enter the proposed form of order attached hereto as **Exhibit A** continuing the hearing on the Motion to Amend

Dated: February 27, 2026

Respectfully submitted,

**KATTEN MUCHIN ROSENMAN LLP**

By: _/s/ Arlen P. Moradi_
Arlen P. Moradi

*Attorneys for the Receiver,*
Lance Miller

-4-

305012896

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 2121 Avenue of the Stars, Ste. 1100, Los Angeles, CA 90067-5010. On February 27, 2026, I served the following document(s) described as:

**EX PARTE MOTION OF RECEIVER LANCE MILLER TO CONTINUE HEARING ON:**

**MOTION FOR AN ORDER AMENDING THE DATES AND DEADLINES SET FORTH IN THE ORDER (I) APPROVING BID PROCEDURES FOR THE SALE OF REAL PROPERTY; (II) APPROVING BID PROTECTIONS FOR STALKING HORSE BIDDER; AND (III) SCHEDULING THE AUCTION AND SALE HEARING (WESTLANDS)**
as follows:

**[ ]    BY MAIL:**  I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses on **Exhibit 1** attached hereto and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Katten Muchin Rosenman LLP practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**[X]    BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused the document(s) to be sent from e-mail address janice.brooks-patton@katten.com to the persons at the e-mail address(es) listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

ali.mojdehi@mgr-legal.com
Jsmcnutt@kerncounty.com
jon@cavalrei.com
degan@wilkefleury.com
storigiani@youngwooldridge.com
HGrossman@cozen.com
pswain@cozen.com
RStewart@pearsonrealty.com
kstewart@pearsonrealty.com
aferdinandi@pearsonrealty.com
DKevorkian@pearsonrealty.com
sgrosz@pearsonrealty.com
jreisz@kleinlaw.com
ckay@caagproperties.com
mindynili@gmail.com
OKatz@sheppardmullin.com
RSahyan@sheppardmullin.com
Robert.D.Lewis@t-mobile.com
kvote@wjhattorneys.com
kdodd@wjhattorneys.com
Bernard.gudorf@usbank.com
legal@goldenstatecleanenergy.com

-5-

305012896

**[ ]   BY OVERNIGHT MAIL (FedEx):**  I enclosed said document(s) in an envelope or package provided by FEDEX and addressed to the persons at the addresses listed on **Exhibit 1**. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FEDEX or delivered such document(s) to a courier or driver authorized by FEDEX to receive documents.

**[ ]   BY PERSONAL SERVICE:**  I caused said document to be personally delivered the document(s) to the person at the addresses listed above by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office.

**[X]   E-FILING:**  By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 27, 2026, at Los Angeles, California

*/s/ Arlen P. Moradi*
Arlen P. Moradi

-6-

305012896