# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA, et al.,

Plaintiffs,

v.

ACDF, LLC; ASSEMI AND SONS, INC.;
AVILA RANCH EA, LLC; BEAR FLAG
FARMS, LLC; C & A FARMS, LLC;
CANTUA ORCHARDS, LLC; DA REAL
ESTATE HOLDINGS, LLC; FAVIER
RANCH, LLC; FG2 HOLDINGS LLC;
GRADON FARMS, LLC; GRANVILLE
FARMS, LLC; GRANTLAND HOLDINGS
NO. 1, LLC; GRANTLAND HOLDINGS NO.
2, LLC; GRANTOR REAL ESTATE
INVESTMENTS, LLC; GVM
INVESTMENTS, LLC; GV AG, LLC;
LINCOLN GRANTOR FARMS, LLC;
MARICOPA ORCHARDS, LLC; PANOCHE
PISTACHIOS, LLC; SAGEBERRY FARMS,
LLC; DEREK BELL; and RACHEL MARIE
WHITE,

Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

No. 1:24-cv-01102-KES-SAB

**[PROPOSED]  ORDER GRANTING
MOTION OR CONTINUANCE**

Related to Dkt. No. 394

Judge:        Hon. Kirk E. Sherriff

Action Filed:    September 16, 2024

Before the Court is the *Ex Parte Motion to Continue Hearing* (the "**Motion to Continue**")[1] filed by Lance Miller (the "**Receiver**") with respect to the *Motion of Receiver Lance Miller for an Order Amending the Dates and Deadlines Set Forth in the Order (I) Approving Bid Procedures for the Sale of Real Property; (II) Approving Bid Protections for Stalking Horse Bidder; and (III) Scheduling the Auction and Sale Hearing (Westlands)* [Dkt. No. 394] (the "**Motion to Amend**"). Based upon the Motion to Continue and the record before the Court, and it appearing that service was proper under the circumstances, it is hereby

---

[1] All capitalized terms used but not defined in this Order shall have the meaning ascribed in the Motion to Continue.

**ORDERED** that the Receiver will establish new dates/deadlines to be included in the Bidding Procedures in consultation with the Plaintiffs and the Farming Defendants.

**IT IS FURTHER ORDERED** that, after determining the new dates and deadlines for the proposed, revised Bidding Procedures, the Receiver will file a pleading with the Court (the "**Notice**") informing parties of the updates. The Notice will include a redline comparing the Court-approved Bidding Procedures with the proposed revised Bidding Procedures and provide parties with a 14-day objection period.

**IT IS FURTHER ORDERED** that the Receiver will serve the Notice to the same parties that were served with a copy of the Bidding Procedures Motion and the Motion to Amend.

**IT IS FURTHER ORDERED** that a hearing on the Motion to Amend, as amended by the Notice, will be held at the first regularly scheduled hearing date after expiration of the objection period.  Alternatively, if no objections are timely filed, the Receiver will upload a proposed order under a non-opposition.

Dated: _____

_____
Hon. Kirk E. Sherriff
United States District Court