Terence G. Banich (SBN 212173)[1]
terence.banich@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe St.
Chicago, IL 60661-3693
Telephone:     (312) 902-5200
Facsimile:      (312) 902-1061

John E. Mitchell (*pro hac vice*)
Michaela C. Crocker (*pro hac vice*)
**KATTEN MUCHIN ROSENMAN LLP**
2121 North Pearl St., Ste. 1100
Dallas, TX 75201-2591
Telephone:     (214) 765-3600
Facsimile:      (214) 765-3602

Arlen P. Moradi (SBN 353956)
**KATTEN MUCHIN ROSENMAN LLP**
2121 Avenue of the Stars, Ste. 1100
Los Angeles, CA 90067-5010
Telephone: (310) 778-4449

*Attorneys for the Receiver*
Lance Miller

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al., | No. 1:24-cv-01102-KES-SAB |
| Plaintiffs, | **AGREED EX PARTE MOTION TO AMEND ORDER AUTHORZING RECEIVER TO DISTRIBUTE PROCEEDS** |
| v. | Related to Dkt. No. 422 |
| ACDF, LLC; ASSEMI AND SONS, INC.; AVILA RANCH EA, LLC; BEAR FLAG FARMS, LLC; C & A FARMS, LLC; CANTUA ORCHARDS, LLC; DA REAL ESTATE HOLDINGS, LLC; FAVIER RANCH, LLC; FG2 HOLDINGS LLC; GRADON FARMS, LLC; GRANVILLE FARMS, LLC; GRANTLAND HOLDINGS NO. 1, LLC; GRANTLAND HOLDINGS NO. 2, LLC; GRANTOR REAL ESTATE INVESTMENTS, LLC; GVM INVESTMENTS, LLC; GV AG, LLC; LINCOLN GRANTOR FARMS, LLC; MARICOPA ORCHARDS, LLC; PANOCHE PISTACHIOS, LLC; SAGEBERRY FARMS, LLC; DEREK BELL; and RACHEL MARIE WHITE, | Judge:     Hon. Kirk Sherriff |
| | Action Filed:    September 16, 2024 |
| Defendants. | |

---

[1] Designated as counsel for service pursuant to L.R. 182(c)(1).

1  Lance Miller (the "**Receiver**"), solely in his capacity as Court-appointed Receiver in the above-captioned case, hereby files this *Agreed Ex Parte Motion* requesting that the Court enter an order amending the *Order Authorizing Receiver to Distribute Proceeds* [Dkt. No. 422] (the "**Distribution Order**") entered in this case on February 26, 2026, to correct the name of the party to whom a specified distribution should be made.

As reflected in the *Declaration of Michaela Crocker* attached hereto, after the Court signed the Distribution Order, it came to Ms. Crocker's attention that, although paragraph 3 of the *Seventh Notice of Proposed Distribution Pursuant to Order Expanding Receivership and for Preliminary Injunction* [Dkt. No. 407] (the "**Notice**") stated that U.S. Bank, N.A. was to receive a distribution of $2,632,955.08, the proposed form of order attached to the Notice and that uploaded to the Court for signature stated that the distribution was to be made to Plaintiffs.

Upon becoming aware of the error, Ms. Crocker reached out to the respective counsel for Plaintiffs and U.S. Bank to inform them of the error and each agree that the $2,632,955.08 distribution is properly payable to U.S. Bank.

Accordingly, the Receiver requests that the Court entered the proposed *Amended Order Authorizing Receiver to Distribute Proceeds* attached hereto as **Exhibit A**. Attached hereto as **Exhibit B** is a redline comparison reflecting the proposed changes to the Distribution Order.

Dated: February 27, 2026

Respectfully submitted,

**KATTEN MUCHIN ROSENMAN LLP**

By:  */s/ Arlen P. Moradi*
     Arlen P. Moradi

Attorneys for the Receiver,
Lance Miller

**DECLARATION OF MICHAELA CROCKER**

I, Michaela Crocker, declare as follows:

1. I am an attorney who is duly licensed to practice before all courts in the State of Texas and admitted to practice before this Court on a *pro hac vice* basis. I am a partner with Katten Muchin Rosenman LLP, counsel of record for Lance Miller, as the Court-appointed receiver (the "**Receiver**") in this case. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to such facts under oath.

2. I make this Declaration in support of the *Agreed Ex Parte Motion to Amend Order Authorizing Receiver to Distribute Proceeds* (the "**Motion to Amend**"). The facts stated in the Application are true and correct to the best of my knowledge, information, and belief.

3. On February 12, 2026, the Receiver filed the *Seventh Notice of Proposed Distribution Pursuant to Order Expanding Receivership and for Preliminary Injunction* [Dkt. No. 407] (the "**Notice**") requesting authority to make certain distributions of the net proceeds of crop sales. Although paragraph 3 of the Notice stated that U.S. Bank, N.A. was to receive a distribution of $2,632,955.08, the proposed form of order attached to the Notice and that uploaded to the Court for signature stated that the distribution was to be made to Plaintiffs.

4. The Court entered an order approving the distributions on February 26, 2026 [Dkt. No. 422] (the "**Distribution Notice**"), which included the incorrect distribution noted in paragraph 3, above. Upon becoming aware of the error, I reached out to the respective counsel for Plaintiffs and U.S. Bank to inform them of the error and each agree that the $2,632,955.08 distribution is properly payable to U.S. Bank.

5. I have met and conferred with the below attorneys. Each has confirmed that their respective client does not oppose the Motion to Amend:

- Nicholas Marcus of Seyfarth Shaw LLP on behalf of Plaintiffs; and
- Michael Lauter of Sheppard Mullin on behalf of U.S. Bank.

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed: February 27, 2026
Dallas, Texas

/s/ *Michaela Crocker*
Michaela Crocker

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 2121 Avenue of the Stars, Ste. 1100, Los Angeles, CA 90067-5010. On February 27, 2026, I served the following document(s) described as:

**AGREED EX PARTE MOTION TO AMEND ORDER AUTHORZING RECEIVER TO DISTRIBUTE PROCEEDS**

as follows:

**[ ]  BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed on **Exhibit 1** and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Katten Muchin Rosenman LLP practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**[ ]  BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the document(s) to be sent from e-mail address janice.brooks-patton@katten.com to the persons at the e-mail address(es) listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**[ ]  BY OVERNIGHT MAIL (FedEx):** I enclosed said document(s) in an envelope or package provided by FEDEX and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FEDEX or delivered such document(s) to a courier or driver authorized by FEDEX to receive documents.

**[ ]  BY PERSONAL SERVICE:** I caused said document to be personally delivered the document(s) to the person at the addresses listed above by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office.

**[X]  E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 27, 2026, at Los Angeles, California

*/s/Arlen P. Moradi*
Arlen P. Moradi