# EXHIBIT B

Terence G. Banich (SBN 212173)[1]
terence.banich@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe St.
Chicago, IL 60661-3693
Telephone:    (312) 902-5200
Facsimile:    (312) 902-1061

John E. Mitchell (*pro hac vice*)
Michaela C. Crocker (*pro hac vice*)
**KATTEN MUCHIN ROSENMAN LLP**
2121 North Pearl St., Ste. 1100
Dallas, TX 75201-2591
Telephone:    (214) 765-3600
Facsimile:    (214) 765-3602

Arlen P. Moradi (SBN 353956)
**KATTEN MUCHIN ROSENMAN LLP**
2121 Avenue of the Stars, Ste. 1100
Los Angeles, CA 90067-5010
Telephone:    (310) 778-4449

*Attorneys for the Receiver* Lance Miller

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ACDF, LLC; ASSEMI AND SONS, INC.; AVILA RANCH EA, LLC; BEAR FLAG FARMS, LLC; C & A FARMS, LLC; CANTUA ORCHARDS, LLC; DA REAL ESTATE HOLDINGS, LLC; FAVIER RANCH, LLC; FG2 HOLDINGS LLC; GRADON FARMS, LLC; GRANVILLE FARMS, LLC; GRANTLAND HOLDINGS NO. 1, LLC; GRANTLAND HOLDINGS NO. 2, LLC; GRANTOR REAL ESTATE INVESTMENTS, LLC; GVM INVESTMENTS, LLC; GV AG, LLC; LINCOLN GRANTOR FARMS, LLC; MARICOPA ORCHARDS, LLC; PANOCHE PISTACHIOS, LLC; SAGEBERRY FARMS, LLC; DEREK BELL; and RACHEL MARIE WHITE, <br><br> Defendants. | No. 1:24-cv-01102-KES-SAB <br><br> **DECLARATION OF CAMERON KAY IN SUPPORT OF PROPOSED PRIVATE SALE OF REAL PROPERTY (LAVAL)** <br><br> Judge:        Hon. Kirk E. Sherriff <br><br> Action Filed:  September 16, 2024 |

I, Cameron Kay, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury as follows:

1.      I am over the age of eighteen years, am under no disability, and am competent to testify to the matters set forth herein. Except as otherwise stated, all facts set forth in this declaration are based upon my personal knowledge and/or my review of documents. If called as a witness in this case, I could and would testify competently to the facts set forth in this declaration.

2.      I submit this declaration in support of the *Agreed Motion of Receiver Lance Miller for an Order Authorizing the Private Sale of Certain Receivership Property Free and Clear of Liens, Claims, and Encumbrances (Laval)* (the "**Sale Motion**").

3.      I am a Broker Associate of Ca Ag Properties ("**Ca Ag**") and, as such, am authorized to submit this declaration on behalf of Ca Ag and in support of the Notice. Except as otherwise indicated, all facts set forth in this Declaration are based upon (a) my personal knowledge of the Property and the marketing and sale efforts related thereto; (b) information learned from my review of relevant documents; and (c) information provided to me by other representatives of Ca Ag.  If I were called as a witness, I would testify consistently with the facts set forth in this Declaration.

4.      I am a California licensed real estate broker, license number DRE #01932246. I work primarily out of the Fresno, California office, but have brokered sales throughout California, ranging from Yolo County, near Sacramento, to Ventura County, near Los Angeles. Throughout my career, I have specialized in agricultural transaction advisory services and sales in the state of California. I personally have brokered agricultural transactions in the state of California totaling over 28,000 acres with a value of over $740,000,000 since 2019.

5.      On May 1, 2025, the Court entered an Order [Dkt. No. 205] authorizing me to serve as exclusive listing agent for the Receiver with respect to, among other properties, Kern County Parcel 238-360-18, along with associated interests, as more particularly described in the Purchase

---

[1]   Designated as counsel for service pursuant to L.R. 182(c)(1).

and Sale Agreement attached to the Sale Motion (the "**Property**"). Upon engagement and direction to market, I or other representatives of Ca Ag initiated or had initiated a marketing effort that included but was not limited to: (a) publishing notice of the auction and proposed sale in the following publications: The Business Journal, Bakersfield Californian, Madera Tribune, Merced Sun-Star, and the Visalia Times Delta, at least once weekly for four weeks; (b) publishing of Property on www.caagproperties.com; (c) sending a printed mailer blast to over 3,500 growers and prospective buyers within the region of the Property; (d) sending a digital mailer blast to over 1,500 growers and prospective buyers within the region of the Property; and (v) sending a digital mailer blast to over 100 Brokers who work within the region of the Property.

6.      Despite these marketing efforts, I received relatively little interest in the Property. After a price reduction and additional marketing, Maricopa Cherry Co., LLC offered to purchase the Property for $425,000.00, which is the current listing price for the Property.

7.      Considering (a) the length of the marketing process and (b) the other bid and indications of interest the Receiver and Ca Ag received in connection with marketing of the Property, I believe it is unlikely that a continued marketing process or an auction would result in a higher or better offer.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 4, 2026
In Fresno, California

By: */s/ Cameron Kay*
Cameron Kay

3