# EXHIBIT 1

CHERRIES (Laval ) Property Specific Service List

Kern County
Kern County Clerk
1115 Truxtun Ave # 5th
Bakersfield, CA 93301

Wheeler Ridge-Maricopa Water Storage
District
12109 CA-166
Bakersfield, CA 93313
Attn: Sheridan Nicholas

Young Wooldridge LLP
10800 Stockdale Hwy, Suite 202
Bakersfield, CA  93311
Attn: Steven M. Torigiani

North Kern South Tulare Hospital District
1509 Tokay Ave
Delano, CA 93215
Attn: Kathy Gutierrez

PGIM Real Estate Finance
c/o Prudential Asset Resources
2100 Ross Avenue, Suite 2500
Dallas, TX 75201
Attention: Agricultural Loan Servicing

PGIM Real Estate Finance, LLC
c/o Prudential Asset Resources
2100 Ross Avenue, Suite 2500
Dallas, TX 75201
Attention: Legal Department

PGIM Real Estate Finance, LLC
c/o Loan Services,
2100 Ross Avenue, Suite 2500
Dallas, TX 75201

PGIM Real Estate Finance, LLC
c/o Prudential Asset Resources
2100 Ross Avenue, Suite 2500
Dallas TX, 75201

PGIM Real Estate Finance, LLC
2100 Ross Avenue, Suite 2500
Dallas, TX 75201

104 Partners, LLC, et al.
1306 W. Herndon, Suite 101
Fresno, CA  93711

Chicago Title Company
5170 Golden Foothill Parkway, Suite 130
El Dorado Hills, CA 95762

MUFG Union Bank, N.A. (Now US Bank)
7108 N. Fresno Street, Suite 200
Fresno, CA 93720
Attn: Scott Lisle

The Prudential Insurance Company of
America
c/o Prudential Asset Resources
2100 Ross Avenue, Suite 2500
Dallas, TX 75201
Attention: Agricultural Loan Servicing

The Prudential Insurance Company of
America
c/o Prudential Asset Resources
2100 Ross Avenue, Suite 2500
Dallas, TX 75201
Attention: Legal Department

The Prudential Insurance Company of
America
2100 Ross Avenue, Suite 2500
Dallas, TX 75201

The Prudential Insurance Company of
America
c/o Loan Services
2100 Ross Avenue, Suite 2500
Dallas, TX 75201

ACDF, LLC, et al.
1306 W. Herndon Ave., Suite 101
Fresno, CA  93711

20039.001/Laval Service List

CHERRIES (Laval) Property Specific Service List

ACDF, LLC
5260 N. Palm Ave, Ste. 421
Mail Stop M
Fresno, CA  93704

Wells Fargo Bank, N.A.
8405 N Fresno St., Suite 200
Fresno, CA 93720
Attention: Vahagn Bznouni, Senior Vice
President

U.S. Bank National Association, as
Administrative Agent
400 City Center
Oshkosh, WI 54901

U.S. Bank National Association, Successor to
MUFG Union Bank, N.A.
400 City Center
Oshkosh, WI 54901

U.S. Bank National Association, Successor to
MUFG Union Bank, N.A.
1850 Osborn Ave, MI-WI-FCCL
Oshkosh, WI 54902

20039.001/Laval Service List

104 Investments, LLC, a California
limited liability company
5260 N. Palm Ave., Suite 421
Fresno, CA  93704

104 Investments, LLC, a California
limited liability company
1306 W. Herndon Ave, Suite 101
Fresno, CA 93711

104 Partners, LLC
1306 W. Herndon Ave, Suite 101
Fresno, CA 93711

104 Pistachios, LLC
1396 West Herndon, Suite 106
Fresno, CA 93711

ACDF, LLC, a California limited liability company
Cantua Orchards, LLC, a California limited
liability company
5260 N. Palm Ave., Suite 421
Fresno, CA  93704

ACAP Holdings, LLC, a California
limited liability company
1306 W. Herndon Ave, Suite 101
Fresno, CA 93711

Allen Matkins
Attn: Barry H. Epstein, Esq.
3 Embarcadero Center, 12th Floor
San Francisco, CA 94111-4074

Amanveer S. Brah, Esq.
Fennemore Dowling Aaron LLP
8080 N. Palm Avenue
Third Floor
Fresno, CA 93711

Ashlan & Hayes Investments, LLC, a California
limited liability company
1306 W. Herndon Ave, Suite 101
Fresno, CA 93711

Avila Ranch EA, LLC
Attn.: Jennifer Lake
5260 North Palm Mail Stop M, Suite 421
Fresno, CA 93704

Avila Ranch EA, LLC
c/o Maricopa Orchards, LLC
Attn: Elizabeth Steinhauer-Clark
5260 North Palm Mail Stop M, Suite 421
Fresno, CA 93704

Avila Ranch EA, LLC
c/o Maricopa Orchards, LLC
Attn: Jennifer Lake
1306 W. Herndon Ave., Suite 101
Fresno, CA 93711

