# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al.,

Plaintiffs,

v.

ACDF, LLC, et al.,

Defendants.

Case No. 1:24-cv-01102-KES-SAB

ORDER REGARDING STIPULATION FOR EXTENSION OF TIME FOR CERTAIN DEFENDANTS TO FILE REPSONSIVE PLEADINGS

(ECF No. 431)

On March 16, 2026, a stipulation was filed requesting an extension of time for Defendants ACDF, LLC, Assemi and Sons, Inc., Bear Flag Farms, LLC, C&A Farms, LLC, Cantua Orchards, LLC, Favier Ranch, LLC, Gradon Farms, LLC, Granville Farms, LLC, Lincoln Grantor Farms, LLC, Maricopa Orchards, LLC, Panoche Pistachios, LLC, and Sageberry Farms, LLC (collectively the "Farming Defendants") to respond to the complaint (the "Stipulation").  The Court finds good cause and approves the Stipulation.

Accordingly, IT IS HEREBY ORDERED that:

1.  The Stipulation (ECF No. 431) is APPROVED; and

/ / /

/ / /

/ / /

/ / /

/ / /

2.  The Farming Defendants shall file their responsive pleadings on or before **April 17, 2026.**

IT IS SO ORDERED.

Dated:    **March 17, 2026**

STANLEY A. BOONE
United States Magistrate Judge