Terence G. Banich (SBN 212173)[1]
terence.banich@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe St.
Chicago, IL 60661-3693
Telephone:    (312) 902-5200
Facsimile:    (312) 902-1061

John E. Mitchell (*pro hac vice*)
Michaela C. Crocker (*pro hac vice*)
**KATTEN MUCHIN ROSENMAN LLP**
2121 North Pearl St., Ste. 1100
Dallas, TX 75201-2591
Telephone:    (214) 765-3600
Facsimile:    (214) 765-3602

Arlen P. Moradi (SBN 353956)
**KATTEN MUCHIN ROSENMAN LLP**
2121 Avenue of the Stars, Ste. 1100
Los Angeles, CA 90067-5010
Telephone: (310) 778-4449

*Attorneys for the Receiver*,
Lance Miller

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al.,<br><br>                Plaintiffs,<br><br>        v.<br><br>ACDF, LLC, et al.,<br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

No. 1:24-cv-01102-KES-SAB

**RECEIVER'S NINETEENTH PERIODIC STATEMENT OF FEES AND EXPENSES**

---

[1]    Designated as counsel for service pursuant to L.R. 182(c)(1).

1

305191661

Lance Miller, solely in his capacity as the duly appointed receiver (the "**Receiver**") over the Receivership Property, as defined in the *Order Expanding Receivership and for Preliminary Injunction* [Dkt. No. 120] (as amended, the "**Receivership Order**"),[2] hereby submits this *Nineteenth Periodic Statement of Fees and Expenses* (the "**Fee Statement**").

## I.    INTRODUCTION

### A.    Overview

On September 16, 2024, The Prudential Insurance Company of America ("**Prudential**") and PGIM Real Estate Finance, LLC (together, the "**Prudential Lenders**") filed a *Complaint for Breach of Contract, Appointment of Receiver, Accounting and Specific Performance of Rents and Profits Clause; and Injunctive Relief* [Dkt. No. 1] initiating the above-captioned case (this "**Case**"), and on September 18, 2024, an *Ex Parte Application Regarding Motion for Order Appointing Receiver and for Preliminary Injunction* [Dkt. No. 12].

On September 25, 2024, after notice and hearing, the Court entered the *Agreed Order Appointing Receiver with Limited Authority* [Dkt. No. 51, as amended by Dkt. No. 107] and on November 7, 2024, entered the Receivership Order appointing the Receiver as general receiver over the Receivership Property, which consists of, among other things, over 50,000 acres of farmland and a substantial number of pistachio and almond trees.

### B.    Retention of Professionals

On December 19, 2024, the Court entered the following orders:

- *Order Authorizing Employment of Cutts Law, PC as Special Counsel Effective as of October 29, 2024* [Dkt. No. 133], authorizing the Receiver to employ Cutts Law, PC ("**Cutts Law**") to serve as water-rights counsel and to assist the Receiver in other sale-related matters;

- *Order Authorizing Employment of Katten Muchin Rosenman, LLP as Counsel Nunc Pro Tunc* [Dkt. No. 134], authorizing the Receiver to employ Katten Muchin Rosenman, LLP ("**Katten**") as his general counsel; and

---

[2] All capitalized terms used but not defined herein shall have the meanings ascribed in the Receivership Order.

305191661

- *Order Granting Unopposed Motion of Receiver Lance Miller for Order Establishing Procedures for Allowance of Compensation and Reimbursement of Expenses* [Dkt. No. 135] (the "**Compensation Procedures Order**").

The Receiver's employment of Pivot Management Group, LLC as his financial advisor was approved by the Court in the Receivership Order. Receivership Order ¶ 3(u).

### C.   Compensation Procedures

The Compensation Procedures Order permits the Receiver and his professionals to file and serve on the Notice Parties (*i.e.*, the Plaintiffs, the Farming Defendants, and all parties receiving ECF notice in this Case) a Monthly Statement of the fees and expenses incurred for the prior month. Compensation Procedures Order ¶ 3(a)-(d). The Receiver is authorized to pay all fees and expenses subject to a Monthly Statement upon the filing of such Monthly Statement (each, an "**Interim Payment**"). *Id.* ¶ 3(b). Interim Payments are deemed conditionally allowed by the Court until the Court reviews and allows such fees and expenses on a final basis pursuant to the Quarterly Fee Motion procedures, discussed below. *Id.*

### II.   INVOICES

The Receiver and his professionals have incurred the following fees and expenses for March 2026 (the "**Fee Period**"):[3]

