# EXHIBIT A



March 31, 2026

Invoice No: 1371

Lance Miller
Receiver, Maricopa Orchards
c/o Pivot Management Group, LLC

Tax ID: ███████

Re: Engagement of Maricopa Orchards – Receiver

**Professional Fees:**

| | | |
|---|---|---|
| For the period March 1st, 2026 - March 31st, 2026 | $ | 50,000.00 |
| Reimbursable expenses | $ | 0.00 |
| **Total fees and expenses:** | **$** | **50,000.00** |
| Apply retainer | $ | 0.00 |
| **Balance Due:** | **$** | **50,000.00** |

From **Pivot Management Group, LLC**

1230 Rosecrans Ave, Suite 300-PMB928
Manhattan Beach, CA 90266

| | |
|---|---|
| Invoice ID | **1371** |
| Issue Date | 03/31/2026 |
| Due Date | 03/31/2026 (upon receipt) |

Invoice For **Maricopa Orchards**

Lance Miller
Receiver, Maricopa Orchards
c/o Pivot Management Group, LLC

| Description | Unit Price | Amount |
|---|---|---|
| Maricopa Orchards - 2nd Receivership - General: Lance Miller (03/01/2026 - 03/31/2026) | $1,430.00 | **$12,012.00** |
| Maricopa Orchards - 2nd Receivership -Prudential: Lance Miller (03/01/2026 - 03/31/2026) | $1,430.00 | **$3,146.00** |
| Maricopa Adjustment (Under 60 hours) | -$15,158.00 | **-$15,158.00** |
| Maricopa Monthly Receiver Fee | $50,000.00 | **$50,000.00** |

**Amount Due**     **$50,000.00**

**Notes**

Please send electronic payment remittance advice and questions to Accounting@Pivotgrp.com

# Detailed time report

# Pivot Management Group, LLC

| Timeframe | **03/01/2026 – 03/31/2026** | 1 Client | **Maricopa Orchards** |
|---|---|---|---|
| Total | **10.60 Hours** | Projects | **All projects** |
| | **0.00 Uninvoiced billable hours** | Tasks | **All tasks** |
| | | 1 Team | **Lance Miller** |

| Client | Project | Task | Roles | Person | Hours |
|---|---|---|---|---|---|
| **03/06/2026** | | | | | **0.80** |
| Maricopa Orchards | Maricopa Orchards - 2nd Receivership - General<br>Call with Wonderful | Case Administration | Managing Partner | Lance Miller | 0.80 |
| **03/10/2026** | | | | | **0.70** |
| Maricopa Orchards | Maricopa Orchards - 2nd Receivership - General<br>Call with Pivot team regarding Westlands bid | Case Administration | Managing Partner | Lance Miller | 0.70 |
| **03/13/2026** | | | | | **1.30** |
| Maricopa Orchards | Maricopa Orchards - 2nd Receivership - General<br>Continued work regarding response to potential bidder for Maricopa | Case Administration | Managing Partner | Lance Miller | 0.20 |
| Maricopa Orchards | Maricopa Orchards - 2nd Receivership - General<br>Call with OMM and Pivot teams regarding MRC claim calculation | Case Administration | Managing Partner | Lance Miller | 0.60 |
| Maricopa Orchards | Maricopa Orchards - 2nd Receivership - General<br>Call with Eric Reubel regarding case status | Case Administration | Managing Partner | Lance Miller | 0.10 |
| Maricopa Orchards | Maricopa Orchards - 2nd Receivership - General<br>Call regarding counterproposal to potential bidder | Case Administration | Managing Partner | Lance Miller | 0.40 |

