# EXHIBIT C



Direct Billing Inquiries to:
**Georgia Spence**
georgia.spence@katten.com

**2121 N. Pearl Street, Suite 1100**
**Dallas, TX 75201**

April 13, 2026

Lance Miller
Pivot Group
1230 Rosecrans Avenue
Suite 530
Manhatten Beach, CA 90266

Invoice No. 40322145
Client No. 401778
Matter No. 00002

FEIN: ████████

**Re: <u>General</u>** (401778.00002)

| | |
|---|---:|
| For legal services rendered through March 31, 2026 ......................................................... | $194,527.00 |
| Less 5% discount on fees ..................................................................................... | (9,726.35) |
| Total (After Adjustments) | 184,800.65 |
| Disbursements and other charges ............................................................................ | $ 2,167.31 |
| **CURRENT INVOICE TOTAL:** | **$186,967.96** |

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES

Matter 00002: General

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 02 Mar 26 | Crocker, Michaela C. | Review and respond to sale-related emails received prior evening and throughout day (.5); follow-up regarding non-disclosure agreement (.1); status call with Pivot (.2); call with creditor inquiring about sale status (.4). | 1.20 |
| 02 Mar 26 | Brooks-Patton, Janice E. | Reviewed Court dockets and recently filed pleadings in multiple receivership cases, worked with same, updated case matter files and Maricopa data room files (.70); attention to recent activity in Maricopa data room (.20). | 0.90 |
| 03 Mar 26 | Crocker, Michaela C. | Call with counsel for potential Westlands bidder and follow-up emails with counsel and Cutts/Pivot/Capstone regarding same (.9); status call with Capstone and follow-up call with counsel for potential purchaser (.5); review and respond to sale-related emails/questions throughout day (.7). | 2.10 |
| 03 Mar 26 | Brooks-Patton, Janice E. | Reviewed Court dockets and recently filed pleadings in multiple receivership cases, worked with same, updated case matter files and Maricopa data room files. | 0.40 |
| 04 Mar 26 | Crocker, Michaela C. | Review documents/emails related to Poso Creed matter (.3); calls with Pivot, Cutts, and Seyfarth regarding Poso matter (1.2); review and respond to sale related emails throughout day (.3); status call with Pivot (.2); status call with Capstone (.3). | 2.30 |
| 04 Mar 26 | Brooks-Patton, Janice E. | Reviewed Court dockets and recently filed pleadings in multiple receivership cases, worked with same, updated case matter files and Maricopa data room files. | 0.60 |
| 04 Mar 26 | Moradi, Arlen P. | Review and file Laval Sale motion and Stipulation to Waive 28 U.S.C. 2001. | 0.50 |
| 05 Mar 26 | Crocker, Michaela C. | Participate in sale related call with Prudential and follow up regarding same (.5); sale-related calls with Capstone throughout day (.8); review documents and answer question posed by Pivot (.5); call with counsel for potential overbidder (.5). | 2.30 |
| 05 Mar 26 | Brooks-Patton, Janice E. | Reviewed Court dockets and recently filed pleadings in multiple receivership cases, worked with same, updated case matter files and Maricopa data room files (1.2); attention to notifications regarding new updated to Maricopa data room (.10); reviewed new files uploaded to Maricopa data room, downloaded, worked with documents and updated case matter files (.30); prepared for and circulated copy of 3.5.26 Bi-Weekly Update Memorandum to attorneys (.30). | 1.90 |
| 05 Mar 26 | Moradi, Arlen P. | Review and file supplemental proof of service to Laval sale motion. | 0.10 |
| 06 Mar 26 | Brooks-Patton, Janice E. | Reviewed communications regarding returned mail and reviewed returned mail (.40); reviewed Court dockets and recently filed pleadings in multiple receivership cases, worked with same, updated case matter files and Maricopa data room files (1.0). | 1.40 |
| 09 Mar 26 | Crocker, Michaela C. | Emails regarding Semitropic true-up matters. | 0.10 |
| 09 Mar 26 | Crocker, Michaela C. | Emails regarding Poso allocation and review related information (.2); review updated Westlands | 2.70 |

