# EXHIBIT D

**CUTTS LAW, PC**
**5088 N. Fruit Ave, Ste 101**
**Fresno, CA 93711**
**Telephone:  (559) 226-8177**
**Taxpayer ID #**████████

Page: 1

Lance Miller                                                                March 31, 2026
1230 Rosecrans Ave., Suite 530                          Account No:    20039-001M
Manhattan Beach CA  90266                            Statement No:          5864
Via E-mail Only: lance.miller@pivotgrp.com

Maricopa Receivership

*Payments received after 03/31/2026 are <u>not</u> included on this statement.*

### Legal Services Through 03/31/2026

| | | Rate | Hours | Amount |
|---|---|---|---|---|
| **03/02/2026** | | | | |
| LAC | E-mail exchange with Mr. Quinn, et al, regarding Sebastian closing.  E-mail exchange and telephone conference with Mr. Rodriguez regarding Poso assignment of water bank shares/interests. E-mail exchange with Mr. Marcus, et al, regarding Origis amendment. | 450.00 | 0.70 | 315.00 |
| **03/03/2026** | | | | |
| LAC | Finalize Laval purchase and sale agreement. Circulate for execution via Docusign.  E-mail exchange with Ms. Ladridge regarding Robinson tax treatment for Poso Creek.  Telephone conference with Mr. Cardinet, et al, regarding same.  E-mail exchange with Ms. Meyer, et al, regarding Sebastian closing.  E-mail exchange with Ms. Crocker regarding Westlands competing bid purchase and sale agreement form and data room.  E-mail exchange with Ms. Mafrice regarding status of preliminary report. E-mail exchange with Mr. Covington, et al, regarding Origis documents for execution. E-mail exchange with Ms. Meyer regarding Old River/Greenlee closing.  E-mail exchange with Mr. Covington regarding Poso interests. | 450.00 | 3.20 | 1,440.00 |
| LAC | E-mail exchange with Mr. Quinn regarding Oliveira closing.  Review of e-mails from Mr. Thor, et al, regarding assessor forms for Mission. | 450.00 | 0.30 | 135.00 |

Lance Miller

Maricopa Receivership

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 03/04/2026 | | | | | |
| | LAC | E-mail exchange with Ms. Crocker, et al, regarding Poso and other open issues.  E-mail exchange with Ms. Meyer, et al, regarding Laval escrow.  Preparation of service list for Laval property specific issues.  E-mail exchange with Ms. Aldridge regarding Robinson tax treatment for Poso interests.  Telephone conference with Mr. Covington, et al, regarding Poso (Dumar & Pistache) water lien. Telephone conference with Mr. Marcus regarding same.  Preparation of Poso Creek allocation chart.  Preparation of assignment of Poso Creek interests in water bank/agreement. | 450.00 | 2.80 | 1,260.00 |
| 03/05/2026 | | | | | |
| | LAC | Preparation of Old River/Greenlee closing documents.  E-mail exchange with Ms. Meyer regarding same.  E-mail exchange with Mr. Covington, et al, regarding execution of same. Attend Ca Ag project call.  Attend receivership status call.  Attend Capstone project call. E-mail exchange with Ms. Aldridge regarding Poso tax return.  Review of e-mails regarding Laval escrow.  E-mail exchange with Mr. Holmes regarding Origis documents. Preparation of Poso water bank assignment. | 450.00 | 3.70 | 1,665.00 |
| 03/06/2026 | | | | | |
| | LAC | E-mail exchange with Mr. Tully, et al, regarding Westlands updated preliminary title report. E-mail exchange with Mr. Quinn regarding upcoming closing dates.  E-mail exchange with Mr. Thor, et al, regarding Poso Creek allocations on withdrawals. | 450.00 | 0.40 | 180.00 |
| 03/09/2026 | | | | | |
| | LAC | Review of e-mails regarding outstanding signature packages. | 450.00 | 0.10 | 45.00 |
| 03/10/2026 | | | | | |
| | LAC | Organize security documents and lien searches. Telephone conference and e-mail exchange with Ms. Crocker regarding same. | 450.00 | 0.50 | 225.00 |
| 03/11/2026 | | | | | |
| | SP | Receipt, review and index filed US District Court documents. | 175.00 | 0.20 | 35.00 |

