**WANGER JONES HELSLEY**
Riley C. Walter #91839
Ian J. Quinn #342754
265 E. River Park Circle, Suite 310
Fresno, California  93720
Telephone: (559) 490-0949
E-Mail:  rwalter@wjhattorneys.com
             iquinn@wjhattorneys.com

Attorneys for Defendants ACDF, LLC,
Assemi and Sons, Inc., Bear Flag Farms, LLC,
C & A Farms, LLC, Cantua Orchards, LLC,
Favier Ranch, LLC, Gradon Farms, LLC,
Granville Farms, LLC, Lincoln Grantor Farms, LLC,
Maricopa Orchards, LLC, Panoche Pistachios, LLC,
and Sageberry Farms, LLC

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al.,<br><br>    Plaintiffs,<br><br> v.<br><br> ACDF, LLC, et al.,<br><br>    Defendants. | Case No. 1:24-cv-01102-KES-SAB<br><br>**[PROPOSED] ORDER RE STIPULATION EXTENDING TIME FOR CERTAIN DEFENDANTS TO FILE RESPONSIVE PLEADINGS**<br><br>(ECF No. ___) |

On April 24, 2026, a Stipulation was filed requesting an extension of time for Defendants ACDF, LLC, Assemi and Sons, Inc., Bear Flag Farms, LLC, C & A Farms, LLC, Cantua Orchards, LLC, Favier Ranch, LLC, Gradon Farms, LLC, Granville Farms, LLC, Lincoln Grantor Farms, LLC, Maricopa Orchards, LLC, Panoche Pistachios, LLC, and Sageberry Farms, LLC (collectively the "Farming Defendants") to respond to the complaint (the "Stipulation") [Dkt. No. ___] filed in the above-captioned case by Plaintiffs The Prudential Company of America and

[Proposed] Order re Stipulation Extending Time for Certain Defendants to File Responsive Pleadings

1

R:\Client\12442-002\PLEADINGS\PRUDENTIAL V. ACDF\Stipulation Extend Time to Answer\Proposed Order re Stipulation.042326.ijq.docx

PGIM Real Estate Finance, LLC, ("Plaintiffs"). The Court finds good cause to approve the Stipulation.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

1. The Stipulation (ECF No. ___) is APPROVED.

2. The Farming Defendants shall file their responsive pleadings on or before **May 18, 2026.**

IT IS SO ORDERED.

Dated: _____

_____
STANLEY A. BOONE
United States Magistrate Judge

[Proposed] Order re Stipulation Extending Time for Certain Defendants to File Responsive Pleadings

2

R:\Client\12442-002\PLEADINGS\PRUDENTIAL V. ACDF\Stipulation Extend Time to Answer\Proposed Order re Stipulation.042326.ijq.docx