# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ACDF, LLC, et al., <br><br> Defendants. | Case No. 1:24-cv-01102-KES-SAB <br><br> ORDER REGARDING STIPULATION FOR EXTENSION OF TIME FOR CERTAIN DEFENDANTS TO FILE REPSONSIVE PLEADINGS <br><br> ORDER VACATING JUNE 2, 2026, INITIAL SCHEDULING CONFERENCE <br><br> (ECF No. 457) |

On April 24, 2026, a stipulation was filed requesting an extension of time for Defendants ACDF, LLC, Assemi and Sons, Inc., Bear Flag Farms, LLC, C&A Farms, LLC, Cantua Orchards, LLC, Favier Ranch, LLC, Gradon Farms, LLC, Granville Farms, LLC, Lincoln Grantor Farms, LLC, Maricopa Orchards, LLC, Panoche Pistachios, LLC, and Sageberry Farms, LLC (collectively the "Farming Defendants") to respond to the complaint (the "Stipulation"). The Court finds good cause and approves the Stipulation.

Accordingly, IT IS HEREBY ORDERED that:

1. The Stipulation (ECF No. 457) is APPROVED;

2. The Farming Defendants shall file their responsive pleadings on or before **May 18, 2026**;

3. The initial scheduling conference set for June 2, 2026 at 3:30 p.m. (ECF No. 456) is VACATED; and

4. **The parties are advised that it is their responsibility to diligently move this**

**action forward**, and that the Court may set a status conference or a new scheduling conference at any time.

IT IS SO ORDERED.

Dated:   **April 27, 2026**

STANLEY A. BOONE
United States Magistrate Judge