# EXHIBIT A



April 30, 2026

Lance Miller
Receiver, Maricopa Orchards
c/o Pivot Management Group, LLC

Invoice No: 1396

Tax ID: ▮▮▮▮▮

Re: Engagement of Maricopa Orchards – Receiver

**Professional Fees:**

| | | |
|---|---|---|
| For the period April 1st, 2026 - April 30th, 2026 | $ | 50,000.00 |
| Reimbursable expenses | $ | 0.00 |
| **Total fees and expenses:** | **$** | **50,000.00** |
| Apply retainer | $ | 0.00 |
| **Balance Due:** | **$** | **50,000.00** |

From **Pivot Management Group, LLC**

1230 Rosecrans Ave, Suite 300-PMB928
Manhattan Beach, CA 90266

| | | |
|---|---|---|
| Invoice ID | **1396** | |
| Issue Date | 04/30/2026 | |
| Due Date | 04/30/2026 (upon receipt) | |

Invoice For **Maricopa Orchards**

Lance Miller
Receiver, Maricopa Orchards
c/o Pivot Management Group, LLC

| Description | Unit Price | Amount |
|---|---|---|
| Maricopa Orchards - 2nd Receivership - General: Lance Miller (04/01/2026 - 04/30/2026) | $1,430.00 | **$8,723.00** |
| Maricopa Orchards - 2nd Receivership -Prudential: Lance Miller (04/01/2026 - 04/30/2026) | $1,430.00 | **$2,717.00** |
| Maricopa Adjustment (Under 60 hours) | -$11,440.00 | **-$11,440.00** |
| Maricopa Monthly Receiver Fee | $50,000.00 | **$50,000.00** |

**Amount Due   $50,000.00**

**Notes**

Please send electronic payment remittance advice and questions to Accounting@Pivotgrp.com

Page 1 of 1

# Detailed time report

Pivot Management Group, LLC

| | | | |
|---|---|---|---|
| Timeframe | **04/01/2026 – 04/30/2026** | 1 Client | **Maricopa Orchards** |
| Total | **8.00 Hours** | Projects | **All projects** |
| | **0.00 Uninvoiced billable hours** | Tasks | **All tasks** |
| | | 1 Team | **Lance Miller** |

| Client | Project | Task | Roles | Person | Hours |
|---|---|---|---|---|---|
| **04/01/2026** | | | | | **0.70** |
| Maricopa Orchards | Maricopa Orchards - 2nd Receivership - General<br>Call with Katten regarding case status | Case Administration | Managing Partner | Lance Miller | 0.10 |
| Maricopa Orchards | Maricopa Orchards - 2nd Receivership - General<br>Call with Pivot team regarding MOC status | Case Administration | Managing Partner | Lance Miller | 0.40 |
| Maricopa Orchards | Maricopa Orchards - 2nd Receivership - Prudential<br>Call with Prudential regarding case status | Case Administration | Managing Partner | Lance Miller | 0.20 |
| **04/13/2026** | | | | | **1.60** |
| Maricopa Orchards | Maricopa Orchards - 2nd Receivership - Prudential<br>Call with Prudential regarding Bravante deal | Case Administration | Managing Partner | Lance Miller | 0.70 |
| Maricopa Orchards | Maricopa Orchards - 2nd Receivership - General<br>Call with Michaela regarding sale planning | Case Administration | Managing Partner | Lance Miller | 0.50 |
| Maricopa Orchards | Maricopa Orchards - 2nd Receivership - General<br>Review revised sale timeline for Maricopa | Case Administration | Managing Partner | Lance Miller | 0.40 |
| **04/14/2026** | | | | | **1.10** |
| | | | | **Total** | **8.00** |

| Client | Project | Task | Roles | Person | Hours |
|--------|---------|------|-------|--------|-------|
| Maricopa Orchards | Maricopa Orchards - 2nd Receivership - General<br><br>Call with JLL | Case Administration | Managing Partner | Lance Miller | 0.60 |
| Maricopa Orchards | Maricopa Orchards - 2nd Receivership - General<br><br>Call with Skye regarding marketing status | Case Administration | Managing Partner | Lance Miller | 0.50 |
| 04/16/2026 | | | | | 0.60 |
| Maricopa Orchards | Maricopa Orchards - 2nd Receivership - General<br><br>Call with katten and Pivot teams regarding case status for MOC | Case Administration | Managing Partner | Lance Miller | 0.60 |
| 04/22/2026 | | | | | 0.50 |
| Maricopa Orchards | Maricopa Orchards - 2nd Receivership - Prudential<br><br>Call with Prudential regarding case status | Case Administration | Managing Partner | Lance Miller | 0.50 |
| 04/23/2026 | | | | | 0.30 |
| Maricopa Orchards | Maricopa Orchards - 2nd Receivership - General<br><br>Call with potential MOC investor | Case Administration | Managing Partner | Lance Miller | 0.30 |
| 04/27/2026 | | | | | 2.00 |
| Maricopa Orchards | Maricopa Orchards - 2nd Receivership - General<br><br>Meeting with potential MOC investor | Case Administration | Managing Partner | Lance Miller | 2.00 |
| 04/28/2026 | | | | | 0.70 |
| Maricopa Orchards | Maricopa Orchards - 2nd Receivership - General<br><br>Calls regarding potential MOC bid | Case Administration | Managing Partner | Lance Miller | 0.70 |
| 04/29/2026 | | | | | 0.50 |
| Maricopa Orchards | Maricopa Orchards - 2nd Receivership - Prudential<br><br>Call with Prudential regarding case status | Case Administration | Managing Partner | Lance Miller | 0.50 |
| | | | | **Total** | **8.00** |