# EXHIBIT C



Direct Billing Inquiries to:
**Georgia Spence**
georgia.spence@katten.com

**2121 N. Pearl Street, Suite 1100**
**Dallas, TX 75201**

May 15, 2026

Lance Miller
Pivot Group
1230 Rosecrans Avenue
Suite 530
Manhatten Beach, CA 90266

Invoice No. 40327203
Client No. 401778
Matter No. 00002

FEIN: ▮▮▮▮▮▮

**Re: <u>General</u>** (401778.00002)

| | |
|---|---:|
| For legal services rendered through April 30, 2026 ........................................................... | $127,030.00 |
| Less 5% discount on fees ................................................................................... | (6,351.50) |
| Total (After Adjustments) | 120,678.50 |
| | |
| Disbursements and other charges ............................................................................. | $ 919.47 |
| **CURRENT INVOICE TOTAL:** | **$121,597.97** |

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

**PROFESSIONAL SERVICES**

Matter 00002: General

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 01 Apr 26 | Crocker, Michaela C. | Review and respond to sale related emails received prior evening and throughout day (.5); prepare agenda and update action items list for upcoming calls (1.0); prepare for and call with Seyfarth regarding form of purchase agreement, and follow-up regarding same (1.0); status call with Receiver and draft/revise document requested (1.0); research question posed by Receiver (2.2); status call with J. Mitchell (.2); status call with receiver and Prudential working teams and follow up regarding same (.5); status calls with Seyfarth and Cutts (.3); review information related to APNs in sale (.5). | 7.20 |
| 01 Apr 26 | Brooks-Patton, Janice E. | Reviewed Court docket, recently filed pleadings in multiple receivership cases, work with documents and update case matter files and Maricopa data room workspaces (1.6); attention to returned mail (.40). | 2.00 |
| 02 Apr 26 | Crocker, Michaela C. | Review and respond to sale-related emails received prior evening and throughout day (.4); emails and calls with counsel for potential purchasers (.3); emails with Prudential counsel regarding purchase agreement and call regarding same (.3); prepare for and weekly status calls with Pivot regarding Poso Creek and general sale matters (.8); weekly Ca Ag update call (.2); continued review and revisions to purchase agreement, including emails with Pivot regarding same (1.5); drafting calls with L. Cutts throughout day (.3); participate in weekly Capstone update and follow-up regarding same (.3); review sale-related issue raised by Receiver (1.5). | 5.60 |
| 02 Apr 26 | Brooks-Patton, Janice E. | Reviewed Court docket, recently filed pleadings in multiple receivership cases, work with documents and update case matter files and Maricopa data room workspaces (.60); attention to notifications regarding activity in Maricopa data room workspaces (.20); email exchange with A. Moradi and M. Crocker regarding case filings (.10). | 0.90 |
| 02 Apr 26 | Moradi, Arlen P. | Review and file notice of non opposition to eighth notice of distribution. | 0.20 |
| 03 Apr 26 | Crocker, Michaela C. | Review and respond to general sale-related emails throughout day (.5); review lien documents relevant to sale and answer question posed by Pivot (1.0); review revisions to PSA, consider changes proposed by third party, and call with L. Cutts regarding same (1.5); review of documents related to sale matter (1.5). | 4.50 |
| 03 Apr 26 | Brooks-Patton, Janice E. | Reviewed Court docket, recently filed pleadings in multiple receivership cases, work with documents and update case matter files and Maricopa data room workspaces, conform workspaces. | 1.60 |
| 06 Apr 26 | Crocker, Michaela C. | Review and respond to emails received prior evening (.2); emails and document review regarding fourth purchase agreement extension (.2); emails regarding information requested by Rooster (.1); review and revise updated PSA (.4); research/analyze sale related matter (2.3); call with counsel for potential purchaser | 4.40 |

