# EXHIBIT D

**CUTTS LAW, PC**
**5088 N. Fruit Ave, Ste 101**
**Fresno, CA 93711**
**Telephone:  (559) 226-8177**
**Taxpayer ID #**

Page: 1

Lance Miller
1230 Rosecrans Ave., Suite 530
Manhattan Beach CA  90266
Via E-mail Only: lance.miller@pivotgrp.com

April 30, 2026
Account No:    20039-001M
Statement No:        5957

Maricopa Receivership

*Payments received after 04/30/2026 are <u>not</u> included on this statement.*

**Legal Services Through 04/30/2026**

|  |  | Rate | Hours | Amount |
|---|---|---|---|---|
| 04/01/2026 |  |  |  |  |
| LAC | Telephone conference with Mr. Marcus, et al, regarding Westlands purchase and sale agreement restatement.  Review and analysis of proposed revisions to same. | 450.00 | 1.40 | 630.00 |
| 04/02/2026 |  |  |  |  |
| LAC | Attend CaAg property status call.  Attend Poso Creek status call.  Attend Westlands property status call.  Attend Receivership status call.  Revision of Westlands amended and restated purchase and sale agreement proposal.  E-mail exchange with Mr. Covington, et al, regarding same.  E-mail exchange with Mr. Thor, et al, regarding Laval cultural costs.  E-mail exchange with Mr. Woods, et al, regarding information for Poso Creek statement of information. | 450.00 | 3.70 | 1,665.00 |
| 04/03/2026 |  |  |  |  |
| LAC | E-mail exchange with Mr. Marcus, et al, regarding proposed amended and restated Westlands purchase and sale agreement proposal.  Revision of same.  Telephone conference with Mr. Covington regarding global property review. Review and analysis of same. | 450.00 | 5.10 | 2,295.00 |
| 04/06/2026 |  |  |  |  |
| LAC | E-mail exchange with Mr. Marcus regarding proposed amended and restated Westlands purchase and sale agreement.  Revision of |  |  |  |

Lance Miller

April 30, 2026
Account No:    20039-001M
Statement No:    5957

Maricopa Receivership

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | | same.  Preparation of amendment to extend Westlands diligence expiration.  Circulate same for execution via DocuSign. E-mail exchange with Mr. Thor regarding water credits related to Westlands transaction.  E-mail exchange with Ms. Meyer regarding same. E-mail exchange with Ms. Meyer regarding Laval sale order and target closing date.  E-mail exchange with Mr. Marcus regarding UCCs to be released in connection with Laval closing.  Review and analysis of same.  File updated Poso Creek statement of information. | 450.00 | 2.00 | 900.00 |
| 04/07/2026 | LAC | E-mail exchange with Ms. Crocker regarding open issues for Receivership matters. Review and analysis of MRMWD second-priority subaccount water.  E-mail exchange with Mr. Thor regarding same.   Review and analysis of new preliminary title report for Westlands transaction ancillary parcels. | 450.00 | 2.40 | 1,080.00 |
| 04/08/2026 | LAC | E-mail exchange with Mr. Rodriguez regarding status of district consent to proposed Poso Creek assignments.  Review and analysis of global property issues. | 450.00 | 3.10 | 1,395.00 |
| 04/09/2026 | LAC | Attend Poso Creek status call.  Attend Receivership status call.  Attend Westlands transaction status call.  Review of global property issues.  E-mail exchange with Mr. Thor, et al, regarding same.  Review of e-mails regarding Westlands purchase and sale agreement status. | 450.00 | 3.20 | 1,440.00 |
| 04/10/2026 | LAC | E-mail exchange with Mr. Thor, et al, regarding surface easement transfer.  E-mail exchange with Mr. Covington, et al, regarding breakout title packages for the Westlands transaction. Review of proposed amended and restated Westlands purchase and sale agreement. | 450.00 | 0.90 | 405.00 |
| 04/13/2026 | LAC | E-mail exchange with Mr. Thor, et al, regarding crop contracts to be assigned in connection with Laval sale. Preparation of closing documents for | | | |

