# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA, et al.,

　　　　Plaintiffs,

　　v.

ACDF, LLC, et al.,

　　　　Defendants.

Case No. 1:24-cv-01102-KES-SAB

ORDER REQUIRING FARMING
DEFENDANTS TO FILE STATUS REPORT
OR STIPULATION REGARDING THEIR
ANSWER

**DEADLINE: MAY 26, 2024**

As relevant here, on April 27, 2026, the Court approved a stipulation between the Farming Defendants and Plaintiffs and ordered that the Farming Defendants would have through May 18, 2026, to answer or otherwise respond to the complaint. (ECF 459.) The Farming Defendants have missed this deadline. Given the complexity of this matter, the Court ORDERS that by **May 26, 2026**, the Farming Defendants will file either a status report regarding their responsive pleading or a stipulation to continue the responsive pleading deadline.

IT IS SO ORDERED.

Dated:　**May 19, 2026**

_____
STANLEY A. BOONE
United States Magistrate Judge

1