**WANGER JONES HELSLEY**
Riley C. Walter #91839
Ian J. Quinn #342754
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 490-0949
E-Mail:  rwalter@wjhattorneys.com
            iquinn@wjhattorneys.com

Attorneys for Defendants ACDF, LLC,
Assemi and Sons, Inc., Bear Flag Farms, LLC,
C & A Farms, LLC, Cantua Orchards, LLC,
Favier Ranch, LLC, Gradon Farms, LLC,
Granville Farms, LLC, Lincoln Grantor Farms, LLC,
Maricopa Orchards, LLC, Panoche Pistachios, LLC,
and Sageberry Farms, LLC

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ACDF, LLC, et al.,<br><br>    Defendants. | Case No. 1:24-cv-01102-KES-SAB<br><br>**STIPULATION EXTENDING TIME FOR CERTAIN DEFENDANTS TO FILE RESPONSIVE PLEADINGS** |

Plaintiffs The Prudential Company of America and PGIM Real Estate Finance, LLC, (herein "Plaintiffs") and Defendants ACDF, LLC, Assemi and Sons, Inc., Bear Flag Farms, LLC, C & A Farms, LLC, Cantua Orchards, LLC, Favier Ranch, LLC, Gradon Farms, LLC, Granville Farms, LLC, Lincoln Grantor Farms, LLC, Maricopa Orchards, LLC, Panoche Pistachios, LLC, and Sageberry Farms, LLC (collectively, the "Farming Defendants") respectfully stipulate as follows:

1

C:\Users\ssolomon.SJHATTORNEYS\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\KX0LS9M5\Stipulation Clean 052526.ijq.docx

1.     On December 17, 2024, the Court entered the *Order Re Stipulation to Extend Time for Certain Defendants to File Responsive Pleadings* and *Order Continuing Scheduling Conference to June 3, 2025* [Dkt. No. 130], pursuant to the stipulation of Plaintiffs and the Farming Defendants [Dkt. No. 128], extending the deadline for the Farming Defendants to file their responsive pleadings to April 16, 2025, and continuing the scheduling conference set for February 6, 2025, to June 3, 2025.

2.     On April 8, 2025, the Court entered the *Order Further Expanding Scope of Receivership* [Dkt. No. 197], which order remains in effect.

3.     On May 8, 2025, the Court entered a Minute Order, continuing the Scheduling Conference scheduled for June 3, 2025, to October 28, 2025.

4.     On October 16, 2025, the Court entered an Order Continuing Initial Scheduling Conference, continuing the Scheduling Conference from October 28, 2025, to February 2, 2026 [Dkt. No. 330].

5.     Plaintiffs and the Farming Defendants previously agreed to extend the deadline for the Farming Defendants to file their responsive pleadings to October 17, 2025, which was approved by Court Order [Dkt. No. 267].

6.     Plaintiffs and Farming Defendants further agreed to extend the deadline for Farming Defendants to file their responsive pleadings to December 1, 2025, which was approved by Court Order [Dkt. No. 355].

7.     Plaintiffs and Farming Defendants further agreed to extend the deadline for Farming Defendants to file their responsive pleadings to January 5, 2026, which was approved by Court Order [Dkt. No. 379].

8.     Plaintiffs and Farming Defendants further agreed to extend the deadline for Farming Defendants to file their responsive pleadings to February 5, 2026, which was approved by Court Order [Dkt. No. 386].

9.     Plaintiffs and Farming Defendants further agreed to extend the deadline for Farming Defendants to file their responsive pleadings to March 13, 2026, which was approved by Court Order [Dkt. No. 419].

Stipulation Extending Time for Certain
Defendants to File Responsive Pleadings          2     C:\Users\ssolomon.SJHATTORNEYS\AppData\Loc
al\Microsoft\Windows\INetCache\Content.Outlook\K
X0LS9M5\Stipulation Clean 052526.ijq.docx

10.    Plaintiffs and Farming Defendants further agreed to extend the deadline for Farming Defendants to file their responsive pleadings to April 17, 2026, which was approved by Court Order [Dkt. No. 436].

11.    Plaintiffs, the Farming Defendants, and the Court-appointed Receiver have been and continue to be engaged in efforts to resolve the issues raised by Plaintiffs' Complaint.

12.    Plaintiffs and Farming Defendants further agreed to extend the deadline for Farming Defendants to file their responsive pleadings to May 18, 2026, which was approved by Court Order [Dkt. No. 459].

13.    Plaintiffs, the Farming Defendants, and the Court-appointed Receiver have been and continue to be engaged in efforts to resolve the issues raised by Plaintiffs' Complaint.

14.    Plaintiffs and the Farming Defendants hereby further agree to extend the deadline for the Farming Defendants to file their responsive pleading to Plaintiffs' complaint to June 19, 2026. This extension would further their efforts to resolve the case and conserve the resources of the Farming Defendants.

NOW, THEREFORE, Plaintiffs and Farming Defendants stipulate that the deadline for the Farming Defendants to file responses to Plaintiffs' complaint shall be extended to June 19, 2026.

Dated: May 26, 2026                    WANGER JONES HELSLEY PC


By: _____
                                       Riley C. Walter
                                       Ian J. Quinn
                                       Attorneys for Farming Defendants

///

///

///

///

///

Stipulation Extending Time for Certain        3        C:\Users\ssolomon.SJHATTORNEYS\AppData\Loc
Defendants to File Responsive Pleadings                al\Microsoft\Windows\INetCache\Content.Outlook\K
                                                       X0LS9M5\Stipulation Clean 052526.ijq.docx

Dated: May 26, 2026    SEYFARTH SHAW LLP


        By: /s/ Nicholas R. Marcus
          Jason J. DeJonker
          Nicholas R. Marcus
          Attorneys for Prudential Insurance Companies
          of America and PGIM Real Estate Finance,
          LLC

Stipulation Extending Time for Certain
Defendants to File Responsive Pleadings

4

C:\Users\ssolomon.SJHATTORNEYS\AppData\Loc
al\Microsoft\Windows\INetCache\Content.Outlook\K
X0LS9M5\Stipulation Clean 052526.ijq.docx

## PROOF OF SERVICE

**Prudential Insurance Company of America v. ACDF, LLC, et al
Case No. 1:24-cv-01102-KES-SAB**

STATE OF CALIFORNIA, COUNTY OF FRESNO

My business address is 265 East River Park Circle, Suite 310, Post Office Box 28340, Fresno, California 93729. I am employed in Fresno County, California. I am over the age of 18 years and am not a party to this case.

On the date indicated below, I served the foregoing document(s) described as on all interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

1. **STIPULATION EXTENDING TIME FOR CERTAIN DEFENDANTS TO FILE RESPONSIVE PLEADINGS**

_____    **(BY MAIL)**    I am readily familiar with the business' practice for collection and processing of correspondence for mailing, and that correspondence, with postage thereon fully prepaid, will be deposited with the United States Postal Service on the date noted below in the ordinary course of business, at Fresno, California.

XXX    **(BY CM/ECF NOTICE OF ELECTRONIC FILING)** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

EXECUTED ON **May 26, 2026**, at Fresno, California.

XXX    **(FEDERAL)**    I declare that I am employed in this office of a member of the bar of this court at whose direction this service was made.

_____
Danielle Durham