**WANGER JONES HELSLEY**
Riley C. Walter #91839
Ian J. Quinn #342754
265 E. River Park Circle, Suite 310
Fresno, California  93720
Telephone: (559) 490-0949
E-Mail:  rwalter@wjhattorneys.com
              iquinn@wjhattorneys.com

Attorneys for Defendants ACDF, LLC,
Assemi and Sons, Inc., Bear Flag Farms, LLC,
C & A Farms, LLC, Cantua Orchards, LLC,
Favier Ranch, LLC, Gradon Farms, LLC,
Granville Farms, LLC, Lincoln Grantor Farms, LLC,
Maricopa Orchards, LLC, Panoche Pistachios, LLC,
and Sageberry Farms, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

In re:

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA, et al.,

　　　Plaintiffs,

　v.

　ACDF, LLC, et al.,

　　　Defendants.

Case No. 1:24-cv-01102-KES-SAB

**[PROPOSED] ORDER RE
STIPULATION EXTENDING TIME
FOR CERTAIN DEFENDANTS TO
FILE RESPONSIVE PLEADINGS**

(ECF No. ___)

On May 22, 2026, a Stipulation was filed requesting an extension of time for Defendants ACDF, LLC, Assemi and Sons, Inc., Bear Flag Farms, LLC, C & A Farms, LLC, Cantua Orchards, LLC, Favier Ranch, LLC, Gradon Farms, LLC, Granville Farms, LLC, Lincoln Grantor Farms, LLC, Maricopa Orchards, LLC, Panoche Pistachios, LLC, and Sageberry Farms, LLC (collectively the "Farming Defendants") to respond to the complaint (the "Stipulation") [Dkt. No. ___] filed in the above-captioned case by Plaintiffs The Prudential Company of America and

[Proposed] Order re Stipulation Extending Time
for Certain Defendants to File Responsive
Pleadings

1

C:\Users\ssolomon.SJHATTORNEYS\AppData\Loc
al\Microsoft\Windows\INetCache\Content.Outlook\K
X0LS9M5\Order Clean 052526.ijq.docx

PGIM Real Estate Finance, LLC, ("Plaintiffs").  The Court finds good cause to approve the Stipulation.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

1.   The Stipulation (ECF No. ___) is APPROVED.

2.   The Farming Defendants shall file their responsive pleadings on or before **June 19, 2026.**

IT IS SO ORDERED.


Dated:  _____                    _____
                                            STANLEY A. BOONE
                                            United States Magistrate Judge

[Proposed] Order re Stipulation Extending Time for Certain Defendants to File Responsive Pleadings

2

C:\Users\ssolomon.SJHATTORNEYS\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\KX0LS9M5\Order Clean 052526.ijq.docx