Terence G. Banich (SBN 212173)[1]
terence.banich@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe St.
Chicago, IL 60661-3693
Telephone:    (312) 902-5200
Facsimile:    (312) 902-1061

John E. Mitchell (*pro hac vice*)
Michaela C. Crocker (*pro hac vice*)
**KATTEN MUCHIN ROSENMAN LLP**
2121 North Pearl St., Ste. 1100
Dallas, TX 75201-2591
Telephone:    (214) 765-3600
Facsimile:    (214) 765-3602

Arlen P. Moradi (SBN 353956)
**KATTEN MUCHIN ROSENMAN LLP**
2121 Avenue of the Stars, Ste. 1100
Los Angeles, CA 90067-5010
Telephone: (310) 778-4449

*Attorneys for the Receiver* Lance Miller

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al., | No. 1:24-cv-01102-KES-SAB |
| Plaintiffs, | **NOTICE OF (I) CANCELLATION OF AUCTION AND (II) SUCCESSFUL BIDDER (CAPELLO)** |
| v. | |
| ACDF, LLC; ASSEMI AND SONS, INC.; AVILA RANCH EA, LLC; BEAR FLAG FARMS, LLC; C & A FARMS, LLC; CANTUA ORCHARDS, LLC; DA REAL ESTATE HOLDINGS, LLC; FAVIER RANCH, LLC; FG2 HOLDINGS LLC; GRADON FARMS, LLC; GRANVILLE FARMS, LLC; GRANTLAND HOLDINGS NO. 1, LLC; GRANTLAND HOLDINGS NO. 2, LLC; GRANTOR REAL ESTATE INVESTMENTS, LLC; GVM INVESTMENTS, LLC; GV AG, LLC; LINCOLN GRANTOR FARMS, LLC; MARICOPA ORCHARDS, LLC; PANOCHE PISTACHIOS, LLC; SAGEBERRY FARMS, LLC; DEREK BELL; AND RACHEL MARIE WHITE, | Hearing Date:    July 6, 2026 Hearing Time:    1:30 p.m. PT Location:    Courtroom 6, 7th Floor 2500 Tulare Street Fresno, CA 93721 Related to Dkt. No. 460 Objections Due: June 29, 2026 Judge:    Hon. Kirk E. Sherriff Action Filed:    September 16, 2024 |
| Defendants. | |

---

[1] Designated as counsel for service pursuant to L.R. 182(c)(1).

305541531

On May 5, 2025, the U.S. District Court for the Eastern District of California (the "**Court**") entered an Order approving the marketing and bidding procedures for the sale of certain real property in the above-captioned case [Dkt. No. 204] (the "**Bidding Procedures Order**")[2] by Lance Miller (the "**Receiver**"), solely in his capacity as Court-appointed receiver.

Pursuant to the Bidding Procedures Order, on May 15, 2026, the Receiver filed the *Notice of Proposed Auction and Sale of Real Property (Capello)* [Dkt. No. 460] (the "**Sale Notice**") that set the following sale parameters:

| | |
|---|---|
| **Property Description:** | The Land consisting of Kern County Parcels 239-080-13, 239-080-14, 239-080-34, 239-080-47 and 239-080-77, as more particularly described in the Purchase and Sale Agreement attached as **Exhibit A** to the Sale Notice. |
| **Stalking Horse Bidder:** | 3G VINEYARDS INC |
| **Stalking Horse Bid:** | $3,428,370.00 |
| **Stalking Horse Protections:** | $68,567.40 (2% of Stalking Horse Bid) |
| **Deadline to Submit Qualified Bids (the "Bid Deadline")** | Friday, June 12, 2026, at 5:00 p.m. PT |
| **Deadline for Receiver to Notify Bidders of Qualified Bid Status:** | Tuesday, June 16, 2026 |
| **Auction Date/Time:** | Friday, June 19, 2026, at 10:00 a.m. PT |
| **Minimum Initial Overbid at Auction:** | $3,546,937.40 |

---

[2] All capitalized terms used but not defined herein shall have the meanings ascribed in the Bidding Procedures Order.

2

305541531

| Minimum Bid Increments at Auction (After Initial Overbid) | $50,000.00 |
|---|---|
| Deadline to File Notice of Successful Bidder with the Court:[3] | Monday, June 22, 2026 |
| Deadline to Object to Proposed Sale: | Monday, June 29, 2026 |
| Sale Hearing: | Monday, July 6, 2026, at 1:30 p.m. PT |

The deadline to submit Qualified Bids passed on June 12, 2026, and no additional bids were received. As such, no Auction will be held, and 3G Vineyards Inc. or its assignee has been named the Successful Bidder for the Property.

The Receiver will proceed with the sale hearing on July 6, at 1:30 p.m. PT, where he will present the Purchase and Sale Agreement for approval by the Court and request the Court enter the proposed sale order in the form attached hereto as **Exhibit A**.

Dated: June 15, 2026

Respectfully submitted,

**KATTEN MUCHIN ROSENMAN LLP**

By:  /s/ *Arlen P. Moradi*
   Arlen P. Moradi

*Attorneys for the Receiver*
Lance Miller

---

[3] The Notice of Successful Bidder will be filed on the Court's docket and served via ECF only.

305541531

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 2121 Avenue of the Stars, Suite 1100, Los Angeles, CA 90067-5010. On June 15, 2026, I served the following document(s) described as:

**NOTICE OF (I) CANCELLATION OF AUCTION AND (II) SUCCESSFUL BIDDER (CAPELLO)**

as follows:

**[ ]    BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed on **Exhibit 1** and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Katten Muchin Rosenman LLP practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**[X]    BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the document(s) to be sent from e-mail address janice.brooks-patton@katten.com to the persons at the e-mail address(es) listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

| | |
|---|---|
| ali.mojdehi@mgr-legal.com | jreisz@kleinlaw.com |
| Jsmcnutt@kerncounty.com | ckay@caagproperties.com |
| jon@cavalrei.com | mindynili@gmail.com |
| degan@wilkefleury.com | OKatz@sheppardmullin.com |
| storigiani@youngwooldridge.com | RSahyan@sheppardmullin.com |
| HGrossman@cozen.com | Robert.D.Lewis@t-mobile.com |
| pswain@cozen.com | kvote@wjhattorneys.com |
| RStewart@pearsonrealty.com | kdodd@wjhattorneys.com |
| kstewart@pearsonrealty.com | Bernard.gudorf@usbank.com |
| aferdinandi@pearsonrealty.com | legal@goldenstatecleanenergy.com |
| DKevorkian@pearsonrealty.com | Kristina.Heller@procopio.com |
| sgrosz@pearsonrealty.com | michael.kiesling@procopio.com |

**[ ]    BY OVERNIGHT MAIL (FedEx):** I enclosed said document(s) in an envelope or package provided by FEDEX and addressed to the persons at the addresses listed on **Exhibit 1**. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FEDEX or delivered such document(s) to a courier or driver authorized by FEDEX to receive documents.

**[ ]    BY PERSONAL SERVICE:** I caused said document to be personally delivered the document(s) to the person at the addresses listed above by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office.

305541531

**[X]    E-FILING:** By causing the document to be electronically filed on June 15, 2026, via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 15, 2026, at Los Angeles, California.


*/s/ Arlen P. Moradi*
Arlen P. Moradi

No. 1:24-cv-01102-KES-SAB
**NOTICE OF (I) CANCELLATION OF AUCTION AND (II) SUCCESSFUL BIDDER**

305541531