# EXHIBIT A



May 31, 2026

Invoice No: 1423

Lance Miller
Receiver, Maricopa Orchards
c/o Pivot Management Group, LLC

Tax ID: ███████

Re: Engagement of Maricopa Orchards – Receiver

**Professional Fees:**

| | | |
|---|---|---|
| For the period May 1st, 2026 - May 31st, 2026 | $ | 50,000.00 |
| Reimbursable expenses | $ | 0.00 |
| **Total fees and expenses:** | **$** | **50,000.00** |
| Apply retainer | $ | 0.00 |
| **Balance Due:** | **$** | **50,000.00** |

| | From | **Pivot Management Group, LLC** |
| | | 1230 Rosecrans Ave, Suite 300-PMB928 |
| | | Manhattan Beach, CA 90266 |

| Invoice ID | **1423** | | Invoice For | **Maricopa Orchards** |
| Issue Date | 05/31/2026 | | | Lance Miller |
| Due Date | 05/31/2026 (upon receipt) | | | Receiver, Maricopa Orchards |
| | | | | c/o Pivot Management Group, LLC |

| Description | Unit Price | Amount |
| --- | ---: | ---: |
| Maricopa Orchards - 2nd Receivership - General: Lance Miller (05/01/2026 - 05/31/2026) | $1,430.00 | **$7,579.00** |
| Maricopa Orchards - 2nd Receivership -Prudential: Lance Miller (05/01/2026 - 05/31/2026) | $1,430.00 | **$1,287.00** |
| Maricopa Adjustment (Under 60 hours) | -$8,866.00 | **-$8,866.00** |
| Maricopa Monthly Receiver Fee | $50,000.00 | **$50,000.00** |

**Amount Due**   **$50,000.00**

**Notes**

Please send electronic payment remittance advice and questions to Accounting@Pivotgrp.com

# Detailed time report
Pivot Management Group, LLC

| | | | |
|---|---|---|---|
| Timeframe | **05/01/2026 – 05/31/2026** | 1 Client | **Maricopa Orchards** |
| Total | **6.20 Hours** | Projects | **All projects** |
| | **0.00 Uninvoiced billable hours** | Tasks | **All tasks** |
| | | 1 Team | **Lance Miller** |

| Client | Project | Task | Roles | Person | Hours |
|---|---|---|---|---|---|
| **05/01/2026** | | | | | **0.40** |
| Maricopa Orchards | Maricopa Orchards - 2nd Receivership - General<br><br>Call with John Reeder regarding MOC status | Case Administration | Managing Partner | Lance Miller | 0.40 |
| **05/04/2026** | | | | | **1.90** |
| Maricopa Orchards | Maricopa Orchards - 2nd Receivership - General<br><br>Call with potential MOC investor | Case Administration | Managing Partner | Lance Miller | 0.50 |
| Maricopa Orchards | Maricopa Orchards - 2nd Receivership - General<br><br>Call with Matt regarding MOC bid interest | Case Administration | Managing Partner | Lance Miller | 0.30 |
| Maricopa Orchards | Maricopa Orchards - 2nd Receivership - General<br><br>Call with Pivot and Katten regarding transaction status | Case Administration | Managing Partner | Lance Miller | 0.60 |
| Maricopa Orchards | Maricopa Orchards - 2nd Receivership - Prudential<br><br>Call with Prudential regarding transaction process | Case Administration | Managing Partner | Lance Miller | 0.50 |
| **05/05/2026** | | | | | **2.00** |
| Maricopa Orchards | Maricopa Orchards - 2nd Receivership - General<br><br>Multiple calls and emails regarding MOC transaction planning | Case Administration | Managing Partner | Lance Miller | 2.00 |
| | | | | **Total** | **6.20** |

| Client | Project | Task | Roles | Person | Hours |
|---|---|---|---|---|---|
| **05/06/2026** | | | | | **0.40** |
| Maricopa Orchards | Maricopa Orchards - 2nd Receivership - Prudential <br><br> Call with Prudential regarding case status | Case Administration | Managing Partner | Lance Miller | 0.40 |
| **05/08/2026** | | | | | **0.50** |
| Maricopa Orchards | Maricopa Orchards - 2nd Receivership - General <br><br> Call with potential MOC investor | Case Administration | Managing Partner | Lance Miller | 0.50 |
| **05/11/2026** | | | | | **0.40** |
| Maricopa Orchards | Maricopa Orchards - 2nd Receivership - General <br><br> Calls with Eric and Skye regarding MOC case status | Advisory | Managing Partner | Lance Miller | 0.40 |
| **05/28/2026** | | | | | **0.30** |
| Maricopa Orchards | Maricopa Orchards - 2nd Receivership - General <br><br> Call with Jason and John regarding case status | Case Administration | Managing Partner | Lance Miller | 0.30 |
| **05/29/2026** | | | | | **0.30** |
| Maricopa Orchards | Maricopa Orchards - 2nd Receivership - General <br><br> Call with Darius regarding case status | Case Administration | Managing Partner | Lance Miller | 0.30 |
| | | | | **Total** | **6.20** |