# EXHIBIT C



Direct Billing Inquiries to:
**Georgia Spence**
georgia.spence@katten.com

**2121 N. Pearl Street, Suite 1100**
**Dallas, TX 75201**

June 17, 2026

Lance Miller
Pivot Group
1230 Rosecrans Avenue
Suite 530
Manhatten Beach, CA 90266

Invoice No. 40332345
Client No. 401778
Matter No. 00002

FEIN: ▮▮▮▮▮

**Re:** <u>**General**</u> (401778.00002)

| | |
|---|---:|
| For legal services rendered through May 31, 2026 | $136,729.00 |
| Less 5% discount on fees | (6,836.45) |
| Total (After Adjustments) | 129,892.55 |
| Disbursements and other charges | $ 291.41 |
| **CURRENT INVOICE TOTAL:** | **$130,183.96** |

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

**PROFESSIONAL SERVICES**

Matter 00002: General

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 01 May 26 | Crocker, Michaela C. | Multiple calls with counsel for plaintiffs and potential buyer, and calls with Pivot and receiver. | 2.00 |
| 01 May 26 | Brooks-Patton, Janice E. | Attention to returned mail (.40); Updated and conformed Maricopa data room workspaces (1.4). | 1.80 |
| 04 May 26 | Crocker, Michaela C. | Review and respond to emails received over weekend and throughout day (.8); status call with Pivot and Cutts regarding sale and follow up regarding same (1.5); research sale related questions posed by receiver (2.1); analyze revised timelines (.7); status call with Prudential and follow-up regarding same (.5); status call with counsel for potential purchaser (.1). | 5.70 |
| 04 May 26 | Brooks-Patton, Janice E. | Attention to/responded to email exchange regarding change of addresses for possible service to Cesar Chavez addresses (.20); reviewed and searched service lists for Prudential and FAMC, property-specific and distribution service lists for Cesar Chavez addresses (1.3); prepared and emailed M. Crocker and L. Cutts regarding search and search results (.10); email exchange regarding amended Mikhaylov claim (.10). | 1.70 |
| 05 May 26 | Crocker, Michaela C. | Review and respond to sale related emails throughout day (.7); status call with counsel for potential purchaser (.2); status call with company counsel (.2). | 1.10 |
| 05 May 26 | Archiyan, Yelena E. | Email correspondence with Lisa Cutts and Janice Brooks-Patton (.10). | 0.10 |
| 05 May 26 | Brooks-Patton, Janice E. | Reviewed receivership cases, recently filed pleadings, update case matter files, updated and conformed Maricopa data room workspaces (1.5); attention to/responded to email from M. Crocker regarding Capello service list (.10); reviewed Capello service list (.20). | 1.80 |
| 06 May 26 | Crocker, Michaela C. | Review and respond to sale related emails and inquiries throughout day (.8); emails and document review related to Poso Creek matters (.3); review sale related document forwarded by Pivot and analyze same (.5); status call with Pivot (.4); status call with L. Cutts (.2). | 2.20 |
| 06 May 26 | Brooks-Patton, Janice E. | Reviewed and conformed Maricopa data room workspaces (.80); revisions to Capello Service List (.40). | 1.20 |
| 07 May 26 | Crocker, Michaela C. | Review email/information from Assemi Counsel (.2); research sale-related matter (2.5); status call with plaintiffs' counsel (.4); emails and document analysis related to Poso Creek (.6); review and respond to general case emails and inquiries throughout day (.3); participate on weekly Poso update call (.6); analyze question posed by receiver and compile information regarding same (.4). | 5.00 |
| 07 May 26 | Brooks-Patton, Janice E. | Attention to notifications regarding new uploads to Cutts Law ShareFile (.20); reviewed receivership Court dockets, recently filed pleadings, worked with documents, updated case matter files, conformed Maricopa data room files (.70). | 0.90 |
| 08 May 26 | Crocker, Michaela C. | Review and respond to emails received prior evening | 2.90 |

