# EXHIBIT D

**CUTTS LAW, PC**
**5088 N. Fruit Ave, Ste 101**
**Fresno, CA 93711**
**Telephone:  (559) 226-8177**
**Taxpayer ID #** ████████

Page: 1

Lance Miller                                                  May 31, 2026
1230 Rosecrans Ave., Suite 530                Account No:    20039-001M
Manhattan Beach CA  90266                     Statement No:          6121
Via E-mail Only: lance.miller@pivotgrp.com

Maricopa Receivership

*Payments received after 05/31/2026 are <u>not</u> included on this statement.*

### Legal Services Through 05/31/2026

|  |  | Rate | Hours | Amount |
|---|---|---|---|---|
| **05/01/2026** | | | | |
| LAC | E-mail exchange with Ms. Crocker, et al, regarding Westlands purchase and sale agreement.  Review and analysis of open issues.  E-mail exchange with Mr. Thor, et al, regarding cherry contract execution status. E-mail exchange with Ms. Canner regarding Origis SNDA. | 450.00 | 0.60 | 270.00 |
| **05/04/2026** | | | | |
| LAC | Telephone conferences with Mr. Miller, et al, regarding Westlands purchase and sale agreement.  E-mail exchange with Mr. Marcus regarding Origis SNDA and listing of receivership parcels annotated for sales.  E-mail exchange with Mr. Thor, et al, regarding cherry contracts.  E-mail exchange with Mr. Torigiani regarding Poso Creek assignment and consent agreement.  Review of same. | 450.00 | 1.50 | 675.00 |
| **05/05/2026** | | | | |
| LAC | Review and analysis of Capello letter of intent. Preparation of Capello service list and purchase agreement.  E-mail exchange with Mr. Thor, et al, regarding same.  E-mail exchange with Ms. Meyer regarding updated preliminary title report and new escrow for same. E-mail exchange with Ms. Meyer, et al, regarding Laval closing. Revision of Poso Creek assignment and allocation agreement and district consent. | | | |

Lance Miller

May 31, 2026
Account No:     20039-001M
Statement No:              6121

Maricopa Receivership

| | | Rate | Hours | Amount |
|---|---|---|---|---|
| | E-mail exchange with Ms. Crocker, et al, regarding same. E-mail exchange with Ms. Aldridge regarding same and status of new water banking draft agreements from district. E-mail to Mr. Torigiani regarding comments to district consent.  E-mail exchange with Ms. Crocker regarding newly filed tax liens.  Review and analysis of same. | 450.00 | 4.50 | 2,025.00 |
| SP | Research and index tax liens. | 175.00 | 0.60 | 105.00 |
| **05/06/2026** | | | | |
| LAC | E-mail exchange with Mr. Quinn and Mr. Marcus regarding Laval closing documents.  E-mail exchange with Ms. Aldridge and Mr. Torigiani regarding district consent document to Poso Creek assignment.  E-mail exchange with Mr. D. Assemi regarding Poso Creek assignment and withdrawal documents.  Review of e-mail from Ms. McKeever regarding same.  E-mail exchange with Ms. Crocker, et al, regarding Laval post-closing cultural cost true up.  E-mail exchange with | 450.00 | 2.50 | 1,125.00 |
| **05/07/2026** | | | | |
| LAC | Attend Poso Creek, Receivership and Westlands property status calls.  Revision of Poso Creek withdrawal and assignment agreements.  E-mail exchange with Mr. Covington, et al, regarding same.  E-mail to Ms. McKeever regarding comments to same. Review and organization of Poso Creek records. Telephone conference and e-mail exchange with Mr. Thor, et al, regarding same. | 450.00 | 6.80 | 3,060.00 |
| **05/08/2026** | | | | |
| SP | Research and index tax liens. | 175.00 | 0.20 | 35.00 |
| LAC | E-mail exchange with Mr. Covington, et al, regarding Poso issues.  Review and analysis of same.  E-mail exchange with Ms. Lane regarding title documents. | 450.00 | 0.70 | 315.00 |
| **05/09/2026** | | | | |
| LAC | E-mail exchange with Mr. Thor, et al, regarding Poso Creek diligence questions. | 450.00 | 0.40 | 180.00 |
| **05/11/2026** | | | | |
| SP | Research and index tax liens. | 175.00 | 0.20 | 35.00 |

