# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ACDF, LLC, et al., <br><br> Defendants. | Case No. 1:24-cv-01102-KES-SAB <br><br> ORDER REGARDING STIPULATION EXTENDING TIME FOR CERTAIN DEFENDANTS TO FILE RESPONSIVE PLEADINGS <br><br> (ECF No. 474) |

On June 22, 2026, a stipulation was filed requesting an extension of time for Defendants ACDF, LLC, Assemi and Sons, Inc., Bear Flag Farms, LLC, C&A Farms, LLC, Cantua Orchards, LLC, Favier Ranch, LLC, Gradon Farms, LLC, Granville Farms, LLC, Lincoln Grantor Farms, LLC, Maricopa Orchards, LLC, Panoche Pistachios, LLC, and Sageberry Farms, LLC (collectively the "Farming Defendants") to respond to the complaint (the "Stipulation"). The Court finds good cause and approves the Stipulation.

Accordingly, IT IS HEREBY ORDERED that:

1. The Stipulation (ECF No. 474) is APPROVED;

2. The Farming Defendants shall file their responsive pleadings on or before **August 24, 2026**; and

/ / /

/ / /

/ / /

/ / /

3. **The parties are advised that it is their responsibility to diligently move this action forward**, and that the Court may set a status conference or a new scheduling conference at any time.

IT IS SO ORDERED.

Dated:    **June 23, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2