Terence G. Banich (SBN 212173)[1]
terence.banich@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe St.
Chicago, IL 60661-3693
Telephone:  (312) 902-5200
Facsimile:   (312) 902-1061

John E. Mitchell (*pro hac vice*)
Michaela C. Crocker (*pro hac vice*)
**KATTEN MUCHIN ROSENMAN LLP**
2121 North Pearl St., Ste. 1100
Dallas, TX 75201-2591
Telephone:  (214) 765-3600
Facsimile:   (214) 765-3602

Arlen P. Moradi (SBN 353956)
**KATTEN MUCHIN ROSENMAN LLP**
2121 Avenue of the Stars, Ste. 1100
Los Angeles, CA 90067-5010
Telephone: (310) 778-4449

*Attorneys for the Receiver*
Lance Miller

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al.,<br><br>   Plaintiffs,<br><br>  v.<br><br>ACDF, LLC, et al.<br><br>   Defendants. | No. 1:24-cv-01102-KES-SAB<br><br>**NOTICE OF NON-OPPOSITION AND NON-OBJECTION TO NINTH NOTICE OF PROPOSED DISTRIBUTION PURSUANT TO ORDER EXPANDING RECEIVERSHIP AND FOR PRELIMINARY INJUNCTION**<br><br>Related to Dkt. No. 467<br><br>**HONORABLE KIRK E. SHERRIFF** |

---

[1] Designated as counsel for service pursuant to L.R. 182(c)(1).

305634993

Lance Miller, solely in his capacity as the duly appointed receiver (the "**Receiver**") over the Receivership Property, as defined in the *Order Expanding Receivership and for Preliminary Injunction* [Dkt. No. 120] (as amended, the "**Receivership Order**"),[2] submitted the *Ninth Notice of Proposed Distribution Pursuant to Order Expanding Receivership and for Preliminary Injunction* [Dkt. No. 437] (the "**Notice**") on June 15, 2026.

Pursuant to the local rules of this Court, within fourteen (14) days of the date of the Notice (the "**Response Period**"), any party claiming a senior lien on Subject Proceeds, including the Proceeds of Other Accounts Receivable, was required to file a response (a "**Response**") with the Court. The time allowed for the filing of a response was June 29, 2026. No oppositions or objections were filed or received.

The Receiver hereby respectfully requests that the Court enter the unopposed *Order Authorizing Receiver to Distribute Proceeds* attached hereto as <u>Exhibit A</u> (the "**Proposed Order**"). <u>Exhibit B</u> attached hereto is a redline reflecting changes to the Proposed Order since it was initially filed on the docket.

Dated: July 2, 2026

Respectfully submitted,

**KATTEN MUCHIN ROSENMAN LLP**

By:    /s/  *Arlen P. Moradi*
          Arlen P. Moradi

*Attorneys for the Receiver*
Lance Miller

---

[2] All capitalized terms used but not defined in this Report shall have the meanings ascribed in the Receivership Order.

305634993

## **PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California.  My business address is 2121 Avenue of the Stars, Suite 1100, Los Angeles, CA 90067-5010. On July 2, 2026, I served the following document(s) described as:

**NOTICE OF NON-OPPOSITION AND NON-OBJECTION TO NINTH NOTICE OF PROPOSED DISTRIBUTION PURSUANT TO ORDER EXPANDING RECEIVERSHIP AND FOR PRELIMINARY INJUNCTION**

as follows:

**[ ]    BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Katten Muchin Rosenman LLP practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**[ ]    BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the document(s) to be sent from e-mail address janice.brooks-patton@katten.com to the persons at the e-mail address(es) listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**[ ]    BY OVERNIGHT MAIL (FedEx):** I enclosed said document(s) in an envelope or package provided by FEDEX and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FEDEX or delivered such document(s) to a courier or driver authorized by FEDEX to receive documents.

**[ ]    BY PERSONAL SERVICE:** I caused said document to be personally delivered the document(s) to the person at the addresses listed above by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office.

**[X]   E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 2, 2026, at Los Angeles, California.

*/s/ Arlen P. Moradi*
Arlen P. Moradi

305634993