# EXHIBIT A

ACDF, LLC
5260 N. Palm Ave, Ste. 421
Mail Stop M
Fresno, CA  93704

ACDF, LLC, et al.
1306 W. Herndon Ave., Suite 101
Fresno, CA  93711

Chicago Title Company
5170 Golden Foothill Parkway, Suite 130
El Dorado Hills, CA 95762

Kern County
Kern County Clerk
1115 Truxtun Ave # 5th
Bakersfield, CA 93301

MUFG Union Bank, N.A. (Now US Bank)
7108 N. Fresno Street, Suite 200
Fresno, CA 93720
Attn: Scott Lisle

North Kern South Tulare Hospital District
1509 Tokay Ave
Delano, CA 93215
Attn: Kathy Gutierrez

The Prudential Insurance Company of America
2100 Ross Avenue, Suite 2500
Dallas, TX 75201

The Prudential Insurance Company of America
c/o Prudential Asset Resources
2100 Ross Avenue, Suite 2500
Dallas, TX 75201
Attention: Agricultural Loan Servicing

The Prudential Insurance Company of America
c/o Prudential Asset Resources
2100 Ross Avenue, Suite 2500
Dallas, TX 75201
Attention: Legal Department

The Prudential Insurance Company of America
c/o Loan Services
2100 Ross Avenue, Suite 2500
Dallas, TX 75201

U.S. Bank National Association, as
Administrative Agent
400 City Center
Oshkosh, WI 54901

U.S. Bank National Association, Successor to
MUFG Union Bank, N.A.
400 City Center
Oshkosh, WI 54901

U.S. Bank National Association, Successor to
MUFG Union Bank, N.A.
1850 Osborn Ave, MI-WI-FCCL
Oshkosh, WI 54902

Wells Fargo Bank, N.A.
8405 N Fresno St., Suite 200
Fresno, CA 93720
Attention: Vahagn Bznouni, Senior Vice
President

Wheeler Ridge-Maricopa Water Storage District
12109 CA-166
Bakersfield, CA 93313
Attn: Sheridan Nicholas

Young Wooldridge LLP
10800 Stockdale Hwy, Suite 202
Bakersfield, CA  93311
Attn: Steven M. Torigiani