Terence G. Banich (SBN 212173)[1]
terence.banich@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe St.
Chicago, IL 60661-3693
Telephone:      (312) 902-5200
Facsimile:      (312) 902-1061

John E. Mitchell (*pro hac vice*)
Michaela C. Crocker (*pro hac vice*)
**KATTEN MUCHIN ROSENMAN LLP**
2121 North Pearl St., Ste. 1100
Dallas, TX 75201-2591
Telephone:      (214) 765-3600
Facsimile:      (214) 765-3602

Arlen P. Moradi (SBN 353956)
**KATTEN MUCHIN ROSENMAN LLP**
2121 Avenue of the Stars, Ste. 1100
Los Angeles, CA 90067-5010
Telephone: (310) 778-4449

*Attorneys for the Receiver Lance Miller*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al.,

Plaintiffs,

v.

ACDF, LLC; ASSEMI AND SONS, INC.; AVILA RANCH EA, LLC; BEAR FLAG FARMS, LLC; C & A FARMS, LLC; CANTUA ORCHARDS, LLC; DA REAL ESTATE HOLDINGS, LLC; FAVIER RANCH, LLC; FG2 HOLDINGS LLC; GRADON FARMS, LLC; GRANVILLE FARMS, LLC; GRANTLAND HOLDINGS NO. 1, LLC; GRANTLAND HOLDINGS NO. 2, LLC; GRANTOR REAL ESTATE INVESTMENTS, LLC; GVM INVESTMENTS, LLC; GV AG, LLC; LINCOLN GRANTOR FARMS, LLC; MARICOPA ORCHARDS, LLC; PANOCHE PISTACHIOS, LLC; SAGEBERRY FARMS, LLC; DEREK BELL; and RACHEL MARIE WHITE,

Defendants.

No. 1:24-cv-01102-KES-SAB

**NOTICE OF NON-OPPOSITION AND NON-OBJECTION TO NOTICE OF AMENDED BID PROCEDURES (WESTLANDS)**

Related to Dkt. Nos. 394, 470

Judge: Hon. Kirk Sherriff

Action Filed: September 16, 2024

305643388

On June 18, 2026, Receiver Lance Miller, solely in his capacity as Court-appointed receiver (the "**Receiver**") in the above-captioned case, filed the *Notice of Amended Bid Procedures  (Westlands)* [Dkt. No. 470] (the "**Notice**").

Pursuant to the *Order Granting Motion for Continuance* [Dkt. No. 424] and the local rules of this Court, any party wishing to object to the Notice and the amended bidding procedures was required to file an objection with the Court on or before July 2, 2026.  No oppositions or objections were filed or received by such date. The Receiver, Plaintiffs and Defendants, however, have agreed to certain minor modifications to the proposed bidding procedures to address concerns raised by the Defendants.  These changes are reflected in the redline attached hereto as **Exhibit B**.[2]

Accordingly, the Receiver hereby respectfully requests that the Court enter the *Amended Order (I) Approving Bid Procedures for the Sale of Real Property; (II) Approving Bid Protections for Stalking Horse Bidder; and (III) Scheduling the Auction and Sale Hearing (Westlands)* attached hereto as **Exhibit A**.

Dated: July 7, 2026

Respectfully submitted,

**KATTEN MUCHIN ROSENMAN LLP**

By:   /s/  *Arlen P. Moradi*
         Arlen P. Moradi

*Attorneys for the Receiver*
Lance Miller

---

[1] Designated as counsel for service pursuant to L.R. 182(c)(1).

[2] The redline also reflects amendments to the proposed dates and deadlines due to the Court's adjournment of the hearing on the Notice from July 6, 2026, to July 8, 2026.

2

305643388

## <u>PROOF OF SERVICE</u>

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California.  My business address is 2121 Avenue of the Stars, Suite 1100, Los Angeles, CA 90067-5010. On July 7, 2026, I served the following document(s) described as:

**NOTICE OF NON-OPPOSITION AND NON-OBJECTION TO OBJECTION TO NOTICE OF AMENDED BID PROCEDURES (WESTLANDS)**

as follows:

**[ ]    BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Katten Muchin Rosenman LLP practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**[ ]    BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the document(s) to be sent from e-mail address janice.brooks-patton@katten.com to the persons at the e-mail address(es) listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

| | |
|---|---|
| ali.mojdehi@mgr-legal.com | OKatz@sheppardmullin.com |
| Jsmcnutt@kerncounty.com | RSahyan@sheppardmullin.com |
| jon@cavalrei.com | Robert.D.Lewis@t-mobile.com |
| degan@wilkefleury.com | kvote@wjhattorneys.com |
| storigiani@youngwooldridge.com | kdodd@wjhattorneys.com |
| HGrossman@cozen.com | Bernard.gudorf@usbank.com |
| pswain@cozen.com | legal@goldenstatecleanenergy.com |
| RStewart@pearsonrealty.com | Kristina.Heller@procopio.com |
| kstewart@pearsonrealty.com | michael.kiesling@procopio.com |
| aferdinandi@pearsonrealty.com | |
| DKevorkian@pearsonrealty.com | |
| sgrosz@pearsonrealty.com | |
| jreisz@kleinlaw.com | |
| ckay@caagproperties.com | |
| mindynili@gmail.com | |

**[ ]    BY OVERNIGHT MAIL (FedEx):** I enclosed said document(s) in an envelope or package provided by FEDEX and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FEDEX or delivered such document(s) to a courier or driver authorized by FEDEX to receive documents.

305643388

**[ ]    BY PERSONAL SERVICE:** I caused said document to be personally delivered the document(s) to the person at the addresses listed above by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office.

**[X]    E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 7, 2026, at Los Angeles, California.

*/s/ Arlen P. Moradi*
Arlen P. Moradi

No. 1:24-cv-01102-KES-SAB
NOTICE OF NON-OPPOSITION AND NON-OBJECTION

305643388