Terence G. Banich (SBN 212173)[1]
terence.banich@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe St.
Chicago, IL 60661-3693
Telephone:      (312) 902-5200
Facsimile:      (312) 902-1061

John E. Mitchell (*pro hac vice*)
Michaela C. Crocker (*pro hac vice*)
**KATTEN MUCHIN ROSENMAN LLP**
2121 North Pearl St., Ste. 1100
Dallas, TX 75201-2591
Telephone:      (214) 765-3600
Facsimile:      (214) 765-3602

Arlen P. Moradi (SBN 353956)
**KATTEN MUCHIN ROSENMAN LLP**
2121 Avenue of the Stars, Ste. 1100
Los Angeles, CA 90067-5010
Telephone: (310) 778-4449

*Attorneys for the Receiver Lance Miller*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al., | No. 1:24-cv-01102-KES-SAB |
| Plaintiffs, | **NOTICE OF DESIGNATION OF STALKING HORSE BIDDER (WESTLANDS)** |
| v. | Related to Dkt. No. 485 |
| ACDF, LLC; ASSEMI AND SONS, INC.; AVILA RANCH EA, LLC; BEAR FLAG FARMS, LLC; C & A FARMS, LLC; CANTUA ORCHARDS, LLC; DA REAL ESTATE HOLDINGS, LLC; FAVIER RANCH, LLC; FG2 HOLDINGS LLC; GRADON FARMS, LLC; GRANVILLE FARMS, LLC; GRANTLAND HOLDINGS NO. 1, LLC; GRANTLAND HOLDINGS NO. 2, LLC; GRANTOR REAL ESTATE INVESTMENTS, LLC; GVM INVESTMENTS, LLC; GV AG, LLC; LINCOLN GRANTOR FARMS, LLC; MARICOPA ORCHARDS, LLC; PANOCHE PISTACHIOS, LLC; SAGEBERRY FARMS, LLC; DEREK BELL; and RACHEL MARIE WHITE, | Judge:          Hon. Kirk E. Sherriff |
| | Action Filed:      September 16, 2024 |
| Defendants. | |

-1-

305206446

**PLEASE TAKE NOTICE THAT**, on September 16, 2024, The Prudential Insurance Company of America and PGIM Real Estate Finance, LLC filed a *Complaint for Breach of Contract, Appointment of Receiver, Accounting and Specific Performance of Rents and Profits Clause; and Injunctive Relief* [Dkt. No. 1] initiating the above-captioned case, and on September 18, 2024, an *Ex Parte Application Regarding Motion for Order Appointing Receiver and for Preliminary Injunction* [Dkt. No. 12].

**PLEASE FURTHER TAKE NOTICE THAT**, on September 25, 2024, after notice and hearing, the Court entered the *Agreed Order Appointing Receiver with Limited Authority* [Dkt. No. 51, as amended by Dkt. No. 107] and on November 7, 2024, entered the *Order Expanding Receivership and for Preliminary Injunction* [Dkt. No. 120] (as further amended or supplemented, the "**Receivership Order**") appointing Lance Miller (the "**Receiver**") as receiver over the Receivership Property (as defined in the Receivership Order).

**PLEASE FURTHER TAKE NOTICE THAT**, on July 7, 2026, the Court entered the *Amended Order (I) Approving Bid Procedures for the Sale of Real Property; (II) Approving Bid Protections for Stalking Horse Bidder; and (III) Scheduling the Auction and Sale Hearing (Westlands)* [Dkt. No. 485] (the "**Amended Bidding Procedures Order**" approving the "**Amended Bidding Procedures**").[2]

**PLEASE TAKE FURTHER NOTICE THAT**, in accordance with the Amended Bidding Procedures Order, the Receiver has designated BRIGHTFIELD INVESTMENTS, LLC or its designee to serve as the Stalking Horse Bidder over the real property and associated assets described in the Purchase and Sale Agreement and Joint Escrow Instructions (as amended, the "**Stalking Horse PSA**") attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE THAT**, any Potential Bidder seeking to place a Bid to purchase the Property must base such Bid on the form of Stalking Horse PSA or on the alternative form of purchase and sale agreement (the "**Alternative PSA**") attached hereto as **Exhibit**

---

[1] Designated as counsel for service pursuant to L.R. 182(c)(1).

