Terence G. Banich (SBN 212173)[1]
terence.banich@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe St.
Chicago, IL 60661-3693
Telephone: (312) 902-5200
Facsimile: (312) 902-1061

John E. Mitchell (*pro hac vice*)
Michaela C. Crocker (*pro hac vice*)
**KATTEN MUCHIN ROSENMAN LLP**
2121 North Pearl St., Ste. 1100
Dallas, TX 75201-2591
Telephone: (214) 765-3600

Arlen P. Moradi (SBN 353956)
**KATTEN MUCHIN ROSENMAN LLP**
2121 Avenue of the Stars, Ste. 1100
Los Angeles, CA 90067-5010
Telephone: (310) 778-4449

*Attorneys for the Receiver* Lance Miller

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al.,

Plaintiffs,

v.

ACDF, LLC; ASSEMI AND SONS, INC.; AVILA RANCH EA, LLC; BEAR FLAG FARMS, LLC; C & A FARMS, LLC; CANTUA ORCHARDS, LLC; DA REAL ESTATE HOLDINGS, LLC; FAVIER RANCH, LLC; FG2 HOLDINGS LLC; GRADON FARMS, LLC; GRANVILLE FARMS, LLC; GRANTLAND HOLDINGS NO. 1, LLC; GRANTLAND HOLDINGS NO. 2, LLC; GRANTOR REAL ESTATE INVESTMENTS, LLC; GVM INVESTMENTS, LLC; GV AG, LLC; LINCOLN GRANTOR FARMS, LLC; MARICOPA ORCHARDS, LLC; PANOCHE PISTACHIOS, LLC; SAGEBERRY FARMS, LLC; DEREK BELL; and RACHEL MARIE WHITE,

Defendants.

No. 1:24-cv-01102-KES-SAB

**NOTICE OF (I) CANCELLATION OF AUCTION AND (II) SUCCESSFUL BIDDER (WESTLANDS)**

Hearing Date: September 8, 2026
Hearing Time: 1:30 p.m. PT
Location: Courtroom 6, 7th Floor
2500 Tulare Street
Fresno, CA 93721

Related to Dkt. Nos. 485, 487, 488

Objections Due: August 12, 2026

Judge: Hon. Kirk E. Sherriff

Action Filed: September 16, 2024

[1] Designated as counsel for service pursuant to L.R. 182(c)(1).

On December 1, 2025, the U.S. District Court for the Eastern District of California (the "**Court**") entered an order [Dkt. No. 370] (the "**Original Bidding Procedures Order**") approving the bidding and sale procedures for certain real property identified in the Original Bidding Procedures Order and referred to herein as the "Property." On July 7, 2026, the Court entered an order [Dkt. No. 485] approving amended bidding AND SALE procedures for the Property (the "**Amended Bidding Procedures Order**"[2] approving the "**Amended Bidding Procedures**").

The Amended Bidding Procedures set the following sale parameters:

| Event | Timing of Amended Date/Deadline | Est. Amended Date/Deadline[3] |
|---|---|---|
| Deadline to Serve Court-Approved Bidding Procedures | Within approximately two (2) business days of entry of the Bidding Procedures Order | Friday, July 10, 2026 |
| Deadline to File Notice of Stalking Horse Bidder or Notice of No Stalking Horse Bidder | Within approximately two (2) business days of entry of the Bidding Procedures Order | Friday, July 10, 2026 |
| Deadline to Submit Qualified Bids (the "**Bid Deadline**") or make proposals for alternative transactions regarding the Property | Twenty-one (21) days after filing of the Notice of Stalking Horse Bidder or Notice of No Stalking Horse Bidder | Friday, July 31, 2026 |
| Deadline to either (1) notify Qualified Bidders of the Auction or (2) cancel the Auction and either (a) designate the Stalking Horse Bidder as the Successful Bidder or (b) file a motion requesting approval of an alternative transaction | Within five (5) days of the Bid Deadline | Wednesday, August 5, 2026[4] |
| Auction, if held (the "**Auction Date**") | No earlier than five (5) days of the Deadline to | Tuesday, August 18, 2026 |

[2] All capitalized terms used but not defined herein shall have the meanings ascribed in the Bidding Procedures Order.

[3] All dates/deadlines are subject to extension or adjournment as provided for in the Amended Bidding Procedures Order.

