SEYFARTH SHAW LLP
M. Ryan Pinkston (SBN 310971)
rpinkston@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

SEYFARTH SHAW LLP
Jason J. DeJonker (*admitted pro hac vice*)
jdejonker@seyfarth.com
Nicholas R. Marcus (*admitted pro hac vice*)
nmarcus@seyfarth.com
233 S. Wacker Drive, Suite 8000
Chicago, Illinois 60606
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

Attorneys for Plaintiff
THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ACDF, LLC; ASSEMI AND SONS, INC.; AVILA RANCH EA, LLC; BEAR FLAG FARMS, LLC; C & A FARMS, LLC; CANTUA ORCHARDS, LLC; DA REAL ESTATE HOLDINGS, LLC; FAVIER RANCH, LLC; FG2 HOLDINGS LLC; GRADON FARMS, LLC; GRANVILLE FARMS, LLC; GRANTLAND HOLDINGS NO. 1, LLC; GRANTLAND HOLDINGS NO. 2, LLC; GRANTOR REAL ESTATE INVESTMENTS, LLC; GVM INVESTMENTS, LLC; GV AG, LLC; LINCOLN GRANTOR FARMS, LLC; MARICOPA ORCHARDS, LLC; PANOCHE PISTACHIOS, LLC; SAGEBERRY FARMS, LLC; DEREK BELL; and RACHEL MARIE WHITE,<br><br>Defendants. | Case No. 1:24-cv-01102-KES-SAB<br><br>**DESIGNATION OF COUNSEL**<br><br>Action Filed: September 16, 2026 |

TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff THE PRUDENTIAL INSURANCE COMPANY OF AMERICA ("Plaintiff"), hereby designates the following counsel as counsel for service in this action:


SEYFARTH SHAW LLP
M. Ryan Pinkston (SBN 310971)
rpinkston@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105

Telephone: (415) 397-2823
Facsimile: (415) 397-8549

SEYFARTH SHAW LLP
Jason J. DeJonker (*admitted pro hac vice*)
jdejonker@seyfarth.com
Nicholas R. Marcus (*admitted pro hac vice*)
nmarcus@seyfarth.com
233 S. Wacker Drive, Suite 8000
Chicago, Illinois 60606

Telephone: (312) 460-5000
Facsimile: (312) 460-7000


Please be advised that Brandon K. Franklin is no longer counsel of record for Plaintiff in this action. It is hereby requested that Mr. Franklin's name be removed from the case docket, that the Clerk terminate the delivery of all Notices of Electronic Filing addressed to brandon.franklin@clydeco.us, and that Mr. Franklin's name be removed from any applicable service lists.

M. Ryan Pinkston, Jason J. DeJonker, and Nicholas R. Marcus of Seyfarth Shaw LLP will continue to serve as counsel of record for Plaintiff and all further notices, orders, pleadings, correspondence, etc. should continue to be directed to them.

DATED: August 19, 2026

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Nicholas R. Marcus*
M. Ryan Pinkston
Jason J. DeJonker
Nicholas R. Marcus

Attorneys for Plaintiff
THE PRUDENTIAL INSURANCE COMPANY OF AMERICA