Terence G. Banich (SBN 212173)[1]
terence.banich@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe St.
Chicago, IL 60661-3693
Telephone: (312) 902-5200
Facsimile: (312) 902-1061

John E. Mitchell (*pro hac vice*)
Michaela C. Crocker (*pro hac vice*)
**KATTEN MUCHIN ROSENMAN LLP**
2121 North Pearl St., Ste. 1100
Dallas, TX 75201-2591
Telephone: (214) 765-3600
Facsimile: (214) 765-3602

Arlen P. Moradi (SBN 353956)
**KATTEN MUCHIN ROSENMAN LLP**
2121 Avenue of the Stars, Ste. 1100
Los Angeles, CA 90067-5010
Telephone: (310) 778-4449

*Attorneys for the Receiver* Lance Miller

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al.,

Plaintiffs,

v.

ACDF, LLC; ASSEMI AND SONS, INC.; AVILA RANCH EA, LLC; BEAR FLAG FARMS, LLC; C & A FARMS, LLC; CANTUA ORCHARDS, LLC; DA REAL ESTATE HOLDINGS, LLC; FAVIER RANCH, LLC; FG2 HOLDINGS LLC; GRADON FARMS, LLC; GRANVILLE FARMS, LLC; GRANTLAND HOLDINGS NO. 1, LLC; GRANTLAND HOLDINGS NO. 2, LLC; GRANTOR REAL ESTATE INVESTMENTS, LLC; GVM INVESTMENTS, LLC; GV AG, LLC; LINCOLN GRANTOR FARMS, LLC; MARICOPA ORCHARDS, LLC; PANOCHE PISTACHIOS, LLC; SAGEBERRY FARMS, LLC; DEREK BELL; and RACHEL MARIE WHITE,

Defendants.

No. 1:24-cv-01102-KES-SAB

**STIPULATION AND AGREED ORDER TO WAIVE PROVISIONS OF 28 U.S.C. §§ 2001 AND 2002 IN CONNECTION WITH RECEIVER'S PROPOSED SALE OF CERTAIN REAL PROPERTY (GARDNER)**

Hearing Date: No hearing required

Judge: Hon. Kirk E. Sherriff

Action Filed: September 16, 2026

[1] Designated as counsel for service pursuant to L.R. 182(c)(1).

The following *Stipulation and Agreed Order to Waive Provisions of 28 U.S.C. §§ 2001 and 2002 in Connection with Receiver's Proposed Sale of Certain Real Property (Gardner)* (the "**Stipulation**") is made and agreed to by (i) Lance Miller, solely in his capacity as Court-appointed receiver (the "**Receiver**") over the Property (defined below) that is the subject of this Stipulation; (ii) Plaintiffs; and (iii) the defendant/record owner of the Property (the "**Owner/Defendant**") (collectively, the "**Parties**"), by and through their respective counsel of record, and in reliance on and with respect to the following facts, hereby agree and stipulate as follows:

A. On September 16, 2024, The Prudential Insurance Company of America and PGIM Real Estate Finance, LLC (together, the "**Plaintiffs**") filed a *Complaint for Breach of Contract, Appointment of Receiver, Accounting and Specific Performance of Rents and Profits Clause; and Injunctive Relief* [Dkt. No. 1] initiating the above-captioned case, and on September 18, 2024, an *Ex Parte Application Regarding Motion for Order Appointing Receiver and for Preliminary Injunction* [Dkt. No. 12].

B. On September 25, 2024, after notice and hearing, the Court entered the *Agreed Order Appointing Receiver with Limited Authority* [Dkt. No. 51, as amended by Dkt. No. 107] and on November 7, 2024, entered the *Order Expanding Receivership and for Preliminary Injunction* [Dkt. No. 120] (as further amended, the "**Receivership Order**") appointing the Receiver as receiver over the Receivership Property (as defined in the Receivership Order). The scope of the Receiver's duties under the Receivership Order includes "to assess whether a sale of the Receivership Property would maximize value, and, following that assessment and if appropriate in the Receiver's reasonable judgment, implement an organized sale process of the Receivership Property, whether in whole or part, with any sale of Receivership Property outside of the ordinary court of business subject to the Court's approval." Receivership Order ¶ 23.

