Terence G. Banich (SBN 212173)[1]
terence.banich@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe St.
Chicago, IL 60661-3693
Telephone: (312) 902-5200
Facsimile: (312) 902-1061

John E. Mitchell (*pro hac vice*)
Michaela C. Crocker (*pro hac vice*)
**KATTEN MUCHIN ROSENMAN LLP**
2121 North Pearl St., Ste. 1100
Dallas, TX 75201-2591
Telephone: (214) 765-3600
Facsimile: (214) 765-3602

Arlen P. Moradi (SBN 353956)
**KATTEN MUCHIN ROSENMAN LLP**
2121 Avenue of the Stars, Ste. 1100
Los Angeles, CA 90067-5010
Telephone: (310) 778-4449

*Attorneys for the Receiver* Lance Miller

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ACDF, LLC; ASSEMI AND SONS, INC.; AVILA RANCH EA, LLC; BEAR FLAG FARMS, LLC; C & A FARMS, LLC; CANTUA ORCHARDS, LLC; DA REAL ESTATE HOLDINGS, LLC; FAVIER RANCH, LLC; FG2 HOLDINGS LLC; GRADON FARMS, LLC; GRANVILLE FARMS, LLC; GRANTLAND HOLDINGS NO. 1, LLC; GRANTLAND HOLDINGS NO. 2, LLC; GRANTOR REAL ESTATE INVESTMENTS, LLC; GVM INVESTMENTS, LLC; GV AG, LLC; LINCOLN GRANTOR FARMS, LLC; MARICOPA ORCHARDS, LLC; PANOCHE PISTACHIOS, LLC; SAGEBERRY FARMS, LLC; DEREK BELL; and RACHEL MARIE WHITE,<br><br>Defendants. | No. 1:24-cv-01102-KES-SAB<br><br>**STIPULATION AND AGREED ORDER TO WAIVE PROVISIONS OF 28 U.S.C. § 2004 IN CONNECTION WITH RECEIVER'S PROPOSED SALE OF CERTAIN EQUIPMENT**<br><br>Hearing Date: No hearing required<br><br>Judge: Hon. Kirk E. Sherriff<br><br>Action Filed: September 16, 2026 |

[1] Designated as counsel for service pursuant to L.R. 182(c)(1).

The following *Stipulation and Agreed Order to Waive Provisions of 28 U.S.C. § 2004 in Connection with Receiver's Proposed Sale of Certain Equipment* (the "**Stipulation**") is made and agreed to by (i) Lance Miller, solely in his capacity as Court-appointed receiver (the "**Receiver**") over the Equipment (defined below) that is the subject of this Stipulation; (ii) U.S. Bank, N.A. ("**USB**"); and (iii) the defendant/record owner of the Equipment (the "**Owner/Defendants**") (collectively, the "**Parties**"), by and through their respective counsel of record, and in reliance on and with respect to the following facts, hereby agree and stipulate as follows:

A. On September 16, 2024, The Prudential Insurance Company of America and PGIM Real Estate Finance, LLC filed a *Complaint for Breach of Contract, Appointment of Receiver, Accounting and Specific Performance of Rents and Profits Clause; and Injunctive Relief* [Dkt. No. 1] initiating the above-captioned case, and on September 18, 2024, an *Ex Parte Application Regarding Motion for Order Appointing Receiver and for Preliminary Injunction* [Dkt. No. 12].

B. On September 25, 2024, after notice and hearing, the Court entered the *Agreed Order Appointing Receiver with Limited Authority* [Dkt. No. 51, as amended by Dkt. No. 107] and on November 7, 2024, entered the *Order Expanding Receivership and for Preliminary Injunction* [Dkt. No. 120] (as further amended, the "**Receivership Order**") appointing the Receiver as receiver over the Receivership Property (as defined in the Receivership Order). Pursuant to the *Order Further Expanding Scope of Receivership* [Dkt. No. 197] (the "**Order Further Expanding Receivership**"), the scope of the receivership was expanded to include certain equipment (the "**Farming Equipment**") and established a procedure for the public auction of the Farming Equipment.

C. Pursuant to the Order Further Expanding Receivership, the Receiver has leased a portion of the Farming Equipment to Diversified Land Management ("**DLM**"), who serves as the Receiver's contract farmer, while other Farming Equipment was sold via public auction.

D. In July 2026, the Receiver received an offer from DLM to purchase the remainder of the Farming Equipment, as listed on Exhibit A to the Motion, (the "**Equipment**") for $3,000,000.00.

E. The Equipment is subject to a first lien held by USB. The Receiver, Owner/Defendants, and USB each consent to the private sale of the Equipment to DLM on

substantially the terms set forth in the Motion outside the requirements of the Order Expanding Receivership and 28 U.S.C. § 2004. Approval of the sale, if any, will be subject to a separate order of the Court.

F. Accordingly, and without waiving any rights with respect to future sales, the Parties hereby agree to forego the auction provisions of the Order Further Expanding Receivership and to a waiver of the requirements of 28 U.S.C. §§ 2004 with respect to the Equipment to permit the private sale of the Equipment to DLM to move forward in an expedited manner.

## **STIPULATION AND AGREED ORDER**

Accordingly, and in consideration of the foregoing, Parties hereby STIPULATE and AGREE as follows:

1. The above recitals are incorporated by reference into this Stipulation and Agreed Order with the same force and effect as if fully set forth herein.

2. Based upon the agreement of the Parties, the Receiver is hereby excused from the auction provisions of the Order Further Expanding Receivership and compliance with 28 U.S.C. § 2004 in connection with the Receiver's sale of the Equipment to DLM or its assignee.

3. Other than as set forth herein or in any other Orders of the Court, the Parties retain and reserve any and all other of their respective rights arising in connection with this Case, including with respect to future sales of Receivership Property.

IT IS SO ORDERED.

Dated: August 28, 2026

UNITED STATES DISTRICT JUDGE

**AGREED TO IN FORM AND SUBSTANCE BY:**

**COUNSEL TO THE RECEIVER**

By: */s/ Michaela Crocker*
Michaela Crocker

**KATTEN MUCHIN ROSENMAN LLP**
Terence G. Banich #212173
525 W. Monroe St.
Chicago, IL 60661
Phone: (312) 902-5665

John E. Mitchell (admitted *pro hac vice*)
Michaela Crocker (admitted *pro hac vice*)
2121 North Pearl Street, Suite 1100
Dallas, TX 75201
Phone: (214) 765-3600

Arlen P. Moradi (SBN 353956)
2121 Avenue of the Stars, Ste. 1100
Los Angeles, CA 90067-5010
Telephone: (310) 778-4449

**COUNSEL TO U.S. BANK, N.A.**

By: */s/ Michael Lauter*
Michael Lauter

**SHEPPARD MULLIN**
Michael Lauter
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111

**COUNSEL TO THE FARMING DEFENDANTS**

By: */s/ Ian Quinn*
Ian Quinn

**WANGER JONES HELSLEY PC**
Riley C. Walter (Cal. Bar No. 91839)
Ian J. Quinn (Cal. Bar No. 342754)
265 E. River Park Circle, Suite 310
Fresno, California 9372