**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF** **the Eastern District of California**

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 1:24-cv-01102-KES-SAB

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 09/16/2024

Date of judgment or order you are appealing: 09/10/2026

Docket entry number of judgment or order you are appealing: 522

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

◉ Yes ○ No ○ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

ACDF, LLC; Assemi and Sons, Inc., Bear Flag Farms, LLC; C & A Farms, LLC; Cantua Orchards, LLC; Favier Ranch, LLC, Gradon Farms, LLC; Granville Farms, LLC; Lincoln Grantor Farms, LLC; Maricopa Orchards, LLC; Panoche Pistachios, LLC; and Sageberry Farms, LLC

Is this a cross-appeal? ○ Yes ◉ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case? ○ Yes ◉ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City: State: Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** Polly J. Estes **Date** 10/09/2026

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

ACDF, LLC; Assemi and Sons, Inc.; Bear Flag Farms, LLC; C & A Farms, LLC; Cantua Orchards, LLC; Favier Ranch, LLC; Gradon Farms, LLC; Granville Farms, LLC; Lincoln Grantor Farms, LLC; Maricopa Orchards, LLC; (con't)

Name(s) of counsel (if any):

Polly J. Estes
Estes Law Group

Address: 1005 Northgate Dr., PMB #504, San Rafael, CA 94903-2500

Telephone number(s): (415) 463-9794

Email(s): polly@appellateattorney.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al.,

Name(s) of counsel (if any):

Terence G. Banich (SBN 212173)1
KATTEN MUCHIN ROSENMAN LLP

Address: 525 W. Monroe St., Chicago, IL 60661-3693

Telephone number(s): (312) 902-5200

Email(s): terence.banich@katten.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Panoche Pistachios, LLC; and Sageberry Farms, LLC

Name(s) of counsel (if any):

Polly J. Estes
Estes Law Group

Address: 1005 Northgate Dr., PMB #504, San Rafael, CA 94903-2500

Telephone number(s): (415) 463-9794

Email(s): polly@appellateattorney.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellees**

Name(s) of party/parties:

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al.,

Name(s) of counsel (if any):

Arlen P. Moradi (SBN 353956)
KATTEN MUCHIN ROSENMAN LLP

Address: 2121 Avenue of the Stars, Ste. 1100, Los Angeles, CA 90067-5010

Telephone number(s): (310) 778-4449

Email(s): arlen.moradi@katten.com

---

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*