**UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

**OFFICE OF THE CLERK**
**2500 Tulare Street**
**Fresno, CA 93721**

**THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, ET AL.,**
Plaintiff

v.

**CASE NO. 1:24−CV−01102−KES−SAB**

**ACDF, LLC, ET AL.,**
Defendant

You are hereby notified that a Notice of Appeal was filed on **October 09, 2026** in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant to FRAP 3(d).

October 14, 2026

**KEITH HOLLAND**
**CLERK OF COURT**

**by:** /s/ M. Rebollar
Deputy Clerk