MARY H. HAAS (State Bar No. 149770)
maryhaas@dwt.com
JOHN D. FREED (State Bar No. 261518)
jakefreed@dwt.com
MARK A. ANISHCHENKO (State Bar No. 340324)
markanishchenko@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Intervenor
U.S. BANK NATIONAL ASSOCIATION

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; and PGIM REAL ESTATE FINANCE, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>ACDF, LLC; ASSEMI AND SONS, INC.; AVILA RANCH EA, LLC; BEAR FLAG FARMS, LLC; C & A FARMS, LLC; CANTUA ORCHARDS, LLC; DA REAL ESTATE HOLDINGS, LLC; FAVIER RANCH, LLC; FG2 HOLDINGS LLC; GRADON FARMS, LLC; GRANVILLE FARMS, LLC; GRANTLAND HOLDINGS NO. 1, LLC; GRANTLAND HOLDINGS NO. 2, LLC; GRANTOR REAL ESTATE INVESTMENTS, LLC; GVM INVESTMENTS, LLC; GV AG, LLC; LINCOLN GRANTOR FARMS, LLC; MARICOPA ORCHARDS, LLC; PANOCHE PISTACHIOS, LLC; SAGEBERRY FARMS, LLC; DEREK BELL; and RACHEL MARIE WHITE,<br><br>Defendants. | Case No. 1:24-cv-01102-KES-SAB<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the undersigned respectfully requests that the law office of Davis Wright Tremaine LLP and attorneys of record from Davis Wright Tremaine LLP, be withdrawn as counsel of record for the Intervenor U.S. Bank National Association. A Substitution of Attorney was filed at Dkt Entry 211 and Order entered at Dkt Entry 212. Sheppard Mullin law firm continues to represent U.S. Bank National Association. Counsel from Davis Wright Tremaine LLP continue to receive service notices. All future correspondence and papers in this action should continue to be directed solely to counsel of record from Sheppard Mullin in this matter.

DATED: October 15, 2026

DAVIS WRIGHT TREMAINE LLP
Mary H. Haas
John D. Freed
Mark A. Anishchenko

By: */s/ John D. Freed*
John D. Freed