Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

FILED

OCT 19 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**DOCKETING NOTICE**

| | |
|---|---|
| Docket Number: | 26-6938 |
| Originating Case Number: | 1:24-cv-01102-KES-SAB |
| Short Title: | The Prudential Insurance Company of America, et al. v. ACDF, LLC, et al. |

Dear Appellant/Counsel

The United States Court of Appeals for the Ninth Circuit has received a copy of your notice of appeal and assigned the docket number above to your case.

Please include this docket number on every filing you submit and in any communication you have with the court about this case. If you are ordering any transcript from the lower court, please give the docket number to the court reporter right away.

Motions filed with the notice of appeal are not transferred to this court. You need to separately file on this court's docket any motion that seeks relief from this court.

You must file a Disclosure Statement (Form 34) within 14 days of this notice if your case: (1) involves a corporation, association, joint venture, partnership, limited liability company, or similar entity; (2) is a bankruptcy case; (3) is a criminal case with an organizational victim; or (4) involves review of state court proceedings. *See* Ninth Circuit Rule 26-1.1.

**Failure to timely file the opening brief may also result in your case being dismissed.**

**Please read the enclosed materials carefully.**

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

## TIME SCHEDULE ORDER

| | |
|---|---|
| Docket Number: | 26-6938 |
| Originating Case Number: | 1:24-cv-01102-KES-SAB |
| Case Title: | The Prudential Insurance Company of America, et al. v. ACDF, LLC, et al. |

**10/23/2026**

| | |
|---|---|
| Gradon Farms, LLC | Appeal Transcript Order Due |
| Maricopa Orchards, LLC | Appeal Transcript Order Due |
| ACDF, LLC | Appeal Transcript Order Due |
| Lincoln Grantor Farms, LLC | Appeal Transcript Order Due |
| Cantua Orchards, LLC | Appeal Transcript Order Due |
| Favier Ranch, LLC | Appeal Transcript Order Due |
| Bear Flag Farms, LLC | Appeal Transcript Order Due |
| Granville Farms, LLC | Appeal Transcript Order Due |
| Assemi and Sons, Inc. | Appeal Transcript Order Due |
| Sageberry Farms, LLC | Appeal Transcript Order Due |
| Panoche Pistachios, LLC | Appeal Transcript Order Due |
| C&A Farms, LLC | Appeal Transcript Order Due |

**10/26/2026**

| | |
|---|---|
| Panoche Pistachios, LLC | Mediation Questionnaire due |
| Assemi and Sons, Inc. | Mediation Questionnaire due |
| Gradon Farms, LLC | Mediation Questionnaire due |
| C&A Farms, LLC | Mediation Questionnaire due |

| | |
|---|---|
| Favier Ranch, LLC | Mediation Questionnaire due |
| Sageberry Farms, LLC | Mediation Questionnaire due |
| Maricopa Orchards, LLC | Mediation Questionnaire due |
| Lincoln Grantor Farms, LLC | Mediation Questionnaire due |
| Bear Flag Farms, LLC | Mediation Questionnaire due |
| Granville Farms, LLC | Mediation Questionnaire due |
| ACDF, LLC | Mediation Questionnaire due |
| Cantua Orchards, LLC | Mediation Questionnaire due |

**11/2/2026**

| | |
|---|---|
| Panoche Pistachios, LLC | Corporate Disclosure Statement due |
| C&A Farms, LLC | Corporate Disclosure Statement due |
| Assemi and Sons, Inc. | Corporate Disclosure Statement due |
| Favier Ranch, LLC | Corporate Disclosure Statement due |
| The Prudential Insurance Company of America | Corporate Disclosure Statement due |
| PGIM Real Estate Finance, LLC | Corporate Disclosure Statement due |
| Gradon Farms, LLC | Corporate Disclosure Statement due |
| Bear Flag Farms, LLC | Corporate Disclosure Statement due |
| Granville Farms, LLC | Corporate Disclosure Statement due |
| ACDF, LLC | Corporate Disclosure Statement due |
| Lincoln Grantor Farms, LLC | Corporate Disclosure Statement due |
| Sageberry Farms, LLC | Corporate Disclosure Statement due |
| Cantua Orchards, LLC | Corporate Disclosure Statement due |
| Maricopa Orchards, LLC | Corporate Disclosure Statement due |

**11/23/2026**

| | |
|---|---|
| Sageberry Farms, LLC | Appeal Transcript Due |
| Panoche Pistachios, LLC | Appeal Transcript Due |
| ACDF, LLC | Appeal Transcript Due |
| Cantua Orchards, LLC | Appeal Transcript Due |
| Bear Flag Farms, LLC | Appeal Transcript Due |
| Favier Ranch, LLC | Appeal Transcript Due |
| Maricopa Orchards, LLC | Appeal Transcript Due |
| Lincoln Grantor Farms, LLC | Appeal Transcript Due |
| Assemi and Sons, Inc. | Appeal Transcript Due |

| | |
|---|---|
| Gradon Farms, LLC | Appeal Transcript Due |
| C&A Farms, LLC | Appeal Transcript Due |
| Granville Farms, LLC | Appeal Transcript Due |

**1/1/2027**

| | |
|---|---|
| C&A Farms, LLC | Appeal Opening Brief Due |
| Maricopa Orchards, LLC | Appeal Opening Brief Due |
| ACDF, LLC | Appeal Opening Brief Due |
| Bear Flag Farms, LLC | Appeal Opening Brief Due |
| Panoche Pistachios, LLC | Appeal Opening Brief Due |
| Gradon Farms, LLC | Appeal Opening Brief Due |
| Sageberry Farms, LLC | Appeal Opening Brief Due |
| Favier Ranch, LLC | Appeal Opening Brief Due |
| Lincoln Grantor Farms, LLC | Appeal Opening Brief Due |
| Granville Farms, LLC | Appeal Opening Brief Due |
| Cantua Orchards, LLC | Appeal Opening Brief Due |
| Assemi and Sons, Inc. | Appeal Opening Brief Due |

**2/1/2027**

| | |
|---|---|
| PGIM Real Estate Finance, LLC | Appeal Answering Brief Due |
| The Prudential Insurance Company of America | Appeal Answering Brief Due |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

Mediation Questionnaire is available here. More information about the Mediation Program is available here.

**If the opening brief is not filed by the deadline, the court may dismiss this case. *See* 9th Cir. R. 42-1.**