DAVID P. FUAD (STATE BAR NO. 265193)
dfuad@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 South Grand Avenue
Suite 2700
Los Angeles, CA 90071-1596
Telephone: +1 213 629 2020
Facsimile: +1 213 612 2499

*Attorneys for*
Non-Party IPX Land Holdings, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ACDF, LLC, et al.,<br><br>Defendants. | Case No. 1:24-cv-01102-KES-SAB<br><br>**REQUEST OF NON-PARTY IPX LAND HOLDLINGS, LLC TO BE REMOVED FROM SERVICE LIST** |

**TO THIS COURT, THE RECEIVER, AND ALL PARTIES:**

IPX Land Holdings, LLC (“IPX”) was added to the service list in this action because it appeared in a title search. IPX, however, no longer has an interest in any property or assets at issue in this action and therefore requests that it and its undersigned counsel be removed from the service list and no longer receive notices, filings, or other communications relating to this action.

Dated: October 22, 2026

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ *David P. Fuad*
David P. Fuad
*Attorneys for*
Non-Party IPX Land Holdings, LLC