# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ACDF, LLC, et al.,<br><br>Defendants. | Case No. 1:24-cv-01102-KES-SAB<br><br>ORDER REGARDING STIPULATION FOR EXTENDING TIME FOR CERTAIN DEFENDANTS TO FILE RESPONSIVE PLEADINGS<br><br>(ECF No. 538) |

On October 26, 2026, a late stipulation was filed requesting an extension of time for Defendants ACDF, LLC, Assemi and Sons, Inc., Bear Flag Farms, LLC, C & A Farms, LLC, Cantua Orchards, LLC, Favier Ranch, LLC, Gradon Farms, LLC, Granville Farms, LLC, Lincoln Grantor Farms, LLC, Maricopa Orchards, LLC, Panoche Pistachios, LLC, and Sageberry Farms, LLC (collectively the "Farming Defendants") to respond to the complaint (the "Stipulation"). Upon review, the Court approves the Stipulation.

That said, the Court's general benevolent disposition grows thin. In particular, the Court observes that these parties have been requesting extensions for some time, sometimes three days at a time. To this, the Court encourages that any further stipulation for an extension be for such a realistic time to actually allow for a responsive pleading. Precious judicial resources cannot be wasted on monitoring a case three days at a time. Should it be required, the Court may consider requiring the parties to show good cause for any further extension(s).

Furthermore, the Court notes that the parties' stipulation did not explain why the Farming Defendants missed their own deadline of October 23, 2026, which is not well-taken by the Court. Should this occur again, the Court will consider issuing an order to show cause ordering the parties to show cause as to why sanctions should not be imposed.

Accordingly, IT IS HEREBY ORDERED that:

1. The Stipulation (ECF No. 538) is APPROVED; and
2. The Farming Defendants shall file their responsive pleadings on or before October 30, 2026;
3. No further extensions will be allowed.

IT IS SO ORDERED.

Dated: **October 27, 2026**

STANLEY A. BOONE
United States Magistrate Judge