# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al.,

Plaintiffs,

v.

ACDF, LLC, et al.,

Defendants.

Case No. 1:24-cv-01102-KES-SAB

ORDER GRANTING REQUEST FOR NON-PARTY IPX LAND HOLDINGS, LLC TO BE REMOVED FROM SERVICE LIST

(ECF No. 537)

On October 22, 2026, non-party IPX Land Holdings, LLC ("IPX") filed an administrative motion to be removed from the service list. IPX notes that it was added to the service list in this action because it appeared in a title search. (ECF No. 537.) IPX proffers that it no longer has an interest in any property or assets at issue in this action and therefore requests that it and its undersigned counsel be removed from the service list and no longer receive notices, filings, or other communications relating to this action. (Id.) The time to file an opposition to the administrative motion has passed, L.R. 233(b), and no party has filed such an opposition.

/ / /

/ / /

/ / /

/ / /

Accordingly, the Court hereby GRANTS the request. (ECF No. 537.) The Court DIRECTS the Clerk of the Court to terminate non-party IPX Land Holdings, LLC on the docket.

IT IS SO ORDERED.

Dated: **October 28, 2026**

STANLEY A. BOONE
United States Magistrate Judge