UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 19 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and PGIM REAL ESTATE FINANCE, LLC,

Plaintiffs - Appellees,

v.

ACDF, LLC; et al.,

Defendants - Appellants,

AVILA RANCH EA, LLC; et al.,

Defendants.

No. 26-6938

D.C. No.
1:24-cv-01102-KES-SAB
Eastern District of California,
Fresno

ORDER

Before: TALLMAN, JOHNSTONE, and TUNG, Circuit Judges.

The motion (Docket Entry No. 6) to dismiss this appeal for lack of jurisdiction is granted. The district court's September 10, 2026 order authorizing the receiver to sell certain property is not an order "appointing [a] receiver[]." *See* 28 U.S.C. § 1292(a)(2). Nor is the September 10, 2026 order an appealable, collateral order. *See S.E.C. v. Capital Consultants LLC*, 453 F.3d 1166, 1171-73 & n.18 (9th Cir. 2006) (per curiam) ("Orders that do not dispose of the entire litigation are appealable as collateral orders if they [1] conclusively determine the disputed question, [2] resolve an important issue completely separate from the

merits of the action, and [3] are effectively unreviewable on appeal from a final judgment." (quotations and alterations omitted)).

**DISMISSED.**