Avila Ranch EA, LLC
c/o McDermott Will & Schulte LLP
Attn: David Hurst
The Brandywine Building
1000 N. West Street, Suite 1400
Wilmington, DE 19801

Beacon Default Management, Inc.
30101 Agoura Court, Suite 203
Agoura Hills, CA 91301

Bear Flag Farms, LLC
Attn: Legal Department
5260 N. Palm Ave., Suite 421, Mail Stop M
Fresno, CA 93704

Betsy E. Garcia
1306 W. Herndon Ave, Suite 101
Fresno, CA 93711

Beth Ann R. Young, Esq.
Levene, Neale, Bender, Yoo & Golubchik  L.L.P.
2818 La Cienega Avenue
Los Angeles, CA  90034

Bishop Farms 15, LLC, a California
limited liability company
1306 W. Herndon Ave., Suite 101
Fresno, CA 93711

Bishop Farms 15, LLC, a California
limited liability company
Attn.: Jennifer Lake
1306 W. Herndon Ave., Suite 101
Fresno, CA 93711

Bishop Farms 15, LLC
5260 N. Palm Ave., Suite 421
Fresno, CA  93704

Bishop Farms 22, LLC
1306 W. Herndon Ave., Suite 101
Fresno, CA 93711

Buttonwillow Improvement District
Attn: Jason Gianquinto
1101 Central Ave.
Wasco, CA  93280

C&A Farms, LLC
Maricopa Orchards, LLC
Attn: Jennifer Reisz, General Counsel
1306 West Herndon Ave., Suite 101
Fresno, CA  93711

California Resources Production Corporation
Attn: Minerals Management/Land Dept.
9600 Ming Avenue
Bakersfield, CA 93311

Cantua Orchards, LLC
Lincoln Grantor Farms, LLC
5260 N. Palm Ave., Suite 421, Mail Stop M
Fresno, CA  93704
Attn: Legal Department

Conterra Agricultural Capital, LLC
Attn: Taylor Petersen
5465 Milles Civic Parkway, Suite 201
West Des Moines, IA 50266

Coronado Dairy Farms, LLC
Attn: Ted DeGroot
2370 Grand Avenue
Long Beach, CA 90815

DA Real Estate Holdings, LLC
Attn.: Jennifer Lake
5260 North Palm Mail Stop M, Suite 421
Fresno, CA 93704

DA Real Estate Holdings, LLC
c/o Maricopa Orchards, LLC
Attn.: Elizabeth Steinhauer-Clark
5260 North Palm Mail Stop M, Suite 421
Fresno, CA 93704

DA Real Estate Holdings, LLC
c/o Maricopa Orchards, LLC
Attn: Jennifer Lake
1306 W. Herndon Ave., Suite 101
Fresno, CA 93711

Darius Assemi
1306 W Herndon Avenue, Suite 101
Fresno, CA 93711

Darius Assemi
Attn: Elizabeth A. Steinhauer-Clark
5260 N. Palm Ave., Suite 421
Fresno, CA 93704

Darius Assemi 2012 Grantor Trust KA&A dated
December 31, 2012
1306 W Herndon Avenue, Suite 101
Fresno, CA 93711

Darius Assemi 2012 Grantor Trust KA&A
Dated December 31, 2012, by Neema Assemi as
Trustee
Attn: Elizabeth A. Steinhauer-Clark
5260 N. Palm Ave., Suite 421
Fresno, CA 93704

Darius Assemi 2012 Grantor Trust N&N dated
December 31, 2012
1306 W Herndon Avenue, Suite 101
Fresno, CA 93711

Darius Assemi 2012 Grantor Trust N&N
Dated December 31, 2012, by Melissa Layne as Trustee
Attn: Elizabeth A. Steinhauer-Clark
5260 N. Palm Ave., Suite 421
Fresno, CA 93704

Darius Assemi Revocable Trust dated January 30, 2007,
n/k/a the Amended and Restated Darius Assemi
Revocable Trust dated March 2, 2010,
as amended
1306 W Herndon Ave., Suite 101
Fresno, CA 93711

Darius Assemi Revocable Trust Dated
January 30, 2007, n/k/a the Amended and
Restated Darius Assemi Revocable Trust
dated March 2, 2010, as Amended,
by Darius Assemi as Trustee
Attn: Elizabeth A. Steinhauer-Clark
5260 N. Palm Ave., Suite 421
Fresno, CA 93704

Derek Bell
1306 W. Herndon Ave, Suite 101
Fresno, CA 93711

Derek Bell
8072 N. Millbrook Ave., Bldg. 27, Unit 244
Fresno, CA 93720

Donna Brown
Old Republic Title Company
7451 N. Remington Ave., Suite 102
Fresno, CA  93711

Elevated AG LLC
1903 Mineral Ct
Bakersfield, CA 93308

Elevated AG, LLC, a California
limited liability company
1306 W. Herndon Ave., Suite 101
Fresno, CA 93711