---

[3]   On January 3, 2025, the Receiver was appointed receiver in the related case styled *Federal Agricultural Mortgage Corporation v. Assemi Brothers, LLC et al.*, Case No. 1:24-cv-01455-KES-SAB (the "**FMAC Case**"), in which Pivot, Katten and Cutts Law serve as Receiver's professionals.  This Motion includes fees and expenses for services performed by Pivot and Katten that benefited Federal Agricultural Mortgage Corporation ("**FMAC**"), but that were not billed to the FMAC-specific matter number.  Fees and services attributable to FMAC will be reallocated as part of the Receiver's upcoming quarterly fee statements in this case and in the FMAC Case. Furthermore, on April 8, 2025, the Court entered that certain *Order Further Expanding Scope of Receivership* [Docket No. 197] (the "**Further Expanded Receivership Order**"), expanding the Receiver's authority to the Farming Equipment, as defined in the Further Expanded Receivership Order.  This Motion includes fees and expenses for services performed by Pivot and Katten that benefited U.S. Bank under the Further Expanded Receivership Order and were billed to the U.S. Bank-specific matter number.  Those fees and expenses will be reallocated as part of the Receiver's upcoming quarterly fee statement in this case.  This Motion also includes fees for services performed by Pivot, Katten and Cutts Law in relation to the following cases where Prudential has been substituted in as Plaintiff (collectively, the "**Former Met Cases**"): (i) *Metropolitan Life Insurance Company v. Maricopa Orchards, LLC, et al.*, Case No. 24-1231 [Dkt. No. 40]; (ii) *Metropolitan Life Insurance Company v. FNF*

3

- Lance Miller: $50,000.00 ($50,000.00 fees and $0.00 expenses), *see* **Exhibit A**;

- Pivot: $379,474.19 ($379,416.26 fees and $57.93 expenses), *see* **Exhibit B**;

- Katten: $246,378.12 ($244,210.81 fees and $2,167.31 expenses), *see* **Exhibit C**; and

- Cutts Law: $28,301.25 ($28,301.25 fees and $0.00 expenses), *see* **Exhibit D**.

Although every effort has been made to include in this Fee Statement all fees and expenses incurred in the Fee Period, some fees and expenses might not be included herein due to delays caused by accounting and processing during the Fee Period.  The Receiver and his professionals reserve the right to make further application to this Court for allowance of such fees and expenses not included herein.

Notice of this Fee Statement will be provided as required by the Compensation Procedures Order.

**III.    CONCLUSION**

WHEREFORE, Receiver respectfully submits this Fee Statement as of the date written below.

Dated:  April 16, 2026

Respectfully submitted,
**KATTEN MUCHIN ROSENMAN LLP**

By: */s/ Arlen P. Moradi*
Arlen P. Moradi
*Attorneys for the Receiver*
Lance Miller

*Farms, LLC, et al.,* Case No. 24-1226 [Dkt. No. 44]; (iii) *Brighthouse Life Insurance Company v. Kamm South, LLC, et al.,* Case No. 24-1232 [Dkt. No. 45]; (iv) *Brighthouse Life Insurance Company v. ACDF, LLC, et al.,* Case No. 24-1235 [Dkt. No. 48]; and (v) *Metropolitan Life Insurance Company v. ACDF, LLC, et al.*, Case No. 24-1261 [Dkt. No. 210]. Such fees were billed to a matter number specific to the Former Met Cases and will be reallocated as appliable to this case as part of the Receiver's upcoming quarterly fee statement in accordance with the Receivership Order entered in this case.

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Los Angeles, State of California.  My business address is 2121 Avenue of the Stars, Suite 1100, Los Angeles, CA 90067-5010.  On April 16, 2026, I served the following document(s) described as:

**RECEIVER'S NINETEENTH PERIODIC STATEMENT OF FEES AND EXPENSES**

as follows:

**[ ]    BY MAIL:**  I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Katten Muchin Rosenman LLP practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**[ ]    BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused the document(s) to be sent from e-mail address Janice.Brooks-Patton@katten.com to the persons at the e-mail address(es) listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**[ ]    BY OVERNIGHT MAIL (FedEx):**  I enclosed said document(s) in an envelope or package provided by FEDEX and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FEDEX or delivered such document(s) to a courier or driver authorized by FEDEX to receive documents.

**[ ]    BY PERSONAL SERVICE:**  I caused said document to be personally delivered the document(s) to the person at the addresses listed above by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office.

**[X]    E-FILING:**  By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 16, 2026, at Los Angeles, California

*/s/Arlen P. Moradi*
Arlen P. Moradi

305191661