| | | | | **Total** | **10.60** |
|---|---|---|---|---|---|

| Client | Project | Task | Roles | Person | Hours |
|---|---|---|---|---|---|
| 03/18/2026 | | | | | 1.20 |
| Maricopa Orchards | Maricopa Orchards - 2nd Receivership - Prudential<br>Call with Prudential regarding case status | Advisory | Managing Partner | Lance Miller | 0.50 |
| Maricopa Orchards | Maricopa Orchards - 2nd Receivership - Prudential<br>Emails with Pivot team regarding Prudential negotiations | Advisory | Managing Partner | Lance Miller | 0.40 |
| Maricopa Orchards | Maricopa Orchards - 2nd Receivership - General<br>Calls with potential bidder for MOC assets | Case Administration | Managing Partner | Lance Miller | 0.30 |
| 03/19/2026 | | | | | 0.70 |
| Maricopa Orchards | Maricopa Orchards - 2nd Receivership - General<br>Call with Katten and Pivot regarding case status and open items | Case Administration | Managing Partner | Lance Miller | 0.70 |
| 03/20/2026 | | | | | 0.70 |
| Maricopa Orchards | Maricopa Orchards - 2nd Receivership - Prudential<br>Calls regarding Prudential sale options | Advisory | Managing Partner | Lance Miller | 0.70 |
| 03/23/2026 | | | | | 0.80 |
| Maricopa Orchards | Maricopa Orchards - 2nd Receivership - General<br>Work regarding potential MOC offer | Case Administration | Managing Partner | Lance Miller | 0.20 |
| Maricopa Orchards | Maricopa Orchards - 2nd Receivership - General<br>Call with Pivot and Katten teams regarding case status | Case Administration | Managing Partner | Lance Miller | 0.60 |
| 03/24/2026 | | | | | 1.70 |
| Maricopa Orchards | Maricopa Orchards - 2nd Receivership - General<br>Call with John Reeder regarding case status | Case Administration | Managing Partner | Lance Miller | 0.30 |
| | | | | **Total** | **10.60** |

| Client | Project | Task | Roles | Person | Hours |
|---|---|---|---|---|---|
| Maricopa Orchards | Maricopa Orchards - 2nd Receivership - General<br><br>Call with Pivot and Katten teams regarding Westlands LOI | Case Administration | Managing Partner | Lance Miller | 0.70 |
| Maricopa Orchards | Maricopa Orchards - 2nd Receivership - General<br><br>Review Wonderful proposal | Case Administration | Managing Partner | Lance Miller | 0.20 |
| Maricopa Orchards | Maricopa Orchards - 2nd Receivership - General<br><br>Call with potential MOC investor | Case Administration | Managing Partner | Lance Miller | 0.50 |
| 03/25/2026 | | | | | 1.90 |
| Maricopa Orchards | Maricopa Orchards - 2nd Receivership - General<br><br>Call with Darius regarding case status | Case Administration | Managing Partner | Lance Miller | 0.30 |
| Maricopa Orchards | Maricopa Orchards - 2nd Receivership - Prudential<br><br>Call with Prudential regarding case status | Case Administration | Managing Partner | Lance Miller | 0.60 |
| Maricopa Orchards | Maricopa Orchards - 2nd Receivership - General<br><br>Call with potential purchaser for Westlands | Case Administration | Managing Partner | Lance Miller | 0.80 |
| Maricopa Orchards | Maricopa Orchards - 2nd Receivership - General<br><br>Call with Michaela regarding westlands negotiations | Case Administration | Managing Partner | Lance Miller | 0.20 |
| 03/26/2026 | | | | | 0.20 |
| Maricopa Orchards | Maricopa Orchards - 2nd Receivership - General<br><br>Calls regarding MOC purchase interest | Case Administration | Managing Partner | Lance Miller | 0.20 |
| 03/27/2026 | | | | | 0.30 |
| Maricopa Orchards | Maricopa Orchards - 2nd Receivership - General<br><br>Call with potential MOC investor | Case Administration | Managing Partner | Lance Miller | 0.30 |
| | | | | **Total** | **10.60** |

| Client | Project | Task | Roles | Person | Hours |
|---|---|---|---|---|---|
| 03/30/2026 | | | | | 0.30 |
| Maricopa Orchards | Maricopa Orchards - 2nd Receivership - General | Case Administration | Managing Partner | Lance Miller | 0.30 |
| | Call with Wonderful regarding case status | | | | |

|  |  | **Total** | **10.60** |
|---|---|---|---|