## PROFESSIONAL SERVICES

Matter 00002: General

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| | | preliminary title report and emails related to same (.2); review bridge PSA spreadsheet; review consultation group NDAs, revise/correct, and recirculate same either to S.Rohr or directly to counsel (1.3); emails/documents related to title matters (.3); document review related to purchase related question posed by Pivot (.7). | |
| 09 Mar 26 | Archiyan, Yelena E. | Email correspondence with Steve Borse regarding fee applications (.20); email correspondence with counsel for lenders regarding quarterly fee applications (.60); begin working on February fee applications (.80). | 1.60 |
| 09 Mar 26 | Brooks-Patton, Janice E. | Email exchange regarding returned mail and review and track returned mail (.70); reviewed the Court docket, recently filed pleadings of multiple receivership cases, worked with documents and updated case files (1.0). | 1.70 |
| 10 Mar 26 | Crocker, Michaela C. | Review and respond to sale-related emails throughout day (.2); emails with various counsel regarding pending litigation and question posed by Pivot, file review related to same (1.5). | 1.70 |
| 10 Mar 26 | Brooks-Patton, Janice E. | Attention to email regarding ShareFile documents from Cutts Law (.30); email exchange with M. Crocker regarding same (.20). | 0.50 |
| 11 Mar 26 | Crocker, Michaela C. | Emails with L. Cutts regarding sale update (.1); research sale-related matter posed by Receiver including document review and calls with various counsel regarding same (5.2); status meeting with J. Mitchell (.3); status call with Seyfarth (.3). | 8.60 |
| 11 Mar 26 | Brooks-Patton, Janice E. | Reviewed the Court docket, recently filed pleadings of multiple receivership cases, worked with documents and updated case files. (.50); reviewed returned mail (.40). | 0.90 |
| 12 Mar 26 | Crocker, Michaela C. | Review and respond to sale-related emails received prior evening and throughout day (.3); update pending items tracking sheet and action items lists (.4); analyze sale scenarios and timelines (.6); participate on weekly Pivot update call (1.5); participate on weekly Capstone update call and follow-up calls with Pivot and L. Cutts (.7); status meeting with J. Mitchell (.5); review revised non-disclosure agreement from potential bidder and revise same (.4); research sale-related issue (1.4). | 5.80 |
| 12 Mar 26 | Brooks-Patton, Janice E. | Update Oliveria Property-Specific Service Lists (.40); attention to/responded to email from M. Crocker regarding Maricopa Orchards v. Wonderful Growers, California Superior Court case (.10); researched Maricopa Orchards v. Wonderful Growers case and pulled case docket sheet (.30); prepared and emailed M. Crocker regarding Maricopa Orchards v. Wonderful Growers case, circulated case docket sheet (.20). | 1.00 |
| 13 Mar 26 | Crocker, Michaela C. | Exchange emails and drafts with Receiver and others regarding terms of letter of intent (.4); review and respond to sale-related emails throughout day (.5); | 2.30 |

## PROFESSIONAL SERVICES

Matter 00002: General

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| | | status call with L. Cutts (.2); emails regarding stock certificates related to sale (.1); status call with L. Cutts, Capstone and Pivot to discuss terms of letter of intent and follow-up regarding same (.4); research sale-related matter (.7). | |
| 13 Mar 26 | Brooks-Patton, Janice E. | Reviewed the Court docket, recently filed pleadings of multiple receivership cases, worked with documents and updated case files. | 0.50 |
| 16 Mar 26 | Crocker, Michaela C. | Document review, research and analysis regarding sale-related issue (5.9); call with counsel for potential bidder (.2). | 6.80 |
| 16 Mar 26 | Archiyan, Yelena E. | Finalize and coordinate filing of Q3 2025 quarterly fee applications. | 0.90 |
| 16 Mar 26 | Brooks-Patton, Janice E. | Reviewed Court dockets and recently filed pleadings in multiple receivership cases, worked with documents and updated case matter files. | 1.30 |
| 16 Mar 26 | Moradi, Arlen P. | Review, revise, and file quarterly fee applications. | 0.30 |
| 17 Mar 26 | Hatcher, Todd | Review question re form 56; discuss same with J. Blasland. | 1.10 |
| 17 Mar 26 | Crocker, Michaela C. | Review and respond to emails received prior evening (.1); review and revise non-disclosure agreement with potential purchaser (.5); multiple calls with counsel for potential purchaser (.7); research sale closing matter and meeting with receiver regarding same (3.0); call with Assemi counsel and follow-up regarding same (.4); status calls with Pivot (.4); attention to matters related to notice (.4); draft and revise notice of revised bid procedures for all cases (1.2). | 6.70 |
| 17 Mar 26 | Blasland, James | Review of IRS form 56 and instructions, review of treasury regulations, review of Receiver Order and email correspondence. | 1.30 |
| 18 Mar 26 | Crocker, Michaela C. | Emails regarding tax matter (.1); review and respond to general emails received prior evening and throughout day (.4); emails and document review related to Poso Creek (.3); research and analysis of sale related matters (2.7); status meetings with J. Mitchell (.4); call with Cutts and Pivot regarding Poso Creek and follow up calls regarding same (1.0); call with L. Cutts and Chicago Title and follow-up regarding same (1.0). | 5.90 |
| 18 Mar 26 | Archiyan, Yelena E. | Email correspondence with Steve Borse (.10): email correspondence with John Mitchell regarding fee application (.10); work on February fee application (1.0). | 1.20 |
| 19 Mar 26 | Werlinger, Eric T. | Phone call with M. Crocker to discuss litigation procedure. | 0.40 |
| 19 Mar 26 | Mitchell, John E. | General status update call with Pivot. | 0.80 |
| 19 Mar 26 | Crocker, Michaela C. | Analysis of sale related issue (.8) and email to E. Werlinger regarding same (.1); review and respond to sale-related emails and calls received prior evening (.2); review and respond to sale related emails throughout day (.4); analyze sale related matters (.6); call with W. Freeman to discuss sale-related matter (.2); status call with Pivot and Cutts teams (.5); status | 4.80 |