Lance Miller

March 31, 2026
Account No:    20039-001M
Statement No:           5864

Maricopa Receivership

| | | Rate | Hours | Amount |
|---|---|---|---|---|
| LAC | E-mail exchanges with Ms. Crocker regarding status of open projects and response to requests on Westlands purchase and sale agreement. | 450.00 | 0.40 | 180.00 |

03/12/2026

| | | Rate | Hours | Amount |
|---|---|---|---|---|
| LAC | Attend California Ag property status call.  Attend receivership status call.  Attend Capstone property status call.  Preparation of Poso Creek assignment and summary spreadsheet. Review and analysis of SWSD - Poso agreement. Telephone conference with Ms. Crocker regarding Westlands transaction issues. Review and revision of CRC release document. E-mail exchange with Mr. Thor, et al, regarding same.  E-mail exchange with Ms. Ferry regarding closing statement updated for Old River/Greenlee. | 450.00 | 5.50 | 2,475.00 |

03/13/2026

| | | Rate | Hours | Amount |
|---|---|---|---|---|
| LAC | E-mail exchange with Mr. Holmes regarding extension of option agreement.  E-mail exchange with Mr. Mojdehi regarding Wonderful pistachio contract issues related to Westlands purchase and sale agreement.  Review and analysis of proposed Wonderful letter of intent and response.  Telephone conference with Mr. Miller, et al, regarding same.  Review and analysis of lien issues. | 450.00 | 2.30 | 1,035.00 |

03/14/2026

| | | Rate | Hours | Amount |
|---|---|---|---|---|
| LAC | E-mail exchange with Mr. Thor, et al, regarding Old River/Greenlee estimated closing statement. | 450.00 | 0.10 | 45.00 |

03/16/2026

| | | Rate | Hours | Amount |
|---|---|---|---|---|
| LAC | E-mail exchange with Ms. Crocker regarding Assemi entity mergers.  E-mail exchange with Mr. Odom regarding Westlands portfolio transactions.  E-mail exchange with Mr. Thor, et al, regarding Old River/Greenlee closing matters. | 450.00 | 0.80 | 360.00 |

03/17/2026

| | |
|---|---|
| LAC | E-mail exchange with Ms. Crocker, et al, regarding Westlands transaction.  E-mail exchange with Ms. Meyer, et al, regarding same.  Preparation of Poso assignments. |

Page: 4

Lance Miller

March 31, 2026
Account No:    20039-001M
Statement No:         5864

Maricopa Receivership

| | | Rate | Hours | Amount |
|---|---|---|---|---|
| | E-mail exchange with Mr. Covington, et al, regarding same and next steps. | 450.00 | 2.90 | 1,305.00 |
| **03/18/2026** | | | | |
| SP | Preliminary title report comparison. | 175.00 | 2.40 | 420.00 |
| LAC | Telephone conference and e-mail exchange with Mr. Convington, et al, regarding Poso Creek assignments and open issues.  Revision of assignments.  E-mail exchange with Poso Creek members regarding tax return extension.  Telephone conference with Mr. Castro, et al, regarding Westlands transaction title insurance issues.  E-mail exchange with Mr. Thor, et al, regarding Old River/Greenlee closing issues. | 450.00 | 3.10 | 1,395.00 |
| **03/19/2026** | | | | |
| SP | Preliminary title report comparison. | 175.00 | 5.30 | 927.50 |
| LAC | Attend California Ag property status call.  Attend receivership status call.  Attend Capstone property status call.  Telephone conference with Ms. Crocker, et al, regarding Westlands property transaction. E-mail exchange with Ms. Crocker regarding open issues regarding same. Review of status of deeds of trust related to concluded sales.   E-mail exchange with Mr. Miller, et al, regarding Poso Creek withdrawals and related agreements. E-mail exchange with Mr. Borse regarding Poso Creek entity documents and latest minutes. E-mail exchange with Mr. Covington, et al, regarding updating of statement of information for same.  Preparation of second amendment to Old River/Greenlee purchase and sale agreement.  E-mail exchange with Mr. Thor, et al, regarding same and closing statement figures.  E-mail exchange with Mr. Thor regarding transfer of easement. Review and analysis of same. | 450.00 | 4.80 | 2,160.00 |
| **03/20/2026** | | | | |
| SP | Preliminary title report comparison. | 175.00 | 4.75 | 831.25 |
| LAC | E-mail exchange with Mr. Thor, et al, regarding rent proration on Old River/Greenlee.  Circulate Old River/Greenlee amendment to purchase and sale agreement for execution.  E-mail exchange with Mr. Quinn regarding closing status for same.  E-mail exchange with Mr. | | | |