**PROFESSIONAL SERVICES**

Matter 00002: General

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| | | (.4); locate prior language drafted regarding cultural costs and forward to counsel for potential purchase (.5); status call with L. Cutts (.2). | |
| 06 Apr 26 | Brooks-Patton, Janice E. | Reviewed Court docket, recently filed pleadings in multiple receivership cases, work with documents and update case matter files and Maricopa data room workspaces (1.5); attention to notifications regarding new documents in Maricopa data room, and reviewed, worked with and updated case matter files (.60). | 2.10 |
| 07 Apr 26 | Crocker, Michaela C. | Review and respond to emails and calls regarding sale throughout day (.5); draft and revise agenda for upcoming calls and update action items list (1.1); status meeting with J. Mitchell (.2); emails regarding water account and review analysis (.2); review documents in relation to question posed by Pivot and update analysis (3.2). | 5.20 |
| 07 Apr 26 | Archiyan, Yelena E. | Email correspondence with Steve Borse and Janice Brooks-Patton regarding March fee statement (.10). | 0.10 |
| 07 Apr 26 | Brooks-Patton, Janice E. | Reviewed Court docket, recently filed pleadings in multiple receivership cases, work with documents and update case matter files and Maricopa data room workspaces (.70); prepared and updated service lists for Notices of Distribution (.50). | 1.20 |
| 08 Apr 26 | Crocker, Michaela C. | Finalize and circulate talking points for upcoming calls (.2); review and respond to sale-related emails throughout day (.3). | 0.50 |
| 08 Apr 26 | Archiyan, Yelena E. | Begin working on March fee statement (.50). | 0.50 |
| 08 Apr 26 | Brooks-Patton, Janice E. | Reviewed Court docket, recently filed pleadings in multiple receivership cases, work with documents and update case matter files and Maricopa data room workspaces. | 0.70 |
| 09 Apr 26 | Crocker, Michaela C. | Emails with counsel for buyer and plaintiff regarding purchase agreement (.2); participate in weekly sale update call regarding water matters (.4); calls with counsel for potential buyer, Prudential and calls with Pivot regarding terms of sale (2.0); participate on weekly Capstone update call (.1); weekly status call with Pivot and follow-up call with S. Borse regarding proceeds questions and update spreadsheet based on call (.8). | 3.50 |
| 09 Apr 26 | Brooks-Patton, Janice E. | Attention to/reviewed email regarding new documents uploaded to Cutts ShareFile (.10); review new documents in Cutts ShareFile (.40). | 0.50 |
| 09 Apr 26 | Moradi, Arlen P. | Correspondence with chambers regarding Proposed Order to the Eighth Notice of Distribution. | 0.20 |
| 10 Apr 26 | Crocker, Michaela C. | Calls and emails with counsel for potential buyers (.7); analyze and revise potential timelines and action plans in light of harvest and other matters (1.0); status emails with Pivot and Capstone (.2); review and respond to creditor inquiries regarding sale (.4). | 2.30 |
| 10 Apr 26 | Brooks-Patton, Janice E. | Reviewed Court docket, recently filed pleadings in multiple receivership cases, work with documents and update case matter files and Maricopa data room | 0.50 |