Lance Miller

Maricopa Receivership

| | | Rate | Hours | Amount |
|---|---|---|---|---|
| | Laval sale. E-mail exchange with Ms. Crocker, at al, regarding Westlands purchase and sale agreement and related issues.  Circulate amendment to Westlands purchase and sale agreement to extend diligence for execution via DocuSign. | 450.00 | 0.90 | 405.00 |
| 04/14/2026 | | | | |
| LAC | E-mail exchange with Ms. Crocker, et al, regarding open issues.  E-mail exchange with Mr. Thor, et al, regarding cherry contracts and Laval closing issues.  Review and revision of CSC cherry contract.  E-mail exchange with Mr. Thor regarding same. | 450.00 | 1.40 | 630.00 |
| 04/15/2026 | | | | |
| LAC | E-mail exchange with Mr. Marcus regarding Old River/Greenlee closing documents.  E-mail exchange and telephone conference with Mr. Thor, et al, regarding hydrocooling agreements and cherry contracts.  Circulate amendment to Westlands purchase and sale agreement to extend diligence for execution via DocuSign. E-mail exchange with Mr. Rodriguez regarding Poso Creek assignments.  E-mail exchange with Mr. Coughlin regarding global property data summary. | 450.00 | 1.30 | 585.00 |
| 04/16/2026 | | | | |
| LAC | Attend Poso Creek status call.  Attend Receivership status call.  Attend Westlands transaction status call.  E-mail exchange with Ms. Meyer regarding amendment to Westlands purchase and sale agreement extending diligence.  E-mail exchange with Mr. Rodriguez regarding Poso Creek assignments.  E-mail exchange with Mr. Holmes regarding Origis SNDA.  Revision of cherry contracts.  E-mail exchange with Ms. Meyer, et al, regarding purchase price allocation for Old River/Greenlee sale.  E-mail exchange with Mr. Coughlin regarding global property summary. | 450.00 | 3.20 | 1,440.00 |
| 04/17/2026 | | | | |
| LAC | Revision of hydrocooling agreement and cherry contracts. E-mail exchange with Mr. Thor, et al, regarding same. | 450.00 | 0.30 | 135.00 |

Lance Miller

April 30, 2026
Account No:    20039-001M
Statement No:        5957

Maricopa Receivership

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 04/20/2026 | | | | | |
| | LAC | Review and analysis of current Westlands transaction timing. Review of proposed changes to amended and restated purchase and sale agreement proposal. E-mail exchange with Mr. Thor regarding cherry contracts.  E-mail exchange with Ms. Meyer regarding Laval closing documents.  Circulate wet-signature Laval package to Mr. Miller for execution. E-mail exchange with Mr. Thor regarding Laval cultural costs.  E-mail exchange with Mr. Holmes regarding Origis SNDA. | 450.00 | 1.10 | 495.00 |
| 04/21/2026 | | | | | |
| | LAC | E-mail exchange with Ms.  Crocker, et al, regarding updated Westlands purchase and sale agreement proposal. Review and analysis of same. | 450.00 | 0.50 | 225.00 |
| 04/22/2026 | | | | | |
| | LAC | Telephone conference with Mr. Covington to discuss proposed edits to purchase and sale agreement. Circulate amendment to Westlands purchase and sale agreement to extend diligance for execution via DocuSign. E-mail to Ms. Meyer regarding same.  Telephone conference and e-mail exchange with Mr. Rodriguez regarding Poso Creek assignments. Revision of same and preparation of withdrawal agreement. | 450.00 | 3.50 | 1,575.00 |
| 04/23/2026 | | | | | |
| | LAC | Attend Poso Creek call.  Attend Receivership status call.  Attend Westlands transaction status call.  Telephone conference with Ms. Crocker, et al, regarding optional transaction structures. Revision of Poso Creek assignment and withdrawal documents.  E-mail exchange with Mr. Marcus, et al, regarding Origis SNDA. E-mail exchange with Mr. Marlin regarding Secretary of State Bizfile access for Poso Creek and company records.  Review and analysis of same. | 450.00 | 4.20 | 1,890.00 |
| 04/24/2026 | | | | | |
| | LAC | Review of Poso Creek return.  Telephone conference with Mr. Torigiani, et al, regarding Poso Creek bifurcation.   Revision of assignment and withdrawal agreement.  E-mail | | | |