**PROFESSIONAL SERVICES**

Matter 00002: General

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| | | (.2); review claims analysis and call with plaintiffs' counsel regarding same (.5); review and update sale related action items and analysis requested by receiver (1.5); review purchase agreement for necessary updates (.5); emails with Pivot regarding sale related matter (.2). | |
| 08 May 26 | Archiyan, Yelena E. | Work on April fee statement (.70). | 0.70 |
| 08 May 26 | Brooks-Patton, Janice E. | Reviewed receivership Court dockets, recently filed pleadings, worked with documents, updated case matter files, conformed Maricopa data room files. | 0.50 |
| 11 May 26 | Crocker, Michaela C. | Review and respond to emails received prior evening (.1); emails regarding Poso Creek (.2); review and comment on Poso Creek withdrawal/consent documents (2.0); emails and calls with creditors and adjacent landowners with questions regarding case status (.7); call with counsel for potential buyer (.3); analyze Poso question in relation to question posed by potential buyer (.8); emails with J. Brooks-Patton regarding document download (.1); review and respond to general sale related emails throughout day (.3); emails with potential buyer and answer questions posed (.3); prepare for and call with Cutts and counsel for potential buyer (.8) and follow up calls with Cutts, Pivot and Capstone (1.2); review documents forwarded by Capstone (.2). | 7.00 |
| 11 May 26 | Brooks-Patton, Janice E. | Revisions to Capello Service Lists (.40); prepared and email M. Crocker regarding Capello service lists, circulating same (.20); reviewed receivership Court dockets, recently filed pleadings, worked with documents, updated case matter files (.40). | 1.00 |
| 12 May 26 | Crocker, Michaela C. | Review/analyze letter of intent and emails with Pivot regarding same (.3); forward sale related information to Plaintiffs' counsel (.1); prepare for and call with potential buyer and counsel and follow up calls regarding same (2.0); status call with Capstone (.2); calls with parties inquiring as to case status (.3). | 2.90 |
| 12 May 26 | Archiyan, Yelena E. | Email correspondence regarding April fee statement (.10). | 0.10 |
| 12 May 26 | Brooks-Patton, Janice E. | Attention to/review notifications regarding new documents/files in Cutts Law ShareFile (.20); email exchange with M. Crocker regarding new documents/files in Cutts Law ShareFile (.10); emailed L. Cutts regarding new documents/files in Cutts Law ShareFile (.10); reviewed receivership dockets, worked with documents and updated case matter files (.60); responded to email from M. Crocker regarding Capello service list (.10); worked with pleadings in Maricopa data room and conform files (.80). | 1.90 |
| 13 May 26 | Crocker, Michaela C. | Review and respond to sale related emails received prior evening, including review of documents (.4); status call with plaintiffs' counsel and follow up email regarding same (.3); call with counsel for potential buyer and forward requested information (.5); revise | 2.00 |