Lance Miller

May 31, 2026
Account No:    20039-001M
Statement No:         6121

Maricopa Receivership

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | LAC | Telephone conference and e-mail exchange with Mr. Katz, et al, regarding Poso Creek. E-mail exchange with Ms. Crocker, et al, regarding Poso Creek assignment and withdrawal documents. Revision of same. Preparation of ancillary documents. Review and analysis of ARO letter of intent. | 450.00 | 2.50 | 1,125.00 |
| 05/12/2026 | | | | | |
| | LAC | Telephone conference with Mr. Covington, et al, regarding Westlands transaction. Telephone conference with Mr. Katz, et al, regarding same. E-mail exchange with Mr. Thor, et al, regarding Capello purchase and sale agreement and Poso Creek documents. E-mail exchange with Mr. Torigiani, et al, regarding Poso Creek assignment documents. E-mail to Ms. Aldridge, et al, regarding updated Poso Creek withdrawal and assignment documents. Preparation of Capello purchase and sale agreement. | 450.00 | 4.10 | 1,845.00 |
| 05/13/2026 | | | | | |
| | LAC | E-mail exchange with Ms. Crocker, et al, regarding Poso Creek issues and Capello purchase and sale agreement. E-mail exchange with Ms. Viall regarding title insurer issues. E-mail exchange with Ms. McKeever regarding Poso Creek assignment and withdrawal documents. E-mail exchange with Mr. Henry, et al, regarding Westlands Water District review of Poso Creek assignment related issues. Review and analysis of ancillary Westlands purchase and sale agreement issues. | 450.00 | 1.10 | 495.00 |
| 05/14/2026 | | | | | |
| | LAC | Telephone conference with Mr. Covington, et al, regarding open Poso Creek issues. Attend Receivership status call. Attend Capstone property status call. E-mail exchange with Mr. Henry regarding Poso Creek issues. Finalize Capello purchase and sale agreement for execution via Docusign. E-mail exchange with Ms. Meyer regarding same. E-mail exchange with Mr. Katz, et al, regarding status of withdrawal issues. Review of e-mail from Mr. Holmes regarding executed Origis amendments. | 450.00 | 2.80 | 1,260.00 |

Page: 4

Lance Miller

May 31, 2026
Account No:     20039-001M
Statement No:          6121

Maricopa Receivership

| | | Rate | Hours | Amount |
|---|---|---|---|---|
| SP | Research and index tax liens. | 175.00 | 1.30 | 227.50 |

**05/15/2026**

| LAC | Telephone conference with Mr. Castro, et al, regarding title insurance issues for Westlands transaction. E-mail exchange with Ms. Meyer regarding first amendment to Capello purchase and sale agreement.  E-mail exchange with Mr. Covington regarding Westlands transaction. E-mail exchange with Mr. Thor, et al, regarding Poso Creek questions. | 450.00 | 1.10 | 495.00 |

**05/18/2026**

| LAC | Review and analysis of revisions to Westlands purchase and sale agreement.  E-mail exchange with Ms. Crocker, et al, regarding same. Telephone conference with Mr. Marcus regarding same. E-mail exchange with Mr. Covington, et al, regarding Fresno county lien issues.  E-mail exchange with Mr. Thor regarding USB lien status on Westland's property. | 450.00 | 4.50 | 2,025.00 |

**05/19/2026**

| LAC | Telephone conferences with Mr. Covington, et al, regarding Westlands purchase and sale agreement.  Telephone conference with Mr. Katz, et al, regarding same. Revision of same. E-mail exchange with Mr. Marcus regarding solar land values.   E-mail exchange with Ms. Meyer, et al, regarding Westland title issues. | 450.00 | 6.10 | 2,745.00 |
| SP | Research and index tax liens. | 175.00 | 1.10 | 192.50 |