[2] All capitalized terms used but not otherwise defined herein shall be given the meanings ascribed in the Amended Bidding Procedures Order or the Amended Bidding Procedures attached thereto.

305206446

**B**.[3]    All Bids must comply with the Amended Bidding Procedures and the Amended Bidding Procedures Order and be in an amount not less than the purchase price set forth in the Stalking Horse PSA or the Alternative PSA, as applicable, plus an amount equal to the Bid Protections, plus an additional $1 million (the "**Initial Overbid Amount**").  The Initial Overbid Amount must be at least:

- $421,422,520 if submitted on the form Stalking Horse PSA; or
- $359,114,224 if submitted on the form of Alternative PSA.

The Initial Overbid Amount, however, may vary from the amounts set forth above based on the proposed treatment of various assets subject to the Bid, including the proposed treatment of crops, cultural costs, contractual obligations, and similar matters.  Potential Bidders are encouraged to contact Capstone Capital Markets LLC as set forth in § 7 of the Amended Bidding Procedures in advance of submitting a potential Overbid that varies from the form agreements attached hereto.

Dated: July 10, 2026

Respectfully submitted,

**KATTEN MUCHIN ROSENMAN LLP**

By:    */s/ Arlen P. Moradi*
         Arlen P. Moradi

*Attorneys for the Receiver,*
Lance Miller

---

[3] A Word version of the Stalking Horse PSA or the Alternative PSA may be obtained by contacting Capstone Capital Markets, LLC as set forth in § 7 of the Amended Bidding Procedures.

-3-

305206446

### PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 2121 Avenue of the Stars, Ste. 1100, Los Angeles, CA 90067-5010. On July 10, 2026, I served the following document(s) described as:

**NOTICE OF AMENDED BID PROCEDURES (WESTLANDS)**

as follows:

**[ ]    BY MAIL:**  I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses on **Exhibit 1** attached hereto and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Katten Muchin Rosenman LLP practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**[X]    BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused the document(s) to be sent from e-mail address janice.brooks-patton@katten.com to the persons at the e-mail address(es) listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

| | |
|---|---|
| ali.mojdehi@mgr-legal.com | jreisz@kleinlaw.com |
| Jsmcnutt@kerncounty.com | ckay@caagproperties.com |
| jon@cavalrei.com | mindynili@gmail.com |
| degan@wilkefleury.com | OKatz@sheppardmullin.com |
| storigiani@youngwooldridge.com | RSahyan@sheppardmullin.com |
| HGrossman@cozen.com | Robert.D.Lewis@t-mobile.com |
| pswain@cozen.com | kvote@wjhattorneys.com |
| RStewart@pearsonrealty.com | kdodd@wjhattorneys.com |
| kstewart@pearsonrealty.com | Bernard.gudorf@usbank.com |
| aferdinandi@pearsonrealty.com | legal@goldenstatecleanenergy.com |
| DKevorkian@pearsonrealty.com | Kristina.Heller@procopio.com |
| sgrosz@pearsonrealty.com | michael.kiesling@procopio.com |

**[ ]    BY OVERNIGHT MAIL (FedEx):**  I enclosed said document(s) in an envelope or package provided by FEDEX and addressed to the persons at the addresses listed on **Exhibit 1**. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FEDEX or delivered such document(s) to a courier or driver authorized by FEDEX to receive documents.

**[ ]    BY PERSONAL SERVICE:**  I caused said document to be personally delivered the document(s) to the person at the addresses listed above by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office.

**[X]    E-FILING:**  By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

305206446

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 10, 2026, at Los Angeles, California

                                        */s/ Arlen P. Moradi*
                                        Arlen P. Moradi

305206446