[4] The Receiver extended this deadline to August 6, 2026, as permitted by the Amended Bidding Procedures Order.

| Event | Timing of Amended Date/Deadline | Est. Amended Date/Deadline[3] |
|---|---|---|
| | Notify Qualified Bidders of Auction | |
| Deadline to File Notice of Successful Bidder, if Auction Held (the "**Deadline to Designate Successful Bidder**") | Within three (3) days of conclusion of the Auction | Friday, August 21, 2026 |
| Deadline to Object to Sale | No less than six (6) days after either the (i) Deadline to File Notice of Successful Bidder or (ii) the filing of the Notice of Cancellation of Auction that names the Stalking Horse Bidder as the Successful Bidder, as applicable | (i) Thursday, August 27, 2026 if Auction is held or (ii) Tuesday, August 11, 2026 if no Auction held[5] |
| Reply Deadline | No less than six (6) days of the Deadline to Object to Sale | (i) Wednesday, September 2, 2026 if Auction is held or (ii) Monday, August 17, 2026 if no Auction held[6] |
| Sale Hearing | | Tuesday, September 8, 2026 |

The deadline to submit Qualified Bids passed on July 31, 2026. The Prudential Insurance Company of America submitted a back-up credit bid in the amount of the required minimum overbid, but no additional bids were received. Accordingly, no Auction will be held. Brightfield Investments, LLC or its designee has been named the Successful Bidder for the Property and The Prudential Insurance Company of America or its designee has been named the Back-Up Bidder for

[5] The Receiver extended this deadline to August 12, 2026, as permitted by the Amended Bidding Procedures Order.
[6] The Receiver extended this deadline to August 18, 2026, as permitted by the Amended Bidding Procedures Order.

the Property.[7]

The Receiver will proceed with the sale hearing on September 8, 2026, at 1:30 p.m. PT, where he will present the Successful Bidder's purchase and sale agreement for approval by the Court and request the Court enter the proposed sale order in the form attached hereto as **Exhibit A**.

Dated: August 6, 2026

Respectfully submitted,

**KATTEN MUCHIN ROSENMAN LLP**

By: *<u>/s/ Arlen P. Moradi</u>*
Arlen P. Moradi

*Attorneys for the Receiver*
Lance Miller

[7] A true and correct copy of the Successful Bidder's purchase and sale agreement is attached hereto as **Exhibit A-1** and the Back-Up Bidder's purchase and sale agreement is attached hereto as **Exhibit A-2**.

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 2121 Avenue of the Stars, Suite 1100, Los Angeles, CA 90067-5010. On August 6, 2026, I served the following document(s) described as:

**NOTICE OF (I) CANCELLATION OF AUCTION AND (II) SUCCESSFUL BIDDER (WESTLANDS)**

as follows:

**[ ] BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed on **Exhibit 1** and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Katten Muchin Rosenman LLP practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**[X] BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the document(s) to be sent from e-mail address janice.brooks-patton@katten.com to the persons at the e-mail address(es) listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

ali.mojdehi@mgr-legal.com
Jsmcnutt@kerncounty.com
jon@cavalrei.com
degan@wilkefleury.com
storigiani@youngwooldridge.com
HGrossman@cozen.com
pswain@cozen.com
RStewart@pearsonrealty.com
kstewart@pearsonrealty.com
aferdinandi@pearsonrealty.com
DKevorkian@pearsonrealty.com
sgrosz@pearsonrealty.com
jreisz@kleinlaw.com
ckay@caagproperties.com
mindynili@gmail.com
OKatz@sheppardmullin.com
RSahyan@sheppardmullin.com
Robert.D.Lewis@t-mobile.com
kvote@wjhattorneys.com
kdodd@wjhattorneys.com
Bernard.gudorf@usbank.com
legal@goldenstatecleanenergy.com
Kristina.Heller@procopio.com
michael.kiesling@procopio.com

**[ ] BY OVERNIGHT MAIL (FedEx):** I enclosed said document(s) in an envelope or package provided by FEDEX and addressed to the persons at the addresses listed on **Exhibit 1**. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FEDEX or delivered such document(s) to a courier or driver authorized by FEDEX to receive documents.

**[ ] BY PERSONAL SERVICE:** I caused said document to be personally delivered the document(s) to the person at the addresses listed above by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office.

**[X] E-FILING:** By causing the document to be electronically filed on August 6, 2026, via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 6, 2026 at Los Angeles, California.

*/s/ Arlen P. Moradi*
Arlen P. Moradi