C. In this regard, on May 1, 2025 the Court entered the *Order Establishing Marketing, Bid, and Auction Procedures for Receivership Properties* [Dkt. No. 204] (the "**Marketing Procedures Order**").

D. On July 22, 2026, the Receiver and Western Natural Resources, LLC reached agreement for the sale and purchase of approximately 329.95 assessed acres of land in Kern County (the "**Property**") for a purchase price of $1,000,000.00 (the "**Purchase Price**"), subject to the terms of the Purchase and Sale Agreement and Joint Escrow Instructions (the "**PSA**") attached to the *Agreed Motion of Receiver Lance Miller for an Order Authorizing the Private Sale of Certain Receivership Property Free and Clear of Liens, Claims, and Encumbrances (Gardner)* (the "**Motion**") as **Exhibit B**.

E. The Property is subject to a first lien held by Plaintiffs. The Receiver, Owner/Defendant, and Plaintiffs each consent to the sale of the Property on substantially the terms set forth in the Motion outside the requirements of the Marketing Procedure Order and 28 U.S.C. §§ 2001 and 2002. Approval of the sale, if any, will be subject to a separate order of the Court.

F. Based on preliminary title reports, the Receiver believes that the sale proceeds will be sufficient to pay in full, at closing, all taxes, assessments, and customary closing costs, as well any senior liens held by non-Parties.

G. Accordingly, and without waiving any rights with respect to future sales, the Parties hereby agree to waive the provisions of the Marketing Procedures Order and 28 U.S.C. §§ 2001 and 2002 with respect to the Property so as to permit the private sale of the Property to Buyer to move forward in an expedited manner.

## STIPULATION AND AGREED ORDER

Accordingly, and in consideration of the foregoing, Parties hereby STIPULATE and AGREE as follows:

1. The above recitals are incorporated by reference into this Stipulation and Agreed Order with the same force and effect as if fully set forth herein.

2. Based upon the agreement of the Parties, the Receiver is hereby excused from compliance with the Marketing Procedures Order and the provisions of 28 U.S.C. §§ 2001 and 2002 in connection with the Receiver's sale of the Property to Buyer.

//

3. Other than as set forth herein or in any other Orders of the Court, the Parties retain and reserve any and all other of their respective rights arising in connection with this Case, including with respect to future sales of Receivership Property.

IT IS SO ORDERED.

Dated: August 21, 2026

UNITED STATES DISTRICT JUDGE

**AGREED TO IN FORM AND SUBSTANCE BY:**

By: */s/ Arlen P. Moradi*
Arlen P. Moradi

**KATTEN MUCHIN ROSENMAN LLP**
Terence G. Banich #212173
525 W. Monroe St.
Chicago, IL 60661
Phone: (312) 902-5665

John E. Mitchell (admitted *pro hac vice*)
Michaela Crocker (admitted *pro hac vice*)
2121 North Pearl Street, Suite 1100
Dallas, TX 75201
Phone: (214) 765-3600

Arlen P. Moradi (SBN 353956)
2121 Avenue of the Stars, Ste. 1100
Los Angeles, CA 90067-5010
Telephone: (310) 778-4449

**COUNSEL TO PLAINTIFFS THE PRUDENTIAL INSURANCE COMPANY OF AMERICA AND PGIM REAL ESTATE FINANCE, LLC**

By: */s/ Nicholas Marcus*
Nicholas R. Marcus

**SEYFARTH SHAW LLP**
Jason J. DeJonker (admitted pro hac vice)
Nicholas R. Marcus (admitted pro hac vice)
233 S Wacker Dr # 8000
Chicago, IL 60606

**COUNSEL TO THE FARMING DEFENDANTS**

By: */s/ Ian J. Quinn*
Ian J. Quinn

**WANGER JONES HELSLEY PC**
Riley C. Walter (Cal. Bar No. 91839)
Ian J. Quinn (Cal. Bar No. 342754)
265 E. River Park Circle, Suite 310
Fresno, California 937