Farid Assemi
Attn: Elizabeth A. Steinhauer-Clark
5260 N. Palm Ave., Suite 421
Fresno, CA 93704

Farid Assemi 1997 Ranch Trust dated June 30, 1997
1306 W. Herndon Avenue, Suite 101
Fresno, CA 93711

Farid Assemi
1306 W Herndon Avenue, Suite 101
Fresno, CA 93711

Farid Assemi 1997 Ranch Trust dated
June 30, 1997, by Neema Eliot Assemi, as Trustee
Attn: Elizabeth A. Steinhauer-Clark
5260 N. Palm Ave., Suite 421
Fresno, CA 93704

Farid Assemi 2010 Grantor Trust
dated December 30, 2010
1306 W Herndon Avenue, Suite 101
Fresno, CA 93711

Farid Assemi 1997 Ranch Trust dated
June 30, 1997, by Farshid Assemi, as Trustee
Attn: Elizabeth A. Steinhauer-Clark
5260 N. Palm Ave., Suite 421
Fresno, CA 93704

Farid Assemi Revocable Trust
dated January 24, 2007, n/k/a the
Fifth Amended and Restated Farid Assemi
Revocable Trust dated April 28, 2021,
by Farid Assemi as Trustee
Attn: Elizabeth A. Steinhauer-Clark
5260 N. Palm Ave., Suite 421
Fresno, CA 93704

Farid Assemi Revocable Trust dated January 24, 2007,
n/k/a the Third Amended and Restated Farid
Assemi Revocable Trust dated April 28, 2021
1306 W Herndon Avenue, Suite 101
Fresno, CA 93711

Farid Assemi 2010 Grantor Trust
dated December 30, 2010, by
Neema Assemi as Trustee
Attn: Elizabeth A. Steinhauer-Clark
5260 N. Palm Ave., Suite 421
Fresno, CA 93704

Farshid and Sonia Assemi 2010 Grantor Trust
dated December 30, 2010, by Melissa
Layne as Trustee
Attn: Elizabeth A. Steinhauer-Clark
5260 N. Palm Ave., Suite 421
Fresno, CA 93704

Farshid Assemi
1306 W Herndon Avenue, Suite 101
Fresno, CA 93711

Farshid and Sonia Assemi 2010 Grantor
Trust dated December 30, 2010
1306 W Herndon Avenue, Suite 101
Fresno, CA 93711

Farshid Assemi 1997 Ranch Trust dated June 30, 1997
1306 W Herndon Avenue, Suite 101
Fresno, CA 93711

Farshid Assemi 1997 Ranch Trust
dated June 30, 1997, by Farid Assemi as Trustee
Attn: Elizabeth A. Steinhauer-Clark
5260 N. Palm Ave., Suite 421
Fresno, CA 93704

Farshid Assemi
Attn: Elizabeth A. Steinhauer-Clark
5260 N. Palm Ave., Suite 421
Fresno, CA 93704

Farshid Assemi and Sonia Rosemary Assemi Revocable Trust
dated January 31, 2007, n/k/a the Amended and Restated
Farshid Assemi and Sonia Rosemary Assemi Revocable Trust
dated March 2, 2010, as Amended, by Farshid Assemi as Co-
Trustee
Attn: Elizabeth A. Steinhauer-Clark
5260 N. Palm Ave., Suite 421
Fresno, CA 93704

FG2 Holdings LLC
Attn: Jennifer Lake
5260 North Palm Mail Stop M, Suite 421
Fresno, CA 93704

Farshid Assemi and Sonia Rosemary Assemi Revocable
Trust dated January 31, 2007, n/k/a the Amended and
Restated Farshid Assemi and Sonia Rosemary Assemi
Revocable Trust dated March 2, 2010, as amended
1306 W Herndon Avenue, Suite 101
Fresno, CA 93711

FG2 Holdings LLC
c/o Maricopa Orchards, LLC
Attn: Elizabeth Steinhauer-Clark
5260 North Palm Mail Stop M, Suite 421
Fresno, CA 93704

FG2 Holdings LLC
c/o Maricopa Orchards, LLC
Attn: Jennifer Lake
1306 W. Herndon Ave., Suite 101
Fresno, CA 93711

Farshid Assemi and Sonia Rosemary Assemi Revocable Trust
dated January 31, 2007, n/k/a the Amended and Restated
Farshid Assemi and Sonia Rosemary Assemi Revocable Trust
dated March 2, 2010, as Amended, by Sonia Rosemary Assemi,
Co-Trustee
Attn: Elizabeth A. Steinhauer-Clark
5260 N. Palm Ave., Suite 421
Fresno, CA 93704

Fragner Seifert Pace & Mintz, LLP
Attn: Pamela K. Prickett, Esq.
800 S. Figueroa Avenue, Suite 680
Los Angeles, CA 90017