Client: 401778 – Lance Miller

Invoice No. 40322145
Invoice Date: April 13, 2026

## PROFESSIONAL SERVICES

Matter 00002: General

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| | | call with Capstone (.2); call with E. Erlinger to discuss sale related matter and follow-up regarding same (.4); prepare for and call with L. Cutts and follow-up call with L. Cutts and Fidelity (1.2); status meeting with J. Mitchell (.2). | |
| 19 Mar 26 | Archiyan, Yelena E. | Email correspondence with Steve Borse regarding Q4 2025 quarterly fee applications (.50); review bi-weekly report (.20). | 0.70 |
| 19 Mar 26 | Brooks-Patton, Janice E. | Attention to/reviewed communications regarding new documents uploaded to Maricopa Receivership data room (.10); reviewed new documents uploaded to Maricopa data room, downloaded, worked with documents and updated case matter files (.30); prepared and emailed attorneys 3.18.26 Bi-Weekly Update Memorandum (.30); reviewed Court docket, recently filed pleadings in multiple receivership cases, worked with documents and updated case matter files (.30). | 1.00 |
| 19 Mar 26 | Moradi, Arlen P. | Review and file Eighteenth Fee Statement. | 0.20 |
| 20 Mar 26 | Crocker, Michaela C. | Answer sale-related question posed by Pivot (.9); emails with company counsel regarding sale matter (.1); review and respond to general case emails throughout day (.5); review sale analysis and questions regarding same (.5); review and analysis of sale-related matters (1.2). | 3.20 |
| 20 Mar 26 | Archiyan, Yelena E. | Prepare Q4 2025 quarterly fee applications. | 2.90 |
| 23 Mar 26 | Crocker, Michaela C. | Review Poso related documents forwarded by Met counsel and emails with counsel and Pivot regarding same (.7); research Poso-related issue (.5); prepare for and status call with Pivot and Cutts teams (1.2); call with Met counsel (.3); call with counsel for potential purchaser (.2); review and respond to general sale-related emails throughout day (.4); analysis of sale-related matter (3.3); status call with M. Covington (.2). | 6.80 |
| 23 Mar 26 | Archiyan, Yelena E. | Work on quarterly fee applications and prepare for filing. | 0.40 |
| 24 Mar 26 | Crocker, Michaela C. | Review and respond to general sale emails received prior evening (.2); attention to sale-related matter, including document review and analysis (4.8); status call with L. Cutts (.3); status call with Capstone (.2); call with Pivot and Cutts teams regarding pending sale matters and follow-up regarding same. (1.7). | 7.20 |
| 24 Mar 26 | Archiyan, Yelena E. | Finalize quarterly fee applications. | 1.40 |
| 25 Mar 26 | Crocker, Michaela C. | Analysis of proposed letter of intent and related research (2.5); status calls with L. Cutts (.2); draft and revise talking points and update action items list for upcoming calls (1.5); locate and forward APN information requested by Pivot (.4); emails with Met counsel regarding sale matters (.2); status calls with M. Covington throughout day (.3); prepare for and attend call with counsel for potential purchaser (.7); status call with Capstone (.2); participate in weekly Prudential sale call and follow-up regarding same (.8); review and | 8.80 |

## PROFESSIONAL SERVICES
Matter 00002: General

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| | | respond to sale related emails throughout day (.8); call with potential purchaser, Pivot and Cutts and follow up regarding same (1.2). | |
| 25 Mar 26 | Brooks-Patton, Janice E. | Attention to/responded to email from M. Crocker regarding filed receivership complaints (.20); compiled set of certain filed complaints and related filings, prepared secure file transfer site and forwarded copies to Craig Cooper (.40); reviewed Court dockets, recently filed pleadings in multiple receivership cases, worked with documents and updated case matter files and Maricopa workspaces (1.7); attention to email exchange regarding updates to new Maricopa workspace (.20); review new Maricopa workspace (.40); email exchange with M. Crocker and S. Rohr regarding updating Maricopa workspaces (.10). | 3.00 |
| 26 Mar 26 | Crocker, Michaela C. | Review and respond to sale related emails and calls received prior evening (.4); prepare for and call with counsel for potential purchaser (1.5); call with Assemi counsel (.2); status call with plaintiffs' counsel (.8); status calls with Capstone, including weekly update call (.7); analysis of sale matters (1.2). | 4.80 |
| 26 Mar 26 | Brooks-Patton, Janice E. | Review Maricopa data room workspaces and update new workspace files and folders (2.0); discussed new Maricopa workspace with M. Crocker (.20). | 2.20 |
| 27 Mar 26 | Crocker, Michaela C. | Review and respond to emails received prior evening (.1); attention to sale-related matters, including timeline, issue analysis, and calls (3.2); review and respond to sale-related emails received prior evening and throughout day (.4); status call with Capstone (.3); emails/call with company counsel to obtain requested documents (.3); status calls/emails with Seyfarth (.5); attention to second amendment, including call with L. Cutts (.4); status call with J. Mitchell(.1); calls with potential buyers' respective counsels throughout day (1.0). | 6.30 |
| 27 Mar 26 | Brooks-Patton, Janice E. | Review Maricopa data room workspaces and update new workspace files and folders (2.5); email exchange with S. Rohr regarding Maricopa workspaces and conforming workspaces (.10); reviewed Court docket, recently filed pleadings in multiple receivership cases, updated case matter files (1.0). | 3.60 |
| 30 Mar 26 | Crocker, Michaela C. | Emails with Seyfarth regarding form of purchase agreement (.1); review proposed revisions to purchase agreement and compare with current agreement (.6); review documents in relation to question posed by Receiver (1.8); status call with M. Covington (.2); prepare for and call with Cutts and Seyfarth to discuss amendments to purchase agreement (1.4); follow-up calls/email to Pivot (.1); amend pleadings to be filed with court to reflect amended bid deadlines and related changes (all cases) (2.7); status call and emails with Seyfarth throughout day (.4); calls with counsel for potential buyers (.3); status with Capstone (.2); finalize | 10.00 |