Lance Miller

March 31, 2026
Account No:     20039-001M
Statement No:          5864

Maricopa Receivership

| | | Rate | Hours | Amount |
|---|---|---|---|---|
| | Marlin, et al, regarding Poso Creek online Secretary of State access.  E-mail exchange with Ms. Crocker regarding open deed of trust summary. | 450.00 | 0.80 | 360.00 |
| **03/23/2026** | | | | |
| SP | Preliminary title report comparison. | 175.00 | 6.10 | 1,067.50 |
| LAC | E-mail exchange with Mr. Miller regarding Docusign packages for Old River/Greenlee. E-mail exchange with Ms. Meyer, et al, regarding Old River/Greenlee closing documents.  Telephone conference with Mr. Covington, et al, regarding Westlands transaction options.  E-mail exchange with Mr. Covington, at al, regarding residences and other lender liens on Westlands property | 450.00 | 1.60 | 720.00 |
| **03/24/2026** | | | | |
| LAC | Telephone conference with Mr. Miller, et al, regarding Westlands transaction.  Review and analysis of same.  E-mail exchange with Mr. Miller, et al, regarding security documents. E-mail exchange with Ms. Ferry regarding closing issues for Old River/Greenlee. Telephone conferences with Mr. Thor, et al, regarding sale order documents.  E-mail exchange with Ms. Aldridge regarding Poso Creek assignment documents. | 450.00 | 2.50 | 1,125.00 |
| **03/25/2026** | | | | |
| LAC | Review and analysis of proposed Westlands transaction.  E-mail exchange with Ms. Crocker, et al, regarding same.  Telephone conference with Mr. Miller, et al, regarding same. Review of Old River/Greenlee closing documents.  E-mail exchange with Mr. Quinn, et al, regarding closing statement for same. Preparation of Poso Creek request for records.  E-mail exchange with Mr. Covington, et al, regarding same. E-mail exchange with Ms. Aldridge regarding Poso Creek assignment documents. | 450.00 | 3.80 | 1,710.00 |
| **03/26/2026** | | | | |
| LAC | Attend California Ag property status call. Attend Receivership status call.  Attend Capstone property status call.  Telephone conference with Ms. Crocker, et al, regarding Westlands transaction.  E-mail exchange with Ms. Aldridge | | | |