**PROFESSIONAL SERVICES**

Matter 00002: General

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| | | workspaces. | |
| 13 Apr 26 | Crocker, Michaela C. | Emails and document review related to water balances (.1); review revised purchase agreement and call with counsel for potential purchaser throughout day (.6); status call with receiver (.2); research sale related matter (1.8); draft, revise and finalize fifth amendment to purchase agreement (.3); status call with Pivot (.3); emails and call regarding extension of diligence period (.2); status call with L. Cutts (.2); analyze question posed by receiver and create action item/timeline related to same, circulate for comment (1.5). | 5.90 |
| 13 Apr 26 | Archiyan, Yelena E. | Email correspondence with Lisa Cutts regarding March invoices; email correspondence with Janice Brooks-Patton regarding same, and update March fee applications (.60). | 0.60 |
| 13 Apr 26 | Brooks-Patton, Janice E. | Reviewed Maricopa data room workspaces and update new workspace files and folders (.80); reviewed Court docket, recently filed pleadings in multiple receivership cases, updated case matter files and Maricopa workspaces (.80). | 1.60 |
| 14 Apr 26 | Crocker, Michaela C. | Review and respond to sale related emails received prior evening and throughout day (.3); update sale action item list and document review related to same (1.2); draft and revise agendas and pending matters lists for upcoming sale related calls (.7); emails and call with counsel for potential purchaser and other parties (.5); status call with Capstone (.3); status meeting with J. Mitchell (.2); call with Seyfarth to discuss sale matters (.2); review materials provided by Capstone (.3); emails regarding water matter (.2). | 3.90 |
| 14 Apr 26 | Brooks-Patton, Janice E. | Attention to returned mail (.30); reviewed Maricopa data room workspaces and update new workspace files and folders (.40); reviewed Court docket, recently filed pleadings in multiple receivership cases, updated case matter files and Maricopa workspaces (.60). | 1.30 |
| 15 Apr 26 | Crocker, Michaela C. | Emails with Seyfarth regarding sale matter (.1); update sale timeline and related documents (.3); review and respond to general sale related emails throughout day (.5); emails and call with counsel for potential buyer regarding amendment to sale agreement (.8); draft and circulate amendment to PSA (.2); status call with Capstone (.2); status call with M. Covington (.2). | 2.30 |
| 15 Apr 26 | Brooks-Patton, Janice E. | Attention to notifications regarding activity in Maricopa data room and workspaces (.20); reviewed Court docket, recently filed pleadings in multiple receivership cases, updated case matter files and Maricopa workspaces (.80). | 1.00 |
| 16 Apr 26 | Crocker, Michaela C. | Review and respond to sale-related emails and inquiries from owners of adjacent parcels throughout day (.8); prepare for call with Pivot (.1); review updated APN information (.3); participate in weekly water update call with Pivot and Cutts (.5); participate on weekly Pivot update call (1.1); review documents | 3.20 |

**PROFESSIONAL SERVICES**

Matter 00002: General

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| | | forwarded by company counsel and analyze same (.4); update call with Capstone and follow-up regarding same (.3). | |
| 16 Apr 26 | Archiyan, Yelena E. | Review and finalize March fee applications (.60); begin working on Q1 2026 quarterly fee applications, including call and email correspondence with Steve Borse (3.90). | 4.50 |
| 16 Apr 26 | Brooks-Patton, Janice E. | Review receivership case dockets, update case matter files (.90); attention to returned mail (.40). | 1.30 |
| 16 Apr 26 | Moradi, Arlen P. | Review and file Fifteenth Fee Statement. | 0.20 |
| 17 Apr 26 | Brooks-Patton, Janice E. | Reviewed Court docket, recently filed pleadings in multiple receivership cases, work with documents and update case matter files and Maricopa data room workspaces, conform workspaces. | 1.80 |
| 20 Apr 26 | Crocker, Michaela C. | Emails regarding tax matter (.1); update potential sale timeline and emails with potential purchaser regarding same (.8); review and respond to sale related emails throughout day (.2); email with title regarding sale matter (.2); return call from Assemi counsel (.1). | 1.40 |
| 20 Apr 26 | Brooks-Patton, Janice E. | Reviewed Court dockets, recently filed pleadings in multiple receivership cases, updated case matter files (.60); reviewed Maricopa data room workspaces, updated and conformed new workspace files and folders (1.3). | 1.90 |
| 21 Apr 26 | Hatcher, Todd | Discussion of tax implications of sale with Lance and team | 0.50 |
| 21 Apr 26 | Crocker, Michaela C. | Review and respond to sale related emails throughout day (.3); call with Assemi counsel and follow up emails with Pivot (.5); call with counsel for potential purchase (.4); status meeting with J. Mitchell (.2); call regarding tax related matter with Receiver team and T. Hatcher and follow up call with T. Hatcher (.6); review, analyze and revise proposed purchase agreement, including comparison against prior versions (1.8); status call with L. Cutts (.1); correspondence with plaintiff's counsel regarding terms of purchase agreement (.1). | 4.00 |
| 21 Apr 26 | Brooks-Patton, Janice E. | Review multiple receivership court dockets and filed pleadings, update case matter files. | 0.50 |
| 22 Apr 26 | Crocker, Michaela C. | Review and respond to sale related calls and emails received prior evening (.2); call with adjacent landowner inquiring as to sale (.3); prepare for and call with Cutts and Pivot regarding terms of purchase agreement (.8); calls with counsel for potential purchaser (.4); draft extension to purchase agreement and emails regarding same (.3); status meeting with J. Mitchell (.2); review documents related to sale related matter (.7). | 2.90 |
| 23 Apr 26 | Crocker, Michaela C. | Emails and call with Capstone regarding purchase agreement (.3); call with Cutts and Pivot regarding water matters and follow-up regarding same (.5); participate in Pivot weekly update call and follow-up regarding same (1.0); weekly Capstone update call (.3); | 3.60 |