Lance Miller

April 30, 2026
Account No:    20039-001M
Statement No:    5957

Maricopa Receivership

|  | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | | exchange with Mr. Torigiani regarding assignment.  E-mail exchange with Mr. Covington, et al, regarding same and withdrawal agreement. | 450.00 | 1.80 | 810.00 |
| 04/27/2026 | LAC | E-mail exchange with Ms. Rohr, et al, regarding additional Westlands preliminary reports.  Revision of CSC cherry contracts to split by ranch.  E-mail exchange with Mr. Thor, et al, regarding same.  Revision of Westland purchase and sale agreement amendment to extend diligence.  Circulate same for execution via DocuSign. E-mail exchange with Ms. Meyer regarding same.  E-mail exchange with Mr. Thor regarding Laval crop contract dates, cultural costs, and closing window. | 450.00 | 0.90 | 405.00 |
| 04/28/2026 | LAC | E-mail exchange with Mr. Thor, et al, regarding Laval and Poso Creek open issues. | 450.00 | 0.20 | 90.00 |
| 04/29/2026 | SP | Telephone conference with US District Court clerk regarding certified copies of order.  Travel to and from US District Court regarding same. | 175.00 | 1.10 | 192.50 |
| | LAC | E-mail exchange with Mr. Thor, et al, regarding Poso Creek issues.  E-mail to members and Ms. Aldridge regarding draft banking agreement assignment document and withdrawal agreement.  E-mail exchange with Mr. Thor regarding Laval crop contracts and cultural costs.  Correspondence to Ms. Meyer regarding Laval closing documents and certified sale order.  E-mail exchange with Ms. Meyer regarding same. E-mail exchange with Mr. Borse regarding Laval deposit. Review and analysis of Capello letter of intent.  Review and analysis of Poso Creek records. | 450.00 | 3.10 | 1,395.00 |
| 04/30/2026 | LAC | Attend Poso Creek status call.  Attend Receivership status call.  Attend Westlands transaction status call.  E-mail exchange with Ms. Crocker regarding hearing timelines for proposed Capello transaction.  Review and revision of Westlands APN listing by lender.  E-mail exchange with Mr. Thor and Ms. Meyer | | | |

Page: 6

Lance Miller

April 30, 2026
Account No:    20039-001M
Statement No:        5957

Maricopa Receivership

| | Rate | Hours | Amount |
|---|---|---|---|
| regarding Laval cultural costs.  Circulate Laval escrow closing documents for execution via DocuSign. Circulate cherry contracts for execution via DocuSign. E-mail exchange with Mr. Thor regarding SWP banked water issues. | 450.00 | 3.10 | 1,395.00 |
| Total Legal Services Rendered | | 48.40 | 21,477.50 |

### Summary

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Lisa Cutts | 47.30 | $450.00 | $21,285.00 |
| Stephanie Porteous | 1.10 | 175.00 | 192.50 |

### Expenses

| | | |
|---|---|---|
| 04/10/2026 | FedEx - Lance Miller | 24.73 |
| | Total Expenses | 24.73 |

### Advances

| | | |
|---|---|---|
| 04/07/2026 | California Secretary of State Statement of Information Filing Fee (Poso - certified copy) | 5.00 |
| 04/29/2026 | US District Court - (2) Certified copies (DKT 450) | 77.00 |
| | Total Advances | 82.00 |
| | Total This Bill | 21,584.23 |
| | Previous Balance | $28,301.25 |

### Payments

| | | |
|---|---|---|
| 04/22/2026 | Payment - Thank you!  Check # | -28,301.25 |
| | **Balance Due** | $21,584.23 |

### Trust Account Balance - Do Not Pay

| | | |
|---|---|---|
| | Opening Balance | $25,000.00 |
| 04/03/2026 | Trust deposit - wire | 28,301.25 |
| 04/22/2026 | Apply trust to balance due | |
| | PAYEE: Cutts Law, PC | -28,301.25 |
| | Closing Balance | $25,000.00 |

Lance Miller

April 30, 2026
Account No:    20039-001M
Statement No:            5957

Maricopa Receivership

A finance charge of 1% per month will be assessed on all accounts past due 30 days.

Payment is due within 15 days of the date of this statement.  Amounts not paid when due are subject to a later charge of 0.833% per month until paid.