3

**PROFESSIONAL SERVICES**

Matter 00002: General

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| | | bid related documents and pleadings (.6); status call with L. Cutts (.2). | |
| 13 May 26 | Brooks-Patton, Janice E. | Reviewed, downloaded Paso Creek records, updated case matter files (.60); reviewed Court docket, recently filed pleadings in multiple receivership cases, work with documents and update case matter files, conform Maricopa data room files (1.8). | 2.40 |
| 14 May 26 | Crocker, Michaela C. | Review and respond to sale-related emails received prior evening (.4); analyze sale logistics and timeline under different scenarios (1.2); calls with counsel for potential purchasers throughout day (.7); weekly Cutts/Pivot/Katten status call regarding water matters (.6); review and respond to sale-related emails throughout day (.2); status call with Capstone (.3); participate in weekly Capstone/Pivot update call (.4); updates to sale related documents (.5). | 4.30 |
| 14 May 26 | Archiyan, Yelena E. | Call with Steve Borse (.10). | 0.10 |
| 15 May 26 | Crocker, Michaela C. | Review and respond to sale related emails and inquiries throughout day (1.2); status meeting with J. Mitchell (.3); confirm term in purchase agreement draft related to question posed by Pivot (.5); status call with M. Covington and follow up regarding same (.2); call with counsel for prospective purchaser regarding terms (.5); status call with L. Cutts (.1); call with title company and Cutts and follow up regarding same (.7). | 3.50 |
| 15 May 26 | Archiyan, Yelena E. | Work on April fee applications (.70); work on quarterly fee applications (finalize Q4 applications and prepare for filing) (1.80). | 2.50 |
| 18 May 26 | Crocker, Michaela C. | Review and respond to emails and inquiries received prior evening (.5); review revised purchase agreement and emails/calls with various parties regarding same (2.8); status call with M. Covington (.2); review and respond to sale related emails and calls throughout day (1.5); prepare for and call with N. Marcus and L. Cutts regarding revised PSA and follow-up regarding same (1.3). | 6.30 |
| 18 May 26 | Archiyan, Yelena E. | Work on Q1 2026 monthly fee statements (2.20). | 2.20 |
| 19 May 26 | Crocker, Michaela C. | Review and respond to sale related emails received prior evening (.3); call with Pivot and Cutts regarding revised purchase agreement and follow-up regarding same (1.8); call with L. Cutts to discuss purchase agreement (.1); call with buyer's counsel and Cutts to discuss terms of purchase agreement and follow-up calls regarding same (1.5). | 3.70 |
| 19 May 26 | Archiyan, Yelena E. | Revise monthly fee applications and finalize for filing (.20). | 0.20 |
| 20 May 26 | Mitchell, John E. | General status update meeting with M. Crocker (.5). | 0.50 |
| 20 May 26 | Crocker, Michaela C. | Review and respond to emails received prior evening (.3); status calls with L. Cutts throughout day (.5); status calls with Capstone throughout day (1.6); review and respond to sale related inquiries throughout day, including document review (.7); review information and answer question regarding Semitropic sale (.1); | 6.70 |

**PROFESSIONAL SERVICES**

Matter 00002: General

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| | | call with Pivot to discuss sale term (.4); review and revise proposed sale agreement (1.5); participate on sale related status call with Prudential, Pivot and Cutts teams and follow up call regrading same (1.0); update sale related action item list (.4); meeting with J. Mitchell (.3). | |
| 20 May 26 | Archiyan, Yelena E. | Correspond with Seyfarth re interim fee applications; prepare filing of Farmer Mac quarterly fee apps (.50); review bi-weekly update memorandum (.20). | 0.70 |
| 20 May 26 | Brooks-Patton, Janice E. | Reviewed, downloaded Paso Creek records, updated case matter files (.40); reviewed Court docket, recently filed pleadings in multiple receivership cases, work with documents and update case matter files, conform Maricopa data room files (.40); attention to email notifications regarding new documents uploaded to Maricopa receivership data room workspaces (.10); updated Bi-Weekly memorandum client matter files (.20); emailed attorneys regarding Bi-Weekly Update Memorandum, uploaded to the Maricopa data room, circulating copy (.10). | 1.20 |
| 20 May 26 | Moradi, Arlen P. | Review and file Receiver's Twentieth Fee Statement | 0.10 |
| 21 May 26 | Crocker, Michaela C. | Review and respond to emails received prior evening including document review (.5); weekly Poso/sale update call with Pivot and Cutts and follow up regarding same (1.6); status call with counsel for potential buyer (.3); review revised drafts of purchase agreement and comment on same (1.5); revise and circulate sale order (.5); participate in weekly Capstone call with Pivot and Cutts (.5); calls with interested parties requesting sale status (.5). | 5.40 |
| 21 May 26 | Brooks-Patton, Janice E. | Reviewed Court dockets in multiple receivership cases, worked with documents, updated case matter files and Maricopa data room. | 0.80 |
| 22 May 26 | Crocker, Michaela C. | Status call with Pivot (.4); review updated purchase agreement and call with L. Cutts regarding same (.2). | 0.60 |
| 22 May 26 | Brooks-Patton, Janice E. | Reviewed Court dockets in multiple receivership cases, worked with documents, updated case matter files and Maricopa data room. | 0.80 |
| 26 May 26 | Crocker, Michaela C. | Emails with counsel for potential buyer (.1); prepare for and call with counsel for potential buyer (1.0); status call with Pivot (.1); emails with Pivot and Cutts regarding call with potential purchaser (.2). | 1.40 |
| 26 May 26 | Brooks-Patton, Janice E. | Reviewed Court dockets in multiple receivership cases, worked with documents, updated case matter files and Maricopa data room. | 0.80 |
| 27 May 26 | Crocker, Michaela C. | Review and respond to emails received prior evening (.2); call with counsel for potential purchaser (.5); prepare for and status call with Pivot and Cutts to discuss sale matters and follow up regarding same (1.2); emails with plaintiffs' counsel regarding sale process (.1); status call with Seyfarth (.6); status call with L. Cutts (.2); call with Pivot to discuss sale related matters (.5); update sale timeline and action items list | 4.10 |