**05/20/2026**

| LAC | Revision of Westlands purchase and sale agreement.  E-mail exchange with Ms. Crocker regarding same.  Attend Receivership status call.  Telephone conference and e-mail exchange with Ms. Meyer regarding lien issues and title issues.  Review and analysis of same. | 450.00 | 4.30 | 1,935.00 |

**05/21/2026**

| LAC | Attend Poso Creek status call.  Attend Receivership status call.  Attend Capstone status call.  Preparation of Westlands purchase and sale agreement.  E-mail exchange with Ms. Crocker, et al, regarding same.  E-mail exchange with Mr. Borse regarding Poso Creek | | | |

Lance Miller

Maricopa Receivership

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | | tax return and copies of tax bills.  E-mail exchange with Ms. Meyer regarding lien issues.  E-mail exchange with Mr. Thor, et al, regarding solar contract issues. | 450.00 | 5.80 | 2,610.00 |
| 05/22/2026 | LAC | E-mail exchange with Mr. Lindenau regarding form Wetslands overbid purchase and sale agreement and access to data room.  Preparation of same.   Revision of Westlands purchase and sale agreement.  E-mail exchange with Mr. Covington, et al, regarding same.  Review and analysis of updated Westlands preliminary report and adjust purchase and sale agreement for same. | 450.00 | 3.80 | 1,710.00 |
| 05/26/2026 | LAC | E-mail exchange with Mr. Thor regarding solar contract issues.  E-mail exchange with Mr. Covington regarding Westlands purchase and sale agreements.  E-mail exchange with Mr. Virmani regarding budget attachment to Westlands purchase and sale agreement.  E-mail exchange with Mr. Thor regarding Norte Sur contract.  Review and analysis of same. | 450.00 | 1.10 | 495.00 |
| 05/27/2026 | SP | Research and index tax liens. | 175.00 | 1.10 | 192.50 |
| | LAC | Telephone conference with Mr. Covington, et al, regarding Westlands purchase and sale agreement.  E-mail exchange with Mr. Thor regarding tax bills.  Telephone conference and e-mail exchange with Mr. Lindenau regarding overbid purchase and sale agreement. | 450.00 | 2.20 | 990.00 |
| 05/28/2026 | LAC | Attend Poso Creek status call.  Attend Receivership status call.  Attend Capstone status call.  Telephone conference with Mr. Covington, et al, regarding Westlands purchase and sale agreement issues.  Telephone conference with Mr. Marcus regarding solar issues.  Telephone conference and e-mail exchange with with Mr. Covington regarding same. E-mail exchange with Mr. Lindenau regarding diligence questions regarding Poso Creek. | 450.00 | 7.10 | 3,195.00 |

Lance Miller

May 31, 2026
Account No:    20039-001M
Statement No:        6121

Maricopa Receivership

| | | Rate | Hours | Amount |
|---|---|---|---|---|
| 05/29/2026 | | | | |
| LAC | Review and analysis of solar matrix.  E-mail exchange and telephone conference with Mr. Covington regarding same.  Review of e-mails regarding Capello purchase and sale agreement. | 450.00 | 1.30 | 585.00 |
| | Total Legal Services Rendered | | 69.30 | 29,947.50 |

### Summary

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Lisa Cutts | 64.80 | $450.00 | $29,160.00 |
| Stephanie Porteous | 4.50 | 175.00 | 787.50 |

| | |
|---|---|
| Total This Bill | 29,947.50 |
| Previous Balance | $21,584.23 |

### Payments

| | | |
|---|---|---|
| 05/22/2026 | Payment - Thank you!  Check # | -21,584.23 |
| **Balance Due** | | $29,947.50 |

### Trust Account Balance - Do Not Pay

| | | |
|---|---|---|
| | Opening Balance | $25,000.00 |
| 05/08/2026 | Trust Deposit - wire | 21,584.23 |
| 05/22/2026 | Apply trust to balance due | |
| | PAYEE: Cutts Law, PC | -21,584.23 |
| | Closing Balance | $25,000.00 |

A finance charge of 1% per month will be assessed on all accounts past due 30 days.

Payment is due within 15 days of the date of this statement.  Amounts not paid when due are subject to a later charge of 0.833% per month until paid.