Lien Solutions
PO BOX 29071
Glendale, CA 91209-9071

FNF Farms, LLC
Attn: Mr. Farid Assemi, Ms. Jennifer Reisz,
1306 West Herndon Avenue, Suite 101
Fresno, CA 93711

Grandon Farms, LLC, a California limited
liability company
ACDF, LLC, a California limited liability company
5260 N. Palm Ave., Suite 421
Fresno, CA  93704

Grantland Holdings No. 1, LLC
Attn.: Jennifer Lake
5260 North Palm Mail Stop M, Suite 421
Fresno, CA 93704

Fresno Metropolitan Flood Control District
Attn: Peter Sanchez
5469 E. Olive Ave.
Fresno, CA  93727

Grantland Holdings No. 1, LLC
c/o Maricopa Orchards, LLC
Attn: Jennifer Lake
1306 W. Herndon Ave., Suite 101
Fresno, CA 93711

Grantland Holdings No. 2, LLC
Attn.: Jennifer Lake
5260 North Palm Mail Stop M, Suite 421
Fresno, CA 93704

Grantland Holdings No. 1, LLC
c/o Maricopa Orchards, LLC
Attn.: Elizabeth Steinhauer-Clark
5260 North Palm Mail Stop M, Suite 421
Fresno, CA 93704

Grantland Holdings No. 2, LLC
c/o Maricopa Orchards, LLC
Attn: Jennifer Lake
1306 W. Herndon Ave., Suite 101
Fresno, CA 93711

Grantor Real Estate Investments, LLC
Attn: Jennifer Lake
5260 North Palm Mail Stop M, Suite 421
Fresno, CA 93704

Grantland Holdings No. 2, LLC
c/o Maricopa Orchards, LLC
Attn.: Elizabeth Steinhauer-Clark
5260 North Palm Mail Stop M, Suite 421
Fresno, CA 93704

Grantor Real Estate Investments, LLC
c/o Maricopa Orchards, LLC
Attn: Jennifer Lake
1306 W. Herndon Ave., Suite 101
Fresno, CA 93711

Granville Farms, LLC, a California limited liability
5260 N. Palm Ave., Suite 421, Mail Stop M
Fresno, CA  93704

Grantor Real Estate Investments, LLC
c/o Maricopa Orchards, LLC
Attn: Elizabeth Steinhauer-Clark
5260 North Palm Mail Stop M, Suite 421
Fresno, CA 93704

GV AG, LLC
c/o Maricopa Orchards, LLC
Attn: Jennifer Lake
5260 North Palm Mail Stop M, Suite 421
Fresno, CA 93704

GVM Investments, LLC
Attn: Jennifer Lake
5260 North Palm Mail Stop M, Suite 421
Fresno, CA 93704

GSCE Valley Solar Development, LLC, a Delaware
limited liability company
Attn: Legal Department
3857 Birch Street, Suite 441
Newport Beach, CA  92660

GVM Investments, LLC
c/o Maricopa Orchards, LLC
Attn: Elizabeth Steinhauer-Clark
5260 North Palm Mail Stop M, Suite 421
Fresno, CA 93704

GVM Investments, LLC
c/o Maricopa Orchards, LLC
Attn: Jennifer Lake
1306 W. Herndon Ave., Suite 101
Fresno, CA 93711

GVM Investments, LLC
Grandon Farms, LLC
Attn: Legal
1306 W. Herndon Ave., Suite 101
Fresno, CA  93711

Hunton Andrews Kurth LLP
Attn: Peter J. Mignone, Esq.
200 Park Avenue
New York, NY 10166

Jeanette Cardenas-Bonilla, as Trustee
of Live Oak Irrevocable Trust dated April 29, 2019
1306 W. Herndon Ave., Suite 101
Fresno, CA 93711

Harris Farms, Inc., a California corporation
Vicki Miguel
23300 W. Oakland Ave.
Coalinga, CA 93210

Jo Ann Salinas, as Trustee of
Blue Oak Irrevocable Trust dated April 29, 2019
1306 W. Herndon Ave., Suite 101
Fresno, CA 93711

Jo Ann Salinas, as Trustee of
Blue Oak Irrevocable Trust dated April 29, 2019
Attn: Jennifer Lake
1306 W. Herndon Ave., Suite 101
Fresno, CA 93711

Jeanette Cardenas-Bonilla, as Trustee of
Live Oak Irrevocable Trust dated April 29, 2019
Attn: Jennifer Lake
1306 W. Herndon Ave., Suite 101
Fresno, CA 93711

Kern Community College District
Attn: Tracy Blakemore
2100 Chester Ave.
Bakersfield, CA 93301

Kevin Reza Assemi
1306 W. Herndon Ave, Suite 101
Fresno, CA 93711

Kahn, Soares & Conway, LLP
Attn: Ronald P. Jones
219 N. Douty Street
Hanford, CA 93230