## PROFESSIONAL SERVICES

Matter 00002: General

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| | | and forward documents to buyer's counsel and lenders (.7); status call with L. Cutts and follow up emails (.2); follow up call with counsel for potential purchaser (.2); further revise timeline, emails with receiver regarding same (.3); review revised purchase agreement (.8). | |
| 30 Mar 26 | Archiyan, Yelena E. | Email correspondence with Michaela Crocker and Janice Brooks-Patton regarding proposed orders for quarterly fee applications. | 0.10 |
| 30 Mar 26 | Brooks-Patton, Janice E. | Attention to email notifications regarding updates to Maricopa data room/workspaces (.20); reviewed and updated Maricopa data room and work spaces (.50). | 0.70 |
| 31 Mar 26 | Crocker, Michaela C. | Review and revise amended and restated purchase agreement (1.7); status calls with Seyfarth throughout day (.5); multiple calls and emails with counsel for potential bidders (.9); call with Pivot and Cutts to discuss amended and restated purchase agreement and follow-up regarding same (2.1); status call with J. Mitchell (.2); voicemail to M. Covington and call with L. Cutts (.2); status calls with Capstone throughout day (.6); review and respond to general sale emails throughout day (.3); update bid procedures with comments received (.4); emails with Pivot regarding signature on amendment (.1); review and approve third amendment to agreement (.1). | 7.10 |
| 31 Mar 26 | Archiyan, Yelena E. | Review notice of non-opposition and non-objection for quarterly fee statements. | 0.60 |
| 31 Mar 26 | Brooks-Patton, Janice E. | Reviewed Court docket, recently filed pleadings in multiple receivership cases, updated case matter files, updated Maricopa data room workspaces, conformed files. | 1.30 |
| 31 Mar 26 | Moradi, Arlen P. | Review and file certificates of no objection to professionals' fee applications; correspondence with chambers regarding proposed orders granting same. | 0.30 |
| | | **TOTALS:** | **145.20** |

# DISBURSEMENTS

Matter 00002: General

| Date | Description | Amount |
|---|---|---|
| 10 Feb 26 | Vendor: Federal Express (all US offices) Invoice#: 916625392 Date: 2/5/2026  -  - Trking# 398124462430, on 1/28/2026 to: Vahagn Bznouni, Sr. VP | 20.92 |
| 10 Feb 26 | Vendor: Federal Express (all US offices) Invoice#: 916625392 Date: 2/5/2026  -  - Trking# 398124528563, on 1/28/2026 to: Jennifer Gandin | 20.92 |
| 10 Feb 26 | Vendor: Federal Express (all US offices) Invoice#: 916625392 Date: 2/5/2026  -  - Trking# 398124584703, on 1/28/2026 to: Russ  Freeman | 20.92 |
| 10 Feb 26 | Vendor: Federal Express (all US offices) Invoice#: 916625392 Date: 2/5/2026  -  - Trking# 398124697511, on 1/28/2026 to: Russ Freeman | 20.92 |
| 28 Feb 26 | Vendor: CourtAlert.com, Inc.; Invoice#: 199538-2602; Date: 2/28/2026 - Customer No. 404243 - Case Monitoring, Dockets, Searches and Litigation Alerts | 457.32 |
| 19 Mar 26 | Vendor: Federal Express (all US offices) Invoice#: 920236846 Date: 3/5/2026  -  - Trking# 398691922545, on 2/12/2026 to: | 48.33 |
| 27 Mar 26 | Vendor: Federal Express (all US offices) Invoice#: 922922701 Date: 3/26/2026  -  - Trking# 399768654820, on 3/19/2026 to: | 21.59 |
| 27 Mar 26 | Vendor: Federal Express (all US offices) Invoice#: 922922701 Date: 3/26/2026  -  - Trking# 399768769104, on 3/19/2026 to: | 25.28 |
| 27 Mar 26 | Vendor: Federal Express (all US offices) Invoice#: 922922701 Date: 3/26/2026  -  - Trking# 399769189908, on 3/19/2026 to: | 21.59 |
| 27 Mar 26 | Vendor: Federal Express (all US offices) Invoice#: 922922701 Date: 3/26/2026  -  - Trking# 399769252557, on 3/19/2026 to: | 21.59 |
| 27 Mar 26 | Vendor: Federal Express (all US offices) Invoice#: 922922701 Date: 3/26/2026  -  - Trking# 399769314331, on 3/19/2026 to: | 19.61 |
| 27 Mar 26 | Vendor: Federal Express (all US offices) Invoice#: 922922701 Date: 3/26/2026  -  - Trking# 399769370158, on 3/19/2026 to: | 49.66 |
| 27 Mar 26 | Vendor: Federal Express (all US offices) Invoice#: 922922701 Date: 3/26/2026  -  - Trking# 399769449957, on 3/19/2026 to: | 24.85 |
| 27 Mar 26 | Vendor: Federal Express (all US offices) Invoice#: 922922701 Date: 3/26/2026  -  - Trking# 399769506979, on 3/19/2026 to: | 21.59 |
| 27 Mar 26 | Vendor: Federal Express (all US offices) Invoice#: 922922701 Date: 3/26/2026  -  - Trking# 399769585204, on 3/19/2026 to: | 19.61 |
| 27 Mar 26 | Vendor: Federal Express (all US offices) Invoice#: 922922701 Date: 3/26/2026  -  - Trking# 399769649312, on 3/19/2026 to: | 19.61 |
| 27 Mar 26 | Vendor: Federal Express (all US offices) Invoice#: 922922701 Date: 3/26/2026  -  - Trking# 399769700380, on 3/19/2026 to: | 21.59 |
| 27 Mar 26 | Vendor: Federal Express (all US offices) Invoice#: 922922701 Date: 3/26/2026  -  - Trking# 399769748570, on 3/19/2026 to: | 19.61 |
| 27 Mar 26 | Vendor: Federal Express (all US offices) Invoice#: 922922701 Date: 3/26/2026  -  - Trking# 399769861937, on 3/19/2026 to: | 21.59 |
| 27 Mar 26 | Vendor: Federal Express (all US offices) Invoice#: 922922701 Date: 3/26/2026  -  - Trking# 399770039558, on 3/19/2026 to: | 19.61 |
| 27 Mar 26 | Vendor: Federal Express (all US offices) Invoice#: 922922701 Date: 3/26/2026  -  - Trking# 399770157906, on 3/19/2026 to: | 26.83 |
| 27 Mar 26 | Vendor: Federal Express (all US offices) Invoice#: 922922701 Date: 3/26/2026  -  - Trking# 399770322837, on 3/19/2026 to: | 21.59 |
| 27 Mar 26 | Vendor: Federal Express (all US offices) Invoice#: 922922701 Date: 3/26/2026  -  - Trking# 399770387320, on 3/19/2026 to: | 21.59 |
| 27 Mar 26 | Vendor: Federal Express (all US offices) Invoice#: 922922701 Date: 3/26/2026  -  - Trking# 399770465990, on 3/19/2026 to: | 21.59 |
| 27 Mar 26 | Vendor: Federal Express (all US offices) Invoice#: 922922701 Date: 3/26/2026  -  - Trking# 399770532384, on 3/19/2026 to: | 21.59 |
| 27 Mar 26 | Vendor: Federal Express (all US offices) Invoice#: 922922701 Date: | 21.59 |