Lance Miller

March 31, 2026
Account No:    20039-001M
Statement No:          5864

Maricopa Receivership

| | | Rate | Hours | Amount |
|---|---|---|---|---|
| | regarding Poso Creek assignments. E-mail to Mr. Rodriguez regarding same. E-mail exchange with Mr. Thor, et al, regarding Poso Creek records request letter.  E-mail exchange with Mr. Marlin, et al, regarding Secretary of State access to Poso Creek and statement of information filing.  E-mail exchange with Mr. Holmes regarding option amendment recordings. | 450.00 | 4.30 | 1,935.00 |
| 03/27/2026 | | | | |
| LAC | E-mail exchanges with Mr. Covington, et al, regarding Poso Creek statement of information. Preparation of amendment to Westlands purchase and sale agreement.  E-mail exchange with Ms. Crocker, et al, regarding same.  Circulate for execution via Docusign. Telephone conference and e-mail exchange with Mr. Odom regarding Westlands preliminary title report hyperlink issues and lien status. Preparation of package of underlying documents for download. | 450.00 | 2.20 | 990.00 |
| 03/29/2026 | | | | |
| LAC | E-mail exchange with Ms. Meyer regarding Westlands preliminary title reports. | 450.00 | 0.10 | 45.00 |
| 03/30/2026 | | | | |
| LAC | Telephone conferences with Mr. Marcus, et al, regarding proposed Westlands purchase and sale agreement amendment.  Preparation of amended and restated purchase and sale agreement for revised deal terms. | 450.00 | 5.40 | 2,430.00 |
| 03/31/2026 | | | | |
| LAC | Telephone conference with Mr. Covington, et al, regarding amended and restated Westlands purchase and sale agreement.  Revision of same.  E-mail exchange with Ms. Crocker, et al, regarding same.  Preparation of third amendment to Westlands purchase and sale agreement for diligence extension.  E-mail exchange with Ms. Crocker, et al, regarding same.  Circulate same for execution via Docusign.  E-mail exchange with Ms. Meyer, et al, regarding same. | 450.00 | 3.30 | 1,485.00 |
| | Total Legal Services Rendered | | 74.35 | 28,301.25 |

Page: 7

Lance Miller

March 31, 2026
Account No:     20039-001M
Statement No:          5864

Maricopa Receivership

## Summary

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Lisa Cutts | 55.60 | $450.00 | $25,020.00 |
| Stephanie Porteous | 18.75 | 175.00 | 3,281.25 |

| | |
|---|---|
| Total This Bill | 28,301.25 |
| Previous Balance | $13,917.50 |

## Payments

| | | |
|---|---|---|
| 03/27/2026 | Payment - Thank you!  Check # | -13,917.50 |

| | |
|---|---|
| **Balance Due** | $28,301.25 |

## Trust Account Balance - Do Not Pay

| | | |
|---|---|---|
| | Opening Balance | $25,000.00 |
| 03/09/2026 | Trust deposit - wire | 13,917.50 |
| 03/27/2026 | Apply trust to balance due | |
| | PAYEE: Cutts Law, PC | -13,917.50 |
| | Closing Balance | $25,000.00 |

A finance charge of 1% per month will be assessed on all accounts past due 30 days.

Payment is due within 15 days of the date of this statement.  Amounts not paid when due are subject to a later charge of 0.833% per month until paid.

**CUTTS LAW, PC**
**5088 N. Fruit Ave, Ste 101**
**Fresno, CA 93711**
**Telephone:  (559) 226-8177**
**Taxpayer ID #** ███████

Page: 1

Lance Miller
1230 Rosecrans Ave., Suite 530
Manhattan Beach CA  90266
Via E-mail Only: lance.miller@pivotgrp.com

March 31, 2026
Account No:    20039-004M
Statement No:            5866

Former Met Collateral Matters

***Payments received after 03/31/2026 are not included on this statement.***

| | |
|---|---|
| Previous Balance | $540.00 |

### Payments

| | | |
|---|---|---|
| 03/27/2026 | Payment - Thank you!  Check # | -540.00 |

| | |
|---|---|
| **Balance Due** | $0.00 |

### Trust Account Balance - Do Not Pay

| | | |
|---|---|---|
| | Opening Balance | $0.00 |
| 03/09/2026 | Trust deposit - wire | 540.00 |
| 03/27/2026 | Apply trust to balance due | |
| | PAYEE: Cutts Law, PC | -540.00 |
| | Closing Balance | $0.00 |

A finance charge of 1% per month will be assessed on all accounts past due 30 days.

Payment is due within 15 days of the date of this statement.  Amounts not paid when due are subject to a later charge of 0.833% per month until paid.