## PROFESSIONAL SERVICES

Matter 00002: General

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| | | call with Cutts and Fidelity regarding sale related matters and emails regarding same (.4); emails with Seyfarth (.1); call with counsel for potential purchaser (.3); calls with parties inquiring as to sale status (.8). | |
| 24 Apr 26 | Brooks-Patton, Janice E. | Reviewed Court dockets, recently filed pleadings in multiple receivership cases, updated case matter files (.60); reviewed Maricopa data room workspaces, updated and conformed new workspace files and folders (1.8). | 2.40 |
| 27 Apr 26 | Crocker, Michaela C. | Review and respond to sale related emails received over weekend (.5); emails with counsel for Plaintiff and Rooster regarding sale matters (.3); emails and calls with various counsel regarding amendment to purchase agreement (.5); draft and revise amendment to purchase agreement (.2); prepare for and call with Met counsel regarding water matters (.4). | 1.90 |
| 27 Apr 26 | Brooks-Patton, Janice E. | Reviewed Court dockets, recently filed pleadings in multiple receivership cases, updated case matter files (.50); reviewed Maricopa data room workspaces, updated and conformed new workspace files and folders (1.0). | 1.50 |
| 28 Apr 26 | Crocker, Michaela C. | Review and respond to sale related emails and calls throughout day (.3); emails with Seyfarth regarding water matter (.1); emails and document review related to current water balances (.2); calls with Assemi counse (.3); status call with Seyfarth and follow up regarding same (.4); voicemail to Assemi counsel (.1); status call with second lienholder (.3). | 1.70 |
| 28 Apr 26 | Brooks-Patton, Janice E. | Reviewed Court dockets, recently filed pleadings in multiple receivership cases, updated case matter files (.50); attention to returned/undeliverable mail (.30). | 0.80 |
| 29 Apr 26 | Crocker, Michaela C. | Review and respond to sale related emails and calls received prior evening and throughout day (.8); review purchase agreement forwarded by potential buyer and emails with Pivot regarding same (.3); status call with Capstone (.2). | 1.30 |
| 29 Apr 26 | Brooks-Patton, Janice E. | Attention to returned mail (.40); reviewed Court dockets, recently filed pleadings in multiple receivership cases, updated case matter files (.40). | 0.80 |
| 30 Apr 26 | Crocker, Michaela C. | Review and respond to sale-related emails throughout day (.4); review information and answer questions posed regarding Poso matter (.7); calls and emails with counsel for potential purchaser (.7); locate, compile and information requested by potential purchaser (.5); participate on weekly Poso update call with Pivot and Catts (.2); status call with trustee (.1); participate on weekly Capstone update call (.2); status call with L. Cutts (.2). | 3.00 |
| 30 Apr 26 | Archiyan, Yelena E. | Review bi-weekly update memorandum (.20). | 0.20 |
| 30 Apr 26 | Brooks-Patton, Janice E. | Attention to notifications of updates to Maricopa data room workspaces (10); review and work with new documents uploaded to workspaces and update case matter files (.30); reviewed multiple receivership court | 2.20 |

Client: 401778 – Lance Miller

Invoice No. 40327203

Invoice Date: May 15, 2026

## PROFESSIONAL SERVICES

Matter 00002: General

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| | | dockets and recently filed pleadings, update case matter files, update Maricopa data room workspaces (1.2); attention to returned mail (.40); prepared and emailed attorneys regarding new Bi-Weekly Update Memorandum, circulated copy (.20). | |
| | | **TOTALS:** | **101.90** |