**PROFESSIONAL SERVICES**

Matter 00002: General

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| | | (.2); review form PSA and forward email chain to Capstone (.2); review and respond to sale related emails received throughout day (.2); prepare for and participate in weekly update call with Prudential (.5); status call with Capstone (.3). | |
| 27 May 26 | Brooks-Patton, Janice E. | Reviewed Court dockets in multiple receivership cases, worked with documents, updated case matter files and Maricopa data room. | 0.50 |
| 28 May 26 | Crocker, Michaela C. | Review/analyze open items list forwarded by counsel for potential purchaser (1.0); emails with counsel for plaintiffs and potential purchaser (.1); review sale related information forwarded by Pivot (.2); emails with counsel for potential purchaser regarding upcoming call (.1); call with counsel for potential purchaser (.5); weekly Pivot/Cutts/Katten status call and follow up regarding same (3.0); call with plaintiffs' counsel (.3); participate on weekly Capstone update call (.2); call with L. Cutts to discuss terms of purchase agreements (.1); emails throughout day regarding sale process (.4); prepare for and call with potential purchaser and follow up calls with various parties (2.3); call with Pivot and Cutts to prepare for second call with potential purchaser (1.0). | 9.20 |
| 28 May 26 | Brooks-Patton, Janice E. | Reviewed Court dockets in multiple receivership cases, worked with documents, updated case matter files and organize and conform files in workspaces in Maricopa data room. | 1.00 |
| 29 May 26 | Crocker, Michaela C. | Emails regarding potential bid (.2); emails and document review related to solar issue (.3); status call with Pivot (.2); status call with L. Cutts (.1); call with counsel for potential purchaser (.3). | 1.10 |
| 29 May 26 | Brooks-Patton, Janice E. | Reviewed Court dockets in multiple receivership cases, worked with documents, updated case matter files; updated and conformed files in Maricopa data room. | 1.50 |
| | | **TOTALS:** | **104.10** |

Client: 401778 – Lance Miller

Invoice No. 40332345
Invoice Date: June 17, 2026

## DISBURSEMENTS

Matter 00002: General

| Date | Description | Amount |
|------|-------------|--------|
| 05 May 26 | Vendor: Federal Express (all US offices) Invoice#: 926727630 Date: 4/23/2026  - - Trking# 398693558570, on 4/8/2026 to: | 50.99 |
| 31 May 26 | Westlaw Legal Research: CROCKER,MICHAELA on 5/7/2026 | 13.80 |
| 31 May 26 | Westlaw Legal Research: CROCKER,MICHAELA on 5/13/2026 | 2.30 |
| 31 May 26 | Westlaw Legal Research: CROCKER,MICHAELA on 5/20/2026 | 149.55 |
| 31 May 26 | Westlaw Legal Research: CROCKER,MICHAELA on 5/26/2026 | 74.77 |
| | **TOTAL DISBURSEMENTS:** | **$291.41** |