Madera Irrigation District
Attn: Thomas Greci
12152 Rd 28 1/4
Madera, CA 93637

Lincoln Grantor Farms, LLC, a California limited
liability company
Grandon Farms, LLC, a California limited liability
company
5260 N. Palm Ave., Suite 421
Fresno, CA 93704

Kings River Resource Conservation District
Attn: David Merritt
4886 E. Jensen Ave.
Fresno, CA 93725

Madera Irrigation District
Attn: John Kinsey
12152 Rd 28 1/4
Madera, CA 93637

Matthew E. Diener
P. O. Box 247
Five Points, CA 93624

Locans Investments, LLC, a California limited liability
company
5260 N. Palm Ave., Suite 421
Fresno, CA 93704

Maricopa Orchards, LLC,
a California limited liability company
5260 N. Palm Ave., Suite 421
Fresno, CA 93704

Millerton Investments, LLC, a California limited
liability company
Attn: Jennifer Lake
1306 W. Herndon Ave., Suite 101
Fresno, CA 93711

Maricopa Orchards, LLC
Attn: Legal Department
1306 West Herndon Ave., Suite 101
Fresno, CA 93711

Northern Orchard Solar PV, LLC
Attn: Legal Dept
701 Brazos St., Suite 1400
Austin, TX 78701

Origis Holdings USA Subco, LLC
800 Brickell Ave., Suite 1000
Miami, FL 33131
Attn: Samir Verstyn

North Kern South Tulare Hospital District
Attn: Kathy Gutierrez
1509 Tokay Ave.
Delano, CA 93215

Pacific Gas and Electric Company
245 Market Street, N10A, Room 1015
San Francisco, CA 94177

Pacific Gas and Electric Company
P.O. Box 770000
San Francisco, CA 94177

Origis Holdings USA Subco, LLC
c/o Allen Matkins
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111
Attn: Barry Epstein, Esq.

Phillip Christensen of Agriglobe LLC
c/o Saul Ewing LLP
Attn: Zev Shechtman
1888 Century Park East, Suite 1500
Los Angeles, CA 90067

Pepple Cantu Schmidt PLLC
Justin Burns
801 Second Avenue, Suite 700
Seattle, WA 98104

Pelusa Ranch, LLC, a Delaware limited
liability company
11701 Highway 166
Bakersfield, CA 93313

Rachel Marie White
104 Partners, LLC, a California Limited
Liability Company
1306 West Herndon, Suite 101
Fresno, CA 93711

Rachel Marie White
1306 W. Herndon Ave., Suite 101
Fresno, CA 93711

Pond Poso Improvement District
Attn: Jason Gianquinto
1101 Central Ave.
Wasco, CA 93280

Ranch West Investments, LLC, a California
limited liability company
Attn: John A. Bezmalinovic, Esq.
1396 W. Herndon Avenue, Suite 110
Fresno, CA 93711

RWE Renewables Americas, LLC
Attn: Legal Department/Northern Orchard
701 Brazos Street, Suite 1400
Austin, TX 78701

Rachel Marie White
2938 N. Sophie Drive
Fresno, CA 93727

Rabo Agrifinance
14767 N Outer 40 Road, Suite 400
Chesterfield, MO 63017

Sageberry I, LLC
1396 W. Herndon Ave. Suite 106
Fresno, CA 93711

Reedley Investments I, LLC
1306 W. Herndon Ave, Suite 101
Fresno, CA 93711

Sageberry 3233, LLC, a California limited liability
company
Attn. Jennifer Lake
1306 W. Herndon Ave., Suite 101
Fresno, CA 93711

Sageberry III, LLC, a California limited liability
company
Attn: Jennifer Lake
1306 W. Herndon Ave., Suite 101
Fresno, CA 93711

Sageberry 29, LLC, a California limited
liability company
Attn.: Jennifer Lake
1306 W. Herndon Ave., Suite 101
Fresno, CA 93711

Sageberry II, LLC, a California limited liability
company
Attn: Jennifer Lake
1306 W. Herndon Ave., Suite 101
Fresno, CA 93711

Sageberry VI, LLC, a California limited liability
company
Attn: Jennifer Lake
1306 W. Herndon Ave., Suite 101
Fresno, CA 93711

Sageberry I, LLC, a California limited liability
company
Attn: Jennifer Lake
1306 W. Herndon Ave., Suite 101
Fresno, CA 93711

Sageberry V, LLC, a California limited liability
company
Attn: Jennifer Lake
1306 W. Herndon Ave., Suite 101
Fresno, CA 93711

Steven M. Torigiani
The Law Offices of Young Wooldridge, LLP
10800 Stockdale Hwy, Suite 202
Bakersfield, CA  93311

Sageberry IV, LLC, a California limited liability
company
Attn: Jennifer Lake
1306 W. Herndon Ave., Suite 101
Fresno, CA 93711

San Luis West Solar, LLC, a California Limited
Liability Company
c/o Allen Matkins Leck Gamble Mallory & Natsis LLP
Attn: Barry H. Epstein, Esq.
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111-4074