# DISBURSEMENTS

Matter 00002: General

| Date | Description | Amount |
|---|---|---:|
| 27 Mar 26 | Vendor: Federal Express (all US offices) Invoice#: 922922701 Date: 3/26/2026  -  - Trking# 399770598631, on 3/19/2026 to: | 21.59 |
| 27 Mar 26 | Vendor: Federal Express (all US offices) Invoice#: 922922701 Date: 3/26/2026  -  - Trking# 399770657509, on 3/19/2026 to: Elizabeth Steinhauer-Clark | 21.59 |
| 27 Mar 26 | Vendor: Federal Express (all US offices) Invoice#: 922922701 Date: 3/26/2026  -  - Trking# 399770734316, on 3/19/2026 to: | 19.61 |
| 27 Mar 26 | Vendor: Federal Express (all US offices) Invoice#: 922922701 Date: 3/26/2026  -  - Trking# 399774818899, on 3/19/2026 to: | 24.85 |
| 27 Mar 26 | Vendor: Federal Express (all US offices) Invoice#: 922922701 Date: 3/26/2026  -  - Trking# 399774978897, on 3/19/2026 to: | 21.59 |
| 27 Mar 26 | Vendor: Federal Express (all US offices) Invoice#: 922922701 Date: 3/26/2026  -  - Trking# 399775034650, on 3/19/2026 to: | 28.13 |
| 27 Mar 26 | Vendor: Federal Express (all US offices) Invoice#: 922922701 Date: 3/26/2026  -  - Trking# 399775084655, on 3/19/2026 to: | 21.59 |
| 27 Mar 26 | Vendor: Federal Express (all US offices) Invoice#: 922922701 Date: 3/26/2026  -  - Trking# 399775128430, on 3/19/2026 to: John S. Kaplan | 21.59 |
| 27 Mar 26 | Vendor: Federal Express (all US offices) Invoice#: 922922701 Date: 3/26/2026  -  - Trking# 399775196927, on 3/19/2026 to: | 49.66 |
| 27 Mar 26 | Vendor: Federal Express (all US offices) Invoice#: 922922701 Date: 3/26/2026  -  - Trking# 399775379150, on 3/19/2026 to: Joe Gudorf Loan Officer | 24.85 |
| 27 Mar 26 | Vendor: Federal Express (all US offices) Invoice#: 922922701 Date: 3/26/2026  -  - Trking# 399775490364, on 3/19/2026 to: | 21.59 |
| 27 Mar 26 | Vendor: Federal Express (all US offices) Invoice#: 922922701 Date: 3/26/2026  -  - Trking# 399775545022, on 3/19/2026 to: Rachel Marie White | 21.59 |
| 27 Mar 26 | Vendor: Federal Express (all US offices) Invoice#: 922922701 Date: 3/26/2026  -  - Trking# 399775631154, on 3/19/2026 to: | 21.59 |
| 27 Mar 26 | Vendor: Federal Express (all US offices) Invoice#: 922922701 Date: 3/26/2026  -  - Trking# 399775709409, on 3/19/2026 to: | 21.59 |
| 27 Mar 26 | Vendor: Federal Express (all US offices) Invoice#: 922922701 Date: 3/26/2026  -  - Trking# 399775771323, on 3/19/2026 to: | 21.59 |
| 27 Mar 26 | Vendor: Federal Express (all US offices) Invoice#: 922922701 Date: 3/26/2026  -  - Trking# 399775828830, on 3/19/2026 to: | 19.61 |
| | 3/26/2026  -  - Trking# 399775897381, on 3/19/2026 to: | |
| 31 Mar 26 | Westlaw Legal Research: CROCKER,MICHAELA on 3/18/2026 | 570.55 |
| 31 Mar 26 | Westlaw Legal Research: CROCKER,MICHAELA on 3/19/2026 | 162.66 |
| | **TOTAL DISBURSEMENTS:** | **$2,167.31** |

## SUMMARY OF DISBURSEMENTS

Matter 00002: General

| | |
|---|---:|
| Courier | $976.78 |
| Service Fees | $457.32 |
| Legal Research | $733.21 |
| **TOTAL DISBURSEMENTS:** | **$2,167.31** |
| **MATTER TOTAL:** | **$186,967.96** |