7

Client: 401778 – Lance Miller

Invoice No. 40327203

Invoice Date: May 15, 2026

## DISBURSEMENTS
Matter 00002: General

| Date | Description | Amount |
|------|-------------|-------:|
| 31 Mar 26 | Vendor: CourtAlert.com, Inc.; Invoice#: 199538-2603; Date: 3/31/2026 - Customer No. 404243 - Case Monitoring, Dockets, Searches and Litigation Alerts | 503.04 |
| 07 Apr 26 | Vendor: Federal Express (all US offices) Invoice#: 923946532 Date: 4/2/2026  -  - Trking# 399770103480, on 3/19/2026 to: | 49.66 |
| 28 Apr 26 | Vendor: US Courts Pacer Service Center; Invoice#: 033126-PACER; Date: 3/31/2026 - Reallocation of March PACER chargebacks: NYC, CHI, LAX, WAS Offices - PACER - March Chargebacks  401778-00001 | 1.40 |
| 30 Apr 26 | Westlaw Legal Research: CROCKER,MICHAELA on 4/1/2026 | 292.30 |
| 30 Apr 26 | Westlaw Legal Research: CROCKER,MICHAELA on 4/13/2026 | 73.07 |
| | **TOTAL DISBURSEMENTS:** | **$919.47** |

## SUMMARY OF DISBURSEMENTS
Matter 00002: General

| | |
|------|-------:|
| Courier | $49.66 |
| Service Fees | $503.04 |
| Legal Research | $365.37 |
| Legal Research | $1.40 |
| **TOTAL DISBURSEMENTS:** | **$919.47** |
| **MATTER TOTAL:** | **$121,597.97** |

8



2121 N. Pearl Street, Suite 1100
Dallas, TX 75201

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

**Attorney:**    45743 - Mitchell, John E.          **Invoice No.:**        40327203
**Client:**        401778 - Lance Miller              **Invoice Date:**      15 May 26
**Matter:**      00002 - General

**Current Invoice Charges:**        $121,597.97

**Wire Instructions:**



**Please direct any billing inquiries to Georgia Spence at georgia.spence@katten.com.**



Direct Billing Inquiries to:
**Georgia Spence**
georgia.spence@katten.com

**2121 N. Pearl Street, Suite 1100**
**Dallas, TX 75201**

May 15, 2026

Lance Miller
Pivot Group
1230 Rosecrans Avenue
Suite 530
Manhatten Beach, CA 90266

Invoice No. 40327207
Client No. 401778
Matter No. 00004

FEIN: ▮▮▮▮▮

**Re: <u>Prudential Entities</u>** (401778.00004)

| | |
|---|---|
| For legal services rendered through April 30, 2026 .............................................. | $48,739.00 |
| Less 5% discount on fees ...................................................................... | (2,436.95) |
| Total (After Adjustments) | 46,302.05 |