## SUMMARY OF DISBURSEMENTS

Matter 00002: General

| | |
|---|---|
| Courier | $50.99 |
| Legal Research | $240.42 |
| **TOTAL DISBURSEMENTS:** | **$291.41** |
| **MATTER TOTAL:** | **$130,183.96** |

7



2121 N. Pearl Street, Suite 1100
Dallas, TX 75201

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | 45743 - Mitchell, John E. | **Invoice No.:** | 40332345 |
| **Client:** | 401778 - Lance Miller | **Invoice Date:** | 17 Jun 26 |
| **Matter:** | 00002 - General | | |

**Current Invoice Charges:** $130,183.96

**Wire Instructions:**



**Please direct any billing inquiries to Georgia Spence at georgia.spence@katten.com.**



Direct Billing Inquiries to:
**Georgia Spence**
georgia.spence@katten.com

**2121 N. Pearl Street, Suite 1100**
**Dallas, TX 75201**

June 17, 2026

Lance Miller
Pivot Group
1230 Rosecrans Avenue
Suite 530
Manhatten Beach, CA 90266

Invoice No. 40332355
Client No. 401778
Matter No. 00004

FEIN: ▮▮▮▮▮▮▮

**Re: <u>Prudential Entities</u>** (401778.00004)

| | |
|---|---:|
| For legal services rendered through May 31, 2026 | $26,625.00 |
| Less 5% discount on fees | (1,331.25) |
| Total (After Adjustments) | 25,293.75 |

| | |
|---|---:|
| **CURRENT INVOICE TOTAL:** | **$25,293.75** |

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

Client: 401778 – Lance Miller

Invoice No. 40332355
Invoice Date: June 17, 2026

## PROFESSIONAL SERVICES

Matter 00004: Prudential Entities

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 04 May 26 | Crocker, Michaela C. | Research regarding proceeds question and review information provided regarding same (.4); review and revise Capello related pleadings (.3). | 0.70 |
| 05 May 26 | Crocker, Michaela C. | Emails regarding Capello (.1); review and confirm form of licensing agreement related to Capello (.2). | 0.30 |
| 05 May 26 | Brooks-Patton, Janice E. | Attention to/responded to email from Y. Archiyan regarding Cutts Law April invoices (.10); reviewed and redacted Cutts Law's Prudential invoice (.20); prepared and emailed Y. Archiyan regarding redacted invoice, circulated copy (.10). | 0.40 |
| 06 May 26 | Crocker, Michaela C. | Finalize and circulate agendas and action item lists for upcoming calls (.5); prepare for and participate on call with plaintiffs' counsel (.5); review pleadings filed in associated cases and emails with Pivot regarding same (.2); review and respond to general case emails throughout day (.3); participate on weekly Prudential update call and follow up regarding same (.3). | 1.80 |
| 07 May 26 | Crocker, Michaela C. | Review draft Capello sale agreement and update sale pleadings accordingly (.5); review and respond to general case emails throughout day (.2); participate in weekly Pivot/Cutts update call and follow up regarding same (.8). | 1.50 |
| 07 May 26 | Brooks-Patton, Janice E. | Attention to/responded to email from Y. Archiyan regarding Pivot April invoices (.10); review and redacted Pivot April invoices (.40); update Fee Statement client files (.30); prepared and emailed Y. Archiyan regarding redacted Pivot invoices (.10). | 0.90 |
| 08 May 26 | Crocker, Michaela C. | Review and respond to emails received prior evening and throughout day (.2); review information and emails with various counsel regarding funds to be distributed (.3). | 0.50 |
| 11 May 26 | Crocker, Michaela C. | Review and respond to emails received prior evening (.1); review and comment on Capello service list (.1); call with vendor's counsel regarding case status (.1). | 0.30 |
| 11 May 26 | Brooks-Patton, Janice E. | Attention to/responded to email from M. Crocker regarding Poso Creek documents (.10); attention to email exchange regarding Windfall parcels (.30). | 0.40 |
| 12 May 26 | Crocker, Michaela C. | Emails regarding Capello sale and circulate sale notice (.2); forward sale information to plaintiffs' counsel (.1); locate information and answer question posed by Pivot (.5); draft and revise agenda and action item list for upcoming calls (.4); review filings in affiliated case (.2). | 1.40 |
| 13 May 26 | Crocker, Michaela C. | Review and respond to general case emails throughout day (.2); update and circulate agendas for upcoming meetings (.3); participate on weekly real estate update call (.2); call with Pivot regarding disbursements (.1). participate on weekly Prudential update call (.6). | 1.40 |
| 14 May 26 | Crocker, Michaela C. | Emails regarding Capello sale (.1); review purchase agreement and emails with L. Cutts regarding same (.2); finalize sale notice for filing (.2); emails regarding Assemis related lawsuit and review forwarded documents, and call with S. Borse regarding same (.8); | 1.50 |