SJV Transmission LandCo, LLC
Attn: Legal Department
3857 Birch Street, Suite 441
Newport Beach, CA 92660

Sageberry III, LLC
Sageberry IV, LLC
Attn: Legal
1306 W. Herndon Ave., Suite 101
Fresno, CA 93711

Sageberry Farms, LLC, a California Limited Liability
Company
Attn: Legal Department
1306 W. Herndon Ave., Ste. 101
Fresno, CA 93711

Sonia Rosemary Assemi
Attn: Elizabeth A. Steinhauer-Clark
5260 N. Palm Ave., Suite 421
Fresno, CA 93704

Semitropic Improvement District
of Semitropic Water Storage District
Post Office Box 8043
Wasco, CA 93280

Sonia Rosemary Assemi
1306 W Herndon Avenue, Suite 101
Fresno, CA 93711

T-Mobile USA, Inc.
Attn: Lease Compliance
Site Number: SC60303A
12920 SE 38th Street
Bellevue, WA 98006

Sommerville Farms, LLC
Attn: Legal Department
1306 West Herndon, Suite 101
Fresno, CA 93711

Sun World International, LLC
Attn: Petri van der Merwe
5701 Truxtun Avenue, Suite 200
Bakersfield, CA 93309

Southern California Edison Company
2 Innovation Way, 2nd Floor
Pomona, CA 91768

Tuscan Farms, LLC, a California limited
liability company
Attn: Jennifer Lake
1306 W. Herndon Ave., Suite 101
Fresno, CA 93711

Ventana Central, LLC
c/o Valley Orchard Management, LLC
1396 W. Herndon Ave. Suite 106
Fresno, CA 93711

Valley Orchard Management, LLC
1396 W. Herndon Ave. Suite 106
Fresno, CA 93711

Ventana North, LLC, a California limited
liability company
Attn: Jennifer Lake
1306 W. Herndon Ave., Suite 101
Fresno, CA 93711

Office of County Counsel
Attn: Jeremy S. McNutt, Deputy County Counsel
1115 Truxtun Ave., 4th Floor
Bakersfield, CA 93301

Ventana North, LLC
c/o Valley Orchard Management, LLC
1396 W. Herndon Ave. Suite 106
Fresno, CA 93711

Waterford Farms, LLC, a California limited
liability company
Attn: Jennifer Lake
1306 W. Herndon Ave., Suite 101
Fresno, CA 93711

Ventana Central, LLC, a California
limited liability company
Attn: Jennifer Lake
1306 W. Herndon Ave., Suite 101
Fresno, CA 93711

Ventana South, LLC, a California limited
liability company
Attn: Jennifer Lake
1306 W. Herndon Ave., Suite 101
Fresno, CA 93711

Westlands Water District
P.O. Box 5199
Fresno, CA 93755-5199

Ventana South, LLC
c/o Valley Orchard Management, LLC
1396 W. Herndon Ave. Suite 106
Fresno, CA 93711

The Wonderful Company LLC
Attn: General Counsel
11444 West Olympic Blvd., 10th Floor
Los Angeles, CA 90064

Willow Avenue Investments, LLC
Attn: Legal Department
1306 West Hendon Ave., Suite 101
Fresno, CA  93711

Whitney, Thompson, & Jeffcoach, LLP
Brodie Surfus
970 W. Alluvial Avenue
Fresno, CA 93711

Wegis Family Farms LLC
Attn: Michael C. Young
34929 Flyover Court
Bakersfield, CA  93308

C & A Farms LLC, a California Limited Liability
Company and
Maricopa Orchards, a California Limited Liability
Company
1306 W, Herndon Ave.
Fresno, CA 93711

ACDF, LLC, a California Limited Liability Company
and
Assemi and Sons, Inc., a California Corporation
5260 N Palm Ave Suite 421
Mail Stop M
Fresno, Ca 93704

Thomas L. Palotas
Pepple Cantu Schmidt PLLC
1000 Second Avenue Suite 2950
Seattle, WA 98104

C & A Farms, LLC, a California Limited Liability
Company and
Maricopa Orchards, a California Limited Liability
Company
5260 N. Palm #421 Stop M
Fresno, CA 93704

Maricopa Orchards, LLC
Cantua Orchards, LLC
Water Manager
Attn: General Counsel
1306 West Herndon Avenue, Suite 101
Fresno, CA 93711

Favier Ranch LLC
5260 N Palm Ave Ste 421 Mail Stop M
Fresno CA 93704

Mr. Michael C. Young, Representative
Wegis & Young Property Management, LLC
34929 Flyover Ct.
Bakersfield, CA 93308

Sageberry Farms, LLC, a California Limited Liability
Company
5260 N. Palm #421 Stop M
Fresno, CA 93704

ACDF, LLC
Attn: Legal Department
Maricopa Orchards, LLC
5260 N. Palm Ave., Suite 421, Mail Stop M,
Fresno, CA 93704