9



2121 N. Pearl Street, Suite 1100
Dallas, TX 75201

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | 45743 - Mitchell, John E. | **Invoice No.:** | 40322145 |
| **Client:** | 401778 - Lance Miller | **Invoice Date:** | 13 Apr 26 |
| **Matter:** | 00002 - General | | |

**Current Invoice Charges:**    $186,967.96

**Wire Instructions:**



**Please direct any billing inquiries to Georgia Spence at georgia.spence@katten.com.**



Direct Billing Inquiries to:
**Georgia Spence**
georgia.spence@katten.com

**2121 N. Pearl Street, Suite 1100**
**Dallas, TX 75201**

April 13, 2026

Lance Miller
Pivot Group
1230 Rosecrans Avenue
Suite 530
Manhatten Beach, CA 90266

Invoice No. 40322136
Client No. 401778
Matter No. 00004

FEIN: ███████

**Re: Prudential Entities** (401778.00004)

| | |
|---|---:|
| For legal services rendered through March 31, 2026 .......................................................... | $61,191.50 |
| Less 5% discount on fees ............................................................................................... | (3,059.57) |
| Total (After Adjustments) | 58,131.93 |

| | |
|---|---:|
| **CURRENT INVOICE TOTAL:** | **$58,131.93** |

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

**PROFESSIONAL SERVICES**

Matter 00004: Prudential Entities

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 02 Mar 26 | Crocker, Michaela C. | Review emails received prior evening and throughout day (.3); emails with Seyfarth regarding Laval (.1); attention to wind down matters (2.6); emails regarding water-related matters (.2). | 3.20 |
| 03 Mar 26 | Crocker, Michaela C. | Review and respond to emails/inquiries received prior evening (.3); emails with Pivot/Cutts regarding tax-related matter (.1); status call with C. Kay and follow up with Pivot (.2); update Laval sale pleadings based on new information received (.5); attention to Sebastian closing logistics and documents (.2); calls with parties inquiring as to case status (.3). | 1.60 |
| 03 Mar 26 | Brooks-Patton, Janice E. | Attention to email exchange regarding the Order Granting Motion for Continuance (.20); attention to email exchange regarding service to Verizon for Westlands sale notice (.20); update Prudential Master Service Lists (.30); attention to/responded to email from M. Crocker regarding Laval Sale Motion, and Stipulation to Waive 28 U.S.C. 2001 (.10). | 0.80 |
| 04 Mar 26 | Crocker, Michaela C. | Emails regarding Laval and finalize/approve documents for filing (.5); finalize and circulate agenda for Pivot status (.3); attention to file maintenance (.7); participate on Ca Ag status call and follow-up regarding same (.5); participate on weekly Prudential update call (.4); review and respond to general case emails and calls throughout day (.4). | 2.80 |
| 04 Mar 26 | Brooks-Patton, Janice E. | Review M. Crocker email and attachments regarding Laval notice of proposed sale (.20); discussion with and email M. Crocker regarding Laval Property-Specific Service List (.20); attention to/reviewed email exchange regarding Laval Property-Specific Service List (.10); prepared Laval service list (.80); prepared Laval Sale Motion and Stipulation and Agreed Order to Waive the Provisions of 28 U.S.C. §§ 2001 and 2002 for filing (.50); prepared and emailed M. Crocker regarding finalized sale motion and stipulation to waive attaching documents (.20); email exchange with M. Crocker regarding signed Laval PSA (.20); prepared and emailed A. Moradi regarding filing of sale motion and stipulation to waive, attaching documents (.20); prepared for and emailed sale motion and stipulation to waive to certain email service parties, serving documents (.30); prepared for and coordinated service of sale motion and stipulation to waive to Laval Property-Specific Service List and Prudential Master Service List recipients (.50); researched Verizon address on the Prudential service lists (.40); emailed M. Crocker regarding same (.20). | 3.80 |
| 05 Mar 26 | Crocker, Michaela C. | Review and circulate Laval documents (.2); review supplemental service documents and approve same for filing, including confirming item related to service list (.5); participate on weekly Ca Ag update call (.5); review bi-weekly reporting and related documents (.5); participate on weekly Pivot/Cutts update call and | 3.40 |