| | |
|---|---|
| **CURRENT INVOICE TOTAL:** | **$46,302.05** |

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

**PROFESSIONAL SERVICES**

Matter 00004: Prudential Entities

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 01 Apr 26 | Mitchell, John E. | General emails regarding sale status, Westland sale and related (.5); call with M. Crocker, IFC APA (.5). | 1.00 |
| 01 Apr 26 | Crocker, Michaela C. | Review and respond to general case emails throughout day (.3); review pleadings filed in associated cases (.1); review documents and research related to crop proceeds (1.0). | 1.40 |
| 02 Apr 26 | Crocker, Michaela C. | Review and respond to emails received prior evening and throughout day (.2); research patronage issue and forward documents to Pivot, emails regarding same (.8); participate on weekly Ca Ag update call (.2); review and circulate new orders, direct service of same (.2). | 1.40 |
| 02 Apr 26 | Brooks-Patton, Janice E. | Prepared and finalized Notice of Non-Opposition regarding the Eighth Notice of Distribution and supporting exhibits (.40); prepared and emailed M. Crocker and A. Moradi regarding Notice of Non-Opposition for the Eighth Notice of Distribution, circulating same (.20); attention to/responded to email from M. Crocker regarding Laval sale order (.20); prepared Laval sale order for service to property-specific service list and coordinated service (.40); prepared and emailed certain email parties regarding Laval sale order, served copy of same (.30); attention to email exchange regarding Laval sale order (.20); email M. Crocker regarding Laval stipulation (.10); drafted Proof of Service re service of the Laval Sale Order (.40); prepared and emailed M. Crocker and A. Moradi regarding proof of service, circulating same (.10). | 2.30 |
| 03 Apr 26 | Crocker, Michaela C. | Review pleadings filed in associated cases (.2); review documents related to assignment of patronage proceeds and information compiled by Pivot and answer questions posed (.5). | 0.70 |
| 03 Apr 26 | Brooks-Patton, Janice E. | Attention to/reviewed email exchange regarding Laval sale order and closing. | 0.20 |
| 06 Apr 26 | Crocker, Michaela C. | Review and respond to emails received prior evening (.1); emails regarding Laval closing (.1). | 0.20 |
| 07 Apr 26 | Crocker, Michaela C. | Review and respond to emails received prior evening and throughout day (.3); review APN information in relation to upcoming distribution to confirm lenders (.4). | 0.70 |
| 07 Apr 26 | Brooks-Patton, Janice E. | Attention to/responded to email from Y. Archiyan regarding March invoices (.10); reviewed and redacted Pivot March invoices for Prudential matters (.30); updated fee applications client matter files (.30); prepared and emailed Y. Archiyan regarding Pivot's redacted March invoices, circulated same (.20). | 0.90 |
| 08 Apr 26 | Crocker, Michaela C. | Review and respond to general case emails throughout day (.2); participate in weekly lender update call (.3); participate in weekly Ca Ag update call with lender (.3). | 0.80 |
| 09 Apr 26 | Crocker, Michaela C. | Review and analyze lien status of misc. receipts chart (1.0); emails regarding entry of distribution order (.1). | 1.10 |

**PROFESSIONAL SERVICES**

Matter 00004: Prudential Entities

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 09 Apr 26 | Brooks-Patton, Janice E. | Attention to/responded to email from M. Crocker regarding order for eighth distribution motion (.10); attention to email exchange regarding the order for eighth distribution motion (.10); attention to/respond to email from A. Moradi regarding the order for eighth distribution motion, forwarding copy (.20). | 0.40 |
| 10 Apr 26 | Mitchell, John E. | Call with Michaela Crocker, IFC - Maricopa sale status (.3). | 0.30 |
| 10 Apr 26 | Crocker, Michaela C. | Review and respond to general case emails throughout day (.2); review and comment on draft documents related to solar easement, and compare against dates in draft purchase agreement (.5); review lien information related to potential distribution (.5). | 1.20 |
| 13 Apr 26 | Crocker, Michaela C. | Emails regarding Laval purchase agreement and closing logistics (.1); review and respond to general case emails throughout day (.1). | 0.20 |
| 13 Apr 26 | Brooks-Patton, Janice E. | Attention to/responded to email from Y. Archiyan regarding Cutts Law March invoices (.10); review and redact Cutts Law invoices (.20); responded to email from Y. Archiyan regarding Katten's March invoices (.10); review and redact Katten's March invoices (.30). | 0.70 |
| 14 Apr 26 | Crocker, Michaela C. | Review and respond to general case emails received prior evening and throughout day (.4); review and update contracts to reflect receivership matters (.8); call with L. Cutts regarding hydro cooling and email to Pivot regarding same (.2); status call with Pivot (.2). | 1.60 |
| 15 Apr 26 | Crocker, Michaela C. | Review and respond to emails received prior evening (.2); begin pulling information for final report (1.5); review and revise contracts to account for receivership (.7); call to discuss cherry contracts and follow up regarding same (.5); participate in weekly Ca Ag/Prudential update call (.3) participate in weekly Prudential update call and follow up regarding same (.4). | 3.60 |
| 15 Apr 26 | Brooks-Patton, Janice E. | Email exchange with Y. Archiyan regarding Katten March invoices and possible edits to descriptions (.20); attention to email exchange regarding the Westlands sale (.30). | 0.50 |
| 16 Apr 26 | Crocker, Michaela C. | Review and respond to general case emails received prior evening and throughout day (.3); review distribution backup forwarded by Pivot and emails regarding same (.3); review and revise cherry contracts (.3); emails/call to chambers and to parties regarding eighth distribution order (.3); prepare list of sale related matters discussed with receiver (.3). | 1.50 |
| 16 Apr 26 | Brooks-Patton, Janice E. | Attention to/responded to email from Y. Archiyan regarding March fee applications (.10); reviewed and prepared Receiver's Nineteenth Fee Statement and supporting exhibits for filing (.40); prepared and emailed A. Moradi regarding filing Prudential Nineteenth Fee Statement, forwarded documents (.20). | 0.70 |
| 17 Apr 26 | Crocker, Michaela C. | Review and respond to emails received prior evening and throughout day (.3); review AEIL status report and | 1.10 |