2

**PROFESSIONAL SERVICES**

Matter 00004: Prudential Entities

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| | | emails with counsel regarding patronage payments (.2). | |
| 14 May 26 | Moradi, Arlen P. | Review Notice of Auction and Sale (Capello) | 0.20 |
| 15 May 26 | Crocker, Michaela C. | Emails regarding labor matter and review documents related to same (.6); attention to Capello sale including finalizing and service of sale pleadings (.3). | 0.90 |
| 15 May 26 | Moradi, Arlen P. | Review and file Capello Sale Notice | 0.10 |
| 16 May 26 | Crocker, Michaela C. | Status call with J. Mitchell (.2). | 0.20 |
| 18 May 26 | Crocker, Michaela C. | Review and respond to general case emails received prior evening (.2); emails and document review related to real estate tax matter (.5). | 0.70 |
| 19 May 26 | Crocker, Michaela C. | Review and respond to emails received prior evening (.3); email and call with N. Marcus regarding tax matter (.4); call with counsel for Met trustee regarding tax matter (.3); draft and revise agenda and action item list for upcoming conference calls (.8). | 1.80 |
| 20 May 26 | Crocker, Michaela C. | Attention to tax matter (.6); review and respond to general case emails throughout day (.2). | 0.80 |
| 20 May 26 | Brooks-Patton, Janice E. | Attention to/responded to emails from Y. Archiyan regarding April invoices (.20); attention to email from M. Crocker regarding Capello Sale Notice (.10); attention to/responded to email exchange regarding service of Capello Sale Notice (.20); prepared for and coordinated service of Capello Sale Notice by US Mail to Master Service List (.30); email exchange with Y. Archiyan regarding Twentieth Fee Statement (.20); prepared Twentieth Fee Statement and exhibits for filing (.30); prepared and emailed J. Mitchell and Y. Archiyan regarding Twentieth Fee Statement, circulating filing package (.20); emailed A. Moradi regarding filing Twentieth Fee Statement (.10); drafted supplemental proof of service regarding US Mail service of Capello Sale Notice (.30); emailed M. Crocker regarding supplemental proof of service, circulated copy (.10). | 2.00 |
| 21 May 26 | Crocker, Michaela C. | Attention to tax matter that could affect upcoming real estate sale and calls with Plaintiffs' counsel and Met's counsel regarding same (.4). | 0.40 |
| 26 May 26 | Crocker, Michaela C. | Review and respond to general case emails and call with party inquiring as to case status. | 1.10 |
| 27 May 26 | Crocker, Michaela C. | Review pleadings filed in related cases (.3); draft and revise agendas and action items list for upcoming status calls (.4); review and respond to general case emails throughout day (.2). | 0.90 |
| | | **TOTALS:** | **20.20** |