Semitropic Water Storage District
Attn: Jason Gianquinto
1101 Central Ave.
Wasco, CA 93280

The Prudential Insurance Company of America,
a New Jersey corporation
PGIM Real Estate Finance, LLC
c/o Prudential Asset Resources
Attn: Legal Department
2100 Ross Avenue, Suite 2500
Dallas, TX 75201

The Prudential Insurance Company of America,
a New Jersey Corporation
PGIM Real Estate Finance
c/o Prudential Asset Resources
Attn: Agricultural Loan Servicing
2100 Ross Avenue, Suite 2500
Dallas, TX 75201

Wells Fargo Bank, N.A.
Attn: Vahagn Bznouni, Senior Vice President
8405 N Fresno St., Suite 200
Fresno, CA 93720

Fresno County Department of Child Support Services
PO Box 12946
Fresno, CA 93779-2946

Lisa A. Cutts
Cutts Law, PC
5088 N. Fruit Avenue, Suite 101
Fresno, CA 93711

MUFG Union Bank, N.A.
c/o Jameson Pepple Cantu PLLC
801 Second Avenue, Suite 700
Seattle, WA 98104

Fresno County Auditor-Controller/Treasurer-Tax
Collector
Tax Collection Division
PO Box 1192
Fresno, CA 93715-1192

Callan Cobb Kanev
Jameson Pepple Cantu PLLC
801 Second Avenue, Suite 700
Seattle, WA 98104

Wheeler Ridge
c/o Young Wooldridge LLP
Attn:  Steven M. Torigiani, General Counsel
10800 Stockdale Hwy, Suite 202
Bakersfield, CA  93311

IP Land Holdings, LLC, a Delaware limited
liability company
9450 SW Gemini Drive PMB 68743
Beaverton, OR 97008-7105

Lower Tule River Irrigation District
Attn: Eric Limas
357 E. Olive Ave.
Tipton, CA  93272

Collecto, Inc. dba EOS-CCA
c/o Michael K. Sipes
Law Offices of Michael K. Sipes
P.O. Box 1700
Folsom, CA 95763

Ballard Spahr LLP
Attn: Bruce F. Johnson, Esq.
1980 Festival Plaza Drive, Suite 900
Las Vegas, NV 89135

108LT 8ME LLC
c/o Avantus Clean Energy LLC
Attn: Transactions
4370 Town Center Blvd., Suite 110
El Dorado Hills, CA 95762

Lance Miller, Receiver
c/o Terence G. Banich
Katten Muchin Rosenman LLP
525 W. Monroe St.
Chicago, IL 60661-3963

Lance Miller, Receiver
c/o John E. Mitchell, Michaela C. Crocker
Katten Muchin Rosenman LLP
2121 North Pearl St, Ste. 1100
Dallas, TX 75201-2591

Southern San Joaquin Municipal Utility District
Attn: Connie Andrade
P.O. Box 279
Delano, CA 93216

Metropolitan Life Insurance Company
Agricultural Investments
Attn: Director, WRO
205 E. River Park Circle, Suite 330
Fresno, CA 93720

IP Land Holdings, LLC
c/o Intersect Power, LLC
9450 SW Gemini Drive PMB #68743
Beaverton, OR 97008-7105

Metropolitan Life Insurance Company
10801 Mastin Street, Suite 930
Overland Park, KS 66210

Boulevard Associates, LLC
700 Universe Blvd.
June Beach, FL 33408
Attn: Land Services Administration

Virginia M. Pedreira
Stoel Rives, LLP
600 University Street, Suite 3600
Seattle, WA 98101

Westlands Solar Park Phase II Holdings, LLC
4700 Wilshire Boulevard
Los Angeles, CA 90010

Westlands Cherry, LLC
c/o Fragner Seifert Pace & Mintz
800 S. Figueroa Ave., Suite 680
Los Angeles, CA 90017
Attn: Matthew C. Fragner

San Luis West Solar, LLC
800 Brickell Avenue, Suite 1100
Miami, FL 33131
Attn: Samir Verstyn

Westlands Cherry, LLC
c/o 4700 Wilshire Boulevard
Los Angeles, CA 90010
Attn: General Counsel

Westlands Cherry, LLC
c/o 4700 Wilshire Boulevard
Los Angeles, CA 90010
Attn: Jennifer Gandin

Northern Orchard Solar PV, LLC
c/o E.ON Climate & Renewables North America
Attn: Legal Dept.
807 Brazos, Suite 1400
Austin, TX 78701

Northern Orchard Solar PV 3, LLC
c/o E.ON Climate & Renewables North America
Attn: Legal Dept.
807 Brazos, Suite 1400
Austin, TX 78701

Northern Orchard Solar PV, LLC
c/o E.ON Climate & Renewables North America
Attn: Ed Shelton and Szewan Lam
20 California Street, Suite 500
San Francisco, CA 94111