**PROFESSIONAL SERVICES**

Matter 00004: Prudential Entities

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| | | follow up regarding same (1.0); review and respond to general case emails received prior evening and throughout day (.4); return creditor calls (.3). | |
| 05 Mar 26 | Brooks-Patton, Janice E. | Drafted Amended Proof of Service for service of Laval Sale Motion and Stipulation and Agreed Order to Waive the Provisions of 28 U.S.C. §§ 2001 and 2002 (.40); continued coordination of service of sale motion and stipulation to waive to Laval Property-Specific Service List and Prudential Master Service List recipients (.70); email exchange with M. Crocker regarding the amended proof of service (.20); email exchange with A. Moradi regarding filing of amended proof of service (.10); attention to/responded to email from M. Crocker regarding the Amended Distribution Order (.20); prepared and emailed copy of Amended Distribution Order to attorneys (.30). | 1.90 |
| 06 Mar 26 | Crocker, Michaela C. | Review and respond to general case emails and inquiries throughout day. | 0.30 |
| 09 Mar 26 | Mitchell, John E. | Correspondence regarding status of sales. | 0.30 |
| 09 Mar 26 | Crocker, Michaela C. | Emails with broker and Pivot regarding Sebastian sale (.1); emails regarding improper tax assessment and review documents related to same (.2); attention to Old River/Green Lee closing documents (.1). | 0.40 |
| 09 Mar 26 | Brooks-Patton, Janice E. | Attention to/responded to email from Y. Archiyan regarding February invoices. | 0.20 |
| 10 Mar 26 | Crocker, Michaela C. | Review and respond to general case emails throughout day (.2); status call with L. Cutts (.2); review docket in related cases and coordinate appearance at upcoming hearing (.1); draft and finalize Laval non-opposition and form of order (.8). | 1.30 |
| 10 Mar 26 | Brooks-Patton, Janice E. | Attention to/responded to email from M. Crocker regarding hearing on Motion to Amend Consolidation, for Administrative Purposes, of Receivership Cases in Case No. 24-01102 (.10); review hearing and deadlines in Case No. 24-01102 and related filings (.30); prepared and emailed V. Gonzales requesting Zoom appearance for M. Crocker at April 6 hearing in Case No. 24-01102 (.20); reviewed and redacted Pivot and Cutts Law February invoices (.40). | 1.00 |
| 11 Mar 26 | Mitchell, John E. | Meeting with M. Crocker, Wonderful sale status and follow up emails regarding same. | 0.50 |
| 11 Mar 26 | Crocker, Michaela C. | Participate in weekly Prudential update call (.5); review and respond to general case emails throughout day (.3). | 0.80 |
| 12 Mar 26 | Mitchell, John E. | Conference with M. Crocker, Wonderful sale issues and follow up emails regarding same. | 1.50 |
| 12 Mar 26 | Crocker, Michaela C. | Review and respond to emails received prior evening and throughout day (.4); participate on weekly Ca Ag update call (.3); review/comments to document from PG&E (.2); review and revise sale-related release (cherry parcels) (.3). | 1.20 |
| 12 Mar 26 | Brooks-Patton, Janice E. | Attention to email from V. Gonzales regarding Zoom appearance request for April 6 hearing (.10); prepared | 0.40 |

**PROFESSIONAL SERVICES**

Matter 00004: Prudential Entities

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| | | and calendared April 6 hearing with Zoom information, circulate to attorney (.30). | |
| 16 Mar 26 | Crocker, Michaela C. | Review and respond to general case emails throughout day. | 0.30 |
| 16 Mar 26 | Brooks-Patton, Janice E. | Email exchange with A. Moradi regarding finalizing fee applications and invoices for Katten, Cutts, Pivot and Lance Miller (.20); review fee apps and prepare for filing, forward copies to A. Moradi (.50). | 0.70 |
| 17 Mar 26 | Crocker, Michaela C. | Draft and revise eighth distribution notice, including confirming back-up information and emails with lenders' counsel and Pivot (1.5); review and respond to general case emails throughout day (.2). | 1.70 |
| 18 Mar 26 | Mitchell, John E. | Conference call with M. Crocker, status of sales (.3); meeting regarding same (.5); call with Prudential to discuss same (.5); call with Pivot to discuss status (.5). | 1.80 |
| 18 Mar 26 | Crocker, Michaela C. | Review and respond to emails received prior evening and throughout day (.2); attention to eighth distribution, including finalizing documents and emails/calls with lenders' counsel and Pivot regarding same (.3); draft agenda for upcoming status call and update action items list (.5); finalize Laval notices and emails with J. Brooks-Patton regarding filing/serving same (.4); participate on Ca Ag update call (.3); participate on weekly Prudential update call (.6). | 2.30 |
| 18 Mar 26 | Brooks-Patton, Janice E. | Email exchange with M. Crocker regarding Eighth Distribution Notice (.20); reviewed eighth notice of distribution and supporting exhibits and prepared for filing (.40); prepared for and emailed A. Moradi regarding filing of distribution notice (.10); coordinated filing of distribution notice (.40); prepared for and served filed distribution notice to certain email parties (.30); email C. Harris regarding express mail service of Eighth Notice of Distribution (.10); attention to/responded to email from M. Crocker regarding CNO for Sale Notice (Laval) (.20); reviewed Court docket regarding objection to Laval Sale Notice (.30); reviewed and prepared CNO and supporting exhibits for filing (.40); prepared Eighteenth Fee Statement and supporting exhibits for filing in Prudential (.50); prepared and email A. Moradi regarding filing Eighteenth Fee Statement (.10); email exchanges with Y. Archiyan regarding Katten February invoices and February fee statements (.30). | 3.30 |
| 19 Mar 26 | Crocker, Michaela C. | Review loan documents related to distribution of proceeds related to former Met collateral and emails with Seyfarth regarding same (.5); finalize Laval documents and emails proposed orders to court (.2); review and respond to general case emails throughout day (.3); participate in weekly Pivot/Cutts update call (.7); review Greenlee sale amendment and emails with L. Cutts regarding same (.2); emails with Met counsel regarding pending sales (.1); review and approve supplemental service documents for filing (.2). | 2.20 |