**PROFESSIONAL SERVICES**

Matter 00004: Prudential Entities

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| | | call with company counsel regarding same, follow-up email regarding same (.5); attention to hydro cooling contract (.2); status emails with Seyfarth (.1). | |
| 17 Apr 26 | Crocker, Michaela C. | Call with potential purchaser's counsel (.2); emails regarding sale related matters throughout day (.4). | 0.60 |
| 17 Apr 26 | Brooks-Patton, Janice E. | Attention to/responded to email from Y. Archiyan regarding March fee applications (.10); reviewed and prepared Receiver's Nineteenth Fee Statement and supporting exhibits for filing (.40); attention to/responded to email from Y. Archiyan regarding Chelan Fresh Apple Licenses (.20); downloaded and worked with Chelan Fresh Apple Licenses files, prepared and uploaded to client matter files (.70); prepared and emailed Y. Archiyan regarding Chelan Fresh Apple Licenses files, forwarding link to files (.10). | 1.50 |
| 20 Apr 26 | Crocker, Michaela C. | Review operating contracts for receivership provisions (.5); status call with plaintiff's counsel and follow-up regarding same (.3); emails regarding solar option (.1); review and respond to general case emails throughout day (.2). | 1.10 |
| 20 Apr 26 | Brooks-Patton, Janice E. | Attention to/responded to email from Y. Archiyan regarding March fee applications (.10); reviewed and prepared Receiver's Nineteenth Fee Statement and supporting exhibits for filing (.40). | 0.50 |
| 21 Apr 26 | Crocker, Michaela C. | Review and respond to emails received prior evening and throughout day (.2); draft and revise agendas and action item lists for upcoming calls including research into pending matters (1.2). | 1.40 |
| 21 Apr 26 | Brooks-Patton, Janice E. | Attention to/responded to email from Y. Archiyan regarding March fee applications (.10); reviewed and prepared Receiver's Nineteenth Fee Statement and supporting exhibits for filing (.40). | 0.50 |
| 22 Apr 26 | Crocker, Michaela C. | Circulate meeting agendas (.1); calls and emails with plaintiff's and Assemi counsel regarding information requests (.1); review documents and property information regarding retainage matter (.8); review information forwarded by Pivot and answer question regarding distribution of funds (.2); participate on weekly update call and follow up regarding same (.4); review and respond to general case emails throughout day (.3). | 1.90 |
| 23 Apr 26 | Crocker, Michaela C. | Review and respond to general case emails throughout day (.2); attention to distribution matters (.3). | 0.50 |
| 27 Apr 26 | Crocker, Michaela C. | Review and respond to general case emails (.5); emails with Seyfarth regarding status call (.1); review Laval sale documents and emails regarding same (.2); research retainage issue and emails with various counsel regarding same (.5). | 1.30 |
| 28 Apr 26 | Crocker, Michaela C. | Draft and revise talking point for upcoming calls (.3); review and respond to emails and voice mails received prior evening (.2). | 0.50 |
| 29 Apr 26 | Crocker, Michaela C. | Emails regarding Laval closing (.1); review Capello | 1.30 |