2121 N. Pearl Street, Suite 1100
Dallas, TX 75201

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | 45743 - Mitchell, John E. | **Invoice No.:** | 40332355 |
| **Client:** | 401778 - Lance Miller | **Invoice Date:** | 17 Jun 26 |
| **Matter:** | 00004 - Prudential Entities | | |

**Current Invoice Charges:**                    **$25,293.75**

**TOTAL BALANCE DUE:**                    **$25,293.75**

**Wire Instructions:**



**Please direct any billing inquiries to Georgia Spence at georgia.spence@katten.com.**



Direct Billing Inquiries to:
**Georgia Spence**
georgia.spence@katten.com

**2121 N. Pearl Street, Suite 1100**
**Dallas, TX 75201**

June 17, 2026

Lance Miller
Pivot Group
1230 Rosecrans Avenue
Suite 530
Manhatten Beach, CA 90266

Invoice No. 40332352
Client No. 401778
Matter No. 00003

FEIN: ███████

**Re: USB** (401778.00003)

For legal services rendered through May 31, 2026 ........................................................ $5,382.00
Less 5% discount on fees ............................................................................................... (269.10)
Total (After Adjustments)                                                                                        5,112.90

**CURRENT INVOICE TOTAL:**        **$5,112.90**

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

Case 1:24-cv-01102-KES-SAB    Document 469-3    Filed 06/17/26    Page 15 of 16

**PROFESSIONAL SERVICES**

Matter 00003: USB

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 11 May 26 | Crocker, Michaela C. | Call with M. Lauter and emails with Pivot regarding regarding equipment lease. | 0.20 |
| 13 May 26 | Crocker, Michaela C. | Email to USB counsel regarding upcoming distribution. | 0.10 |
| 14 May 26 | Crocker, Michaela C. | Emails and call with USB counsel regarding equipment lease and patronage payments. | 0.30 |
| 15 May 26 | Crocker, Michaela C. | Emails with counsel for Met and USB regarding patronage proceeds. | 0.20 |
| 18 May 26 | Crocker, Michaela C. | Email and call with USB counsel regarding equipment lease and sale of rolling racks, and follow-up emails with Pivot regarding same (.3). | 0.30 |
| 20 May 26 | Crocker, Michaela C. | Call with FAMC counsel regarding equipment lease/sale matters and follow-up emails and call with Pivot regarding same. | 0.50 |
| 26 May 26 | Crocker, Michaela C. | Emails with USB's counsel and Pivot regarding equipment lease. | 0.20 |
| 27 May 26 | Crocker, Michaela C. | Review court orders and lease and emails/call with Pivot regarding equipment matters (1.0); email with M. Lauter regarding pending distribution (.1). | 1.10 |
| 28 May 26 | Crocker, Michaela C. | Emails with USB counsel regarding patronage funds and equipment matters; review information from DLM. | 0.20 |
| 29 May 26 | Crocker, Michaela C. | Prepare for and call with USB counsel regarding equipment issue and follow-up call with Pivot regarding same. | 0.50 |
| | | **TOTALS:** | **3.60** |

2



2121 N. Pearl Street, Suite 1100
Dallas, TX 75201

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | 45743 - Mitchell, John E. | **Invoice No.:** | 40332352 |
| **Client:** | 401778 - Lance Miller | **Invoice Date:** | 17 Jun 26 |
| **Matter:** | 00003 - USB | | |

**Current Invoice Charges:**          $5,112.90

**TOTAL BALANCE DUE:**          $5,112.90

**Wire Instructions:**

**Please direct any billing inquiries to Georgia Spence at georgia.spence@katten.com.**