Northern Orchard Solar PV 2, LLC
c/o E.ON Climate & Renewables North America
Attn: Ed Shelton and Szewan Lam
20 California Street, Suite 500
San Francisco, CA 94111

Northern Orchard Solar PV 3, LLC
c/o E.ON Climate & Renewables North America
Attn: Ed Shelton and Szewan Lam
20 California Street, Suite 500
San Francisco, CA 94111

Northern Orchard Solar PV 2, LLC
c/o E.ON Climate & Renewables North America
Attn: Legal Dept.
807 Brazos, Suite 1400
Austin, TX 78701

Fresno County
Fresno County Clerk
2220 Tulare St
Fresno, CA 93721

Klein DeNatale Goldner, LLP
Attn: Jennifer Reisz
10000 Stockdale Highway, Suite 200
Bakersfield, CA 93311

Madera County
Madera County Clerk
200 W. 4th Street
Madera, CA 93637

Westlands Water District
Attn: Russ Freeman
286 W. Cromwell Ave
Fresno, CA 93711

Tulare County
Tulare County Clerk
221 S. Mooney Blvd.
Visalia, CA 93291

SW Transmission LandCo, LLC
Attn: Legal Department
3857 Birch Street, Suite 441
Newport Beach, CA 92660

Wheeler Ridge
Attn: Sheridan Nicholas
12109 CA-166
Bakersfield, CA 93313

Kern County
Kern County Clerk
1115 Truxtun Ave # 5th
Bakersfield, CA 93301

Kings County
Kings County Clerk
1400 W. Lacey Blvd.
Hanford, CA 93230

Merced County
Merced County Clerk
2222 M St.
Merced, CA 95430

Fresno Irrigation District
Attn: Jeffrey Boswell
2907 S Maple Ave.
Fresno, CA 93725

Daniel L. Egan
Wilke Fleury LLP
621 Capitol Mall, Suite 900
Sacramento, CA 95814

Ali M Mojdehi
Mojdehi Galvin Rego LLP
2550 Fifth Avenue
Suite 910
San Diego, CA 92103

Jonathan Reiter
7058 N. West Avenue
Suite 101
Fresno CA 93711

Michael Barrett Brown
Michelle Rosales, Thomas Andrew Woods,
and Benjamin J. Codog
Stoel Rives LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814

Aaron J Malo
Sheppard, Mullin, Richter & Hampton LLP
650 Town Center Drive
Ste 10th Fl.
Costa Mesa, CA 92626-1993

Michael Lauter
Sheppard Mullin LLP
Four Embarcadero, Ste 1700
San Francisco, CA 94111

David Berger
Sheppard Mullin Richter & Hampton LLP
350 S. Grand Avenue, Fl 40
Los Angeles, CA 90071-3460

Jason J DeJonker
Nicholas R. Marcus
Seyfarth Shaw LLP
233 South Wacker Drive
Suite 8000
Chicago, IL 60606

M. Ryan Pinkston
Seyfarth Shaw LLP
560 Mission Street, 31st Floor
San Francisco, CA  94105

Brandon K. Franklin
Clyde & Co US LLP
150 California Street
Ste 15th Floor
San Francisco, CA 94111

Jane Kim
Keller Benvenutti Kim LLP
101 Montgomery Street
Suite 1950
San Francisco, CA 94104

Zev M. Shechtman,
Carol Chow, and Ryan Coy
Saul Ewing LLP
1888 Century Park East
Suite 1500
Los Angeles, CA 90067

Matthew W. Grimshaw,
David A. Wood, and Aaron E. De Leest
Marshack Hays Wood LLP
870 Roosevelt
Irvine, CA 92620

Ira D. Kharasch
Richard M. Pachulski
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003

Marshall Craig Whitney
Whitney, Thompson & Jeffcoach LLP
970 W. Alluvial Avenue
Fresno, CA 93711

William D. Curtis
Stephen E. Gruendel
Benjamin E. Shook
Moore & VanAllen
100 North Tryon Street, Suite 4700
Charlotte, NC 28202

Gabriel P. Herrera
Kronick Moskovitz Tiedemann & Girard
1331 Garden Hwy
2nd Floor
Sacramento, CA 95833

Michael Robert Johnson
Ray Quinney & Nebeker P.C.
36 South State Street, Suite 1400
Salt Lake City, UT 84111

Daryl Stuart Bartow
Duane Morris LLP
260 Homer Ave.
Suite 202
Palo Alto, CA 94304-1194

Richard P. Steelman , Jr.
Beth Ann R. Young
Ron Bender
Levene, Neale, Bender, Yoo & Golubchik LLP
2818 La Cienega Ave.
Los Angeles, CA 90034

Joseph R. Dunn
Julia Philips Roth
Covington & Burling LLP
1999 Avenue of the Stars
Los Angeles, CA  90067-4643

Nili Holdings, LLC
Attn: Mindy Nili
21 Rockrose
Aliso Viejo, CA 92656