**PROFESSIONAL SERVICES**

Matter 00004: Prudential Entities

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 19 Mar 26 | Brooks-Patton, Janice E. | Prepared for and coordinated US Mail and express mail service of the Eighth Notice of Distribution (.70); drafted Supplemental Proof of Service regarding service of the Eighth Notice of Distribution (.30); updated and prepared Eighteenth Fee Statement and supporting exhibits for filing in Prudential (.40); prepared and email A. Moradi regarding filing Eighteenth Fee Statement, circulating documents (.10); prepared and emailed A. Moradi regarding filing Laval Notice of Non-Objection, forwarding CNO and exhibits (.20); attention to/reviewed email exchange regarding the Notice of Non-Opposition in relation to the Laval sale motion (.10); emailed Y. Archiyan regarding Prudential Eighteenth Fee Statement, and forwarded copy (.20); prepared and emailed A. Moradi regarding filing Supplemental POS for the 8th Notice of Distribution, and forwarded documents (.20). | 2.20 |
| 20 Mar 26 | Crocker, Michaela C. | Review and respond to general case emails throughout day (.3); emails with company counsel and research/answer sale-related question posed (.5); call with vendor inquiring about payment of pre-receivership invoices (.4). | 1.20 |
| 23 Mar 26 | Mitchell, John E. | Call with Pivot Team - Westlands sale terms and negotiations. | 1.00 |
| 23 Mar 26 | Crocker, Michaela C. | Review documents and emails related to easement (.2); review fee application and emails with Y. Archiyan regarding language (.2). | 0.40 |
| 24 Mar 26 | Crocker, Michaela C. | Review and respond to general case emails throughout day. | 0.20 |
| 25 Mar 26 | Crocker, Michaela C. | Emails and call with C. Kay and others regarding Laval (.4); email to chambers regarding status of sale order (.1); emails regarding Laval closing (.1). | 0.60 |
| 26 Mar 26 | Crocker, Michaela C. | Review and respond to general case emails received prior evening and throughout day (.2); participate on Ca Ag update call and follow-up call with C. Kay regarding same (.4); participate on weekly Pivot update call and follow-up regarding same (1.5). | 2.10 |
| 27 Mar 26 | Crocker, Michaela C. | Review and respond to emails received prior evening and throughout day (.2); emails with various lenders' counsel regarding crop proceeds (.2); review dockets in associated cases and emails with Pivot regarding Met sale motion (.3). | 0.70 |
| 30 Mar 26 | Brooks-Patton, Janice E. | Attention to/responded to email from M. Crocker regarding Notices of Non-Opposition to fee applications (.10); reviewed Court docket to confirm on objections filed regarding fee applications (.10); drafted Notices of Non-Opposition and proposed orders for Katten, Cutts Law, Receiver and Pivot fee applications (1.8). | 2.00 |
| 31 Mar 26 | Crocker, Michaela C. | Review, revise and approve Laval hearing notice and non-opposition regarding eighth distribution (.3); review and respond to general case emails throughout day (.2). | 0.50 |

## PROFESSIONAL SERVICES

Matter 00004: Prudential Entities

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 31 Mar 26 | Brooks-Patton, Janice E. | Attention to/responded to email from M. Crocker regarding Notice of Non-Opposition to Eighth Distribution and Notice of Hearing for the Laval sale (.20); drafted Notice of Non-Opposition regarding Eighth Distribution (.50); drafted Notice of Hearing on Laval Sale (.50); prepared and emailed notice of hearing to A. Moradi for filing (.30); prepared and emailed certain email notice parties regarding Notice of Laval Sale Hearing, serving copy of same (.30); drafted Notices of Non-Opposition and proposed orders for Katten, Cutts Law, Receiver and Pivot fee applications (1.5); prepared and emailed M. Crocker and Y. Archiyan regarding Notices of Non-Opposition, circulating documents (.20); finalized Non-Opposition and proposed orders for Katten, Cutts Law, Receiver and Pivot fee applications and prepared for filing (.40); prepared and emailed A. Moradi regarding filing Notices of Non-Opposition, attaching documents (.20). | 4.10 |
| | | **TOTALS:** | **52.70** |

6



2121 N. Pearl Street, Suite 1100
Dallas, TX 75201

## REMITTANCE
Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | 45743 - Mitchell, John E. | **Invoice No.:** | 40322136 |
| **Client:** | 401778 - Lance Miller | **Invoice Date:** | 13 Apr 26 |
| **Matter:** | 00004 - Prudential Entities | | |

**Current Invoice Charges:**        $58,131.93

**Wire Instructions:**



**Please direct any billing inquiries to Georgia Spence at georgia.spence@katten.com.**



Direct Billing Inquiries to:
**Georgia Spence**
georgia.spence@katten.com

**2121 N. Pearl Street, Suite 1100**
**Dallas, TX 75201**

April 13, 2026

Lance Miller
Pivot Group
1230 Rosecrans Avenue
Suite 530
Manhatten Beach, CA 90266

Invoice No. 40322133
Client No. 401778
Matter No. 00003

FEIN: ▮▮▮▮▮▮

**Re: USB** (401778.00003)

| | |
|---|---:|
| For legal services rendered through March 31, 2026 | $1,345.50 |
| Less 5% discount on fees | (67.27) |
| Total (After Adjustments) | 1,278.23 |

**CURRENT INVOICE TOTAL:**      **$1,278.23**

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

Client: 401778 – Lance Miller

Invoice No. 40322133

Invoice Date: April 13, 2026

## PROFESSIONAL SERVICES

Matter 00003: USB

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 13 Mar 26 | Crocker, Michaela C. | Call with USB counsel regarding receivership matter and locate/forward requested information. | 0.90 |
| | | **TOTALS:** | **0.90** |

2



2121 N. Pearl Street, Suite 1100
Dallas, TX 75201

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| **Attorney:** | 45743 - Mitchell, John E. | **Invoice No.:** | 40322133 |
|---|---|---|---|
| **Client:** | 401778 - Lance Miller | **Invoice Date:** | 13 Apr 26 |
| **Matter:** | 00003 - USB | | |

**Current Invoice Charges:**    $1,278.23

**Wire Instructions:**



Please direct any billing inquiries to Georgia Spence at georgia.spence@katten.com.