**PROFESSIONAL SERVICES**

Matter 00004: Prudential Entities

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| | | letter of intent and forward to various parties (.3); review and respond to general case emails throughout day (.2); participate on Ca Ag/Prudential update call (.3); participate on weekly Prudential update call and follow-up regarding same (.4). | |
| 30 Apr 26 | Crocker, Michaela C. | Review bi-weekly Pivot status report (.1); review and respond to general case emails received prior evening and throughout day (.4); emails regarding Capello ranch (.2); research lawsuits pending against entities whose property is in receivership (.7); participate in weekly Pivot update call with Pivot and Cutts Law and follow up regarding same (1.0); draft and revise sale-related pleadings for Ca Ag marketed property (1.0). | 3.40 |
| 30 Apr 26 | Brooks-Patton, Janice E. | Responded to email from M. Crocker regarding Assemi litigation (.10); researched and reviewed litigation cases and retrieved certain pleadings (.50); prepared and emailed M. Crocker regarding Assemi litigation, forwarding copies of pleadings from cases (.20); updated case matter litigation files (.40). | 1.20 |
| | | **TOTALS:** | **38.20** |



2121 N. Pearl Street, Suite 1100
Dallas, TX 75201

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | 45743 - Mitchell, John E. | **Invoice No.:** | 40327207 |
| **Client:** | 401778 - Lance Miller | **Invoice Date:** | 15 May 26 |
| **Matter:** | 00004 - Prudential Entities | | |

**Current Invoice Charges:**      $46,302.05

**Wire Instructions:**



**Please direct any billing inquiries to Georgia Spence at georgia.spence@katten.com.**



Direct Billing Inquiries to:
**Georgia Spence**
georgia.spence@katten.com

**2121 N. Pearl Street, Suite 1100**
**Dallas, TX 75201**

May 15, 2026

Lance Miller
Pivot Group
1230 Rosecrans Avenue
Suite 530
Manhatten Beach, CA 90266

Invoice No. 40327204
Client No. 401778
Matter No. 00003

FEIN ███

**Re: USB** (401778.00003)

| | |
|---|---:|
| For legal services rendered through April 30, 2026 ................................................. | $2,392.00 |
| Less 5% discount on fees ................................................................................. | (119.60) |
| Total (After Adjustments) | 2,272.40 |

| **CURRENT INVOICE TOTAL:** | **$2,272.40** |
|---|---:|

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

Case 1:24-cv-01102-KES-SAB    Document 461-3    Filed 05/20/26    Page 18 of 19

**PROFESSIONAL SERVICES**

Matter 00003: USB

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 15 Apr 26 | Crocker, Michaela C. | Emails with USB counsel regarding eight distribution, review docket, and email to chambers regarding same. | 0.20 |
| 16 Apr 26 | Crocker, Michaela C. | Emails with USB counsel regarding distribution and equipment lease (.1); review information forwarded by Pivot regarding equipment (.3). | 0.40 |
| 20 Apr 26 | Crocker, Michaela C. | Emails with Pivot and USB counsel regarding equipment in receivership, including analysis of document and proposed offer (.2); status call with USB counsel and follow up regarding same (.4); review USB complaints in relation to lien matter (.3). | 0.90 |
| 29 Apr 26 | Crocker, Michaela C. | Emails with Pivot regarding USB equipment. | 0.10 |
| | | **TOTALS:** | **1.60** |



2121 N. Pearl Street, Suite 1100
Dallas, TX 75201

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | 45743 - Mitchell, John E. | **Invoice No.:** | 40327204 |
| **Client:** | 401778 - Lance Miller | **Invoice Date:** | 15 May 26 |
| **Matter:** | 00003 - USB | | |

**Current Invoice Charges:**                         **$2,272.40**

**Wire Instructions:**



**Please direct any billing inquiries to Georgia Spence at georgia.spence@katten.com.**